## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Peggy Kuo     DATE:   05/06/2019

DOCKET NUMBER:   18-CR-538 (MKB)   LOG #:   2:52 - 3:01
                                              4:04 - 4:10

DEFENDANT'S NAME:   Ng Chong HWA
   X  Present   ___ Not Present   X  Custody   ___ Bail

DEFENSE COUNSEL:   Marc Agnifillo
   ___ Federal Defender   ___ CJA   X  Retained

A.U.S.A:   Drew Rolle + Alix Smith     CLERK:   F. Chin

INTERPRETER:                    (Language)

X  Defendant arraigned on the: X indictment ___ superseding indictment ___ probation violation
✓  Defendant pleads NOT GUILTY to ALL counts.
✓  DETENTION HEARING Held.   ✓ Defendant's first appearance.
   ✓  Bond set at  $20 million.   Defendant ✓ released ___ held pending satisfaction of bond conditions.
   ✓  Defendant advised of bond conditions set by the Court and signed the bond.
   1  Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   2  (Additional) surety/ies to co-sign bond by  5/13/19
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓  Order of Excludable Delay/Speedy Trial entered. Start  5/6/19   Stop  5/23/19

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓  Status conference set for  5/23/19  @  10:00  before Judge  Brodie

Other Rulings:  2nd call Surety present and sworn and signed the bond