UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

Chong Hwa Ng

-----------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY - 6 2019 ★
BROOKLYN OFFICE

ORDER
FOR ACCEPTANCE OF CASH BAIL

Docket No. 18 CR 538(DLI)

Bail having been fixed by Hon. __Kuo__, in the above entitled action in the amount of $ __20 million__ of which sum $ __1 million__ in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ __1 million__ when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated: Brooklyn, New York
    May 6, 2019

                                          s/Peggy Kuo
                                   UNITED STATES MAGISTRATE JUDGE

Receipt No. __4653138674__
Money Deposited By: __Jacob Kaplan__
address & Telephone __Brafman & Associates__
                              __767 3rd Ave NY, NY 10017__