# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

July 1, 2019

**VIA ECF**
The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Ng, 18 Cr. 538 (MKB)

Dear Judge Brodie:

     We represent Roger Ng in the above-referenced case. The next status conference in the case is currently scheduled for July 9, 2019, at 4:00 pm. I am constrained, however, to request a short adjournment of this status conference because I am scheduled to appear in Dublin, Ireland, on July 8-9, 2019, for Rule 15 depositions in the case of United States v. Kingston, 18 Cr. 365, pending in the District of Utah. The government consents to this adjournment and both parties are available the week of July 15th (except Friday, July 19th) if this Court is amenable. As this is a defense request, counsel agrees that time should be excluded under the Speedy Trial Act between July 9, 2019, and the next conference date for the government to prepare and produce discovery.

     Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo

cc:    AUSAs Kasulis, Smith and Rolle (via ECF)