# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

February 4, 2020

VIA ECF
The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. Ng Chong Hwa a.k.a Roger Ng, 18 Cr. 538 (MKB)

Dear Judge Brodie:

We represent Roger Ng in the above-referenced case and write regarding our January 31, 2020 request for Mr. Ng to extend his hours at our office. Pursuant to the current schedule, Mr. Ng is allowed to leave his home at 9:30am to arrive at our office at 10:00am, then leave our office at 4:00pm to arrive home by 4:30pm. We request that going forward Mr. Ng be allowed to leave his apartment at 9:30am to arrive at our office by 10:00am, then depart our office at 6:00pm to arrive home by 6:30pm.

The government and the Court did not object to this request. We write to formally request that the Court So Order this letter to allow for this home detention modification. This modification does not alter the pre-existing protocols for Mr. Ng to leave his apartment for reasons unrelated to meeting with his counsel.

BRAFMAN & ASSOCIATES, P.C.

      Thank you for your time and attention to this matter.

                                                        Sincerely,

                                                        Marc A. Agnifilo, Esq., *Of Counsel*
                                                        Teny R. Geragos, Esq.
                                                        Jacob Kaplan, Esq.

cc:    AUSAs Kasulis, Smith and Rolle (via ECF)
        Pretrial Services Officer Moore

                                                        **SO ORDERED:**

                                                        _____
                                                        **Judge Margo K. Brodie**
                                                        United States District Judge