# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

August 12, 2020

VIA ECF
The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Ng Chong Hwa a.k.a Roger Ng, 18 Cr. 538 (MKB)

Dear Judge Brodie:

We represent Roger Ng in the above-referenced case and write jointly with the government to propose a briefing schedule to the Court. This case is currently scheduled for jury selection on January 19, 2021. We jointly propose the following schedule to be So Ordered by the Court:

Dispositive/Discovery Motions Deadline:
10/2 – Defense Motions Due
10/23 – Government Opposition Due
10/30 – Defense Reply Due

Trial Motions (*in limine*/404(b)) Deadline:
12/2 – Defense/Government Motions Due
12/16 – Oppositions Due
12/23 – Replies due

The defense respectfully requests leave to file further motions *in limine* after we receive § 3500 material and government exhibits.

BRAFMAN & ASSOCIATES, P.C.

We thank the Court for its attention to this matter.

Respectfully submitted,

Marc A. Agnifilo, Esq., *Of Counsel*
Teny R. Geragos, Esq.
Jacob Kaplan, Esq.

cc: All Counsel (via ECF)