

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES/DGR
F. #2016R00467

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 3, 2020

VIA ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Ng Chong Hwa
              Criminal Docket No. 18-538 (MKB)

Dear Judge Brodie:

    Pursuant to the Court's order on October 20, 2020, the government and defendant confirm that both parties are available to proceed with the trial in the above-referenced matter on March 8, 2021.

    Very truly yours,

SETH D. DUCHARME
Acting United States Attorney
Eastern District of New York

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:  /s/ Alixandra Smith
      Alixandra E. Smith
      Drew G. Rolle
      Assistant U.S. Attorneys

By:  /s/ Jennifer Ambuehl
      Jennifer E. Ambuehl
      Nikhila Raj
      Trial Attorneys

       DANIEL KAHN
       Acting Chief, Fraud Section,
       Criminal Division
       U.S. Department of Justice


By:   /s/ Katherine Nielsen
       Katherine A. Nielsen
       David Last
       Trial Attorneys


cc.       Marc A. Agnifilo, Esq.
           Zach Intrater, Esq.
           Teny R. Geragos, Esq.
           Jacob Kaplan, Esq.