

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES/DGR
F. #2016R00467

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2020

VIA ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Ng Chong Hwa
             Criminal Docket No. 18-538 (MKB)

Dear Judge Brodie:

     A status conference is currently scheduled for the above-referenced matter on Wednesday, November 18, 2020. The parties have conferred and believe there are no issues at present that need to be raised to or discussed with the Court. Accordingly, the parties respectfully request the conference be rescheduled to the week of December 7, 2020.

                                    Very truly yours,

| | |
|---|---|
| SETH D. DUCHARME | DEBORAH L. CONNOR |
| Acting United States Attorney | Chief, Money Laundering and Asset |
| Eastern District of New York | Recovery Section, Criminal Division |
| | U.S. Department of Justice |

| | |
|---|---|
| By:  /s/ Alixandra Smith | By:  /s/ Nikhila Raj |
|       Alixandra E. Smith |       Jennifer E. Ambuehl |
|       Drew G. Rolle |       Nikhila Raj |
|       Assistant U.S. Attorneys |       Trial Attorneys |

       DANIEL KAHN
       Acting Chief, Fraud Section,
       Criminal Division
       U.S. Department of Justice


By:  <u>/s/ Katherine Nielsen</u>
       Katherine A. Nielsen
       David Last
       Trial Attorneys


cc.      Marc A. Agnifilo, Esq.
       Zach Intrater, Esq.
       Teny R. Geragos, Esq.
       Jacob Kaplan, Esq.