# Brafman & Associates, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

November 20, 2020

VIA ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>United States v. Ng Chong Hwa a.k.a Roger Ng</u>, 18 Cr. 538 (MKB)

Dear Judge Brodie:

  We write regarding the Government's letter (dkt. 49) in response to Mr. Ng's request to unseal his memorandum in full (dkt. 45). The Government has proposed redactions and otherwise consents with unsealing the rest of the memorandum. Accordingly, counsel encloses the memorandum (dkt. 46) with the Government's proposed redactions.

  As to the substance of the Government's letter (dkt. 49), the defense requests until Monday, November 23, 2020, to respond.

BRAFMAN & ASSOCIATES, P.C.

We thank the Court for its attention to this matter.

                                                      Respectfully submitted,

                                                     Marc A. Agnifilo, Esq., *Of Counsel*
                                                     Zach Intrater, Esq., *Of Counsel*
                                                     Teny R. Geragos, Esq.
                                                   Jacob Kaplan, Esq.

cc:    Counsel for the Government (via ECF)