# EXHIBIT A



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 12, 2019

Marc Agnifilo
Brafman & Associates, P.C.
767 Third Avenue
New York, New York 10017

      Re: United States v. Ng Chong Hwa, also known as "Roger Ng"
          Crim. Docket No. 18-538 (MKB)

Dear Mr. Agnifilo,

      The U.S. Attorney's Office for the Eastern District of New York and the Money Laundering and Asset Recovery Section and Fraud Section of the U.S. Department of Justice's Criminal Division ("the Offices") write to confirm our understanding regarding your client Ng Chong Hwa, also known as "Roger Ng," with regard to his potential waiver of extradition to the United States in connection with the above-referenced criminal case.

      To the extent your client knowingly and willfully waives extradition[1] to the United States no later than February 15, 2019 ("the Deadline"), the Offices agree that your client will not be detained, tried or punished at the request of our Offices except for (1) the offenses charged in the indictment returned on October 3, 2018 in the above-referenced case, or any lesser included offense proved by the facts on which this indictment was grounded, and (2) any offense committed after the waiver of extradition and initial appearance in the Eastern District of New York. However, if your client leaves the United States after waiver of extradition or does not leave the United States within fifteen (15) days of the day on which your client is free to leave, this agreement is void and our Offices may seek the detention, trial and punishment of your client for any offense, whenever committed, that is within the relevant statute of limitations.



---

[1] This agreement pertains only to your client's waiver of extradition and not to any consent to extradition.



This letter memorializes the entirety of the agreement between the Offices and your client. No promises, agreements, or conditions have been entered into other than those set forth in this agreement, and none will be entered into unless memorialized in writing and signed by all parties.

Sincerely,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York


By: _____
    Jacquelyn M. Kasulis
    Drew G. Rolle

DEBORAH L. CONNOR
Chief, Money Laundering and
Asset Recovery Section


By: _____
    Jennifer E. Ambuehl
    Woo S. Lee
    MaryAnn McCarthy

ROBERT ZINK
Acting Chief, Fraud Section


By: _____
    Katherine A. Nielsen
    Nikhila Raj

2