# EXHIBIT C

| | |
|---|---|
| **From:** | Marc Agnifilo |
| **To:** | Kasulis, Jacquelyn (USANYE) |
| **Cc:** | Ambuehl, Jennifer (CRM); Nielsen, Katherine (CRM) |
| **Subject:** | Re: Roger Ng - Updates |
| **Date:** | Tuesday, January 29, 2019 9:50:17 AM |



Also, the next time I would be able to speak to Roger would be in connection with the court appearance on February 15. If possible, it would be great to have a resolution by the first week in February so that I can finalize the arrangements with him in person when I see him.

I know you were waiting on some information from me, so this is not meant to push you, but just to point out how few and precious these meetings are and the hope that we can nail it down then.

One of the other issues is the rule of specialty agreement.

Thanks guys. Talk soon.

Marc

Sent from my iPhone







