# EXHIBIT D

## IN THE SESSIONS COURT AT KUALA LUMPUR
## IN THE FEDERAL TERRITORY OF KUALA LUMPUR, MALAYSIA

### CASE NO: WA-64EK-1-12/2018

In the Matter of the Extradition Act 1992 [*Act 479*]

AND

In the Matter of the Treaty between the Government of Malaysia and the Government of the United States of America on Extradition

AND

In the Matter of the Extradition (United States of America) Order 1997 [*P.U.(A) 213/1997*]

AND

In the Matter of a Request for Extradition of a Fugitive Criminal by the Government of the United States of America

BETWEEN

PUBLIC PROSECUTOR ... APPLICANT

AND

NG CHONG HWA
(Malaysian Passport No: A33641167)
(I/C No. 720822-10-5991) ... RESPONDENT

**BEFORE JUDGE EDWIN PARAMJOTHY A/L MICHAEL MUNIANDY,**
**JUDGE, KUALA LUMPUR SESSIONS COURT**
**ON THE 15 DAY OF FEBRUARY 2019.**

1

## ORDER

THIS MATTER having been fixed for hearing in the presence of Mr. Faizul bin Aswad and Ms. Suloshani a/p Vijendran Vellupillai, Deputy Public Prosecutors on behalf of the Applicant and Datuk Tan Hock Chuan and Mr. Cains Tan, Counsel for the Respondent **AND AFTER READING** the Notice of Application and the Affidavit filed **AND AFTER HEARING** the abovementioned Deputy Public Prosecutors and the Counsel and after the Respondent consented to the waiver of the committal proceedings **IT IS ORDERED** that the Respondent be committed to prison to await the surrender warrant of the Minister for his return.

Given under my hand and seal at Kuala Lumpur this 15 day of February 2019.

(seal)



Judge
Sessions Court
Kuala Lumpur
EDWIN PARAMJOTHY A/L MICHAEL MUNIANDY
HAKIM
MAHKAMAH SESYEN
KUALA LUMPUR

This Order is filed on the 15 day of February 2019 by the Attorney General's Chambers for and on behalf of the Applicant whose address is at the Attorney General's Chambers, Transnational Crime Unit, Prosecution Division, Level 8, No. 45, Persiaran Perdana, Precint 4, Federal Government Administrative Centre, 62100 PUTRAJAYA. Tel: 03-8872 2000.  Facsimile: 03-8890 5622.
[Ref: JPN(R) 152/64/12-22]

2