# EXHIBIT E

IN THE SESSIONS COURT AT KUALA LUMPUR

IN THE FEDERAL TERRITORY OF KUALA LUMPUR, MALAYSIA

CASE NO: WA-64EK-1-12/2018

In the Matter of the Extradition Act 1992 [*Act 479*]

AND

In the Matter of the Treaty between the Government of Malaysia and the Government of the United States of America on Extradition

AND

In the Matter of the Extradition (United States of America) Order 1997 [*P.U.(A) 213/1997*]

AND

In the Matter of a Request for Extradition of a Fugitive Criminal by the Government of the United States of America

BETWEEN

PUBLIC PROSECUTOR ... APPLICANT

AND

NG CHONG HWA
(Malaysian Passport No: A33641167)
(I/C No. 720822-10-5991) ... RESPONDENT

## WARRANT OF COMMITTAL WHERE THE FUGITIVE CRIMINAL CONSENTS TO WAIVER OF THE COMMITTAL PROCEEDINGS

To Inspector General of Police and to the Officer in Charge of the Prison at Sungai Buloh Prison, Selangor.

1

WHEREAS on this 15 day of February 2019, Ng Chong Hwa is brought before me, Edwin Paramjothy a/l Michael Muniandy, a Sessions Court Judge, in pursuance of a requisition made by the Government of the United States of America, on the ground of him being accused of the commission of the offences of conspiracy to violate the anti-bribery provisions of the Foreign Corrupt Practices Act, Title 15, United States Code, Sections 78dd-1, 78dd-3, 78ff(a) and 78ff(c)(2)(a) in violation of Title 18, United States Code, Sections 371 and 3551; conspiracy to violate the internal accounting control provisions of the Foreign Corrupt Practices Act, Title 15, United States Code, Sections 78m(b)(2)(B), 78m(b)(5) and 78ff(a) in violation of Title 18, United States Code, Sections 371 and 3551; and conspiracy to commit money laundering, in violation of Title 18, United States Code, Sections 1956(h) and 3551, within the jurisdiction of the United States of America.

AND WHEREAS Ng Chong Hwa, after having been advised in accordance with the provisions of paragraph 22(1)(b) of the Extradition Act 1992, consent to the waiver of the committal proceedings. This is, therefore, to command you, the said Police Officer, forthwith to convey and deliver the said Ng Chong Hwa into custody of the Officer in Charge of the Prison at Sungai Buloh Prison, Selangor and you, the said Officer in Charge of the Prison, to receive the said Ng Chong Hwa into custody and to keep him there safely until they are delivered pursuant to the provisions of the said Act, for which this shall be your warrant.

Given under my hand and seal at Kuala Lumpur this 15 day of February 2019.



Judge
Sessions Court
Kuala Lumpur

EDWIN PARAMJOTHY A/L MICHAEL MUNIANDY
HAKIM
MAHKAMAH SESYEN
KUALA LUMPUR

2