# EXHIBIT 2

**Subject:** Re: Mr. Ng
**Date:** Thursday, February 14, 2019 at 7:34:05 PM Eastern Standard Time
**From:** Marc Agnifilo
**To:** Kasulis, Jacquelyn (USANYE)
**CC:** Nielsen, Katherine (CRM), Ambuehl, Jennifer (CRM), Jacob Kaplan, Teny Geragos

Hi everyone. A few things.

First, as I noted, roger will waive extradition this morning.

Second, once he waives, do you have a sense of timing. I hope to have the conditions in place very soon.

Third, would you be amenable to permitting his wife to come to the US at some point. I'm assuming she is not a subject but this is not something I have discussed yet with you guys.

That's it for right now.

Marc

Sent from my iPhone

On Feb 14, 2019, at 11:27 PM, Kasulis, Jacquelyn (USANYE) ██████████████ wrote:

> Marc - just checking in. We're you able to meet with Roger?
>
> Best,
> Jackie
>
> On Feb 12, 2019, at 8:20 PM, Nielsen, Katherine (CRM)
> ███████████████████████████████ wrote:
>
>> Marc,
>>
>> Please find attached the final approved letter, as discussed last week.
>>
>> Best regards,
>>
>> Kate Nielsen
>> Trial Attorney
>> Fraud Section, Criminal Division
>> ████████████████████████
>>
>> From: Marc Agnifilo ███████████████████████
>> Sent: Monday, February 11, 2019 11:27 PM
>> To: Kasulis, Jacquelyn (USANYE)████████████
>> Cc: Ambuehl, Jennifer (CRM)
>> ████████████████████████████ Nielsen,
>> Katherine (CRM)
>> ████████████████████ Jacob Kaplan

██████████████████████████████████████  Teny Geragos
                                         >
Subject: Re: Mr. Ng

Guys. A couple of things.

First, do you think you will have a written, approved position as to Roger's release conditions prior to Friday morning Malaysia time. We went through them on the phone and they are clear but I know there are certain approvals pending and there is an advantage to having the government's position in writing.

Second, an application has been made for me to get into the jail to see roger on Wednesday and Thursday. The jail still has not given approval. I understand that you don't necessarily have tremendous sway with the Malaysian jails but if there is some way of pushing this over the edge, that would be helpful.

That's all for now. Thank you.

I may be hard to reach. But if you can communicate with me, Jacob and Teny, I will certainly get the messages. Thanks again.

Marc
Sent from my iPhone

On Feb 7, 2019, at 1:54 PM, Kasulis, Jacquelyn (USANYE)
████████████████████████████████████████ wrote:
How about 2:30 pm?

On Feb 7, 2019, at 12:33 PM, Marc Agnifilo ◄█████████████████████████████
██████████████████████████ wrote:

Just left mdc. How is 2 pm?

Sent from my iPhone

On Feb 7, 2019, at 9:18 AM, Kasulis, Jacquelyn (USANYE)
█████████████████████████████████████████████ wrote:

Hi, Marc. I hope you're well. Do you have time this afternoon or tomorrow morning to walk through over the phone the agreement that we're working on regarding Roger's waiver of extradition? It's still going through the approval process on our end, so we can't send it to you, but we want to make sure there are no major issues from your perspective before we get final sign off.

Thank you,
Jackie

From: Marc Agnifilo ◄ ███████████████████████████████████████████████
██████████████████████████
Sent: Tuesday, February 5, 2019 11:14 AM
To: Ambuehl, Jennifer (CRM) ◄J
████████████████████████████████████████████████
Cc: Kasulis, Jacquelyn (USANYE)
██████████████████████████████  Nielsen, Katherine (CRM)



