# EXHIBIT 1

DATE 1/23/19
PURPOSE Ng call w/ Gov+
MA / TRG

CUT COLUMN          NOTES

JK          [redacted]

③ mechanics on extradition - would have to be a <u>waiver</u> vs.
   consent b/c under the treaty, consent would have to remain in
MA   ① Feb 15 court hearing                                    custody
     MA wants to go wk before to sort out
   ② would USAO consider that the rule of speciality
      would apply even if waives?
       JK will take it back & get back to us.

rule of specialty          can't change charges at all

SUMMARY