**EXHIBIT 2**

DATE 2/7/19  2:30pm
PURPOSE Ng,
Katherine Neilson

| CUE COLUMN | NOTES |
|---|---|
| agreement | · EDNY w/ ML & Fraud Section<br>· waiving extradition before 15th of Feb.<br>· not detained, tried, punished only ind. on Oct. 15th<br>· any offense AFTER w/m EDNY<br>· if leaves after waiver & voluntarily returns then agreement void |
| | [redacted] |
| waiver of ext. | · need it on the record in court in KL |