# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

March 24, 2021

VIA ECF
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>United States v. Ng Chong Hwa a.k.a Roger Ng</u>, 18 Cr. 538 (MKB)

Dear Judge Brodie:

  Pursuant to this Court's March 17, 2021 Order, Mr. Ng submits this brief letter in response to Mohd Najib Bin Abd Razak's letter motion for intervention and joinder dated March 14, 2021. (Dkt. 65.) We respectfully oppose his motion.

  Most respectfully, counsel for Mr. Ng does not see a basis for the requested intervention and joinder in counsel's letter. As this Court is aware, there is a pending proceeding in the Southern District of New York that focuses on the issues raised by Mr. Razak and we do not see how Mr. Razak intervening in the present case adds anything to that Court's review or analysis.

  Also, the discovery and other issues in the instant case are already complex and are the subject of ongoing dialogue between us and the Government. We believe it is in our client's interests to continue this dialogue and to not permit distraction with other matters.

BRAFMAN & ASSOCIATES, P.C.

Thank you for your continued attention to this matter.

                            Respectfully submitted,

                            Marc A. Agnifilo, Esq.
                            Zach Intrater, Esq.
                            Teny R. Geragos, Esq.
                            Jacob Kaplan, Esq.

cc:    Counsel for the Government (via ECF and email)