# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

May 19, 2021

<u>VIA ECF</u>
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Ng Chong Hwa a.k.a Roger Ng</u>, 18 Cr. 538 (MKB)

Dear Judge Brodie:

  We write jointly with the Government pursuant to this Court's May 11, 2021 Order to discuss and agree upon a trial date in this matter. All parties are available and propose January 18, 2022 for jury selection to begin and January 24, 2022 for opening statements and the first day of witnesses.

  Judge Joan Azrack adjourned the undersigned's February 7, 2022 multi-defendant trial to March 7, 2022. Given the Government's stated length of their case (3 to 4 weeks), both the Government and the defense believe that this jointly proposed schedule will enable counsel to complete this trial prior to the trial before Judge Azrack.

BRAFMAN & ASSOCIATES, P.C.

Thank you for your consideration.

                                                                     Respectfully submitted,

                                                                      Marc A. Agnifilo, Esq.
                                                                      Zach Intrater, Esq.
                                                                      Teny R. Geragos, Esq.
                                                                      Jacob Kaplan, Esq.

cc:      Counsel for the Government (via ECF and email)