# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

July 19, 2021

<u>VIA ECF</u>
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Ng Chong Hwa a.k.a Roger Ng</u>, 18 Cr. 538 (MKB)

Dear Judge Brodie:

  We write on behalf of Mr. Ng with the consent of Pretrial Services to request a change in Mr. Ng's ankle monitor. Currently, Mr. Ng is subject to an 8:00 am to 8:00 pm curfew. His current ankle monitor, a GPS monitor, is large, heavy and impedes Mr. Ng's only form of exercise—running. When Mr. Ng exercises, the device's weight and size causes discomfort and irritation to his ankle. We respectfully request that the Court allow Pretrial Services to change Mr. Ng's monitor to the home guard monitor, which Pretrial Services also uses. The home guard monitor gives Pretrial Services the ability to ensure Mr. Ng complies with his curfew and is smaller and more lightweight. Switching to this unit would eliminate Mr. Ng's discomfort while exercising.

  As mentioned, Pretrial Services Officer Bianca Carter consents to this request. The Government opposes this request.

BRAFMAN & ASSOCIATES, P.C.

Thank you for your continued attention to this matter.

                                                                     Respectfully submitted,

                                                                       Marc A. Agnifilo, Esq.
                                                                       Zach Intrater, Esq.
                                                                       Teny R. Geragos, Esq.
                                                                       Jacob Kaplan, Esq.

cc:     Counsel for the Government (via ECF and email)
        Pretrial Services Officer Bianca Carter (via email)