# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

December 9, 2021

VIA ECF
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: United States v. Ng Chong Hwa a.k.a Roger Ng, 18 Cr. 538 (MKB)

Dear Judge Brodie:

  We write jointly with the Government with respect to the above-captioned case regarding the parties' agreed-upon schedule for the trial days. The parties have conferred and agree to sit Monday through Thursday from 9:30am to 3:30pm with a 15-minute morning break, a 30-minute lunch break, and a 15-minute afternoon break.

                Respectfully submitted,

                Marc A. Agnifilo, Esq.
                Zach Intrater, Esq.
                Teny R. Geragos, Esq.
                Jacob Kaplan, Esq.

cc: Counsel for the Government (via ECF)