# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

January 5, 2022

VIA ECF
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Ng Chong Hwa a.k.a Roger Ng, 18 Cr. 538 (MKB)

Dear Chief Judge Brodie:

      We write in advance of the January 7, 2022, Status Conference to advise this Court ████ ████████████████████████████████████ and respectfully request two modifications to Mr. Ng's bail conditions: (1) to reduce the amount securing Mr. Ng's bail from $1,000,000 to $250,000; and (2) to modify Mr. Ng's curfew from 8:00 pm to 8:00 am to 10:00 pm to 7:00 am. The Government opposes the proposed modifications and Pretrial Services takes no position on the bail amount and has no objection to the curfew request.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

      First, in 2019, Mr. Ng agreed to the bail amount of $20,000,000 secured by $1,000,000. Unfortunately, due to the length of the COVID pandemic, Mr. Ng has incurred fees associated with New York living expenses and legal expenses related to this case that were not contemplated at the time he waived extradition. Accordingly, in order to pay for his ongoing obligations, we respectfully request that this Court reduce the amount of money securing the bail from $1,000,000 to $250,000. His bail will still be secured by a $20,000,000 bond and a suretor. Mr. Ng voluntarily came to this country to face these charges. Mr. Ng has been in the United States for nearly three years without incident. He has appeared at every Court hearing. He has

BRAFMAN & ASSOCIATES, P.C.

every intention to appear at trial; indeed, as the Court knows from recent correspondence, Mr. Ng objects to the Government's request for an adjournment of that trial. The $20,000,000 bond secured by $250,000 is still a considerable amount of money that is more than sufficient to secure Mr. Ng's continued appearance in Court.

<u>Second</u>, with trial approaching, we are requesting that Mr. Ng's curfew hours be extended so he can be present at the office between 7:00 am and 10:00 pm. Due to the restrictive agreed-upon protective order in this matter, Mr. Ng is unable to view the voluminous discovery at his home and has to view it in office, making it necessary for him to be at our office for longer periods of the day during the run up to trial. Accordingly, we request that the Court change Mr. Ng's curfew from 8:00 pm to 8:00 am to 10:00 pm to 7:00 am.

Thank you for your consideration.

Respectfully submitted,

Marc A. Agnifilo, Esq.
Zach Intrater, Esq.
Teny R. Geragos, Esq.
Jacob Kaplan, Esq.

cc:   Counsel for the Government (via ECF and email)