```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X

UNITED STATES OF AMERICA           [PROPOSED]
                                   ORDER REDUCING BAIL
        -against-
                                   Docket No. 18 CR 538 (MKB)
NG CHONG HWA,

                    Defendant.

--------------------------------X
```

Upon the application of the defendant, Ng Chong Hwa a.k.a Roger Ng, by his attorneys, Brafman & Associates, P.C.:

Whereas, on May 6, 2019, the Honorable Peggy Kuo issued an Order for Acceptance of Cash Bail with a personal recognizance bond in the amount of $20 million of which $1 million in cash was to be deposited with the Clerk of the Court;

Whereas, Judge Kuo ordered the Clerk of the United States District Court for the Eastern District of New York to accept the amount of $1 million on behalf of the defendant;

Whereas, on May 6, 2019, Brafman & Associates paid $1 million to the Clerk of the United States District Court for the Eastern District of New York;

Whereas, on January 5, 2022, Brafman & Associates made an application to this Court requesting that the Court reduce the amount securing Mr. Ng's bail from $1 million to $250,000;

1

Whereas, on January 7, 2022, this Court granted this application on the record and in a Minute Entry;

IT IS HEREBY ORDERED that:

The amount securing Mr. Ng's bail is reduced from $1 million to $250,000.

Dated:    Brooklyn, New York
          January 11, 2022

SO ORDERED:

*S/Margo K. Brodie*
THE HONORABLE MARGO K. BRODIE
CHIEF U.S. DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK