# EXHIBIT 1

# REQUEST FOR HOME QUARANTINE

Fully vaccinated travellers now have the option to quarantine from the comfort of their homes when they arrive in Malaysia.

Find out how you can apply.

Qualifying Criteria    How To Apply

**Important: Please note that the rules and information are updated from time to time. Please check the latest information before applying**



## HOME QUARANTINE QUALIFYING CRITERIA

| **Home or Residence** | **PCR Test Result** | **Vaccinated** |
|---|---|---|
| Local or foreign traveller who has a home or residence in Malaysia (including PR, MM2H). | A negative COVID-19 test result. | Completed COVID-19 vaccination. |

1. For double dose vaccines: recipients must have received two complete doses of which more than 14 days have passed since date of second dose
2. For single dose vaccines: of which more than 28 days have passed since date of vaccine dose
3. Home or residence must be suitable based on risk evaluation. Risk evaluation is based on:
    - Number of persons in said home or residence
    - Number of elderly persons in said home or residence (above 60 years of age)
    - Number of children in said home or residence (below 12 years of age)
    - Number of persons with chronic illnesses in said home or residence
    - Number of pregnant mothers in said home or residence
    - Number of rooms in said home or residence
    - Number of bathrooms in said home or residence
    - Number of bedrooms with en suite bathrooms in said home or residence



# HOME QUARANTINE

How To Apply?



**1** Visit eCOVID19 HQA and click on APPLY NOW

   

APPLICANT • • TRAVELLER — up to **10** Travellers per application — **1** Quarantine address



**2** Enter Applicant's Information with valid ID and criteria



  

Applicant can either be travelling, or applying on behalf of their family members or any other representative(s)



Travellers must have a valid ID. (MyKAD or Passport)



**3** Enter All Traveller's Information up to 10 travellers per application



   

HQA should be between 4-10 days prior to date of arrival

 

submit **4-10** days before arrival



**4** Upload All Required Documents to be submitted for approval



 All documents will be reviewed.

 Once approved, applicants will be notified.

Apply Now



All Rights Reserved. Ministry of Health Malaysia