# EXHIBIT 2



**Travel status checking: Query**    Malay Language

**Immigration Department of Malaysia Electronic System**

**Immigration control status checking**

This website enables Malaysian to check their status on application for passport and travelling overseas. For the purpose of entering Sabah and Sarawak depends to the authority of state law and regulation.

**Please enter identity card number and press Check button**

Identity card number ▮▮▮▮▮▮▮▮▮▮

[ Check ]   [ Reset ]

**Checking result:**
**Please refer to nearest Immigration office**

Disclaimer Note: This check is valid only on search date and time only and can not be used in court.

Terima kasih kerana menggunakan perkhidmatan kami
*Thank you for using our service*

Query Time: 0.73 s

This facility is open to all Malaysian citizens.
The Immigration Department of Malaysia shall not be liable for any damages or losses whether intentionally or unknowingly from the use of information posted on this site.