UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

NG CHONG HWA,

                   Defendant.

-------------------------------------------------X

**ORDER**

Docket No. 18 CR 538 (MKB)

Upon the application of the defendant, Ng Chong Hwa a.k.a Roger Ng, by his attorneys, Brafman & Associates, P.C.:

I hereby authorize the following attorney and attorney staff members to bring the General Purpose Computing Devices listed below into the Eastern District of New York Courthouse for use in a trial or proceeding in the action entitled United States v. Ng Chong Hwa a.k.a Roger Ng, 18 Cr. 538 (MKB) which is anticipated to begin on February 7, 2022 and conclude on or about March 16. 2022.

| Attorney/Attorney Staff | Devices |
|---|---|
| 1. Zach Intrater, Esq. | Cellphone, laptop |
| 2. Katelyn Giesler | Cellphone, laptop |
| 3. Jennifer Silverstein | Cellphone, laptop |

Dated: Brooklyn, New York
       February 3 , 2022

SO ORDERED:

_S/Margo K. Brodie_
THE HONORABLE MARGO K. BRODIE
CHIEF U.S. DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK