# EXHIBIT 1

**DRAFT**

United States v. Ng Chong Hwa

DRAFT TRANSCRIPT OF HAWK MP3

DATE:                October 16, 2018 at 4:22pm

PARTICIPANTS:

    Lim Hwee Bin        LIM

    Tim Leissner        LEISSNER

KEY:

    [U/I]              Unintelligible

    [SP]               Spelling

1

| | |
|---|---|
| Special Agent Nathan Lumby | Special Agent Nathan Lumby [SP?] of the FBI. I'm here at, uh, October 16, 2018, at approximately 4:22pm. Timothy Leissner is going to do a consensual recording with Hwee Bin Lim, beginning now. |
| | [phone ringing] |
| LIM | Hi, morning, I'm U/I |
| LEISSNER | Good morning, sorry, Hwee Bin. Good morning. |
| LIM | Good morning. |
| LEISSNER | It's a little bit early. I thought I just tried to grab you in case you guys have things to do this morning. |
| LIM | Oh, yeah, Don't worry because I actually watched a movie until quite late last night. [laughter] |
| LEISSNER | Oh my goodness. |
| LIM | How are you? |
| LEISSNER | I'm good, I'm good. What were you watching? |
| LIM | No, just one of those Netflix movies. You look good—you look so much better now. |
| LEISSNER | Thank you—I thought I always look like this. Maybe, I got, I got a haircut; that's what I did. |
| LIM | [laughter]. How how how's things; how's things? |
| LEISSNER | For me, everything is good, um, you know, in, um, was traveling quite a little bit you know in the summer. When we spoke last, I think I was in New York then LA, back to New York and back and forth. What's—It's been good. Lots of business. You know, our friends at Celsius are keeping me busy and I think keeping Roger busy. And that's pretty much it. I mean, all the press that you read, Hwee Bin, little bit crazy. Too too much, you know, and so I wouldn't, I wouldn't, worry about those things. |
| LIM | Oh, good good good good good. |
| LEISSNER | [laughter] |
| LIM | Good good. |

2

| | |
|---|---|
| LEISSNER | How are you guys? |
| LIM | Um, |
| LEISSNER | How is it going with you and Rog? |
| LIM | Yeah, I just want to tell you that, um, when we met—I met the lady master last night. Everything is still intact. |
| LEISSNER | Ok, great. |
| LIM | So I, I was, I thought it was very good so I wanted to let you know that. |
| LEISSNER | Oh, that's very sweet. |
| LIM | So I wanted to let you know that, and now— |
| LEISSNER | The fung shui is good? The fung shui is good? |
| LIM | Yeah, um, yeah. So things are moving very very, you know, in the right direction. |
| LEISSNER | Mhm. |
| LIM | You will have that that up and down and everything, but yes, they said everything's going to be good for you. |
| LEISSNER | That's great. |
| LIM | So I'm glad, I'm glad, it be, yeah, yeah. |
| LEISSNER | Thank you very much. But, I'm happy, because as you know I'm sweating it everyday too, of course. You know, and I'm worried. Um. |
| LIM | Hm, Yeah. |
| LEISSNER | Especially with our young friend. You never know with our young friend. |
| LIM | [laughter] |
| LEISSNER | I'm very worried about him. |
| LIM | Oh, ok. I don't know. I mean, I also read from the press right about him sometimes. |
| LEISSNER | Mhm. |
| LIM | But I don't know where, what is out there, what's he doing and all these things. So. |
| LEISSNER | He's the one I worry the most. |

3

| | |
|---|---|
| LIM | Everything is just [U/I[ press these days. Yeah. Yeah. And um. |
| LEISSNER | How's Rog doing? |
| LIM | And um . . . Okay—I mean, he's trying to keep himself busy. I mean, you know, like you said the last time when the press came out that, you know, he vanished, so, from the web. But people read it as another banker being murdered. [laughter]. And, and, and, the rumor has it that one more banker has been murdered. |
| LEISSNER | Really? That's what they said in Malaysia? |
| LIM | Yeah, well, you know, they, they only reads the headline. They read half the headline. |
| LEISSNER | Hm. |
| LIM | And, and, that's how it got, it got, it got, it got, it got passed around and all that stuff, yeah. |
| LEISSNER | That's crazy, Hwee Bin. That's crazy. |
| LIM | So crazy. Yeah. |
| LEISSNER | But no no problems with the authorities and stuff like that? They keeping away from you? |
| LIM | Um, yeah so that's, that's why I thought I wanted to call you and then talk to you about. Because um, we, well, have our fair share of things. |
| LEISSNER | Hm. |
| LIM | Thing were okay—moving very very, um, moving in the right direction. So, uh, uh, uh, uh talking about authority-wise, there was nothing, uh, that uh, it's not, it's not, it's not penalty. It's not, um, a legal, legal, basis, you know, they were talking about just looking at uh forfeiture. |
| LEISSNER | I see. |
| LIM | Right, so that's why I wanted to, you know, ask, um, if everything's okay. |
| LEISSNER | I think so, I mean, from my side, there's no need. I mean, my lawyers are talking to the authorities in America—you know whether it's the |

4

|  |  |
|---|---|
|  | SEC, the Federal Reserve Bank and everybody. I'm, nobody really has much of a view, to be honest, Hwee Bin, on this side. So, I think, I'm not so sure how they're working with Malaysia. That's why I'm interested to see always what Malaysia's been saying or Singapore whatever you know because it's really a mystery to me here. |
| LIM | Malaysia Malaysia Malaysia, right, Malaysia has been a lot of forfeiture happening now. They, they, I think uh it comes to the point where, they think, you know, uh they wanted the money back. |
| LEISSNER | Mhm. |
| LIM | So, I tried to explain to them, right? That, um, it has always been the case where there was , uh, business ongoing. |
| LEISSNER | Mhm. |
| LIM | I told them the truth. I told them that it was an investment. |
| LEISSNER | Mhm. |
| LIM | And it was a big thing, you know? And, uh, I don't believe what was said, I said, right? |
| LEISSNER | Mhm. |
| LIM | I did not believe what was said. And um, I think a lot of this was, I felt that it was, "oh, you know, we *felt* it was like this," "we *felt* it was like that. So, hence, uh, we wanted to forfeit." So, I told them, I said, "no, you cannot just forfeit. Because how can you just forfeit without no, I mean, you want me to just sign an SD to say that you know, you want, you want, you want me to surrender." |
| LEISSNER | Mhm. |
| LIM | Right? I said "I cannot just sign an SD to just say I want to surrender because I am telling you the truth. I'm telling you because there is a real business ongoing uh –there was business. " |
| LEISSNER | Mhm. |
| LIM | And that's how the whole thing happens that way. So, they said, "oh you know, because you cannot provide me any form of documents |

5

|  |  |
|---|---|
|  | and what's so, what not, how to prove that the, that the, whole thing is yours." |
| LEISSNER | You mean the Capital Place money right? You mean the Capital Place money? |
| LIM | Mm, mm, correct. So, I said "that is so crazy because this thing happened like way back in 2005 and then, you know, the whole and then the investment starts and then we decided to wind down in 2011. And why is it you're doing this to me. I mean, who kept documents since those days?" |
| LEISSNER | Yeah. |
| LIM | And all this things happens in China. I said, "this is very crazy." |
| LEISSNER | Right. |
| LIM | So—yeah, so—I was just hope— |
| LEISSNER | So that's what they're trying to get. But, is that Malaysia or Singapore? Because, I think that all went into Singapore, but Malaysia. |
| LIM | Malaysia. |
| LEISSNER | Hm. |
| LIM | Malaysia. |
| LEISSNER | Hm. So they're working with Singapore, probably, very closely. |
| LIM | Um, I don't know if they're really working with Singapore very closely because, um, um, I think I think they're quite independent of each other now. |
| LEISSNER | I see. |
| LIM | It's not exactly—yeah, yeah. |
| LEISSNER | That's also the feeling I get here you know, I don't—in America I don't know I don't see how they're working with the other countries. I'm sure they, they do. But, it's, it's, um, my lawyers are pretty much handling it now, which is good, because, you know, it leaves me to do whatever I have to do—my little businesses, Celsius and everything. That's good. |

| | |
|---|---|
| LIM | We have decided we don't even bother having lawyers here. |
| LEISSNER | Really? |
| LIM | We do not even hire lawyers. So, because, um, because the thing is that they come and then they said "oh, you know, all we wanted was to forfeit." They go around forfeiting almost everyone. I think I think that target was pretty clear. And then things they cannot prove, they say "oh we just want the money back. That's it." |
| LEISSNER | I see. |
| LIM | Right. You know, but the thing is, it comes to a point where I say, "look you cannot do that to me right? You cannot do that to me because I just cannot just say 'oh, I'm going to let you have everything.' How can I? I mean, you, you've got to prove to me too as the authority to say that I am, you know, taking what it is.' But, you are just saying, 'oh, you know just because of this and that.' And you refuse to believe me that, you know, there was business in the first place." |
| LEISSNER | Mhm. |
| LIM | And so they were saying, "ok if you can provide *any* form of documentation, then, um that would be how was it." So, I thought that was pretty crazy. |
| LEISSNER | Yeah. |
| LIM | And they were so insistent and all, you know. Uh, they, they, they think that it was, um, you know, the company was actually, you know, uh, somehow link or related to you or even your. And so we said "no, we never think so and we never believe. And then, it was never the case, at least during the time when we were investing." |
| LEISSNER | Mhm. |
| LIM | So, we were very, very clear about that one. Because we knew it wasn't, at least at that time. So, I said, "no, I mean, you know, at that time, at least you're telling me during my time of investment I knew who it was." Right? |

7

| | |
|---|---|
| LEISSNER | Mhm. |
| LIM | I knew who I was dealing with. |
| LEISSNER | Right. |
| LIM | Very clearly. |
| LEISSNER | Hm. Interesting. |
| LIM | So that it was it is. Yeah, so. |
| LEISSNER | And no word from our friend ever because I don't, also, by the way, you know, he took me off the WeChat, you know. Nothing ever from him again. |
| LIM | Oh, oh, oh. |
| LEISSNER | So, and I think he spread, I think he spread a bunch of rumors around about me, to be honest, also and, which I don't, quite frankly I didn't quite understand that, Hwee Bin, but, I don't know. |
| LIM | I did, I did, I did I did mention to you the last time, right, that was a couple of months back. Yeah. |
| LEISSNER | Yeah. But then it's not right that he spread that rumor. What's in it for him? Anyways. |
| LIM | I also don't know. [laughter]. I tell you the way he talks, right? So, we're just, um, so that's how I thought well, you know. So, just, just start as a friend, just wanted to see if there is anything, um, you know. But, uh— |
| LEISSNER | Nothing. |
| LIM | Whether we have any form of documents, and I mean if you could help me with any form of— |
| LEISSNER | Oh, I got you, you mean with Capital Place, with Judy? |
| LIM | Yeah, if she still kept any, any, any, any form of documents. If I could contact her. |
| LEISSNER | Yeah, maybe so, maybe so. I would have to tell—I would have to speak with her. You know, we don't speak that much anymore these days, with Judy. Rarely, and mainly about the girls. That's about it, that's about it. |

8

| | |
|---|---|
| LIM | Oh, okay, I see, I see, okay. Um, okay, maybe I can try to reach her— |
| LEISSNER | Yeah. |
| LIM | —and speak to her. Because, I, I was, I was, I was telling I said, okay fine, if you need me to speak, I did mention that. Right? To the authorities, yeah. |
| LEISSNER | Mhm, mhm. |
| LIM | That, okay, "if you want me to get the documents I'll have to speak to her" and then they said "oh, by all means, you speak to her." So I said, "But, are you sure you want me to speak to her and then you don't come back to say that 'oh, you know, I'm talking to someone you shouldn't be talking to?' And—" |
| LEISSNER | Yeah. |
| LIM | You know all this stuff. And they said "no, you are, you are very welcome to speak to anybody—and we just want your money." |
| LEISSNER | Yeah, it's tricky, I mean, of course, they'll say that today and then you'll go back and say "I spoke to her and here are the documents," then they may say, you know. |
| LIM | No, no, at Malaysia is—they will either ignore it, but knowing Malaysia, they just want the money. |
| LEISSNER | Right, right. So, whatever it is, they'll just take it. |
| LIM | Mm. Mm. |
| LEISSNER | Yeah. |
| LIM | Yeah without prejudice, they'll take everything without prejudice. Yeah. So, I was telling them, "No, you got to believe me. This is a real, you know, it was an investment. I mean who kept documents, I mean, back in like, you know, those days until now. |
| LEISSNER | Yeah. |
| LIM | So they said, "Yeah, you can't even provide me with anything." |
| LEISSNER | Hm. |

| | |
|---|---|
| LIM | So, I thought, well, that's so crazy. Yeah, yeah, so, they've been um, pressing me to, um, to sign, um, um, um SD to— |
| LEISSNER | What's an, what's an SD, Hwee Bin? |
| LIM | To—surrender—statutory declaration. To surrender. |
| LEISSNER | Oh. Hm. |
| LIM | Yeah, yeah. |
| LEISSNER | That sounds pretty crazy. |
| LIM | Yeah, yeah, but otherwise… |
| LEISSNER | Hm. |
| LIM | Everything is the same. |
| LEISSNER | [laughter]. I hear Roger is busy with Celsius because, you know, I don't speak to him, but they, you know I speak with the Celsius people. They tell me he's doing a good job. |
| LIM | Yeah, he's still running around. He's still uh trying to sort out the, uh, I heard some, um, getting the approvals for Malaysia and they're setting up the plant and something like that. |
| LEISSNER | Right. |
| LIM | And then also on all other things that you all spoke about, right? |
| LEISSNER | Yeah. |
| LIM | Yeah, all those things. I think, um, the last time I heard, he was, uh, said you came up with some very good ideas or something, I heard him talking to John. He said yeah, that's the good one. And then he said yeah, we should get more involved in that route. Something like that. |
| LEISSNER | I can't remember. The only thing I said to Celsius, was, was that you know, don't— |
| LIM | He can't wait to, he can't wait to work with you again. [laughter] |
| LEISSNER | I know, I know, I know because I give, I give my feedback I give my feedback to, you know, to the Celsius folks and then I know they talk to Roger. And then they said to me as well that Roger thought those |

10

|  |  |
|---|---|
|  | were good ideas. But, he cannot travel yet. Can he? No, I guess not. You guys are stuck in KL. |
| LIM | Until, [U/I]. If if I had signed it a month ago, we would've been able to travel. If I had signed it two months ago, we would've been able to travel. |
| LEISSNER | Really? But, this way no? |
| LIM | It was my timing. |
| LEISSNER | Yeah, yeah, yeah, yeah, yeah. |
| LIM | But yeah but I thought it was pretty crazy if you can't as the authority you come to me so hard and just say you just want everything. Right? You just want everything and then, and then, and then you say just because you cannot prove to me—you don't have the documents. |
| LEISSNER | Yeah. |
| LIM | I thought that was pretty crazy. |
| LEISSNER | Yeah. That's really—that's sad. |
| LIM | Yeah. But, uh, but, uh you where you are, they are not even asking that? They are not even bothered, right? |
| LEISSNER | They are bothered. You know, people are bothered. But, I think they are talking. They happily talking to my lawyers. And I think that's, that the best way for me to handle it—so keep it away from my family, keep it away from me. And, you know, the lawyers can handle and speak to them. So, sorry— |
| LIM | Oh, I see. |
| LEISSNER | —that was a new update from my iPhone. [laughter] that was just popped up. |
| LIM | [Laughter]. |
| LEISSNER | Yeah, no, so I think, that's the most comfortable for me as well, I have to say. |
| LIM | Mm. Mm. that's good, that's good. At least, you kept yourself, you know, and then back to work and all that thing. |
| LEISSNER | Yeah. Correct. |

11

| | |
|---|---|
| LIM | Okay, okay. Okay. |
| LEISSNER | And, you know the one thing I didn't tell you. Some people here worried, you know, about my safety also because they thought between our young friend, you know, the Abu Dhabis and people, you know, this could be dangerous. Especially with when he, and we thought he put out that news that I was, you know, in plea discussions and whatever, you know. So, we thought it could be a little bit dangerous, you know, especially if he's in China or some places. You never know, right? Life is very inexpensive there. Or Abu Dhabi, his friends there, life is inexpensive. So, we were worried about that for a while. |
| LIM | Are you serious? Wow, but is that okay now? Is it better for you now? |
| LEISSNER | Nothing has happened in the last three months, you know, so, uh, you know, going by that we feel we feel more comfortable, but you never know of course, right? So. |
| LIM | Right. But no, um, not according to the lady master. You're going to do one more. [laughter] |
| LEISSNER | Okay, well. |
| LIM | You're going to do more than what you have now. |
| LEISSNER | That's good news, that's good news for me, you know, to have, uh, to have that in place. |
| LIM | Right right right, yeah. |
| LEISSNER | The fung shui master. |
| LIM | Yeah, yeah. |
| LEISSNER | Well, |
| LIM | Okay. |
| LEISSNER | Please feel free— |
| LIM | I'm glad to hear. |

12

| | |
|---|---|
| LEISSNER | Feel free to reach out anytime, Hwee Bin. You know, in the mornings, in the mornings I normally take the boys to school, so that's when I get stuck in traffic. And that's— |
| LIM | Oh, the two boys, the two young boys. Okay. |
| LEISSNER | Yeah, they go to the same school. |
| LIM | Is the little boy going to school as well? |
| LEISSNER | Yes. |
| LIM | Good. |
| LEISSNER | Preschool— |
| LIM | Such a big boy now. |
| LEISSNER | —three and a half years old. three and a half years old. So he's going to preschool and Kenzo is going to the same school. And he's in like 4th grade or something, so. |
| LIM | This is such a—this is so much better for you now that you actually missed out on all that family life before that. You were working too hard. You were working too hard. |
| LEISSNER | Yeah, I know. Now finally now finally I'm a home man, I'm a family man. Took many years to get there. |
| LIM | Yes, yes, yes. And I think it's good, it's good. It's very good. At least, you know, having family around is very different, right? |
| LEISSNER | Yeah, for sure. |
| LIM | Having family around is very different. |
| LEISSNER | Yeah, totally. |
| LIM | Yeah. Yeah. Okay. Okay, okay I'm telling you, I'm telling you–what I'll do is I'll try to reach out to her myself and then ask her whether she still has any form of our documents prior to all those things and then we'll see how it goes from there. |
| LEISSNER | Okay. I think that's perfect, Hwee Bin. |
| LIM | [U/I]. Yeah yeah yeah. |

| | |
|---|---|
| LEISSNER | If you do hear anything from young friend that I should be concerned about or anything—any rumblings, let me know. You know, because, maybe Terrence– |
| LIM | Mm. Definitely |
| LEISSNER | –because you guys have a good, you're on the ground with that gang. |
| LIM | Yes, we hear, um, um, people talk, we hear rumors. But sometimes, I do not know. But last time I thought I saw in the papers right, um, not the papers, the web—this web Malaysia Inside. |
| LEISSNER | Mhm. |
| LIM | That they were saying that he was also, uh, he was also trying to strike a deal, right? Or something like that, on the firm—throw the firm under the bus, or something like that. So… |
| LEISSNER | You mean, the firm. |
| LIM | That was the last one. |
| LEISSNER | The firm being, you know. Goldman Sachs? |
| LIM | Yeah, isn't it? Oh, it was all over the news in Malaysia. |
| LEISSNER | Jho was trying to throw the firm under the bus? |
| LIM | Mm. Mm. |
| LEISSNER | I didn't see that news. I didn't see that news. |
| LIM | Oh, it was all over the, uh, Malaysia. And I think it also came out in Bloomberg. |
| LEISSNER | I see, okay, I'll check that out. |
| LIM | Yeah, yeah, yeah, yeah. You can check that out. It was also in Bloomberg but I saw it in Malaysia inside quoting Bloomberg. |
| LEISSNER | Got you, got you. |
| LIM | Mm mm. |
| LEISSNER | K that's interesting. |
| LIM | So, so, which, I think probably that should be true because it's out in the web, so that might just be true, so, that was his direction of moving. |
| LEISSNER | Jho's direction. Mm. |

14

| | |
|---|---|
| LIM | After supposedly the [U/I] got stuck in Malaysia. That was the direction he was taking. Yeah, yeah, yeah. |
| LEISSNER | Interesting. Interesting |
| LIM | But, I, I, I, want to believe it's true. |
| LEISSNER | Right, got you. And do you guys still see Terry from time to time or has he gone underground as well? Totally underground. |
| LIM | I—when was the last time—I think we saw him, I think it was last year, you know, the last time I saw him. |
| LEISSNER | Wow. |
| LIM | Mm. It was quite some time ago, yeah, so I do not, I don't know so much about that really. I saw him probably in December last year. |
| LEISSNER | Hm. |
| LIM | Yeah, yeah. Yeah. |
| LEISSNER | Does Boon-kee ever? [CROSS TALK] |
| LIM | I think at that time he was-- |
| LEISSNER | Does Boon-Kee ever show up in Malaysia? No nothing huh, so sad huh? |
| LIM | Never. |
| LEISSNER | So sad. |
| LIM | No, that was even further than that. That was even before the, uh, the incident in Singapore. |
| LEISSNER | Right, right. |
| LIM | Remember the incident in Singapore? |
| LEISSNER | Yes, yes, of course. |
| LIM | Never did after that, hm, hm. Never did after that, so that was pretty. |
| LEISSNER | Yeah, I tried to reach out— |
| LIM | Not even a phone call not even a text. You did? |
| LEISSNER | Yeah, I tried to reach out to her and I never heard back from her, either. |
| LIM | The last, the last, the last article came out, right? On Bloomberg. |
| LEISSNER | Mhm. |

15

| | |
|---|---|
| LIM | Saying that, uh, she was asked, right? Something like that. |
| LEISSNER | She was interviewed |
| LIM | That was in Singapore. |
| LEISSNER | Yes, she was interviewed, that's what it said. [U/I] see that. |
| LIM | Mm. Mm. Mm. But, the good thing is you know, you're getting back to your usual self. Getting, getting, getting there. Almost there, almost there. |
| LEISSNER | [laughter] Thank you. |
| LIM | So that's good. You keep yourself very very active and doing, going around. I think that's very important. And it's very good to hear. |
| LEISSNER | I keep myself under the radar screen and quiet though, you know, so. Other than that, a lot of time with the family, which is the best. |
| LIM | That's good. |
| LEISSNER | Yeah, exactly. |
| LIM | Good to hear that. [laughter] |
| LEISSNER | Well, tell Rog good luck. Tell Roger good luck with, um, with Celsius. We need his help—because that's going to be an import-- |
| LIM | Yes I will I'll tell him that. And [U/I] concentrate on doing that too. And hoping to get back to many other things. Oh my gosh. [laughter] |
| LEISSNER | Yeah. One of these days. One of these days, it will be normal again. |
| LIM | Mm. I'm glad—I'm really glad all is well there. |
| LEISSNER | Yeah. |
| LIM | I get so worried not hearing from you for a while. |
| LEISSNER | Yeah I know, that's why, you know, ping me anytime you want to. You know, if I can, I speak |
| LIM | Okay, okay, and its always safe to talk to you. |
| LEISSNER | Yes yes, well certainly if I'm in my own little surroundings, yes. |
| LIM | [laughter] Okay, definitely, that's great. Yeah. And I will keep ourselves very safe here as well. |
| LEISSNER | Please. |
| LIM | I will keep myself very safe here. Yes. Definitely, I will. |

| | |
|---|---|
| LEISSNER | And tell Roger all my best regards. And Victoria of course as well. |
| LIM | Yes, yeah you can hear Victoria just came into the room. [laughter] |
| LEISSNER | Oh, that's cute. That's very cute. Alright, see you guys. |
| LIM | Okay, good. |
| LEISSNER | Thanks for reaching out, okay, and be in touch. Don't worry about it, be in touch anytime. |
| LIM | Okay. Okay. Thank you. |
| LEISSNER | Thank you. Bye, be good. bye, |
| VICTORIA | [U/I] |
| LEISSNER | Bye, Victoria. [laughter] |
| LIM | Alright bye |
| LEISSNER | Bye |
| LIM | Okay. |

17