# EXHIBIT A



# HEIST OF THE CENTURY - How Jho Low Used PetroSaudi As "A Front" To Siphon Billions Out Of 1MDB!

- 28 Feb 2015
- BM 翻译
- ○ Like 21K
- Iban

https://www.sarawakreport.org/2015/02/heist-of-the-century-how-jho-low-used-petrosaudi-as-a-front-to-siphon-billions-out-of-1mdb-world-exclusive/    1/30



GOVERNMENT'S EXHIBIT GX-101 U.S. v. Ng Chong Hwa 18-CR-538 (S-2) (MKB)



Together with London's Sunday Times newspaper, Sarawak Report has completed an in-depth investigation into the trail of the missing billions at the heart of Malaysia's 1MDB (One Malaysia Development Berhad) financial scandal.

We have obtained access to thousands of documents and emails relating to transactions by 1MDB, including its initial joint venture with the little known oil company PetroSaudi International from 2009.

What the documents establish is that, in spite of copious official denials, the entire joint venture project was conceived, managed and driven through by the Prime Minister's associate and family friend the party-loving billionaire tycoon, Jho Low.

The documents also prove that the USD$700 million so-called "loan" that was supposedly repaid to PetroSaudi as part of the joint venture agreement, was in fact directed into the Swiss bank account of a company called Good Star, which is controlled by Jho Low.

That money was then partly used to buy out Taib Mahmud's UBG bank in Sarawak at a very advantageous price for the chief minister and his family, who had been failing to get a deal on the open market.

PetroSaudi had agreed to act as "a front" for Jho Low on such deals, according to the documents, and it was a subsidiary of PetroSaudi International registered in the Seychelles, which bought UBG, using money siphoned from 1MDB.

## How Jho Low managed the 1MDB PetroSaudi Joint Venture deal



Mahony flew to Thailand to stage Justo's arrest

Among the email exchanges obtained by Sarawak Report are documents from an initial meeting that took place in New York on September 8th 2009, between the then Wynton Capital head, Jho Low and the UK businessman Patrick Mahony, who had been introduced a few days earlier by PetroSaudi's CEO, Tarek Obaid.

Mahony worked for the investment group Ashmore, which was funding PetroSaudi's main operation, an oil well in Argentina.

Also at the meeting were two of Jho Low's close colleagues, Li Lin Seet and a UBG bank lawyer, Tiffany Heah.

In an email written to "Jho, Seet and Tiffany" the following day, Mahony made clear on behalf of PetroSaudi that the company was very willing to become involved in a series of deals proposed by Jho Low, which were expected to involve 1MDB and Petronas.

Mahony also understood that Jho Low wanted "to use PetroSaudi International as a front" for certain deals and he said that "we would be happy to do that":

> "Jho / Seet / Tiffany" *begins the lengthy email*

> "….I think what would make sense is that we set up a joint venture where we contribute our assets and you can contribute cash to match our asset base. We can then decide where that cash goes. Some of it may go to paying us back for some cost and some should stay in the JV for new acquisitions. We can discuss how those acquisitions will work and how money should flow once we do the deals through the JV…. I am assuming here that 1MDB will be our partner first and that Petronas will come in later…. Over time, Petronas could buy the JV and both PSI and 1MDB would have made a big return on the initial investment.

> Lastly, we know there are deals you are looking at where you may want to use PSI as a front, we would be happy to do that. You need to let us know where…. On this idea of being a front, we need your input"

[PSI FRONT EMAIL]

> Show email

> Patrick Mahony
> **To:** Jho Low
> **Subject:** Cover Email – Read First

> Jho / Seet / Tiffany,

> Many thanks for your time the other day. As discussed, there seems to be a number of things we can do together. However, I think we should try to focus on the more actionable ones for now and we can then spend more time exploring some of the other areas where we might be able to cooperate. In my mind, the

"We need to move fast n we need as much detailed info u have as fast as possible. We want to sign and pay by sept 09. Wil be emailing out a timeline"[sic].

[EMAIL PROPOSED TIMELINE]

Show email

   Great.

Sent via BlackBerry from T-Mobile

_____

**From** : Patrick Mahony
**Date** : Fri, 11 Sep 2009 00:55:57 +0200
**To** : Taek Jho Low <jho.low@gmail.com >; Seet Li Lin <seet.lilin@gmail.com >; Tarek Obaid <Tarek.Obaid@Petrosaudi.com >
**Subject** : Re: Proposed timeline for JV with PetroSaudi

Jho – fully understood. I have been preparing virtual datarooms for you, which we will give you access to. In terms of me emailing you the potential deals and some info, I apologise for the delay but we were working on signing a deal this week, which we finally did late last night and this has taken a lot of my time. I have also been in a different city everyday since I left you in new york. I am preparing something to send to you and you will get it overnight tonight. Thanks

_____

**From** : "jho.low@gmail.com"
**Date** : Thu, 10 Sep 2009 23:15:17 +0200
**To** : seet.lilin@gmail.com <seet.lilin@gmail.com >; Patrick Mahony <Patrick.Mahony@Petrosaudi.com >; Tarek Obaid <Tarek.Obaid@Petrosaudi.com >
**Subject** : Re: Proposed timeline for JV with PetroSaudi

We need to move fast n we need as much detailed info u have as fast as possible. We want to sign and pay by sept 09. Wil be emailing out a timeline.

Sent via BlackBerry from T-Mobile

_____

**From** : seet.lilin@gmail.com
**Date** : Thu, 10 Sep 2009 21:13:12 +0000
**To** : Patrick Mahony <Patrick.Mahony@Petrosaudi.com >; Tarek Obaid <Tarek.Obaid@Petrosaudi.com >
**Subject** : Re: Proposed timeline for JV with PetroSaudi

Hi Patrick,

Are you guys going to include the waste mgmt company as one of the assets? That would fall under our radar as well. Can you please include it?

Thanks

Sent via BlackBerry from T-Mobile

_____

**From** : Patrick Mahony
**Date** : Wed, 9 Sep 2009 20:13:40 +0200
**To** : Seet Li Lin <seet.lilin@gmail.com >; Tarek Obaid <Tarek.Obaid@Petrosaudi.com >
**Subject** : Re: Proposed timeline for JV with PetroSaudi

Yup – on my end should be me and tarek cc'ed on everything. Thanks

_____

**From** : SEET Li Lin
**Date** : Wed, 9 Sep 2009 19:52:19 +0200
**To** : Patrick Mahony <Patrick.Mahony@Petrosaudi.com >; Tarek Obaid <Tarek.Obaid@Petrosaudi.com >
**Subject** : Re: Proposed timeline for JV with PetroSaudi

Dear Tarek,

FYI. Jho has instructed me to keep you posted on our progress.

Regards

Seet

On Wed, Sep 9, 2009 at 12:34 PM, Patrick Mahony <Patrick.Mahony@petrosaudi.com >wrote:

I am gathering presentations for you and you will have an email from me latest tomorrow morning my time. This is good news. Many thanks. Patrick

_____

**From** : SEET Li Lin
**Date** : Wed, 9 Sep 2009 18:28:58 +0200
**To** : Patrick Mahony <Patrick.Mahony@petrosaudi.com >
**Subject** : Proposed timeline for JV with PetroSaudi

Dear Patrick,

Jho has spoken to the top boss and received the following guidance: