UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

NG CHONG HWA,
    also known as "Roger Ng,"

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

VERDICT SHEET

Docket No. 18-CR-538 (S-2) (MKB)

**AS TO COUNT ONE:  Conspiracy to Violate the FCPA—Bribery**

    NOT GUILTY _____           GUILTY _____

If you find the defendant guilty on Count One, indicate below the one or more objects of the conspiracy charged in Count One that the defendant conspired to commit:

    Object #1:  Violating the FCPA's Antibribery Provisions as an Officer, Director, Employee, or Agent of an Issuer, or a Stockholder Acting on Behalf of Such Issuer by Offering to Pay, Paying, Promising to Pay, or Authorizing the Payment of Money or Anything of Value to a Foreign Official For One or More Specified Business Purposes

        YES _____        NO _____

    Object # 2:  Violating the FCPA's Antibribery Provisions While in the Territory of the United States by Offering to Pay, Paying, Promising to Pay, or Authorizing the Payment of Money or Anything of Value to a Foreign Official for One or More Specified Business Purposes

        YES _____        NO _____

**AS TO COUNT TWO:  Conspiracy to Violate the FCPA—Circumvention of Internal Accounting Controls**

    NOT GUILTY _____           GUILTY _____

**AS TO COUNT THREE: Conspiracy to Commit Money Laundering**

NOT GUILTY _____         GUILTY _____

If you find the defendant guilty on Count Three, indicate below the one or more objects of the conspiracy and the specified unlawful activities charged in Count Three that the defendant conspired to commit:

Object #1:  International Transfer to Promote Specified Unlawful Activity

YES _____         NO _____

Specified Unlawful Activity

(i)     Violations of the FCPA's antibribery provisions, the object of the conspiracy charged in Count One

YES _____         NO _____

(ii)    Violations of the FCPA's internal accounting controls provision, the object of the conspiracy charged in Count Two

YES _____         NO _____

(iii)   Bribery of a public official, in violation of Malaysian law

YES _____         NO _____

(iv)    Misappropriation of public funds by or for the benefit of a public official, in violation of Malaysian law

YES _____         NO _____

Object #2:  International Transfer to Conceal or Disguise Proceeds of Specified Unlawful Activity

YES _____         NO _____

Specified Unlawful Activity

(v)     Violations of the FCPA's antibribery provisions, the object of the conspiracy charged in Count One

YES _____     NO _____

(vi)    Violations of the FCPA's internal accounting controls provision, the object of the conspiracy charged in Count Two

YES _____     NO _____

(vii)    Bribery of a public official, in violation of Malaysian law

YES _____     NO _____

(viii)    Misappropriation of public funds by or for the benefit of a public official, in violation of Malaysian law

YES _____     NO _____

<u>Object #3:  Transaction of Criminally Derived Proceeds of Specified Unlawful Activity</u>

YES _____     NO _____

Specified Unlawful Activity

(ix)    Violations of the FCPA's antibribery provisions, the object of the conspiracy charged in Count One

YES _____     NO _____

(x)    Violations of the FCPA's internal accounting controls provision, the object of the conspiracy charged in Count Two

YES _____     NO _____

(xi)    Bribery of a public official, in violation of Malaysian law

YES _____     NO _____

    (xii)    Misappropriation of public funds by or for the benefit of a public official, in violation of Malaysian law

YES _____      NO _____

Dated: Brooklyn, New York

      _____, 2022