# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

April 3, 2022

VIA ECF

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Ng Chong Hwa a.k.a. Roger Ng, 18 Cr. 538 (MKB)

Dear Chief Judge Brodie:

Four days after the jury charge conference, and the night before closing arguments, the government submitted a letter requesting yet another change to the Court's final jury instructions. See Dkt. 194. The defense objects to the government's belated letter, which does nothing to improve the Court's venue instruction.

Indeed, the Court's instruction already covers the topic addressed by the government's proposed change, making the government's proposed change superfluous and repetitive. The Court's instruction makes clear that venue is appropriate "so long as some act in furtherance of the crime took place in this district." The Court's instruction does not indicate that the action taken must be taken by a co-conspirator, and so the government's purported concern has already been dealt with.

Brafman & Associates, P.C.

Accordingly, the government's last-minute proposed change does nothing to add to the venue instruction, and the defense respectfully requests that the Court reject the proposal.

Respectfully submitted,

Marc A. Agnifilo, Esq.
Zach Intrater, Esq.
Teny R. Geragos, Esq.
Jacob Kaplan, Esq.

cc:   Counsel for the government (via ECF)

-2-