COURT EXHIBIT
#2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

- against -

**VERDICT SHEET**
18-CR-538 (MKB)

NG CHONG HWA *also known as* ROGER NG,

Defendant.

------------------------------------------------------------

**COUNT ONE**
**(Conspiracy to Violate the FCPA — Bribery)**

GUILTY _____     NOT GUILTY _____

If you find the defendant guilty on Count One, indicate below the one or more objects of the conspiracy charged in Count One on which you all agree that the defendant conspired to commit (select as many as you all agree on):

_____ Object #1: Violating the FCPA
(Issuer Prong)

_____ Object #2: Violating the FCPA
(Territorial Prong)

**COUNT TWO**
**(Conspiracy to Violate the FCPA — Circumvention of Internal Accounting Controls)**

GUILTY _____     NOT GUILTY _____

## COUNT THREE
### (Conspiracy to Commit Money Laundering)

GUILTY _____       NOT GUILTY _____

If you find the defendant guilty on Count Three, indicate below the one or more objects of the conspiracy charged in Count Three on which you all agree that the defendant conspired to commit (select as many as you all agree on):

_____ Object #1: Violating the Money Laundering Statute (International Transfer to Promote Specified Unlawful Activity)

_____ Object #2: Violating the Money Laundering Statute (International Transfer to Conceal or Disguise Proceeds of Specific Unlawful Activity)

_____ Object #3: Violating the Money Laundering Statute (Transaction of Criminally Derived Proceeds of Specified Unlawful Activity)

_____  _____
**FOREPERSON**                    **DATE**

2