

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES/DGR
F. #2016R00467

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 28, 2022

By ECF

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Ng Chong Hwa
                Criminal Docket No. 18-538 (S-2) (MKB)

Dear Chief Judge Brodie:

      The government writes in connection with the above-captioned matter to respectfully request that the Court so order the amended post-trial briefing schedule proposed below and to schedule a sentencing hearing for a date in September 2022.

      With the consent of defense counsel, the government proposes the following briefing schedule for post-trial motions:

| | |
|---|---|
| Defendant's post-trial motions: | May 31, 2022 |
| Government's response: | June 24, 2022 |
| Defendant's reply, if any: | July 5, 2022 |

In addition, the government respectfully requests that the Court set a sentencing hearing date in September 2022.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Alixandra E. Smith
Drew G. Rolle
Dylan Stern
Assistant U.S. Attorneys
(718) 254-7000