1247

1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
2  ------------------------------x
                                    18-CR-538(MKB)
3  UNITED STATES OF AMERICA,
                                    United States Courthouse
4            Plaintiff,            Brooklyn, New York

5            -against-             March 1, 2022
                                    9:30 a.m.
6  NG CHONG HWA, also known as
   "Roger Ng",
7
             Defendant.
8
   ------------------------------x
9
              TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
10         BEFORE THE HONORABLE MARGO K. BRODIE
              UNITED STATES CHIEF DISTRICT JUDGE
11                      BEFORE A JURY

12

13 APPEARANCES

14 For the Government:       UNITED STATES ATTORNEY'S OFFICE
                             Eastern District of New York
15                           271 Cadman Plaza East
                             Brooklyn, New York 11201
16                           BY:  DREW GODFREY ROLLE, ESQ.
                                  ALIXANDRA ELEIS SMITH, ESQ.
17                           Assistant United States Attorneys

18
   Attorney for Defendant:  BRAFMAN & ASSOCIATES, P.C.
19                           256 Fifth Avenue - Suite 2nd Floor
                             New York, New York 11201
20                           BY:  MARC A. AGNIFILO, ESQ.
                                  TENY R. GERAGOS, ESQ.
21                                ZACH INTRATER, ESQ.
                                  JACOB KAPLAN, ESQ.
22
   Court Reporter:          LINDA D. DANELCZYK, RPR, CSR, CCR
23                          Phone:  718-613-2330
                            Fax:    718-804-2712
24                          Email:  LindaDan226@gmail.com

25 Proceedings recorded by mechanical stenography.  Transcript
   produced by computer-aided transcription.

PROCEEDINGS                    1248

1          (In open court; Jury not present.)

2          THE COURT:  Good morning, everyone.

3          Please be seated.

4          THE COURTROOM DEPUTY:  Criminal cause for trial.

5     Dock number 18-CR-538.  United States of America versus Ng.

6          THE COURT:  And I have the same appearances as last

7     week for both sides?

8          MR. ROLLE:  Yes, Your Honor.  Good morning.

9          MR. AGNIFILO:  Good morning.

10         THE COURT:  Good morning.

11         I have a few matters to rule on while we're waiting

12    for the jury.

13         So as to Government Exhibit 2470.  Mr. Agnifilo, do

14    you have limited instruction to propose?  We discussed this

15    last week.

16         MR. AGNIFILO:  We did, Your Honor.  I'm not going to

17    ask for an instruction on this.

18         THE COURT:  Okay.

19         As for Lim's 2016 statement and 2017 statement?

20         MR. AGNIFILO:  Your Honor, our firm thinks that the

21    evidence is still not -- sufficient evidence concerning the

22    coconspirator to admit into evidence as a coconspirator

23    declaration.  And I don't believe that the government has

24    adopted an issue which allows it to be relevant.

25         THE COURT:  Okay, and as I preliminarily ruled,

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                    1249

1    Lim's 2016 statement is an adopted statement, so under

2    801(d)(2)(B) it is being admitted.

3             And the 2017 statement is being admitted as an

4    authorized statement by the defendant under 801(d)(2)(C).

5             I believe there were some other matters that I never

6    ruled on.

7             One was your request, Mr. Agnifilo, back early on

8    February for unredacted copies of the agent's report with

9    regard to statements made abroad.  And I'm denying that

10   application.  You're not entitled to the report, other than

11   what was provided to you.

12            As for the government's February 17, 2023 letter

13   seek -- asking the Court to preclude defense from making

14   certain arguments that was based on the opening statement.  I

15   believe the parties have resolved that in the statement below.

16            You've agreed that certain arguments you would not

17   be making in your closing; is that correct?

18            MR. AGNIFILO:  Yes.  I mean, in fact, I believe that

19   what the government wants to say --

20            THE COURT:  Pull the mic towards you.  We're

21   actually not hearing you.

22            MR. AGNIFILO:  I'm sorry.  My understanding is that

23   the concern that I would say in my closing that Jho Low is a

24   fugitive, and I'm not going to say that.

25            THE COURT:  Okay.

PROCEEDINGS                              1250

1              And as to the government's request to introduce

2     evidence to rebut the character evidence, I'm denying that

3     application.

4              I believe that's it in terms of applications that

5     the Court has before it.  If I missed any, please let me know.

6              MR. AGNIFILO:  Just to update the Court.  After our

7     conference yesterday, we all spoke, and Your Honor's going to

8     have briefing on the issue of the marital privileges.

9              THE COURT:  With regard to Simmons-Leissner?

10             MR. AGNIFILO:  That's correct, Judge.  That's the

11    only one.

12             THE COURT:  Okay.  And when am I going to have to

13    briefing?

14             MR. AGNIFILO:  I think we said it was going to be

15    9 a.m. tomorrow.  So we are going to have principal briefs at

16    9 a.m. tomorrow, and then if there's a response required,

17    we're going to do that midnight on Thursday.

18             THE COURT:  Okay.  Thank you.

19             Pierre, we're still waiting on a few jurors, right?

20             MR. ROLLE:  Two brief issues, Your Honor, to raise.

21             One, I believe Mr. Leissner's counsel, Henry

22    Mazurek, messaged Ms. Valentine.

23             THE COURT:  He did.  There's no room in the

24    courtroom for him.

25             MR. ROLLE:  And so I want to make sure Your Honor

PROCEEDINGS                          1251

1    was aware of that.

2              And then as to -- we received last night defense

3    exhibits, which we do have specific objections to.  I don't

4    know if Your Honor has a copy.

5              I just want to be efficient and not delay

6    Mr. Leissner's cross-examination, but we're happy to on the

7    break walk through and note what other objections are, kind of

8    as a group for the set, defense counsel produced to us last

9    night.

10             And I did want to key that up for Your Honor and see

11   how you want to proceed.

12             THE COURT:  I do not have a copy.

13             MR. ROLLE:  We have a copy, and we can also bring

14   over a second copy, and we're happy to hand up ours, Your

15   Honor.

16             We do have a separate set, Judge.

17             THE COURT:  And these are exhibits for

18   cross-examination?

19             MR. ROLLE:  We assumed, from our perspective, that

20   these were -- because they were given to us not simply to

21   impeach but to be affirmatively offered during the

22   cross-examination.

23             THE COURT:  And did you discuss this with

24   Mr. Agnifilo?

25             MR. ROLLE:  Your Honor, we got them at 11:30.

PROCEEDINGS                              1252

1           THE COURT:  Okay.  But you've been sitting in the

2    courtroom.  Why don't you have a conversation with

3    Mr. Agnifilo.

4           MR. ROLLE:  We'll note which ones we agreed to and

5    then I think we can come back at the break, Judge, and let you

6    know if there's any issues.

7           THE COURT:  And, Mr. Agnifilo, is Mr. Rolle correct,

8    that these are documents you are planning on introducing into

9    evidence?

10          MR. AGNIFILO:  I'm honestly not sure.  I have to see

11   how the witness handles the questions.

12          THE COURT:  One second.  Close the door Pierre.

13          All the jurors are here?  Okay.

14          MR. AGNIFILO:  It's our position that this is not --

15   that these -- we've given over these exhibits as a matter of

16   convenience.  We don't think that this is Rule 16 in any way,

17   defense Rule 16.

18          We know what we're going to use.  We thought it

19   would be convenient and quicker to give them over.  So

20   honestly I don't know how I'm going to use them until I see

21   how the witness handles the questions.

22          THE COURT:  Okay.

23          MR. ROLLE:  I'll speak to counsel, Judge.

24          THE COURT:  We'll bring in the jurors and get

25   started.

1                (Witness retakes the witness stand.)

2    **TIMOTHEY LEISSNER,** called as a witness, having been previously

3    first duly sworn/affirmed, was examined and testified further

4    as follows:

5                (Jury enters the courtroom.)

6                THE COURT:  Please be seated, everyone.

7                Good morning, members of the jury.

8                THE JURY:  Good morning.

9                THE COURT:  I hope you had a wonderful weekend.

10   Sorry we had to extend it by an extra day, but we will

11   continue testimony today.

12               Mr. Leissner, you're still under oath.

13               THE WITNESS:  Yes.

14               THE COURT:  Please proceed Mr. Rolle.

15               MR. ROLLE:  Thank you, Your Honor.

16   DIRECT EXAMINATION (Continued)

17   BY MR. ROLLE:

18   Q    Mr. Leissner, when we left last week, you we were asking

19   you about media coverage about the 1MDB bond transactions.

20               Do you remember that?

21   A    Yes, sir.

22   Q    You were asked questions about how that press continued

23   through time after Project Catalyze.

24               Do you remember that?

25   A    Yes, sir.

LEISSNER - DIRECT - ROLLE                1254

1    Q    Did there continue to be press about the 1MDB bond

2    transactions and about 1MDB after Catalyze?

3    A    Yes.  For many years afterwards there were continued to

4    be press.

5    Q    Over time, did the focus of the press coverage change in

6    any way?

7    A    Well, there were many elements that the press covered.

8              One was, of course, the general criticism of the

9    Goldman Sachs bonds, the expensive nature of those bonds, and

10   why so much money had been raised.

11             I think the opposition in Malaysia around that time

12   was very keenly criticizing certainly the last transaction in

13   the press.  And there was a lot of coverage around the use of

14   proceeds, you know, what, you know, what $3 billion were for.

15   But, you know, three months or two months before the election,

16   et cetera.

17             And then over time post, you know, even the

18   election, that continued.  The coverage never stopped.  It was

19   general criticism of 1MDB.  Were the money had been used,

20   when, et cetera.

21             MR. ROLLE:  And if we could pull up for

22   identification again, Mr. Youkilis, Government Exhibit 2470.

23   Q    And if you could look on your screen, Mr. Leissner.

24             You identified this email last week?

25   A    That's right, yes.

LEISSNER – DIRECT – ROLLE                    1255

1   Q    Who is it from?

2   A    It's from Roger to myself.

3   Q    What's the date?

4   A    It's May 14th, 2014.

5   Q    Is there an attachment to this?

6   A    Yes.  It says Edge article.

7   Q    What's "The Edge"?

8   A    The Edge was a very prominent newspaper and publication

9   in Malaysia that was actually one of their few in the country

10  that was critical of the government.

11        MR. ROLLE:  Your Honor, at this time we would offer

12  2470 in its entirety, Judge.

13        MR. AGNIFILO:  We have no objection, Judge.

14        THE COURT:  It's admitted.

15        (Government Exhibit 2470, was received in evidence.)

16        (Exhibit published.)

17  Q    So this is an email over the defendant's personal account

18  to you?

19  A    That's correct.

20  Q    If we can turn to the attachment, please.  And it's two

21  pages.  If we can pull them up side by side.

22        Is this the front page of The Edge Financial Daily?

23  A    Yes, sir.

24  Q    What's The Edge Financial Daily in particular?

25  A    It's the financial part of The Edge.  The Edge is a, you

LEISSNER – DIRECT – ROLLE                    1256

1    know, as I said, a general publication.  And here we're

2    talking about the financial paper attached to that paper.

3              MR. ROLLE:  And if we can zoom in on the top-left

4    corner of the page on the left, Mr. Youkilis.

5    Q    This article, what is it regarding?

6    A    It's regarding Roger's departure from Goldman Sachs in

7    2014.

8    Q    And did you discuss this article with the defendant after

9    he sent it to you?

10   A    Yes.  We both read it.  There's, I think, a continuation

11   on the second of second page.

12             And, you know, obviously we didn't like any kind of

13   coverage.  I certainly didn't.  And Roger agreed with that,

14   too, at the time around us linked to 1MDB, and any of that did

15   not sit comfortable.

16   Q    Is this published around the time of the defendant's

17   departure from Goldman Sachs?

18   A    That's right.

19             MR. ROLLE:  If we can go to the last paragraph on

20   that page, Mr. Youkilis, starting with the US $3 billion bond.

21   Q    The $3 billion bond, what did you understand that to be a

22   reference to?

23   A    That was Project Catalyze, sir.

24   Q    And there are some references to questions being raised.

25             Is this an example of the questions you referenced

1    earlier?

2    A    Yes, correct.  The same question that I mentioned.

3          MR. ROLLE:  And we can take that down and look at

4    the second page, Mr. Youkilis.

5    Q    You said it was continued on the second page?

6    A    Correct, yes.

7          MR. ROLLE:  If you could zoom in on the column on

8    the bottom right-hand side.

9    Q    That's a picture of you?

10   A    That's me, yes.

11   Q    And there's references to Jho Low, you, and the

12   defendant's ties to Jho Low in this article?

13   A    Yes.  There's a reference to that, and it's a reference

14   obviously in connection with the 1MDB as well.

15   Q    Now why was it concerning to you to be linked in that way

16   in the press to Jho Low and to 1MDB?

17   A    Following the scheme, we were, of course, Roger and I, we

18   were very concerned about any linkage that could establish a

19   link between, effectively, the team that had been on the

20   inside of the -- of the scheme that involved Jho.  It involved

21   myself and Roger, and others around the table, including

22   Jasmine, and the link to 1MDB.

23          We did not want that to be a public issue.  We did

24   not want to have that raised in the public.  Because more

25   questions asked means more investigations started and things

1    like that.

2              None of that sat comfortable with me.

3              MR. ROLLE:  If you can take down just that part, and

4    I want to ask Mr. Leissner.

5    Q    In this article, in this front page, is there another

6    article about 1MDB that the defendant sent you as part of this

7    front page?

8    A    Yes.  There's the second piece to it, which is actually

9    the second page, the mystery of the 1MDB's $2.3 billion Cayman

10   Island Fund that you see there on the right-hand side.

11             That's a reference to what I had said before, where

12   had the money gone that was raised on Project Catalyze?

13   Q    And, again, these are the types of negative press that

14   you were concerned about?

15   A    Yes.  Especially one that questions the use of proceeds.

16             When we had to -- when we issued Project Catalyze,

17   when we issued those bonds on Project Catalyze, we had to, of

18   course, set out what they were for in general terms.

19             But the use of proceeds, which is where the money is

20   used for, what the money's used for, it was really for this

21   joint venture to invest and help in projects to benefit the

22   country at that time.

23             Eventually Cayman Island Fund was not part of that

24   and it was just concerning to us because we knew this is not

25   what was stated officially.

1          MR. ROLLE:  You can take that down, Mr. Youkilis.

2    Q    As these articles came out, you continued to withhold the

3    truth about what you knew was happening at 1MDB and with these

4    deals?

5    A    Yes.  Yes.

6    Q    Did these stories cause anything to happen internally at

7    Goldman Sachs?

8    A    Yes, these stories, in addition to the missed interest

9    payment or nearly missed interest payment, the delay, let's

10   put it this way, the delay in interest payment on Project

11   Magnolia, caused the firm and its control functions to say

12   that they required further work on 1MDB, and for 1MDB to

13   answer a bunch of questions that we, as a firm, that Goldman

14   Sachs wanted to raise.

15   Q    And if you could turn in your binder to Tab 134.

16          And if we can pull up Government Exhibit 1985 for

17   identification.

18          Do you see that?

19   A    Yes, sir.

20   Q    Do you recognize that?

21   A    Yes.

22   Q    Is it an email you received?

23   A    Correct, sir.

24          MR. ROLLE:  Your Honor, we would offer Government

25   Exhibit 1985.

LEISSNER – DIRECT – ROLLE                    1260

1          MR. AGNIFILO:  No objection, Your Honor.

2          THE COURT:  It's admitted.

3          (Government Exhibit 1985, was received in evidence.)

4          (Exhibit published.)

5     Q    What's being discussed in this email, Mr. Leissner?

6     A    It's basically an email that Dan Swift wrote with respect

7     to a meeting that he was proposing to have to our control

8     questions with 1MDB to answer a number of questions that were

9     being raised internally at Goldman Sachs with the team, the

10    1MDB management team.

11    Q    And Dan Swift was a banker at Goldman Sachs?

12    A    Dan Swift was a banker.  He had been involved in all of

13    the transactions, and Project Magnolia was sort of towards the

14    end.

15          But he was also the head of corporate finance.  With

16    that came the kind of the role that he played also on behalf

17    of the control functions.

18          He was really mandated to execute transactions in

19    accordance with our policies.  And that was one of his

20    strengths.  He was a very detailed-oriented banker.

21    Q    And there's a number of items listed in Mr. Swift's

22    emails -- email here.

23    A    That's correct.

24    Q    Are these items that were going to be reviewed with, it

25    says "1MDB senior management"?

LEISSNER – DIRECT – ROLLE                1261

1   A     That's correct.

2   Q     One of those, there's a section named "Joe Lho"?

3   A     Yes, sir.

4   Q     Spelled differently, but is that Jho Low that we've been

5   talking about?

6   A     Yes, that's the same person.

7   Q     And the first bullet references:  "We'll provide a copy

8   of the Sarawak report article to management"?

9   A     Yes.

10  Q     What's the sale Sarawak report article a reference to?

11  A     The sale Sarawak report was another online, mostly online

12  publication.

13         Actually, I think it originated outside of Malaysia,

14  but it was highly critical of the Malaysian government in

15  general and certain state governments as well, including the

16  state of Sarawak.  So it was a critical publication.

17  Q     And we had seen the Sarawak report cover both the fees

18  Goldman had earned?

19  A     That's correct.

20  Q     And one of these bullets, the fourth, there's a question:

21  To your knowledge, has Jho Low been included in emails

22  exchange, or otherwise been privy to the communications of

23  1MDB management, board, or its intermediaries, even if he was

24  not an active participant?

25  A     That's correct.

LEISSNER – DIRECT – ROLLE                    1262

1    Q    You knew the answer to that question?

2    A    Yes, sir.

3    Q    Which was what?

4    A    That he had been.

5    Q    And did you ever tell anyone that?

6    A    No.

7    Q    Had the defendant ever told anyone that during your work

8    on the deals?

9    A    No, the defendant had not either.

10   Q    Were these the kinds of questions that were being asked

11   of you and answers expected of you on the 1MDB bond

12   transactions when you were executing them?

13   A    Those questions were raised all the time, both by -- by

14   our control functions, but also our senior management.

15              MR. ROLLE:  You can take that down.

16   Q    Did you continue to have discussions with the defendant

17   about the negative media and focus on the bond transactions?

18   A    Yes, we continued to talk about this all the time.  We

19   both were very concerned about that.  Also because it just

20   didn't stop.

21              And we had hoped that at the outset -- at the close

22   of Project Catalyze, that once we stopped doing further

23   transactions, the coverage would stop as well.  It never did.

24   Q    Now after the defendant left Goldman Sachs, did you stay

25   in touch with him?

LEISSNER - DIRECT - ROLLE                    1263

1    A      Yes, we communicated all the time.

2    Q      How was relationship after he left Goldman Sachs?

3    A      Still as close as it was when he was at Goldman.

4    Q      You continued, as you testified last week, committing

5    crimes with Jho Low.

6    A      Yes.

7    Q      That continued after the defendant left Goldman Sachs?

8    A      That's right.

9    Q      Did you talk to the defendant about what you were doing

10   with Jho Low?

11   A      We did have many discussions around what we were doing --

12   doing with Jho, what I was doing with Jho Low, continued to do

13   with Jho Low.

14          I didn't always discuss with him all the details,

15   no.  But in general, he stayed in touch with Jho, and we

16   discussed that, and I stayed in touch with Jho, and we

17   discussed that, too.

18   Q      For example, was he aware that you were helping Jho Low

19   buy a bank?

20   A      I don't recall if I -- I involved him in that discussion.

21   Q      But the criminal aspects of what you were doing with Jho,

22   did you share all of those with the defendant?

23   A      Not all of those, correct.

24   Q      Now, as part of what you continued to do with Jho Low,

25   you referenced trying to onboard him again at Goldman Sachs?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LEISSNER - DIRECT - ROLLE          1264

1    A    Yes, sir.

2    Q    And including the bank of -- Bank Avalon letter you wrote

3    for him?

4    A    Yes, correct.

5    Q    Now during the time before you left Goldman Sachs and

6    after, were you asked questions by financial regulators about

7    that letter?

8    A    Yes, sir.

9    Q    And prior to your guilty plea, did you ever tell

10   financial regulators the truth about what you had done and

11   were doing for Jho Low?

12   A    No.  I always kept that.  I never told the regulators the

13   truth about what I had done.

14   Q    Since your guilty plea, have you told those regulators

15   the truth?

16   A    Yes, so -- well, not the same regulators, FINRA, for

17   example, which was one of the regulators that had asked about

18   the letters and what the reason was for the letter.

19           I had not another conversation.  My lawyers may

20   have, but I did not.

21           I did have a discussion with the SEC and we had a

22   settlement there.  The Federal Reserve Bank as well.

23           So, yes, several regulators I had -- I worked with.

24   Q    Have you faced consequences as a result of your guilty

25   plea from those financial regulators?

LEISSNER – DIRECT – ROLLE          1265

1    A    Yes.

2    Q    What consequences?

3    A    I've been banned for life from the financial services

4    industry.  Both on the banking side as well as the securities

5    side.

6    Q    After you left Goldman Sachs, did the scrutiny continue

7    about the bond transactions?

8    A    Yes.

9    Q    Did it increase?

10   A    It increased over time.  It was -- the questions were not

11   only about the bond transaction.  They did, you know, of

12   course, always come up because they funded 1MDB, and where the

13   major funding source for the company.

14            But it also said a lot around:  Where the money had

15   gone, and how it had been used?

16   Q    During that time after you left Goldman Sachs, did you

17   become aware that you were under investigation for your role

18   in the criminal scheme around the bond transactions?

19   A    Yes, sir.

20   Q    Did you communicate with the defendant about your

21   concerns about investigations into your conduct?

22   A    Yes, sir.  I had been subpoenaed in February of 2016 by a

23   grand jury, and I shared that with Roger.  And others.

24            And also we shared, we talked about this a lot, the

25   ramifications of that subpoena.

LEISSNER – DIRECT – ROLLE                1266

1   Q     When were you subpoenaed, sir?

2   A     In February of 2016.

3   Q     Who subpoenaed you?

4   A     The FBI served me at the airport in JFK.

5   Q     And at that time you were subpoenaed, did the FBI

6   interview you?

7   A     Very briefly, yes.

8   Q     Were you asked questions about the bond transactions?

9   A     Yes, for a few minutes they did ask me.

10  Q     Did you disclose to them the truth about what you had

11  been involved in with the defendant on Jho Low?

12  A     No, sir.

13  Q     Why not?

14  A     Because at that time I just been served and I did not

15  know what to do with that, so I continued to use the same

16  story that we had over the years before that.

17  Q     And where were you when you were subpoenaed?

18  A     At the airport in JFK.

19  Q     Where were you going?

20  A     I was going to Hong Kong.

21  Q     What were you going to do in Hong Kong?

22  A     I was -- I was going onwards to China for a meeting

23  actually with Roger as well around Celsius, the company I was

24  involved with at the time.  And I was flying to Hong Kong to

25  connect into China from there.

LEISSNER – DIRECT – ROLLE                    1267

1    Q    And Celsius was the drink company you helped the

2    defendant get a position at?

3    A    That's right, correct.

4    Q    After you got subpoenaed in the airport, were you free to

5    leave?

6    A    Yes, I was.

7    Q    And what did you do after you had left the agent with the

8    subpoena?

9    A    I got on the plane, because I was running late at that

10   time.  I called Jho first to inform him that I had been

11   subpoenaed.  And, frankly, I was in a panic at that time and

12   asked him what I should do.

13         His first response was to get at lawyer on board to

14   help me navigate the subpoena.

15   Q    Why did you call Jho Low immediately?

16   A    Because he was very the first person, and the leader of

17   the scheme, if you were, and asked him for advice.

18         I had known already before that that he had hired or

19   engaged legal advice to help him with all the rumors around

20   the investigations at the time.

21         So I just thought I would seek his advice first.

22   Q    And what did he advise you to do?

23   A    He advised me to hire a law firm.  He gave me the name of

24   a lawyer at a law firm and said I should contact them.

25   Q    Had you heard the name of that lawyer before?

LEISSNER – DIRECT – ROLLE          1268

1   A    No, I hadn't, but he explained to me that he was using

2   this lawyer by the name of Michael Kim of Kobre & Kim and that

3   I should call because he was using him and he thought Michael

4   was very good at his job and therefore I should engage him.

5   Q    So he directed you to the same lawyer that was

6   represented him at that time?

7   A    That's correct.

8   Q    Did you engage Michael Kim?

9   A    I did engage his firm for a short while, yes.

10  Q    Did you pay your own legal fees?

11  A    Yes, sir.

12  Q    Did you continue on that trip?  You said you were getting

13  on the plane to Hong Kong?

14  A    Yes, I did.

15  Q    Did you ever inform the defendant about your subpoena?

16  A    Yes.

17  Q    When?

18  A    The first recollection I have of the discussion with

19  Roger was when I hit the ground in Beijing and we met ahead of

20  the Celsius meeting.

21  Q    What did you discuss?

22  A    A great concern and worry that I had been subpoenaed.

23       I couldn't tell at that time why I had been

24  subpoenaed, of course, I knew what I had done, and what Roger

25  had done as part of the scheme.  So you knew that I would be

LEISSNER - DIRECT - ROLLE                    1269

1   in trouble, but I didn't know whether I was a witness, a

2   subject, or a target of this subpoena at the time, so I was

3   still very much in limbo as to, you know, what this was.

4   Q    Those terms, witness and subject and target, did you know

5   what those were when you got the subpoena?

6   A    No, I learned those in discussions subsequently when I

7   actually did engage with my lawyers.

8   Q    So in your conversations with the defendant, not with

9   your lawyers, what did you talk about --

10  A    That --

11  Q    -- the defendant about that subpoena?

12  A    I just didn't know what it meant.

13        You know, there was great uncertainty at the time,

14  other than, you know, this was an investigation, as I

15  mentioned a minute ago.  He and I, we discussed that we, of

16  course, knew that the scheme had -- had been -- had been done.

17  That we both had been paid.  And therefore we now really

18  concerned that this investigation would uncover the truth of

19  the scheme.

20  Q    Did the defendant recommended that you do anything once

21  you told him about the subpoena?

22  A    He did encourage me to speak to Jho and get legal advice,

23  which, of course, I was in the process of doing by that time.

24  Meaning I had already reached out to Michael Kim.  As soon as

25  I got into Hong Kong.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LEISSNER - DIRECT - ROLLE                    1270

1     He also wanted me to get at feng shui reading, which
2  is a Chinese way of helping understand what the future may
3  bring, you know, and whether or not I would actually be in
4  trouble.  Like a prediction.
5  Q    You said a "feng shui reading"?
6  A    That's right.
7  Q    Was a feng shui reading something that you had ever done
8  before or sought out before?
9  A    I had -- I mean I'd been in Asia for let's say 18 years
10  by that time or so, and I had sought out a feng shui reading
11  when I had -- when I first got my office in Singapore to --
12  there's a way of them recommending how to arrange an office
13  for God luck and good prosperity effectively.
14     So I did get advice from a feng shui master before.
15  Q    About how to set up your office?
16  A    That's correct.
17  Q    How about a fortune about what the future may hold for
18  you personally?  Had you ever gotten one of those before?
19  A    No, sir.  This was the first time when he suggested it.
20  Q    Did the defendant mention to you that he had gotten his
21  fortune told by a feng shui master?
22  A    Yes, he had informed me that he had already -- because of
23  the trouble that had been circulated in the -- in the press
24  and, you know, the discussions, the public discussions around,
25  you know, what had happened to the 1MDB money and our

1   concerns, he had already consulted the same feng shui master

2   that he was recommending to me.  And basically said that I

3   should take his -- his feng shui master because he believed in

4   him.

5   Q    The defendant had his own personal feng shui master he

6   would consult?

7   A    Certainly the family had, yes.

8   Q    What do you mean by "the family"?

9   A    Roger's family.  So between him and his wife, that my was

10  understanding.

11  Q    His wife, Hwee Bin?

12  A    That's correct.

13  Q    Had you met with the defendant's family's feng shui

14  master before?

15  A    No, I had not, sir.

16  Q    And what was the purpose of seeing a feng shui master

17  after you got subpoenaed?

18  A    Was to see -- to ask his advice as to whether or not I

19  would be in trouble, or we would be in trouble as part of the

20  scheme and whether this was going to be uncovered or not, and

21  what the ramifications may be for our future.

22  Q    Did you think it was a good idea what the defendant was

23  suggesting?

24  A    Yes, I thought so.  Even though I had not really sought

25  this out, it was not really part of my culture as much,

LEISSNER – DIRECT – ROLLE                    1272

1    although I had been in Asia for 18 years and I had done it

2    before, I do believe that once you start down that track, you

3    continue.

4           As I said, I had done it once, at least for my

5    office, and, therefore, once you had that believe that it

6    brings good luck or it tells you, you know, what the future

7    may bring, and help with you the future, yes, so I was

8    inclined to say that was a good idea.

9    Q    So what were the steps for engaging with the defendant's

10   feng shui master?

11   A    Roger and Hwee Bin offered first that they would have a

12   conversation with their feng shui master.  They asked me for

13   my date of birth, and the time of my birth, which are two

14   requirements for this feng shui master to be able to read the

15   future.

16          I gave those to him.  And it was my understanding he

17   passed it on to the feng shui master and the feng shui master

18   gave a reading, created it to Roger Hwee Bin, that they then

19   told me about.

20   Q    So you understood, you passed this information to the

21   defendant and Hwee Bin?

22   A    Yes.

23   Q    And they would pass it on to the feng shui master?

24   A    Yes.

25   Q    Did you have to pass your personal information on to the

LEISSNER – DIRECT – ROLLE          1273

1  feng shui master yourself?

2  A    I did not.  I did have a meeting with him subsequently,

3  but in the first instance, no, that information went to Roger

4  and Hwee Bin, and they passed it on to him.

5          MR. ROLLE:  If we can pull up Government

6  Exhibit 2461 for identification.

7  Q    And it's Tab 135, Mr. Leissner.

8  A    Yes.

9  Q    You see this document?

10 A    Yes, sir.

11 Q    Do you recognize it?

12 A    Yes.

13 Q    Do you recognize -- is there an attachment?

14 A    Yes, correct, sir.

15 Q    Do you recognize the attachment?

16 A    I recognize the attachment.  I can't read Chinese, but it

17 was the feng shui master's reading.  And you can see at the

18 very top --

19          MR. ROLLE:  One moment, sir, before we read the

20 document.

21          Your Honor, we would offer Government Exhibit 2461.

22          MR. AGNIFILO:  No objection.

23          THE COURT:  It's admitted.

24          (Government Exhibit 2461, was received in evidence.)

25          (Exhibit published.)

LEISSNER - DIRECT - ROLLE                 1274

1   Q      So, sir, the top email is from the defendant to you?

2   A      Yes, sir.

3   Q      And this email address is what email address for the

4   defendant?

5   A      It's another personal email address with a -- now a

6   different server, I believe at victoriacourt.com.

7   Q      Do you know what Victoria Court was?

8   A      Yeah, that was one of the companies he was using for some

9   of our private transactions, and also bank accounts was my

10  understanding at the time.

11  Q      And the subject line of the email, this is a forward of

12  another email?

13  A      That's right.  Called master's reading.

14  Q      The bottom email, who's the bottom email between?

15  A      Again, it's a different email address, but it's signed by

16  Hwee Bin, Roger's wife.

17  Q      And what does Hwee Bin's email -- who is Hwee Bin's email

18  sent to?

19  A      It's sent to Judy's private email.

20  Q      And what does that email say?

21  A      It says:  Dear Judy, I hope you can read from this email.

22  In the event it's not clear, I have the original copy with me

23  and I'm currently in Hong Kong.  I can either hand it or post

24  it to you.

25             MR. ROLLE:  And if we go into the attachment and

LEISSNER - DIRECT - ROLLE                 1275

1   just pull those pages up side by side.

2              (Exhibit published.)

3              And if we could pull up pages 2 and 3 side by side.

4   Q    And, sir, what are these pieces of paper scanned?

5   A    Those -- that's -- that is the feng shui reading for my

6   future.

7   Q    And if we zoom in on the top left of page 2 of 2461, you

8   were beginning to describe something you saw in the document.

9              First, can you read the characters on this page, on

10  either of the pages?

11  A    No, sir.

12  Q    You did recognize something at the top, what is that?

13  A    That's my name, my first name and my birthday, and I

14  believe it also references my birth time.

15  Q    This was the information you gave to the defendant?

16  A    That's correct.

17  Q    To generate this reading was your understanding?

18  A    That's right.

19  Q    Since you can't read --

20             We can take down the enlargement.

21             -- since you can't read Chinese, you said --

22  A    Yes.

23  Q    -- did you ever get an understanding of what this said?

24  A    Roger and Hwee Bin on separate different occasions, and

25  Judy as well, gave me a synopsis of what this says.

LEISSNER - DIRECT - ROLLE                    1276

1      And there were two distinct parts that I remember

2   from their description.

3      One was a prediction that women in my life would

4   always be a problem, but that there was one in particular who

5   would help me in the future.

6      And secondarily that I would have an issue with the

7   authorities in the first half of the ten-year prediction.

8   This is, I think, as I recall it, a ten-year prediction or a

9   cycle of ten years.

10      But in the first half of those ten years, I would

11   have an issue or issues with the authorities, but that in the

12   second half that would be resolved.

13   Q    Have you ever had this document translated?

14   A    No.

15   Q    Have you ever --

16   A    Other than -- sorry, excuse me, sir.

17      Other than, again, getting the synopsis from Hwee

18   Bin and Roger and Judy.

19   Q    Okay, so apart from what the defendant, Hwee Bin and Judy

20   may have told you this document said, have you ever,

21   independently, gotten a translation of this document?

22   A    No, sir.

23   Q    Have you ever seen a translation of this document?

24   A    I don't believe so.

25   Q    Sitting here today, do you have any idea, besides what

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LEISSNER – DIRECT – ROLLE                    1277

1    the defendant and Hwee Bin may have told, you what this

2    document says?

3    A     No, sir.

4    Q     Now did you discuss this reading with the defendant?

5    A     Yes, sir.

6    Q     What did you discuss with him?

7    A     We had an extensive discussion to -- in which Roger and

8    Hwee Bin gave me comfort that although there may be

9    investigations and other issues coming up with authorities,

10   that I would be okay over time.  That I didn't really have to

11   worry too much.  There may be a difficult time, a period, but

12   that I would get over it.

13          MR. ROLLE:  And we can take this down.

14   Q    After receiving this understanding of what this fortune

15   was from the defendant and Hwee Bin, were you still concerned

16   about your subpoena?

17   A     Yes, sir.

18   Q     Was the defendant?

19   A     Yes, we continued to be very concerned, because we did

20   not know, and even after the engagement of counsel, we didn't

21   really know where that was leading.  And so the uncertainty

22   created a lot of concerns in both -- in both Roger and myself.

23   Q     Did the fortune come up again?

24   A     Yes, sir.

25   Q     And how did that?

LEISSNER – DIRECT – ROLLE                    1278

1  A    Following this initial reading that we looked at here,

2  Roger and Hwee Bin set up a meeting with the actual feng shui

3  master to bring him to Hong Kong on one of my subsequent trips

4  there to have a meeting and present his findings and any more

5  findings to getting to me in person.

6  Q    You said that Hwee Bin and Roger would bring him to Hong

7  Kong.  Meaning the feng shui master?

8  A    That's right, correct.

9  Q    Do you know where he was located then?

10 A    I believe I recall he was located in Johor in Singapore.

11       The Johor is the state in Malaysia that borders

12 Singapore, and I believe he was no those two places.

13 Q    Do you remember what the feng shui's master name was,

14 sitting here today?

15 A    No, not independently, no, I don't remember it.

16 Q    You said this meeting was being set up.

17       Was there a meeting that, in fact, happened?

18 A    Yeah, we had a meeting some time subsequent to this in

19 2016 where I met with the feng shui master, with Roger and

20 Hwee Bin in attendance, and Judy joined in as well.

21       It was at the Shangri-La Hotel in Hong Kong on the

22 executive floor in their little conference room in the back.

23 Q    It was at the Shangri-La Hotel in Hong Kong?

24 A    That's correct, in the bank conference room.

25 Q    You recall it was on an executive floor?

LEISSNER - DIRECT - ROLLE                1279

1    A     Yeah, there's one top floor, it has was two restaurants,

2    and has an executive kind of dining area, meeting area and

3    they have a conference room.

4    Q     And you said Hwee Bin, the defendant, Judy Chan and

5    yourself were in attendance?

6    A     That's right, correct.

7    Q     Along with the feng shui master?

8    A     Yes.

9    Q     What was the purpose of the meeting?

10   A     It was the same thing.  Our concern had continued, hadn't

11   really changed, the press was continuing to -- be around 1MDB,

12   related to 1MDB, so we hadn't really gotten a break, if you

13   were, in terms of our concerns.

14              So the meeting was really intended to give further

15   comfort, or not for that matter, about our -- our future.

16   Q     And the meeting occurred, you said?

17   A     Yes, it did happen.

18   Q     Was that the first time Judy Chan ever met Hwee Bin?

19   A     It was the first time that Judy met Hwee Bin.  She had

20   met Roger, I believe before on two occasions, but it was her

21   first time of meeting Hwee Bin.

22   Q     So why is everyone there if it was going to be the

23   reading of your fortune?

24   A     Well, Roger and Hwee Bin were there because they had

25   organized it and they felt this would give me comfort, and

LEISSNER - DIRECT - ROLLE                    1280

1    they wanted to show their support to get me comfortable that

2    the future actually was going to be okay.  They had a

3    continuous dialogue, was my understanding, with that feng shui

4    master.  Even between this reading and the meeting they

5    continued to speak to him.  And they wanted me to get the

6    benefit of what he had to say.

7                 Judy was really there just to help with the

8    translation in addition to them.  Because she was -- she's --

9    obviously she speaks fluent Chinese, and Roger and Hwee Bin

10   felt it would be beneficial for her to also hear it and be

11   able to help me with the language.

12   Q    So what happened at the meeting?

13   A    He basically highlighted the same points.  I think he

14   went into more detail.  Because I asked him whether or not he

15   could identify the person who, you know, might be helpful to

16   me in the future, the lady that he had referenced at the very

17   outset.  If he would be able to identify that person.

18                 We went into more details around what it meant that

19   the authorities were having investigations or that I was --

20   sorry.  Backing up.

21                 That the authorities -- that I was to have issues

22   with the authorities in the first half of that ten-year

23   period.  He didn't, as far as I recall, give any further

24   detail around that.

25                 Of course, I knew that I was in some kind of

1    investigation.  By that time, I also had actually learned the

2    difference between witness, subject, and target, and I was

3    told by my lawyers --

4    Q    We're not allowed to ask what you were told by your

5    lawyers.

6    A    So I knew the difference.  I had learned a bit more.  And

7    so I was trying to understand if he could give me more details

8    around the issues that I was facing and what maybe come out of

9    those issues.  And what he meant with the second half being

10   okay for me.

11            So we had more detailed discussions.  Sitting here

12   today, I don't really recall what would help me in the future

13   but, you know, we had about an hour meeting around that,

14   around this.

15

16            (Continued on the following page.)

17

18

19

20

21

22

23

24

25

LEISSNER - DIRECT - ROLLE                    1282

1    DIRECT EXAMINATION (Continued)

2    BY MR. ROLLE:

3    Q     Now, again, you don't speak Chinese?

4    A     That's right.

5    Q     So what part of the conversation was in English?

6    A     The translation that they were providing me.

7    Q     When you say "they," who do you mean?

8    A     Hwee Bin, Roger, on the one hand, and Judy confirming

9    that -- yeah, that translation was correct.

10   Q     As you sat there, you had to wait until someone told you

11   what was being said?

12   A     That's correct.

13   Q     Now, what happened -- you said the meeting lasted about

14   an hour?

15   A     Yes.

16   Q     What happened at the end of the meeting?

17   A     At the end of the meeting, feng shui master stayed behind

18   for a bit longer, Judy had to go to another meeting.  She

19   left.  And Roger, Hwee Bin and I had a further discussion

20   around what we would tell banks if an investigation -- if it

21   came to questions around the transfers made to specifically

22   Roger and Hwee Bin.  So we had a further discussion.

23         I can't recall if at that time the feng shui master,

24   who, my understanding was, didn't speak English, stayed or

25   left, but three of us had that conversation.

*Michele Lucchese, Official Court Reporter*

LEISSNER - DIRECT - ROLLE         1283

1   Q    And why was Hwee Bin there having this conversation with

2   you?

3   A    Because she was, my understanding at least, was that she

4   was actually an accountholder or her family was the

5   accountholder that the money had been wired to, so she had --

6   she shared the concern of Roger and myself that there was --

7   that our scheme was to be uncovered.

8   Q    So what did you discuss with the defendant and his wife

9   after the feng shui meeting?

10  A    The cover -- so I would call it the cover story that we

11  had come up with at the time was that the money that had been

12  sent to Roger in these various tranches, or Roger and Hwee

13  Bin, was, in fact, a return of capital of sorts of an amount

14  that had been invested with Judy's family or Judy in their

15  business in China, unclear which business, but that was the

16  cover story that we were to stick to.

17  Q    And what did you talk about doing, if anything, during

18  that meeting with the defendant and Hwee Bin?

19  A    We discussed that we may need to create documents similar

20  to documents that Jho had made up to send the money in the

21  first place, but to make up documents that would -- would

22  justify that return of capital, meaning some kind of

23  documentation, whether it's loan or investment format, that

24  would provide the banks with comfort or the authorities with

25  comfort that this was a legitimate transaction.

LEISSNER - DIRECT - ROLLE                1284

1   Q     You would create fake documents?

2   A     That's correct.

3   Q     Like we had seen before?

4   A     Yes.

5   Q     Did you do that?

6   A     No, I can't recall if we ever got to that stage, no, sir.

7   Q     Of actually creating a fake document?

8   A     That's right.

9   Q     How did the meeting conclude, the second meeting with

10  you, the defendant and Hwee Bin?

11  A     Hwee Bin and Roger wanted me to brief Judy, that this was

12  the plan because obviously she had to be a participant in that

13  if it was made to be believable that actually money was sent

14  to her family or her, so that they wanted me to go back and

15  brief Judy and make sure she was okay with that, which

16  reiterate over time.  I never briefed Judy in that respect.

17  Q     You never briefed Judy about your discussion of this

18  cover story?

19  A     That's right.

20  Q     Was any aspect of the cover story true?

21  A     No, none of it.

22  Q     Now, up to the point of your feng shui meeting with the

23  feng shui master in Hong Kong, how had you been communicating

24  with the defendant?

25  A     We -- after we left Goldman Sachs, we communicated

*Michele Lucchese, Official Court Reporter*

LEISSNER – DIRECT – ROLLE          1285

1    always.  We spoke very, very regularly on the phone.  We

2    called each other all the time and we used mostly Blackberry

3    messenger.  Again, at that time that was, we felt, the most

4    secure way of communicating with each other.

5    Q    And you would speak directly to him?

6    A    All the time as well.  We would meet as well.  We would

7    continue to have regular meetings whenever I came through

8    Asia, which was frequently, because he was now working at

9    Celsius, and we had a common interest in that I was the

10   co-chairman at the time of Celsius and he was the MD for Asia,

11   so we had meetings with colleagues that were working on this

12   as well.

13   Q    Throughout that time, did he ever ask you about the money

14   he gave you, the million and the quarter you talked about?

15   A    No, sir.

16          The only time we did have an agreement when I sold

17   him half of the Sentient shares for, I think, about a million

18   dollars.  That was the only discussion we ever had around a

19   return or, you know, a sale effectively of an asset.

20   Q    So you continued to discuss business deals, personal

21   business deals between you and the during the time?

22   A    Yes, sir.

23   Q    And even after he had given you the money?

24   A    Oh, yeah.  Of course, yes.

25   Q    And did there come a time when the way in which you were

*Michele Lucchese, Official Court Reporter*

LEISSNER - DIRECT - ROLLE                1286

1  communicating with the defendant directly, that that -- that

2  that changed?

3  A    Yes, sir.

4        I believe in 2017, Roger was detained in Singapore,

5  meaning that he wasn't allowed to leave the country.  I

6  believe his passport was taken, was the explanation I got, and

7  he could not leave the country.  He had to face an

8  investigation there, and so I could not speak to him directly

9  from that point onward.

10 Q    How did you learn that the defendant had been detained in

11 Singapore?

12 A    I received a call from Hwee Bin, his wife, who was, of

13 course, very upset he had been detained in Singapore, and I

14 received a call from Jho as well, who was very concerned that

15 Roger had been -- had been investigated in Singapore and had

16 to face questions there.

17 Q    What did you learn from Hwee Bin when she called you?

18 A    I learned from her that Roger's passport had been taken

19 away, that he could not leave the country, that he was staying

20 I believe at the Conrad Hotel in Singapore, that he was okay,

21 but that he could no longer talk to me directly, and that he

22 was being interviewed by -- by the authorities in Singapore

23 and that he, however -- this happened over several calls, not

24 just one -- that he was sticking to a very tight narrative at

25 the time that was really focused on the bond transactions and

1   the financial aspects of that, the banking aspects of the bond

2   transactions, and that he was not releasing any information

3   around the scheme, so that he would stick to that story.  And

4   he was also, she told me, minimizing my role in this as much

5   as possible.

6   Q    And were you interested in the information Hwee Bin was

7   giving you?

8   A    Of course.  Here, now is my friend and colleague, who was

9   part of the scheme being interviewed and questioned by the

10  authorities about exactly that scheme.  I was very concerned

11  about what he was going to say.  So, yes, I was very

12  interested about -- about what he was saying.

13  Q    And what was -- what did you tell Hwee Bin, if anything,

14  as she's telling you about what's happening to the defendant

15  in Singapore?

16  A    I was trying to give her encouragement and comfort, that

17  she could call me at any time, that I was there for her, that,

18  of course, I was concerned.

19       I was in the U.S. at the time.  I had been

20  subpoenaed.  So I was also telling her that she could -- that

21  she should keep me in the loop as to what any discussion would

22  yield as well.

23       She also informed me, you know, of efforts to get

24  him out -- out of Singapore at the time and --

25  Q    What did she tell you about efforts to get the defendant

LEISSNER – DIRECT – ROLLE                1288

1   out of Singapore once he was detained?

2   A    She told me that she had spoken to Jho and she had spoken

3   to Terence Geh, who had spoken to Jho.  If you recall, Terence

4   Geh was the deputy CFO at 1MDB and a close friend of Roger's

5   and close confidant of Jho.

6          She had spoken to both of those to seek help from

7   the Malaysian Government to get Roger released in Singapore so

8   there would be Government effort to get him back to Malaysia.

9          Jho, who I spoke to also, because we shared, again,

10  the same concerns, as being part of the scheme, Jho was very

11  concerned about what Roger was saying to the police and the

12  authorities in Singapore.  Jho confirmed that he had spoken to

13  Hwee Bin and that Terence had spoken to him and he was

14  actually saying he was talking activity to the Prime Minister

15  in Najib and the Attorney General to seek Roger's release.

16  Q    Now, you described Hwee Bin recounted to you speaking to

17  Jho Low and to Terence Geh?

18  A    That's right.

19  Q    You testified previously that the defendant and Terence

20  Geh had a relationship, personal relationship or friendship?

21  A    Yes, sir.  It was my understanding that they were

22  personal friends.  They would go bicycling together on the

23  weekends.  And yeah, that they would be speaking all the time.

24         If you recall, also Roger had made up a difference

25  of the expectation of Terence's payment out of the scheme.

*Michele Lucchese, Official Court Reporter*

LEISSNER - DIRECT - ROLLE                1289

1  Q    And you learned about that makeup payment from the

2  defendant?

3  A    Yes, Roger had told me.

4  Q    Did you have a relationship with Terence Geh like that of

5  the defendant's?

6  A    No.  Definitely not, sir.

7       I knew Terence, but we never socially mixed or had,

8  you know -- had a friendly relationship that way.  No, sir.

9  Q    Did you, through Capital Place, ever loan Terence Geh

10 money?

11 A    No.

12 Q    Now, you have mentioned that you spoke to Jho Low as well

13 about the defendant's detention in Singapore?

14 A    Yes, sir.

15 Q    And, again, why were you staying in communication with

16 Jho Low about that subject?

17 A    Because, again, we shared a concern that Roger had been

18 put in this situation and that he was being questioned about

19 this very scheme that we were trying to hide and that we knew

20 was illegal, so we shared the same concern.

21      I was also trying to see if Jho, in fact, was, you

22 know, making an effort to get Roger out of Singapore and back

23 to Malaysia, which he said he was doing, confirming what Hwee

24 Bin had told me before, that he was speaking to the Prime

25 Minister and the Attorney General to seek his release.

LEISSNER - DIRECT - ROLLE                    1290

1    Q    You mentioned that in your discussions with Hwee Bin that

2    you had talked about not communicating with the defendant

3    directly anymore?

4    A    Yes.

5    Q    What did you mean by that?

6    A    Hwee Bin was afraid, and I shared that concern too, that

7    as Roger was being investigated in Singapore that his phone

8    was no longer secure in terms of communicating on that phone,

9    meaning that he would either be listened to or any messages

10   going to him would be received by the authorities there.  So

11   it was my understanding from her, and I shared that, that that

12   phone was no longer secure to communicate with Roger.

13   Q    So how were you supposed to communicate?  Was there any

14   understanding about that?

15   A    Yes, through her.

16   Q    Through Hwee Bin?

17   A    That's correct.

18   Q    And how would you communicate through Hwee Bin?

19   A    We would speak numerous times.

20        We essentially had a practice to be -- to use

21   WeChat, which is the Chinese version of WhatsApp, or a

22   communication app on the phone, and we thought that was at

23   least a step removed from any other authorities around the

24   world and that China would probably be a safe bet with WeChat.

25   So we stuck to WeChat at that time.

LEISSNER - DIRECT - ROLLE          1291

1   Q    Do you remember what your chat names were for each other?

2   A    Mine was Forza with a Z, and her's was Morning Dew, I

3   believe.

4   Q    And did you communicate with Hwee Bin at the morning dew

5   WeChat?

6   A    Yes.  We started communicating quite frequently, yes.

7   Q    For WeChat, you can text message?

8   A    Yes.

9   Q    Can you also make phone calls?

10  A    Yes, phone and video calls.  It's really similar to what

11  we know as WhatsApp here mostly.

12  Q    And how -- what method of communication were you using to

13  talk to Jho Low during that time?

14  A    The same.  We had switched from Blackberry messengers to

15  WeChat around about the same time.

16  Q    And what were the reasons for going to WeChat?

17       You talked about security around the Blackberry.

18  Did you understand there was a security aspect to WeChat.

19  A    Yeah.  The same thing, we thought that, you know, WeChat

20  being owned by a Chinese company called Tencent, we thought it

21  was safer, away from the authorities, like in America or

22  Singapore, that we understood were investigating us.

23  Q    If you could turn to tab 136A in your binder.  It's

24  Government Exhibit 2602-C-1 for identification.

25       Do you see that, sir.

LEISSNER – DIRECT – ROLLE          1292

1   A     Yes, sir.

2   Q     What do you recognize the document to be?

3   A     It's -- it's that WeChat exchange which I am on.

4         MR. ROLLE:  Your Honor, we would offer Government

5   Exhibit 2602-C-1.

6         MR. AGNIFILO:  One second, Your Honor.

7         THE COURT:  Mr. Rolle, I assume you're offering it

8   as redacted?

9         MR. ROLLE:  Yes, Your Honor.

10        THE COURT:  Is there any objection?

11        MR. AGNIFILO:  There is not an objection.  I think

12  there is some confusion as to numbers that we're working on.

13        We have no objection.  I think that might change the

14  number at some point.

15        MR. ROLLE:  Judge, it's marked on the screen as

16  2601-C-1, but it's actually being offered as 2602, so we will

17  correct the exhibit stamp on this document, but we would offer

18  it in its redacted form at this time.

19        MR. AGNIFILO:  And we do not object.

20        THE COURT:  It is admitted.

21        (Government Exhibit 2602, was received in evidence.)

22  Q     Mr. Leissner, you said you recognize this as a WeChat?

23  A     That's right, sir.

24  Q     And there is something that says participants?

25  A     Yes.

*Michele Lucchese, Official Court Reporter*

LEISSNER - DIRECT - ROLLE                    1293

1   Q    The third line from the top?

2   A    That's right.

3   Q    It is a series of letters and then it says Forza Inter?

4   A    That was my WeChat name.

5   Q    That's you?

6   A    That's right.

7   Q    And then another similar series of letters and numbers.

8   And then it says Super Energizer Bunzzz with three Z's?

9   A    Yes.

10  Q    Who's that?

11  A    That's Jho Low.

12  Q    And there's a series of messages after that?

13  A    Yes, sir.

14  Q    The date of the first message below that, it's from Jho

15  Low?

16  A    Yes, that's correct.

17  Q    What's the date?

18  A    It is 31st of October, 2017.

19  Q    Jho Low says, "Can't talk"?

20  A    Yes.

21  Q    And then the next message is also from Jho Low?

22  A    Yes.

23  Q    "Call when up"?

24  A    That's right.

25  Q    Then the following message is also from Jho Low?

LEISSNER – DIRECT – ROLLE                    1294

1    A    Yes.

2    Q    What's the date of that message?

3    A    It is the 1st of November, 2017.

4    Q    Could you read the message Jho Low sent to you on

5    November 1, 2017?

6    A    Yes.

7              "After 77 days of Singapore CAD holding on to Roger

8    Ng, Malaysian, former Goldman Sachs, passport allowing him

9    freedom of movement in Singapore but not allowed to leave

10   Singapore.  Roger Ng went to court to demand back his passport

11   that Singapore CAD was being unreasonable."

12   Q    And just to orient us, what is Jho Low reporting to you

13   in this message?

14   A    He's basically referring to the detention of Roger in

15   Singapore with his passport being taken away.

16   Q    The incident you just talked about?

17   A    That's right.  Correct.

18   Q    And did you have an understanding as to why Jho Low was

19   sending you an update on the defendant's detention in

20   Singapore?

21   A    Because I had communicated with him and asked him

22   questions around this, so had Hwee Bin.  We all, three of us,

23   shared our grave concerns that Roger was in custody,

24   effectively in Singapore, or at least could not leave the

25   country and was being interviewed by the police and the

LEISSNER - DIRECT - ROLLE          1295

1  authorities.

2  Q    What was reported in the fourth line, fourth item in Jho

3  Low's message?

4  A    "They came but he was in meeting with BSI banker, Yak Yew

5  Chee, Tim Leissner and JL, in discussions on Aabar."

6  Q    And BSI was the bank you testified about last week?

7  A    That's right.  Correct.

8  Q    The bank that would receive the money in connection with

9  the scheme, you understood?

10 A    That's right.

11 Q    And the bank that you, the defendant and Jho Low went to

12 a meeting?

13 A    Well, yes.  Roger and I went to that meeting in Singapore

14 for that lunch that I had described last week.  Jho Low was

15 not in attendance at that lunch, but he had briefed us just

16 before the lunch about what we were expected to say and

17 present.

18 Q    He was in that separate room?

19 A    Correct.

20 Q    In the restaurant?

21 A    Uh-hum.

22 Q    And if we could read -- if you could read the last

23 portion after the fifth item, what Jho Low was reporting to

24 you?

25 A    "Looks like SG" -- that stands for Singapore -- "is still

LEISSNER - DIRECT - ROLLE                1296

1   going full force.  Not sure if as result of AG statement" --

2   AG, Attorney General statement -- "that 1MDB investigations

3   still ongoing."

4          "Today, SG" -- Singapore -- "also announced further

5   prohibitions on individuals involved in 1MDB breaches."

6   Q    Do you recall what your reaction was to receiving this

7   kind of information about the defendant's detention in

8   Singapore and the status?

9   A    Yes, sir.  It was -- it continued to be great concern

10  that these investigations weren't stopping, they were

11  intensifying in nature, and now one of us who were part of the

12  scheme from the London meeting onwards was, in fact, detained

13  by one of the authorities.  That's a big shift.  That's a big

14  change and caused me great concern at the time about what

15  might happen to me as well, especially, also, because I was in

16  the U.S. with my family and also traveling around the world.

17         So, yeah, it gave me a pause to think what my

18  situation would be.

19  Q    And by this point, you said November 2017, you had been

20  under subpoena in the United States since 2016?

21  A    Correct.

22  Q    But had you ever had to sit down or be interviewed or

23  questioned at any point after receiving that subpoena by any

24  authorities?

25  A    I personally had never been interviewed.  There was a

LEISSNER - DIRECT - ROLLE                    1297

1    meeting that one of my lawyers -- it was in Los Angeles -- had

2    with the Department of Justice, but I personally had never

3    been interviewed.  That's correct.

4    Q    So when the defendant was detained in Singapore, was that

5    the first time that you understood someone was being asked

6    questions directly about the criminal scheme?

7    A    Yes.  That was the first time I had seen it firsthand

8    that somebody of this -- of the inner circle, if you were, had

9    been arrested or detained.

10   Q    And if you could turn to tab 136 B, Government Exhibit

11   2602-C-2 for identification.

12            Do you recognize that document.

13   A    Yes, sir.  That's, again, a WeChat exchange.

14   Q    Were you part of the WeChat exchange in this exhibit?

15   A    Yes, sir.

16            MR. ROLLE:  We would offer Government Exhibit

17   2602-C-2 Your Honor.

18            MR. AGNIFILO:  No objection, Your Honor.

19            THE COURT:  It's admitted.

20            (Government Exhibit 2602-C-2, was received in

21   evidence.)

22   Q    Who is this WeChat exchange between, you and who else?

23   A    It's me, Forza Inter, and Morning Dew is Hwee Bin.

24   Q    Morning Dew was Hwee Bin?

25   A    That's right.

*Michele Lucchese, Official Court Reporter*

LEISSNER - DIRECT - ROLLE          1298

1  Q    And the date of the first message we see here, November
2  17, 2017?
3  A    That's right.  Correct.
4  Q    And you say "heard the great news"?
5  A    Yes.
6  Q    "Sending my love to you both"?
7  A    Yes, sir.
8  Q    What were you talking about?
9  A    I'm talking about Roger's -- Roger getting his passport
10 back and being able to travel back to Malaysia at that time.
11 Q    And Hwee Bin responded to that?
12 A    Yes.  She says thank you.
13 Q    What does she say next?
14 A    Then she says, she is asking for us to speak quickly and
15 I give her the thank you prayer hands.
16 Q    The prayer hands emoji?
17 A    Yes.
18 Q    And you respond yes, I can?
19 A    Yes.
20 Q    You respond I can?
21 A    Yes.
22 Q    And then Hwee Bin tells you what?
23 A    "Call you," meaning she's going to call me.
24 Q    Is that how you would set up and organize your phone
25 calls?

LEISSNER - DIRECT - ROLLE                    1299

1    A    Yes.  You know, often we would check first if it was

2    possible to speak at that time.

3    Q    And do you recall speaking to Hwee Bin after the

4    defendant was -- left the detention in Singapore?

5    A    Yes.  I did speak to her.  I expressed my happiness that

6    he had been released.  I asked the circumstances of his

7    release and that if he was okay and what, you know, had

8    transpired in Singapore.

9           Yes, we did have a conversation.

10   Q    And you had said Hwee Bin told you you couldn't talk to

11   the defendant directly?

12   A    That's right.

13   Q    Did you speak to him indirectly in any way after his

14   release from Singapore?

15   A    Yes.  I continued to, from then on, speak to Hwee Bin on

16   his behalf.  And on one occasion down the road, I think I was

17   traveling in Mexico, he was also in the background as well,

18   but all the communications really went through Hwee Bin.

19   Q    So you did, in fact, stop communicating directly with the

20   defendant --

21   A    Yes.  Yes.  We believed at the time -- that's the

22   discussion we had, between Hwee Bin and myself -- that, in

23   fact, Roger's phone may be comprised in one way or another.

24   Q    So as time went forward after the defendant returned from

25   Singapore, what did you talk about with Hwee Bin when you

1    would communicate with her?

2    A    One -- there were several things.  Of course, first, the

3    circumstances of his release and what had been discussed in

4    Singapore.

5             I was -- she told me that he, Roger, stuck with the

6    story of just focusing on the bonds and the financial aspects

7    of the bonds.  She told me that Jho had, in fact, gotten help

8    from the Trump administration at the time to get Roger out of

9    Singapore, who had called the Singapore Government, that Jho

10   confirmed that narrative as well in a discussion I had with

11   him, and that over time, not on this first occasion, but

12   afterwards, she wanted to make sure that Judy was also going

13   to stick with this cover story that we had come up with after

14   that feng shui master's meeting.  So she wanted to make sure

15   that that was something Judy would stick to if asked.

16   Q    So how concerned were you as time went forward after the

17   defendant's release from Singapore about you being under

18   subpoena and these investigations you talked about?

19   A    Of course I was growing more and more concerned that I

20   would be at some point a subject too or a target and would be

21   arrested, especially since I was traveling in and out of the

22   United States.  I was traveling around the world.  I couldn't

23   be sure I wouldn't face the same issue as he did.

24   Q    Did you continue traveling even with those concerns?

25   A    I did, sir.  However, I did engage a new counsel at that

LEISSNER - DIRECT - ROLLE               1301

1   time to help me prepare, in effect, a way of finding a way

2   that she could help and work with authorities because it was

3   just getting, in my view, a little bit too much in terms of

4   the -- the feeling I had as to what the authorities were doing

5   around the world.

6   Q    When you say it was starting to feel too much, what do

7   you mean?

8   A    It felt like, you know, the investigation wasn't

9   subsiding, it was, in fact, increasing from the subpoena, to

10  Roger's arrest.  You know, it felt like -- yeah, essentially

11  the walls were closing in.

12  Q    You were traveling through the United States because you

13  had a family at that point in the U.S.?

14  A    Yes, sir.

15  Q    Did you apply ever for a visa to be a permanent resident

16  of the U.S.

17  A    Yes, I did, I applied for a green card.

18  Q    As part of that process, did you ever reveal the fact

19  that you had committed crime around the 1MDB bond

20  transactions?

21  A    No, sir, I didn't.

22  Q    You didn't disclose that for your visa process?

23  A    I did not, sir.

24  Q    And why didn't you do that?

25  A    Because it was my belief that that would have denied my

1    application.

2    Q    As a result of your guilty plea, do you understand that

3    you will be deported?

4    A    That's my understanding.

5    Q    Now, did you meet with Jho Low ever again in person after

6    the defendant's release from Singapore?

7    A    Yes, sir.  I met with Jho on at least one occasion, I

8    think even two, back in Hong Kong to have conversation with

9    him around, you know, what happened with Roger and what he was

10   doing with respect to the investigations, which were happening

11   around the world.

12   Q    And what did you learn in your meetings with Jho Low?

13   A    So I met with Jho on this one occasion, which I remember

14   very well, at the Marriott Hotel in Hong Kong in the Chinese

15   dining room.  We had a private room again, where he briefed me

16   that he was -- he and his lawyers were in active dialogues

17   with the then administration under Trump, that he had met

18   Jared Kushner in Beijing and that it looked like the president

19   at the time and his close advisors were actually supportive of

20   a settlement on the 1MDB issue that included basically taking

21   care of -- ensuring that everybody who had been around Jho,

22   had stuck with Jho, essentially, would be part of the

23   settlement, one settlement, one payment, effectively, that

24   would stop any further investigation, would really be a

25   settlement.

LEISSNER - DIRECT - ROLLE                    1303

1      He had hired Chris Christie at the time as his

2   lawyer and had -- he disclosed had paid him $10 million in a

3   success fee if that was indeed achieved.

4      He did say that the DOJ was not in agreement at the

5   time and, therefore, it had not reached a settlement yet, but

6   at the very top level in U.S. Government that had been agreed.

7   Q    And as Jho Low is reporting this to you, did you have any

8   idea if anything he was saying was true?

9   A    I did not have any independent verification of that, sir.

10      I did discuss it with Hwee Bin, and it was my

11  belief, by extension to Roger, that that was what Jho was

12  saying and Jho was actually quite comfortable and confident

13  that he was able to resolve this 1MDB issue where the then

14  still Prime Minister of Malaysia as well because Najib was

15  still Prime Minister.

16  Q    This sort of resolution that Jho Low described for you,

17  you used the term people that stayed close?

18  A    Yes, sir.

19  Q    What do you mean?

20  A    Roger -- I'm sorry.  Jho had effectively come up with a

21  number of people that had remained loyal to him who never

22  disclosed the scheme, that included Roger and myself, and some

23  others that he felt were part of that circle who knew but who

24  had not stepped forward to report any of it.

25      He had suspicions on other members that he thought

*Michele Lucchese, Official Court Reporter*

LEISSNER - DIRECT - ROLLE                1304

1    had actually approached authorities to report on the scheme

2    and, therefore, he had made the distinction between the people

3    who had stayed close to him and hadn't revealed the scheme,

4    that included Roger and myself and then people who had

5    betrayed that trust effectively.

6    Q    Who did he think betrayed his trust?

7    A    He specifically mentioned Jasmine at the time, that he

8    had been concerned that he thought she had spoken to the FBI.

9    Q    What did you understand at that time would happen to the

10   people who betrayed Jho Low's trust?

11   A    That they weren't part of the settlement.

12        What he described to me was the settlement of a

13   monetary nature, meaning several billion dollars of payment at

14   that time that would forever settle this 1MDB issue, would

15   only include the general settlement people that were with him

16   and close to him, not those that had betrayed him.

17   Q    What did you choose to do after that?

18   A    I continued to travel and I started my conversation with

19   my attorneys to engage in a form of cooperation maybe,

20   something like that, where I would actually come forward with

21   my -- what I had done.

22   Q    Did you have an understanding that that would be viewed

23   by Jho Low as a betrayal at that point?

24   A    Yes.

25   Q    Did you ever get a chance to come forward on your own?

1    A    No, sir.  I was supposed to meet my lawyer on my return

2    from a trip that I had taken to the Middle East, Asia, and

3    Europe on June 1st -- on June 10th.  There was a meeting at

4    the airport in Washington to have this conversation as to what

5    we could do and what we could offer as a form of cooperation,

6    but that was also at the same time that I was arrested.

7    Q    And you testified about that in the beginning of your

8    testimony?

9    A    That's right, sir.

10   Q    Once you were arrested that day, what did you decide to

11   do?

12   A    I decided to cooperate with the Government.

13   Q    And what did you understand that to mean, cooperate with

14   the Government at that point?

15   A    That I would lay out all the facts of what happened in

16   these conspiracies around 1MDB.

17   Q    Did you have to sit down with the Government and tell

18   them --

19   A    Yes, sir.

20   Q    -- these facts?

21   A    Yes, sir.

22   Q    Did you do that?

23   A    Yes.  We spent several months in 2018 going through all

24   those facts and what had happened.

25   Q    How soon did you have to tell the Government the facts

1   after you were arrested?

2   A      That same evening.

3   Q      The same night?

4   A      Yes.

5   Q      As part of your cooperation, what were you required to

6   do?

7   A      First of all, tell the truth and go through all the

8   details, all the facts that were part and parcel of 1MDB and

9   the bond issues and the bribes and kickbacks and money

10  laundering that happened around them, it included talk about

11  any and all of my activities over the years leading up to

12  that, including other criminal activities that I had -- I had

13  done.  It included sitting with the Government, coming to

14  testimonies when required, providing any kind of documents I

15  had in my possession or electronically or otherwise

16  physically, and to cooperate with them in all requests that

17  they had as part of the investigation.

18  Q      And did you pick the questions you were asked at any of

19  your meetings?

20  A      No, sir.

21  Q      Were you asked about all the affairs that you have talked

22  about during the course of your testimony in this case?

23  A      Yes.

24  Q      All the lies that you had told to banks and to family

25  members?

LEISSNER - DIRECT - ROLLE                1307

1  A    Yes, sir.

2  Q    And did you tell the answers to those questions about all

3  of those topics?

4  A    Excuse me, sorry, sir.

5  Q    Did you give answers to all the questions --

6  A    Yes.

7  Q    -- you were asked?

8  A    Yes, sir.

9  Q    Were you directed by the FBI to try and make phone calls

10 as part of your cooperation?

11 A    Yes, sir, I did as well.

12 Q    Was it up to you who you would call?

13 A    No, sir.

14 Q    Was the FBI present and directing your actions when you

15 made those calls?

16 A    Yes, sir.

17 Q    Any time you made a phone call, were you allowed -- in

18 general, during your cooperation, were you allowed to reveal

19 your cooperation?

20 A    No.  The cooperation was to remain confidential,

21 including post my plea, my guilty plea.

22 Q    At the time do you recall if your arrest and cooperation

23 was public?

24 A    No.  There was some -- there was some rumor at some point

25 around that, but it was, I think, a very short rumor.

LEISSNER – DIRECT – ROLLE                    1308

1    Q    And throughout that time, did you reveal the truth about

2    your cooperation to anyone you were directed to contact?

3    A    No, sir, I did not.

4    Q    And you testified last week and today that as part of

5    your cooperation you had to tell the Government about all the

6    crimes you committed?

7    A    Yes, sir.

8    Q    All of them?

9    A    All of them.

10   Q    Going how far back in your life?

11   A    All the way.  All of my life.

12   Q    And did you tell the Government about crimes that you did

13   not believe you were under investigation for at the time?

14   A    Yes, certainly I did.

15   Q    And after doing all of that, did you plead guilty?

16   A    Yes, I did.

17   Q    And do you know what sentence you're going to receive for

18   the crimes you've committed?

19   A    No, sir.

20   Q    What's the maximum sentence you could face sitting here

21   today?

22   A    25 years, sir.

23   Q    Who's going to decide your sentence?

24   A    The sentencing judge.

25   Q    Sir, will the Government recommend any sentence for you?

LEISSNER - DIRECT - ROLLE                1309

1    A    No, sir.

2              MR. ROLLE:  If we can pull up Government Exhibit

3    3001, which is in evidence.  And if we look at page 4 and

4    paragraph 4.

5              Well, first let me go back to page one, so you can

6    tell us.  This is your cooperation agreement.

7    A    Yes, sir.

8              MR. ROLLE:  If we could go to page 4.  If we could

9    enlarge paragraph 4 and the subparagraphs.

10   Q    What does paragraph 4 say?

11   A    It's basically my obligation under this agreement.

12   Q    What does it say?

13   A    It says, "The defendant will provide truthful, complete

14   and accurate information, will cooperate fully with the

15   Office, this cooperation will include but is not limited to

16   the following."

17   Q    I'm going to direct your attention to paragraph 4H.

18             MR. ROLLE:  If we could bring that up next to what

19   we're looking at here, Mr. Youkilis.

20   Q    And as we do that, all of those items under paragraph 4,

21   what are they?

22   A    They're basically the ones I had just mentioned, that I

23   will tell the truth about all the things I knew, all my

24   criminal activity, that I would participant in any

25   investigation, including phone calls and things like that,

LEISSNER - DIRECT - ROLLE                1310

1    that I would keep that cooperation confidential and I would

2    testify when and so required.

3    Q    Looking at paragraph 4H on the right-hand side, what's

4    that?

5    A    It's my forfeiture agreement as part of this cooperation

6    agreement.

7    Q    What does it say?

8    A    That I would forfeit $43,700,000.

9    Q    And is that the only property you've agreed to forfeit?

10   A    No, sir.

11   Q    What else?

12   A    I've also agreed to forfeit my interest in the Celsius

13   shares.

14   Q    And the Celsius shares that you testified about earlier,

15   those are shares in the drink company?

16   A    That's right.

17        MR. ROLLE:  If we can pull up Government Exhibit

18   3002 for identification.

19   Q    Do you recognize that, sir?

20   A    Yes, sir.

21        MR. ROLLE:  If we can go to the second page.

22   Q    Do you recognize any signature?

23   A    Yes, sir.  That's my signature and my attorney's

24   signature.

25   Q    What is the document you are looking at?

*Michele Lucchese, Official Court Reporter*

LEISSNER - DIRECT - ROLLE                1311

1    A    It's the agreement by which I consent -- the consent by

2    which I would forfeit my interest.

3    Q    And the Celsius shares?

4    A    That's right.

5            MR. ROLLE:  We would offer Government Exhibit 3002,

6    Your Honor.

7            MR. AGNIFILO:  No objection.

8            THE COURT:  It's admitted.

9            (Government Exhibit 3002, was received in evidence.)

10   Q    If we zoom in on the first paragraph to this consent to

11   forfeiture.  It says, "I, Tim Leissner, hereby consent

12   forfeiture to the United States of all right, title, and

13   interest in 3,325,942 shares of stock in Celsius holdings"?

14   A    That's right.  That's correct.

15   Q    How much is that number of shares of Celsius stock worth

16   that you have consented to forfeit?

17   A    Approximately 200 million or so.

18   Q    $200 million or so?

19   A    That's right.

20           MR. ROLLE:  We can take that down.

21   Q    Now, sir, you have testified earlier it's your hope to

22   get what you have described as a 5K letter?

23   A    Yes, sir.

24   Q    And do you know -- you testified you're understanding is

25   that would allow the judge to go below the guideline range in

LEISSNER – DIRECT – ROLLE                1312

1    sentencing you?

2    A    That's correct.

3    Q    Your guideline range today is life?

4    A    The guideline is life given the size of what we are

5    talking about here, yes, that's my understanding.

6    Q    Given the size of what?

7    A    The -- the money laundering and the breaches of the FCPA.

8    Q    And sitting here today, do you know if you are going to

9    get that letter?

10   A    No, I do not know.

11   Q    What sentence do you hope to get in your case?

12   A    I hope that I don't have to go to prison.  That's my

13   hope.

14   Q    Do you know if you are going to prison?

15   A    I do not know.

16   Q    The judge decides your sentence as you've testified to

17   earlier?

18   A    That's correct.

19   Q    What's your understanding happens by the terms of your

20   cooperation agreement if you lie?

21   A    Then this cooperation agreement becomes null and void.

22   Q    Do you still have to pay your forfeiture?

23   A    Yes.

24   Q    Do you get your Celsius shares back?

25   A    No, sir.

LEISSNER - DIRECT - ROLLE                    1313

1   Q    Were you still be sentenced for your crimes?

2   A    Yes, sir.

3   Q    Will you get a letter?

4   A    No.

5   Q    Will you still face a 25-year sentence in prison?

6   A    Yes, sir.

7   Q    Will your guidelines still be life?

8   A    Yes, sir.

9   Q    Over the course of the scheme, Mr. Leissner, how much

10  money did you pay the defendant in kickbacks for his role in

11  the scheme?

12  A    About $35 million, sir.

13         MR. ROLLE:  I would like to pull up Government

14  Exhibit 2421 for identification.

15  Q    Do you recognize that document, sir?

16  A    Yes, sir.

17  Q    It's an e-mail you received?

18  A    That's right.

19  Q    Who sent it to you?

20  A    Judy sent it to me.

21  Q    Is there an attachment?

22  A    Yes.

23  Q    What's the attachment called?

24  A    Capital Place cash-flow.  It's an Excel spreadsheet.

25         MR. ROLLE:  If we could pull up the attachment, Mr.

LEISSNER – DIRECT – ROLLE                1314

1    Youkilis.

2    Q    Do you recognize the attachment?

3    A    Yes, sir.  It's an Excel spreadsheet.

4          MR. ROLLE:  Your Honor, we would offer Government

5    Exhibit 2421 at this time.

6          MR. AGNIFILO:  No objection, judge.

7          THE COURT:  It's admitted.

8          (Government Exhibit 2421, was received in evidence.)

9    Q    Looking at this e-mail, you said it's from your ex-wife,

10   Judy Chan, to you?

11   A    That's correct, at my Capital Advisors e-mail.

12   Q    Your anonymized Capital Advisors e-mail?

13   A    That's right.

14   Q    The date is December 17, 2013?

15   A    Yes.

16   Q    That's after the three 1MDB bond transactions?

17   A    That's correct.

18         MR. ROLLE:  If we could go to the spreadsheet,

19   please, Mr. Youkilis.  This is the attachment.

20   A    Yes, sir.

21   Q    There's three tabs at the bottom titled time deposit,

22   outgoing remittance, incoming remittance?

23   A    Yes, sir.

24   Q    What is this spreadsheet?

25   A    It's basically a snapshot that Judy had sent to me at the

1    end of December of 2013 of the money that Capital Place had

2    received from various sources and how that money had been sent

3    out, again, at the direction of Jho and Roger:  Roger for his

4    part; Jho for all the other parts.

5    Q    Capital Place was a shell you used -- one of the shells

6    you used as part of the scheme?

7    A    That's right.

8              (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LEISSNER - DIRECT - ROLLE                    1316

1   DIRECT EXAMINATION (Continued)

2   Q    If we can go to the Incoming Remittance tab.

3   A    Yes, sir.

4   Q    What's Incoming Remittance -- what's the information

5   recorded here?

6   A    It's the money that Capital Place received into its

7   account.

8   Q    There's a series of names under the column Remitter?

9   A    Yes, sir.

10  Q    What are those names?

11  A    Those are the -- the entities that sent the money into

12  the Capital Place account.

13  Q    A number of them say Blackstone Asia Real Estate

14  Partners?

15  A    Yes.

16  Q    What's that?

17  A    That's a shell company that sent the money into Capital

18  Place.

19  Q    As part of the scheme?

20  A    Yes.

21  Q    Would you understand if that shell was a Jho Low shell?

22  A    That was a certainly my understanding, yes.

23  Q    And the date of the first entry for Blackstone Asia Real

24  Estate Partners is June 11, 2012?

25  A    That's correct.

LEISSNER – DIRECT – ROLLE                    1317

1   Q     It's after the closing of Project Magnolia?

2   A     Yes.  It's a few weeks after Project Magnolia closed.

3   Q     And the amount listed is $35 million?

4   A     Correct.

5   Q     That's the first payment inflow as part of the scheme

6   into the shell company?

7   A     Yes, that's the first one.

8   Q     June 11, 2012?

9   A     That's correct.

10  Q     If we can go to Outgoing Remittance.  What does that

11  record?

12  A     Outgoing remittances are those that are paid out or sent

13  out by Capital Place to other destinations.

14  Q     And the purpose of recording all of this information,

15  what was it?

16  A     The purpose was for Judy to keep a track as to the monies

17  coming in and out of Capital Place.  It allows us to know what

18  has been received and what has been sent out and what's left

19  as well.

20  Q     And Eric Tan, as we saw, and Jho Low would ask you for

21  realtime accounting of the scheme money?

22  A     Correct, and the spreadsheet would capture that kind of

23  accounting.

24  Q     As of December 2013?

25  A     That's right.

LEISSNER – CROSS – AGNIFILO                1318

1   Q    What's the first entry for the outgoing remittances for

2   Capital Place?

3   A    It's Certain Waters Enterprise Limited and it's 17 and a

4   half million, half of the 35 million that I had received.

5   This represents Roger's portion of that first payment.

6   Q    This is the defendant's kickback, the first one?

7   A    That's his half, that's right.

8   Q    What's the date?

9   A    It's June 13, 2012, so two days after the incoming

10  remittance was received.

11  Q    You got $35 million from Jho Low and two days later you

12  sent exactly half of that to the defendant?

13  A    That's correct.

14          MR. ROLLE:  One moment, Your Honor.

15          (Pause in proceedings.)

16          MR. ROLLE:  No further questions at this time,

17  Judge.

18          THE COURT:  Are you ready to cross, Mr. Agnifilo?

19          MR. AGNIFILO:  Of course.

20  CROSS-EXAMINATION

21  BY MR. AGNIFILO:

22  Q    You lied to the FBI; right?

23  A    I did, yes.

24  Q    So five minutes ago you just told this jury if you lie

25  during your cooperation your deal gets ripped up; right?

LEISSNER - CROSS - AGNIFILO                1319

1    A    That's correct.

2    Q    You lied, right, yes?

3    A    Yes, I did.

4    Q    Has your deal been ripped up?

5    A    No, not to my understanding.

6    Q    You lied to the very prosecutor sitting at that table;

7    right?

8    A    I --

9    Q    Go ahead.

10   A    I did at the outset of the discussions.

11   Q    Did I ask you when?

12   A    No, sir.

13   Q    You lied to the prosecutor sitting at the table; right?

14   A    Yes.

15   Q    You lied to FBI agents, rights?

16   A    I did.

17   Q    You blamed others for things that you did; right?

18   A    I have taken responsibility since, sir.

19   Q    Listen to the question.  You blamed others for things

20   that you did; right?

21   A    At the outset of the investigations I did, sir.

22   Q    Did I ask you when?

23              THE COURT:  Don't do that Mr. Agnifilo.

24              MR. AGNIFILO:  I'm sorry, Judge.

25   BY MR. AGNIFILO:

LEISSNER - CROSS - AGNIFILO                1320

1  Q    You blamed others while you were speaking to the FBI and

2  while you were speaking to some of the prosecutors sitting at

3  this table, you blamed other people for things that you did?

4  A    Sir, when I first was arrested, I was very scared.  I was

5  in a situation that I hadn't anticipated.  I was really scared

6  and I didn't quite know what I was doing.  I have since then

7  taken full responsibility for all the things, all the crimes I

8  did myself.  I have taken full responsibility for those.

9  Q    These -- these meetings that you describe as scary

10 meetings, these are in conference rooms; right?

11 A    Yes, sir.

12 Q    These are meetings with your lawyer; correct?

13 A    Yes.

14 Q    They're meetings in conference rooms with your lawyer,

15 some of the prosecutors and some of the FBI agents; correct?

16 A    That's correct.

17 Q    You were never interrogated in a prison, for instance;

18 correct?

19 A    That's correct.

20 Q    You were never interrogated in a squad room of a police

21 precinct; correct?

22 A    That's correct.

23 Q    You were never coerced; correct?

24 A    What do you mean with coerced, sir?  I don't understand

25 that word.

LEISSNER - CROSS - AGNIFILO                1321

1  Q    Did the people at the prosecution table or the FBI agents

2  ever threaten your safety, for instance?

3  A    No, they did not.

4  Q    Did anyone ever show you a gun?

5  A    No.

6  Q    Did anyone ever strike you?

7  A    No, sir.

8  Q    You walked into every one of these interviews of your own

9  free will; correct?

10  A    I don't know if I would describe it walking into the

11  meetings of my own free will.  I walked into these meetings

12  when I was arrested and I agreed to cooperate.

13  Q    When you made the decision that it was in your best

14  interest to talk to the authorities; correct?

15  A    No, sir.  I was arrested and I agreed to work with the

16  team, the prosecution and the FBI.

17  Q    And who made that decision?

18  A    I did.

19  Q    That's my question.  You made a decision of your own free

20  will to speak to the prosecutors and the FBI agents; correct?

21  A    Yes, I made that decision myself.

22  Q    And you always left those conference rooms a free man;

23  correct?

24  A    No, sir.  I wasn't a free man.

25  Q    For the first two meetings; correct?

LEISSNER - CROSS - AGNIFILO                    1322

1   A     No, sir.  I was never free, even after that for three

2   months I was in confinement at home.  I was only coming to

3   these meetings.

4   Q     Just so I understand, how did you fly between your $30

5   million Beverly Hills house and these meetings?

6   A     Well, I was first in New York when I was arrested and the

7   first three months I spent here.  I was not flying back and

8   forth.  Subsequently to that, I flew on a commercial plane

9   between there and here.

10  Q     And when you fly out of Teterboro, is that a commercial

11  plane or a private plane?

12  A     That's a private plane.

13  Q     And how many times did you fly to and from Teterboro for

14  these meetings?

15  A     Once only.

16  Q     Once only?  When was that?

17  A     In September/October of 2018.

18  Q     Just so I understand this, you are flying back and forth

19  to meetings in Brooklyn; correct?

20  A     That's right.

21  Q     And when you are going back to Los Angeles, you are going

22  to the $30 million house that you bought with stolen money, do

23  I have that right?

24  A     Yes.

25  Q     You knew that when you had these meeting with the

LEISSNER - CROSS - AGNIFILO                    1323

1    Government that you were free at any moment to stop the

2    interview; correct?

3    A    I don't know if -- what do you mean to free to stop the

4    interview?

5    Q    You were free, it was your choice, you could stop the

6    interview if you wanted to?

7    A    Yes, sir.

8    Q    In fact, at the beginning of these sessions that's what

9    the authorities told you, correct, that if you want to stop

10   the interview at any time, you can stop the interview at any

11   time; right?

12   A    Yes, sir.

13   Q    And if you needed a minute to speak to your lawyer all

14   the agents and prosecutors would leave the room and you could

15   speak to your lawyer as long as you needed; right?

16   A    That's correct.

17   Q    And you went to these interviews because it was what you

18   thought was the best thing for you; correct?

19   A    No, sir.  I had made the decision after -- even before

20   coming back to America that I was -- I had to change my life

21   and turn over a new page, a new chapter in my life and

22   actually take responsibility for what I had done for the sake

23   of my own family.  The investigations had come so close that I

24   had decided it was actually the right time, sir, to turn that

25   chapter and that was the decision that I made -- that was the

1   decision I was making every time I spoke to them.

2   Q    My question is that as a decision you made; correct?

3   A    Yes, sir.

4   Q    Because you didn't want to fight this case; correct?

5   A    I decided that I was taking responsibility, you know, for

6   what I had done.

7   Q    You didn't want to fight the case because you didn't

8   think you could win; correct?

9   A    It wasn't an assessment of winning or losing, sir.  It

10  was an assessment of taking responsibility to do the right

11  thing so I can actually look my children in the eye and say I

12  had finally done the right thing.  I had done plenty wrong

13  over time.  This was the time to come clean with what I had

14  done.

15  Q    You were told at the outset of these meetings that it's a

16  federal crime to lie to the federal agents and the prosecutors

17  in these meetings; is that correct?

18  A    That's correct sir.

19  Q    And you understood that if you lied about something that

20  mattered, you would be comitting a separate federal crime;

21  correct?

22  A    Yes.

23  Q    And this was told to you many times that if you lied

24  during the investigation you could be charged with an

25  independent federal crime; correct?

LEISSNER – CROSS – AGNIFILO                1325

1    A    That's correct.

2    Q    And that crime was making a false statement in the course

3    of an investigation, you understood that; right?

4    A    Yes, sir.

5    Q    But you went on to lie about a number of very important

6    topics, did you not?

7    A    At the outset of the investigation, sir, I tried to

8    minimize my involvement, yes.  To describe the situation at

9    the time, I was effectively thrown very much into the deep

10   end.  I was scared.  I didn't quite know.  It became very

11   clear that this was the opportunity to take the

12   responsibility.  I switched -- I didn't blame anybody anymore

13   for the things that I had done.  I took full responsibility,

14   sir.

15        As I testified over the last two weeks, I took the

16   responsibility for all the things that I had done and the

17   crimes that I had committed, not just in this case but also

18   otherwise.  So I made the conscious decision that the best

19   course was to tell the truth and only the truth through that

20   investigation and take responsibility.

21   Q    You sat in these meetings with the FBI and the

22   prosecutors and you falsely told them that Roger Ng had done

23   things that you knew he did not do; correct?

24   A    Only at the outset, sir.  Only at the outset that I had

25   said that Roger had directed Judy Chan to make the transfer.

LEISSNER - CROSS - AGNIFILO                    1326

1   That was false.  I admitted to that.  I was scared at the

2   time.  I tried to minimize my own involvement.  I have since

3   taken full responsibility, as you have heard over the last two

4   weeks, that I directed Judy in making all of those transfers.

5   I took responsibility for what I had done.

6   Q    You made the decision, you, yourself, to go into a

7   meeting in a federal government office and to tell FBI agents

8   and federal prosecutors that Roger Ng that Roger Ng had done

9   something that at the time the words came out of your mouth

10  you knew he didn't do, yes or no?

11  A    At the time, I had stepped off a twelve-hour flight from

12  Europe and I was really scared.  I did not know what I was

13  doing and I did say that Roger had made -- given those

14  directions to Judy.  I have subsequently taken responsibility

15  for those statements.  I did give Judy those instructions.

16  Q    You are telling me that the reason you implicated Roger

17  in this criminal activity is because you were on a twelve-hour

18  flight?  Do I have that right?

19              THE COURT:  Sustained, sustained.

20  BY MR. AGNIFILO:

21  Q    Didn't you just say you came off of a twelve-hour flight

22  from Europe?  Did I mishear you?

23  A    No, I said that.

24  Q    Where were you coming from?

25  A    I was coming from Austria via Denmark to come back here.

LEISSNER - CROSS - AGNIFILO                    1327

1    Q    After taking this twelve-hour flight you went into an FBI

2    meeting --

3    A    I was --

4    Q    Let me finish the question.

5         -- and you falsely implicated the man sitting here

6    on trial for having done things you knew he didn't do; do I

7    have that right.

8    A    That's right.

9    Q    And you said other things in these meetings that were not

10   true, am I right?

11   A    Again, at the outside I was trying to minimize some of my

12   involvement.  I have come clean and told the truth in all of

13   these.

14   Q    You implicated Judy Chan in conduct that she did not, in

15   fact, do; correct?

16   A    Again, it's the same topic.  I tried to minimize my own

17   involvement and I have come clean and tried since then -- I

18   have actually taken full responsibility.  I have never not

19   since then taken responsibility for what I have done.  I have

20   done so.  I have taken my responsibility.

21   Q    The mother of your children -- you implicated the mother

22   of your children falsely in criminal activity; correct?

23   A    Yes, sir.  I am not proud of it and I have since then

24   taken that responsibility.

25   Q    And the only reason you stopped falsely implicating the

SN        RPR        OCR

LEISSNER - CROSS - AGNIFILO                1328

1    mother of your children in criminal activity is because you

2    were shown documents that showed you that you were lying;

3    correct?

4    A     No, sir.  I decided to take responsibility for what I was

5    doing.  It was the best course of action and the only one that

6    allowed me to come clean that I can do the right thing and

7    actually look those children that you just mentioned in the

8    eye and say yes, I that I have finally done the right thing

9    and they can be proud of me for actually telling the truth.

10   Q     Let me ask you a question.  You come into an FBI office

11   or a U.S. Attorney's office, you falsely implicate the mother

12   of your children in criminal activity and you walk out of the

13   meeting.  Do you know what, if anything, is going to happen to

14   her?

15   A     No, sir.

16   Q     Did you rush back in that office the same day and say, I

17   have done something terrible; I have implicated the mother of

18   my children in serious criminal activity.  Please don't do

19   anything.  Did you say that that same day?

20   A     No, I did not.

21   Q     You went back over and over into the U.S. Attorney's

22   offices on subsequent occasions again and again and you

23   falsely implicated the mother of your children in serious

24   criminal activity; correct?

25   A     No, sir.  I have come clean to tell the world, including

LEISSNER - CROSS - AGNIFILO                1329

1    the prosecutors, that I directed Judy to make those transfers

2    and I did say that over and over again.  You are right on that

3    point, but it is me taking the responsibility for directing

4    her.

5    Q    How many times in your recollection did you say over and

6    over again in these meetings that the mother of your children

7    was involved in criminal activity that you knew she was not

8    involved in?  How many times?

9    A    I don't know, sir.

10   Q    More than twice, more than three times?

11   A    I don't know, sir.

12   Q    Do you care?

13   A    I have taken the responsibility since then so, yes, I

14   care, sir.

15   Q    So you agree that you have lied in these meetings with

16   the FBI about Roger and about Judy, do I have that right?

17   A    Sir, at the outset I did and then I took full

18   responsibility and told the truth about my involvement,

19   Roger's involvement and Judy's involvement and exactly what

20   each one did.

21   Q    I am not going to ask you in terms of time periods.  You

22   have met with the FBI and the U.S. Attorney's Office more than

23   50 times; correct?

24   A    Yes.

25   Q    You and I have never spoken; right?

LEISSNER – CROSS – AGNIFILO                1330

1   A    That's correct.

2   Q    I have never asked you a single question until ten

3   minutes ago; right?

4   A    That's correct.

5   Q    In the course of those 50 times, you lied about Roger Ng,

6   you lied about Judy Chan; correct?

7   A    Only at the outset, sir.  You have to understand the

8   timeframe; only at the very beginning.  I came clean and took

9   full responsibility and that was all the time that was spent

10  with me talking with the prosecution team and the FBI about

11  all the facts as they were.

12  Q    You lied to the FBI knowing that people's fate lied in

13  the balance based on what you said; correct?

14  A    At that time I was really just trying to protect myself,

15  sir.

16  Q    And in an effort to protect yourself, you falsely

17  implicated other people because you thought that that would

18  help you; correct?

19  A    Sir, again, that only happened at the outset and since

20  then I have taken full responsibility.  Sitting here today I

21  pled guilty and took responsibility for all the things I did

22  myself.  So yes I have admitted to everything I have done.

23  Q    We are going to go through your statements to the FBI in

24  excruciating detail, I assure you.

25          MR. ROLLE:  Objection.

LEISSNER - CROSS - AGNIFILO                    1331

1          MR. AGNIFILO:  Withdrawn.

2     BY MR. AGNIFILO:

3     Q    You will -- you agree with me that over the course of the

4     more than 50 times that you met with the U.S. Attorney's

5     Office and the FBI, your story changed; correct?

6     A    Only at the outset.  It has never changed since.

7     Q    You are sure of that?

8     A    Yes.

9     Q    When you were telling these lies to the FBI and the U.S.

10    Attorney's Office did anyone say to you that your cooperation

11    agreement was done?

12    A    No, sir.

13    Q    When you were telling these lies to the FBI and the U.S.

14    Attorney's Office did anyone say they would no longer use you

15    as a cooperator?

16    A    No, sir.

17    Q    Do you believe you violated your cooperation agreement?

18    A    No, sir.  I have told the truth and I have -- I have gone

19    through all the facts as they were, sir.

20    Q    Can we put up the paragraph that we just showed you a

21    little while ago?  It's Government Exhibit 3001 and I want to

22    look at -- I think it's paragraph 16.

23         MR. ROLLE:  Your Honor, could we approach briefly?

24         THE COURT:  We can take our morning break now.

25         Come back at 20 to 12.  Do not discuss the case and

LEISSNER – CROSS – AGNIFILO                    1332

1  please remember to keep your distance.  We will break for 15

2  minutes.

3              (Jury exits.)

4              (Sidebar held outside of the hearing of the jury.)

5              (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    1333

1              (The following sidebar took place outside the

2      hearing of the jury.)

3              THE COURT:  Yes, Mr. Rolle.

4              MR. ROLLE:  Thank you, Your Honor.  I want to raise

5      one concern, A, that the witness would be permitted to finish

6      his answers and in particular at one point he was explaining a

7      timeframe.  Mr. Agnifilo said I am not asking you about

8      timeframes.  He then began to talk about lies that the witness

9      in minimization had done without regard to any timeframe which

10     is fine.  However, he then made the assertion, and I don't

11     believe there's a good faith basis for it around whether when

12     he was minimizing and lying if his cooperation agreement was

13     ripped up.  The witness was trying to give a time frame

14     because he didn't have a cooperation agreement at the times he

15     was explaining himself and I think was attempting to give the

16     timeframe.

17             So I just want to raise that for Your Honor's

18     attention.  I don't know where counsel was headed, but I don't

19     want to give a misimpression about timing where the witness

20     was trying to give a timeframe and the question wasn't calling

21     for it.

22             THE COURT:  This is something you can deal with on

23     redirect.  Mr. Agnifilo is on cross-examination.  He has the

24     right to cross the witness whichever way he wants to.  I

25     appreciate the witness was trying to explain that he believes

SIDEBAR CONFERENCE                          1334

1   in his mind that he did not, after he signed his cooperation

2   agreement, engage in any activity that Mr. Agnifilo has

3   suggested.  At least that was my understanding of what he was

4   trying to explain, but I am not going to tell Mr. Agnifilo how

5   to conduct his cross-examination.

6                MR. ROLLE:  Understood.  That was our understanding,

7   too, of the answer.  I was concerned if the witness wasn't

8   going to be able to finish and give a timeframe that we might

9   have some ambiguity on that point.  I don't think we're at

10  that point, but I wanted to raise it.

11               THE COURT:  You certainly have the right to object

12  at any point in time and I will rule on the objection.

13               MR. ROLLE:  Thank you, Judge.

14               THE COURT:  Anything else?

15               MR. AGNIFILO:  Not from us.

16               THE COURT:  All right.  I will see the parties at 20

17  minutes to.

18               (Sidebar ends.)

19               (Recess taken.)

20               (Continued on next page.)

21

22

23

24

25

*SN        RPR        OCR*

LEISSNER – CROSS – AGNIFILO                    1335

1          (Jury enters.)

2          THE COURT:  Please continue, Mr. Agnifilo.

3          MR. AGNIFILO:  Thank you, Your Honor.

4   CROSS-EXAMINATION (Continued)

5   BY MR. AGNIFILO:

6   Q    Before we broke you were telling this jury about how you

7   wanted to make things right and so you decided to cooperate;

8   correct?

9   A    Yes, sir.

10  Q    In May of 2018, less than a month before you got arrested

11  you were trying to renew your Brazilian passport, right?

12  A    I believe so, sir, yes.

13  Q    And around that time, you had text messages with Maria

14  who you know as Molly; correct?

15  A    Yes.

16  Q    Tell the jury who that is.

17  A    She was my -- the family's assistant and also I had an

18  affair with her.

19  Q    And you told Maria, I think Brazil is the right option

20  for me; right?

21  A    Yes.

22  Q    And what you were saying to Maria is Brazil might be the

23  right option for you as a place to live; correct?

24  A    I don't recall what that message, sir.

25  Q    You agree with me it's the same period of time when you

SN        RPR        OCR

LEISSNER – CROSS – AGNIFILO                1336

1    were renewing your Brazilian passport; correct?

2    A    It may, yes.

3    Q    And do you remember this communication between you and

4    Maria by text?

5    A    Not particularly, sir.

6    Q    And you remember saying that, By the way, I think Brazil

7    is the right option for me?  It was from May 27, 2018; does

8    that sound about right?

9    A    You have to refresh me and show me the document, please.

10   Q    I am glad to do that.

11        MR. AGNIFILO:  We're going to put it up for the

12   witness and the Government and the Court, Defendant's Exhibit

13   33 for identification.

14        THE COURT:  33.

15        (Exhibit published to witness only.)

16        MR. AGNIFILO:  Is it there for Your Honor.

17        THE COURT:  Yes.

18   BY MR. AGNIFILO:

19   Q    Can you see it, Mr. Leissner?

20   A    Yes, I can.

21   Q    Exactly.  Do you remember -- all I'm asking you, do you

22   remember the time frame as May of 2018 when you were telling

23   Maria that Brazil is the right option for you?

24   A    Yes.

25   Q    And do you recall an ongoing conversation with -- and

LEISSNER – CROSS – AGNIFILO                1337

1    Maria was Brazilian; correct?

2    A     Yes.

3    Q     She was a citizen of Brazil?

4    A     Yes.

5    Q     And you were a citizen of Brazil?

6    A     Yes.

7    Q     And that conversation between you and Maria involved you

8    asking Maria -- you telling Maria that Brazil is the right

9    place for you; correct?

10   A     Yes.

11   Q     But then you got arrested; correct?

12   A     Yes, sir.

13   Q     Let's talk about this arrest.  You flew into the country

14   on June the 10th, 2018; correct?

15   A     Yes.

16   Q     Now, I think you said when you were on direct examination

17   that you had previously spoken previously with the FBI on

18   February 27, 2016, so more than two years earlier; correct?

19   A     That's right; correct.

20   Q     So we're going to start with that.  On February 27, 2016

21   you were stopped at JFK Airport by a special agent of the FBI

22   Justin McNair and Robert Heuchling; is that correct?

23   A     That's correct.

24   Q     And you were specifically asked about the three 1MDB

25   deals; correct?

LEISSNER - CROSS - AGNIFILO                    1338

1   A    Yes.

2   Q    And you were asked about bribe payments?

3   A    I don't remember the exact conversation, but, yes, that

4   was the topic of the subpoena that they were handing to me.

5   Q    And so they gave you a grand jury subpoena; correct?

6   A    That's correct, yes.

7   Q    And the grand jury subpoena indicated that there was an

8   investigation going on in the central district of California.

9   Do I have that right?

10  A    Yes, sir.

11  Q    And do you recall if they asked you specifically about

12  the possibility of bribe payments being paid to former public

13  officials in Malaysia including the former prime minister,

14  Najib Razak?

15  A    I don't remember the exact question.  What I do remember,

16  sir, is that they highlighted the subpoena which was in

17  relation to 1MDB and bribes to be paid from 1MDB.  That's what

18  I recall.

19  Q    Do you remember that they asked you about Jho Low?

20  A    I don't remember the conversation in its specificity.

21  Q    Fair to say you never brought up the name Roger Ng in

22  this interview with the FBI; correct?

23  A    I did not.

24  Q    Now, at that point, you had telephones with you; correct?

25  A    Yes, sir.

LEISSNER - CROSS - AGNIFILO                    1339

1   Q      Did the FBI take your phones?

2   A      Yes sorry, 2016?

3   Q      2016.

4   A      No, sorry, they did not.

5   Q      They did not take your phones?

6   A      They did not.

7   Q      You agree with me that in the months before February 27,

8   2016 there were communications on your phone between you and

9   Low; correct?

10  A      Yes.

11  Q      And they did not take your phones?

12  A      They did not.

13  Q      Then you got stopped again on March the 14, 2016, this

14  time at Newark airport.  Do you remember that?

15  A      No, sir, I don't remember that.

16  Q      Do you remember being put into secondary holding and

17  being --

18  A      Sorry, yes, that's right.

19  Q      -- and being questioned by someone from the Department of

20  Homeland Security?

21  A      I don't remember the circumstances at that time.

22  Q      Fair to say you -- you didn't say anything about Roger

23  when you were stopped on March 14, 2016 by the Department of

24  Homeland Security, fair to say?

25  A      I don't remember that stop in the first place and I don't

LEISSNER – CROSS – AGNIFILO                1340

1   remember talking about Roger at that time.

2   Q    Well, you say you don't remember the stop in the first

3   place, but do you remember any aspect of it?

4   A    No, I don't sir.

5   Q    Do you not remember being stopped?

6   A    No.

7   Q    You don't remember being stopped by the Department of

8   Homeland Security?

9   A    I do not, sir.

10  Q    Do you remember speaking with the employers from Goldman

11  Sachs on April 12, 2017?

12  A    April 12, 2017.  Lawyers from Goldman Sachs?

13  Q    Right.

14  A    No, I don't remember.

15  Q    From Sullivan & Cromwell?

16  A    No, I don't remember.

17  Q    They would have asked you about Banque Havilland?

18  A    I don't remember that date, sir.  I remember when I

19  was -- when I first was interviewed by Goldman Sachs and

20  Sullivan & Cromwell, but not 2017.

21  Q    Do you remember appearing before regulators around that

22  time, April 2017?

23  A    I never appeared before regulators, sir.

24  Q    Let's talk about your arrest.  You told the jury you were

25  arrested by the FBI; correct?

1   A    Yes, sir.

2   Q    And you were arrested as you flew into Dulles Airport in

3   Washington, D.C.; is that right?

4   A    That's correct.

5   Q    And you flew to Dulles specifically on June 10, 2018?

6   A    That is correct.

7   Q    And you were flying into D.C. to meet your lawyer;

8   correct?

9   A    Yes.

10  Q    And his name is Eugene Sullivan?

11  A    That's correct.

12  Q    And you call him Judge?

13  A    That's correct.

14  Q    And the agents and the prosecutors called him Judge in

15  your presence; is that correct?

16  A    I don't remember what they called him, but Judge was a

17  common term that he used for himself, correct.

18  Q    Because he was a judge?

19  A    He was a retired judge.

20  Q    He was a retired federal judge?

21  A    Correct.

22  Q    And the principal of his firm is someone named Louis

23  Freeh; correct?

24  A    Yes.

25  Q    And Louis Freeh was the head of what organization?

LEISSNER – CROSS – AGNIFILO                    1342

1          MR. ROLLE:  Objection.

2          THE COURT:  Sustained.

3    BY MR. AGNIFILO:

4    Q    Louis Freeh --

5          THE COURT:  Sustained.

6          MR. AGNIFILO:  No, I'm just -- I'm just trying to

7    clarify.  I'm not asking him the question again.

8    BY MR. AGNIFILO:

9    Q    So you are removed from Customs at about 3:15 on June the

10   10th; correct?

11   A    Sorry, I don't remember the exact time.

12   Q    And you meet with your lawyer, Mr. Sullivan, later that

13   day; correct?

14   A    Yes, I -- yes, I do.

15   Q    And, if fact, the FBI arranges for you to meet with your

16   lawyer at about 5 o'clock that day.  Do you recall?

17   A    Again, I don't recall the exact time, but, yes.  It --

18   it's arranged by the FBI to meet with him, yes.

19   Q    And you are under arrest, right?  You have not seen a

20   judge; correct?

21   A    That's correct.

22   Q    You have not been ordered to be released by a judge, am I

23   right?

24   A    That's correct.

25   Q    And that night do you -- are you taken to a jail?

*SN      RPR      OCR*

LEISSNER - CROSS - AGNIFILO                1343

1   A    No, sir.

2   Q    Are you taken to a prison?

3   A    No, sir.

4   Q    Are you taken to any place with bars?

5   A    No, sir.

6   Q    You were taken to the Marriott; right?

7   A    Yes, sir.

8   Q    You were taken to the Marriott Renaissance in Washington,

9   D.C.?

10  A    Correct.

11  Q    I don't remember which Marriott it is, but it was in

12  Washington, D.C.?

13  A    Yes.

14  Q    A four- star hotel in Washington D.C., that's where you

15  were taken; do you remember that?

16  A    I don't know the stars of the Marriott.  It was the

17  Marriott in D.C.

18  Q    And the agents brought you there to the Marriott;

19  correct?

20  A    Yes, I was still under arrest.

21  Q    You were under arrest.  Were you in handcuffs?

22  A    Yes, I was in handcuffs going this to the Marriott.

23  Q    And when you went to the Marriott did you spend the night

24  in handcuffs or leg shackles or anything like that?

25  A    No, sir.

LEISSNER – CROSS – AGNIFILO                    1344

1    Q     You are in a hotel room?

2    A     That's right.

3    Q     Was anyone staying with you?

4    A     The FBI agent is staying in the room just adjacent to my

5    bedroom.

6    Q     But you are in a hotel.  You have never been on the

7    inside of a jail; am I right about that?

8    A     That's correct.

9    Q     As we sit here today you have never seen the inside of a

10   prison; correct?

11   A     That's correct.

12   Q     And you are telling this jury that you hope you never do;

13   right?

14   A     Yes, sir.

15   Q     Now, you say that night you start speaking with the

16   Government?

17   A     Yes.

18   Q     And you speak to them for the next couple of days;

19   correct?

20   A     I would speak to them for a few months, in fact.

21   Q     Before -- at one point you are taken to Brooklyn;

22   correct?

23   A     That's correct.

24   Q     And you are driven there by the agents; correct?

25   A     Yes.

LEISSNER - CROSS - AGNIFILO                    1345

1    Q    And at one point you are using your cell phone on June

2    the 12th; do you remember that?

3    A    It may be the case.  I don't know.

4    Q    So was this the kind of arrest where you get to keep your

5    phone?

6    A    I still had access to my phone, yes.

7    Q    And so you are communicating on your phone while you are

8    under arrest in the hotel.  Do I have this right?

9    A    I didn't have my communication devices in the hotel, in

10   the Marriott in Washington, D.C.  No, I did not.

11   Q    Do you remember communicating on the 12th, on June the

12   12th, using your phone?

13   A    No.  I can't remember that sir.

14   Q    But you remember you had your phone?

15   A    I had my phones at a later stage.  I don't know when

16   those were returned.

17   Q    And then you were brought to Brooklyn a couple of days

18   later; correct?

19   A    That's correct.

20   Q    And the agents drive you there; correct?

21   A    In handcuffs they drove me there.  That's right.

22   Q    And you appear in front of the judge; right?

23   A    That's correct.

24   Q    And the judge releases you?

25   A    On bail, yes.

LEISSNER - CROSS - AGNIFILO                    1346

1   Q    Did you have to pay any money?

2   A    Not at that point, no.

3   Q    Have you had to pay any money out of your pocket at any

4   point?

5   A    I have to pay out of my pocket many times.  What are you

6   referring to specifically?

7   Q    I mean to a court to allow you to stay free?

8   A    No, sir.

9   Q    When you said that it's not at that point, it's not at

10  any point.  You never had to actually part with any money in

11  order for you to be a free man; correct?

12  A    That's not correct, sir.

13  Q    Have you paid money out of your pocket?

14  A    I had to give up my Celsius shares, the shares that the

15  government took a lien on which at the time were -- had, I

16  think, a value of 15 to $20 million.

17  Q    I'm talking about actually parting with cash.  You never

18  had to part with cash?

19  A    It's not cash, but monetary value is 15 to 20 million.

20  Q    My question is cash.  You have not paid any cash to get

21  your release; right?

22  A    That's right.

23  Q    All right.  Let's talk about on -- one other thing before

24  we get into other issues.  When you started testifying, you

25  said that you have a doctorate in business administration;

*SN      RPR      OCR*

LEISSNER – CROSS – AGNIFILO                1347

1  right?

2  A    Yes, sir.

3  Q    Is there a reason you don't put that – what did you have

4  to do to get that doctorate?

5  A    I had to write a dissertation.

6  Q    What did you write the dissertation on?

7  A    On hedging a corporation to push investment.

8  Q    And is there a reason why you don't list that doctorate

9  on your resume?

10  A    No.  I have changed my resumes many times, sir, but I

11  don't use resumes these days anymore.

12  Q    So I'm going to show you what's been marked for

13  identification only as DX-10.

14         MR. AGNIFILO:  We're only going to do this for

15  identification, Judge.

16         (Exhibit published to witness only.)

17  BY MR. AGNIFILO:

18  Q    We're going to go to the last part where it says

19  Education.

20  A    Yes.

21  Q    I'm going to ask if you can see it.

22  A    Yes.

23  Q    Do you recall that you did not list your doctorate degree

24  on your resume?

25  A    No, I didn't recall that, sir.

LEISSNER – CROSS – AGNIFILO                1348

1          MR. AGNIFILO:  Can we go to the top.

2          (Exhibit published to witness only.)

3          MR. AGNIFILO:  Your Honor, I'm going to ask that we

4   admit it since he couldn't recall it as DX-10, Judge.

5          MR. ROLLE:  Objection.

6          THE COURT:  Sustained.

7   BY MR. AGNIFILO:

8   Q    Do you recall why -- do you know of a reason why you

9   would not list a doctorate degree on your own resume?

10  A    I don't recall, sir.

11  Q    Is the educational institution where you got this degree

12  still in existence?

13  A    I don't know, sir.

14  Q    You don't know?

15  A    No, I don't.

16  Q    Is it possible it's not in existence?

17  A    I really wouldn't know, sir.  I haven't checked.

18  Q    You were married to Judy Chan on December 12, 2000;

19  correct?

20  A    Yes, sir.

21  Q    And the two of you met at Goldman Sachs; right?

22  A    Yes.

23  Q    And your position at the time was a managing director?

24  A    No, sir.

25  Q    In December of 2000, what were you?

LEISSNER - CROSS - AGNIFILO                    1349

1    A     I was a vice president.

2    Q     And Judy Chan was in human resources?

3    A     That's right.

4    Q     And you were confronted by Goldman Sachs over the fact

5    that you and Judy were dating, were you not?

6    A     I don't know if we were confronted.  We certainly had to

7    disclose it at the time.

8    Q     And who did you have to disclose it to?

9    A     We disclosed it to the head of HR.

10   Q     One of the issues is that while you were dating Judy you

11   were married; correct?

12   A     Yes, the -- we had -- we were in the process already of

13   getting divorced, but it hadn't been finalized yet.

14   Q     This is Afsenah; correct?  Your wife has the name

15   Afsenah; correct?

16   A     Yes.

17   Q     When do you think this divorce with Afsenah was started?

18   A     I don't recall, sir.

19   Q     Can you give me an approximate date and month and year?

20   A     We separated when I first went to Hong Kong in 1997 and

21   it may have been sometime in 1999 or early 2000 that we

22   started that process, but I can't recall.

23   Q     And when you say, started that process, who started the

24   process?

25   A     I believe I did.

LEISSNER – CROSS – AGNIFILO                 1350

1    Q    Now, you -- you were living in Hong Kong; correct?

2    A    That's right.

3    Q    And Afsenah was living in England; correct?

4    A    That's right.

5    Q    And you did research into places where you could get a

6    certain type of divorce, did you not?

7    A    What do you mean when you refer to certain kind of

8    divorce?

9    Q    So let me ask it differently.  Did you ever live in the

10   Dominican Republic?

11   A    No, sir.

12   Q    Did Afsenah ever live in the Dominican Republic?

13   A    No, sir.

14   Q    Did you ever live as a married couple in the Dominican

15   Republic?

16   A    No, sir.

17   Q    Did you own property in the Dominican Republic?

18   A    No, sir.

19   Q    Did Afsenah own property in the Dominican Republic?

20   A    No, sir.

21   Q    How did you pick the Dominican Republic?

22   A    It was a place where we could have a speedy divorce with

23   mutual consent.

24   Q    And did you travel there?

25   A    No.

LEISSNER – CROSS – AGNIFILO                 1351

1   Q     And did she travel there?

2   A     No, sir.

3              (Continued on the following page.)

LEISSNER - CROSS - AGNIFILO                    1352

1    CROSS-EXAMINATION (Continued)

2    BY MR. AGNIFILO:

3    Q    And you submitted paperwork to the court in the Dominican

4    Republic to get this divorce, correct?

5    A    I believe so, sir, but I can't be certain any more what

6    we submitted.  We certainly went through the process that was

7    required in the Dominican Republic.

8    Q    When you say "we," are you telling us that Afsenah knew

9    that you were looking for a divorce in the Dominican Republic?

10   A    She came to me about it, sir, and she originally agreed

11   with me that that would be a place where we could get a

12   divorce.  But she also wanted to get a divorce in the UK,

13   because she wanted to split the assets under UK law.

14   Q    So Afsenah, your wife, wanted to get divorces in two

15   different countries?  Is that what you're telling us?

16   A    She didn't care about the first one.  She left the

17   divorce proceedings to me, sir.

18            She was very focused on getting her divorce in the

19   UK effective, because she wanted to get her side of the assets

20   at the time.

21   Q    So she filed for divorce in the UK, correct?

22   A    Yes.

23   Q    You filed for divorce in the Dominican Republic, right?

24   A    Yes.

25   Q    And you remember there being conversations between you

LEISSNER - CROSS - AGNIFILO                1353

1   and Afsenah that Afsenah had no idea that you were seeking a

2   divorce in the Dominican Republic?

3   A     That's correct.  But she then later consented or agreed

4   at least to it.  She still -- sorry.

5           She still wanted to get the UK divorce done as well.

6   Q    Let's go step by step.

7           How did you go about getting a divorce from Afsenah

8   in the Dominican Republic without her knowledge?  How did you

9   do that?

10  A    Just applied to.

11  Q    So did anyone, did the court in the Dominican Republic

12  ask what Afsenah's position was in this divorce you were

13  getting?

14  A    I don't recall, sir.  Certainly she agreed to it at the

15  end.

16  Q    So when you say "at the end," what are the documents that

17  you filled out, you yourself, without Afsenah, to get a

18  divorce from her in the Dominican Republic?

19  A    I don't recall her.

20  Q    And fair to say that after you filled out these

21  documents, Afsenah came to you and said, I had no idea you

22  were divorcing me in the Dominican Republic?

23  A    I don't recall, sir, the circumstances.  All I remember

24  is that at the end she did agree to it.

25  Q    When you say "at the end," when did she agree to it?

LEISSNER - CROSS - AGNIFILO                    1354

1    A    I don't know, whatever date it was it became effective.

2    Q    The divorce she agreed to, was the one in England, right?

3    A    She agreed to that, too, and that's what we went through.

4    Q    She filed for divorce in England, right?

5    A    Yes, she did.

6    Q    And did you file for divorce in Hong Kong?

7    A    No.

8    Q    You never filed for divorce in Hong Kong?

9    A    Sorry, yes, with Judy later on, yes.

10   Q    Okay.  I mean with Afsenah?

11   A    No.

12   Q    So the only operative divorce that you had between

13   yourself and Afsenah was the one in England?

14   A    Well, and the Dominican Republic one as well.

15   Q    Wasn't the problem with the Dominican Republic divorce is

16   that you got it through fraud?

17   A    I don't -- I don't know what that means, sir, sorry.

18   Q    You don't know what that means?

19   A    I don't know what you mean it was only gotten by fraud.

20   Q    You represented to the court in the Dominican Republic

21   that Afsenah was interested in getting this divorce and, in

22   fact, she didn't know about it.

23   A    Initially, sir, but at the end, again, she had agreed to

24   it.

25   Q    I'm not talking about the end just yet.  I'm talking

LEISSNER - CROSS - AGNIFILO                    1355

1   about how you filed for divorce from your wife at the time,

2   sir.

3   A    That I don't remember exactly the steps.

4   Q    At one point you decide you can get a divorce in the

5   Dominican Republic, correct?

6   A    That's correct.

7   Q    You don't tell Afsenah that you were seeking to divorce

8   her in the Dominican Republic, correct?

9   A    Not at the beginning, you're right.

10  Q    Then you fill out documents, and you submit them to a

11  court in the Dominican Republic, correct?

12  A    Yes.

13  Q    But you don't tell Afsenah that you're divorcing her in

14  the Dominican Republic, correct?

15  A    Not at the outset, that's correct.

16  Q    You filed documents on behalf of Afsenah that she wants

17  this divorce, that she consents to this divorce, but those

18  documents are false, correct?

19  A    I don't remember that, sir.

20  Q    You don't remember filing false documents with the

21  Dominican Republic court to get a divorce?

22  A    No, sir, I don't.

23  Q    Do you remember when this divorce comes through, the

24  Dominican Republic divorce?

25  A    Yeah, I think the middle of 20 -- of 2000.

LEISSNER - CROSS - AGNIFILO                    1356

1   Q    2000.  You're certain about that?

2   A    Yes, I believe so.

3   Q    Do you remember getting a court order and decree from

4   Santo Domingo in the city of the Dominican Republic dated

5   March 23rd, 2001, that the divorce being effective

6   January 18th, 2001?  Do you remember that?

7   A    No, sir.

8   Q    You don't remember?

9   A    I don't remember the dates on it.

10  Q    I'm going to ask -- I'm going to show you something just

11  to refresh your recollection for the time being.  It's DX31.

12          This is just for you to refresh your recollection.

13          (The witness is reviewing the document.)

14  A    Yes, sir.

15  Q    Have you ever seen that before?

16  A    I do think so, yes.

17  Q    It was on your laptop.  Do you remember that?

18  A    I don't know if it was on my laptop, but maybe.

19  Q    And this is the court order and decree from the Dominican

20  Republic in connection with your divorce from Afsenah.

21          MR. ROLLE:  Objection.

22          THE COURT:  What's the objection?

23          MR. ROLLE:  This is not in evidence, Judge.

24          MR. AGNIFILO:  I'm just asking if that's what he

25  recognizes it to be.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LEISSNER - CROSS - AGNIFILO                 1357

1          THE COURT:  It's overruled.

2          You can answer.

3   A    I do recognize it, yes, sir.

4   Q    Now I'm just going to ask you for the time being if you

5   remember certain things.

6          Do you remember faxing this document from the

7   Goldman Sachs phone number in Hong Kong, 852-2978-1530?

8          Do you remember doing that?

9   A    No, I don't, sir.

10  Q    Do you remember that phone number as being a Goldman

11  Sachs phone number for faxes?

12  A    I remember the 2978 is a Goldman Sachs prefix, yes.

13  Q    And do you remember getting a divorce decree that was

14  interpreted by this Claudia Machado from the Santo Domingo

15  court in the Dominican Republic?

16         Do you remember doing that?

17  A    I don't remember that, sir, no.

18  Q    And do you remember the date of the document being

19  March 23rd, 2001?

20  A    Not independently from your document here.

21  Q    Let's go to the second page.

22         Do you remember a second document called a decree of

23  dissolution of marriage?

24  A    Again, I don't have a recollection of it, but I'm seeing

25  it in front of me right now.

LEISSNER - CROSS - AGNIFILO                1358

1    Q    And do you recall faxing this document from a Goldman

2    Sachs fax number with the fax number that we just discussed

3    earlier?

4    A    No, sir.

5    Q    Let's go to the third page.  Pronunciation of final

6    judgment.

7         Do you remember seeing this in connection with your

8    Dominican Republic divorce?

9    A    Again, sir, not independently of what I see right now in

10   front of me.

11   Q    You remember this being dated March 23rd, 2001?

12   A    Again, I can read this here, but I don't remember it.

13   Q    You got married to Judy Chan in December of 2000, right?

14   A    That's right.

15   Q    So you were very much married to Afsenah at the time that

16   you married Judy Chan; were you not?

17   A    Yes, sir.

18   Q    So you were married to two women at the same time,

19   correct?

20   A    Yes.

21   Q    Did you tell Judy Chan that you were married at the time

22   you married her?

23   A    I don't remember that, sir.

24   Q    I would think that would be the kind of thing anyone

25   would remember.

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

LEISSNER - CROSS - AGNIFILO                1359

1      You don't remember telling --

2   A    She knew -- she knew about Afsenah, and she knew the

3   detail about the divorce.  I don't know whether we discussed

4   timing of the divorce.

5   Q    Do you remember telling Judy Chan -- do you remember

6   telling Judy Chan -- withdrawn.

7           At the time that you married Judy in December of

8   2000, had you told Judy on the day that you married her that

9   you were already married?

10  A    She knew I had been married.  I don't know if I told her

11  that the divorce was taking longer.

12  Q    If the divorce was what?

13  A    Taking longer.

14  Q    So are you saying that Judy might have married you

15  knowing that you were already married?

16  A    I don't remember, sir.

17  Q    You don't remember?

18  A    That's right.

19  Q    Did you tell your wife at the time, Afsenah, that you

20  were getting married to Judy Chan in December -- on

21  December 12th, 2000?

22  A    No, I don't believe so.

23  Q    Did you tell Afsenah at any point before the divorce was

24  finalized that you were married Judy read to someone else

25  while you were married to her?

1    A    I don't know, sir.

2    Q    You don't know.

3         Fair to say you didn't -- you didn't tell Judy that

4    you were married to Afsenah at the time you married Judy

5    because you didn't want Judy to know?  You wanted Judy to

6    marry you?

7    A    Sorry, which part is your question?

8    Q    The question is:  On December 12th, 2000, the day you

9    married Judy Chan --

10   A    Yes.

11   Q    -- did Judy Chan know, did you tell Judy Chan as of the

12   minute you got married, that you were married to Afsenah?

13   A    I don't remember.  She knew that the divorce was taking

14   longer, as I had just mentioned, so I don't know what the

15   discussion was that we had at that time.

16   Q    When you say "the divorce," what divorce are you talking

17   about?

18   A    From Afsenah.

19   Q    From where?

20   A    From Afsenah.

21   Q    That's from 2001.  Is there another divorce?  Is there

22   another divorce other than the divorce in England, which is

23   after the Dominican divorce, correct?

24   A    That's right.

25   Q    Is there a divorce from the Dominican Republic that's

LEISSNER - CROSS - AGNIFILO                 1361

1   before 2001?

2   A    I only see the one that you just showed me.

3   Q    Which is from 2001?

4   A    That's right.

5   Q    There's no other divorce, correct?

6   A    That's right.

7   Q    So when you're saying that Judy understood you were

8   already divorced you weren't already divorced.  You got

9   married to Judy at the same time you were married to Afsenah.

10  You hadn't even started the process yet.  Right?

11  A    Well, I don't -- again, I don't recall the timing of it

12  and how -- what the discussion was with Judy.

13         She knew that the divorce was taking longer.  And I

14  don't know if it was the Dominican Republic or the UK one.

15  Q    Do you remember that Afsenah -- that you and Afsenah had

16  to appear in connection with the divorce in the UK.

17  A    What do you mean "appear"?

18  Q    You had to file documents.

19  A    Yes, correct.

20  Q    And Afsenah said that you got the Dominican divorce

21  without her knowledge, correct?

22  A    Yes, but she had agreed to it afterwards.

23  Q    Initially when you got the Dominican divorce --

24  A    Right.

25  Q    -- she knew nothing about it?

LEISSNER - CROSS - AGNIFILO                    1362

1    A    That's correct.  Initially she did not, but she agreed to

2    it later.

3    Q    You divorced her behind her back by going to the

4    Dominican Republic and getting a divorce that you didn't tell

5    her about.  Fair to say?

6    A    She agreed to it afterwards, because she had agreed --

7    since we left and we separated in '97, that we would get a

8    divorce at some point.

9    Q    I'm not asking -- you ended up getting divorce, you and

10   Afsenah got divorced?

11   A    Yes.

12   Q    That's not the question.  The question is:  When you went

13   to the Dominican Republic to get this divorce, Afsenah had no

14   idea you were going to the Dominican Republic to divorce her?

15   A    That's right.

16   Q    In connection with your marriage to Judy, did you have to

17   lie on a marriage certificate?

18   A    I don't remember what was on the marriage certificate,

19   sir.

20   Q    Did you have to represent to the marriage registry in

21   Hong Kong that you were a divorced person prior to December of

22   2000?

23   A    I don't remember what I had to say about it.

24        MR. AGNIFILO:  All right, I will show you what's for

25   identification being marked as DX1001.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LEISSNER - CROSS - AGNIFILO                1363

1    Q    Do you have that on your screen there?

2    A    Yes.

3    Q    I'm just going to ask you to look down where it says

4    "conditions".

5    A    Yes.

6    Q    And it says --

7         THE COURT:  Why don't you give him an opportunity to

8    review it, counsel.

9         MR. AGNIFILO:  I'm sorry, Judge, yes.

10   Q    Take your time.  Look up when you're done looking at it.

11   A    Yes.

12   Q    Were you a divorced person at the time?

13   A    No, sir.

14   Q    So you agree with me this is a lie on your marriage

15   certificate with Judy Chan?

16   A    Yes.

17   Q    Now Judy comes from an influential family in China,

18   correct?

19   A    I don't know what -- her family's not extremely

20   influential, no.  She's well off, but not an influential

21   family.

22   Q    Her father had substantial businesses in China?

23   A    Yes, he had businesses.

24   Q    There was a large winery that the family owned, correct?

25   A    That's correct.

LEISSNER – CROSS – AGNIFILO                    1364

1   Q    At some point you meet someone named Rohana Rozhan,

2   right?

3   A    Yes, sir.

4   Q    Okay.  And you said several times on your direct

5   examination that you wanted to be a hero at Goldman Sachs,

6   correct?

7   A    Yes, sir.

8   Q    You wanted to do big deals, the biggest deals that you

9   could, correct?

10  A    That's right.

11  Q    And the way that you get to be a hero at a place like

12  Goldman Sachs is you make deals that make the firm a lot of

13  money, correct?

14  A    That is correct.

15  Q    Now in 2001, Goldman Sachs was working on -- in an IPO

16  for a company called MAXIS, correct?

17  A    That was in 2002, I believe, sir.

18  Q    2002?

19        And IPO is initial public offering, right?

20  A    That's correct.

21  Q    An initial public offering, just in the simplest of

22  terms, is when a company that's never sold shares to the

23  public sells shares to the public for the first time, correct?

24  A    Yes, that's correct.

25  Q    That's a very important step in the life of a company,

LEISSNER - CROSS - AGNIFILO                    1365

1   because it means that the ownership of the company is, in

2   essence, going to be held by the public?

3   A     Yes, that's correct.

4   Q     And MAXIS was a phone company, a mobile phone company

5   owned by someone named Ananda Krishnan?

6   A     That's right.

7   Q     And you got to know Ananda in the connection with the

8   Maxus IPO, or did you know him before then?

9   A     No, I got to know him as part of the Maxus IPO.

10  Q     And Krishnan owned several companies, correct?

11  A     That's correct.

12  Q     In addition to Maxus he owned a company called Astro All

13  Asia?

14  A     That's correct.

15  Q     And in 2003, or about a year or two years after the MAXIS

16  IPO, there was an IPO for Astro All Asia; am I right?

17  A     That's correct.

18  Q     And you and Goldman Sachs are advising Astro on this very

19  important process of becoming a public company, right?

20  A     Yes, that's right.

21  Q     So Astro was a client of you and of Goldman Sachs?

22  A     That's correct.

23  Q     And Astro had a chief financial officer named Rohana

24  Rozhan, correct?

25  A     That's correct, sir.

LEISSNER – CROSS – AGNIFILO                1366

1   Q    And a chief financial officer is a very important

2   high-level position in a company, correct?

3   A    That's correct.

4   Q    And the CFO, the chief financial officer, is in charge of

5   the company's financial affairs?

6   A    That's right.

7   Q    And so Rohana Rozhan was in charge of Astro's financial

8   affairs as the CFO during the time of this IPO, correct?

9   A    Yes, she was.

10  Q    And you met Rohana, right?

11  A    Yes.

12  Q    And you met her around 2003?

13  A    Yes.

14  Q    And you and Judy are still married in 2003, correct?

15  A    That's correct.

16  Q    And you and Rohana started an affair, correct?

17  A    Yes.

18  Q    While she is the chief financial officer of Astro,

19  correct?

20  A    That's correct.

21  Q    And while Astro is a client of you and Goldman Sachs,

22  correct?

23  A    Yes, sir.

24  Q    And did you tell anyone in a position of leadership at

25  Goldman Sachs that you were having an affair with the Astro

LEISSNER – CROSS – AGNIFILO                    1367

1    chief financial officer at the time that Goldman Sachs was

2    taking Astro public?

3    A    I did have a conversation with a gentleman called Richard

4    Gnodde, who was the president of Goldman Sachs Asia.

5    Q    And do you remember when that conversation was?

6    A    It happened, I believe, in 2003 or 2004.

7    Q    And what did you tell Mr. Gnodde?

8    A    He told me that he was aware of our affair, and in his

9    opinion I should be careful about that.  And I told him that I

10   was aware of that.

11   Q    And you told -- and then you ended up speaking to a

12   number of people at Goldman Sachs about this because you were

13   questioned about it; fair to say?

14   A    I don't remember any further questions other than the one

15   from Richard.

16        But, yes, you know, many people the Goldman Sachs

17   knew about my affair.

18   Q    Do you remember someone named Rajiv Ghatalia?

19   A    Yes.

20   Q    Who was Rajiv Ghatalia?

21   A    He was the head of investment banking.

22   Q    Do you remember a conversation between you and Rajiv

23   Ghatalia where you told Rajiv Ghatalia that there was no

24   relationship between you and Rohana Rozhan?

25        MR. ROLLE:  Objection.

LEISSNER − CROSS − AGNIFILO                1368

1        THE COURT:  What's the basis, counsel?

2        MR. ROLLE:  Your Honor, it calls for a hearsay.

3        THE COURT:  Overruled.

4        You can answer.

5    A    I don't remember that conversation, sir.

6    Q    Do you remember speaking with Rajiv Ghatalia at all about

7    your relationship with Rohana Rozhan?

8    A    No, it's so long ago.  This is 2003.  So we're talking

9    over 20 years ago.  I don't remember that conversation.

10   Q    Do you remember telling people at Goldman Sachs, anyone

11   at Goldman Sachs, that you had no relationship at all with

12   Rohana Rozhan?

13   A    I had this conversation with Richard.  And post that, I

14   don't remember, sir.

15   Q    Did you tell Richard Gnodde you were not having a

16   relationship with Rohana Rozhan?

17   A    It was a one-sided conversation, sir.  He said I should

18   not have that relationship, or I should be at least careful

19   about that.

20   Q    Did you tell is your wife, Judy Chan, that you were in an

21   affair with Rohana Rozhan?

22   A    When, sir?

23   Q    Let's stick to 2003.

24        Did you tell Judy Chan in 2003?

25   A    No, sir.

LEISSNER – CROSS – AGNIFILO                    1369

1    Q     Did you tell Judy Chan in 2004?

2    A     No.

3    Q     Did you tell Rohana Rozhan that you were married to Judy

4    Chan?

5    A     Yes.

6    Q     When did you tell her that for the first time?

7    A     I don't remember when I told her for the first time.

8    Q     Do you think you told her in 2003 or 2004?

9    A     Maybe.

10   Q     Now how -- you and Rohana Rozhan were having serious

11   conversations about you marrying Rohana Rozhan, correct?

12   A     That's right.

13   Q     And when you and Rohana Rozhan were having these serious

14   conversations about the two of you getting married, were you

15   telling Rohana Rozhan you were already married to Judy Chan?

16   A     Yes, because she wanted me to divorce Judy.

17   Q     And, in fact, at one point you converted to Islam,

18   correct?

19   A     That's correct.

20   Q     Do you remember on November 24th, 2003, you converted to

21   Islam to marry Rohana Rozhan?

22   A     I don't remember the date, sir.

23   Q     Did you tell Judy Chan you were converting to Islam to

24   marry another woman?

25   A     No, sir.

LEISSNER - CROSS - AGNIFILO                1370

1    Q    Now at one point Rohana Rozhan was challenging -- you

2    were telling Rohana Rozhan that you were divorced from Judy,

3    correct?

4    A    I was telling her I was getting divorced.  I don't know

5    whether I lied to her along the way.

6    Q    Do you remember showing her a fake divorce certificate?

7    A    I don't remember that, sir.

8    Q    You don't remember?

9         How many people have you shown fake divorce

10   certificates to?

11   A    I don't know, sir.

12   Q    You don't know.  Could it be more than five?

13   A    I don't think so.

14   Q    And tell me how you go about making a fake divorce

15   certificate?

16   A    Photoshopping it.

17   Q    Let's go step by step.  What's the first -- when you want

18   to make a fake divorce certificate, what's the first thing you

19   have to do?

20   A    I think you get one off the internet.

21   Q    So is that what you did?

22   A    I don't remember the exact steps, sir, how I did it.

23   Q    Tell us everything you do remember.  Tell us everything

24   you do remember about how you make a fake divorce certificate.

25   Everything that you remember.

LEISSNER – CROSS – AGNIFILO                1371

1   A    The only thing do I remember is getting the samples off

2   the internet.

3   Q    So you got a sample off the internet, correct?

4   A    Yes.

5   Q    Does it matter where the divorce certificate is from?

6   A    I don't remember, sir.

7   Q    They're from courts, correct?

8             MR. ROLLE:  Objection.

9             THE COURT:  Basis?

10            MR. ROLLE:  Basis of knowledge.  He said he doesn't

11   remember, Judge.

12            THE COURT:  Overruled.

13            You can answer.

14   A    I actually don't remember.

15            And I don't know if these documents are from courts

16   or not.  They are on the internet and they're available.

17   Q    You understand they're official documents?

18   A    Yes.

19   Q    They're official and important documents that determine

20   the legal relationships between two people, correct?

21   A    Yes, sir.

22   Q    So when you get one off the internet, and you doctor it,

23   you're changing an official document.  You understand that,

24   right?

25   A    Yes.

LEISSNER - CROSS - AGNIFILO                    1372

1    Q     And so how do you go about changing it?

2          You get a divorce certificate off the internet,

3    what's the next thing you do?

4    A     I don't remember.  You just have to Photoshop it, sir.

5    Q     I don't know what that is.  Tell us how you Photoshop?

6    A     You get a PDF document and you try to alter it by editing

7    it.

8    Q     And is that what you did?

9    A     I believe so, yes.

10   Q     And when you say you "believe so," have you -- have you

11   Photoshopped and changed so many official documents that you

12   don't remember?

13   A     No, this is a long time ago, sir.  I don't remember how

14   exactly I took those steps.

15   Q     Do you view it as a significant thing to do, to take an

16   official document and to forge it?

17   A     Yes.

18   Q     And you can't tell us how many times you've done that?

19   A     Yes, sir.

20   Q     You can't tell if it's more or less than five?

21   A     It's less than five, I believe.

22   Q     Is it more than three?

23   A     I don't know, sir.

24   Q     And tell us which women you presented this forged divorce

25   document to?

LEISSNER - CROSS - AGNIFILO                1373

1  A    Which document?  The one with Afsenah?

2  Q    I'll take any one you want to start with.

3        What's the first time you ever forged a divorce

4  document?

5  A    I remember that I gave Kimora a document like that.

6  Q    Okay.  Let's talk about that one.

7        When did you give Kimora a forged divorce document?

8  A    In 2014.

9  Q    And why did you give Kimora a forged divorce document?

10  A    Because I wanted to get married to her.

11  Q    And who were you married to?

12  A    Judy.

13  Q    And so how -- let's talk about the 2014 one, because

14  that's the most recent, right?

15  A    Yes.

16  Q    That's the last time that you forged a divorce document,

17  right?

18  A    Yes.

19  Q    Okay.  So let's talk about that one.

20        How did you make that?

21  A    Again, the statement way.  A Photoshopping of the

22  document.

23  Q    And where did you find it?  You found it on the internet?

24  A    I believe so, yes.

25  Q    And the one that you forged to give Kimora, do you

LEISSNER - CROSS - AGNIFILO                 1374

1    remember what the original document was, where it was from?

2    A    No, sir.

3    Q    Okay.  So tell us how you forged the Kimora document.

4    Take us step by step so we understand what you did.

5    A    Again, I took it off the internet, I believe, and put it

6    through a PDF edit function and made the changes that I

7    needed.

8    Q    And what changes did you make?

9    A    I don't remember exactly, sir.

10   Q    And where -- where were you and Kimora when you presented

11   her with this forged divorce document?

12   A    In California.

13   Q    Where in California?

14   A    In Beverly Hills.

15   Q    In your house?

16   A    Yes.

17   Q    Tell us how it was?

18        You go up to her, and you have a forged divorce

19   document.  What do you say?

20   A    I don't remember, sir, what I said.

21   Q    Isn't it significant that you are essentially lying to

22   Kimora, who wants to marry you and you want to marry, and are

23   presenting her with a forged divorce document?

24   A    Yes.

25   Q    Is there anything you can tell us about what that was

LEISSNER - CROSS - AGNIFILO                1375

1   like?  What you said?  What she said?  Anything at all?

2   A    No, I just gave the document.  That was it.

3   Q    You didn't say a word?

4   A    I don't remember, sir.

5   Q    And did she seem to believe that the document was

6   genuine?

7   A    Yes.

8   Q    And so at that point, you had fooled her; fair to say?

9   A    I had misled her, sir.

10  Q    Misled.  You had misled her.

11       You had misled her by creating a fake divorce

12  document and leading her to believe that you were divorced.

13  A    Yes.

14  Q    When you were very much married, correct?

15  A    Yes.

16  Q    And what you were hoping was that she would rely on this

17  forged divorce document that you created and agree to marry

18  you?

19  A    Yes.

20  Q    And that's what happened?

21  A    Yes, sir.

22  Q    So that's just the last forged divorce document you make.

23       What was the one that you made before that?

24  A    I can't remember what I -- what document I made before,

25  sir.

LEISSNER - CROSS - AGNIFILO                    1376

1    Q     Did you do them all the same way?

2    A     I don't know.  I don't know the answer to that.

3    Q     You don't know the answer to that.

4          Tell us the other women you presented a forged

5    divorce document to?

6    A     I don't remember that, too, sir.

7    Q     You don't remember.

8          You don't remember if you presented a forged divorce

9    document to Rohana Rozhan?

10   A     I don't remember that, sir.

11   Q     And did you present a forged divorce document to Judy?

12   A     I don't remember that either, sir.

13   Q     You told the FBI about the forged divorce documents,

14   right?

15         Do you remember that?

16   A     Yes, we did discuss that.

17   Q     Which ones did you discuss with them?

18   A     I don't remember, sorry.  I believe the one for Kimora

19   for sure.

20   Q     Okay.  The one for Kimora.

21         Anything else?

22   A     I don't remember, sir.  You'd have to refresh me.

23   Q     Do you remember creating a fake certificate of legal

24   capacity to contract marriage overseas in connection with your

25   marriage to Rohana Rozhan?

LEISSNER - CROSS - AGNIFILO          1377

1  A    No, I don't remember that, sir.

2  Q    I'm going to show you just for sake of recollection

3  what's been marked as DX2800.

4         What I'm going to ask you, just to -- does this

5  refresh your recollection at all as to whether you provided a

6  fake certificate of legal capacity contract to marriage

7  overseas?

8  A    I don't remember this document, sir.

9  Q    No.

10        Do you have any idea -- so we have not just false

11  divorce documents, do you have any idea how many times you

12  provided fake or forged divorce documents or marriage

13  documents in your life?

14  A    No, I don't remember, sir.

15  Q    I'm -- just for the sake of refreshing your recollection,

16  let's go to the second page of that document.

17        Do you remember preparing a document and then also

18  having to provide a passport?

19  A    No, I don't remember this certificate, sir.

20  Q    Now when you were on direct examination, and you were

21  asked to describe the London meeting.  Remember the London

22  meeting?

23  A    Yes, sir.

24  Q    You remember you took an elevator up, right?

25  A    Uh-huh.

LEISSNER - CROSS - AGNIFILO          1378

1    Q    Remind the jury, describe for the jury what the apartment

2    was like at the London meeting?

3    A    It was a -- the house was a -- a whitewashed house in

4    London.  Right on Stratton Street.  It had a doorbell and

5    little iron fence outside, and we had to go up in an elevator

6    to -- I don't know which floor, but a higher floor.

7         We entered, Roger and I entered.  And there was a

8    living room as we came in that took us through and then at the

9    end there was a dining room.

10   Q    And you can't tell us how many forged divorce documents

11   you made and gave to women in your life that you were supposed

12   to have loved?  You can't tell us the number?  Right?

13   A    That's right.

14   Q    And you can't tell us how many false divorce or marriage

15   documents you made in your life, right?

16   A    Yes.

17   Q    Now I think at one point -- you spent a lot of money on

18   Rohana, correct?  Right?

19   A    Yes.

20   Q    What do you remember?  Tell us -- tell us how much you

21   think you spent on Rohana in total?

22   A    I don't remember numbers, sir.

23   Q    No idea?

24   A    I really don't.  I wouldn't know, no.

25   Q    You said you wouldn't know?

LEISSNER - CROSS - AGNIFILO                    1379

1    A    I gave her 10 million, as I testified last week.  I had

2    joined the board with her and an apartment in London before.

3    And also one in Australia.  Those are the things I recall.

4    Q    And you forgot the Porsche.  Did you forget the Porsche?

5    A    I don't know if I bought that for her, sir.

6    Q    When you say "that," the white Porsche?

7    A    Yeah, I don't remember that, sir.

8    Q    $250,000, you don't remember?

9    A    No.

10   Q    So how many -- so how many houses are we talking in

11   total?  What's the first house you bought for Rohana?

12   A    Australia, I believe.

13   Q    And when was that, about 2006?

14   A    Maybe.  I don't remember.

15   Q    You don't remember.

16        And the second house you bought for Rohana, when was

17   that?

18   A    That was also somewhat -- that was I think around 2000.

19   Maybe 2009, something like that.  Somewhere in that area.

20   Q    And where was that?

21   A    In London.

22   Q    All right.  And then the last house that you bought for

23   Rohana was when?

24   A    Well, I gave her money to buy a house.  But the house

25   that I referred to last week for which I gave her $10 million

LEISSNER - CROSS - AGNIFILO                    1380

1  as part of threat to expose me, that was actually also

2  involved selling the first house in London for £3 million to

3  buy her a new house.

4          So there was no time we had two houses in London.

5  Q    Right.  So you what you just said now and what you said

6  last week is that you bought Rohana a 10 million-dollar house

7  because she threatened to expose you, correct?

8  A    That's correct.

9  Q    And this is 2013, correct?

10 A    That's right.

11 Q    Do you remember texting Rohana in 2013:  "You are my

12 pillar and I will be coming back to you."

13 A    No, I don't remember that, sir.

14 Q    Do you remember texting Rohana in 2013:  "She had a photo

15 shoot last night and I can't stand it."

16 A    I don't remember that, sir.

17        MR. AGNIFILO:  All right, we're going to take a look

18 at DX1150 and see if that refreshes your recollection.

19        (The witness is reviewing the document.)

20 Q    These are chats between you and Rohana Rozhan, correct?

21 Right?

22 A    Yes.

23 Q    From 2013, correct?

24        THE COURT:  Counsel, do you want him to review it?

25        MR. AGNIFILO:  Yes, I'm sorry.  Yes.  Yes.

LEISSNER - CROSS - AGNIFILO                1381

1            Take your time.  Take a look at it.

2            (The witness is reviewing the document.)

3            THE WITNESS:  Judge, I -- should I read all of it?

4            MR. AGNIFILO:  Read enough of it so that you know

5    whether or not these are chats between you and Rohana Rozhan?

6            MR. ROLLE:  Objection, Judge.

7            THE COURT:  You should review it to determine

8    whether or not it refreshes your recollection.

9            (The witness is reviewing the document.)

10   A    Again, it only helps in the things that I've written

11   here, so...

12   Q    Do you remember having chats with Rohana Rozhan in 2013?

13   A    Yes.

14   Q    And do you remember having chats with Rohana Rozhan in

15   September of 2013?

16   A    I might have.

17   Q    And do you remember saying to Rohana Rozhan in September

18   of 2013:  "You are my pillar and I will be coming back to

19   you."

20   A    I still don't remember those words.

21   Q    Do you remember saying to Rohana Rozhan in 2013:  "I will

22   come back to you.  I have been divorced from Judy since 2009.

23   I'm going crazy now.  One day it is K and now it is J again.

24   My goodness."

25            Do you remember that?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LEISSNER - CROSS - AGNIFILO          1382

1   A    No, I don't remember that.

2   Q    If you go to the second page and look towards the bottom.

3   I'll ask you again if you remember saying that.

4            It's about a third of the way up from the bottom.

5            Specifically, I am asking you if you remember

6   saying:  "I will come back to you.  I have been divorced from

7   Judy since 2009.  I am going crazy now, Ana.  One day it's K,

8   now it is J again.  My goodness."

9   A    Again, I see what's written here, sir, but I don't

10  remember this conversation.

11  Q    Okay, let's go to the top of page 3, and I'll ask you if

12  you remember this.

13           Do you see maybe a quarter of the way down, and I'm

14  going to ask you if you remember.

15           Do you remember --

16           THE COURT:  Let him read it, counsel.

17           MR. AGNIFILO:  Yes, yes.  I'm sorry, Judge.

18           (The witness is reviewing the document.)

19  A    What would you like me to focus on, sir?

20  Q    If you remember saying to Rohana, about a quarter of the

21  way down: "Yes, my dear, she will be off to LA tonight.  I'm

22  going to be in HK and then Singapore.  I will head to LA for

23  the procedure later during the week.  I will not be here."

24           Do you see that?  I mean, do you remember writing

25  that?

LEISSNER - CROSS - AGNIFILO                1383

1   A    No, sir, I don't.  I just see what I see here right now.

2   Q    Do you remember having this exchange with Rohana Rozhan

3   in September of 2013?

4   A    I remember having exchanges of communications with her

5   but I don't remember this -- this chain of text messages in

6   particular.

7   Q    And you agree that this is a chain of text messages that

8   were put into an email.

9         Is that what this is?

10            MR. ROLLE:  Objection.

11            THE COURT:  Sustained.

12   Q    Do you remember having a chain of -- do you remember

13   having a chain of text messages sent by email from Rohana to

14   you?

15   A    No, I don't remember that, sir.

16   Q    You don't remember this -- this series of text messages

17   being sent to you?

18   A    No, I don't.

19            MR. ROLLE:  Asked and answered.

20            THE COURT:  He already answered.

21   Q    Was there some sort of medical procedure in September of

22   2013?

23            MR. ROLLE:  Objection.

24            THE COURT:  What's the basis, counsel?

25            MR. ROLLE:  401, Judge.

LEISSNER - CROSS - AGNIFILO                1384

1    THE COURT:  Why don't you ask your next question and
2  we'll discuss it during a break.
3  BY MR. AGNIFILO:
4  Q    You want this jury to believe that you bought Rohana
5  Rozhan a house because she was threatening you, correct?
6  That's what you told this jury?
7  A    She did threaten me, sir.
8  Q    That's not my question.  My question is that:  You bought
9  her a 10 million-dollar house because you're saying that she
10  threatened you, correct?
11  A    Yes.
12  Q    Isn't it the truth that bought her a 10 million-dollar
13  house because you were going to come back to her?
14  A    No, sir.
15  Q    Isn't it true that you're going to buy her a
16  10 million-dollar house because you didn't like going to
17  Kimora's photo shoots?
18  A    No, sir.
19  Q    Isn't it true that you bought her a 10 million-dollar
20  house because you didn't want to have to deal with Kimora on
21  the one hand and Judy on the other hand and you were going to
22  end up with Rohana?  Isn't that why you bought her a
23  10 million-dollar house?
24  A    No, sir.  I was definitely going to be with Kimora.  I
25  wanted to calm down a very upset lady.  But, no, I was always

1    going to stay with Kimora at that time.

2    Q    When you say you were calming down an upset lady, what

3    are you talking about?  Who are you looking to calm down?

4    A    Rohana.

5    Q    And so you were going to calm her down by buying her a

6    10 million-dollar house?

7              Is that what you're saying?

8    A    No, sir, I already answered that question.

9              She was threatening to expose me regarding getting

10   bribes or kickbacks from the 1MDB transaction.  That was the

11   reason I was giving her that money.

12   Q    And what did -- what did you tell her about the 1MDB

13   transactions such that she had this information over you?

14   A    I mentioned that last week.  I only mentioned to her that

15   I had received money from those transactions.

16   Q    When did you tell her that?

17   A    In 2013.

18   Q    Where were the two of you?

19   A    I don't remember.  I think in London, perhaps.

20   Q    So you were in London.

21             And so why would you tell her -- why did you tell

22   her in 2013 that you got money from the 1MDB transactions?

23             Let's me guess.  Roger told you?

24             MR. ROLLE:  Objection.

25             MR. AGNIFILO:  Withdrawn.

LEISSNER - CROSS - AGNIFILO                1386

1   Q     Why did you tell her in 2013 --

2             THE COURT:  Counsel.

3             MR. AGNIFILO:  I apologize, Judge.

4   Q     Why did you tell her in 2013 that you got money from

5   1MDB?

6   A     I don't recall the reason I told her, but we were in a

7   close relationship, and I don't recall specific reason I told

8   her.

9   Q     And when you say that she threatened you, what did she

10  actually say to threaten you?

11  A     I don't exactly remember the threat, but she was upset

12  that I was with Kimora.  She was upset in general, and she was

13  saying that after ten years of a relationship, she wanted at

14  least a house or being able to buy a house, because actually I

15  sent her the money to buy it.  And that if I didn't do so, she

16  would expose my involvement with 1MDB and the money -- that I

17  had received money out of that transaction.

18  Q     And so you bought her a 10 million-dollar house because

19  of that threat?

20  A     Again, I didn't buy it for her, but I sent her the money

21  to buy it.

22  Q     Isn't it true that she was upset only because she found

23  out about Kimora?  She never threatened you about 1MDB.

24  A     It is true that she was upset about Kimora.  She did

25  threaten me about 1MDB.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    Q    Tell us exactly what she said to threaten you about 1MDB?

2    Tell us exactly what she said?

3    A    I don't know what the exact words, but she told me that

4    she was going to expose me and what I had done, that I

5    received money.

6    Q    And at the time -- at the time she was the CEO of Astro?

7    A    Yes, sir.

8    Q    And for her to expose you, for her to say that she knows

9    that you got money, she would have to say that she has known

10   that for -- for a long time, correct?

11   A    I don't know that would be the case, no.

12   Q    And do you think -- did you take that threat seriously?

13   A    Yes, I sure did.

14

15                 (Continued on the following page.)

16

17

18

19

20

21

22

23

24

25

LEISSNER - CROSS - AGNIFILO                1388

1   CROSS-EXAMINATION (Continued)

2   BY MR. AGNIFILO:

3   Q    Do you remember talking to the FBI about this exact topic

4   on June 12, 2018?

5            MR. AGNIFILO:  And this is TL-12 at page 36.  We can

6   pull that up for the witness, once we pull it up, I'm going to

7   ask you a question.

8            MR. ROLLE:  Objection, Judge.  I don't believe there

9   is a failed recollection at this point, Your Honor.

10           THE COURT:  You don't believe there is a what?

11           MR. ROLLE:  I don't believe there has been a failure

12  to recall anything.

13           MR. AGNIFILO:  Let me ask it differently.

14  Q    You're telling us, Mr. Leissner, that Rohana threatened

15  to expose your involvement in 1MDB; correct?

16  A    That I had received money, yes.

17  Q    And that that's why you bought her the $10-million

18  house?

19  A    That's why I sent her the money, correct.

20  Q    Do you remember telling the FBI that Rohzan  threatened

21  Leissner that she would tell Simmons about the overlapping

22  marriages?

23  A    That was another threat.

24  Q    That was another threat?

25  A    Yes.

*Michele Lucchese, Official Court Reporter*

LEISSNER - CROSS - AGNIFILO                    1389

1    Q    So were the threats made at the same time or two separate

2    threats?

3    A    They were done at two separate times, yes.

4    Q    And that you told the FBI that Rohzan called, texted, and

5    e-mailed Leissner these threats.  She also accused Leissner of

6    emotional abuse.

7              You didn't tell the FBI anything on this occasion

8    about her exposing you to 1MDB; correct?

9    A    I did tell the FBI in subsequent meetings that that's

10   what she had done.  I don't remember -- I've never seen this

11   document before, so I don't know -- I didn't write this

12   document, sir, so I don't know what's here.  But the fact is

13   she didn't threaten me to expose me with 1MDB and that's what

14   I was scared of.

15   Q    I think you -- did you mention someone named Elia Geneid

16   in your direct examination?

17   A    Yes.

18   Q    And Elia Geneid was the niece of the Chief Minister of

19   Sarawak; is that correct?

20   A    That's correct.

21   Q    And the Chief Minister of Sarawak was Abdul Taib Mahmud?

22   A    Yes, I believe.

23   Q    And he's a very powerful Malaysian politician?

24   A    Yes.

25   Q    And in 2009, you converted to Islam for a second time,

1    this time to marry Elia?

2    A    That's correct.

3    Q    And at the time you were married to Judy?

4    A    Yes.

5    Q    Did you tell Judy this time that you converted to Islam

6    to marry another person?

7    A    No, sir.

8    Q    And in May of 2009, you and Rohana were looking for a

9    place to have -- this is Rohana now -- were looking for a

10   place to have your wedding; correct?

11   A    I don't remember that, sir.

12   Q    You were engaged to Rohana; correct?

13   A    I don't know if we formally got engaged.

14   Q    Well, do you remember -- well, you had -- you had

15   converted to Islam; correct?

16   A    That's correct, yes.

17   Q    And you converted to Islam to marry Rohana; correct?

18   A    Sometime in the future perhaps.

19   Q    All right.  And then you converted to Islam again to

20   marry Elia; correct?

21   A    Again, sometime in the future perhaps.

22   Q    Did you --  did you have an interest in being a Muslim?

23   A    I didn't really mind one way or another which religion I

24   would take.

25   Q    So you converted to Islam so you could marry each of

1  these two women; correct?

2  A    I did -- I did convert for the purposes of maybe getting

3  married to them in the future.

4  Q    Maybe?  You converted to Islam because maybe something

5  would happen, do I understand that right?

6  A    That's right.

7  Q    And at one point, were you not engaged to both Elia and

8  Rohana while you were married to Judy?

9  A    There was no overlap in terms of engagement between those

10  two as far as I remember.

11  Q    Now, when you were -- on the day that you converted to

12  Islam to be with Elia --

13  A    Yes, sir.

14  Q    -- do you remember telling Judy that you were going to

15  come back and be with her?

16        Wasn't Judy worried that you had other girlfriends.

17  A    Yes, she was worried at times.

18  Q    And isn't it fair to say that you lied to her about these

19  other women in your life?

20  A    At different times, yes, but she also at some point got

21  to know about both of them.

22  Q    She got to know about them, but for a long time you just

23  lied to her day, after day, after day; fair to say?

24  A    Yes.

25  Q    And you would lie to these women about the status of Judy

LEISSNER - CROSS - AGNIFILO                    1392

1    as your wife; right?

2    A    That's correct.

3    Q    Day, after day, after day; right?

4    A    For a long period of time.

5    Q    Is it hard to keep all these lies straight?

6    A    No, sir.

7    Q    And how is it that you are able to keep all these lies

8    straight, that you are able to lie to Elia, you are able to

9    lie to Rohana, you are able to lie to Judy?  How are you able

10   to keep it straight?

11   A    Judge, I don't know if I have a position how to answer

12   that.  I just did.

13   Q    Okay.  You just did.

14        And you're comfortable lying, fair to say.

15   A    It's not a comfortable thing to do, no, sir.

16   Q    You are comfortable enough lying that you make conscious

17   choices, where the only way to live with your choice is to lie

18   all the time; right?

19   A    Sorry.  Can you repeat the exact question you're asking.

20   Q    Sure.  Sure.

21        You would make conscious choices, for instance, you

22   would choose to be married to two women at the same time;

23   right?

24   A    Yes.

25   Q    That's a choice you made two separate times; right?

LEISSNER - CROSS - AGNIFILO                    1393

1   A      The first circumstances were different, but I made a

2   choice.

3   Q      Two separate times?

4   A      Yes.

5   Q      In addition to being married to two different women at

6   the same time, you chose to be engaged to one woman and

7   married to another woman and you did that on two separate

8   occasions; correct?

9   A      That's correct.

10  Q      And, so, my question to you is you make these conscious

11  choices to make decisions in your life knowing that as a

12  result of the choice you would have to lie every day to people

13  who loved you; right?

14  A      Yes, sir.

15  Q      Did you feel badly that you were lying to Judy, that you

16  lied to Afsenah, that you lied to Rohana, that you lied to

17  Elia?  Did you feel badly?

18  A      Yes, I did.

19  Q      Why did you do it?

20  A      I regret that choice every day now.  I don't know why I

21  did it.  I just -- it was just the wrong choice at the time.

22  Q      Do you think you're good at lying?

23  A      I don't think so.

24  Q      Do you think that you have practiced lying?

25  A      I don't know what you mean with practice.

LEISSNER - CROSS - AGNIFILO                1394

1   Q    Do you think -- do you think you lie more than most

2   people you know?

3   A    No.  I don't know that, sir.

4   Q    It's fair to say that you've lied a great deal in your

5   life; correct?

6   A    That's correct.

7   Q    And you've lied about matters of tremendous consequence;

8   right?

9   A    Yes, sir.

10  Q    You've lied -- and you have lied and you have caused

11  people to rely on you and to trust you; right?

12  A    I've lied a lot, sir, and I have regretted those choices

13  all the time.  Yes, I have.

14          I have turned over a chapter and I'm not proud of

15  those times.

16  Q    And you understand that when you lie to someone that

17  you're their only husband, there's a level of trust that comes

18  with marriage that you don't have when there's not a marriage,

19  fair to say?

20  A    That's correct.

21  Q    Marriage is a relationship, the heart and sole of which

22  is trust; right?

23  A    That's correct.

24  Q    And this --  you wanted this trust?  You wanted Judy to

25  trust you, like you were her only husband; right?

LEISSNER - CROSS - AGNIFILO                    1395

1    A    Yes.

2    Q    And you wanted -- you wanted Kimora to trust you like you

3    were her only husband slight?

4    A    That's right.

5    Q    You wanted all of these women who you told you were their

6    only husband to trust like you were their only husband;

7    correct?

8    A    Yes.

9    Q    And you got their trust, didn't you?

10   A    Yes, I did.

11   Q    You got what you wanted through lying, fair to say?

12   A    Yes.

13   Q    And you know you hurt all of those people?

14   A    Yes, I greatly regret that, sir.

15   Q    But you didn't stop it?  You didn't stop it?  You lied to

16   Afsenah and Judy in  2000; right?

17   A    Yes.

18   Q    Right?

19   A    Yes.

20   Q    You lied to Judy and Elia in 2006 or '7; correct?

21   A    Yes.

22   Q    You lied to Rohana and Judy for over a 10-year period of

23   time; right?

24   A    No.  Judy knew from 2005 onwards that I was having an

25   off-and-on relationship with Rohana.

LEISSNER - CROSS - AGNIFILO                1396

1   Q     She didn't know you converted to Islam?

2   A     No, she did not know that.  That's correct.

3   Q     Have you ever told her?

4   A     I might have.

5   Q     When do you think you told her?

6   A     I don't know, sir.

7   Q     But you also might not have told her?

8   A     No.  She knows now that I have.

9   Q     Well, she certainly knows now; right?

10  A     Over the last few years.

11  Q     And, so, fair to say you have lied a great deal in your

12  life to some of the people closest to you in your life; right?

13  A     Yes, sir.

14  Q     And you know that by lying the way you did you hurt them?

15  You hurt them all; right?

16  A     And I regret this every moment, sir.

17  Q     But my question is not that you regret it or don't regret

18  it.  You knew as the lies are tripping out of your mouth, you

19  know you are hurting these people and you're doing it anyway;

20  right?

21  A     Yes, sir.

22  Q     Because you are getting something that you want from the

23  lie; right?

24  A     Yes, sir.

25  Q     And even though you know you are hurting them, you

LEISSNER - CROSS - AGNIFILO                1397

1    continue to tell lies because its good for you, even though

2    it's bad for them; right?

3    A    Yes, sir.

4              MR. AGNIFILO:  Judge, we are at transition point.

5    This is a decent place to stop.

6              THE COURT:  Members of the jury, we will break for

7    lunch.  We'll do 45 minutes and then come back and sit until

8    3:30.

9              Please remember do not discuss the case with

10   anybody.  We will see you at 1:45.

11             (Jury exits the courtroom.)

12             (Witness steps down.)

13             THE COURT:  Please be seated.

14             Can you close the door, Pierre.

15             Mr. Rolle, you wanted to discuss documents.

16             MR. ROLLE:  Your Honor, we took Your Honor's advise

17   and conferred.  I think we understand what the documents are.

18   So I think we're all set.

19             Should there be an objection in terms of admission,

20   we will raise it at the time, but I think we understand what

21   the documents are.

22             THE COURT:  Okay.

23             And Mr. Agnifilo, you wanted to discuss a procedure

24   that the Government objected to.  Do you want to be heard on

25   that.

LEISSNER - CROSS - AGNIFILO                1398

1          * Proceedings MR. AGNIFILO:  Honestly --  I'm sorry,

2     Judge?

3          THE COURT:  You raised a question about a procedure

4     and the Government raised an objection.

5          MR. AGNIFILO:  Oh, about a procedure.

6          THE COURT:  Yes.

7          MR. AGNIFILO:  We'll talk to the Government.  We'll

8     see -- we'll figure it out.

9          THE COURT:  Okay.  I will see the parties at

10     quarter --

11          MR. ROLLE:  I'm sorry, Judge.

12          THE COURT:  Yes.

13          MR. ROLLE:  The only other evidentiary point we've

14     raised, and I objected as to failed recollection, but in

15     general, for the refreshing of recollection through the

16     messages, the way that it's being done is simply a way around

17     the extrinsic evidence bar on collateral matters to impeach

18     the witness.

19          I understand text messages may pose a challenge, but

20     I think counsel is able, certainly, to ask general questions

21     about conversations he may have had in an attempt to refresh

22     the witness' recollection through the e-mail or the text

23     message, but the manner in which it was done, it was very

24     clear to -- the point was to make it clear to the jury there

25     was this extrinsic evidence , they weren't seeing these

LEISSNER - CROSS - AGNIFILO                1399

1  things, which was a backdoor, I believe, around the bar under

2  608, Judge.

3        THE COURT:  That the Government did not object, and

4  you are absolutely correct, refreshing recollection requires

5  you to give the document to the witness, to ask the witness a

6  general question, allow the witness to refresh or not, and if

7  the memory is not refreshed by the document, that's the end of

8  it.  But you are getting around that by specifically reading

9  what's on the document and highlighting for the jury what it

10  is you're reading from.

11        MR. AGNIFILO:  Judge, I do have to say I don't think

12  that his protestations of lack of recollection are genuine,

13  and I think the only way to make that point is to try to -- is

14  to direct his attention at certain specific things.

15        THE COURT:  And it's okay to do that.  You can

16  highlight the document and give it to him and let him focus in

17  on specifically where in the document you want him to focus in

18  order to attempt to refresh his recollection.

19        But by simply reading the document to him, first,

20  marking the document, making it clear to the jury that you're

21  reading from a document, reading it to him as the question,

22  right, you're not really trying to use this document for

23  purposes of refreshing this witness' recollection; you're

24  putting this evidence before the jury.

25        MR. AGNIFILO:  So what I will do, Judge, is I'll ask

*Michele Lucchese, Official Court Reporter*

LEISSNER - CROSS - AGNIFILO                    1400

1    him the question do you recall saying this?

2              THE COURT:  Correct.

3              MR. AGNIFILO:  And if he says no, I'll show him the

4    document.

5              THE COURT:  Show him the document and highlight the

6    specific area of the document where you want him to focus to

7    see if it refreshes his recollection.

8              MR. AGNIFILO:  Very good, Judge.

9              MR. ROLLE:  Your Honor, our only point on that, I

10   believe given the type of document, counsel was reading

11   specifically the text message, I agree with the procedure.  I

12   think counsel can ask a generalized question about the

13   conversation he is inquiring about:  Do you recall speaking to

14   Ms. Geneid about XYZ?

15             But reading the syntax is the same as putting the

16   document in in our view, Judge.

17             THE COURT:  As long as he has a good-faith basis for

18   asking that question, he can.

19             And, so, the question can contain the answer from

20   the text itself and counsel can use that language to say do

21   you recall telling so-and-so ABC.  He can say that.  But

22   there's nothing that prevents him from doing exactly that.

23             MR. ROLLE:  Understood.  I think that --

24             THE COURT:  What raises the issue is the fact

25   counsel is highlighting for the jury that he is, in fact,

1401

1    reading an actual document or whatever it was the exchange was

2    between the --

3                   MR. ROLLE:  Yes, Judge.

4                   THE COURT:  But counsel has the right to ask a

5    question based on what's in those messages.

6                   MR. ROLLE:  Understood, Judge.  So we'll object

7    accordingly, and we understand Your Honor's ruling.

8                   THE COURT:  All right.  I will see the parties at a

9    quarter to.

10                  (Lunch recess.)

11                  (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Michele Lucchese, Official Court Reporter*

LEISSNER – CROSS – AGNIFILO                1402

1           AFTERNOON SESSION

2               (In open court; jury not present.)

3               THE COURT:  You can bring in the jury.

4               (Witness takes the witness stand.)

5               (The jury enters the courtroom.)

6               THE COURT:  Please be seated, everyone.

7               You may continue, Mr. Agnifilo.

8               MR. AGNIFILO:  Thank you, Your Honor.

9    CROSS-EXAMINATION (Continued)

10   BY MR. AGNIFILO:

11   Q    Mr. Leissner, we are going to go through some e-mails and

12   some more Goldman Sachs-related correspondence and we are

13   going to start with an exhibit that is already in evidence as

14   DX1501.

15              MR. AGNIFILO:  If we could just pull that up for the

16   witness and for the jury.  All right.

17              I think that's in front of everybody now.

18   Q    Mr. Leissner, do you see what's in front of you?

19   A    Yes, sir.

20   Q    Just tell us what it is.

21   A    It is a meeting invite.  Sorry.  It's an acceptance of a

22   meeting invite by my assistant.

23   Q    Okay.  And it indicates that it is in regard to Jho Low,

24   the meeting is with Jho Low, the Wynton Group?

25   A    That's correct.

LEISSNER - CROSS - AGNIFILO                1403

1    Q    Do you know if this meeting invite ends up being in sort

2    of the Goldman Sachs system?

3    A    Yes, sir.  I believe so.

4    Q    All right.  We're going to go to the next one, which is

5    in evidence as Government Exhibit 1502.

6              Same question in regard to this.  This is in regard

7    to another meeting invite; correct?

8    A    Can we just blow that up.

9    Q    I'm sorry.  Take your time.

10              THE COURT:  It's on the system.  You just need to

11    make it a little larger.

12              THE WITNESS:  Thank you.

13    A    Yes.  That's correct.

14    Q    All right.  So that's a meeting invite with Jho Low of

15    the Wynton Group; correct?

16    A    Correct.  Yes.

17    Q    And this particular meeting is at the Ritz Carlton, the

18    Marina lounge; right?

19    A    Yes.

20    Q    Okay.  I know you talked about this on direct examination

21    a little bit.  Just so that the jury understands.  At some

22    point -- tell me if this is the way you remember it.  At some

23    point in late 2008, you and Roger got an e-mail from someone

24    at Goldman Sachs, someone else in Goldman Sachs that -- that

25    TIA, the State of Terengganu, was going to be creating a fund?

*Michele Lucchese, Official Court Reporter*

LEISSNER - CROSS - AGNIFILO                1404

1    A    That may be the case.  Yes.  Perhaps.

2    Q    Okay.  All right.  Tell me if you remember it this way.

3    In essence, you're in investment banking at the time?

4    A    Yes.

5    Q    Had you ever been in any other division at Goldman Sachs?

6    A    I had been in the executive office for a year and a half.

7    Q    Okay.  And when were you in the executive office?

8    A    From 2000 to 2001.

9    Q    Okay.  And other than that, you have been in investment

10   banking the whole time?

11   A    That's correct.

12   Q    All right.  And if you covered this, I just ask you to do

13   it again.  The different divisions in Goldman Sachs, what does

14   investment banking do?

15   A    Investment banking, largely deals with corporates,

16   Governments, institutions on their strategic activities,

17   meaning there's mergers and acquisitions, that advise on

18   transactions that would acquire or divest companies or merge

19   them.  There's capital raising, which is either debt or

20   equity.

21        And those are the main components I would say of

22   investment banking.

23   Q    Now, at one point -- now, Roger was in investment banking

24   during this time period, in 2009; correct?

25   A    That's correct, yes.

*Michele Lucchese, Official Court Reporter*

LEISSNER - CROSS - AGNIFILO                    1405

1   Q    And then he went to the securities division in 2010;

2   correct?

3   A    Yes.

4   Q    All right.  And just tell us, to the extent that you

5   know -- you were never in the securities division?

6   A    That's correct.

7   Q    But fair to say you basically know what they do?

8   A    Yes.

9   Q    Okay.  Just tell the jury what they do.

10  A    The securities division deals with institutional clients

11  largely, trading, whether it's fixed income, equities,

12  commodities and the like, for our clients, which are

13  institutions, or on behalf of Goldman Sachs.

14  Q    Okay.

15  A    Roughly.

16  Q    And when you are in investment banking, there's a

17  requirement, is there not, to indicate sort of Goldman Sachs'

18  system if you're having meetings with external parties,

19  potential clients and the like; is that right?

20  A    That's correct, yes.

21  Q    Do you know if that same requirement exists in the

22  securities division?

23  A    I don't know if that requirement exists.

24  Q    But it does exist in investment banking?

25  A    That's correct.

LEISSNER - CROSS - AGNIFILO                1406

1    Q    So, let's -- getting back to 1502 for a second, which we

2    have up on our screen, if you can see it -- oh, it's not on

3    the screen.

4              THE COURT:  Mr. Agnifilo, just remember to slow down

5    so the court reporter can keep up.

6              MR. AGNIFILO:  I will do that.  I apologize.

7    Q    You can see that okay?

8    A    Yes.

9    Q    Okay.  Again, it's a meeting invitation.  It goes on to

10   the Goldman Sachs system; correct?

11   A    Yes, sir.

12   Q    And, so, it would be on the system that there is this

13   meeting from Jho Low from the Wynton Group on January 4th and

14   this is a meeting at the Ritz Carlton?

15   A    Correct.

16   Q    Okay.  So, at this point in time, in early January 2009,

17   you and Roger are pursuing the possibility of business from

18   this TIA that is creating this fund; correct?

19   A    Roger was pursuing this at the time.  If you're talking

20   about the time of this meeting, Roger was in the pursuit of

21   that business.

22   Q    Okay.  And -- and this was because the -- the Sultan of

23   Terengganu was creating a monetary fund; correct?

24   A    Yes.  That's correct.

25   Q    Okay.  And I think you explained this, but it's not

*Michele Lucchese, Official Court Reporter*

1    something everyone knows.  The Malaysia works, there's a Prime

2    Minister and there's a King?

3    A    That's correct.

4    Q    Okay.  And the Prime Minister is elected; right?

5    A    Yes.

6    Q    And then the King rotates as the heads of the different

7    states of Malaysia?

8    A    That's correct, sir.

9    Q    And the Sultan of Terengganu, it was his turn in the

10   rotation to be the King?

11   A    That's correct.

12   Q    All right.  So, essentially, the King is creating this

13   fund in the State of Terengganu?

14   A    Yes, that's correct.

15   Q    And the idea was that Goldman was going to try and get

16   that business, correct, to advise the fund?

17   A    We were trying to get the business in the sense of

18   advising on the set up of this fund.

19   Q    Correct.  Okay.

20         And the advisor to the King, the advisor to the

21   Sultan of Terengganu or the King of Malaysia at the time was

22   none other than Jho Low; correct?

23   A    He was one of the advisors.  He was a member of the

24   council of advisors to the King.

25   Q    All right.  And this was a choice that the King made;

1    right?

2    A    I actually don't know who made the choice for him.

3    Q    Right.  But neither you or Roger made the choice that Jho

4    Low should be the person that's the representative of the

5    King?

6    A    That's correct.

7    Q    All right.  This -- Jho Low is the person that you guys

8    had to deal with if you wanted to pursue this business, fair

9    to say?

10   A    Yes.  It was my understanding, certainly from

11   conversations with Roger, that Jho was the key person and it

12   became very apparent, as we discussed last week, that he, in

13   fact, was the key person, or he headed decisions around the

14   TIA and then later on 1MDB.

15   Q    Right.  And, now, have you yourself ever met the Sultan

16   of Terengganu?

17   A    As part of this process, I met the King once, yes.

18   Q    Okay.  And fair to say -- tell me if this is right:  The

19   King has advisors so that the King doesn't have to sort of

20   have his hand in all these things directly, fair to say?

21   A    I'm not so sure, sir.

22        I think the council was really meant as a body to

23   help him make a decision.  Ultimately it was my understanding

24   it was his decision.

25   Q    It's his decision, but the King has people who are going

LEISSNER - CROSS - AGNIFILO                    1409

1    to be sort of the people who are dealing with Goldman Sachs

2    and other things in the creation of this fund and who's going

3    to end up providing financial advice to this fund?

4    A    He had the council to help him make the decision to

5    select the advisor.

6    Q    Very good.  Okay.

7         So let's go to the next-- this is another Government

8    Exhibit in evidence.  It is 1505.  And I will let you take the

9    time to get that in front of you.

10        Can you see that okay?

11   A    Yes.

12        MR. AGNIFILO:  Can you make it a little bigger.

13   Q    You can see that okay?

14   A    Yes, sir.

15   Q    All right.  So this indicates -- this is from Roger;

16   correct?

17   A    That's correct.

18   Q    And it's to Jho Low and it's copying you; right?

19   A    Yes.

20   Q    Now, at this point in time, in early January 2009, you're

21   effectively Roger's boss; right?

22   A    Yes.  Correct.

23   Q    Okay.  And how long had you been Roger's boss?

24   A    I don't know when Roger went from debt capital markets to

25   investment banking, but it was several years.

LEISSNER - CROSS - AGNIFILO                    1410

1    Q    Okay.  And it indicates that Roger had a meeting with

2    Low; correct?

3    A    Yes.

4    Q    And then -- there's five different topics that are laid

5    out in this e-mail.  And the first is Genting Sanyen oil and

6    gas assets.  Do you see that one?

7    A    Yes, sir.

8    Q    Do you remember what that was?

9    A    Genting had a number of oil and gas assets and held by

10   this entity, I believe, and we had been pursuing that business

11   for a while.

12   Q    Got it.

13        Now, the second one is TIA and that's the one that

14   we've been talking the most about during this trial; correct.

15   A    Yes.

16   Q    All right.  TIA -- Roger writes for TIA, "We will pull

17   together some materials and experiences of other sovereign

18   wealth funds and can explore the idea of managing the

19   commodity price risk to enhance to the fundraising that TIA

20   will be doing."

21        Can you just tell us what that means.

22   A    The first part of the -- of that sentence refers to

23   any -- sorry -- any experience Goldman Sach had in advising

24   sovereign wealth funds.  Sovereign wealth funds are funds

25   owned by the state to manage excess capital that the -- that a

1    country has.

2              The second part, and can explore the idea of

3    managing commodity price risk to enhance fundraising,

4    essentially means that Terengganu, which had some oil and gas

5    reserves, may be able to finance itself by putting on somewhat

6    complex financing transactions that allow it to raise more

7    money than it would otherwise -- could otherwise do itself;

8    if, for example, Goldman Sachs were to take oil as a

9    commodity, we were able to finance that.  So it's a -- it

10   describes a complex financial transaction.

11   Q    Okay.  So suffice it to say, there are sort of five

12   independent sort of lines of business that are being outlined

13   in this e-mail; true?

14   A    Yes, sir.

15   Q    Okay.  And the idea is that it's Roger's job, being in

16   investment banking, to try to kind of -- as you guys use the

17   word chase, kind of chase down this business; right?

18   A    That's correct.

19   Q    All right.  So fair to say Roger's doing his job in this

20   e-mail?

21   A    Yes, he is.

22   Q    I'm going to ask you --

23             MR. AGNIFILO:  We're going to mark this for

24   identification.  It's not in evidence, I don't believe.  It's

25   Government Exhibit 1509-004.  Does that make sense?  Oh, I'm

LEISSNER - CROSS - AGNIFILO                1412

1    sorry.  It is page 4 of 1509.

2              I'm just going to ask you to pull that up so you can

3    see it, but it's only for the witness, the parties and the

4    Court.

5    Q    You can see it okay?

6    A    Sorry.  Not yet.

7              I see the document, but, okay, now it's larger.

8    Sorry.

9    Q    All right.

10   A    You said page 4?

11   Q    No, no.  You should be looking at it.  I'm sorry.  Hold

12   on.  Yes.  You're looking at the right thing.

13   A    Okay.  Sorry.

14             Then, yes.

15   Q    And this is an e-mail from you; correct?

16   A    Yes.

17   Q    And it's a continuation of some of the e-mails we just

18   looked at; correct?

19   A    Yes.

20             MR. AGNIFILO:  We offer it, Your Honor.

21             THE COURT:  It's admitted.

22             I assume there is no objection.

23             MR. ROLLE:  No objection.  We just want to see if

24   this is one page of the whole document.  We just don't know.

25   But we have no objection.

LEISSNER - CROSS - AGNIFILO                    1413

1      THE COURT:  Can you scroll up and down the document

2   please.

3      MR. AGNIFILO:  I believe the whole document is three

4   pages.

5      MR. ROLLE:  No objection, Judge.

6      THE COURT:  It's admitted.

7      (Government Exhibit 1509, was received in evidence.)

8      MR. AGNIFILO:  Okay.

9   Q    And this is an e-mail from you.  It's to Jho Low.  It's

10  to Roger, and it has a number of other people there.  Do you

11  see that?

12  A    Yes, sir.

13  Q    Okay.  And this is just you saying Jho and team, it's our

14  pleasure, indeed, and look forward to a great partnership on

15  some of these projects and others that we can up with over

16  time.  I'm very excited and our team in Singapore is ready to

17  help with you."

18      Do you see that.

19  A    Yes, sir.

20  Q    The team in Singapore, who's the team in Singapore at

21  this point in time, in January of 2009?

22  A    It's our investment banking team in the Singapore office.

23  Q    Okay.  And who are some of the -- how large was the

24  Singapore office, the investment banking team in the Singapore

25  office at that time?

*Michele Lucchese, Official Court Reporter*

LEISSNER - CROSS - AGNIFILO                1414

1          We're just talking about--

2   A    Roughly 20 people, I'd say.

3   Q    I missed the number.

4   A    20 people.

5   Q    Okay.  And how many of those 20 people are partners and

6   how many people other than partners?

7   A    In the investment banking team in Singapore, I was the

8   only partner.  And Roger was an MD.  Boon-Kee was an MD.

9   Chong Lee was an MD.  So that's three.

10         Maybe one or two more for the various markets.

11         So I think the Indonesia coverage banker was an MD

12  as well.

13         And then we had head of M&A.  I don't know at that

14  time.

15         So let's call it five MDs and the rest were junior

16  bankers.

17  Q   Very good.

18         All right.  So, moving forward, this is another

19  Government Exhibit already in evidence.  This is 1511.  We are

20  going to pull that up.  We're going to look at the top.  This

21  is already in evidence.  Just look at that top e-mail there.

22         Okay.  All right.  And it's basically Roger saying

23  to the rest of the people on the e-mail scheduling a meeting;

24  correct?

25  A    Yes.  It refers to a meeting set up, that's right.

LEISSNER - CROSS - AGNIFILO                    1415

1    Q    Okay.  Fair to say part of what Roger did, Roger's in the

2    details on the deals, like that e-mail we looked at a few

3    minutes ago with the five different pieces of business on it;

4    right?

5    A    Well, he -- yes, he was summarizing those business

6    opportunities.

7    Q    Right.  And he's putting -- scheduling a meeting here;

8    correct?

9    A    He's scheduling a meeting.

10             MR. AGNIFILO:  All right.  Next, this is another

11   Government Exhibit.  I don't believe this is in evidence yet,

12   so we can't show it to the jury.  It is 1507 for

13   identification.

14   Q    Just tell me when you can see that.

15   A    Yes, sir.

16             MR. AGNIFILO:  Your Honor --

17   Q    And you're -- you're listed as one of the actual

18   attendees on this document?

19   A    Yes, sir.

20             MR. AGNIFILO:  It's a government exhibit, but we

21   offer it as 1507.

22             MR. ROLLE:  No objection.

23             THE COURT:  It's admitted.

24             (Government Exhibit 1507, was received in evidence.)

25   Q    Again, this is another sort of meeting notification.

*Michele Lucchese, Official Court Reporter*

LEISSNER – CROSS – AGNIFILO                1416

1    It's put into the Goldman Sachs' system; correct?

2    A    That's correct.

3    Q    Okay.  So it's very clear, it's in the Goldman Sachs'

4    system that this is a meeting with Jho Low from Wynton Private

5    Equity Group and this is a meeting dated January the 6, 2009;

6    correct?

7    A    That's correct.

8              MR. AGNIFILO:  All right.  All right.  We're going

9    to go on to the next exhibit, which is already in evidence.

10   It's Government Exhibit 1514.  So it's already in evidence.

11   We're going to pull that up for the witness, the jury and the

12   parties.

13             And we're going to look at that top e-mail.  There

14   we go.  You can see it.

15   Q    So we went over this on direct examination.  This is the

16   one from Casey Tang, right?  Do you see that?  He's the sender

17   of the e-mail?

18   A    That's correct.

19   Q    And it says, "I think it is best to get Jho involved at

20   every stage"; correct?

21   A    That's correct.

22   Q    All right.  At this point in time, Casey Tang is one of

23   Low's employees, isn't he?

24   A    That's correct.

25   Q    What he's basically saying here, Casey Tang, Low, my

LEISSNER - CROSS - AGNIFILO                    1417

1    employee -- I mean, my employer, the person I work for, you

2    have to make sure he's involved in every stage?

3    A    Yes, but he should be involved in every stage of Project

4    Tiara.  It wasn't Jho Low's business.  It was the set up of

5    the TIA.

6    Q    I'm not sure -- let me ask you a different question.  So

7    this -- this is -- what was Project Tiara?

8    A    The set up of the TIA.

9    Q    Okay.  So -- and Low is one of the advisors to the King;

10   right?

11   A    That's correct.

12   Q    Casey Tang is not one of the advisors to the King?

13   A    That's correct.

14   Q    And, so, what Casey Tang is saying here, I think it is

15   best to get Jho involved at every stage; correct?

16   A    That's right.

17   Q    All right.  And then there are meetings -- there are

18   meetings between sometimes Roger and Low without you,

19   sometimes you and Roger and Low in the early part of January

20   2000; correct?

21   A    That's correct.  Yes.  That's what I remember, yeah.

22   Q    And is this -- is this -- if there's such a thing, is

23   this typical when the investment banking division of Goldman

24   Sachs is kind of chasing down, you know, a potential new

25   matter?

LEISSNER - CROSS - AGNIFILO                    1418

1   A    You mean meetings with potential clients?

2   Q    Yeah.

3   A    Yes.

4   Q    And you yourself, I mean, you are -- you were a very

5   successful investment banker; correct?

6   A    Yes.

7   Q    And while you were an investment banker?

8   A    Yes.

9   Q    And part of the way you were successful is you --  you

10  met with potential clients; right?

11  A    That's correct, sir.

12  Q    You were a very busy person?  You were flying all over

13  the world having meetings for many, many years; correct?

14  A    That's correct.

15  Q    Okay.  So the fact that there's all these meetings in the

16  early part of January with Low is not in the least bit

17  unusual; correct?

18  A    It's not unusual, sir, no.

19  Q    Okay.  All right.  The next exhibit is not in evidence

20  yet.  It is DX 1002 for identification, and this is an e-mail

21  sort of continuing the chain that you're copied on.

22        So I'll wait for it to come up.

23        I'm asking you to look at sort of that top e-mail

24  for the time being.

25  A    Yes, sir.  I see it, sir.

LEISSNER - CROSS - AGNIFILO                1419

1   Q      You're copied on this e-mail?

2   A      Yes, sir.

3          MR. AGNIFILO:  Your Honor, we offer it.

4          MR. ROLLE:  No objection.

5          THE COURT:  It's admitted.

6          (Defense Exhibit 1002, was received in evidence.)

7          MR. AGNIFILO:  Okay.

8   Q      So, just looking at this top e-mail, that is someone from

9   Mark Machin?

10  A      Mark Machin was a senior partner within the investment

11  bank who ran the investment bank for a while and also, I

12  believe, had become, at some point, a co-president for Asia.

13  He was a very senior partner.

14  Q      Okay.  And Mark Machin is getting this e-mail and you are

15  copied on this e-mail from Boon-Kee Tan; right?

16  A      That's right.

17  Q      I think you said Boon-Kee Tan was an MD, managing

18  director in investment banking?

19  A      That's right.

20  Q      And below it, we see an e-mail that has a lot of

21  different peoples' names on it?  Do you --

22  A      Yes.

23  Q      -- see that?

24         Starting with David Ryan -- actually starting with

25  Boon-Kee Tan and then David Ryan.

LEISSNER - CROSS - AGNIFILO                    1420

1    A     Yes.

2    Q     I just want to go through some of these people.  And the

3    reason I want to go through some of these people is, I want

4    you to go for a minute to the second page, the middle of the

5    second page, okay.  We're going to see Terengganu State

6    Authority.  Do you see that sort of in the middle there,

7    Terengganu State Authority?

8    A     Yes, sir.

9    Q     Okay.  And so Terengganu State Authority, TIA, that's the

10   project we're talking about?

11   A     That's correct.

12   Q     Okay.  And it indicates that this is a commodity-linked

13   securitization, met TIA advisors, Wynton -- the Wynton Group;

14   correct?

15   A     That's the reference to Wynton Group.

16   Q     Okay.  The same Wynton Group that in the prior calendar

17   entries, you say Jho Low Wynton Group, same Wynton Group?

18   A     The same one.

19   Q     Very good.

20         Now, let's go back to that first page.  So all of

21   the people here are getting the e-mail of TIA and the Wynton

22   Group and the first one is David Ryan.

23   A     Correct.

24   Q     Who is David Ryan?

25   A     David was -- in 2009, I'm not sure what his position was,

LEISSNER - CROSS - AGNIFILO                    1421

1    but he had been the co-president of Goldman Sachs Singapore

2    with myself and then he later became the president for Asia as

3    well.

4    Q    And then Mark Machin, you described already?

5    A    Correct.

6    Q    Ravi Sinha?

7    A    He was one of the co-heads of investment banking.

8    Q    Okay.  Is it Johan Leven?

9    A    That's right.

10   Q    And who's he?

11   A    He was the head of the M&A for Asia at that time.

12   Q    Dan Dees?

13   A    He was at some point the head of the capital markets

14   group and them co-head of investment banking.

15   Q    Alex Schrantz?

16   A    Head of corporate finance for Asia at that time.

17   Q    Is that Douglas Feagin?

18   A    Correct.  He was the head of the financial institutions

19   in Asia at the time.

20   Q    Richard Campbell-Breedan?

21   A    The head of M&A as well for Asia.

22   Q    All right.  Then we go to the people who are copied.

23        The first one is yourself.

24   A    Yeah.

25   Q    The second one is Hsin Yue Yong?

LEISSNER – CROSS – AGNIFILO                    1422

1    A    Correct.

2    Q    Who is that?

3    A    She was an MD in the investment bank, but as I described

4    last week, she also sat in between private wealth and

5    investment banking.

6    Q    Cameron Poetzscher?

7    A    He was the head of M&A for Southeast Asia.

8    Q    Raghav Maliah?

9    A    He was the head of the T&T group for Asia, meaning the

10   technologic and telecommunications group.

11   Q    Jane Lah?

12   A    Jane Lah was in Andrea Vella's group -- she was the

13   Andrea Vella group in structure in capital markets.

14   Q    Udhay Furtado?

15   A    He was in capital markets for Southeast Asia.

16   Q    Pooja Grover?

17   A    I believe at that time she was kind of like the chief

18   admin officer for investment banking in Asia.

19   Q    Ronan McCullough?

20   A    Debt capital markets for Asia, Southeast Asia, rather.

21   Sorry.

22   Q    Michael Smith?

23   A    He was head of real estate in Asia.

24   Q    Jason Tsang?

25   A    The CFO for Asia --

LEISSNER - CROSS - AGNIFILO                    1423

1    Q    Sulian --

2    A    -- investment banking.  Sorry.

3    Q    Sorry.  Sulian Tay?

4    A    Oh, she was the head of the energy and power group in

5    Asia.

6    Q    Yuwen Huang?

7    A    The kind of the CFO for Southeast Asia.

8    Q    Chong Lee Tan?

9    A    At that time he was the head of investment banking for

10   Southeast Asia or the coverage team.

11   Q    And Terence Lim?

12   A    Terence Lim was a junior banker.

13   Q    Okay.  So, I understand we have a couple of junior

14   people, like Terence Lim, but for the most part, this is a

15   fairly high-level group in the investment banking division,

16   fair to say?

17   A    That's fair, yes.

18   Q    And is anyone here not in the investment banking group?

19   You went through there are a number of people that are not in

20   investment banking; correct?

21   A    I actually think all of them were within the investment

22   bank.

23   Q    They were all in investment banking?

24   A    I think so, yes.

25   Q    Okay.  Next exhibit -- well, let me back up a second.

LEISSNER – CROSS – AGNIFILO                    1424

1          In 2009, had you leaked the information to a news

2     reporter?

3     A     I don't know the timing of me speaking to the press.  You

4     have to refresh me which topic you're talking about.

5     Q     So was there someone name Sameera Anand?

6     A     Yes.

7                (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Michele Lucchese, Official Court Reporter*

LEISSNER - CROSS - AGNIFILO                    1425

1    CROSS-EXAMINATION (Continued)

2    BY  MR. AGNIFILO:

3    Q    Tell us about the Sameera Anand situation.

4    A    She had been a dear friend of mine for many years.  From

5    when I was employed at J.P. Morgan, she was at the joint

6    venture that J.P. Morgan had in India at the time.  She had

7    taken many different paths after that and ended up at a

8    publication in Asia called Finance Asia.  She was a reporter

9    at Finance Asia.

10         When I was promoted into a position called the head

11   of the IBS group, the Investment Banking Services group in

12   Asia which represented all the client coverage people at the

13   time, Goldman Sachs had an internal memo that went out to the

14   investment bank announcing this particular appointment of

15   mine.  Because I was very proud of my achievement I didn't

16   think of it and I forwarded it to her as my friend to show

17   her, look, I was promoted.  That was a breach of policy at the

18   time because we weren't supposed to communicate with the press

19   without our press team involved.

20   Q    And Sameera Anand published it?

21   A    She did, yes.

22   Q    And Goldman Sachs found out that you were the one that

23   leaked this information to sa mere a none; correct?

24   A    It wasn't a leak.  It was me inadvertent sending out

25   information without press -- the press team.

SN        RPR        OCR

LEISSNER - CROSS - AGNIFILO                    1426

1   Q    When you say inadvertent --

2   A    Yes.

3   Q    -- tell us what you mean.  You e-mailed it?

4   A    I did e-mail it, yes.

5   Q    But you meant to hit send; right?

6   A    Yes, sir.

7   Q    So it wasn't inadvertent in that it was a mistake; you

8   sent it out on purpose?

9   A    Yes.

10  Q    And you sent it out.  Were you surprised when this

11  journalist published the information that you sent her?

12  A    No, I wasn't necessarily surprised, no.  I didn't realize

13  I had breached policy but I wasn't surprised that she

14  published it.

15  Q    Did you have any sort of personal relationship with this

16  person?

17  A    No.

18  Q    It was purely professional?

19  A    Yes.

20  Q    And did you -- and what was your other -- you said that

21  you did it because Sameera Anand was your friend?

22  A    That's correct.

23  Q    Did you send other confidential internal Goldman Sachs

24  information to your friend the journalist?

25  A    I don't remember it.  I don't think so, but I don't

LEISSNER - CROSS - AGNIFILO                1427

1    remember it.

2    Q    All right.  I'm going to -- do you remember -- do you

3    remember her asking you questions about something -- San

4    Miguel in connection of the sale of a brewery business?

5    A    I don't remember that she asked me that question.

6    Q    All right.  This is just for -- to refresh your

7    recollection.  DX 1003 just for the witness and the parties

8    and the Court.

9              (Exhibit published to witness only.)

10   BY MR. AGNIFILO:

11   Q    Do you remember this e-mail?

12   A    I don't remember this e-mail in particular, no, sir.

13   Q    And do you remember that on occasion, not just this

14   occasion, on occasion Sameera Anand would contact you and ask

15   you for information that you would only know because you

16   worked at Goldman Sachs?

17   A    Well, no, I don't remember any specific instances where

18   she asked me questions.  We were in active dialogue or

19   communications, but this information she's asking is not

20   because I was at Goldman Sachs.  This you would have known if

21   you had been in the business community.

22   Q    You ended up getting in trouble for this though; right?

23   A    I got in trouble for that memo about my appointment.

24   Q    The one you described earlier?

25   A    Yes.

LEISSNER - CROSS - AGNIFILO                1428

1   Q    And what happened exactly?

2   A    I don't remember.  I was told that I breached policy, but

3   that's the extent of my memory.

4   Q    And they -- they decreased your bonus, do you remember

5   that?

6   A    No, I don't remember that, sir.

7            MR. ROLLE:  Objection.

8            THE COURT:  Overruled.

9   BY MR. AGNIFILO:

10  Q    You don't remember a $1 million decrease of your bonus?

11  A    No, I don't remember that.

12  Q    We're going to go back to the e-mail train that we left

13  before.  This is not yet in evidence.  This is DX 1004.  So

14  we're going to ask you just to take a look at it.  It's

15  another e-mail related to TIA so when it pulls up I will have

16  you take a look at it.

17           (Exhibit published to witness only.)

18  BY MR. AGNIFILO:

19  A    Sorry, I need it a little bit larger, sir.

20           MR. AGNIFILO:  Yeah, can we make it a little bit

21  larger.

22           Judge, it's written a little small.  I can give the

23  witness a paper copy.

24           THE COURT:  You can, but it's larger on the screen

25  now.

LEISSNER - CROSS - AGNIFILO                    1429

1  A      I can read it.

2  Q      Okay.  And this is an e-mail about the TIA project that

3  we've been talking about?

4  A      Yes, I have to read a little bit of it.

5  Q      Take your time.

6  A      (Reviewing.)

7         I have read the piece that's on the screen here.

8  Q      Okay.  And this is an e-mail that's from Roger copying

9  you to other people?

10 A      That's correct.

11 Q      About the same TIA project we've been discussing?

12 A      That's correct.

13         MR. AGNIFILO:  Your Honor, we offer 1004.

14         MR. ROLLE:  No objection.

15         THE COURT:  It is admitted.

16         (Defense Exhibit 1004, was received in evidence.)

17 BY MR. AGNIFILO:

18         (Exhibit published.)

19         MR. AGNIFILO:  If you can make that top e-mail a

20 little bit larger.

21 Q      Okay.  That is from Roger.  Do you see that?

22 A      Yes, sir.

23 Q      And it's to a number of people.  Udhay Furtado.  Do you

24 see that?

25 A      Yes.

LEISSNER - CROSS - AGNIFILO                1430

1   Q    I don't think we discussed Udhay Furtado.  Who is that?

2   A    He was in capital markets in southeast Asia.

3   Q    Okay.  Cyrus Shey?

4   A    He was debt capital markets.

5   Q    And Boon-Kee Tan is investment banking?

6   A    Yes.

7   Q    Chan Vee Chong, investment banking, Terence Lim and Dan

8   Dees I think we discussed Dan Dees before?

9   A    Yes, we did.

10  Q    Here Roger is saying:  Udhay, we have also reached to

11  Wassim for guidance here.  If there is someone which you think

12  should be connected, it would be good.  Who is Wassim?

13  A    Wassim at that time was the head of our operations in

14  Dubai for the Middle East.

15  Q    Wassim Younan?

16  A    That's correct.

17  Q    And is the idea here that because there could be kind of

18  a Middle East component to this situation that Roger is

19  suggesting reaching out to the middle eastern team including

20  Wassim?

21  A    No, sir.  I believe what the reference here to is just

22  experience that we have with sovereign wealth funds around the

23  world and how a setup could be helped by the various groups

24  within Goldman Sachs.  So, he was trying to get Wassim's input

25  into how we can bring our expertise to the setup of the TIA.

SN        RPR        OCR

LEISSNER - CROSS - AGNIFILO                1431

1    Q    Because of Mubadala; right?

2    A    Well, there is a specific reference which I don't quite

3    understand now to Mubadala and another project, but out of the

4    context here I don't remember.

5    Q    Tell us what Mubadala is.

6    A    If Mubadala is on of the largest funds out of Abu Dhabi

7    and as I mentioned it in testimony last week, it's the largest

8    sovereign wealth fund in Abu Dhabi.

9    Q    If you remember we went over an e-mail maybe 15 minutes

10   or so ago where Roger is saying maybe we can look at other

11   sovereign wealth funds.  Do you remember that?

12   A    That's correct, yes.

13   Q    And Mubadala is a sovereign wealth fund?

14   A    That's correct, yes.

15   Q    And you said one of the biggest in the world out of Abu

16   Dhabi?

17   A    That's correct.

18   Q    And the idea is that Wassim -- being basis had to Dubai?

19   A    Correct.

20   Q    But Abu Dhabi is part of Wassim's territory?

21   A    Correct.

22   Q    The idea being that you can take advantage of his

23   knowledge and his knowledge of Mubadala in advising on the TIA

24   situation?

25   A    Yes, that's how I read this e-mail.

LEISSNER – CROSS – AGNIFILO                    1432

1  Q    The next e-mail, Defense 1005.  It's not yet in evidence.

2  We will mark it for identification.  It's a continuation of

3  the e-mail we just looked at.

4           (Exhibit published to witness only.)

5  Q    Tell me if you can see that top e-mail.

6  A    Yes, I can.

7  Q    I'm not asking you to do anything, just if you can see

8  it.

9  A    Yes, I can.

10 Q    And this is your -- you are copied on this; correct?

11 A    Yes, sir.

12 Q    It's from Roger?

13 A    Correct.

14           MR. AGNIFILO:  We offer it, Your Honor.

15           MR. ROLLE:  No objection.

16           THE COURT:  It is admitted.

17           (Defense Exhibit 1005, was received in evidence.)

18 BY MR. AGNIFILO:

19 Q    And, so here we have Roger sending an e-mail to Wassim

20 Younan on the top; correct?

21 A    Correct.

22 Q    And copying some other people in investment banking;

23 correct?

24 A    Yes, sir.

25 Q    And I'm going to read a very few lines:  Hi Wassim:  How

LEISSNER - CROSS - AGNIFILO                1433

1    are you.  We are pitching to TIA that has recently announced

2    that they would be setting up a state sovereign wealth fund.

3    TIA has oil royalties from Petronas amounting to some U.S.

4    $500 million -- what's PA there?

5    A    Per annum.

6    Q    Say again?

7    A    Per annum.

8    Q    The initial fund size is U.S. 3 billion.  Is there anyone

9    we can reach out your Middle East team that has some

10   experience pitching or advising this.  The SWF, sovereign

11   wealth fund, is green field and starting from ground zero.  Do

12   you see that?

13   A    Yes, sir.

14   Q    So what he's doing this that is following up on the other

15   e-mail trying to see if Wassim can provide any knowledge or

16   experience or insight to help you guys with the TIA situation?

17   A    That's correct.

18   Q    All right.  And then he finishes off at the bottom:  The

19   consultant of Terengganu who is currently His Majesty the King

20   for the Federation of Malaysia had mentioned Mabadala has

21   recently done a model similar to what he was looking for.

22   They were apparently advised by BCG.  Do you see that?

23   A    Yes.

24   Q    And BCG is Boston Consulting Group?

25   A    Yes.

LEISSNER - CROSS - AGNIFILO                    1434

1   Q    And what roll did BCG have in this situation as of

2   January of 2009?

3   A    If you specifically ask about January 2009, I'm not sure

4   yet.  However, when we actually pitched this particular piece

5   of business as Goldman Sachs's -- as a financial advisor, we

6   teamed up with Boston Consulting Group as a joint -- for a

7   joint pitch.  We also involved a local law firm called Cadaler

8   in this pitch as well.  So they were at some point our

9   partner.  I don't know in January 2009 but they became our

10  partner.

11  Q    Very good.

12            MR. AGNIFILO:  The next e-mail not in evidence it's

13  a Government exhibit.  It's Government Exhibit 1516.  We would

14  show that to the witness and the parties and the Court.  It's

15  for identification.

16            (Exhibit published to witness only.)

17  Q    Can you read that okay?

18  A    Yes, sir.

19  Q    All right.  And this is an e-mail -- the top e-mail is

20  from Roger to you and to Uhday Furtado?

21  A    That's correct.

22            MR. AGNIFILO:  Your Honor, we offer Government

23  Exhibit 1516.

24            MR. ROLLE:  No objection.

25            THE COURT:  It is admitted.

LEISSNER – CROSS – AGNIFILO                1435

1      (Government Exhibit 1516, was received in evidence.)

2      (Exhibit published.)

3  BY MR. AGNIFILO:

4  Q    Look at the bottom e-mail it's from Udhay to Roger and

5  yourself; correct?

6  A    That's correct.

7  Q    And Udhay asked the question:  Are we using a local

8  broker for TIA.  Do you see that?

9  A    Yes.

10 Q    And it says, Ganen mentioned that JPM Calvin Zhang

11 relation to Jho Lar -- it's probably a reference to Jho Low?

12 A    I assume so.

13 Q    So JPM is J.P. Morgan?

14 A    Correct.

15 Q    And Calvin Zhang is someone who worked at J.P. Morgan?

16 A    He worked at J.P. Morgan at that time, yes.

17 Q    Okay.  And is -- do you understand Udhay to be saying to

18 you that this person Calvin Zhang from J.P. Morgan is related

19 to Jho Low, has a connection to Jho Low, has something going

20 on with Jho Low?

21 A    That's my understanding, yes.

22 Q    Okay.  And then Udhay Furtado says, We need to watch out;

23 correct?

24 A    Correct.

25 Q    J.P. Morgan is your competition?

LEISSNER - CROSS - AGNIFILO                    1436

1    A    In this transaction -- in this, yes.

2    Q    Who were your competitors generally?  In your area of

3    Asia, who were the banks that you see as your competition?

4    A    We had J.P. Morgan as one of them, UBS, Credit Suisse,

5    Morgan Stanley, Citibank and there were probably some others,

6    Credit Suisse First Boston, CSFB, and there were a handful or

7    more of very strong competitors.

8    Q    Very good.  And you write back -- in fact, you were

9    working with Jho and Keith.  Correct?

10   A    Yes.

11   Q    And then --

12   A    Do you mind if you scroll up --

13   Q    Do you have it now?

14   A    Yes.

15   Q    So you say, In fact, we are working with Jho and team.

16   Do you see that there?

17   A    Yes, correct.

18   Q    And Roger says, our friends with the King are also

19   helping us.

20   A    Yes.

21   Q    To your knowledge did you and Roger have contacts with

22   the King other than Low?

23   A    Not to my knowledge, no.

24   Q    But just looking at the text for a second, you point out

25   we are working with Jho and team; right?

*SN        RPR        OCR*

LEISSNER – CROSS – AGNIFILO                1437

1   A     Right.

2   Q     And then Roger says our friends with the King are also

3   helping us?

4   A     That's right.

5   Q     And you don't know who he's referring to?

6   A     No, I -- my assumption here is it's Jho.

7   Q     But you don't know if he knows people other than Low who

8   are connected to the Sultan of Terengganu, the King?

9   A     There was one other person on the council that both Roger

10  and I knew.  That was -- I believe his name was Azlan.  He was

11  the head of the EPF.  He was also on the council.

12  Q     Azlan?

13  A     I believe so, yes.

14  Q     And you used the phrase EPF.  That's the Employee

15  Provident Fund?

16  A     Correct.

17  Q     Okay.  And we don't need a whole long thing, but just so

18  the jury kind of knows what that is.  What's the Employee

19  Provident Fund?

20  A     It was the largest pension fund -- pension fund in

21  Malaysia at the time.

22  Q     And this person Azlan you believe had some advisory or

23  position of influence with the King?

24  A     He was sitting on the same council as Jho when we pitched

25  that business.

LEISSNER - CROSS - AGNIFILO                    1438

1    Q    Do you know if Roger knew that person?

2    A    Roger and I both knew that person.

3    Q    You both knew him?

4    A    Yes.

5    Q    Now, at some point, you all were involved in drafting a

6    document, tell me if this is right in your recollection; the

7    terms of reference for the establishment and capitalization of

8    TIA, does that sound right?

9    A    That sounds about right.

10   Q    And what would that document be?

11   A    Well, there were several or two documents essentially

12   that we drafted.  One was the terms that the King and his team

13   would use to send out to the banks for them to respond to to

14   get this -- this business for the respective bank.  Those

15   terms were something that we were drafting that was unusual.

16   Normally banks when we compete we just all get a document that

17   we have to reply to.  Here we were actually drafting the

18   document itself where we would have to reply to.  It's like

19   the exam to be taking that we draft ourselves.

20        So, here we were asked to submit the terms so that

21   they can be used to judge all the banks not just ourselves.

22   And the second document was the -- actually a reply to that

23   RFP that Goldman Sachs drafted.  So we drafted the terms that

24   everybody had to reply to and then we drafted the second

25   document which was the one that we actually pitched with.

SN          RPR          OCR

LEISSNER - CROSS - AGNIFILO                1439

1    Q    And tell me if this is right, TIA had never before

2    started a sovereign wealth fund?

3    A    Well, the TIA is a sovereign wealth fund.

4    Q    The state of Terengganu had never started a sovereign

5    wealth fund.

6    A    That's correct, yes.

7    Q    So this was the first sovereign wealth fund the state of

8    Terengganu had ever created; right?

9    A    That's to my knowledge, yes.

10   Q    And so they did not have an established RFP process

11   because this was their first ever fund?

12   A    I don't know if that's correct, sir, because an RFP --

13   government agencies may use them for investment banks, but

14   they may use it for other services too.  So I can't judge

15   whether they had RFPs before or not.  What they didn't have as

16   far as I could tell was an RFP to set up a sovereign wealth

17   fund specifically.

18   Q    That's my question; this would have been the first ever

19   RFP to start up a sovereign wealth fund?

20   A    That would be my belief, yes.

21   Q    All right.

22        MR. AGNIFILO:  We're going to one of the next

23   e-mails in this general chain.  It's DX 1007.  It's not yet in

24   evidence so it's being offered for identification.  And it's

25   being shown to the witness and the parties and the Court.

1     (Exhibit published to witness only.)

2    BY MR. AGNIFILO:

3    A    I see the first part of the top part here.

4    Q    All right.  Actually let me ask you, do you remember

5    around this period of time in the last week or so of January

6    of 2009 that the investment banking decision was working on

7    the proposal?

8    A    Yes.

9    Q    Right.

10    A    Yes.

11    Q    Okay.  And you were all working hard on this proposal to

12    try to make it as good a proposal as you could?

13    A    Yes.

14         MR. AGNIFILO:  Okay.  We're going to go on to --

15    this is in evidence I believe as Government 1518.

16         THE COURT:  Mr. Agnifilo, are you offering 1000 --

17         MR. AGNIFILO:  No, I'm not going to offer it, Judge.

18    I'm not sure if Government 1518 is in so we're checking.

19         THE COURT:  I do not have it.

20         MR. AGNIFILO:  All right.  We're going to mark it

21    for identification for the moment so the witness and the

22    parties and the Court can see it.  It's Government 1518.

23         (Exhibit published to witness only.)

24    BY MR. AGNIFILO:

25    Q    You can see that top e-mail there, Mr. Leissner?

LEISSNER – CROSS – AGNIFILO                    1441

1    A    Yes, I can.

2    Q    It's an e-mail from Roger to yourself?

3    A    That's correct.

4    Q    And it relates to the TIA?

5    A    Yes.

6              MR. AGNIFILO:  We offer it, Your Honor.

7              MR. ROLLE:  No objection.

8              THE COURT:  It is admitted.

9              (Government Exhibit 1518, was received in evidence.)

10             (Exhibit published.)

11   BY MR. AGNIFILO:

12   Q    If we could, I want to start on the bottom of this page

13   because the e-mail goes on to the next page, on page two.  The

14   e-mail from Chan Vee Chong to Roger, Boon-Kee and Terence Lim.

15   You are not on this e-mail until two e-mails later.  But do

16   you see that bottom e-mail?  And you are forwarded this whole

17   chain.  Do you see that?

18   A    Yes, I see it, yes, sir.

19   Q    All right.  And this e-mail from Chan Vee Chong says:

20   Hi.  We would like to initiate a big check on Terengganu

21   Investment Authority TIA?

22   A    Correct.

23   Q    We are pitching to advise on the establishment of TIA and

24   also subsequent fund raisings by TIA.

25             MR. AGNIFILO:  We're going to go to the next page.

SN        RPR        OCR

LEISSNER - CROSS - AGNIFILO                    1442

1    Q    TIA as of now is not formally set up yet.  It is likely

2    to be a wholly-owned -- wholly-owned by the state government

3    of the State of Terengganu in Malaysia as a development

4    company sovereign wealth fund.  Do you see all of that there?

5    A    Yes, sir.

6    Q    Let's go up to the next e-mail the first page, the next

7    e- mail up:  Clyde Yip writes to Chan Vee Chong, to Goldman

8    Sachs BIG.  What's the GSBIGAEJ entry there?

9    A    It's a -- it's a group e-mail for Goldman Sachs business

10   intelligence group, BIG, Asia Ex Japan.

11   Q    Okay.  So that's one of the groups that's sort of,

12   like -- that makes sure that --  a regulatory - - a regulatory

13   function, a control function, of Goldman Sachs?

14   A    It's part of -- yes, sir, we -- as I described last week

15   it's part of the control function.  Part of the control

16   function and at the outset of any transaction it's meant to

17   provide background on the parties involved.

18   Q    And then Chan Vee sends an e-mail to Roger and a number

19   of other people that says, Roger, maybe you can advise on the

20   question with regards to whether there was any finder.  Do you

21   see that?

22   A    Yes, sir.

23   Q    Okay.  And then Roger says to you, Tim, shall we advise

24   them that there's a finder's fee here for TIA at this stage.

25   Do you see that?

LEISSNER - CROSS - AGNIFILO                1443

1    A    Yes, sir.

2    Q    Now, as of 2009, were you aware of the definition of

3    finder or intermediary within Goldman Sachs?

4    A    Yes, sir.

5    Q    And is it fair to say that in 2009 the definition of

6    finder or intermediary was someone who brought business to

7    Goldman Sachs who was paid by Goldman Sachs?

8    A    Yes, that was one of the functions of a finder, yes.

9    Q    That was the definition -- the definition changed in

10   about 2014; correct?

11   A    I don't remember that change, but at this time it was

12   somebody who was bringing us business or who was involved in

13   our business.

14   Q    Who Goldman Sachs was paying?

15   A    Yes.

16   Q    Okay.  And, so, fair to say, if Goldman Sachs isn't

17   paying the person as of 2009, the person is not a finder or an

18   intermediary by the definitions of Goldman Sachs; correct?

19   A    I actually don't agree with that, sir.  I -- it is my

20   understanding that anybody who was of -- had any influence in

21   directing that business to us, whether paid or not, would fall

22   into that definition.

23   Q    Did you have different training than say, like, Andy Tai?

24   A    No, we had the same training.

25   Q    You and Andy Tai would have the same exact training;

LEISSNER - CROSS - AGNIFILO                    1444

1    right?

2    A    Yes.

3    Q    All right.  We're going to go forward it's another e-mail

4    in this chain of e-mails.  This is DX 1079 for identification,

5    1079.

6              (Exhibit published to witness only.)

7    BY MR. AGNIFILO:

8    Q    Just take a look at that top e-mail there.  This is an

9    e-mail that's from Roger.  It's to a number of people and it

10   copies yourself.  Do you see that there?

11   A    Yes, I see that, sir.

12             MR. AGNIFILO:  Your Honor, we offer it as DX 1079.

13             MR. ROLLE:  No objection.

14             THE COURT:  It is admitted.

15             (Defense Exhibit 1079, was received in evidence.)

16             (Exhibit published.)

17   BY MR. AGNIFILO:

18   Q    Okay.  Looking at the top e-mail there.  This is from

19   Roger and who was -- is it Chico Jayaraya (phonetic)?

20   A    Yes, correct.

21   Q    Okay.

22   A    He was in our Equity Capital Markets group at Goldman

23   Sachs.

24   Q    And Roger writes that:  Speaking to Jho at Winston

25   Private Equity which has a fund for Southeast Asia where Crown

LEISSNER - CROSS - AGNIFILO                1445

1    Prince of Abu Dhabi and Kuwait are investors.  Do you recall

2    what he's talking about there?

3    A    I don't recall this particular exchange.  I see what he

4    is writing but I don't have independent knowledge of what he's

5    talking about here.

6    Q    Okay.  And then it says, Abu Dhabi has stopped all

7    investments by ADIA, ADIC and Mubadala as the banking system

8    there has seen large amounts rumored at $60 billion being

9    drawn out.  Do you see that?

10   A    Yes, sir.

11   Q    Do you know what he's talking about there?

12   A    Not independently from what he's written here.

13   Q    Very good, all right.

14            MR. AGNIFILO:  The next e-mail in this series of

15   e-mails is DX 1080.  It's for identification.  Pull it up for

16   the witness.

17            (Exhibit published to witness only.)

18   BY MR. AGNIFILO:

19   Q    Can you see that okay?

20   A    Yes, I can see the top, yes.

21   Q    All right.  And this is an e-mail from Roger to a number

22   of people copying yourself and then blind copying a number of

23   other people?

24   A    Yes.

25            MR. AGNIFILO:  Your Honor, we offer it as 1080.

LEISSNER – CROSS – AGNIFILO                    1446

1          THE COURT:  Admitted.

2              (Defense Exhibit 1080, was received in evidence.)

3              (Exhibit published.)

4     BY MR. AGNIFILO:

5     Q    Roger says, we have not had significant feedback on

6     materials internally.  Meanwhile, we have provided the King's

7     advisors with drafts of our terms and reference and having a

8     call with them at 5 p.m. today.  Also reached out to BCG who

9     advised Mubadala and Khazna and had some materials to beef RFX

10    BK, cc Chan Vee Chong; right?

11    A    Yes.

12    Q    This is a big team effort, fair to say?

13    A    Yes.

14    Q    A lot of people are doing a lot of work to try to make

15    this RFP as good as possible?

16    A    That's correct, sir.

17    Q    And in addition to the people within Goldman you have BCG

18    who are reaching out to Mubadala and Khazna; correct?

19    A    They're not reaching out to them.  The reference here is

20    they're providing their experience with those two

21    organizations.

22    Q    And you described Mubadala as the sovereign wealth fund

23    from Abu Dhabi; correct?

24    A    That's correct.

25    Q    And tell us what Khazna is?

LEISSNER – CROSS – AGNIFILO                    1447

1    A    It was a sovereign wealth fund within Malaysia that had

2    been there for quite a long time.  It owned a number of stakes

3    in the big state-owned -- state-linked organizations such as

4    Teleco Malaysia, Tenaga, many of the biggest companies in

5    Malaysia had a stake in Khazna on behalf of the Government.

6    Q    Thank you.

7         MR. AGNIFILO:  The next e-mail is already in

8    evidence as Government's Exhibit 1521, so we can pull it up

9    for the jury and everybody.

10        (Exhibit published.)

11   BY MR. AGNIFILO:

12   Q    And we're going to try to make that bottom e-mail of the

13   two e-mails a little bit bigger.  Can you see that okay?

14   A    Yes, sir.

15   Q    This is from Roger.  It's to you and it's copying Julie

16   Sieu Li.  Do you see that?

17   A    That's correct.

18   Q    All right.  TIA tentative date with the King, do you see

19   that?

20   A    Yes.

21   Q    It says, Tim, we have tentative dates next week Wednesday

22   to Friday to meet with the King at the Palace or over dinner.

23   Present will be Jho, Dato Ramli, Group MD for Kenanga

24   Investment Bank, Tengku Zafrul, you and me.  Purpose is to put

25   face to names.  The King has not met anyone yet from the banks

LEISSNER - CROSS - AGNIFILO                    1448

1    and we are managing this process.  Do you see that?

2    A     Yes, sir.

3    Q     Dato' Ramli is from another bank called Kenanga; correct?

4    A     I only know it from this reference.

5    Q     You don't know who these people are?

6    A     I don't remember him independently.

7    Q     And do you know if Tengku Zafru was also from Kenanga?

8    A     I don't know if at the time.  He had moved around in my

9    lifetime as a banker so I don't know at this particular time.

10   Q     And do you recall if in this time period if Kenanga, the

11   bank Kenanga, wanted to be sort of a joint advisor along with

12   Goldman to the TIA project?

13   A     I don't remember that, sir.

14   Q     Next is a defendant's exhibit for identification.  It's

15   1078.  Pull it up for the witness and the Court and the

16   parties.

17          (Exhibit published to witness only.)

18   BY MR. AGNIFILO:

19   Q     Do you see that okay?

20   A     Yes, sir.  I can see it.

21   Q     All right.  And it's an e-mail correspondence between you

22   and Roger?

23   A     That's correct.

24   Q     In regard to a meeting with Low?

25   A     That's what I surmise from this e-mail.

1          MR. AGNIFILO:  Your Honor, we offer it as 1078.

2          MR. ROLLE:  No objection.

3          THE COURT:  It is admitted.

4          (Defense Exhibit 1078, was received in evidence.)

5          (Exhibit published.)

6   BY MR. AGNIFILO:

7   Q    So if we look at the bottom e-mail Roger e-mails you and

8   says Tim, I will run late for 9:30.  I include Jho's mobile.

9   Do you see that?

10  A    Yes.

11  Q    And he includes a mobile phone number?

12  A    Yes.

13  Q    You write back:  No problem.  I have Mandarin.  Take your

14  time, my friend.  There are more important things in life;

15  right?

16  A    That's correct.

17  Q    So Roger, fair to say -- certainly in the beginning Roger

18  was the lead person in terms of having contact with Low;

19  correct?

20  A    He was the lead coverage banker for Low, yes.

21  Q    And as time went on you both had more dealings with Low;

22  correct?

23  A    Yes.

24          MR. AGNIFILO:  Next in the chain is marked for

25  identification DX 1082.  We will pull that up for the witness

LEISSNER - CROSS - AGNIFILO                1450

1    and the parties and the Court.  It's not in evidence -- oh, it

2    is in evidence.

3              Your Honor, it's in evidence as Government's 1975

4    so.  We will strike our marking and do it as Government's

5    1975.  We're going to use the one in evidence as 1975.

6              THE COURT:  When was this admitted?  I don't have it

7    on my list.

8              MR. AGNIFILO:  Then I will just offer it as a

9    Defense Exhibit J.

10             THE COURT:  It's in as Defense 1082 unless you have

11   a date.

12             MR. ROLLE:  We have the transcript from last night.

13             MR. AGNIFILO:  We can do it as a defense exhibit --

14             MR. ROLLE:  Judge, it was admitted on the 22nd.

15             THE COURT:  As what exhibit?

16             MR. ROLLE:  On the 22nd it was Government Exhibit

17   1975.

18             THE COURT:  Go ahead, counsel.

19             MR. AGNIFILO:  Should I go forward with it as a

20   Government exhibit, Your Honor?

21             THE COURT:  You can.

22   BY MR. AGNIFILO:

23             (Exhibit published.)

24   Q    You can see Government Exhibit 1975?

25   A    I can see it, yes.

LEISSNER - CROSS - AGNIFILO                1451

1   Q    All right.  And if we go to the second page, there is a

2   document that looks like probably the RFP but I will let you

3   take a look at it.

4   A    (Reviewing.)

5            MR. AGNIFILO:  We're going to have to use the ELMO,

6   Judge, to do this.  This is already in evidence.  It is the

7   second page of 1975, Your Honor.

8   Q    Just tell us what that is, Mr. Leissner .

9   A    That, sir, is the cover page of the actual request for

10  proposal from the TIA in February 2009.

11  Q    All right.  So this is the RFP itself?

12  A    That's the coverage page of the RFP, correct.

13  Q    All right.  We're going to go to Government Exhibit 1528.

14  This is already in evidence.

15           (Exhibit published.)

16  Q    And this is from yourself to -- the top e-mail is from

17  yourself to Roger.  The one below that is from Roger to you,

18  do you see that?

19  A    Yes, sir.

20  Q    Okay.  All right.  And looking at the one from Roger it

21  says, Boss, checked with Jho for TIA meeting.  We need to give

22  comfort that we can principal the Malaysian ringget five

23  billion equivalent guaranteed.  What does that mean?

24  A    Guarantee, yes.

25  Q    What does that mean?

LEISSNER - CROSS - AGNIFILO                1452

1    A    You mean the second part we need to get --

2    Q    What does that mean that we can principal the Malaysian

3    ringget government guaranteed?

4    A    It means that we at Goldman Sachs would be able to buy a

5    bond issued by the TIA here in context in the order of about

6    one and a quarter U.S. billion dollars, 5 billion ringget

7    equivalent with the Government guarantee, with the Government

8    of Malaysia guarantee and if we can principal, that we are

9    wired.

10   Q    Okay.  And wired here means that you can do it, you have

11   the ability to do the deal?

12   A    Excuse me?  Sorry, I don't understand your question.

13   Q    The term wired --

14   A    Yes.

15   Q    -- what does it mean?

16   A    It means we stand a chance to get the mandate.

17   Q    All right.  Looking at -- in evidence it's Government

18   Exhibit 1530.  It's already in evidence.

19             (Exhibit published.)

20   BY MR. AGNIFILO:

21   Q    And we're going to look at the e-mail from Roger to Chan

22   Vee and to you that starts with, Jho called.  Do you see that?

23   A    Yes, sir.

24   Q    It says Jho called me after the JPM/McKinsey pres before

25   Nomura.  Do you see that?

LEISSNER – CROSS – AGNIFILO                    1453

1    A    Yes, sir.

2    Q    What is he saying that?

3    A    That he had received a call from Jho after the

4    presentation that J.P. Morgan and McKinsey, the consulting

5    group, had made as part of this process and before the Nomura

6    presentation both of those parties were competitors of us at

7    Goldman Sachs in the consulting group in winning this mandate.

8    Q    So we basically understand there's two competing teams;

9    you have Goldman Sachs with Boston Consulting Group on the one

10   side and you have J.P. Morgan and McKinsey on the other side,

11   right?

12   A    Yes.  And there were others as well.  There were four of

13   us who were invited.  Nomura was one, McKinsey and J.P. Morgan

14   and I believe UBS was the fourth.

15   Q    Okay.  And then you say in the next one up, We can always

16   break the consortium.  What does that mean?

17   A    It means if there was a preference to select Goldman

18   Sachs as the financial advisor, we were not stuck with the

19   Boston Consulting Group.  We would be happy to work with

20   McKinsey if that was the decision of the committee in terms of

21   preferences of advisors.

22   Q    Okay.  And was there a feeling within the Goldman Sachs

23   team at the time that perhaps McKinsey would be a better

24   partner than Boston Consulting?

25   A    Only in the context here, can I see that we -- that we

SN          RPR          OCR

LEISSNER – CROSS – AGNIFILO                1454

1    were just reacting to the feedback that Roger had received

2    from Jho that actually McKinsey had done a very good job

3    explaining a certain component of the RFP maybe better so than

4    Boston Consulting Group.

5    Q    I understand.

6         MR. AGNIFILO:  The next document is a defense

7    exhibit for identification.  It's Defendant's Exhibit 1077.

8         (Exhibit published to witness only.)

9    Q    You can see that okay?

10   A    Yes, sir.

11   Q    All right.  And this basically is another one of these

12   meeting entries for a meeting with Jho Low from yourself to

13   Roger; correct?

14   A    That's correct.

15        MR. AGNIFILO:  We offer this as 1077.

16        MR. ROLLE:  No objection.

17        THE COURT:  It is admitted.

18        (Defense Exhibit 1077, was received in evidence.)

19   BY MR. AGNIFILO:

20        (Exhibit published.)

21   Q    I know we've gone through a number of these but this is a

22   meeting dated March 19, 2009; correct?

23   A    That's correct.

24   Q    All right and this goes into the Goldman Sachs system;

25   correct?

LEISSNER – CROSS – AGNIFILO                 1455

1    A    Yes, correct.

2    Q    All right.  And it says meeting with Jho Low?

3    A    Yes.

4    Q    CEO of Winston Private Equity Group.  Do you see that?

5    A    Yes.

6    Q    Okay.  Let's go to the next exhibit it's a Government

7    Exhibit that's already in evidence it's 1534.

8              (Exhibit published.)

9    Q    We can all see that.  Let's just look at the top e-mail

10   for the moment.  Do you see that there?

11   A    Yes, I can.

12   Q    Okay.  And this is an e-mail from Vincent Chin?

13   A    Correct.

14   Q    From the Boston Consulting Group; right?

15   A    That's correct.

16   Q    And who were these other people.  Who is Ranu Dayal.  Do

17   you know?

18   A    No, I can't remember.

19   Q    Okay.  And Mariam Jaafar?

20   A    I also can't remember.

21   Q    Okay.  And so it says here -- you mentioned Azlan,

22   another of the King's advisors?

23   A    That's correct.

24   Q    Is that the Azlan that's referenced  here after, dear

25   everyone?

*SN       RPR       OCR*

LEISSNER – CROSS – AGNIFILO                    1456

1    A    Correct.

2    Q    Who was Dato Azlan?

3    A    The CEO of the EPF the Employment Provident fund which

4    was the largest pension fund in Malaysia.

5    Q    Okay.  And it says here -- the person from Boston

6    Consulting Group says, Dear everyone, Dato Azlan just called

7    me with good news, the committee selected us and has attached

8    some conditions and then the first condition says fundraising

9    done in conjunction with local banks, RHB Bank, Islam and

10   Maybank.  The latter two only need a small piece of the

11   action.  He also mentioned that J.P. Morgan may be roped in.

12   Do you see that?

13   A    Yes.

14   Q    The second part is, reduce our fees.  Do you see that?

15   A    Yes.

16   Q    Okay.  So TIA didn't want to pay the full fee?

17   A    That's what I remember as well, yes.

18   Q    Okay.  And do you remember what the fee dispute was, only

19   to the extent that you remember?

20   A    What I remember is that we wanted to charge $2 million

21   and I believe TIA only paid us or wanted to pay us 1 million.

22   Q    All right.  Let's go to the next exhibit.  This is

23   already in evidence as a Government exhibit.  It's 1544.

24        (Exhibit published.)

25   Q    All right.  And look at that sort of big e-mail in the

LEISSNER – CROSS – AGNIFILO                    1457

1    middle and see if we can make that a little bit bigger.  All

2    right.  Do you see that okay?

3    A    Yes, sir.

4    Q    And this is an e-mail from Roger to yourself; correct?

5    A    Yes, sir.

6    Q    It says, Hi Tim.  Have been speaking with Jho and Casey.

7    Casey Tang that would be?

8    A    Yes.

9    Q    In the past 48 hours to get our full fees back.  They're

10   agreeable if we help them deliver Michael Eissner, Jeff Immelt

11   and Bernard Arnault as members of the board of advisors.  Do

12   you see that?

13   A    Yes, sir.

14   Q    All right.  So your understanding is you guys agree on 2

15   million, right -- you and TIA.  The fee is 2 million, right?

16   A    Yes.

17   Q    They only give you 1 million?

18   A    That's what I remember, yes.

19   Q    You circle back and say you want the other million that

20   you said you would pay us, right?

21   A    Yes.

22   Q    And then they circle back and say, we'll give you the

23   money if you can get Michael Eissner, Jeff Immelt and Bernard

24   Arnault on the board of advisors; right?

25   A    That's how I read this as well.

1    Q    So then it says Sheikh Khaldoon Ceo of Mubadala and

2    Sheikh Mohammed  Al Sabah, DPM and Foreign Minister of Kuwait

3    has already agreed and we can capitalize on that.  Do you see

4    that there?

5    A    Yes, sir.

6

7              (Continued on the following page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CROSS-EXAMINATION (Continued)

2    BY MR. AGNIFILO:

3    Q    Okay.  So here, fair to say, that you talked on direct

4    about having this in with Jho Low, right?

5    A    How do you define this "in"?

6    Q    That he was showing you some sort of favoritism.

7    A    Yes.

8    Q    All right.  But when it comes down to fees, you're

9    getting stiffed on the fee to the tune of a million dollars.

10   A    That's right.

11         MR. AGNIFILO:  Okay, the next thing we're going to

12   look at, we're going jump ahead a few months.  This is already

13   a government exhibit.  It's in evidence as Government

14   Exhibit 1545, so we can pull it right up.

15         (Exhibit published.)

16   Q    Now this is a different deal, this is no longer the

17   Terengganu Investment Authority matter, correct?

18   A    I need to look through it.

19   Q    No, no, I'm sorry, take your time.

20         (The witness is reviewing the document.)

21   A    Right.  Yes, that's correct.

22   Q    Okay, this is something that is called "state grid"?

23   A    Well, it's not only the state grid, it's -- it's

24   referencing the trip of the PM, the prime minister, at the

25   time to Beijing during this time frame that's mentioned here,

LEISSNER - CROSS - AGNIFILO                    1460

1    June 2nd and 3rd.

2    Q    Okay.  And do you remember around this time period sort

3    of like government-to-government negotiations between Malaysia

4    and China?

5    A    I remember -- I remember that we were -- Goldman Sachs

6    was part of a discussion whereby the state grid, that you had

7    mentioned, which was an entity under the Chinese government to

8    potentially invest in a dam, a hydro project in Malaysia that

9    involved the government.

10   Q    And the state grid, tell me if this is right, state grid

11   is sort of the government's organization in China that manages

12   electrical power.

13        Does at that sound right?

14   A    Yes.  It managed the electrical grid in China.  So it

15   means the transmission lines.

16        It had generation assets, too, generation assets as

17   well.  But there were many independent generators in China as

18   well.

19        The largest chunk of the asset was actually the grid

20   in China transmitting electricity.

21   Q    And what exactly was Goldman's role going to be in this

22   matter ostensibly between the Chinese government and the

23   government of Malaysia?

24   A    At the time of these discussions here, it wasn't clear to

25   us which role we would play.

LEISSNER - CROSS - AGNIFILO                1461

1     We were the only investment bank as part of these

2  discussions, and we were thinking at the time that we could be

3  on the state grid side, but we could also potentially work on

4  the Malaysian side.

5     So it wasn't clear at this time yet whatever it

6  became, because the project didn't move toward, who our client

7  would be.

8  Q    Okay.  And at the end of the day there was no wall for

9  Goldman Sachs in this matter?

10 A    The project did not move forward, so that's my

11 recollection.

12 Q    All right, next thing, this is already a Government

13 Exhibit.  This is Government Exhibit 1560 in evidence.  It's

14 an email traffic between yourself and Roger from

15 September 26th, 2009.  Looking at the bottom, the bottom

16 email.

17 A    Yes, sir, I can see it.

18          (Exhibit published.)

19 Q    And I think you discussed this on direct examination.

20          You tell Roger:  Let's get one more trade done.

21 Best to be MOF, ministry of finance, trade.  What other ones

22 can we do in October?  Taliworks, KNM, any other one, right?

23 A    Yes, sir.

24 Q    What are you doing there?  What's the purpose of this

25 email that you sent?

LEISSNER - CROSS - AGNIFILO                1462

1    A    I briefly explained last week as well.

2              Towards the end of the year, I was trying to talk to

3    all of my coverage bankers who worked with me in the different

4    countries in Southeast Asia to see what deals they would be

5    able to look in terms of revenues before year end.

6              So this was the last few months for us to get any

7    revenues in for that year 2009.

8    Q    So the email that you sent here to Roger, you sent

9    similar emails to some of your other coverage bankers.  Fair

10   to say?

11   A    I don't know if I sent emails, I would have talked to all

12   of them about the same topic.

13   Q    Okay.  And Roger comes back to you, and just so it's

14   clear, you're trying -- you're trying to round them up and go

15   out and get a deal done.

16             That's what the email says?

17   A    Yes, I was trying to see what deals were doable before

18   year end, yes.

19   Q    And so Roger comes back to you, PFI trade.

20             You tell me what, does he say in that first entry?

21   What is he telling you?

22   A    PFI is the private fund.  The fund initiative is the

23   principling desk that we would like to fund the 1MBD bonds.

24             He's talking about, and I'm not sure of this

25   reference, but he's giving two examples of Malaysian banks

LEISSNER – CROSS – AGNIFILO                    1463

1  with investments in Indonesian banks.

2  Q    So you're telling him, you know, go out and beat the

3  bushes, try and get some deals done, and he's coming back with

4  deal ideas.

5  A    That's correct.

6  Q    And then you write him back:  "Yes, that's the spirit."

7  A    Right.

8  Q    Okay.  And then he writes you:  "Chief, Jinyong called.

9  SGCC CEO wants to meet for breakfast in HK Hong Kong tomorrow

10  at 8:30 for an update on Bakun project.  I am getting there

11  later today."

12       The Bakun project was a dam project?

13  A    That's the hydro power project, yes.

14  Q    The state grid project?

15  A    That's right.

16  Q    Okay.  That's the first one he mentions, the state grid

17  project?

18  A    Correct.

19  Q    So Jinyong are coming together?

20  A    Yes.

21  Q    And then the next one he says:  "Met with Jlo.  He will

22  get us a date for the week of October 19th for presentation to

23  PM.  Saudi Petroleum will set up JV with 1MDB to co-invest a

24  billion dollars, US dollars.  Saudi Petroleum will invest US

25  $2 billion.  This arose from the PM Saudi visit."

LEISSNER – CROSS – AGNIFILO                1464

1           What's he talking about there?

2    A    So he's talking about a conversation that Roger had with

3    Jho.  That, in fact, he was trying to get the date for us, Jho

4    was trying to get a date for us with the prime minister.

5           And he's talking about a specific deal here that Jho

6    told him about, which is to set up a joint venture between

7    1MBD and Saudi Petroleum and how much funding was going into

8    the joint venture.

9    Q    Okay.  So next one we're going to look at is Government

10   Exhibit 1562.

11          I think this is in evidence.  This is Government

12   Exhibit 1562.

13          THE COURT:  It is.

14          MR. AGNIFILO:  All right, 1562, so we can pull it up

15   for the witness and for the jury and for everybody.

16          (Exhibit published.)

17   Q    And you talked about this on direct examination.

18   A    Yes, sir.

19   Q    Okay.  So this is the email where Roger sends to Low and

20   to Hsin Yue Yong, copying you a referral for Low to be a

21   private wealth management client.

22          Do you see that?

23   A    That's correct, yes.

24   Q    Okay.  And the email just says:  "Hsin, as spoken, I

25   would like to refer a client of ours for private wealth

LEISSNER - CROSS - AGNIFILO                    1465

1    management out of Zurich."

2            Do you see that?

3    A    Yes, sir.

4    Q    And then he goes on to say:  "Please feel free to Jho" --

5    probably forgot the word call, but it says -- "to Jho."

6    There's a phone number there.  "For further action.  He will

7    be in Zurich this Friday and leaving tomorrow."

8            Do you see that?

9    A    Yes, sir.

10   Q    Then it says:  "Please, meanwhile, do not hesitate to

11   contact me for or Tim for endorsing reference, if necessary,"

12   correct?

13   A    That's correct, yes.

14   Q    Okay.  So in this email, Roger's not saying anything

15   positive about Low in this email?

16   A    Well, he does, sir.  He's saying that, you know, he and I

17   would give endorsing references, if necessary.

18   Q    Okay.  But I'm just saying, in this email, he's not

19   saying that Low was -- there's no facts being given about Low,

20   positive or negative, in this email.

21           Do you agree with me?

22   A    There are no facts given.  The endorsing part is a

23   positive reference, though.

24           MR. AGNIFILO:  Okay.  Next email, this is in

25   evidence as 1575.

LEISSNER – CROSS – AGNIFILO                1466

1          (Exhibit published.)

2  Q     This is already in evidence, it's an email correspondence

3  between you and Roger.

4  A     Could you make that slightly larger?

5  Q     Yes, sure.

6  A     Yes, sir.

7  Q     And Roger says:  "Just met PM, prime minister, Najib,"

8  correct?

9  A     Yes.

10 Q     "Three children with Jho at his apartment."

11         And you understand that to be Low's apartment,

12 correct?

13 A     That's my understanding, yes.

14 Q     Work on getting them to join GS, right?

15 A     Correct.

16 Q     Goldman Sachs.

17         "Could not talk business.  Meeting him again

18 tomorrow."

19         Do you see that?

20 A     Yes, I do.

21 Q     Okay.  Now at this point in time when you were talking

22 about this email on direct examination, you were saying that

23 Low had a very large apartment on Columbus Circle.

24         Do you remember that?

25 A     Yes, sir.

LEISSNER - CROSS - AGNIFILO                    1467

1   Q    Do you remember that he got that in 2011?

2   A    No, I don't remember.

3   Q    You don't, okay.

4         Do you know what apartment he had in 2009?

5   A    No, I don't.

6   Q    And then you say:  "Sounds good, my friend.  Get them

7   in."

8         You see that?

9   A    Yes.

10  Q    Now you had -- let's go to the first email of this, on

11  this chain on the second page.

12        You had -- you had discussions with Lazard some

13  years after this?

14  A    Correct.

15  Q    About possibly you working with Lazard?

16  A    That's correct, yes.

17  Q    Okay.  When did those discussions start between you and

18  Lazard?

19  A    I don't remember, sir.

20  Q    Were they going on, to your knowledge, in October of

21  2009?

22  A    I really don't remember, I'm sorry.

23  Q    You don't remember, sir.  I just couldn't hear you.

24  A    Yes, sorry, I can't remember.

25        MR. AGNIFILO:  All right.  We're going to go to

LEISSNER - CROSS - AGNIFILO                    1468

1    1579, Government Exhibit 1579.  It is already in evidence.

2              (Exhibit published.)

3    Q    And this is you sending an email to -- is that Ananda

4    Krishnan?

5    A    Yes, that Ananda's email.

6    Q    And you're forwarding Ananda an article about Jho Low,

7    big-spending Malaysian as the mystery man of city club scene.

8              Do you see that?

9    A    Yes, I can see that.

10   Q    Now at this point you had known Ananda Krishnan for,

11   what, about seven years?

12   A    Yes, I think that's accurate.

13   Q    All right.  And he was a fairly prominent person in

14   Malaysia, right?

15   A    He was one of the largest businessmen in Malaysia, that's

16   correct.

17   Q    Okay.  And just tell the jury, just give us a snapshot of

18   Ananda Krishnan?

19   A    Ananda Krishnan was an older gentleman, I think around 75

20   or so, who owned a holding company, investment company called

21   Usaha Tegas.

22             Usaha Tegas held or owned companies that ranged from

23   telecommunications.  So it owned MAXIS, which is kind of like

24   AT&T of America in Malaysia.  It owned Astro that we had

25   talked about before, the pay TV company, the Spectrum of

1    Malaysia.  It owned Tanjong, which later became Project Turin,

2    the power generation -- one of the power generation companies

3    there.  And it owned many other assets.

4            It was probably one of the biggest privately held

5    not government held businesses in Malaysia.

6    Q    Okay.  And so as you said, Ananda Krishnan owned the

7    power assets that were being sold to 1MDB as part of Project

8    Magnolia, that first bond deal?

9    A    It was Project Turin where Usaha Tegas, the holding

10   company I just described, sold those assets to 1MDB.

11   Q    And then Magnolia was the fund raising?

12   A    That's correct.

13   Q    So Turin and Magnolia are different aspects of the same

14   transaction?

15   A    That's correct.

16   Q    And so the party selling the power assets as part of the

17   first deal was a long-time client of yours?

18   A    That's correct.

19   Q    And I think you talked about already, you had worked on

20   the initial public offering for at least two of those

21   companies?

22   A    That's correct, yes.

23   Q    And that's how you got to know Rohana Rozhan, who we

24   talked about this morning?

25   A    That's correct.

LEISSNER - CROSS - AGNIFILO                1470

1    Q    Rohana Rozhan was the CEO and then the CFO of one of

2    Ananda Krishnan's companies, Astro, correct?

3    A    She was first a CFO then the CEO but, yes.

4    Q    Exactly.

5         And so why are you sending this article about Low to

6    your long-time client, Ananda Krishnan?

7    A    I don't remember the circumstances, sir.  From this

8    email, it sounded like we had discussed this article at dinner

9    that Ananda and I had the night before.

10        But I don't remember the circumstances exactly why I

11   sent that to him, other than what I see here.

12   Q    Were you talking to Krishnan about Low as early as

13   November of 2009?

14   A    It does appear like that, yes, sir.

15   Q    Okay.  And did Krishnan have any interest in doing

16   business with Low?

17   A    Not that I recall during that time.

18   Q    Now Krishnan was Malaysian, correct?

19   A    That's correct.

20   Q    And Low was Malaysian?

21   A    Yes.

22   Q    And what you say in that short email to Ananda is:

23   "Attached the article I mentioned at dinner last night."

24        And so you think that you had dinner the previous

25   night with Ananda, correct?

LEISSNER - CROSS - AGNIFILO                    1471

1   A     That's what I surmise from this email, yes.

2   Q     And you and Ananda socialize on a fairly regular basis;

3   fair to say?

4   A     I socialized with him on a number of occasions.  Regular,

5   perhaps not, but on a number of occasions, yes.

6   Q     He had a boat, you went on his boat?

7   A     Yes.

8   Q     A number of times?

9   A     Twice, I believe.

10  Q     Okay.  And he -- and you would meet both in Malaysia and

11  in other places, correct?

12  A     That's correct, yes.

13  Q     And so when you say that it seems like that you were

14  talking to Ananda about Low, as early as November 2009, what

15  do you think you an Ananda were talking about back then?

16  A     That would be speculation now, sir.  I only see this

17  email and the reference to that article.  I don't recall what

18  we were discussing.

19          MR. AGNIFILO:  All right, the next email we're going

20  to look at, it's already in evidence, it's Government

21  Exhibit 1581.

22          (Exhibit published.)

23          MR. AGNIFILO:  All right, and it's from -- make the

24  top email a little bit bigger.

25  Q     Can you read that okay?

LEISSNER - CROSS - AGNIFILO                1472

1    A    Yes, I can now, yes.

2    Q    It's from Low.  It's to Roger, Shahrol Halmi, Casey Tang

3    and yourself, correct?

4    A    That's correct.

5    Q    PM meeting at 5:30.

6    A    Uh-huh.

7    Q    What PM meeting is he talking about here?

8    A    This is the meeting with the prime minister of Malaysia

9    and Lloyd Blankfein that -- that we had set up for the post --

10   I think it was the post around Thanksgiving of 2009.

11   Q    And what was the purpose of that meeting again?

12   A    It was really for a relationship building with the prime

13   minister at the very top of our organization with -- with

14   Lloyd Blankfein.  And also for us to be present as the

15   coverage team for Malaysia.

16   Q    And what Lloyd Blankfein, at the time, he was the top dog

17   in Goldman Sachs, correct?

18   A    He was the chairman and CEO of Goldman Sachs, correct.

19   Q    And he met with Low, correct?

20   A    That's correct.

21   Q    He met with Low on more than just one occasion, right?

22   A    That's also correct.

23   Q    Do you know if I met him on three occasions?

24   A    I believe it was at least two or three times, yes.

25   Q    And so -- and I think you said that Lloyd is briefed

LEISSNER - CROSS - AGNIFILO                    1473

1    typically on meetings when you have meetings with people

2    outside of Goldman Sachs, correct?

3    A    That's correct, yes.

4              MR. AGNIFILO:  All right.  We have seven minutes

5    left, we're going to cover one more thing.  It's already in

6    evidence.  It's Government Exhibit 2435.

7              All right this is in evidence as Government

8    Exhibit 2435.  Sorry about that.

9              (Exhibit published.)

10             MR. AGNIFILO:  We'll try and get that top a little

11   bigger for you.

12             Just go to the top.

13   Q    Okay, can you see that okay?

14   A    Yes, sir.

15   Q    All right.  This is an email from CapitalAdvisors@ymail,

16   which is you, correct?

17   A    That's right.

18   Q    And this is an email address, CapitalAdvisors@ymail, the

19   email address that you created right around the time that you

20   started sending out bribe payments, correct?

21   A    I don't remember the exact timing of when I established

22   that.

23   Q    But we jumped ahead in time because now we're 2014.

24             You see that, right?

25   A    That's correct.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LEISSNER - CROSS - AGNIFILO                    1474

1   Q     And it's to Judy Leissner, correct?

2   A     No, that's -- you say -- this is from my Yahoo to Capital

3   Advisors.

4   Q     No, it's from Capital Advisors --

5   A     No, it's from me to Capital Advisors, sir.

6   Q     All right, I might be using a different one.

7         Okay, let's go to the third page.

8         Hold on.  My third page is different from your third

9   page.

10        MR. ROLLE:  Your Honor, just to clarify, this --

11  what we're looking at on the screen is in evidence as 2434.

12        THE COURT:  2434 is in evidence, as is 2435.

13        MR. ROLLE:  And the Tim Leissner to Capital Advisors

14  is 2434, Judge.

15        THE COURT:  So the document that's on the screen is

16  2435, correct?

17        MR. ROLLE:  Well, it's coded as 2435, but it was

18  replaced and we have both 34 and 35.

19        34, which is on the screen, is Tim Leissner to

20  Capital Advisors.

21        We did admit this version on the screen as 2435,

22  Judge.

23        THE COURT:  You need to clarify with counsel,

24  Mr. Rolle, which version was admitted.

25        The Court only has that Exhibits 2434 and 2435 were

1    admitted.

2          MR. ROLLE:  That's correct, Judge, those are the

3    admitted exhibits.

4          I'm just saying that the version that counsel has on

5    the screen is an older version that wasn't admitted.  But Your

6    Honor's record and the transcript is correct.

7          THE COURT:  Okay, so why don't you give counsel a

8    copy of what was admitted.

9          MR. ROLLE:  Yes.

10          MR. AGNIFILO:  I can do it off the ELMO, that's

11   fine.

12          This is the third page.

13   Q    Okay.  All right.  So you look at that.  Do you see it?

14   A    Okay.

15   Q    This is a conversation between you and Low, correct.

16   A    That's correct.

17   Q    All right.  And the TL part is you, right?

18   A    That's right.

19   Q    And the J part, that's Low, right?

20   A    That's correct.

21   Q    I'm sorry, the J part that's a reference to Jho.

22          And it starts with you saying --

23          THE COURT:  Counsel, pull the mic towards you.  You

24   can pull the one on the table.

25          MR. AGNIFILO:  I feel line an entertainer.

LEISSNER - CROSS - AGNIFILO                1476

1    Q    "By the way, getting you back on the KYC train."

2         Do you see that?

3    A    Yes, sir.

4    Q    Okay.  And what you're saying to Low is you're going and

5    try to get him back into Goldman Sachs as a private wealth

6    management client, right?

7    A    That's correct.

8    Q    Okay.  And then you say:  "We'll push harder once

9    confirmed as chairman of Southeast Asia," right?

10   A    Yes.

11   Q    Okay.  And what you're saying there is once you have the

12   power and the authority and the position to get Low into the

13   bank as a private wealth management client, you're going to do

14   that, you're going to push harder to do that, correct?

15   A    Sorry, sir, I have to disagree with the first start part

16   your state or question.

17        No, I did not have the authority nor any ability to

18   push him as a client.  All I could do then or before is to

19   actually put him into the system, as you described in your

20   first statement.  And the decision was not with me.

21   Q    What you say, I'm just going off your words here on the

22   page:  "We'll push harder once confirmed as chairman Southeast

23   Asia."

24        That's what you said, right?

25   A    That's right.

LEISSNER – CROSS – AGNIFILO                1477

1   Q    Okay.  And Low says:  "Okay."

2          You say:  "Are you back in Asia?"

3          Low says:  "Nope."

4          You say:  "Whenever you are back, I might want to

5   set up a meeting with other people in GS, Goldman Sachs,

6   management, too," right?

7   A    That's right.

8   Q    Who did you have in mind that you are going to set him up

9   with in Goldman Sachs management?

10  A    It comes through further down the line.

11         I wanted Jho to meet with other partners of senior

12  people within the Goldman Sachs Asia team, in particular Hong

13  Kong.

14         I can't remember who in particular I had in mind,

15  but with the senior management leadership of Goldman Sachs in

16  Asia.

17  Q    Okay.  And then he says:  "Okay, sure, which office,"

18  right?

19  A    Correct.

20  Q    And you say:  "HK, Hong Kong, is where we catch the

21  people I want to catch", right?

22  A    That's right.

23  Q    And he says:  "Okay.  Need to clear GS KYC, know your

24  client, clear all other banks," right?  That's what he says?

25  A    That's right, correct.

LEISSNER - CROSS - AGNIFILO                    1478

1  Q    What he is saying to you is, all the other banks are okay

2  dealing with me, I want to clear Goldman Sachs know your

3  customer, right?

4  A    That's my understanding.

5  Q    Okay.  And then he says:  "I think Roger screwed it up

6  and maybe a Swiss chap, too," right?

7  A    Yes.

8  Q    Now the Swiss chap is Morten Meland, right?

9  A    I don't know who he's referring to here, sir.

10 Q    You remember that back when we looked at that email a few

11 emails ago where Roger was talking to Hsin about making him a

12 private wealth client, he wanted to do that in a Switzerland,

13 right?

14 A    That's right, correct.

15 Q    Okay.  Do you recall that the Swiss chap that Low is

16 referring to here is the Goldman Sachs Swiss private wealth

17 management banker whose name is Morten Meland?

18 A    I don't remember Morten, sir.  But I do believe that the

19 reference here is to our Zurich office and our private wealth

20 team there.

21 Q    Okay.  And then Low says:  "Both now no longer at GS.  So

22 you should say they all simply submitted crap," right?

23 A    That's right.

24 Q    Okay.  And you say:  "Yes, they definitely did.  But I

25 will get there," right?

LEISSNER - CROSS - AGNIFILO                1479

1   A     That's right.

2   Q     Okay.

3         And what you're responding to is you know that Roger

4   told people in Goldman at the time that he was cynical of

5   Low's representations, correct?

6   A     No, that's not correct, sir.  Absolutely not.

7   Q     So when Low was saying:  "Now that Roger's out of the

8   bank, you can try again, and you can just say they submitted

9   crap."

10        You don't say, what do you mean they submitted crap?

11  You seem to know exactly what he's saying, right?

12  A     No, sir, it -- as bankers, we don't submit anything on

13  behalf of our client as part of our KYC program.

14        All I'm doing here is trying to pacify Jho, but the

15  fact pattern is that, you know, we as bankers don't submit

16  anything.  The client has to submit it themselves.

17        So this whole conversation is a little pointless and

18  roundabout.  All I'm trying to do is either pacify Jho and

19  say, Look, I will try my best to get you in, but this whole

20  conversation is backwards.  Bankers do not provide the

21  information for the KYC process.

22  Q     You knew Roger said truthful things that tanked the

23  effort to make Jho a private wealth client, which is why you

24  say this?

25  A     Absolutely not, sir.

LEISSNER - CROSS - AGNIFILO                1480

1    Q    If bankers have nothing to do with it, what better way to

2    pacify Low than to say Roger had nothing to do with it.  But

3    you don't say that.  You agree with Low's statement that Roger

4    and Meland submitted crap?

5    A    Again, sir, those two bankers could not submit anything

6    in actual fact.  So there is no point to this discussion

7    because they just couldn't do so.  It just is not possible.

8    Q    Did you see the red flag money laundering report from

9    March of 2010?  Did you see that?

10   A    I don't think we have looked at that so far, sir.

11   Q    You didn't see it at the time, where Roger says that is

12   critical of Low's representation?

13            MR. ROLLE:  Objection.

14            THE COURT:  Sustained.

15   Q    Did you --

16            THE COURT:  We're going to end today.  It's 3 --

17   it's now 3:35, counsel.

18            MR. AGNIFILO:  That's fine.

19            THE COURT:  Ladies and gentlemen of the jury, I'll

20   see you tomorrow at 9:30.

21            Please remember, do not discuss the case.  Do not

22   allow anyone to discuss it with you.

23            Have a great evening.

24            (Jury exits the courtroom.)

25            THE COURT:  You may be seated.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                          1481

1            Counsel, do you want to be heard on your last

2    objection, the last objection?

3            What was the basis for the objection?

4            MR. ROLLE:  Oh, at the end just now?

5            THE COURT:  Yes, with regard to the money laundering

6    report.

7            MR. ROLLE:  Two points.

8            One, the witness said he didn't know what document

9    he was talking about.  And then two, if it's a document

10   recounting Mr. Ng's statement, it would be calling for reading

11   out the hearsay within a document that he also said he hadn't

12   seen.

13           So we objected both to the form, to the substance he

14   was calling for, mainly in light of the witness' prior answer.

15           THE COURT:  That is sustained to form, Mr. Agnifilo.

16           Anything else we need to discuss?

17           MR. AGNIFILO:  Nothing, Your Honor.

18           THE COURT:  Have a good night, everyone.  I'll see

19   you at 9:30.

20           MR. ROLLE:  Thank you, Judge.

21           (Court reporter interrupts for clarification.)

22           THE COURT:  We have already conferred with the

23   government and she now has...

24           MS. GERAGOS:  A passport and a flight, and our

25   understanding is now they are in the process of obtaining, so

PROCEEDINGS                     1482

1    we just wanted to put that on the record.

2              THE COURT:  That's fantastic.  And you already have

3    the safe passage letter from the government.

4              MS. GERAGOS:  Correct.

5              THE COURT:  Great.  That's really good news.

6              All right.  I'll see the parties in the morning.

7              Have a good night.

8

9                         *    *    *    *    *

10             (Proceedings adjourned at 3:40 p.m. to resume on

11   March 2, 2022 at 9:30 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1483

```
 1                    I N D E X

 2   WITNESS                              PAGE

 3   TIMOTHEY LEISSNER

 4   DIRECT EXAMINATION    BY MR. ROLLE      1253

 5   CROSS-EXAMINATION     BY MR. AGNIFILO   1318

 6                    E X H I B I T S

 7   GOVERNMENT              PAGE

 8   2470                    1255

 9   1985                    1260

10   2461                    1273

11   2602                    1292

12   2602-C-2                1297

13   3002                    1311

14   2421                    1314

15   1509                    1413

16   1507                    1415

17   1516                    1435

18   1518                    1441

19

20

21

22

23

24

25
```

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1484

1          E X H I B I T S

2    DEFENSE                    PAGE

3    1002                       1419

4    1004                       1429

5    1005                       1432

6    1079                       1444

7    1080                       1446

8    1078                       1449

9    1077                       1454

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**\* Proceedings MR. AGNIFILO:
[1]**   1398/1
**MR. AGNIFILO: [97]**   1248/9
1248/16 1248/20 1249/18
1249/22 1250/6 1250/10
1250/14 1252/10 1252/14
1255/13 1260/1 1273/22
1292/6 1292/11 1292/19
1297/18 1311/7 1314/6
1318/19 1319/24 1331/1
1334/15 1335/3 1336/11
1336/16 1342/6 1347/14
1348/1 1348/3 1356/24
1362/24 1363/9 1380/17
1380/25 1381/4 1382/17
1385/25 1386/3 1388/5
1388/13 1398/5 1398/7
1399/11 1399/25 1400/3
1400/8 1402/8 1402/15 1406/6
1409/12 1411/23 1412/20
1413/3 1413/8 1415/10
1415/16 1415/20 1416/8
1419/3 1419/7 1428/20
1429/13 1429/19 1432/14
1434/12 1434/22 1439/22
1440/14 1440/17 1440/20
1441/6 1441/25 1444/12
1445/14 1445/25 1447/7
1449/1 1449/24 1450/8
1450/13 1450/19 1451/5
1454/6 1454/15 1459/11
1464/14 1465/24 1467/25
1471/19 1471/23 1473/4
1473/10 1475/10 1475/25
1480/18 1481/17
**MR. ROLLE: [91]**   1248/8
1250/20 1250/25 1251/13
1251/19 1251/25 1252/4
1252/23 1253/15 1254/21
1255/11 1256/3 1256/19
1257/3 1257/7 1258/3 1259/1
1259/24 1262/15 1273/5
1273/19 1274/25 1277/13
1292/4 1292/9 1292/15
1297/16 1309/2 1309/8
1309/18 1310/17 1310/21
1311/5 1311/20 1313/13
1313/25 1314/4 1314/18
1318/14 1318/16 1330/25
1331/23 1333/4 1334/6
1334/13 1342/1 1348/5
1356/21 1356/23 1367/25
1368/2 1371/8 1371/10 1381/6
1383/10 1383/19 1383/23
1383/25 1385/24 1388/8
1388/11 1397/16 1398/13
1400/9 1400/23 1401/3 1401/6
1412/23 1413/5 1415/22
1419/4 1428/7 1429/14
1432/15 1434/24 1441/7
1444/13 1449/2 1450/12
1450/14 1450/16 1454/16
1474/10 1474/13 1474/17
1475/2 1475/9 1480/13 1481/4
1481/7 1481/20

**MS. GERAGOS: [2]**   1481/24
1482/4
**THE COURT: [119]**   1248/2
1248/6 1248/10 1248/18
1248/25 1249/20 1249/25
1250/9 1250/12 1250/18
1250/23 1251/12 1251/17
1251/23 1252/1 1252/7
1252/12 1252/22 1252/24
1253/6 1253/9 1253/14
1255/14 1260/2 1273/23
1292/7 1292/10 1292/20
1297/19 1311/8 1314/7
1318/18 1319/23 1326/19
1331/24 1333/3 1333/22
1334/11 1334/14 1334/16
1335/2 1336/14 1336/17
1342/2 1342/5 1348/6 1356/22
1357/1 1363/7 1368/1 1368/3
1371/9 1371/12 1380/24
1381/7 1382/16 1383/11
1383/20 1383/24 1384/1
1386/2 1388/10 1397/6
1397/13 1397/22 1398/3
1398/6 1398/9 1398/12 1399/3
1399/15 1400/2 1400/5
1400/17 1400/24 1401/4
1401/8 1402/3 1402/6 1403/10
1406/4 1412/21 1413/1 1413/6
1415/23 1419/5 1428/8
1428/24 1429/15 1432/16
1434/25 1440/16 1440/19
1441/8 1444/14 1446/1 1449/3
1450/6 1450/10 1450/15
1450/18 1450/21 1454/17
1464/13 1474/12 1474/15
1474/23 1475/7 1475/23
1480/14 1480/16 1480/19
1480/25 1481/5 1481/15
1481/18 1481/22 1482/2
1482/5
**THE COURTROOM DEPUTY: [1]**
1248/4
**THE JURY: [1]**   1253/8
**THE WITNESS: [3]**   1253/13
1381/3 1403/12

**$**

**$1 [1]**   1428/10
**$10 [3]**   1303/2 1379/25
1388/17
**$10 million [1]**   1379/25
**$10-million [1]**   1388/17
**$2 [2]**   1456/20 1463/25
**$2 billion [1]**   1463/25
**$2.3 [1]**   1258/9
**$2.3 billion [1]**   1258/9
**$20 [1]**   1346/16
**$200 [1]**   1311/18
**$250,000 [1]**   1379/8
**$3 [3]**   1254/14 1256/20
1256/21
**$3 billion [3]**   1254/14
1256/20 1256/21
**$30 [2]**   1322/4 1322/22
**$35 [3]**   1313/12 1317/3

1318/11
**$43,700,000 [1]**   1310/8
**$500 [1]**   1433/4
**$60 [1]**   1445/8

**'**

**'7 [1]**   1395/20
**'97 [1]**   1362/7

**-**

--------------------------------
**-x [2]**   1247/2 1247/8
**-against [1]**   1247/5

**0**

**004 [1]**   1411/25

**1**

**10 [3]**   1341/5 1347/13 1348/4
**10 million [1]**   1379/1
**10 million-dollar [8]**   1380/6
1384/9 1384/12 1384/16
1384/19 1384/23 1385/6
1386/18
**10-year [1]**   1395/22
**1000 [1]**   1440/16
**1002 [2]**   1418/20 1419/6
**1003 [1]**   1427/7
**1004 [3]**   1428/13 1429/13
1429/16
**1005 [2]**   1432/1 1432/17
**1007 [1]**   1439/23
**1077 [3]**   1454/7 1454/15
1454/18
**1078 [3]**   1448/15 1449/1
1449/4
**1079 [4]**   1444/4 1444/5
1444/12 1444/15
**1080 [3]**   1445/15 1445/25
1446/2
**1082 [2]**   1449/25 1450/10
**10th [3]**   1305/3 1337/14
1342/10
**11 [2]**   1316/24 1317/8
**11201 [2]**   1247/15 1247/19
**11:30 [1]**   1251/25
**12 [6]**   1331/25 1340/11
1340/12 1348/18 1388/4
1388/5
**12th [5]**   1345/2 1345/11
1345/12 1359/21 1360/8
**13 [1]**   1318/9
**134 [1]**   1259/15
**135 [1]**   1273/7
**136 [1]**   1297/10
**136A [1]**   1291/23
**14 [2]**   1339/13 1339/23
**14th [1]**   1255/4
**15 [4]**   1332/1 1346/16
1346/19 1431/9
**1502 [2]**   1403/5 1406/1
**1505 [1]**   1409/8
**1507 [3]**   1415/12 1415/21
1415/24
**1509 [2]**   1412/1 1413/7
**1509-004 [1]**   1411/25

## 1

**1511 [1]**   1414/19
**1514 [1]**   1416/10
**1516 [3]**   1434/13 1434/23
 1435/1
**1518 [4]**   1440/15 1440/18
 1440/22 1441/9
**1521 [1]**   1447/8
**1528 [1]**   1451/13
**1530 [2]**   1357/7 1452/18
**1534 [1]**   1455/7
**1544 [1]**   1456/23
**1545 [1]**   1459/14
**1560 [1]**   1461/13
**1562 [3]**   1464/10 1464/12
 1464/14
**1575 [1]**   1465/25
**1579 [2]**   1468/1 1468/1
**1581 [1]**   1471/21
**16 [3]**   1252/16 1252/17
 1331/22
**17 [4]**   1249/12 1298/2
 1314/14 1318/3
**18 [2]**   1270/9 1272/1
**18-CR-538 [2]**   1247/2 1248/5
**18th [1]**   1356/6
**19 [1]**   1454/22
**1975 [6]**   1450/3 1450/5
 1450/5 1450/17 1450/24
 1451/7
**1985 [3]**   1259/16 1259/25
 1260/3
**1997 [1]**   1349/20
**1999 [1]**   1349/21
**19th [1]**   1463/22
**1:45 [1]**   1397/10
**1MBD [2]**   1462/23 1464/7
**1MDB [49]**   1253/19 1254/1
 1254/2 1254/19 1256/14
 1257/14 1257/16 1257/22
 1258/6 1259/3 1259/12
 1259/12 1260/8 1260/10
 1260/25 1261/23 1262/11
 1265/12 1270/25 1279/11
 1279/12 1288/4 1296/2 1296/5
 1301/19 1302/20 1303/13
 1304/14 1305/16 1306/8
 1314/16 1337/24 1338/17
 1338/17 1385/10 1385/12
 1385/22 1386/5 1386/16
 1386/23 1386/25 1387/1
 1388/15 1389/8 1389/13
 1408/14 1463/23 1469/7
 1469/10
**1MDB's [1]**   1258/9
**1st [2]**   1294/3 1305/3

## 2

**20 [8]**   1331/25 1334/16
 1346/19 1355/25 1368/9
 1414/2 1414/4 1414/5
**200 [1]**   1311/17
**2000 [14]**   1348/18 1348/25
 1349/21 1355/25 1356/1
 1358/13 1359/8 1359/21
 1360/8 1362/22 1379/18

 1395/16 1404/8 1417/20
**2001 [9]**   1356/5 1356/6
 1357/19 1358/11 1360/21
 1361/1 1361/3 1364/15 1404/8
**2002 [2]**   1364/17 1364/18
**2003 [9]**   1365/15 1366/12
 1366/14 1367/6 1368/8
 1368/23 1368/24 1369/8
 1369/20
**2004 [3]**   1367/6 1369/1
 1369/8
**2005 [1]**   1395/24
**2006 [2]**   1379/13 1395/20
**2008 [1]**   1403/23
**2009 [28]**   1379/19 1381/22
 1382/7 1389/25 1390/8
 1404/24 1406/16 1409/20
 1413/21 1416/5 1420/25
 1424/1 1434/2 1434/3 1434/9
 1440/6 1443/2 1443/5 1443/17
 1451/10 1454/22 1461/15
 1462/7 1467/4 1467/21
 1470/13 1471/14 1472/10
**2010 [2]**   1405/1 1480/9
**2011 [1]**   1467/1
**2012 [3]**   1316/24 1317/8
 1318/9
**2013 [17]**   1314/14 1315/1
 1317/24 1380/9 1380/11
 1380/14 1380/23 1381/12
 1381/15 1381/18 1381/21
 1383/3 1383/22 1385/17
 1385/22 1386/1 1386/4
**2014 [6]**   1255/4 1256/7
 1373/8 1373/13 1443/10
 1473/23
**2016 [13]**   1248/19 1249/1
 1265/22 1266/2 1278/19
 1296/20 1337/18 1337/20
 1339/2 1339/3 1339/8 1339/13
 1339/23
**2017 [12]**   1248/19 1249/3
 1286/4 1293/18 1294/3 1294/5
 1296/19 1298/2 1340/11
 1340/12 1340/20 1340/22
**2018 [8]**   1305/23 1322/17
 1335/10 1336/7 1336/22
 1337/14 1341/5 1388/4
**2022 [2]**   1247/5 1482/11
**2023 [1]**   1249/12
**22nd [2]**   1450/14 1450/16
**2330 [1]**   1247/23
**23rd [3]**   1356/5 1357/19
 1358/11
**2421 [2]**   1313/14 1314/5
 1314/8
**2434 [4]**   1474/11 1474/12
 1474/14 1474/25
**2435 [7]**   1473/6 1473/8
 1474/12 1474/16 1474/17
 1474/21 1474/25
**2461 [4]**   1273/6 1273/21
 1273/24 1275/7
**2470 [4]**   1248/13 1254/22
 1255/12 1255/15
**24th [1]**   1369/20

## 3

**25 [1]**   1308/22
**25-year [1]**   1313/5
**256 [1]**   1247/19
**2601-C-1 [1]**   1292/16
**2602 [2]**   1292/16 1292/21
**2602-C-1 [2]**   1291/24 1292/5
**2602-C-2 [3]**   1297/11 1297/17
 1297/20
**26th [1]**   1461/15
**27 [4]**   1336/7 1337/18
 1337/20 1339/7
**271 [1]**   1247/15
**2712 [1]**   1247/23
**2978 [1]**   1357/12
**2nd [2]**   1247/19 1460/1

## 3

**3 million [1]**   1380/2
**3,325,942 [1]**   1311/13
**3001 [2]**   1309/3 1331/21
**3002 [3]**   1310/18 1311/5
 1311/9
**31st [1]**   1293/18
**33 [2]**   1336/13 1336/14
**34 [2]**   1474/18 1474/19
**35 [2]**   1318/4 1474/18
**36 [1]**   1388/5
**3:15 [1]**   1342/9
**3:30 [1]**   1397/8
**3:35 [1]**   1480/17
**3:40 [1]**   1482/10
**3rd [1]**   1460/1

## 4

**401 [1]**   1383/25
**45 [1]**   1397/7
**48 [1]**   1457/9
**4H [2]**   1309/17 1310/3
**4th [1]**   1406/13

## 5

**50 [3]**   1329/23 1330/5 1331/4
**538 [2]**   1247/2 1248/5
**5:30 [1]**   1472/5
**5K [1]**   1311/22

## 6

**608 [1]**   1399/2

## 7

**718-613-2330 [1]**   1247/23
**718-804-2712 [1]**   1247/23
**75 [1]**   1468/19
**77 [1]**   1294/7

## 8

**801 [2]**   1249/2 1249/4
**852-2978-1530 [1]**   1357/7
**8:30 [1]**   1463/10

## 9

**9 a.m [1]**   1250/15
**9:30 [5]**   1247/5 1449/8
 1480/20 1481/19 1482/11

**A**

**Aabar [1]**  1295/5
**ABC [1]**  1400/21
**Abdul [1]**  1389/21
**ability [2]**  1452/11 1476/17
**able [17]**  1272/14 1280/11
 1280/17 1298/10 1303/13
 1334/8 1386/14 1392/7 1392/8
 1392/8 1392/9 1392/9 1398/20
 1411/5 1411/9 1452/4 1462/5
**abroad [1]**  1249/9
**absolutely [3]**  1399/4 1479/6
 1479/25
**Abu [7]**  1431/6 1431/8
 1431/15 1431/20 1445/1
 1445/6 1446/23
**abuse [1]**  1389/6
**acceptance [1]**  1402/21
**access [1]**  1345/6
**accordance [1]**  1260/19
**accordingly [1]**  1401/7
**account [3]**  1255/17 1316/7
 1316/12
**accountholder [2]**  1283/4
 1283/5
**accounting [2]**  1317/21
 1317/23
**accounts [1]**  1274/9
**accurate [2]**  1309/14 1468/12
**accused [1]**  1389/5
**achieved [1]**  1303/3
**achievement [1]**  1425/15
**acquire [1]**  1404/18
**acquisitions [1]**  1404/17
**action [3]**  1328/5 1456/11
 1465/6
**actions [1]**  1307/14
**active [3]**  1261/24 1302/16
 1427/18
**activities [3]**  1306/11
 1306/12 1404/16
**activity [10]**  1288/14
 1309/24 1326/17 1327/22
 1328/1 1328/12 1328/18
 1328/24 1329/7 1334/2
**actual [5]**  1278/2 1401/1
 1415/17 1451/9 1480/6
**addition [5]**  1259/8 1280/8
 1365/12 1393/5 1446/17
**address [6]**  1274/3 1274/3
 1274/5 1274/15 1473/18
 1473/19
**ADIA [1]**  1445/7
**ADIC [1]**  1445/7
**adjacent [1]**  1344/4
**adjourned [1]**  1482/10
**admin [1]**  1422/18
**administration [3]**  1300/8
 1302/17 1346/25
**admission [1]**  1397/19
**admit [3]**  1248/22 1348/4
 1474/21
**admitted [30]**  1249/2 1249/3
 1255/14 1260/2 1273/23
 1292/20 1297/19 1311/8
 1314/7 1326/1 1330/22

1412/21 1413/6 1415/23
1419/5 1429/15 1432/16
1434/25 1441/8 1444/14
1446/1 1449/3 1450/6 1450/14
1454/17 1474/24 1475/1
1475/3 1475/5 1475/8
**adopted [2]**  1248/24 1249/1
**advantage [1]**  1431/22
**advice [7]**  1267/17 1267/19
 1267/21 1269/22 1270/14
 1271/18 1409/3
**advise [7]**  1267/22 1397/16
 1404/17 1407/16 1441/23
 1442/19 1442/23
**advised [3]**  1267/23 1433/22
 1446/9
**advising [5]**  1365/18 1407/18
 1410/23 1431/23 1433/10
**advisor [6]**  1407/20 1407/20
 1409/5 1434/5 1448/11
 1453/18
**advisors [19]**  1302/19
 1314/11 1314/12 1407/23
 1407/24 1408/19 1417/9
 1417/12 1420/13 1446/7
 1453/21 1455/22 1457/11
 1457/24 1474/3 1474/4 1474/5
 1474/13 1474/20
**advisory [1]**  1437/22
**affair [6]**  1335/18 1366/16
 1366/25 1367/8 1367/17
 1368/21
**affairs [3]**  1306/21 1366/5
 1366/8
**affirmatively [1]**  1251/21
**affirmed [1]**  1253/3
**afraid [1]**  1290/6
**Afsenah [37]**  1349/14 1349/15
 1349/17 1350/3 1350/12
 1350/19 1352/8 1352/14
 1353/1 1353/1 1353/7 1353/17
 1353/21 1354/10 1354/13
 1354/21 1355/7 1355/13
 1355/16 1356/20 1358/15
 1359/2 1359/19 1359/23
 1360/4 1360/12 1360/18
 1360/20 1361/9 1361/15
 1361/15 1361/20 1362/10
 1362/13 1373/1 1393/16
 1395/16
**Afsenah's [1]**  1353/12
**AFTERNOON [1]**  1401/15
**afterwards [4]**  1254/3
 1300/12 1361/22 1362/6
**AG [2]**  1296/1 1296/2
**agencies [1]**  1439/13
**agent [3]**  1267/7 1337/21
 1344/4
**agent's [1]**  1249/8
**agents [11]**  1319/15 1320/15
 1321/1 1321/20 1323/14
 1324/16 1326/7 1341/14
 1343/18 1344/24 1345/20
**AGNIFILO [48]**  1247/20
 1248/13 1249/7 1251/24
 1252/3 1252/7 1318/18

1319/23 1319/25 1326/20
1331/2 1333/7 1333/23 1334/2
1334/4 1335/2 1335/5 1336/18
1342/3 1342/8 1347/17 1348/7
1397/4 1397/23 1402/7 1406/4
1427/10 1428/9 1428/18
1429/17 1432/18 1435/3
1440/2 1440/16 1440/24
1441/11 1444/7 1444/17
1445/18 1446/4 1447/11
1448/18 1449/6 1450/22
1452/20 1454/19 1481/15
1483/5
**ago [10]**  1269/15 1318/24
 1330/3 1331/21 1368/8 1368/9
 1372/13 1415/3 1431/10
 1478/11
**agree [14]**  1329/15 1331/3
 1335/25 1339/7 1353/24
 1353/25 1363/14 1375/17
 1383/7 1400/11 1443/19
 1457/14 1465/21 1480/3
**agreeable [1]**  1457/19
**agreed [19]**  1249/16 1252/4
 1256/13 1303/6 1310/9
 1310/12 1321/12 1321/15
 1352/10 1353/3 1353/14
 1354/2 1354/3 1354/23
 1361/22 1362/1 1362/6 1362/6
 1458/3
**agreement [14]**  1285/16
 1303/4 1309/6 1309/11 1310/5
 1310/6 1311/1 1312/20
 1312/21 1331/11 1331/17
 1333/12 1333/14 1334/2
**ahead [5]**  1268/19 1319/9
 1450/18 1459/12 1473/23
**aided [1]**  1247/25
**airport [7]**  1266/4 1266/18
 1267/4 1305/4 1337/21
 1339/14 1341/2
**Al [1]**  1458/2
**Alex [1]**  1421/15
**ALIXANDRA [1]**  1247/16
**allow [5]**  1311/25 1346/7
 1399/6 1411/6 1480/22
**allowed [6]**  1281/4 1286/5
 1294/9 1307/17 1307/18
 1328/6
**allowing [1]**  1294/8
**allows [2]**  1248/24 1317/17
**alter [1]**  1372/6
**ambiguity [1]**  1334/9
**AMERICA [5]**  1247/3 1248/5
 1291/21 1323/20 1468/24
**amount [2]**  1283/13 1317/3
**amounting [1]**  1433/3
**amounts [1]**  1445/8
**Ana [1]**  1382/7
**Anand [5]**  1424/5 1425/3
 1425/20 1426/21 1427/14
**Ananda [16]**  1365/5 1365/7
 1468/3 1468/6 1468/10
 1468/18 1468/19 1469/6
 1470/2 1470/6 1470/9 1470/22
 1470/25 1471/2 1471/14

**A**

**Ananda... [1]**   1471/15
**Ananda's [1]**   1468/5
**Andrea [2]**   1422/12 1422/13
**Andy [2]**   1443/23 1443/25
**Angeles [2]**   1297/1 1322/21
**announced [2]**   1296/4 1433/1
**announcing [1]**   1425/14
**annum [2]**   1433/5 1433/7
**anonymized [1]**   1314/12
**answer [12]**   1259/13 1260/8
 1262/1 1334/7 1357/2 1368/4
 1371/11 1376/2 1376/3
 1392/11 1400/19 1481/14
**answered [3]**   1383/19 1383/20
 1385/8
**answers [4]**   1262/11 1307/2
 1307/5 1333/6
**anticipated [1]**   1320/5
**anyway [1]**   1396/19
**apart [1]**   1276/19
**apartment [6]**   1378/1 1379/2
 1466/10 1466/11 1466/23
 1467/4
**apologize [2]**   1386/3 1406/6
**app [1]**   1290/22
**apparent [1]**   1408/12
**appear [4]**   1345/22 1361/16
 1361/17 1470/14
**appearances [2]**   1247/13
 1248/6
**appeared [1]**   1340/23
**appearing [1]**   1340/21
**application [3]**   1249/10
 1250/3 1302/1
**applications [1]**   1250/4
**applied [2]**   1301/17 1353/10
**apply [1]**   1301/15
**appointment [2]**   1425/14
 1427/23
**appreciate [1]**   1333/25
**approach [1]**   1331/23
**approached [1]**   1304/1
**approximate [1]**   1349/19
**April [3]**   1340/11 1340/12
 1340/22
**area [5]**   1279/2 1279/2
 1379/19 1400/6 1436/2
**arguments [2]**   1249/14
 1249/16
**Arnault [2]**   1457/11 1457/24
**arose [1]**   1463/25
**arrange [1]**   1270/12
**arranged [1]**   1342/18
**arranges [1]**   1342/15
**arrest [9]**   1301/10 1307/22
 1337/13 1340/24 1342/19
 1343/20 1343/21 1345/4
 1345/8
**arrested [13]**   1297/9 1300/21
 1305/6 1305/10 1306/1 1320/4
 1321/12 1321/15 1322/6
 1335/10 1337/11 1340/25
 1341/2
**article [13]**   1255/6 1256/5
 1256/8 1257/12 1258/5 1258/6

 1261/8 1261/10 1468/6 1470/5
 1470/8 1470/23 1471/17
**articles [1]**   1259/2
**Asia [41]**   1270/9 1272/1
 1285/8 1285/10 1305/2
 1316/13 1316/23 1365/13
 1365/16 1367/4 1419/12
 1421/2 1421/11 1421/16
 1421/19 1421/21 1422/7
 1422/9 1422/15 1422/18
 1422/20 1422/20 1422/23
 1422/25 1423/5 1423/7
 1423/10 1425/8 1425/8 1425/9
 1425/12 1430/2 1436/3
 1442/10 1444/25 1462/4
 1476/9 1476/23 1477/2
 1477/12 1477/16
**aspect [3]**   1284/20 1291/18
 1340/3
**aspects [5]**   1263/21 1287/1
 1287/1 1300/6 1469/13
**assertion [1]**   1333/10
**assessment [2]**   1324/9
 1324/10
**asset [2]**   1285/19 1460/19
**assets [10]**   1352/13 1352/19
 1410/6 1410/9 1460/16
 1460/16 1469/3 1469/7
 1469/10 1469/16
**assistant [3]**   1247/17
 1335/17 1402/22
**ASSOCIATES [1]**   1247/18
**assume [3]**   1292/7 1412/22
 1435/12
**assumed [1]**   1251/19
**assumption [1]**   1437/6
**assure [1]**   1330/24
**Astro [12]**   1365/12 1365/16
 1365/18 1365/21 1365/23
 1366/18 1366/21 1366/25
 1367/2 1387/6 1468/24 1470/2
**Astro's [1]**   1366/7
**attached [3]**   1256/2 1456/7
 1470/23
**attachment [11]**   1255/5
 1255/20 1273/13 1273/15
 1273/16 1274/25 1313/21
 1313/23 1313/25 1314/2
 1314/19
**attempt [2]**   1398/21 1399/18
**attempting [1]**   1333/15
**attendance [3]**   1278/20
 1279/5 1295/15
**attendees [1]**   1415/18
**attention [3]**   1309/17
 1333/18 1399/14
**Australia [2]**   1379/3 1379/12
**Austria [1]**   1326/25
**authorities [21]**   1276/7
 1276/11 1277/9 1280/19
 1280/21 1280/22 1283/24
 1286/22 1287/10 1288/12
 1290/10 1290/23 1291/21
 1295/1 1296/13 1296/24
 1301/2 1301/4 1304/1 1321/14
 1323/9

**authority [7]**   1420/6 1420/7
 1420/9 1441/21 1459/17
 1476/12 1476/17
**authorized [1]**   1249/4
**available [1]**   1371/16
**Avalon [1]**   1264/2
**Avenue [1]**   1247/19
**aware [6]**   1251/1 1263/18
 1265/7 1367/8 1367/10
 1443/2
**Azlan [7]**   1437/10 1437/12
 1437/22 1455/21 1455/24
 1456/2 1456/6

**B**

**backdoor [1]**   1399/1
**background [2]**   1299/17
 1442/17
**Backing [1]**   1280/20
**backwards [1]**   1479/20
**bad [1]**   1397/2
**badly [2]**   1393/15 1393/17
**bail [1]**   1345/25
**Bakun [2]**   1463/10 1463/12
**balance [1]**   1330/13
**bank [22]**   1263/19 1264/2
 1264/2 1264/22 1274/9
 1278/24 1295/6 1295/8
 1295/11 1419/11 1419/11
 1422/3 1423/22 1425/14
 1438/14 1447/24 1448/3
 1448/11 1456/9 1461/1
 1476/13 1479/8
**banker [11]**   1260/11 1260/12
 1260/20 1295/4 1414/11
 1418/5 1418/7 1423/12 1448/9
 1449/20 1478/17
**bankers [8]**   1414/16 1462/3
 1462/9 1479/12 1479/15
 1479/20 1480/1 1480/5
**banking [34]**   1265/4 1287/1
 1367/21 1404/3 1404/10
 1404/14 1404/15 1404/22
 1404/23 1405/16 1405/24
 1409/25 1411/16 1413/22
 1413/24 1414/7 1417/23
 1419/18 1421/7 1421/14
 1422/5 1422/18 1423/2 1423/9
 1423/15 1423/18 1423/20
 1423/23 1425/11 1430/5
 1430/7 1432/22 1440/6 1445/7
**banks [14]**   1282/20 1283/24
 1306/24 1436/3 1438/13
 1438/16 1438/21 1439/13
 1447/25 1456/9 1462/25
 1463/1 1477/24 1478/1
**banned [1]**   1265/3
**Banque [1]**   1340/17
**bar [2]**   1398/17 1399/1
**bars [1]**   1343/4
**based [3]**   1249/14 1330/13
 1401/5
**basis [9]**   1333/11 1368/1
 1371/9 1371/10 1383/24
 1400/17 1431/18 1471/2
 1481/3

**B**

**BCG [5]**  1433/22 1433/24 1434/1 1446/8 1446/17
**beat [1]**  1463/2
**became [7]**  1325/10 1354/1 1408/12 1421/2 1434/9 1461/6 1469/1
**because [69]**  1251/20 1257/24 1258/24 1262/19 1265/12 1266/14 1267/9 1267/16 1268/3 1270/22 1271/3 1277/19 1279/24 1280/8 1280/14 1283/3 1284/12 1285/8 1288/9 1289/17 1294/21 1296/15 1301/2 1301/12 1301/25 1303/14 1323/17 1324/4 1324/7 1326/17 1328/1 1330/17 1333/14 1341/18 1352/13 1352/19 1360/5 1362/6 1365/1 1367/12 1369/16 1373/10 1373/13 1380/7 1384/5 1384/9 1384/13 1384/16 1384/20 1386/14 1386/18 1386/22 1391/4 1396/22 1397/1 1406/22 1425/15 1425/18 1426/21 1427/15 1427/20 1430/17 1431/1 1439/11 1439/12 1441/13 1461/6 1473/23 1480/7
**becomes [1]**  1312/21
**becoming [1]**  1365/19
**bedroom [1]**  1344/5
**beef [1]**  1446/9
**began [1]**  1333/8
**beginning [6]**  1275/8 1305/7 1323/8 1330/8 1355/9 1449/17
**behalf [6]**  1260/16 1299/16 1355/16 1405/13 1447/5 1479/13
**Beijing [3]**  1268/19 1302/18 1459/25
**belief [3]**  1301/25 1303/11 1439/20
**believable [1]**  1284/13
**below [5]**  1249/15 1293/14 1311/25 1419/20 1451/17
**beneficial [1]**  1280/10
**benefit [2]**  1258/21 1280/6
**Bernard [2]**  1457/11 1457/23
**best [8]**  1321/13 1323/18 1325/18 1328/5 1416/19 1417/15 1461/21 1479/19
**bet [1]**  1290/24
**betrayal [1]**  1304/23
**betrayed [4]**  1304/5 1304/6 1304/10 1304/16
**Beverly [2]**  1322/5 1374/14
**bicycling [1]**  1288/22
**big [10]**  1296/13 1296/13 1364/8 1441/20 1442/8 1442/10 1446/12 1447/3 1456/25 1468/7
**big-spending [1]**  1468/7
**bigger [5]**  1409/12 1447/13 1457/1 1471/24 1473/11

**biggest [4]**  1364/8 1431/15 1447/4 1469/4
**billion [12]**  1254/14 1256/20 1256/21 1258/9 1304/13 1433/8 1445/8 1451/23 1452/6 1452/6 1463/24 1463/25
**Bin [53]**  1271/11 1272/11 1272/18 1272/21 1273/4 1274/16 1275/24 1276/18 1276/19 1277/1 1277/8 1277/15 1278/2 1278/6 1278/20 1279/4 1279/18 1279/19 1279/21 1279/24 1280/9 1282/8 1282/19 1282/22 1283/1 1283/13 1283/18 1284/10 1284/11 1286/12 1286/17 1287/6 1287/13 1288/13 1288/16 1289/24 1290/1 1290/6 1290/16 1290/18 1291/4 1294/22 1297/23 1297/24 1298/11 1298/22 1299/3 1299/10 1299/15 1299/18 1299/22 1299/25 1303/10
**Bin's [2]**  1274/17 1274/17
**binder [2]**  1259/15 1291/23
**birth [3]**  1272/13 1272/13 1275/14
**birthday [1]**  1275/13
**bit [12]**  1281/6 1282/18 1301/3 1403/21 1418/16 1428/19 1428/20 1429/4 1429/20 1447/13 1457/1 1471/24
**BK [1]**  1446/10
**Blackberry [3]**  1285/2 1291/14 1291/17
**Blackstone [2]**  1316/13 1316/23
**blame [1]**  1325/12
**blamed [4]**  1319/17 1319/19 1320/1 1320/3
**Blankfein [3]**  1472/9 1472/14 1472/16
**blind [1]**  1445/22
**blow [1]**  1403/8
**board [5]**  1261/23 1267/13 1379/2 1457/11 1457/24
**boat [2]**  1471/6 1471/6
**body [1]**  1408/22
**bond [17]**  1253/19 1254/1 1256/20 1256/21 1262/11 1262/17 1265/7 1265/11 1265/18 1266/8 1286/25 1287/1 1301/19 1306/9 1314/16 1452/5 1469/8
**bonds [6]**  1254/9 1254/9 1258/17 1300/6 1300/7 1462/23
**bonus [2]**  1428/4 1428/10
**Boon [6]**  1414/8 1419/15 1419/17 1419/25 1430/5 1441/14
**Boon-Kee [6]**  1414/8 1419/15 1419/17 1419/25 1430/5 1441/14

**borders [1]**  1278/11
**boss [3]**  1409/21 1409/23 1451/21
**Boston [9]**  1433/24 1434/6 1436/6 1453/9 1453/19 1453/24 1454/4 1455/14 1456/5
**bottom [14]**  1257/8 1274/14 1274/14 1314/21 1382/2 1382/4 1433/18 1435/4 1441/12 1441/16 1447/12 1449/7 1461/15 1461/15
**bought [13]**  1322/22 1379/5 1379/11 1379/16 1379/22 1380/6 1384/4 1384/8 1384/12 1384/19 1384/22 1386/18 1388/17
**BRAFMAN [1]**  1247/18
**Brazil [7]**  1335/19 1335/22 1336/6 1336/23 1337/3 1337/5 1337/8
**Brazilian [3]**  1335/11 1336/1 1337/1
**breach [1]**  1425/17
**breached [2]**  1426/13 1428/2
**breaches [2]**  1296/5 1312/7
**break [8]**  1251/7 1252/5 1279/12 1331/24 1332/1 1384/2 1397/6 1453/16
**breakfast [1]**  1463/9
**Breedan [1]**  1421/20
**brewery [1]**  1427/4
**bribe [3]**  1338/2 1338/12 1473/20
**bribes [3]**  1306/9 1338/17 1385/10
**brief [3]**  1250/20 1284/11 1284/15
**briefed [5]**  1284/16 1284/17 1295/15 1302/15 1472/25
**briefing [2]**  1250/8 1250/13
**briefly [3]**  1266/7 1331/23 1462/1
**briefs [1]**  1250/15
**bringing [1]**  1443/12
**brings [1]**  1272/6
**BRODIE [1]**  1247/10
**broke [1]**  1335/6
**broker [1]**  1435/8
**Brooklyn [5]**  1247/4 1247/15 1322/19 1344/21 1345/17
**brought [4]**  1338/21 1343/18 1345/17 1443/6
**BSI [2]**  1295/4 1295/6
**building [1]**  1472/12
**bullet [1]**  1261/7
**bullets [1]**  1261/20
**bunch [1]**  1259/13
**Bunzzz [1]**  1293/8
**bushes [1]**  1463/3
**business [28]**  1283/15 1283/15 1285/20 1285/21 1346/25 1406/17 1406/21 1407/16 1407/17 1408/8 1410/10 1411/12 1411/17 1415/3 1415/5 1417/4 1427/4

**B**

business... **[11]** 1427/21
1434/5 1437/25 1438/14
1442/9 1443/6 1443/12
1443/13 1443/21 1466/17
1470/16
businesses **[3]** 1363/22
1363/23 1469/5
businessmen **[1]** 1468/15
busy **[1]** 1418/12
buy **[9]** 1263/19 1379/24
1380/3 1384/15 1386/14
1386/15 1386/20 1386/21
1452/4
buying **[1]** 1385/5

**C**

CAD **[2]** 1294/7 1294/11
Cadaler **[1]** 1434/7
Cadman **[1]** 1247/15
calendar **[1]** 1420/16
California **[3]** 1338/8
1374/12 1374/13
calm **[3]** 1384/25 1385/3
1385/5
calming **[1]** 1385/2
Calvin **[3]** 1435/10 1435/15
1435/18
Cameron **[1]** 1422/6
Campbell **[1]** 1421/20
Campbell-Breedan **[1]** 1421/20
capacity **[2]** 1376/24 1377/6
capital **[29]** 1283/13 1283/22
1289/9 1313/24 1314/11
1314/12 1315/1 1315/5 1316/6
1316/12 1316/17 1317/13
1317/17 1318/2 1404/19
1409/24 1410/25 1421/13
1422/13 1422/15 1422/20
1430/2 1430/4 1444/22 1474/2
1474/4 1474/5 1474/13
1474/20
CapitalAdvisors **[2]** 1473/15
1473/18
capitalization **[1]** 1438/7
capitalize **[1]** 1458/3
capture **[1]** 1317/22
card **[1]** 1301/17
careful **[2]** 1367/9 1368/18
Carlton **[2]** 1403/17 1406/14
case **[11]** 1306/22 1312/11
1324/4 1324/7 1325/17
1331/25 1345/3 1387/11
1397/9 1404/1 1480/21
Casey **[8]** 1416/16 1416/22
1416/25 1417/12 1417/14
1457/6 1457/7 1472/2
cash **[6]** 1313/24 1346/17
1346/18 1346/19 1346/20
1346/20
cash-flow **[1]** 1313/24
Catalyze **[7]** 1253/23 1254/2
1256/23 1258/12 1258/16
1258/17 1262/22
catch **[2]** 1477/20 1477/21
caused **[3]** 1259/11 1296/14

1394/10
Cayman **[2]** 1258/9 1258/23
cc **[1]** 1446/10
CCR **[1]** 1247/22
cell **[1]** 1345/1
Celsius **[12]** 1266/23 1267/1
1268/20 1285/9 1285/10
1310/12 1310/14 1311/3
1311/13 1311/15 1312/24
1346/14
central **[1]** 1338/8
CEO **[8]** 1387/6 1455/4 1456/3
1458/1 1463/9 1470/1 1470/3
1472/18
certain **[11]** 1249/14 1249/16
1261/15 1318/3 1350/6 1350/7
1352/5 1356/1 1357/5 1399/14
1454/3
certainly **[13]** 1254/12
1256/13 1271/7 1308/14
1316/22 1334/11 1349/6
1352/6 1353/14 1396/9
1398/20 1408/10 1449/17
certificate **[12]** 1362/17
1362/18 1363/15 1370/6
1370/15 1370/18 1370/24
1371/5 1372/2 1376/23 1377/6
1377/19
certificates **[1]** 1370/10
cetera **[2]** 1254/16 1254/20
CFO **[7]** 1288/4 1366/4 1366/8
1422/25 1423/7 1470/1 1470/3
chain **[10]** 1383/5 1383/7
1383/12 1383/13 1418/21
1439/23 1441/17 1444/4
1449/24 1467/11
chairman **[4]** 1285/10 1472/18
1476/9 1476/22
challenge **[1]** 1398/19
challenging **[1]** 1370/1
Chan **[31]** 1279/4 1279/18
1314/10 1325/25 1327/14
1330/6 1348/18 1349/2
1358/13 1358/16 1358/21
1359/5 1359/6 1359/20 1360/9
1360/11 1360/11 1363/15
1368/20 1368/24 1369/1
1369/4 1369/15 1369/23
1430/7 1441/14 1441/19
1442/7 1442/18 1446/10
1452/21
chance **[2]** 1304/25 1452/16
change **[5]** 1254/5 1292/13
1296/14 1323/20 1443/11
changed **[7]** 1279/11 1286/2
1331/5 1331/6 1347/10
1372/11 1443/9
changes **[2]** 1374/6 1374/8
changing **[2]** 1371/23 1372/1
chap **[1]** 1478/6 1478/8
1478/15
chapter **[3]** 1323/21 1323/25
1394/14
character **[1]** 1250/2
characters **[1]** 1275/9
charge **[3]** 1366/4 1366/7

1456/20
charged **[1]** 1324/24
chase **[2]** 1411/17 1411/17
chasing **[1]** 1417/24
chat **[1]** 1291/1
chats **[4]** 1380/20 1381/5
1381/12 1381/12 1381/14
check **[2]** 1299/1 1441/20
checked **[2]** 1348/17 1451/21
checking **[1]** 1440/18
Chee **[1]** 1295/5
Chico **[1]** 1444/19
chief **[10]** 1247/10 1365/23
1366/1 1366/4 1366/18 1367/1
1389/18 1389/21 1422/17
1463/8
children **[10]** 1324/11
1327/21 1327/22 1328/1
1328/7 1328/12 1328/18
1328/23 1329/6 1466/10
Chin **[1]** 1455/12
China **[11]** 1266/22 1266/25
1283/15 1290/24 1363/17
1363/22 1460/4 1460/11
1460/14 1460/17 1460/20
Chinese **[10]** 1270/2 1273/16
1275/21 1280/9 1282/3
1290/21 1291/20 1302/14
1460/7 1460/22
choice **[10]** 1323/5 1392/17
1392/25 1393/2 1393/12
1393/20 1393/21 1407/25
1408/2 1408/3
choices **[4]** 1392/17 1392/21
1393/11 1394/12
CHONG **[8]** 1247/6 1414/9
1423/8 1430/7 1441/14
1441/19 1442/7 1446/10
choose **[2]** 1304/17 1392/22
chose **[1]** 1393/6
Chris **[1]** 1303/1
Christie **[1]** 1303/1
chunk **[1]** 1460/19
circle **[5]** 1297/8 1303/23
1457/19 1457/22 1466/23
circulated **[1]** 1270/23
circumstances **[7]** 1299/6
1300/3 1339/21 1353/23
1393/1 1470/7 1470/10
Citibank **[1]** 1436/5
citizen **[2]** 1337/3 1337/5
city **[2]** 1356/4 1468/7
clarification **[1]** 1481/21
clarify **[3]** 1342/7 1474/10
1474/23
Claudia **[1]** 1357/14
clean **[6]** 1324/13 1327/12
1327/17 1328/6 1328/25
1330/8
clear **[12]** 1274/22 1325/11
1398/24 1398/24 1399/20
1416/3 1460/24 1461/5
1462/14 1477/23 1477/24
1478/2
client **[16]** 1365/21 1366/7
1425/12 1461/6 1464/21

**C**

**client... [11]** 1464/25 1469/17 1470/6 1476/6 1476/13 1476/18 1477/24 1478/12 1479/13 1479/16 1479/23
**clients [5]** 1405/10 1405/12 1405/19 1418/1 1418/10
**close [12]** 1252/12 1262/21 1263/3 1288/4 1288/5 1302/19 1303/17 1304/3 1304/16 1323/23 1386/7 1397/14
**closed [1]** 1317/2
**closest [1]** 1396/12
**closing [4]** 1249/17 1249/23 1301/11 1317/1
**club [1]** 1468/7
**Clyde [1]** 1442/7
**co [6]** 1285/10 1419/12 1421/1 1421/7 1421/14 1463/23
**co-chairman [1]** 1285/10
**co-head [1]** 1421/14
**co-heads [1]** 1421/7
**co-invest [1]** 1463/23
**co-president [2]** 1419/12 1421/1
**coconspirator [2]** 1248/22 1248/22
**coded [1]** 1474/17
**coerced [2]** 1320/23 1320/24
**collateral [1]** 1398/17
**colleague [1]** 1287/8
**colleagues [1]** 1285/11
**Columbus [1]** 1466/23
**column [2]** 1257/7 1316/8
**comfort [7]** 1277/8 1279/15 1279/25 1283/24 1283/25 1287/16 1451/22
**comfortable [7]** 1256/15 1258/2 1280/1 1303/12 1392/14 1392/15 1392/16
**coming [11]** 1277/9 1306/13 1317/17 1322/2 1323/20 1326/24 1326/25 1380/12 1381/18 1463/3 1463/19
**comitting [1]** 1324/20
**commercial [2]** 1322/8 1322/10
**committed [4]** 1301/19 1308/6 1308/18 1325/17
**committee [2]** 1453/20 1456/7
**committing [1]** 1263/4
**commodities [1]** 1405/12
**commodity [4]** 1410/19 1411/3 1411/9 1420/12
**commodity-linked [1]** 1420/12
**common [2]** 1285/9 1341/17
**communicate [7]** 1265/20 1290/12 1290/13 1290/18 1291/4 1300/1 1425/18
**communicated [3]** 1263/1 1284/25 1294/21
**communicating [9]** 1284/23 1285/4 1286/1 1290/2 1290/8 1291/6 1299/19 1345/7

1345/11
**communication [5]** 1289/15 1290/22 1291/12 1336/3 1345/9
**communications [5]** 1261/22 1299/18 1339/8 1383/4 1427/19
**community [1]** 1427/21
**companies [8]** 1274/8 1365/10 1404/18 1447/4 1468/22 1469/2 1469/21 1470/2
**company [21]** 1265/13 1266/23 1267/1 1291/20 1310/15 1316/17 1317/6 1364/16 1364/22 1364/25 1365/1 1365/4 1365/4 1365/12 1365/19 1366/2 1442/4 1468/20 1468/20 1468/25 1469/10
**company's [1]** 1366/5
**compete [1]** 1438/16
**competing [1]** 1453/8
**competition [2]** 1435/25 1436/3
**competitors [3]** 1436/2 1436/7 1453/6
**complete [1]** 1309/13
**complex [2]** 1411/6 1411/10
**component [2]** 1430/18 1454/3
**components [1]** 1404/21
**comprised [1]** 1299/23
**computer [1]** 1247/25
**computer-aided [1]** 1247/25
**concern [10]** 1249/23 1268/22 1279/10 1283/6 1289/17 1289/20 1290/6 1296/9 1296/14 1333/5
**concerned [14]** 1257/18 1258/14 1262/19 1269/18 1277/15 1277/19 1286/14 1287/10 1287/18 1288/11 1300/16 1300/19 1304/8 1334/7
**concerning [3]** 1248/21 1257/15 1258/24
**concerns [7]** 1265/21 1271/1 1277/22 1279/13 1288/10 1294/23 1300/24
**conclude [1]** 1284/9
**condition [1]** 1456/8
**conditions [2]** 1363/4 1456/8
**conduct [3]** 1265/21 1327/14 1334/5
**conference [7]** 1250/7 1278/22 1278/24 1279/3 1320/10 1320/14 1321/22
**conferred [2]** 1397/17 1481/22
**confidant [1]** 1288/5
**confident [1]** 1303/12
**confidential [3]** 1307/20 1310/1 1426/23
**confinement [1]** 1322/2
**confirmed [4]** 1288/12 1300/10 1476/9 1476/22
**confirming [2]** 1282/8

1289/23
**confronted [2]** 1349/4 1349/6
**confusion [1]** 1292/12
**conjunction [1]** 1456/9
**connect [1]** 1266/25
**connected [2]** 1430/12 1437/8
**connection [10]** 1257/14 1295/8 1356/20 1358/7 1361/16 1362/16 1365/7 1376/24 1427/4 1435/19
**Conrad [1]** 1286/20
**conscious [4]** 1325/18 1392/16 1392/21 1393/10
**consent [5]** 1311/1 1311/1 1311/10 1311/11 1350/23
**consented [2]** 1311/16 1353/3
**consents [1]** 1355/17
**consequence [1]** 1394/7
**consequences [2]** 1264/24 1265/2
**consortium [1]** 1453/16
**conspiracies [1]** 1305/16
**consult [1]** 1271/6
**consultant [1]** 1433/19
**consulted [1]** 1271/1
**consulting [10]** 1433/24 1434/6 1453/4 1453/7 1453/9 1453/19 1453/24 1454/4 1455/14 1456/6
**contact [5]** 1267/24 1308/2 1427/14 1449/18 1465/11
**contacts [1]** 1436/21
**contain [1]** 1400/19
**context [4]** 1431/4 1452/5 1453/25
**continuation [3]** 1256/10 1412/17 1432/2
**continue [11]** 1253/11 1254/1 1262/16 1265/6 1268/12 1272/3 1285/7 1300/24 1335/2 1397/1 1402/7
**continued [36]** 1253/16 1253/22 1254/3 1254/18 1257/5 1259/2 1262/18 1263/4 1263/7 1263/12 1263/24 1266/15 1277/19 1279/10 1280/5 1281/16 1282/1 1285/20 1296/9 1299/15 1304/18 1315/8 1316/1 1332/5 1334/20 1335/4 1351/3 1352/1 1387/15 1388/1 1401/11 1402/9 1424/7 1425/1 1458/7 1459/1
**continuing [2]** 1279/11 1418/21
**continuous [1]** 1280/3
**contract [2]** 1376/24 1377/6
**control [7]** 1259/11 1260/7 1260/17 1262/14 1442/13 1442/15 1442/15
**convenience [1]** 1252/16
**convenient [1]** 1252/19
**conversation [27]** 1252/2 1264/19 1272/12 1282/5 1282/25 1283/1 1299/9 1302/8 1304/18 1305/4 1336/25

**C**

**conversation... [16]**  1337/7 1338/3 1338/20 1367/3 1367/5 1367/22 1368/5 1368/9 1368/13 1368/17 1382/10 1400/13 1464/2 1475/15 1479/17 1479/20

**conversations [6]**  1269/8 1352/25 1369/11 1369/14 1398/21 1408/11

**convert [1]**  1391/2

**converted [11]**  1369/17 1369/20 1389/25 1390/5 1390/15 1390/17 1390/19 1390/25 1391/4 1391/11 1396/1

**converting [1]**  1369/23

**cooperate [6]**  1305/12 1305/13 1306/16 1309/14 1321/12 1335/7

**cooperation [22]**  1304/19 1305/5 1306/5 1307/10 1307/18 1307/19 1307/20 1307/22 1308/2 1308/5 1309/6 1309/15 1310/1 1310/5 1312/20 1312/21 1318/25 1331/10 1331/17 1333/12 1333/14 1334/1

**cooperator [1]**  1331/15

**copied [5]**  1418/21 1419/1 1419/15 1421/22 1432/10

**copies [2]**  1249/8 1444/10

**copy [8]**  1251/4 1251/12 1251/13 1251/14 1261/7 1274/22 1428/23 1475/8

**copying [7]**  1409/18 1429/8 1432/22 1445/22 1445/22 1447/15 1464/20

**corner [1]**  1256/4

**corporate [2]**  1260/15 1421/16

**corporates [1]**  1404/15

**corporation [1]**  1347/7

**correct [388]**

**correspondence [3]**  1402/12 1448/21 1466/2

**council [6]**  1407/24 1408/22 1409/4 1437/9 1437/11 1437/24

**counsel [25]**  1250/21 1251/8 1252/23 1277/20 1300/25 1333/18 1363/8 1368/1 1380/24 1382/16 1383/24 1386/2 1398/20 1400/10 1400/12 1400/20 1400/25 1401/4 1450/18 1474/23 1475/4 1475/7 1475/23 1480/17 1481/1

**countries [2]**  1352/15 1462/4

**country [8]**  1255/9 1258/22 1286/5 1286/7 1286/19 1294/25 1337/13 1411/1

**couple [4]**  1344/18 1345/17 1350/14 1423/13

**course [22]**  1254/8 1257/17 1258/18 1265/12 1268/24

1269/16 1269/23 1280/25 1285/24 1286/13 1287/8 1287/18 1300/2 1300/19 1306/22 1313/9 1318/19 1325/2 1325/19 1328/5 1330/5 1331/3

**Courthouse [1]**  1247/3

**courtroom [6]**  1250/24 1252/2 1253/5 1397/11 1402/5 1480/24

**courts [2]**  1371/7 1371/15

**cover [9]**  1261/17 1283/10 1283/10 1283/16 1284/18 1284/20 1300/13 1451/9 1473/5

**coverage [14]**  1253/19 1254/5 1254/13 1254/18 1256/13 1262/23 1414/11 1423/10 1425/12 1449/20 1451/12 1462/3 1462/9 1472/15

**covered [2]**  1254/7 1404/12

**CR [2]**  1247/2 1248/5

**crap [4]**  1478/22 1479/9 1479/10 1480/4

**crazy [2]**  1381/23 1382/7

**create [2]**  1283/19 1284/1

**created [5]**  1272/18 1277/22 1375/17 1439/8 1473/19

**creating [7]**  1284/7 1375/11 1376/23 1403/25 1406/18 1406/23 1407/12

**creation [1]**  1409/2

**Credit [2]**  1436/4 1436/6

**crime [5]**  1301/19 1324/16 1324/20 1324/25 1325/2

**crimes [7]**  1263/5 1308/6 1308/12 1308/18 1313/1 1320/7 1325/17

**criminal [14]**  1247/9 1248/4 1263/21 1265/18 1297/6 1306/12 1309/24 1326/17 1327/22 1328/1 1328/12 1328/18 1328/24 1329/7

**critical [4]**  1255/10 1261/14 1261/16 1480/12

**criticism [2]**  1254/8 1254/19

**criticizing [1]**  1254/12

**Cromwell [2]**  1340/15 1340/20

**cross [14]**  1251/6 1251/18 1251/22 1318/18 1318/20 1333/23 1333/24 1334/5 1335/4 1351/4 1387/16 1402/9 1424/8 1458/8

**cross-examination [12]**  1251/6 1251/18 1251/22 1318/20 1333/23 1334/5 1335/4 1351/4 1387/16 1402/9 1424/8 1458/8

**Crown [1]**  1444/25

**CSFB [1]**  1436/6

**CSR [1]**  1247/22

**culture [1]**  1271/25

**custody [1]**  1294/23

**customer [1]**  1478/3

**Customs [1]**  1342/9

**cycle [1]**  1276/9

**cynical [1]**  1479/4

**Cyrus [1]**  1430/3

**D**

**D.C [7]**  1341/3 1341/7 1343/9 1343/12 1343/14 1343/17 1345/10

**Daily [2]**  1255/22 1255/24

**dam [2]**  1460/8 1463/12

**Dan [6]**  1260/6 1260/11 1260/12 1421/12 1430/7 1430/8

**DANELCZYK [1]**  1247/22

**date [19]**  1255/3 1272/13 1293/14 1293/17 1294/2 1298/1 1314/14 1316/23 1318/8 1340/18 1349/19 1354/1 1357/18 1369/22 1447/18 1450/11 1463/22 1464/3 1464/4

**dated [4]**  1356/4 1358/11 1416/5 1454/22

**dates [2]**  1356/9 1447/21

**dating [1]**  1349/5 1349/10

**Dato [3]**  1447/23 1456/2 1456/6

**Dato' [1]**  1448/3

**David [5]**  1419/24 1419/25 1420/22 1420/24 1420/25

**Dayal [1]**  1455/16

**deal [14]**  1318/25 1319/4 1333/22 1384/20 1394/4 1396/11 1408/8 1452/11 1459/16 1462/15 1463/4 1464/5 1469/8 1469/17

**dealing [2]**  1409/1 1478/2

**dealings [1]**  1449/21

**deals [14]**  1259/4 1262/8 1285/20 1285/21 1337/25 1364/8 1364/8 1364/12 1404/15 1405/10 1415/2 1462/4 1462/17 1463/3

**dear [5]**  1274/21 1382/21 1425/4 1455/24 1456/6

**debt [4]**  1404/19 1409/24 1422/20 1430/4

**December [11]**  1314/14 1315/1 1317/24 1348/18 1348/25 1358/13 1359/7 1359/20 1359/21 1360/8 1362/21

**December 12th [2]**  1359/21 1360/8

**decent [1]**  1397/5

**decide [3]**  1305/10 1308/23 1355/4

**decided [5]**  1305/12 1323/24 1324/5 1328/4 1335/7

**decides [1]**  1312/16

**decision [17]**  1321/13 1321/17 1321/19 1321/21 1323/19 1323/25 1324/1 1324/2 1325/18 1326/6 1408/23 1408/24 1408/25 1409/4 1440/6 1453/20 1476/20

**decisions [2]**  1393/11

**D**

**decisions... [1]** 1408/13
**declaration [1]** 1248/23
**decrease [1]** 1428/10
**decreased [1]** 1428/4
**decree [4]** 1356/3 1356/19
 1357/13 1357/22
**deep [1]** 1325/9
**Dees [3]** 1421/12 1430/8
 1430/8
**defendant [52]** 1247/7
 1247/18 1249/4 1256/8 1258/6
 1262/7 1262/9 1262/16
 1262/24 1263/7 1263/9
 1263/22 1265/20 1266/11
 1267/2 1268/15 1269/8
 1269/11 1269/20 1270/20
 1271/5 1271/22 1272/21
 1274/1 1274/4 1275/15
 1276/19 1277/1 1277/4
 1277/15 1277/18 1279/4
 1283/8 1283/18 1284/10
 1284/24 1286/1 1286/10
 1287/14 1287/25 1288/19
 1289/2 1290/2 1295/11 1297/4
 1299/4 1299/11 1299/20
 1299/24 1309/13 1313/10
 1318/12
**defendant's [15]** 1255/17
 1256/16 1257/12 1271/13
 1272/9 1289/5 1289/13
 1294/19 1296/7 1300/17
 1302/6 1318/6 1336/12
 1448/14 1454/7
**defense [17]** 1249/13 1251/2
 1251/8 1252/17 1419/6
 1429/16 1432/1 1432/17
 1444/15 1446/2 1449/4 1450/9
 1450/10 1450/13 1454/6
 1454/18 1484/2
**define [1]** 1459/5
**definitely [3]** 1289/6
 1384/24 1478/24
**definition [5]** 1443/2 1443/5
 1443/9 1443/9 1443/22
**definitions [1]** 1443/18
**degree [3]** 1347/23 1348/9
 1348/11
**delay [3]** 1251/5 1259/9
 1259/10
**deliver [1]** 1457/10
**demand [1]** 1294/10
**denied [1]** 1301/25
**Denmark [1]** 1326/25
**denying [2]** 1249/9 1250/2
**Department [4]** 1297/2
 1339/19 1339/23 1340/7
**departure [2]** 1256/6 1256/17
**deported [1]** 1302/3
**deposit [1]** 1314/21
**deputy [1]** 1288/4
**describe [6]** 1275/8 1320/9
 1321/10 1325/8 1377/21
 1378/1
**described [12]** 1288/16
 1295/14 1303/16 1304/12

1311/22 1421/4 1422/3
 1427/24 1442/14 1446/22
 1469/10 1476/19
**describes [1]** 1411/10
**description [1]** 1276/2
**desk [1]** 1462/23
**destinations [1]** 1317/13
**detail [4]** 1280/14 1280/24
 1330/24 1359/3
**detailed [2]** 1260/20 1281/11
**detailed-oriented [1]**
 1260/20
**details [5]** 1263/14 1280/18
 1281/7 1306/8 1415/2
**detained [7]** 1286/4 1286/10
 1286/13 1288/1 1296/12
 1297/4 1297/9
**detention [5]** 1289/13
 1294/14 1294/19 1296/7
 1299/4
**determine [2]** 1371/19 1381/7
**development [1]** 1442/3
**devices [1]** 1345/9
**dew [4]** 1291/2 1291/4
 1297/23 1297/24
**Dhabi [7]** 1431/6 1431/8
 1431/16 1431/20 1445/1
 1445/6 1446/23
**dialogue [2]** 1280/3 1427/18
**dialogues [1]** 1302/16
**difference [3]** 1281/2 1281/6
 1288/24
**different [20]** 1274/6
 1274/15 1275/24 1352/15
 1391/20 1393/1 1393/5
 1404/13 1407/6 1410/4 1415/3
 1417/6 1419/21 1425/7
 1443/23 1459/16 1462/3
 1469/13 1474/6 1474/8
**differently [3]** 1261/4
 1350/9 1388/13
**difficult [1]** 1277/11
**dining [3]** 1279/2 1302/15
 1378/9
**dinner [4]** 1447/22 1470/8
 1470/23 1470/24
**direct [15]** 1253/16 1281/17
 1309/17 1315/9 1337/16
 1364/4 1377/20 1389/16
 1399/14 1403/20 1416/15
 1459/3 1461/19 1464/17
 1466/22
**directed [6]** 1268/5 1307/9
 1308/2 1325/25 1326/4 1329/1
**directing [3]** 1307/14 1329/3
 1443/21
**direction [1]** 1315/3
**directions [1]** 1326/14
**directly [9]** 1285/5 1286/1
 1286/8 1286/21 1290/3 1297/6
 1299/11 1299/19 1408/20
**director [2]** 1348/23 1419/18
**disagree [1]** 1476/15
**disclose [4]** 1266/10 1301/22
 1349/7 1349/8
**disclosed [3]** 1303/2 1303/22

1349/9
**discuss [19]** 1251/23 1256/8
 1263/14 1268/21 1277/4
 1277/6 1283/8 1285/20
 1303/10 1331/25 1376/16
 1376/17 1384/2 1397/9
 1397/15 1397/23 1480/21
 1480/22 1481/16
**discussed [14]** 1248/14
 1260/5 1263/16 1263/17
 1269/15 1283/19 1300/3
 1358/2 1359/3 1408/12 1430/1
 1430/8 1461/19 1470/8
**discussing [2]** 1429/11
 1471/18
**discussion [15]** 1263/20
 1264/21 1268/18 1277/7
 1282/19 1282/22 1284/17
 1285/18 1287/21 1299/22
 1300/10 1360/15 1361/12
 1460/6 1480/6
**discussions [13]** 1262/16
 1263/11 1269/6 1270/24
 1270/24 1281/11 1290/1
 1295/5 1319/10 1460/24
 1461/2 1467/12 1467/17
**dispute [1]** 1456/18
**dissertation [2]** 1347/5
 1347/6
**dissolution [1]** 1357/23
**distance [1]** 1332/1
**distinct [1]** 1276/1
**distinction [1]** 1304/2
**district [5]** 1247/1 1247/1
 1247/10 1247/14 1338/8
**divest [1]** 1404/18
**division [7]** 1404/5 1405/1
 1405/5 1405/10 1405/22
 1417/23 1423/15
**divisions [1]** 1404/13
**divorce [86]** 1349/17 1350/6
 1350/8 1350/22 1352/4 1352/9
 1352/12 1352/12 1352/17
 1352/18 1352/21 1352/23
 1353/2 1353/5 1353/7 1353/12
 1353/18 1354/2 1354/4 1354/6
 1354/8 1354/12 1354/15
 1354/21 1355/1 1355/4 1355/7
 1355/17 1355/17 1355/21
 1355/23 1355/24 1356/5
 1356/20 1357/13 1358/8
 1359/3 1359/4 1359/11
 1359/12 1359/23 1360/13
 1360/16 1360/16 1360/21
 1360/22 1360/22 1360/23
 1360/25 1361/5 1361/13
 1361/16 1361/20 1361/23
 1362/4 1362/8 1362/9 1362/13
 1362/14 1369/16 1370/6
 1370/9 1370/14 1370/18
 1370/24 1371/5 1372/2
 1372/24 1373/3 1373/7 1373/9
 1373/16 1374/11 1374/18
 1374/23 1375/11 1375/17
 1375/22 1376/5 1376/8
 1376/11 1376/13 1377/11

**D**

**divorce... [3]**   1377/12
 1378/10 1378/14
**divorced [12]**   1349/13 1361/8
 1361/8 1362/3 1362/10
 1362/21 1363/12 1370/2
 1370/4 1375/12 1381/22
 1382/6
**divorces [1]**   1352/14
**divorcing [2]**   1353/22
 1355/13
**doable [1]**   1462/17
**Dock [1]**   1248/5
**doctor [1]**   1371/22
**doctorate [5]**   1346/25 1347/4
 1347/8 1347/23 1348/9
**document [88]**   1273/9 1273/20
 1275/8 1276/13 1276/20
 1276/21 1276/23 1277/2
 1284/7 1292/2 1292/17
 1297/12 1310/25 1313/15
 1336/9 1356/13 1357/6
 1357/18 1357/20 1357/22
 1358/1 1371/23 1372/6
 1372/16 1372/25 1373/1
 1373/4 1373/5 1373/7 1373/9
 1373/16 1373/22 1374/1
 1374/3 1374/11 1374/19
 1374/23 1375/2 1375/5
 1375/12 1375/17 1375/22
 1375/24 1376/5 1376/9
 1376/11 1377/8 1377/16
 1377/17 1380/19 1381/2
 1381/9 1382/18 1389/11
 1389/12 1399/5 1399/7 1399/9
 1399/16 1399/17 1399/19
 1399/20 1399/21 1399/22
 1400/4 1400/5 1400/6 1400/10
 1400/16 1401/1 1412/7
 1412/24 1413/1 1413/3
 1415/18 1438/6 1438/10
 1438/16 1438/18 1438/22
 1438/25 1451/2 1454/6
 1459/20 1474/15 1481/8
 1481/9 1481/11
**documentation [1]**   1283/23
**documents [28]**   1252/8
 1283/19 1283/20 1283/21
 1284/1 1306/14 1328/2
 1353/16 1353/21 1355/10
 1355/16 1355/18 1355/20
 1361/18 1371/15 1371/17
 1371/19 1372/11 1376/13
 1377/11 1377/12 1377/13
 1378/10 1378/15 1397/15
 1397/17 1397/21 1438/11
**dog [1]**   1472/16
**DOJ [1]**   1303/4
**dollar [8]**   1380/6 1384/9
 1384/12 1384/16 1384/19
 1384/23 1385/6 1386/18
**dollars [6]**   1285/18 1304/13
 1452/6 1459/9 1463/24
 1463/24
**Domingo [2]**   1356/4 1357/14
**Dominican [36]**   1350/10

 1350/12 1350/14 1350/17
 1350/19 1350/21 1352/3
 1352/7 1352/9 1352/23 1353/2
 1353/8 1353/11 1353/18
 1353/22 1354/14 1354/15
 1354/20 1355/5 1355/8
 1355/11 1355/14 1355/21
 1355/24 1356/4 1356/19
 1357/15 1358/8 1360/23
 1360/25 1361/14 1361/20
 1361/23 1362/4 1362/13
 1362/14
**done [42]**   1264/10 1264/13
 1268/24 1268/25 1269/16
 1270/7 1272/1 1272/4 1304/21
 1306/13 1323/22 1324/6
 1324/12 1324/12 1324/14
 1325/13 1325/16 1325/22
 1326/5 1326/8 1327/6 1327/19
 1327/20 1328/8 1328/17
 1330/22 1331/11 1333/9
 1353/5 1363/10 1372/18
 1387/4 1389/3 1389/10
 1398/16 1398/23 1433/21
 1454/2 1456/9 1461/20
 1462/15 1463/3
**door [2]**   1252/12 1397/14
**doorbell [1]**   1378/4
**Douglas [1]**   1421/17
**down [25]**   1257/3 1258/3
 1259/1 1262/15 1272/2
 1275/20 1277/13 1296/22
 1299/16 1305/17 1311/20
 1363/3 1382/13 1382/21
 1384/25 1385/2 1385/3 1385/5
 1397/12 1406/4 1411/17
 1413/1 1417/24 1459/8
 1477/10
**DPM [1]**   1458/2
**draft [1]**   1438/19
**drafted [4]**   1438/12 1438/23
 1438/23 1438/24
**drafting [3]**   1438/5 1438/15
 1438/17
**drafts [1]**   1446/7
**drawn [1]**   1445/9
**DREW [1]**   1247/16
**drink [2]**   1267/1 1310/15
**drive [1]**   1345/20
**driven [1]**   1344/24
**drove [1]**   1345/21
**Dubai [2]**   1430/14 1431/18
**Dulles [2]**   1341/2 1341/5
**duly [1]**   1253/3
**DX [10]**   1347/13 1348/4
 1418/20 1427/7 1428/13
 1439/23 1444/4 1444/12
 1445/15 1449/25
**DX-10 [2]**   1347/13 1348/4
**DX1001 [1]**   1362/25
**DX1150 [1]**   1380/18
**DX1501 [1]**   1402/14
**DX2800 [1]**   1377/3
**DX31 [1]**   1356/11

**E**

**e-mail [70]**   1313/17 1314/9
 1314/11 1314/12 1398/22
 1403/23 1410/5 1411/13
 1411/20 1412/15 1413/9
 1414/21 1414/23 1415/2
 1416/13 1416/17 1418/20
 1418/23 1419/1 1419/8
 1419/14 1419/15 1419/20
 1420/21 1426/4 1427/11
 1427/12 1428/12 1428/15
 1429/2 1429/8 1429/19 1431/9
 1431/25 1432/1 1432/3 1432/5
 1432/19 1433/15 1434/12
 1434/19 1434/19 1435/4
 1440/25 1441/2 1441/13
 1441/14 1441/15 1441/16
 1441/19 1442/6 1442/9
 1442/18 1444/3 1444/8 1444/9
 1444/18 1445/14 1445/21
 1447/7 1447/12 1448/21
 1448/25 1449/7 1451/16
 1452/21 1455/9 1455/12
 1456/25 1457/4
**e-mailed [2]**   1389/5 1426/3
**e-mails [8]**   1402/11 1412/17
 1439/23 1441/15 1444/4
 1445/15 1447/13 1449/7
**early [8]**   1249/7 1349/21
 1406/16 1409/20 1417/19
 1418/16 1470/12 1471/14
**earned [1]**   1261/18
**East [5]**   1247/15 1305/2
 1430/14 1430/18 1433/9
**eastern [3]**   1247/1 1247/14
 1430/19
**Edge [7]**   1255/6 1255/7
 1255/8 1255/22 1255/24
 1255/25 1255/25
**edit [1]**   1374/6
**editing [1]**   1372/6
**Education [1]**   1347/19
**educational [1]**   1348/11
**effect [1]**   1301/1
**effective [3]**   1352/19 1354/1
 1356/5
**effectively [9]**   1257/19
 1270/13 1285/19 1294/24
 1302/23 1303/20 1304/5
 1325/9 1409/21
**efficient [1]**   1251/5
**effort [5]**   1288/8 1289/22
 1330/16 1446/12 1479/23
**efforts [2]**   1287/23 1287/25
**Eissner [2]**   1457/10 1457/23
**either [7]**   1262/9 1274/23
 1275/10 1290/9 1376/12
 1404/19 1479/18
**elected [1]**   1407/4
**election [2]**   1254/15 1254/18
**electrical [2]**   1460/12
 1460/14
**electricity [1]**   1460/20
**electronically [1]**   1306/15
**ELEIS [1]**   1247/16
**elements [1]**   1254/7

**E**

**elevator [2]** 1377/24 1378/5
**Elia [9]** 1389/15 1389/18
 1390/1 1390/20 1391/7
 1391/12 1392/8 1393/17
 1395/20
**ELMO [2]** 1451/5 1475/10
**email [50]** 1247/24 1254/24
 1255/17 1259/22 1260/5
 1260/6 1260/22 1274/1 1274/3
 1274/3 1274/5 1274/11
 1274/12 1274/14 1274/14
 1274/15 1274/17 1274/17
 1274/19 1274/20 1274/21
 1383/8 1383/13 1461/14
 1461/16 1461/25 1462/8
 1462/16 1464/19 1464/24
 1465/14 1465/15 1465/18
 1465/20 1465/24 1466/2
 1466/22 1467/10 1468/3
 1468/5 1470/8 1470/22 1471/1
 1471/17 1471/19 1471/24
 1473/15 1473/18 1473/19
 1478/10
**emails [5]** 1260/22 1261/21
 1462/9 1462/11 1478/11
**emoji [1]** 1298/16
**emotional [1]** 1389/6
**employed [1]** 1425/5
**employee [3]** 1417/1 1437/14
 1437/18
**employees [1]** 1416/23
**employer [1]** 1417/1
**employers [1]** 1340/10
**Employment [1]** 1456/3
**encourage [1]** 1269/22
**encouragement [1]** 1287/16
**endorsing [3]** 1465/11
 1465/17 1465/22
**Energizer [1]** 1293/8
**energy [1]** 1423/4
**engage [7]** 1268/4 1268/8
 1268/9 1269/7 1300/25
 1304/19 1334/2
**engaged [5]** 1267/19 1390/12
 1390/13 1391/7 1393/6
**engagement [2]** 1277/20
 1391/9
**engaging [1]** 1272/9
**England [5]** 1350/3 1354/2
 1354/4 1354/13 1360/22
**English [2]** 1282/5 1282/24
**enhance [2]** 1410/19 1411/3
**enlarge [1]** 1309/9
**enlargement [1]** 1275/20
**ensuring [1]** 1302/21
**entered [2]** 1378/7 1378/7
**Enterprise [1]** 1318/3
**enters [3]** 1253/5 1335/1
 1402/5
**entertainer [1]** 1475/25
**entirety [1]** 1255/12
**entities [1]** 1316/11
**entitled [1]** 1249/10
**entity [2]** 1410/10 1460/7
**entries [2]** 1420/17 1454/12

**entry [4]** 1316/23 1318/1
 1442/8 1462/20
**EPF [3]** 1437/11 1437/14
 1456/3
**equities [1]** 1405/11
**equity [5]** 1404/20 1416/5
 1444/22 1444/25 1455/4
**equivalent [2]** 1451/23
 1452/7
**Eric [1]** 1317/20
**especially [3]** 1258/15
 1296/15 1300/21
**ESQ [6]** 1247/16 1247/16
 1247/20 1247/20 1247/21
 1247/21
**essence [2]** 1365/2 1404/3
**essentially [7]** 1290/20
 1301/10 1302/22 1374/21
 1407/12 1411/4 1438/11
**establish [1]** 1257/18
**established [2]** 1439/10
 1473/21
**establishment [2]** 1438/7
 1441/23
**estate [3]** 1316/13 1316/24
 1422/23
**et [2]** 1254/16 1254/20
**Eugene [1]** 1341/10
**Europe [3]** 1305/3 1326/12
 1326/22
**evening [2]** 1306/2 1480/23
**event [1]** 1274/22
**Eventually [1]** 1258/23
**evidence [66]** 1248/21
 1248/21 1248/22 1250/2
 1250/2 1252/9 1255/15 1260/3
 1273/24 1292/21 1297/21
 1309/3 1311/9 1314/8 1356/23
 1398/17 1398/25 1399/24
 1402/13 1403/5 1409/8
 1411/24 1413/7 1414/19
 1414/21 1415/11 1415/24
 1416/9 1416/10 1418/19
 1419/6 1428/13 1429/16
 1432/1 1432/17 1434/12
 1435/1 1439/24 1440/15
 1441/9 1444/15 1446/2 1447/8
 1449/4 1450/1 1450/2 1450/3
 1450/5 1451/6 1451/14
 1452/17 1452/18 1454/18
 1455/7 1456/23 1459/13
 1461/13 1464/11 1465/25
 1466/2 1468/1 1471/20 1473/6
 1473/7 1474/11 1474/12
**evidentiary [1]** 1398/13
**ex [2]** 1314/9 1442/10
**ex-wife [1]** 1314/9
**exact [10]** 1338/3 1338/15
 1342/11 1342/17 1370/22
 1387/3 1388/3 1392/19
 1443/25 1473/21
**exactly [16]** 1287/10 1318/12
 1329/19 1336/21 1355/3
 1372/14 1374/9 1386/11
 1387/1 1387/2 1400/22 1428/1
 1460/21 1470/4 1470/10

 1479/11
**exam [1]** 1438/19
**examination [24]** 1251/6
 1251/18 1251/22 1253/16
 1282/1 1316/1 1318/20
 1333/23 1334/5 1335/4
 1337/16 1351/4 1364/5
 1377/20 1387/16 1389/16
 1402/9 1403/20 1416/15
 1424/8 1458/8 1461/19
 1464/17 1466/22
**examined [1]** 1253/3
**example [4]** 1256/25 1263/18
 1264/17 1411/8
**examples [1]** 1462/25
**Excel [2]** 1313/24 1314/3
**excess [1]** 1410/25
**exchange [8]** 1261/22 1292/3
 1297/13 1297/14 1297/22
 1383/2 1401/1 1445/3
**exchanges [1]** 1383/4
**excited [1]** 1413/16
**excruciating [1]** 1330/24
**excuse [5]** 1276/16 1307/4
 1452/12
**execute [1]** 1260/18
**executing [1]** 1262/12
**executive [5]** 1278/22
 1278/25 1279/2 1404/6 1404/7
**exhibit [114]** 1248/13
 1254/22 1255/15 1255/16
 1259/16 1259/25 1260/3
 1260/4 1273/6 1273/21
 1273/24 1273/25 1275/2
 1291/24 1292/5 1292/17
 1292/21 1297/10 1297/14
 1297/16 1297/20 1309/2
 1310/17 1311/5 1311/9
 1313/14 1314/5 1314/8
 1331/21 1336/12 1336/15
 1347/16 1348/2 1402/13
 1403/5 1409/8 1411/25 1413/7
 1414/19 1415/11 1415/20
 1415/24 1416/9 1416/10
 1418/19 1419/6 1423/25
 1427/9 1428/17 1429/16
 1429/18 1432/4 1432/17
 1434/13 1434/13 1434/16
 1434/23 1435/1 1435/2 1440/1
 1440/23 1441/9 1441/10
 1444/6 1444/15 1444/16
 1445/17 1446/2 1446/3 1447/8
 1447/10 1448/14 1448/17
 1449/4 1449/5 1450/9 1450/13
 1450/15 1450/16 1450/20
 1450/23 1450/24 1451/13
 1451/15 1452/18 1452/19
 1454/7 1454/7 1454/8 1454/18
 1454/20 1455/6 1455/7 1455/8
 1456/22 1456/23 1456/24
 1459/13 1459/14 1459/15
 1461/13 1461/13 1461/18
 1464/10 1464/12 1464/16
 1466/1 1468/1 1468/2 1471/21
 1471/22 1473/6 1473/8 1473/9
**Exhibit 1545 [1]** 1459/14

**E**

**Exhibit 1560 [1]**   1461/13
**Exhibit 1562 [1]**   1464/10
**Exhibit 1579 [1]**   1468/1
**Exhibit 1581 [1]**   1471/21
**Exhibit 1985 [2]**   1259/16
 1259/25
**Exhibit 2435 [2]**   1473/6
 1473/8
**Exhibit 2461 [2]**   1273/6
 1273/21
**Exhibit 2470 [2]**   1248/13
 1254/22
**exhibits [5]**   1251/3 1251/17
1252/15 1474/25 1475/3
**exist [1]**   1405/24
**existence [2]**   1348/12
1348/16
**exists [2]**   1405/21 1405/23
**exits [3]**   1332/3 1397/11
1480/24
**expectation [1]**   1288/25
**expected [2]**   1262/11 1295/16
**expensive [1]**   1254/9
**experience [5]**   1410/23
1430/22 1433/10 1433/16
1446/20
**experiences [1]**   1410/17
**expertise [1]**   1430/25
**explain [2]**   1333/25 1334/4
**explained [3]**   1268/1 1406/25
1462/1
**explaining [3]**   1333/6
1333/15 1454/3
**explanation [1]**   1286/6
**explore [2]**   1410/18 1411/2
**expose [8]**   1380/1 1380/7
1385/9 1386/16 1387/4 1387/8
1388/15 1389/13
**exposing [1]**   1389/8
**expressed [1]**   1299/5
**extend [1]**   1253/10
**extension [1]**   1303/11
**extensive [1]**   1277/7
**extent [3]**   1405/4 1428/3
1456/19
**external [1]**   1405/18
**extra [1]**   1253/10
**extremely [1]**   1363/19
**extrinsic [2]**   1398/17
1398/25
**eye [2]**   1324/11 1328/8

**F**

**face [6]**   1286/7 1286/16
1300/23 1308/20 1313/5
1447/25
**faced [1]**   1264/24
**facing [1]**   1281/8
**fact [27]**   1249/18 1278/17
1283/13 1289/21 1296/12
1299/19 1299/23 1300/7
1301/9 1301/18 1323/8
1327/15 1342/15 1344/20
1349/4 1354/22 1369/17
1389/12 1400/24 1400/25

1408/13 1418/15 1436/7
1436/15 1464/3 1479/15
1480/6
**facts [9]**   1305/15 1305/20
1305/24 1305/25 1306/8
1330/11 1331/19 1465/19
1465/22
**failed [2]**   1388/9 1398/14
**failure [1]**   1388/11
**fair [30]**   1338/21 1339/22
1339/24 1353/20 1360/3
1362/5 1367/13 1375/8
1391/18 1391/23 1392/14
1394/4 1394/19 1395/11
1396/11 1405/7 1408/8
1408/18 1408/20 1411/19
1415/1 1423/16 1423/17
1443/5 1443/16 1446/12
1449/17 1459/3 1462/9 1471/3
**fairly [3]**   1423/15 1468/13
1471/2
**faith [2]**   1333/11 1400/17
**fake [11]**   1284/1 1284/7
1370/6 1370/9 1370/14
1370/18 1370/24 1375/11
1376/23 1377/6 1377/12
**fall [1]**   1443/21
**false [6]**   1325/2 1326/1
1355/18 1355/20 1377/10
1378/14
**falsely [7]**   1325/22 1327/5
1327/22 1327/25 1328/11
1328/23 1330/16
**family [13]**   1271/7 1271/8
1271/9 1283/4 1283/14
1284/14 1296/16 1301/13
1306/24 1323/23 1363/17
1363/21 1363/24
**family's [3]**   1271/13 1335/17
1363/19
**fantastic [1]**   1482/2
**far [5]**   1280/23 1308/10
1391/10 1439/16 1480/10
**fate [1]**   1330/12
**father [1]**   1363/22
**favoritism [1]**   1459/6
**fax [3]**   1247/23 1358/2
1358/2
**faxes [1]**   1357/11
**faxing [2]**   1357/6 1358/1
**FBI [38]**   1266/4 1266/5
1304/8 1307/9 1307/14
1318/22 1319/15 1320/1
1320/15 1321/1 1321/16
1321/20 1325/21 1326/7
1327/1 1328/10 1329/16
1329/22 1330/10 1330/12
1330/23 1331/5 1331/9
1331/13 1337/17 1337/21
1338/22 1339/1 1340/25
1342/15 1342/18 1344/4
1376/13 1388/3 1388/20
1389/4 1389/7 1389/9
**FCPA [1]**   1312/7
**Feagin [1]**   1421/17
**February [8]**   1249/8 1249/12

1265/22 1266/2 1337/18
1337/20 1339/7 1451/10
**February 17 [1]**   1249/12
**federal [8]**   1264/22 1324/16
1324/16 1324/20 1324/25
1326/7 1326/8 1341/20
**Federation [1]**   1433/20
**fee [6]**   1303/3 1442/24
1456/16 1456/18 1457/15
1459/9
**feedback [2]**   1446/5 1454/1
**fees [5]**   1261/17 1268/10
1456/14 1457/9 1459/8
**felt [6]**   1279/25 1280/10
1285/3 1301/8 1301/10
1303/23
**fence [1]**   1378/5
**feng [32]**   1270/1 1270/5
1270/7 1270/10 1270/14
1270/21 1271/1 1271/3 1271/5
1271/13 1271/16 1272/10
1272/12 1272/14 1272/17
1272/17 1272/23 1273/1
1273/17 1275/5 1278/2 1278/7
1278/13 1278/19 1279/7
1280/3 1282/17 1282/23
1283/9 1284/22 1284/23
1300/14
**few [12]**   1248/11 1250/19
1255/9 1266/9 1317/2 1344/20
1396/10 1415/2 1432/25
1459/12 1462/6 1478/10
**field [1]**   1433/11
**fifth [2]**   1247/19 1295/23
**fight [2]**   1324/4 1324/7
**figure [1]**   1398/8
**file [2]**   1354/6 1361/18
**filed [6]**   1352/21 1352/23
1354/4 1354/8 1355/1 1355/16
**filing [1]**   1355/20
**fill [1]**   1355/10
**filled [2]**   1353/17 1353/20
**final [1]**   1358/5
**finalized [2]**   1349/13
1359/24
**finally [2]**   1324/12 1328/8
**finance [7]**   1260/15 1411/5
1411/9 1421/16 1425/8 1425/9
1461/21
**financial [22]**   1255/22
1255/24 1255/25 1256/2
1264/6 1264/10 1264/25
1265/3 1287/1 1300/6 1365/23
1366/1 1366/4 1366/5 1366/7
1366/18 1367/1 1409/3
1411/10 1421/18 1434/5
1453/18
**financing [1]**   1411/6
**finder [5]**   1442/20 1443/3
1443/6 1443/8 1443/17
**finder's [1]**   1442/24
**findings [2]**   1278/4 1278/5
**fine [3]**   1333/10 1475/11
1480/18
**finish [3]**   1327/4 1333/5
1334/8

**F**

finishes [1]  1433/18
FINRA [1]  1264/16
firm [9]  1248/20 1259/11
1259/13 1267/23 1267/24
1268/9 1341/22 1364/12
1434/7
first [75]  1253/3 1261/7
1267/10 1267/13 1267/16
1267/21 1268/18 1270/11
1270/19 1272/11 1273/3
1275/9 1275/13 1276/7
1276/10 1279/18 1279/19
1279/21 1280/22 1283/21
1293/14 1297/5 1297/7 1298/1
1299/1 1300/2 1300/11 1306/7
1309/5 1311/10 1316/23
1317/5 1317/7 1318/1 1318/5
1318/6 1320/4 1321/25 1322/6
1322/7 1339/25 1340/2
1340/19 1349/20 1352/16
1364/23 1369/6 1369/7
1370/17 1370/18 1373/3
1379/11 1380/2 1393/1
1399/19 1410/5 1410/22
1420/20 1420/22 1421/23
1436/6 1439/7 1439/11
1439/18 1440/3 1442/6 1456/8
1462/20 1463/16 1467/10
1469/8 1469/17 1470/3
1476/15 1476/20
firsthand [1]  1297/7
five [9]  1318/24 1370/12
1372/20 1372/21 1410/4
1411/11 1414/15 1415/3
1451/22
fixed [1]  1405/11
flag [1]  1480/8
flew [4]  1322/8 1337/13
1341/2 1341/5
flight [5]  1326/11 1326/18
1326/21 1327/1 1481/24
floor [6]  1247/19 1278/22
1278/25 1279/1 1378/6 1378/6
flow [1]  1313/24
fluent [1]  1280/9
fly [3]  1322/4 1322/10
1322/13
flying [5]  1266/24 1322/7
1322/18 1341/7 1418/12
focus [6]  1254/5 1262/17
1382/19 1399/16 1399/17
1400/6
focused [2]  1286/25 1352/18
focusing [1]  1300/6
following [10]  1257/17
1278/1 1281/16 1293/25
1309/16 1333/1 1351/3
1387/15 1433/14 1458/7
follows [1]  1253/4
fooled [1]  1375/8
force [1]  1296/1
Foreign [1]  1458/2
forever [1]  1304/14
forfeit [5]  1310/8 1310/9
1310/12 1311/2 1311/16

forfeiture [4]  1310/5
1311/11 1311/12 1312/22
forge [1]  1372/16
forged [18]  1372/24 1373/3
1373/7 1373/9 1373/16
1373/25 1374/3 1374/11
1374/18 1374/23 1375/17
1375/22 1376/4 1376/8
1376/11 1376/13 1377/12
1378/10
forget [1]  1379/4
forgot [2]  1379/4 1465/5
form [5]  1292/18 1304/19
1305/5 1481/13 1481/15
formally [1]  1390/13 1442/1
format [1]  1283/23
former [3]  1294/8 1338/12
1338/13
forth [2]  1322/8 1322/18
fortune [5]  1270/17 1270/21
1277/14 1277/23 1279/23
forward [11]  1274/11 1299/24
1300/16 1303/24 1304/20
1304/25 1413/14 1414/18
1444/3 1450/19 1461/10
forwarded [2]  1425/16
1441/16
forwarding [1]  1468/6
Forza [3]  1291/2 1293/3
1297/23
four [2]  1343/14 1453/12
fourth [4]  1261/20 1295/2
1295/2 1453/14
frame [3]  1333/13 1336/22
1459/25
frankly [1]  1267/11
fraud [2]  1354/16 1354/19
free [13]  1267/4 1321/9
1321/11 1321/19 1321/22
1321/24 1322/1 1323/1 1323/3
1323/5 1346/7 1346/11 1465/4
freedom [1]  1294/9
Freeh [3]  1341/23 1341/25
1342/4
frequently [2]  1285/8 1291/6
Friday [2]  1447/22 1465/7
friend [8]  1287/8 1288/4
1425/4 1425/16 1426/21
1426/24 1449/14 1467/6
friendly [1]  1289/8
friends [3]  1288/22 1436/18
1437/2
friendship [1]  1288/20
front [9]  1255/22 1258/5
1258/7 1345/22 1357/25
1358/10 1402/17 1402/18
1409/9
fugitive [1]  1249/24
full [11]  1296/1 1320/7
1320/8 1325/13 1326/3
1327/18 1329/17 1330/9
1330/20 1456/16 1457/9
fully [1]  1309/14
function [5]  1374/6 1442/13
1442/13 1442/15 1442/16
functions [4]  1259/11

1260/17 1262/14 1443/8
fund [37]  1258/10 1258/23
1403/25 1406/18 1406/23
1407/13 1407/16 1407/18
1409/2 1409/3 1431/8 1431/13
1433/2 1433/8 1433/11
1437/15 1437/19 1437/20
1437/20 1439/2 1439/3 1439/5
1439/7 1439/11 1439/17
1439/19 1441/24 1442/4
1444/25 1446/22 1447/1
1456/3 1456/4 1462/22
1462/22 1462/23 1469/11
funded [1]  1265/12
funding [2]  1265/13 1464/7
fundraising [3]  1410/19
1411/3 1456/8
funds [7]  1410/18 1410/24
1410/24 1410/24 1430/22
1431/6 1431/11
Furtado [5]  1422/14 1429/23
1430/1 1434/20 1435/22
future [15]  1270/2 1270/17
1271/21 1272/6 1272/7
1272/15 1275/6 1276/5
1279/15 1280/2 1280/16
1281/12 1390/18 1390/21
1391/3

**G**

Ganen [1]  1435/10
gas [3]  1410/6 1410/9 1411/4
Geh [6]  1288/3 1288/4
1288/17 1288/20 1289/4
1289/9
Geneid [3]  1389/15 1389/18
1400/14
general [16]  1254/8 1254/19
1256/1 1258/18 1261/15
1263/15 1288/15 1289/25
1296/2 1304/15 1307/18
1386/12 1398/15 1398/20
1399/6 1439/23
generalized [1]  1400/12
generally [1]  1436/2
generate [1]  1275/17
generation [4]  1460/16
1460/16 1469/2 1469/2
generators [1]  1460/17
Genting [2]  1410/5 1410/9
gentleman [2]  1367/3 1468/19
gentlemen [1]  1480/19
genuine [2]  1375/6 1399/12
GERAGOS [1]  1247/20
Ghatalia [5]  1367/18 1367/20
1367/23 1367/23 1368/6
girlfriends [1]  1391/16
given [9]  1251/20 1252/15
1285/23 1312/4 1312/6
1326/13 1400/10 1465/13
1465/22
glad [1]  1336/10
gmail.com [1]  1247/24
Gnodde [3]  1367/4 1367/7
1368/15
God [1]  1270/13

**G**

GODFREY [1]   1247/16
Goldman [97]   1254/9 1256/6
 1256/17 1259/7 1259/13
 1260/9 1260/11 1261/18
 1262/24 1263/2 1263/3 1263/7
 1263/25 1264/5 1265/6
 1265/16 1284/25 1294/8
 1340/10 1340/12 1340/19
 1348/21 1349/4 1357/7
 1357/10 1357/12 1358/1
 1364/5 1364/12 1364/15
 1365/18 1365/21 1366/21
 1366/25 1367/1 1367/4
 1367/12 1367/16 1368/10
 1368/11 1402/12 1403/2
 1403/24 1403/24 1404/5
 1404/13 1405/13 1405/17
 1406/10 1407/15 1409/1
 1410/23 1411/8 1416/1 1416/3
 1417/23 1421/1 1425/13
 1425/22 1426/23 1427/16
 1427/20 1430/24 1434/5
 1438/23 1442/7 1442/9
 1442/13 1443/3 1443/7 1443/7
 1443/14 1443/16 1443/18
 1444/22 1446/17 1448/12
 1452/4 1453/7 1453/9 1453/17
 1453/22 1454/24 1460/5
 1461/9 1466/16 1472/17
 1472/18 1473/2 1476/5 1477/5
 1477/9 1477/12 1477/15
 1478/2 1478/16 1479/4
Goldman's [1]   1460/21
good-faith [1]   1400/17
goodness [2]   1381/24 1382/8
government [99]   1247/14
 1248/13 1248/23 1249/19
 1254/22 1255/10 1255/15
 1259/16 1259/24 1260/3
 1261/14 1273/5 1273/21
 1273/24 1288/7 1288/8
 1291/24 1292/4 1292/21
 1297/10 1297/16 1297/20
 1300/9 1303/6 1305/12
 1305/14 1305/17 1305/25
 1306/13 1308/5 1308/12
 1308/25 1309/2 1310/17
 1311/5 1311/9 1313/13 1314/4
 1314/8 1323/1 1326/7 1331/21
 1336/12 1344/16 1346/15
 1397/24 1398/4 1398/7 1399/3
 1403/5 1409/7 1411/25 1413/7
 1414/19 1415/11 1415/20
 1415/24 1416/10 1434/13
 1434/13 1434/22 1435/1
 1439/13 1440/15 1440/18
 1440/22 1441/9 1442/2 1447/5
 1450/16 1450/20 1450/24
 1451/13 1452/3 1452/7 1452/7
 1452/17 1455/6 1456/23
 1459/13 1459/13 1460/3
 1460/3 1460/7 1460/9 1460/22
 1460/23 1461/12 1461/13
 1464/9 1464/11 1468/1 1469/5
 1471/20 1473/6 1473/7

 1481/23 1482/3 1483/7
government's [6]   1249/12
 1250/1 1447/8 1450/3 1450/4
 1460/11
governments [2]   1261/15
 1404/16
grand [3]   1265/23 1338/5
 1338/7
grave [1]   1294/23
great [10]   1268/22 1269/13
 1296/9 1296/14 1298/4 1394/4
 1396/11 1413/14 1480/23
 1482/5
greatly [1]   1395/14
green [2]   1301/17 1433/11
grid [10]   1459/22 1459/23
 1460/6 1460/10 1460/10
 1460/14 1460/19 1461/3
 1463/14 1463/16
ground [2]   1268/19 1433/11
group [35]   1251/8 1402/24
 1403/15 1416/10 1416/5
 1420/13 1420/15 1420/16
 1420/17 1420/17 1420/22
 1421/14 1422/9 1422/10
 1422/12 1422/13 1423/4
 1423/15 1423/18 1425/11
 1425/11 1433/24 1434/6
 1442/9 1442/10 1444/22
 1447/23 1453/5 1453/7 1453/9
 1453/19 1454/4 1455/4
 1455/14 1456/6
groups [2]   1430/23 1442/11
Grover [1]   1422/16
growing [1]   1300/19
GS [4]   1466/14 1477/5
 1477/23 1478/21
GSBIGAEJ [1]   1442/8
guarantee [2]   1451/24 1452/7
 1452/8
guaranteed [2]   1451/23
 1452/3
guess [1]   1385/23
guidance [1]   1430/11
guideline [3]   1311/25 1312/3
 1312/4
guidelines [1]   1313/7
guilty [7]   1264/9 1264/14
 1264/24 1302/2 1307/21
 1308/15 1330/21
gun [1]   1321/4
guys [4]   1408/7 1411/16
 1433/16 1457/14

**H**

half [11]   1276/7 1276/10
 1276/12 1280/22 1281/9
 1285/17 1318/4 1318/4 1318/7
 1318/12 1404/6
Halmi [1]   1472/2
hand [9]   1251/14 1257/8
 1258/10 1274/23 1282/8
 1310/3 1384/21 1384/21
 1408/20
handcuffs [4]   1343/21
 1343/22 1343/24 1345/21

handful [1]   1436/6
handing [1]   1338/4
handles [2]   1252/11 1252/21
hands [2]   1298/15 1298/16
happiness [1]   1299/5
happy [3]   1251/6 1251/14
 1453/19
hard [2]   1392/5 1440/11
harder [3]   1476/8 1476/14
 1476/22
Havilland [1]   1340/17
head [20]   1260/15 1341/25
 1349/9 1367/21 1382/22
 1414/13 1421/11 1421/13
 1421/14 1421/16 1421/18
 1421/21 1422/7 1422/9
 1422/23 1423/4 1423/9
 1425/10 1430/13 1437/11
headed [2]   1333/18 1408/13
heads [2]   1407/6 1421/7
heard [5]   1267/25 1298/4
 1326/3 1397/24 1481/1
hearsay [2]   1368/2 1481/11
heart [1]   1394/21
hedging [1]   1347/7
held [6]   1332/4 1365/2
 1410/9 1468/22 1469/4 1469/5
helpful [1]   1280/15
Henry [1]   1250/21
her's [1]   1291/2
hereby [1]   1311/11
hero [2]   1364/5 1364/11
hesitate [1]   1465/10
Heuchling [1]   1337/22
Hi [3]   1432/25 1441/20
 1457/6
hide [1]   1289/19
high [2]   1366/2 1423/15
high-level [2]   1366/2
 1423/15
higher [1]   1378/6
highlight [2]   1399/16 1400/5
highlighted [2]   1280/13
 1338/16
highlighting [2]   1399/9
 1400/25
highly [1]   1261/14
Hills [3]   1322/5 1374/14
himself [2]   1333/15 1341/17
hire [1]   1267/23
hired [2]   1267/18 1303/1
hit [2]   1268/19 1426/5
HK [3]   1382/22 1463/9
 1477/20
hold [3]   1270/17 1412/11
 1474/8
holding [4]   1294/7 1339/16
 1468/20 1469/9
holdings [1]   1311/13
home [1]   1322/2
Homeland [3]   1339/20 1339/24
 1340/8
honestly [3]   1252/10 1252/20
 1398/1
Hong [22]   1266/20 1266/21
 1266/24 1268/13 1269/25

**H**

**Hong... [17]**   1274/23 1278/3
1278/6 1278/21 1278/23
1284/23 1302/8 1302/14
1349/20 1350/1 1354/6 1354/8
1357/7 1362/21 1463/9
1477/12 1477/20
**Honor [47]**   1248/8 1248/16
1248/20 1250/20 1250/25
1251/4 1251/10 1251/15
1251/25 1253/15 1255/11
1259/24 1260/1 1273/21
1292/4 1292/6 1292/9 1297/17
1297/18 1311/6 1314/4
1318/14 1331/23 1333/4
1335/3 1336/16 1348/3 1368/2
1388/9 1397/16 1400/9 1402/8
1412/20 1415/16 1419/3
1429/13 1432/14 1434/22
1441/6 1444/12 1445/25
1449/1 1450/3 1450/20 1451/7
1474/10 1481/17
**Honor's [5]**   1250/7 1333/17
1397/16 1401/7 1475/6
**HONORABLE [1]**   1247/10
**hope [7]**   1253/9 1274/21
1311/21 1312/11 1312/12
1312/13 1344/12
**hoped [1]**   1262/21
**hoping [1]**   1375/16
**hotel [9]**   1278/21 1278/23
1286/20 1302/14 1343/14
1344/1 1344/6 1345/8 1345/9
**hour [6]**   1281/13 1282/14
1326/11 1326/17 1326/21
1327/1
**hours [1]**   1457/9
**house [24]**   1322/5 1322/22
1374/15 1378/3 1378/3
1379/11 1379/16 1379/22
1379/24 1379/24 1380/2
1380/3 1380/6 1384/5 1384/9
1384/13 1384/16 1384/20
1384/23 1385/6 1386/14
1386/14 1386/18 1388/18
**houses [2]**   1379/10 1380/4
**HR [1]**   1349/9
**Hsin [4]**   1421/25 1464/20
1464/24 1478/11
**Huang [1]**   1423/6
**hum [1]**   1295/21
**human [1]**   1349/2
**hurt [3]**   1395/13 1396/14
1396/15
**hurting [2]**   1396/19 1396/25
**husband [5]**   1394/17 1394/25
1395/3 1395/6 1395/6
**HWA [1]**   1247/6
**Hwee [55]**   1271/11 1272/11
1272/18 1272/21 1273/4
1274/16 1274/17 1274/17
1275/24 1276/17 1276/19
1277/1 1277/8 1277/15 1278/2
1278/6 1278/20 1279/4
1279/18 1279/19 1279/21
1279/24 1280/9 1282/8
1282/19 1282/22 1283/1
1283/12 1283/18 1284/10
1284/11 1286/12 1286/17
1287/6 1287/13 1288/13
1288/16 1289/23 1290/1
1290/6 1290/16 1290/18
1291/4 1294/22 1297/23
1297/24 1298/11 1298/22
1299/3 1299/10 1299/15
1299/18 1299/22 1299/25
1303/10
**hydro [2]**   1460/8 1463/13

**I**

**IBS [1]**   1425/11
**idea [17]**   1271/22 1272/8
1276/25 1303/8 1353/1
1353/21 1362/14 1377/10
1377/11 1378/23 1407/15
1410/18 1411/2 1411/15
1430/17 1431/18 1431/22
**ideas [1]**   1463/4
**identification [23]**   1254/22
1259/17 1273/6 1291/24
1297/11 1310/18 1313/14
1336/13 1347/13 1347/15
1362/25 1411/24 1415/13
1418/20 1432/2 1434/15
1439/24 1440/21 1444/4
1445/15 1448/14 1449/25
1454/7
**identified [1]**   1254/24
**identify [2]**   1280/15 1280/17
**illegal [1]**   1289/20
**immediately [1]**   1267/15
**Immelt [2]**   1457/10 1457/17
**impeach [2]**   1251/21 1398/17
**implicate [1]**   1328/11
**implicated [7]**   1326/16
1327/5 1327/14 1327/21
1328/17 1328/23 1330/17
**implicating [1]**   1327/25
**important [6]**   1325/5 1364/25
1365/19 1366/1 1371/19
1449/14
**inadvertent [3]**   1425/24
1426/1 1426/7
**incident [1]**   1294/16
**inclined [1]**   1272/8
**include [3]**   1304/15 1309/15
1449/8
**included [6]**   1261/21 1302/20
1303/22 1304/4 1306/10
1306/13
**includes [1]**   1449/11
**including [9]**   1257/21
1261/15 1264/2 1306/12
1307/21 1309/25 1328/25
1338/13 1430/19
**income [1]**   1405/11
**incoming [4]**   1314/22 1316/2
1316/4 1318/9
**increase [1]**   1265/9
**increased [1]**   1265/10
**increasing [1]**   1301/9
**indeed [2]**   1303/3 1413/14

**independent [5]**   1303/9
1324/25 1411/12 1445/4
1460/17
**independently [6]**   1276/21
1278/15 1357/20 1358/9
1445/12 1448/6
**India [1]**   1425/6
**indicate [1]**   1405/17
**indicated [1]**   1338/7
**indicates [4]**   1402/23
1409/15 1410/1 1420/12
**indirectly [1]**   1299/13
**individuals [1]**   1296/5
**Indonesia [1]**   1414/11
**Indonesian [1]**   1463/1
**industry [1]**   1265/4
**inflow [1]**   1317/5
**influence [2]**   1437/23
1443/20
**influential [3]**   1363/17
1363/20 1363/20
**inform [2]**   1267/10 1268/15
**information [19]**   1272/20
1272/25 1273/3 1275/15
1287/2 1287/6 1296/7 1309/14
1316/4 1317/14 1385/13
1424/1 1425/23 1425/25
1426/11 1426/24 1427/15
1427/19 1479/21
**informed [2]**   1270/22 1287/23
**initial [5]**   1278/1 1364/19
1364/21 1433/8 1469/20
**initiate [1]**   1441/20
**initiative [1]**   1462/22
**inner [1]**   1297/8
**input [1]**   1430/24
**inquiring [1]**   1400/13
**inside [3]**   1257/20 1344/7
1344/9
**insight [1]**   1433/16
**instance [4]**   1273/3 1320/17
1321/2 1392/21
**instances [1]**   1427/17
**institution [1]**   1348/11
**institutional [1]**   1405/10
**institutions [3]**   1404/16
1405/13 1421/18
**instruction [2]**   1248/14
1248/17
**instructions [1]**   1326/15
**intelligence [1]**   1442/10
**intended [1]**   1279/14
**intensifying [1]**   1296/11
**Inter [2]**   1293/3 1297/23
**interest [10]**   1259/8 1259/9
1259/10 1285/9 1310/12
1311/2 1311/13 1321/14
1390/22 1470/15
**interested [3]**   1287/6
1287/12 1354/21
**intermediaries [1]**   1261/23
**intermediary [3]**   1443/3
1443/6 1443/18
**internal [2]**   1425/13 1426/23
**internally [3]**   1259/6 1260/9
1446/6

**I**

**internet [8]**  1370/20 1371/2
1371/3 1371/16 1371/22
1372/2 1373/23 1374/5
**interpreted [1]**  1357/14
**interrogated [2]**  1320/17
1320/20
**interrupts [1]**  1481/21
**interview [7]**  1266/6 1323/2
1323/4 1323/6 1323/10
1323/10 1338/22
**interviewed [7]**  1286/22
1287/9 1294/25 1296/22
1296/25 1297/3 1340/19
**interviews [2]**  1321/8
1323/17
**INTRATER [1]**  1247/21
**introduce [1]**  1250/1
**introducing [1]**  1252/8
**invest [4]**  1258/21 1460/8
1463/23 1463/24
**invested [1]**  1283/14
**investigated [2]**  1286/15
1290/7
**investigating [1]**  1291/22
**investigation [16]**  1265/17
1269/14 1269/18 1281/1
1282/20 1286/8 1301/23
1302/24 1306/17 1308/13
1309/25 1324/24 1325/3
1325/7 1325/20 1338/8
**investigations [11]**  1257/25
1265/21 1267/20 1277/9
1280/19 1296/2 1296/10
1300/18 1302/10 1319/21
1323/23
**investment [46]**  1283/23
1347/7 1367/21 1404/3 1404/9
1404/14 1404/15 1404/22
1404/23 1405/16 1405/24
1409/25 1411/16 1413/22
1413/24 1414/7 1417/23
1418/5 1418/7 1419/10
1419/11 1419/18 1421/7
1421/14 1422/3 1422/5
1422/18 1423/2 1423/9
1423/15 1423/18 1423/20
1423/21 1423/23 1425/11
1425/14 1430/5 1430/7
1432/22 1439/13 1440/6
1441/21 1447/24 1459/17
1461/1 1468/20
**investments [2]**  1445/7
1463/1
**investors [1]**  1445/1
**invitation [1]**  1406/9
**invite [5]**  1402/21 1402/22
1403/1 1403/7 1403/14
**invited [1]**  1453/13
**involved [21]**  1257/20
1257/20 1260/12 1263/20
1266/11 1266/24 1296/5
1329/7 1329/8 1337/7 1380/2
1416/19 1417/2 1417/3
1417/15 1425/19 1434/7
1438/5 1442/17 1443/12

1460/9
**involvement [9]**  1325/8
1326/2 1327/12 1327/17
1329/18 1329/19 1329/19
1386/16 1388/15
**IPO [7]**  1364/15 1364/19
1365/8 1365/9 1365/16
1365/16 1366/8
**iron [1]**  1378/5
**Islam [13]**  1369/17 1369/21
1369/23 1389/25 1390/5
1390/15 1390/17 1390/19
1390/25 1391/4 1391/12
1396/1 1456/9
**Island [2]**  1258/10 1258/23
**issue [10]**  1248/24 1250/8
1257/23 1276/6 1276/11
1300/23 1302/20 1303/13
1304/14 1400/24
**issued [3]**  1258/16 1258/17
1452/5
**issues [10]**  1250/20 1252/6
1276/11 1277/9 1280/21
1281/8 1281/9 1306/9 1346/24
1349/10
**item [2]**  1295/2 1295/23
**items [3]**  1260/21 1260/24
1309/20
**itself [5]**  1400/20 1411/5
1411/7 1438/18 1451/11

**J**

**J.P [12]**  1425/5 1425/6
1435/13 1435/15 1435/16
1435/18 1435/25 1436/4
1453/4 1453/10 1453/13
1456/11
**Jaafar [1]**  1455/19
**JACOB [1]**  1247/21
**jail [2]**  1342/25 1344/7
**Jane [2]**  1422/11 1422/12
**January [12]**  1356/9 1406/13
1406/16 1409/20 1413/21
1416/5 1417/19 1418/16
1434/2 1434/3 1434/9 1440/5
**January 18th [1]**  1356/6
**Japan [1]**  1442/10
**Jared [1]**  1302/18
**Jasmine [2]**  1257/22 1304/7
**Jason [1]**  1422/24
**Jayaraya [1]**  1444/19
**Jeff [2]**  1457/10 1457/23
**JFK [3]**  1266/4 1266/18
1337/21
**Jho [117]**  1249/23 1257/11
1257/12 1257/16 1257/20
1261/4 1261/21 1263/5
1263/10 1263/12 1263/12
1263/13 1263/15 1263/16
1263/18 1263/21 1263/24
1264/11 1266/11 1267/10
1267/15 1269/22 1283/20
1286/14 1288/2 1288/3 1288/5
1288/9 1288/10 1288/12
1288/17 1289/12 1289/16
1289/21 1291/13 1293/11

1293/14 1293/19 1293/21
1293/25 1294/4 1294/12
1294/18 1295/2 1295/11
1295/14 1295/23 1300/7
1300/9 1302/5 1302/7 1302/12
1302/13 1302/21 1302/22
1303/7 1303/11 1303/12
1303/16 1303/20 1304/10
1304/23 1315/3 1315/4
1316/21 1317/20 1318/11
1338/19 1402/23 1402/24
1403/14 1406/13 1407/22
1408/3 1408/7 1408/11
1409/18 1413/9 1413/13
1416/4 1416/19 1417/4
1417/15 1420/17 1435/11
1435/11 1435/19 1435/19
1435/20 1436/9 1436/15
1436/25 1437/6 1437/24
1444/24 1447/23 1451/21
1452/22 1452/24 1453/3
1454/2 1454/12 1455/2 1457/6
1459/4 1464/3 1464/3 1464/5
1465/4 1465/5 1466/10 1468/6
1475/21 1477/11 1479/14
1479/18 1479/23
**Jho's [1]**  1449/8
**Jinyong [2]**  1463/8 1463/19
**JL [1]**  1295/5
**Jlo [1]**  1463/21
**job [4]**  1268/4 1411/15
1411/19 1454/2
**Joe [1]**  1261/2
**Johan [1]**  1421/8
**Johor [2]**  1278/10 1278/11
**join [1]**  1466/14
**joined [2]**  1278/20 1379/2
**joint [7]**  1258/21 1425/5
1434/6 1434/7 1448/11 1464/6
1464/8
**journalist [2]**  1426/11
1426/24
**JPM [3]**  1435/10 1435/13
1452/24
**JPM/McKinsey [1]**  1452/24
**judge [58]**  1247/10 1250/10
1251/16 1252/5 1252/23
1255/12 1255/13 1292/15
1308/24 1311/25 1312/16
1314/6 1318/17 1319/24
1334/13 1341/12 1341/14
1341/16 1341/18 1341/19
1341/20 1342/20 1342/22
1345/22 1345/24 1347/15
1348/4 1356/23 1363/9
1371/11 1381/3 1381/6
1382/17 1383/25 1386/3
1388/8 1392/11 1397/4 1398/2
1398/11 1399/2 1399/11
1399/25 1400/8 1400/16
1401/3 1401/6 1413/5 1428/22
1438/21 1439/14 1440/17
1450/14 1451/6 1474/14
1474/22 1475/2 1481/20
**judgment [1]**  1358/6
**Judy [86]**  1274/21 1275/25

**J**

**Judy... [84]**   1276/18 1276/19
1278/20 1279/4 1279/18
1279/19 1280/7 1282/8
1282/18 1283/14 1284/11
1284/15 1284/16 1284/17
1300/12 1300/15 1313/20
1314/10 1314/25 1317/16
1325/25 1326/4 1326/14
1326/15 1327/14 1329/1
1329/16 1330/6 1348/18
1349/2 1349/5 1349/10 1354/9
1358/13 1358/16 1358/21
1359/5 1359/6 1359/7 1359/8
1359/14 1359/20 1359/24
1360/3 1360/4 1360/5 1360/5
1360/9 1360/11 1360/11
1361/7 1361/9 1361/12
1362/16 1363/15 1363/17
1366/14 1368/20 1368/24
1369/1 1369/3 1369/15
1369/16 1369/23 1370/2
1373/12 1376/11 1381/22
1382/7 1384/21 1390/3 1390/5
1391/8 1391/14 1391/16
1391/25 1392/9 1393/15
1394/24 1395/16 1395/20
1395/22 1395/24 1474/1
**Judy's [3]**   1274/19 1283/14
1329/19
**Julie [1]**   1447/15
**jump [1]**   1459/12
**jumped [1]**   1473/23
**June [12]**   1305/3 1305/3
1316/24 1317/8 1318/9
1337/14 1341/5 1342/9 1345/1
1345/11 1388/4 1460/1
**June 2nd [1]**   1460/1
**junior [3]**   1414/15 1423/12
1423/13
**jurors [3]**   1250/19 1252/13
1252/24
**jury [42]**   1247/11 1248/1
1248/12 1253/5 1253/7
1265/23 1318/24 1332/3
1332/4 1333/2 1335/1 1335/6
1335/16 1338/5 1338/7
1340/24 1344/12 1378/1
1378/1 1384/4 1384/6 1397/6
1397/11 1398/24 1399/9
1399/20 1399/24 1400/25
1402/2 1402/3 1402/5 1402/16
1403/21 1405/9 1415/12
1416/11 1437/18 1447/9
1464/15 1468/17 1480/19
1480/24
**Justice [1]**   1297/2
**justify [1]**   1283/22
**Justin [1]**   1337/22
**JV [1]**   1463/23

**K**

**KAPLAN [1]**   1247/21
**Kee [6]**   1414/8 1419/15
1419/17 1419/25 1430/5
1441/14

**keenly [1]**   1254/12
**keep [9]**   1287/21 1310/1
1317/16 1332/1 1345/4 1392/5
1392/7 1392/10 1406/5
**Keith [1]**   1436/9
**Kenanga [5]**   1447/23 1448/3
1448/7 1448/10 1448/11
**kept [1]**   1264/12
**key [3]**   1251/10 1408/11
1408/13
**Khaldoon [1]**   1458/1
**Khazna [4]**   1446/9 1446/18
1446/25 1447/5
**kickback [1]**   1318/6
**kickbacks [3]**   1306/9 1313/10
1385/10
**Kim [4]**   1268/2 1268/2 1268/8
1269/24
**Kimora [16]**   1373/5 1373/7
1373/9 1373/25 1374/3
1374/10 1374/22 1376/18
1376/20 1384/20 1384/24
1385/1 1386/12 1386/23
1386/24 1395/2
**Kimora's [1]**   1384/17
**kinds [1]**   1262/10
**King [25]**   1407/2 1407/6
1407/10 1407/12 1407/20
1407/21 1407/24 1407/25
1408/5 1408/17 1408/19
1408/19 1408/25 1417/9
1417/12 1433/19 1436/18
1436/22 1437/2 1437/8
1437/23 1438/12 1447/18
1447/22 1447/25
**King's [2]**   1446/6 1455/22
**KNM [1]**   1461/22
**knowing [3]**   1330/12 1359/15
1393/11
**knowledge [12]**   1261/21
1353/8 1361/21 1371/10
1431/23 1431/23 1433/15
1436/21 1436/23 1439/9
1445/4 1467/20
**known [5]**   1247/6 1267/18
1387/9 1427/20 1468/10
**knows [6]**   1387/8 1396/8
1396/9 1407/1 1437/7 1437/18
**Kobre [1]**   1268/2
**Kong [22]**   1266/20 1266/21
1266/24 1268/13 1269/25
1274/23 1278/3 1278/7
1278/21 1278/23 1284/23
1302/8 1302/14 1349/20
1350/1 1354/6 1354/8 1357/7
1362/21 1463/9 1477/13
1477/20
**Krishnan [11]**   1365/5 1365/10
1468/4 1468/10 1468/18
1468/19 1469/6 1470/6
1470/12 1470/15 1470/18
**Krishnan's [1]**   1470/2
**Kushner [1]**   1302/18
**Kuwait [2]**   1445/1 1458/2
**KYC [4]**   1476/1 1477/23
1479/13 1479/21

**L**

**La [4]**   1278/21 1278/23
1382/21 1382/22
**lack [1]**   1399/12
**Ladies [1]**   1480/19
**lady [3]**   1280/16 1384/25
1385/2
**Lah [2]**   1422/11 1422/12
**laid [1]**   1410/4
**language [2]**   1280/11 1400/20
**laptop [2]**   1356/17 1356/18
**Lar [1]**   1435/11
**large [3]**   1363/24 1413/23
1445/8 1466/23
**largely [2]**   1404/15 1405/11
**larger [7]**   1403/11 1412/7
1428/19 1428/21 1428/24
1429/20 1466/4
**largest [6]**   1431/6 1431/7
1437/20 1456/4 1460/19
1468/15
**lasted [1]**   1282/13
**late [3]**   1267/9 1403/23
1449/8
**latter [1]**   1456/10
**laundering [4]**   1306/10
1312/7 1480/8 1481/5
**law [4]**   1267/23 1267/24
1352/13 1434/7
**lawyer [14]**   1267/13 1267/24
1267/25 1268/2 1268/5 1303/2
1305/1 1320/12 1320/14
1323/13 1323/15 1341/7
1342/12 1342/16
**lawyers [8]**   1264/19 1269/7
1269/9 1281/3 1281/5 1297/1
1302/16 1340/12
**lay [1]**   1305/15
**Lazard [3]**   1467/12 1467/15
1467/18
**lead [2]**   1449/18 1449/20
**leader [1]**   1267/16
**leadership [2]**   1366/24
1477/15
**leading [3]**   1277/21 1306/11
1375/12
**leak [1]**   1425/24
**leaked [2]**   1424/1 1425/23
**learn [3]**   1286/10 1286/17
1302/12
**learned [5]**   1269/6 1281/1
1281/6 1286/18 1289/1
**least [12]**   1272/4 1283/3
1290/23 1294/24 1302/7
1334/3 1353/4 1368/18
1386/14 1418/16 1469/20
1472/24
**leave [7]**   1267/5 1286/5
1286/7 1286/19 1294/9
1294/24 1323/14
**leaving [1]**   1465/7
**Lee [2]**   1414/9 1423/8
**left [21]**   1253/18 1256/3
1256/4 1262/24 1263/2 1263/7
1264/5 1265/6 1265/16 1267/7
1275/7 1282/19 1282/25

**L**

**left... [8]**  1284/25 1299/4
1317/18 1321/22 1352/16
1362/7 1428/12 1473/5
**leg [1]**  1343/24
**legal [6]**  1267/19 1268/10
1269/22 1371/20 1376/23
1377/6
**legitimate [1]**  1283/25
**Leissner [24]**  1250/9 1253/2
1253/12 1253/18 1254/23
1258/4 1260/5 1273/7 1292/22
1295/5 1311/11 1313/9
1336/19 1388/14 1388/21
1389/5 1389/5 1402/11
1402/18 1440/25 1451/8
1474/1 1474/13 1474/19
**Leissner's [2]**  1250/21
1251/6
**less [3]**  1335/10 1372/20
1372/21
**letter [8]**  1249/12 1264/2
1264/7 1264/18 1311/22
1312/9 1313/3 1482/3
**letters [3]**  1264/18 1293/3
1293/7
**level [4]**  1303/6 1366/2
1394/17 1423/19
**Leven [1]**  1421/8
**Lho [1]**  1261/2
**Li [1]**  1447/16
**lie [15]**  1312/20 1318/24
1324/16 1325/5 1362/17
1363/14 1391/25 1392/8
1392/9 1392/9 1392/17
1393/12 1394/1 1394/16
1396/23
**lied [27]**  1318/22 1319/2
1319/6 1319/13 1319/15
1324/19 1324/23 1329/15
1330/5 1330/6 1330/12
1330/12 1370/5 1391/18
1391/23 1393/16 1393/16
1393/16 1394/4 1394/7
1394/10 1394/10 1394/12
1395/15 1395/20 1395/22
1396/11
**lien [1]**  1346/15
**lies [8]**  1306/24 1331/9
1331/13 1333/8 1392/5 1392/7
1396/18 1397/1
**life [19]**  1265/3 1276/3
1308/10 1308/11 1312/3
1312/4 1313/7 1323/20
1323/21 1364/25 1377/13
1378/11 1378/15 1391/19
1393/11 1394/5 1396/12
1396/12 1449/14
**lifetime [1]**  1448/9
**light [1]**  1481/14
**likely [1]**  1442/1
**Lim [5]**  1423/11 1423/12
1423/14 1430/7 1441/14
**Lim's [2]**  1248/19 1249/1
**limbo [1]**  1269/3
**limited [3]**  1248/14 1309/15

1318/3
**LINDA [1]**  1247/22
**LindaDan226 [1]**  1247/24
**line [5]**  1274/11 1293/1
1295/2 1475/25 1477/10
**lines [3]**  1411/12 1432/25
1460/15
**link [2]**  1257/19 1257/22
**linkage [1]**  1257/18
**linked [4]**  1256/14 1257/15
1420/12 1447/3
**list [4]**  1347/8 1347/23
1348/9 1450/7
**listed [3]**  1260/21 1317/3
1415/17
**Listen [1]**  1319/19
**listened [1]**  1290/9
**Lloyd [4]**  1472/9 1472/14
1472/16 1472/25
**loan [2]**  1283/23 1289/9
**local [3]**  1434/7 1435/7
1456/9
**located [2]**  1278/9 1278/10
**London [11]**  1296/12 1377/21
1377/21 1378/2 1378/4 1379/2
1379/21 1380/2 1380/4
1385/19 1385/20
**long-time [2]**  1469/17 1470/6
**looked [7]**  1278/1 1302/18
1412/18 1415/2 1432/3
1478/10 1480/10
**looks [2]**  1295/25 1451/2
**loop [1]**  1287/21
**Los [2]**  1297/1 1322/21
**losing [1]**  1324/9
**Louis [3]**  1341/22 1341/25
1342/4
**lounge [1]**  1403/18
**love [1]**  1298/6
**loved [2]**  1378/12 1393/13
**Low [95]**  1249/23 1257/11
1257/12 1257/16 1261/4
1261/21 1263/5 1263/10
1263/12 1263/13 1263/18
1263/24 1264/11 1266/11
1267/15 1288/17 1289/12
1289/16 1291/13 1293/11
1293/15 1293/19 1293/21
1293/25 1294/4 1294/12
1294/18 1295/11 1295/14
1295/23 1302/5 1302/12
1303/7 1303/16 1304/23
1316/21 1317/20 1318/11
1338/19 1339/9 1402/23
1402/24 1403/14 1406/13
1407/22 1408/4 1408/7
1409/18 1410/2 1413/9 1416/4
1416/25 1417/9 1417/18
1417/19 1418/16 1420/17
1435/11 1435/19 1435/19
1435/20 1436/22 1437/7
1448/24 1449/18 1449/20
1449/21 1454/12 1455/2
1459/4 1464/19 1464/20
1465/15 1465/19 1465/19
1466/23 1468/6 1470/5

1470/12 1470/16 1470/20
1471/14 1472/2 1472/19
1472/21 1475/15 1475/19
1476/4 1476/12 1477/1 1477/3
1478/15 1478/21 1479/7
1480/2
**Low's [8]**  1295/3 1304/10
1416/23 1417/4 1466/11
1479/5 1480/3 1480/12
**loyal [1]**  1303/21
**luck [2]**  1270/13 1272/6
**lunch [5]**  1295/14 1295/15
1295/16 1397/7 1401/10
**lying [10]**  1328/2 1333/12
1374/21 1392/14 1392/16
1393/15 1393/22 1393/24
1395/11 1396/14


**M**

**Mabadala [1]**  1433/20
**Machado [1]**  1357/14
**Machin [4]**  1419/9 1419/10
1419/14 1421/4
**Magnolia [7]**  1259/11 1260/13
1317/1 1317/2 1469/8 1469/11
1469/13
**Mahmud [1]**  1389/21
**mail [71]**  1313/17 1314/9
1314/11 1314/12 1398/22
1403/23 1410/5 1411/13
1411/20 1412/15 1413/9
1414/21 1414/23 1415/2
1416/13 1416/17 1418/20
1418/23 1419/1 1419/8
1419/14 1419/15 1419/20
1420/21 1426/4 1427/11
1427/12 1428/12 1428/15
1429/2 1429/8 1429/19 1431/9
1431/25 1432/1 1432/3 1432/5
1432/19 1433/15 1434/12
1434/19 1434/19 1435/4
1440/25 1441/2 1441/13
1441/14 1441/15 1441/16
1441/19 1442/6 1442/7 1442/9
1442/18 1444/3 1444/8 1444/9
1444/18 1445/14 1445/21
1447/7 1447/12 1448/21
1448/25 1449/7 1451/16
1452/21 1455/9 1455/12
1456/25 1457/4
**mailed [2]**  1389/5 1426/3
**mails [8]**  1402/11 1412/17
1439/23 1441/15 1444/4
1445/15 1447/13 1449/7
**main [1]**  1404/21
**Majesty [1]**  1433/19
**major [1]**  1265/13
**makeup [1]**  1289/1
**Malaysia [31]**  1254/11 1255/9
1261/13 1278/11 1288/8
1289/23 1298/10 1303/14
1338/13 1407/1 1407/7
1407/21 1433/20 1437/21
1442/3 1447/1 1447/4 1447/5
1452/8 1456/4 1460/3 1460/8
1460/23 1468/14 1468/15

**M**

**Malaysia... [6]** 1468/24 1469/1 1469/5 1471/10 1472/8 1472/15
**Malaysian [11]** 1261/14 1288/7 1294/8 1389/23 1451/22 1452/2 1461/4 1462/25 1468/7 1470/18 1470/20
**Maliah [1]** 1422/8
**man [5]** 1321/22 1321/24 1327/5 1346/11 1468/7
**manage [1]** 1410/25
**managed [1]** 1460/14
**management [13]** 1260/10 1260/25 1261/8 1261/23 1262/14 1464/21 1465/1 1476/6 1476/13 1477/6 1477/9 1477/15 1478/17
**manages [1]** 1460/11
**managing [5]** 1348/23 1410/18 1411/3 1419/17 1448/1
**Mandarin [1]** 1449/13
**mandate [2]** 1452/16 1453/7
**mandated [1]** 1260/18
**manner [1]** 1398/23
**MARC [1]** 1247/20
**March [9]** 1247/5 1339/13 1339/23 1356/5 1357/19 1358/11 1454/22 1480/9 1482/11
**March 2 [1]** 1482/11
**March 23rd [3]** 1356/5 1357/19 1358/11
**MARGO [1]** 1247/10
**Maria [9]** 1335/13 1335/19 1335/22 1336/4 1336/23 1337/1 1337/7 1337/8 1337/8
**Mariam [1]** 1455/19
**Marina [1]** 1403/18
**marital [1]** 1250/8
**mark [7]** 1411/23 1419/9 1419/10 1419/14 1421/4 1432/2 1440/20
**marked [5]** 1292/15 1347/12 1362/25 1377/3 1449/24
**markets [9]** 1409/24 1414/10 1421/13 1422/13 1422/15 1422/20 1430/2 1430/4 1444/22
**marking [2]** 1399/20 1450/4
**marriage [14]** 1357/23 1362/16 1362/17 1362/18 1362/20 1363/14 1376/24 1376/25 1377/6 1377/12 1378/14 1394/18 1394/18 1394/21
**marriages [1]** 1388/22
**married [38]** 1348/18 1349/11 1350/14 1358/13 1358/15 1358/16 1358/18 1358/21 1358/22 1359/7 1359/8 1359/9 1359/10 1359/14 1359/15 1359/20 1359/24 1359/25 1360/4 1360/4 1360/9 1360/12 1360/12 1361/9 1361/9

1366/14 1369/3 1369/14 1369/15 1373/10 1373/11 1375/14 1390/3 1391/3 1391/8 1392/22 1393/5 1393/7
**Marriott [10]** 1302/14 1343/6 1343/8 1343/11 1343/16 1343/17 1343/18 1343/22 1343/23 1345/10
**marry [11]** 1360/6 1369/21 1369/24 1374/22 1374/24 1375/17 1390/1 1390/6 1390/17 1390/20 1390/25
**marrying [1]** 1369/11
**master [23]** 1270/14 1270/21 1271/1 1271/3 1271/5 1271/14 1271/16 1272/10 1272/12 1272/14 1272/17 1272/17 1272/23 1273/1 1278/3 1278/7 1278/13 1279/6 1279/7 1280/4 1282/17 1282/23 1284/23
**master's [3]** 1273/17 1274/13 1300/14
**materials [3]** 1410/17 1446/6 1446/9
**matter [7]** 1252/15 1279/15 1371/5 1417/25 1459/17 1460/22 1461/9
**mattered [1]** 1324/20
**matters [4]** 1248/11 1249/5 1394/7 1398/17
**maximum [1]** 1308/20
**MAXIS [4]** 1364/16 1365/4 1365/15 1468/23
**Maxus [3]** 1365/8 1365/9 1365/12
**May 14th [1]** 1255/4
**Maybank [1]** 1456/10
**Mazurek [1]** 1250/22
**McCullough [1]** 1422/19
**McKinsey [7]** 1452/24 1453/4 1453/10 1453/13 1453/20 1453/23 1454/2
**McNair [1]** 1337/22
**MD [8]** 1285/10 1414/8 1414/8 1414/9 1414/11 1419/17 1422/3 1447/23
**MDs [1]** 1414/15
**mean [28]** 1249/18 1270/9 1271/8 1282/7 1290/5 1301/7 1303/19 1305/13 1320/24 1323/3 1346/7 1350/7 1354/10 1354/19 1361/17 1382/24 1393/25 1417/1 1418/1 1418/4 1426/3 1451/23 1451/25 1452/1 1452/2 1452/15 1453/16 1479/10
**meaning [9]** 1269/24 1278/7 1283/22 1286/5 1290/9 1298/23 1304/13 1404/17 1422/9
**means [11]** 1257/25 1354/17 1354/18 1365/1 1410/21 1411/4 1452/4 1452/10 1452/16 1453/17 1460/15
**meant [6]** 1269/12 1280/18

1281/9 1408/22 1426/5 1442/16
**meanwhile [2]** 1446/6 1465/10
**mechanical [1]** 1247/25
**media [2]** 1253/19 1262/17
**medical [1]** 1383/21
**meet [12]** 1285/6 1302/5 1305/1 1341/7 1342/12 1342/15 1342/18 1364/1 1447/22 1463/9 1471/10 1477/11
**meeting [71]** 1260/7 1266/22 1268/20 1273/2 1278/2 1278/4 1278/16 1278/17 1278/18 1279/2 1279/9 1279/14 1279/16 1279/21 1280/4 1280/12 1281/13 1282/13 1282/16 1282/17 1282/18 1283/9 1283/18 1284/9 1284/9 1284/22 1295/4 1295/12 1295/13 1296/12 1297/1 1300/14 1305/3 1322/25 1326/7 1327/2 1328/13 1377/21 1377/22 1378/2 1402/21 1402/22 1402/24 1403/1 1403/7 1403/14 1403/17 1406/9 1406/13 1406/14 1406/20 1410/1 1414/23 1414/25 1415/7 1415/9 1415/25 1416/4 1416/5 1448/24 1451/21 1454/12 1454/12 1454/22 1455/2 1466/17 1472/5 1472/7 1472/8 1472/11 1477/5
**meetings [30]** 1285/7 1285/11 1302/12 1306/19 1320/9 1320/10 1320/12 1320/14 1321/11 1321/11 1321/25 1322/3 1322/5 1322/14 1322/19 1324/15 1324/17 1325/21 1327/9 1329/6 1329/15 1389/9 1405/18 1417/17 1417/18 1418/1 1418/13 1418/15 1473/1 1473/1
**Meland [3]** 1478/8 1478/17 1480/4
**member [1]** 1407/23
**members [5]** 1253/7 1303/25 1306/25 1397/6 1457/11
**memo [2]** 1425/13 1427/23
**memory [2]** 1399/7 1428/3
**mention [2]** 1270/20 1389/15
**mentioned [18]** 1257/2 1269/15 1289/12 1290/1 1304/7 1309/22 1328/7 1360/14 1385/14 1385/14 1431/7 1433/20 1435/10 1455/21 1456/11 1459/25 1460/7 1470/23
**mentions [1]** 1463/16
**mere [1]** 1425/23
**merge [1]** 1404/18
**mergers [1]** 1404/17
**message [12]** 1291/7 1293/14 1293/21 1293/25 1294/2

**M**

**message... [7]**  1294/4
1294/13 1295/3 1298/1
1335/24 1398/23 1400/11
**messaged [1]**  1250/22
**messages [10]**  1290/9 1293/12
1335/13 1383/5 1383/7
1383/13 1383/16 1398/16
1398/19 1401/5
**messenger [1]**  1285/3
**messengers [1]**  1291/14
**met [24]**  1268/19 1271/13
1278/19 1279/18 1279/19
1279/20 1302/7 1302/13
1302/17 1329/22 1331/4
1348/21 1366/10 1366/12
1408/15 1408/17 1418/10
1420/13 1447/25 1463/21
1466/7 1472/19 1472/21
1472/23
**method [1]**  1291/12
**Mexico [1]**  1299/17
**mic [2]**  1249/20 1475/23
**Michael [7]**  1268/2 1268/3
1268/8 1269/24 1422/22
1457/10 1457/23
**middle [9]**  1305/2 1355/25
1420/4 1420/6 1430/14
1430/18 1430/19 1433/9
1457/1
**midnight [1]**  1250/17
**might [11]**  1280/15 1292/13
1296/15 1334/8 1335/22
1359/14 1381/16 1396/4
1396/7 1474/6 1477/4
**Miguel [1]**  1427/4
**million [35]**  1285/14 1285/17
1303/2 1311/17 1311/18
1313/12 1317/3 1318/4 1318/4
1318/11 1322/5 1322/22
1346/16 1346/19 1379/1
1379/25 1380/2 1380/6 1384/9
1384/12 1384/16 1384/19
1384/23 1385/6 1386/18
1388/17 1428/10 1433/4
1456/20 1456/21 1457/15
1457/15 1457/17 1457/19
1459/9
**mind [5]**  1334/1 1390/23
1436/12 1477/8 1477/14
**mine [3]**  1291/2 1425/4
1425/15
**minimization [1]**  1333/9
**minimize [4]**  1325/8 1326/2
1327/11 1327/16
**minimizing [2]**  1287/4
1333/12
**minister [15]**  1288/14
1289/25 1303/14 1303/15
1338/13 1389/18 1389/21
1407/2 1407/4 1458/2 1459/24
1464/4 1466/7 1472/8 1472/13
**ministry [1]**  1461/21
**minute [4]**  1269/15 1323/13
1360/12 1420/4
**minutes [9]**  1266/9 1318/24

1330/3 1332/2 1334/17 1397/7
1415/3 1431/9 1473/4
**mishear [1]**  1326/22
**misimpression [1]**  1333/19
**misled [4]**  1375/9 1375/10
1375/10 1375/11
**missed [4]**  1250/5 1259/8
1259/9 1414/3
**mistake [1]**  1426/7
**mixed [1]**  1289/7
**MKB [1]**  1247/2
**mobile [3]**  1365/4 1449/8
1449/11
**model [1]**  1433/21
**MOF [1]**  1461/21
**Mohammed [1]**  1458/2
**Molly [1]**  1335/14
**moment [6]**  1273/19 1318/14
1323/1 1396/16 1440/21
1455/10
**monetary [3]**  1304/13 1346/19
1406/23
**money [47]**  1254/10 1254/19
1258/12 1258/19 1265/14
1270/25 1283/5 1283/11
1283/20 1284/13 1285/3
1285/23 1289/10 1295/8
1306/9 1312/7 1313/10 1315/1
1315/2 1316/6 1316/11
1316/17 1317/21 1322/22
1346/1 1346/3 1346/10
1346/13 1364/13 1378/17
1379/24 1385/11 1385/15
1385/22 1386/4 1386/15
1386/16 1386/17 1386/20
1387/5 1387/9 1388/16
1388/19 1411/7 1457/23
1480/8 1481/5
**money's [1]**  1258/20
**monies [1]**  1317/16
**month [2]**  1335/10 1349/19
**months [9]**  1254/15 1254/15
1305/23 1322/2 1322/7 1339/7
1344/20 1459/12 1462/6
**Morgan [13]**  1425/5 1425/6
1435/13 1435/15 1435/16
1435/18 1435/25 1436/4
1436/5 1453/4 1453/10
1453/13 1456/11
**morning [13]**  1248/2 1248/8
1248/9 1248/10 1253/7 1253/8
1291/2 1291/4 1297/23
1297/24 1331/24 1469/24
1482/6
**Morten [3]**  1478/8 1478/17
1478/18
**most [5]**  1285/3 1373/14
1394/1 1410/14 1423/14
**mostly [3]**  1261/11 1285/2
1291/11
**mother [7]**  1327/21 1327/21
1328/1 1328/11 1328/17
1328/23 1329/6
**mouth [2]**  1326/9 1396/18
**move [2]**  1461/6 1461/10
**moved [1]**  1448/8

**movement [1]**  1294/9
**moving [1]**  1414/18
**Mr. Agnifilo [14]**  1248/13
1249/7 1251/24 1252/3 1252/7
1318/18 1319/23 1333/7
1333/23 1334/2 1334/4 1335/2
1440/16 1481/15
**Mr. Gnodde [1]**  1367/7
**Mr. Leissner [9]**  1253/12
1253/18 1254/23 1258/4
1260/5 1273/7 1336/19
1440/25 1451/8
**Mr. Leissner's [2]**  1250/21
1251/6
**Mr. Ng's [1]**  1481/10
**Mr. Rolle [4]**  1252/7 1253/14
1333/3 1474/24
**Mr. Sullivan [1]**  1342/12
**Mr. Swift's [1]**  1260/21
**Mr. Youkilis [5]**  1254/22
1256/4 1256/20 1257/4 1259/1
**Ms. Valentine [1]**  1250/22
**Mubadala [11]**  1431/1 1431/3
1431/5 1431/6 1431/13
1431/23 1445/7 1446/9
1446/18 1446/22 1458/1
**Muslim [1]**  1390/22
**mutual [1]**  1350/23
**mystery [2]**  1258/9 1468/7

**N**

**Najib [4]**  1288/15 1303/14
1338/14 1466/7
**name [13]**  1267/23 1267/25
1268/2 1275/13 1275/13
1278/13 1293/4 1338/21
1341/10 1349/14 1424/5
1437/10 1478/17
**named [7]**  1261/2 1341/22
1364/1 1365/5 1365/23
1367/18 1389/15
**names [5]**  1291/1 1316/8
1316/10 1419/21 1447/25
**narrative [2]**  1286/24
1300/10
**nature [3]**  1254/9 1296/11
1304/13
**navigate [1]**  1267/14
**nearly [1]**  1259/9
**necessarily [1]**  1426/12
**necessary [2]**  1465/11
1465/17
**need [12]**  1283/19 1403/10
1428/19 1435/22 1437/17
1451/21 1452/1 1456/10
1459/18 1474/23 1477/23
1481/16
**needed [3]**  1323/13 1323/15
1374/7
**negative [3]**  1258/13 1262/17
1465/20
**negotiations [1]**  1460/3
**never [32]**  1249/5 1254/18
1262/23 1264/12 1284/16
1284/17 1289/7 1296/25
1297/2 1303/21 1320/17

**N**

**never... [21]**  1320/20
1320/23 1322/1 1327/18
1329/25 1330/2 1331/6
1338/21 1340/23 1344/6
1344/9 1344/12 1346/10
1346/17 1354/8 1364/22
1386/23 1389/10 1405/5
1439/1 1439/4
**Newark [1]**  1339/14
**news [4]**  1298/4 1424/1
1456/7 1482/5
**newspaper [1]**  1255/8
**next [39]**  1293/21 1298/13
1309/18 1315/8 1332/5
1334/20 1344/18 1372/3
1384/1 1401/11 1403/4 1409/7
1415/10 1416/9 1418/19
1423/25 1424/7 1432/1
1434/12 1439/22 1441/13
1441/25 1442/6 1442/6
1445/14 1447/7 1447/21
1448/14 1449/24 1453/15
1454/6 1455/6 1456/22
1459/11 1461/12 1463/21
1464/9 1465/24 1471/19
**NG [10]**  1247/6 1247/6 1248/5
1294/8 1294/10 1325/22
1326/8 1326/8 1330/5 1338/21
**Ng's [1]**  1481/10
**niece [1]**  1389/18
**night [13]**  1251/2 1251/9
1306/3 1342/25 1343/23
1344/15 1380/15 1450/12
1470/9 1470/23 1470/25
1481/18 1482/7
**Nomura [3]**  1452/25 1453/5
1453/13
**none [4]**  1258/2 1284/21
1407/22 1425/23
**Normally [1]**  1438/16
**note [2]**  1251/7 1252/4
**nothing [5]**  1361/25 1400/22
1480/1 1480/2 1481/17
**notification [1]**  1415/25
**November [7]**  1294/3 1294/5
1296/19 1298/1 1369/20
1470/13 1471/14
**November 2009 [1]**  1471/14
**November 24th [1]**  1369/20
**null [1]**  1312/21
**number [31]**  1248/5 1260/8
1260/21 1292/14 1303/21
1311/15 1316/13 1325/5
1357/7 1357/10 1357/11
1358/2 1358/2 1367/12
1378/12 1410/9 1413/10
1414/3 1423/19 1429/23
1442/18 1444/9 1445/21
1445/22 1447/2 1449/11
1454/21 1465/6 1471/4 1471/5
1471/8
**numbers [3]**  1292/12 1293/7
1378/22
**numerous [1]**  1290/19

**O**

**o'clock [1]**  1342/16
**oath [1]**  1253/12
**object [4]**  1292/19 1334/11
1399/3 1401/6
**objected [3]**  1397/24 1398/14
1481/13
**objection [42]**  1255/13
1260/1 1273/22 1292/10
1292/11 1292/13 1297/18
1311/7 1314/6 1330/25
1334/12 1342/1 1348/5
1356/21 1356/22 1367/25
1371/8 1381/6 1383/10
1383/23 1385/24 1388/8
1397/19 1398/4 1412/22
1412/23 1412/25 1413/5
1415/22 1419/4 1428/7
1429/14 1432/15 1434/24
1441/7 1444/13 1449/2
1454/16 1480/13 1481/2
1481/2 1481/3
**objections [2]**  1251/3 1251/7
**obligation [1]**  1309/11
**obtaining [1]**  1481/25
**obviously [4]**  1256/12
1257/14 1280/9 1284/12
**occasion [9]**  1299/16 1300/11
1302/7 1302/13 1389/7
1427/13 1427/14 1427/14
1472/21
**occasions [7]**  1275/24
1279/20 1328/22 1393/8
1471/4 1471/5 1472/23
**occurred [1]**  1279/16
**October [5]**  1293/18 1322/17
1461/22 1463/22 1467/20
**October 19th [1]**  1463/22
**offer [22]**  1255/11 1259/24
1273/21 1292/4 1292/17
1297/16 1305/5 1311/5 1314/4
1412/20 1415/21 1419/3
1429/13 1432/14 1434/22
1440/17 1441/6 1444/12
1445/25 1449/1 1450/8
1454/15
**offered [4]**  1251/21 1272/11
1292/16 1439/24
**offering [5]**  1292/7 1364/19
1364/21 1440/16 1469/20
**office [21]**  1247/14 1270/11
1270/12 1270/15 1272/5
1309/15 1326/7 1328/10
1328/11 1328/16 1329/22
1331/5 1331/10 1331/14
1404/6 1404/7 1413/22
1413/24 1413/25 1477/17
1478/19
**officer [6]**  1365/23 1366/1
1366/4 1366/18 1367/1
1422/18
**offices [1]**  1328/22
**official [5]**  1371/17 1371/19
1371/23 1372/11 1372/16
**officially [1]**  1258/25
**officials [1]**  1338/13

**often [1]**  1299/1
**oil [5]**  1410/5 1410/9 1411/4
1411/8 1433/3
**older [2]**  1468/19 1475/5
**onboard [1]**  1263/25
**one-sided [1]**  1368/17
**ongoing [2]**  1296/3 1336/25
**online [2]**  1261/11 1261/11
**onward [1]**  1286/9
**onwards [3]**  1266/22 1296/12
1395/24
**open [2]**  1248/1 1402/2
**opening [1]**  1249/14
**operations [1]**  1430/13
**operative [1]**  1354/12
**opinion [1]**  1367/9
**opportunities [1]**  1415/6
**opportunity [2]**  1325/11
1363/7
**opposition [1]**  1254/11
**option [4]**  1335/19 1335/23
1336/7 1336/23
**order [5]**  1346/11 1356/3
1356/19 1399/18 1452/5
**ordered [1]**  1342/22
**organization [3]**  1341/25
1460/11 1472/13
**organizations [2]**  1446/21
1447/3
**organize [1]**  1298/24
**organized [1]**  1279/25
**orient [1]**  1294/12
**oriented [1]**  1260/20
**original [2]**  1274/22 1374/1
**originally [1]**  1352/10
**originated [1]**  1261/13
**ostensibly [1]**  1460/22
**otherwise [5]**  1261/22
1306/15 1325/18 1411/7
1411/7
**ourselves [2]**  1438/19
1438/21
**outgoing [4]**  1314/22 1317/10
1317/12 1318/1
**outlined [1]**  1411/12
**outset [14]**  1262/21 1280/17
1319/10 1319/21 1324/15
1325/7 1325/24 1325/24
1329/17 1330/7 1330/19
1331/6 1355/15 1442/16
**outside [6]**  1261/13 1327/11
1332/4 1333/1 1378/5 1473/2
**overlap [1]**  1391/9
**overlapping [1]**  1388/21
**overruled [4]**  1357/1 1368/3
1371/12 1428/8
**overseas [2]**  1376/24 1377/7
**own [12]**  1268/10 1271/5
1304/25 1321/8 1321/11
1321/19 1323/23 1326/2
1327/16 1348/9 1350/17
1350/19
**owned [17]**  1291/20 1363/24
1365/5 1365/10 1365/12
1410/25 1442/2 1442/2 1447/2
1447/3 1468/20 1468/22

**O**

owned... **[5]**   1468/23 1468/24
1469/1 1469/3 1469/6
ownership **[1]**   1365/1

**P**

P.C **[1]**   1247/18
p.m **[2]**   1446/8 1482/10
pacify **[3]**   1479/14 1479/18
1480/2
page 2 **[1]**   1275/7
page 3 **[1]**   1382/11
pages **[5]**   1255/21 1275/1
1275/3 1275/10 1413/4
pages 2 **[1]**   1275/3
paid **[10]**   1269/17 1303/2
1317/12 1338/12 1338/17
1346/13 1346/20 1443/7
1443/21 1456/21
Palace **[1]**   1447/22
panic **[1]**   1267/11
paper **[4]**   1256/2 1256/2
1275/4 1428/23
paperwork **[1]**   1352/3
paragraph **[10]**   1256/19
1309/4 1309/9 1309/10
1309/17 1309/20 1310/3
1311/10 1331/20 1331/22
parcel **[1]**   1306/8
part **[60]**   1255/25 1258/3
1258/6 1258/23 1263/24
1268/25 1271/19 1271/25
1282/5 1287/9 1288/10
1296/11 1297/14 1301/18
1302/22 1303/23 1304/11
1306/5 1306/8 1306/17
1307/10 1308/4 1310/5 1315/4
1315/6 1316/19 1317/5
1346/10 1346/18 1347/18
1360/7 1365/9 1380/1 1408/17
1410/22 1411/2 1415/1
1417/19 1418/9 1418/16
1423/14 1431/20 1440/3
1440/3 1442/14 1442/15
1442/15 1452/1 1453/5
1456/14 1460/6 1461/1
1465/22 1469/7 1469/16
1475/17 1475/19 1475/21
1476/15 1479/13
participant **[3]**   1261/24
1284/12 1309/24
participants **[1]**   1292/24
particular **[12]**   1255/24
1276/4 1333/6 1383/6 1403/17
1425/14 1427/12 1434/4
1445/3 1448/9 1477/12
1477/14
particularly **[1]**   1336/5
parties **[16]**   1249/15 1334/16
1398/9 1401/8 1405/18 1412/3
1416/12 1427/7 1434/14
1439/25 1440/22 1442/17
1448/16 1450/1 1453/6 1482/6
parting **[1]**   1346/17
partner **[6]**   1414/8 1419/10
1419/13 1434/9 1434/10

1453/24
partners **[5]**   1316/14 1316/24
1414/5 1414/6 1477/11
partnership **[1]**   1413/14
parts **[2]**   1276/1 1315/4
party **[1]**   1469/16
pass **[2]**   1272/23 1272/25
passage **[1]**   1482/3
passed **[3]**   1272/17 1272/20
1273/4
passport **[10]**   1286/6 1286/18
1294/8 1294/10 1294/15
1298/9 1335/11 1336/1
1377/18 1481/24
past **[1]**   1457/9
paths **[1]**   1425/7
pattern **[1]**   1479/15
pause **[2]**   1296/17 1318/15
pay **[10]**   1268/10 1312/22
1313/10 1346/1 1346/3 1346/5
1456/16 1456/21 1457/20
1468/25
paying **[2]**   1443/14 1443/17
payment **[9]**   1259/9 1259/9
1259/10 1288/25 1289/1
1302/23 1304/13 1317/5
1318/5
payments **[3]**   1338/2 1338/12
1473/20
PDF **[2]**   1372/6 1374/6
pension **[3]**   1437/20 1437/20
1456/4
people's **[1]**   1330/12
peoples' **[1]**   1419/21
Per **[2]**   1433/5 1433/7
perhaps **[6]**   1385/19 1390/18
1390/21 1404/1 1453/23
1471/5
period **[9]**   1277/11 1280/23
1335/25 1392/4 1395/22
1404/24 1440/5 1448/10
1460/2
periods **[1]**   1329/21
permanent **[1]**   1301/15
permitted **[1]**   1333/5
person **[26]**   1261/6 1267/16
1278/5 1280/15 1280/17
1302/5 1362/21 1363/12
1390/6 1408/4 1408/7 1408/11
1408/13 1417/1 1418/12
1426/16 1435/18 1437/9
1437/22 1438/1 1438/2
1443/17 1443/17 1449/18
1456/5 1468/13
personal **[8]**   1255/17 1271/5
1272/25 1274/5 1285/20
1288/20 1288/22 1426/15
personally **[3]**   1270/18
1296/25 1297/2
perspective **[1]**   1251/19
Petroleum **[3]**   1463/23
1463/24 1464/7
Petronas **[1]**   1433/3
PFI **[2]**   1462/19 1462/22
phone **[27]**   1247/23 1285/1
1290/7 1290/8 1290/12

1290/22 1291/9 1291/10
1298/24 1299/23 1307/9
1307/17 1309/25 1339/8
1345/1 1345/5 1345/6 1345/7
1345/12 1345/14 1357/7
1357/10 1357/11 1365/4
1365/4 1449/11 1465/6
phones **[4]**   1339/1 1339/5
1339/11 1345/15
phonetic **[1]**   1444/19
photo **[2]**   1380/14 1384/17
Photoshop **[2]**   1372/4 1372/5
Photoshopped **[1]**   1372/11
Photoshopping **[2]**   1370/16
1373/21
phrase **[1]**   1437/14
physically **[1]**   1306/16
pick **[2]**   1306/18 1350/21
picture **[1]**   1257/9
piece **[4]**   1258/8 1429/7
1434/4 1456/10
pieces **[2]**   1275/4 1415/3
Pierre **[3]**   1250/19 1252/12
1397/14
pillar **[2]**   1380/12 1381/18
pitch **[2]**   1434/7 1434/8
pitched **[3]**   1434/4 1437/24
1438/25
pitching **[3]**   1433/1 1433/10
1441/23
place **[23]**   1283/21 1289/9
1313/24 1315/1 1315/5 1316/6
1316/12 1316/18 1317/13
1317/17 1318/2 1333/1
1335/23 1337/9 1339/25
1340/3 1343/4 1350/22
1352/11 1364/11 1390/9
1390/10 1397/5
place to **[1]**   1390/9
places **[3]**   1278/12 1350/5
1471/11
Plaintiff **[1]**   1247/4
plan **[1]**   1284/12
plane **[6]**   1267/9 1268/13
1322/8 1322/11 1322/11
1322/12
planning **[1]**   1252/8
play **[1]**   1460/25
played **[1]**   1260/16
Plaza **[1]**   1247/15
plea **[6]**   1264/9 1264/14
1264/25 1302/2 1307/21
1307/21
plead **[1]**   1308/15
pleasure **[1]**   1413/14
pled **[1]**   1330/21
plenty **[1]**   1324/12
PM **[6]**   1459/24 1463/23
1463/25 1466/7 1472/5 1472/7
pocket **[3]**   1346/3 1346/5
1346/13
Poetzscher **[1]**   1422/6
point **[53]**   1284/22 1286/9
1292/14 1296/19 1296/23
1300/20 1301/13 1304/23
1305/14 1307/24 1329/3

**P**

point... **[42]**   1333/6 1334/9
1334/10 1334/12 1338/24
1344/21 1345/1 1346/2 1346/4
1346/9 1346/10 1355/4
1359/23 1362/8 1364/1
1369/17 1370/1 1375/8
1378/17 1388/9 1391/7
1391/20 1397/4 1398/13
1398/24 1399/13 1400/9
1403/22 1403/23 1404/23
1406/16 1409/20 1413/21
1416/22 1419/12 1421/13
1434/8 1436/24 1438/5
1466/21 1468/10 1480/6
pointless **[1]**   1479/17
points **[2]**   1280/13 1481/7
police **[3]**   1288/11 1294/25
1320/20
policies **[1]**   1260/19
policy **[3]**   1425/17 1426/13
1428/2
politician **[1]**   1389/23
Pooja **[1]**   1422/16
Porsche **[3]**   1379/4 1379/4
1379/6
portion **[2]**   1295/23 1318/5
pose **[1]**   1398/19
position **[11]**   1252/14 1267/2
1348/23 1353/12 1366/2
1366/24 1392/11 1420/25
1425/10 1437/23 1476/12
positive **[3]**   1465/15 1465/20
1465/23
possession **[1]**   1306/15
possibility **[2]**   1338/12
1406/17
possible **[5]**   1287/5 1299/2
1348/16 1446/15 1480/7
possibly **[1]**   1467/15
post **[6]**   1254/17 1274/23
1307/21 1368/13 1472/9
1472/10
potential **[4]**   1405/19
1417/24 1418/1 1418/10
potentially **[2]**   1460/8
1461/3
power **[8]**   1423/4 1460/12
1463/13 1469/2 1469/2 1469/7
1469/16 1476/12
powerful **[1]**   1389/23
practice **[2]**   1290/20 1393/25
practiced **[1]**   1393/24
prayer **[2]**   1298/15 1298/16
precinct **[1]**   1320/21
preclude **[1]**   1249/13
prediction **[4]**   1270/4 1276/3
1276/7 1276/8
preference **[1]**   1453/17
preferences **[1]**   1453/21
prefix **[1]**   1357/12
preliminarily **[1]**   1248/25
prepare **[1]**   1301/1
preparing **[1]**   1377/17
pres **[1]**   1452/24
presence **[1]**   1341/15

present **[8]**   1248/1 1278/4
1295/17 1307/14 1376/11
1402/2 1447/23 1472/14
presentation **[3]**   1453/4
1453/6 1463/22
presented **[4]**   1372/24
1374/10 1376/4 1376/8
presenting **[1]**   1374/23
president **[6]**   1302/18 1349/1
1367/4 1421/12 1421/1 1421/2
press **[15]**   1253/22 1254/1
1254/4 1254/5 1254/7 1254/13
1257/16 1258/13 1270/23
1279/11 1424/3 1425/18
1425/19 1425/25 1425/25
prevents **[1]**   1400/22
previous **[1]**   1470/24
previously **[4]**   1253/2
1288/19 1337/17 1337/17
price **[2]**   1410/19 1411/3
prime **[12]**   1288/14 1289/24
1303/14 1303/15 1338/13
1407/1 1407/4 1459/24 1464/4
1466/7 1472/8 1472/12
Prince **[1]**   1445/1
principal **[5]**   1250/15
1341/22 1451/22 1452/2
1452/8
principling **[1]**   1462/23
prison **[6]**   1312/12 1312/14
1313/5 1320/17 1343/2
1344/10
private **[18]**   1274/9 1274/19
1302/15 1322/11 1322/12
1416/4 1422/4 1444/25 1455/4
1462/22 1464/21 1464/25
1476/5 1476/13 1478/12
1478/16 1478/19 1479/23
privately **[1]**   1469/4
privileges **[1]**   1250/8
privy **[1]**   1261/22
problem **[3]**   1276/4 1354/15
1449/13
procedure **[6]**   1382/23
1383/21 1397/23 1398/3
1398/5 1400/11
proceed **[2]**   1251/11 1253/14
proceedings **[4]**   1247/25
1318/15 1352/17 1482/10
proceeds **[3]**   1254/14 1258/15
1258/19
process **[16]**   1269/23 1301/18
1301/22 1349/12 1349/22
1349/23 1349/24 1352/6
1361/10 1365/19 1408/17
1439/10 1448/1 1453/5
1479/21 1481/25
produced **[2]**   1247/25 1251/8
professional **[1]**   1426/18
program **[1]**   1479/13
prohibitions **[1]**   1296/5
project **[29]**   1253/23 1256/23
1258/12 1258/16 1258/17
1259/10 1260/13 1262/22
1317/1 1317/2 1417/3 1417/7
1420/10 1429/2 1429/11

1431/3 1448/12 1460/8 1461/6
1461/10 1463/10 1463/12
1463/12 1463/13 1463/14
1463/17 1469/1 1469/7 1469/9
projects **[2]**   1258/21 1413/15
prominent **[2]**   1255/8 1468/13
promoted **[2]**   1425/10 1425/17
Pronunciation **[1]**   1358/5
property **[3]**   1310/9 1350/17
1350/19
proposal **[4]**   1440/7 1440/11
1440/12 1451/10
propose **[1]**   1248/14
proposing **[1]**   1260/7
prosecution **[3]**   1321/1
1321/16 1330/10
prosecutor **[2]**   1319/6
1319/13
prosecutors **[9]**   1320/2
1320/15 1321/20 1323/14
1324/16 1325/22 1326/8
1329/1 1341/14
prosperity **[1]**   1270/13
protect **[2]**   1330/14 1330/16
protestations **[1]**   1399/12
proud **[4]**   1327/23 1328/9
1394/14 1425/15
provide **[7]**   1261/7 1283/24
1309/13 1377/18 1433/15
1442/17 1479/20
provided **[4]**   1249/11 1377/5
1377/12 1446/6
Provident **[3]**   1437/15
1437/19 1456/3
providing **[4]**   1282/6 1306/14
1409/3 1446/20
public **[13]**   1257/23 1257/24
1270/24 1307/23 1338/12
1364/19 1364/21 1364/23
1364/23 1365/2 1365/19
1367/2 1469/20
publication **[5]**   1255/8
1256/1 1261/12 1261/16
1425/8
published **[41]**   1255/16
1256/16 1260/4 1273/25
1275/2 1336/15 1347/16
1348/2 1425/20 1426/11
1426/14 1427/9 1428/17
1429/18 1432/4 1434/16
1435/2 1440/1 1440/23
1441/10 1444/6 1444/16
1445/17 1446/3 1447/10
1448/17 1449/5 1450/23
1451/15 1452/19 1454/8
1454/20 1455/8 1456/24
1459/15 1461/18 1464/16
1466/1 1468/2 1471/22 1473/9
pull **[26]**   1249/20 1254/21
1255/21 1259/16 1273/5
1275/1 1275/3 1309/2 1310/17
1313/13 1313/25 1388/6
1388/6 1402/15 1410/16
1412/2 1414/20 1416/11
1445/15 1447/8 1448/15
1449/25 1459/14 1464/14

**P**

pull... **[2]**   1475/23 1475/24
pulls **[1]**   1428/15
purely **[1]**   1426/18
purpose **[8]**   1271/16 1279/9
1317/14 1317/16 1426/8
1447/24 1461/24 1472/11
purposes **[2]**   1391/2 1399/23
pursue **[1]**   1408/8
pursuing **[3]**   1406/17 1406/19
1410/10
pursuit **[1]**   1406/20
push **[5]**   1347/7 1476/8
1476/14 1476/18 1476/22
put **[12]**   1259/10 1289/18
1331/20 1336/11 1339/16
1347/3 1374/5 1383/8 1416/1
1447/24 1476/19 1482/1
putting **[4]**   1399/24 1400/15
1411/5 1415/7

**Q**

quarter **[6]**   1285/14 1382/13
1382/20 1398/10 1401/9
1452/6
questioned **[5]**   1287/9
1289/18 1296/23 1339/19
1367/13
questions **[27]**   1252/11
1252/21 1253/22 1256/24
1256/25 1257/25 1258/15
1259/13 1260/8 1260/8
1262/10 1262/13 1264/6
1265/10 1266/8 1282/21
1286/16 1294/22 1297/6
1306/18 1307/2 1307/5
1318/16 1367/14 1398/20
1427/3 1427/18
quicker **[1]**   1252/19
quickly **[1]**   1298/14
quite **[6]**   1291/6 1303/12
1320/6 1325/10 1431/2 1447/2

**R**

Raghav **[1]**   1422/8
raise **[7]**   1250/20 1259/14
1333/4 1333/17 1334/10
1397/20 1411/6
raised **[9]**   1254/10 1256/24
1257/24 1258/12 1260/9
1262/13 1398/3 1398/4
1398/14
raises **[1]**   1400/24
raising **[2]**   1404/19 1469/11
raisings **[1]**   1441/24
Rajiv **[5]**   1367/18 1367/20
1367/22 1367/23 1368/6
ramifications **[2]**   1265/25
1271/21
Ramli **[2]**   1447/23 1448/3
ran **[1]**   1419/11
range **[2]**   1311/25 1312/3
ranged **[1]**   1468/22
Ranu **[1]**   1455/16
rather **[1]**   1422/20
Ravi **[1]**   1421/6

Razak **[1]**   1338/14
reach **[1]**   1433/9
reached **[4]**   1269/24 1303/5
1430/10 1446/8
reaching **[3]**   1430/19 1446/18
1446/19
reacting **[1]**   1454/1
reaction **[1]**   1296/6
read **[24]**   1256/10 1272/14
1273/16 1273/19 1274/21
1275/9 1275/19 1275/21
1294/4 1295/22 1295/22
1358/12 1359/24 1381/3
1381/4 1382/16 1429/1 1429/4
1429/7 1431/25 1432/25
1434/17 1457/25 1471/25
reading **[22]**   1270/1 1270/5
1270/7 1270/10 1272/18
1273/17 1274/13 1275/5
1275/17 1277/4 1278/1
1279/23 1280/4 1399/8
1399/10 1399/19 1399/21
1399/21 1400/10 1400/15
1401/1 1481/10
ready **[2]**   1318/18 1413/16
real **[3]**   1316/13 1316/23
1422/23
realize **[1]**   1426/12
really **[27]**   1258/20 1260/18
1269/17 1271/24 1271/25
1277/10 1277/21 1279/11
1279/12 1279/14 1280/7
1281/12 1286/25 1291/10
1299/18 1302/24 1320/5
1326/12 1330/14 1348/17
1378/24 1390/23 1399/22
1408/22 1467/22 1472/12
1482/5
realtime **[1]**   1317/21
reason **[10]**   1264/18 1326/16
1327/25 1347/3 1347/8 1348/8
1385/11 1386/6 1386/7 1420/3
reasons **[1]**   1291/16
rebut **[1]**   1250/2
receive **[2]**   1295/8 1308/17
received **[35]**   1251/2 1255/15
1259/22 1260/3 1273/24
1286/12 1286/14 1290/10
1292/21 1297/20 1311/9
1313/17 1314/8 1315/2 1316/6
1317/18 1318/4 1318/10
1385/15 1386/17 1387/5
1388/16 1413/7 1415/24
1419/6 1429/16 1432/17
1435/1 1441/9 1444/15 1446/2
1449/4 1453/3 1454/1 1454/18
receiving **[3]**   1277/14 1296/6
1296/23
recent **[1]**   1373/14
recently **[2]**   1433/1 1433/21
recess **[2]**   1334/19 1401/10
recognize **[14]**   1259/20
1273/11 1273/13 1273/15
1273/16 1275/12 1292/2
1292/22 1297/12 1310/19
1310/22 1313/15 1314/2

1357/3
recognizes **[1]**   1356/25
recollection **[22]**   1268/18
1329/5 1356/11 1356/12
1357/24 1377/2 1377/5
1377/15 1380/18 1381/8
1388/9 1398/14 1398/15
1398/22 1399/4 1399/12
1399/18 1399/23 1400/7
1427/7 1438/6 1461/11
recommend **[1]**   1308/25
recommended **[1]**   1269/20
recommending **[2]**   1270/12
1271/2
record **[3]**   1317/11 1475/6
1482/1
recorded **[2]**   1247/25 1316/5
recording **[1]**   1317/14
recounted **[1]**   1288/16
recounting **[1]**   1481/10
red **[1]**   1480/8
redacted **[2]**   1292/8 1292/18
redirect **[1]**   1333/23
reduce **[1]**   1456/14
refer **[2]**   1350/7 1464/25
reference **[19]**   1256/22
1257/13 1257/13 1258/11
1261/10 1420/15 1430/21
1431/2 1435/11 1438/7 1446/7
1446/19 1448/4 1462/25
1465/11 1465/23 1471/17
1475/21 1478/19
referenced **[4]**   1256/25
1263/25 1280/16 1455/24
references **[5]**   1256/24
1257/11 1261/7 1275/14
1465/17
referencing **[1]**   1459/24
referral **[1]**   1464/20
referred **[1]**   1379/25
referring **[5]**   1294/14 1346/6
1437/5 1478/9 1478/16
refers **[2]**   1410/22 1414/25
refresh **[10]**   1336/9 1356/11
1356/12 1376/22 1377/5
1398/21 1399/6 1399/18
1424/4 1427/6
refreshed **[1]**   1399/7
refreshes **[3]**   1380/18 1381/8
1400/7
refreshing **[4]**   1377/15
1398/15 1399/4 1399/23
regard **[8]**   1249/9 1250/9
1333/9 1402/23 1403/6 1403/6
1448/24 1481/5
regarding **[3]**   1256/5 1256/6
1385/9
regards **[1]**   1442/20
registry **[1]**   1362/20
regret **[5]**   1393/20 1395/14
1396/16 1396/17 1396/17
regretted **[1]**   1394/12
regular **[3]**   1285/7 1471/2
1471/4
regularly **[1]**   1285/1
regulators **[10]**   1264/6

**R**

**regulators... [9]**  1264/10
  1264/12 1264/14 1264/16
  1264/17 1264/23 1264/25
  1340/21 1340/23
**regulatory [2]**  1442/12
  1442/12
**reiterate [1]**  1284/16
**related [4]**  1279/12 1402/12
  1428/15 1435/18
**relates [1]**  1441/4
**relation [2]**  1338/17 1435/11
**relationship [16]**  1263/2
  1288/20 1288/20 1289/4
  1289/8 1367/24 1368/7
  1368/11 1368/16 1368/18
  1386/7 1386/13 1394/21
  1395/25 1426/15 1472/12
**relationships [1]**  1371/20
**release [8]**  1288/15 1289/25
  1299/7 1299/14 1300/3
  1300/17 1302/6 1346/21
**released [3]**  1288/7 1299/6
  1342/22
**releases [1]**  1345/24
**releasing [1]**  1287/2
**relevant [1]**  1248/24
**religion [1]**  1390/23
**rely [2]**  1375/16 1394/11
**remain [1]**  1307/20
**remained [1]**  1303/21
**remember [216]**
**Remind [1]**  1378/1
**remittance [6]**  1314/22
  1314/22 1316/2 1316/4
  1317/10 1318/10
**remittances [2]**  1317/12
  1318/1
**Remitter [1]**  1316/8
**removed [2]**  1290/23 1342/9
**Renaissance [1]**  1343/8
**renew [1]**  1335/11
**renewing [1]**  1336/1
**repeat [1]**  1392/19
**replaced [1]**  1474/18
**reply [4]**  1438/17 1438/18
  1438/22 1438/24
**report [10]**  1249/8 1249/10
  1261/8 1261/10 1261/11
  1261/17 1303/24 1304/1
  1480/8 1481/6
**reported [1]**  1295/2
**reporter [5]**  1247/22 1406/5
  1424/2 1425/8 1481/21
**reporting [3]**  1294/12
  1295/23 1303/7
**represent [1]**  1362/20
**representation [1]**  1480/12
**representations [1]**  1479/5
**representative [1]**  1408/4
**represented [3]**  1268/6
  1354/20 1425/12
**represents [1]**  1318/5
**Republic [33]**  1350/10
  1350/12 1350/15 1350/17
  1350/19 1350/21 1352/4

1352/7 1352/9 1352/23 1353/2
1353/8 1353/11 1353/18
1353/22 1354/14 1354/15
1354/20 1355/5 1355/8
1355/11 1355/14 1355/21
1355/24 1356/4 1356/20
1357/15 1358/8 1360/25
1361/14 1362/4 1362/13
1362/14
**request [3]**  1249/7 1250/1
  1451/9
**requests [1]**  1306/16
**required [6]**  1250/16 1259/12
  1306/5 1306/14 1310/2 1352/7
**requirement [3]**  1405/17
  1405/21 1405/23
**requirements [1]**  1272/14
**requires [1]**  1399/4
**research [1]**  1350/5
**Reserve [1]**  1264/22
**reserves [1]**  1411/5
**resident [1]**  1301/15
**resolution [1]**  1303/16
**resolve [1]**  1303/13
**resolved [2]**  1249/15 1276/12
**resources [1]**  1349/2
**respect [3]**  1260/6 1284/16
  1302/10
**respective [1]**  1438/14
**respond [3]**  1298/18 1298/20
  1438/13
**responded [1]**  1298/11
**responding [1]**  1479/3
**response [2]**  1250/16 1267/13
**responsibility [24]**  1319/18
  1320/7 1320/8 1323/22 1324/5
  1324/10 1325/12 1325/13
  1325/16 1325/20 1326/3
  1326/5 1326/14 1327/18
  1327/19 1327/20 1327/24
  1328/4 1329/3 1329/13
  1329/18 1330/9 1330/20
  1330/21
**rest [2]**  1414/15 1414/23
**restaurant [1]**  1295/20
**restaurants [1]**  1279/1
**result [4]**  1264/24 1296/1
  1302/2 1393/12
**resume [4]**  1347/9 1347/24
  1348/9 1482/10
**resumes [2]**  1347/10 1347/11
**retakes [1]**  1253/1
**retired [2]**  1341/19 1341/20
**return [4]**  1283/13 1283/22
  1285/19 1305/1
**returned [2]**  1299/24 1345/16
**reveal [3]**  1301/18 1307/18
  1308/1
**revealed [1]**  1304/3
**revenues [2]**  1462/5 1462/7
**review [3]**  1363/8 1380/24
  1381/7
**reviewed [1]**  1260/24
**reviewing [8]**  1356/13
  1380/19 1381/2 1381/9
  1382/18 1429/6 1451/4

1459/20
**RFP [10]**  1438/23 1439/10
  1439/12 1439/16 1439/19
  1446/15 1451/2 1451/11
  1451/12 1454/3
**RFPs [1]**  1439/15
**RFX [1]**  1446/9
**RHB [1]**  1456/9
**Richard [5]**  1367/3 1367/15
  1368/13 1368/15 1421/20
**right-hand [3]**  1257/8
  1258/10 1310/3
**rights [1]**  1319/15
**ringget [3]**  1451/22 1452/3
  1452/6
**ripped [3]**  1318/25 1319/4
  1333/13
**risk [2]**  1410/19 1411/3
**Ritz [2]**  1403/17 1406/14
**road [1]**  1299/16
**Robert [1]**  1337/22
**Roger [138]**
**Roger's [18]**  1256/6 1271/9
  1274/16 1286/18 1288/4
  1288/15 1298/9 1299/23
  1301/10 1318/5 1329/19
  1409/21 1409/23 1411/15
  1411/19 1415/1 1465/14
  1479/7
**Rohana [52]**  1364/1 1365/23
  1366/7 1366/10 1366/16
  1367/24 1368/7 1368/12
  1368/16 1368/21 1369/3
  1369/10 1369/11 1369/13
  1369/15 1369/21 1370/1
  1370/2 1376/9 1376/25
  1378/18 1378/21 1379/11
  1379/16 1379/23 1380/6
  1380/11 1380/14 1380/20
  1381/5 1381/12 1381/14
  1381/17 1381/21 1382/20
  1383/2 1383/13 1384/4
  1384/22 1385/4 1388/14
  1390/8 1390/9 1390/12
  1390/17 1391/8 1392/9
  1393/16 1395/22 1395/25
  1469/23 1470/1
**Rohzan [2]**  1388/20 1389/4
**role [6]**  1260/16 1265/17
  1287/4 1313/10 1460/21
  1460/25
**roll [1]**  1434/1
**ROLLE [9]**  1247/16 1252/7
  1253/14 1292/7 1333/3
  1397/15 1398/11 1474/24
  1483/4
**Ronan [1]**  1422/19
**room [13]**  1250/23 1278/22
  1278/24 1279/3 1295/18
  1302/15 1302/15 1320/20
  1323/14 1344/1 1344/4 1378/8
  1378/9
**rooms [3]**  1320/10 1320/14
  1321/22
**roped [1]**  1456/11
**rotates [1]**  1407/6

**R**

rotation [1]  1407/10
Roughly [2]  1405/15 1414/2
round [1]  1462/14
roundabout [1]  1479/18
royalties [1]  1433/3
Rozhan [28]  1364/1 1365/24
 1366/7 1367/24 1368/7
 1368/12 1368/16 1368/21
 1369/3 1369/10 1369/11
 1369/13 1369/15 1369/21
 1370/1 1370/2 1376/9 1376/25
 1380/20 1381/5 1381/12
 1381/14 1381/17 1381/21
 1383/2 1384/5 1469/23 1470/1
RPR [1]  1247/22
rule [4]  1248/11 1252/16
 1252/17 1334/12
Rule 16 [2]  1252/16 1252/17
ruled [2]  1248/25 1249/6
ruling [1]  1401/7
rumor [2]  1307/24 1307/25
rumored [1]  1445/8
rumors [1]  1267/19
run [1]  1449/8
running [1]  1267/9
rush [1]  1328/16
Ryan [4]  1419/24 1419/25
 1420/22 1420/24

**S**

sa [1]  1425/23
Sabah [1]  1458/2
Sach [1]  1410/23
Sachs [86]  1254/9 1256/6
 1256/17 1259/7 1259/14
 1260/9 1260/11 1262/24
 1263/2 1263/7 1263/25 1264/5
 1265/6 1265/16 1284/25
 1294/8 1340/11 1340/12
 1340/19 1348/21 1349/4
 1357/7 1357/11 1357/12
 1358/2 1364/5 1364/12
 1364/15 1365/18 1365/21
 1366/21 1366/25 1367/1
 1367/4 1367/12 1367/16
 1368/10 1368/11 1402/12
 1403/2 1403/24 1403/24
 1404/5 1404/13 1405/13
 1406/10 1409/1 1411/8
 1417/24 1421/1 1425/13
 1425/22 1426/23 1427/16
 1427/20 1430/24 1438/23
 1442/8 1442/9 1442/13 1443/3
 1443/7 1443/7 1443/14
 1443/16 1443/18 1444/23
 1452/4 1453/7 1453/9 1453/18
 1453/22 1454/24 1460/5
 1461/9 1466/16 1472/17
 1472/18 1473/2 1476/5 1477/5
 1477/9 1477/12 1477/15
 1478/2 1478/16
Sachs' [3]  1405/17 1416/1
 1416/3
Sachs's [1]  1434/5
Sachs-related [1]  1402/12

safe [2]  1290/24 1482/3
safer [1]  1291/21
safety [1]  1321/2
sake [3]  1323/22 1377/2
 1377/15
sale [4]  1261/10 1261/11
 1285/19 1427/4
Sameera [5]  1424/5 1425/3
 1425/20 1426/21 1427/14
sample [1]  1371/3
samples [1]  1371/1
San [1]  1427/3
Santo [2]  1356/4 1357/14
Sanyen [1]  1410/5
Sarawak [7]  1261/8 1261/10
 1261/11 1261/16 1261/17
 1389/19 1389/21
sat [4]  1258/2 1282/10
 1325/21 1422/4
Saudi [4]  1463/23 1463/24
 1463/25 1464/7
saw [2]  1275/8 1317/20
scanned [1]  1275/4
scared [6]  1320/4 1320/5
 1325/10 1326/1 1326/12
 1389/14
scary [1]  1320/9
scene [1]  1468/7
scheduling [3]  1414/23
 1415/7 1415/9
scheme [27]  1257/17 1257/20
 1265/18 1267/17 1268/25
 1269/16 1269/19 1271/20
 1283/7 1287/3 1287/9 1287/10
 1288/10 1288/25 1289/19
 1295/9 1296/12 1297/6
 1303/22 1304/1 1304/3 1313/9
 1313/11 1315/6 1316/19
 1317/5 1317/21
Schrantz [1]  1421/15
screen [12]  1254/23 1292/15
 1363/1 1406/2 1406/3 1428/24
 1429/7 1474/11 1474/15
 1474/19 1474/21 1475/5
screwed [1]  1478/5
scroll [2]  1413/1 1436/12
scrutiny [1]  1265/6
seated [5]  1248/3 1253/6
 1397/13 1402/6 1480/25
SEC [1]  1264/21
second [34]  1251/14 1252/12
 1256/11 1256/11 1257/4
 1257/5 1258/8 1258/9 1276/12
 1281/9 1284/9 1292/6 1310/21
 1357/21 1357/22 1377/16
 1379/16 1382/2 1389/25
 1406/1 1410/13 1411/2 1420/4
 1420/5 1421/25 1423/25
 1436/24 1438/22 1438/24
 1451/1 1451/7 1452/1 1456/14
 1467/11
secondarily [1]  1276/6
secondary [1]  1339/16
section [1]  1261/2
secure [3]  1285/4 1290/8
 1290/12

securities [5]  1265/4 1405/1
 1405/5 1405/10 1405/22
securitization [1]  1420/13
security [5]  1291/17 1291/18
 1339/20 1339/24 1340/8
seek [2]  1249/13 1267/21
 1288/6 1288/15 1289/25
seeking [1]  1353/1 1355/7
seem [2]  1375/5 1479/11
select [2]  1409/5 1453/17
selected [1]  1456/7
selling [2]  1380/2 1469/16
sells [1]  1364/23
sender [1]  1416/16
sending [7]  1294/19 1298/6
 1425/24 1432/19 1468/3
 1470/5 1473/20
sends [2]  1442/18 1464/19
senior [6]  1260/25 1262/14
 1419/10 1419/13 1477/11
 1477/15
sense [2]  1407/17 1411/25
sent [29]  1256/9 1258/6
 1274/18 1274/19 1283/12
 1284/13 1294/4 1313/19
 1313/20 1314/25 1315/2
 1316/11 1316/17 1317/12
 1317/18 1318/12 1383/13
 1383/17 1386/15 1386/20
 1388/19 1426/8 1426/10
 1426/11 1461/25 1462/8
 1462/8 1462/11 1470/11
sentence [8]  1308/17 1308/20
 1308/23 1308/25 1312/11
 1312/16 1313/5 1410/22
sentenced [1]  1313/1
sentencing [2]  1308/24
 1312/1
Sentient [1]  1285/17
separate [9]  1251/16 1275/24
 1295/18 1324/20 1389/1
 1389/3 1392/25 1393/3 1393/7
separated [2]  1349/20 1362/7
September [6]  1322/17
 1381/15 1381/17 1383/3
 1383/21 1461/15
September 26th [1]  1461/15
September/October [1]
 1322/17
series [6]  1293/3 1293/7
 1293/12 1316/8 1383/16
 1445/14
serious [4]  1328/18 1328/23
 1369/10 1369/13
seriously [1]  1387/12
served [2]  1266/4 1266/14
server [1]  1274/6
services [3]  1265/3 1425/11
 1439/14
SESSION [1]  1402/1
sessions [1]  1323/8
set [19]  1251/8 1251/16
 1258/18 1270/15 1278/2
 1278/16 1298/24 1397/18
 1407/18 1414/25 1417/4
 1417/8 1439/16 1442/1

**S**

**set... [5]** 1463/23 1464/6 1472/9 1477/5 1477/8
**setting [1]** 1433/2
**settle [1]** 1304/14
**settlement [9]** 1264/22 1302/20 1302/23 1302/23 1302/25 1303/5 1304/11 1304/12 1304/15
**setup [2]** 1430/23 1430/25
**seven [2]** 1468/11 1473/4
**several [9]** 1264/23 1286/23 1300/2 1304/13 1305/23 1364/4 1365/10 1409/25 1438/11
**SG [2]** 1295/25 1296/4
**SGCC [1]** 1463/9
**shackles [1]** 1343/24
**Shahrol [1]** 1472/2
**shall [1]** 1442/23
**Shangri [2]** 1278/21 1278/23
**Shangri-La [2]** 1278/21 1278/23
**share [1]** 1263/22
**shared [9]** 1265/23 1265/24 1283/6 1288/9 1289/17 1289/20 1290/6 1290/11 1294/23
**shares [12]** 1285/17 1310/13 1310/14 1310/15 1311/3 1311/13 1311/15 1312/24 1346/14 1346/14 1364/22 1364/23
**Sheikh [2]** 1458/1 1458/2
**shell [5]** 1315/5 1316/17 1316/21 1316/21 1317/6
**shells [1]** 1315/5
**Shey [1]** 1430/3
**shift [1]** 1296/13
**shoot [1]** 1380/15
**shoots [1]** 1384/17
**short [3]** 1268/9 1307/25 1470/22
**shown [3]** 1328/2 1370/9 1439/25
**shui [31]** 1270/1 1270/5 1270/7 1270/10 1270/14 1270/21 1271/1 1271/3 1271/5 1271/13 1271/16 1272/10 1272/12 1272/14 1272/17 1272/17 1272/23 1273/1 1273/17 1275/5 1278/2 1278/7 1278/19 1279/7 1280/3 1282/17 1282/23 1283/9 1284/22 1284/23 1300/14
**shui's [1]** 1278/13
**side [16]** 1255/21 1255/21 1257/8 1258/10 1265/4 1265/5 1275/1 1275/1 1275/3 1275/3 1310/3 1352/19 1453/10 1453/10 1461/3 1461/4
**sidebar [3]** 1332/4 1333/1 1334/18
**sided [1]** 1368/17
**sides [1]** 1248/7
**Sieu [1]** 1447/16

**signature [3]** 1310/22 1310/23 1310/24
**signed [2]** 1274/15 1334/1
**significant [3]** 1372/15 1374/21 1446/5
**similar [5]** 1283/19 1291/10 1293/7 1433/21 1462/9
**Simmons [2]** 1250/9 1388/21
**Simmons-Leissner [1]** 1250/9
**simplest [1]** 1364/21
**simply [4]** 1251/20 1398/16 1399/19 1478/22
**Singapore [48]** 1270/11 1278/10 1278/12 1286/4 1286/11 1286/13 1286/15 1286/20 1286/22 1287/15 1287/24 1288/1 1288/7 1288/12 1289/13 1289/22 1290/7 1291/22 1294/7 1294/9 1294/10 1294/11 1294/15 1294/20 1294/24 1295/13 1295/25 1296/4 1296/8 1297/4 1299/4 1299/8 1299/14 1299/25 1300/4 1300/9 1300/9 1300/17 1302/6 1382/22 1413/16 1413/20 1413/20 1413/22 1413/24 1413/24 1414/7 1421/1
**single [1]** 1330/2
**Sinha [1]** 1421/6
**sit [5]** 1256/15 1296/22 1305/17 1344/9 1397/7
**sitting [13]** 1252/1 1276/25 1278/14 1281/11 1306/13 1308/20 1312/8 1319/6 1319/13 1320/2 1327/5 1330/20 1437/24
**situation [9]** 1289/18 1296/18 1320/5 1325/8 1425/3 1430/18 1431/24 1433/16 1434/1
**size [3]** 1312/4 1312/6 1433/8
**slight [1]** 1395/3
**slightly [1]** 1466/4
**slow [1]** 1406/4
**small [2]** 1428/22 1456/10
**SMITH [2]** 1247/16 1422/22
**snapshot [2]** 1314/25 1468/17
**socialize [1]** 1471/2
**socialized [1]** 1471/4
**socially [1]** 1289/7
**sold [4]** 1285/16 1364/22 1469/7 1469/10
**sole [1]** 1394/21
**somewhat [2]** 1379/18 1411/5
**Somewhere [1]** 1379/19
**soon [2]** 1269/24 1305/25
**sort [20]** 1260/13 1303/16 1383/21 1403/1 1405/17 1408/19 1409/1 1411/11 1411/12 1415/25 1418/21 1418/23 1420/6 1426/15 1442/11 1448/11 1456/25 1459/6 1460/2 1460/11
**sorts [1]** 1283/13

**sought [3]** 1270/8 1270/10 1271/24
**sound [3]** 1336/8 1438/8 1460/13
**sounded [1]** 1470/8
**sounds [2]** 1438/9 1467/6
**source [1]** 1265/13
**sources [1]** 1315/2
**southeast [10]** 1422/7 1422/15 1422/20 1423/7 1423/10 1430/2 1444/25 1462/4 1476/9 1476/22
**sovereign [18]** 1410/17 1410/24 1410/24 1430/22 1431/8 1431/11 1431/13 1433/2 1433/10 1439/2 1439/3 1439/4 1439/7 1439/16 1439/19 1442/4 1446/22 1447/1
**speaking [14]** 1288/16 1288/23 1289/24 1299/3 1320/1 1320/2 1340/10 1344/15 1367/11 1368/6 1400/13 1424/3 1444/24 1457/6
**speaks [1]** 1280/9
**special [1]** 1337/21
**specific [7]** 1251/3 1386/7 1399/14 1400/6 1427/17 1431/2 1464/5
**specifically [12]** 1282/21 1304/7 1337/24 1338/11 1341/5 1346/6 1382/5 1399/8 1399/17 1400/11 1434/3 1439/17
**specificity [1]** 1338/20
**Spectrum [1]** 1468/25
**speculation [1]** 1471/16
**speedy [1]** 1350/22
**Spelled [1]** 1261/4
**spend [1]** 1343/23
**spending [1]** 1468/7
**spent [5]** 1305/23 1322/7 1330/9 1378/17 1378/21
**spirit [1]** 1463/6
**split [1]** 1352/13
**spoken [10]** 1288/2 1288/2 1288/3 1288/6 1288/12 1288/13 1304/8 1329/25 1337/17 1464/24
**spreadsheet [5]** 1313/24 1314/3 1314/18 1314/24 1317/22
**squad [1]** 1320/20
**stage [7]** 1284/6 1345/15 1416/20 1417/2 1417/3 1417/15 1442/24
**stake [1]** 1447/5
**stakes [1]** 1447/2
**stamp [1]** 1292/17
**stand [4]** 1253/1 1380/15 1402/4 1452/16
**stands [1]** 1295/25
**Stanley [1]** 1436/5
**star [1]** 1343/14
**stars [1]** 1343/16

**S**

**start [9]**   1272/2 1337/20
1344/15 1373/2 1402/13
1439/19 1441/12 1467/17
1476/15
**started [14]**   1252/25 1257/25
1291/6 1304/18 1346/24
1349/17 1349/22 1349/23
1349/23 1361/10 1366/16
1439/2 1439/4 1473/20
**starting [5]**   1256/20 1301/6
1419/24 1419/24 1433/11
**starts [2]**   1452/22 1475/22
**state [25]**   1261/15 1261/16
1278/11 1403/25 1407/13
1410/25 1420/5 1420/7 1420/9
1433/2 1439/4 1439/7 1442/2
1442/3 1447/3 1447/3 1459/22
1459/23 1460/6 1460/10
1460/10 1461/3 1463/14
1463/16 1476/16
**state-linked [1]**   1447/3
**state-owned [1]**   1447/3
**statement [15]**   1248/19
1248/19 1249/1 1249/1 1249/3
1249/4 1249/14 1249/15
1296/1 1296/2 1325/2 1373/21
1476/20 1480/3 1481/10
**statements [3]**   1249/9
1326/15 1330/23
**states [12]**   1247/1 1247/3
1247/3 1247/10 1247/14
1247/17 1248/5 1296/20
1300/22 1301/12 1311/12
1407/7
**status [2]**   1296/8 1391/25
**stay [3]**   1262/24 1346/7
1385/1
**stayed [6]**   1263/15 1263/16
1282/17 1282/24 1303/17
1304/3
**staying [4]**   1286/19 1289/15
1344/3 1344/4
**stenography [1]**   1247/25
**step [8]**   1290/23 1353/6
1353/6 1364/25 1370/17
1370/17 1374/4 1374/4
**stepped [2]**   1303/24 1326/11
**steps [5]**   1272/9 1355/3
1370/22 1372/14 1397/12
**stick [5]**   1283/16 1287/3
1300/13 1300/15 1368/23
**sticking [1]**   1286/24
**stiffed [1]**   1459/9
**stock [2]**   1311/13 1311/15
**stolen [1]**   1322/22
**stop [14]**   1262/20 1262/23
1299/19 1302/24 1323/1
1323/3 1323/5 1323/9 1323/10
1339/25 1340/2 1395/15
1395/15 1397/5
**stopped [9]**   1254/18 1262/22
1327/25 1337/21 1339/13
1339/23 1340/5 1340/7 1445/6
**stopping [1]**   1296/10
**stories [2]**   1259/6 1259/8

**story [9]**   1266/16 1283/10
1283/16 1284/18 1284/20
1287/3 1300/6 1300/13 1331/5
**straight [3]**   1392/5 1392/8
1392/10
**strategic [1]**   1404/16
**Stratton [1]**   1378/4
**Street [1]**   1378/4
**strengths [1]**   1260/20
**strike [2]**   1321/6 1450/4
**strong [1]**   1436/7
**structure [1]**   1422/13
**stuck [4]**   1290/25 1300/5
1302/22 1453/18
**subject [6]**   1269/2 1269/4
1274/11 1281/2 1289/16
1300/20
**submit [6]**   1355/10 1438/20
1479/12 1479/15 1479/16
1480/5
**submitted [6]**   1352/3 1352/6
1478/22 1479/8 1479/10
1480/4
**subparagraphs [1]**   1309/9
**subpoena [17]**   1265/25 1267/8
1267/14 1268/15 1269/2
1269/5 1269/11 1269/21
1277/16 1296/20 1296/23
1300/18 1301/9 1338/4 1338/5
1338/7 1338/16
**subpoenaed [11]**   1265/22
1266/1 1266/3 1266/5 1266/17
1267/4 1267/11 1268/22
1268/24 1271/17 1287/20
**subsequent [5]**   1278/3
1278/18 1328/22 1389/9
1441/24
**subsequently [4]**   1269/6
1273/2 1322/8 1326/14
**subsiding [1]**   1301/9
**substance [1]**   1481/13
**substantial [1]**   1363/22
**success [1]**   1303/3
**successful [2]**   1418/5 1418/9
**suffice [1]**   1411/11
**sufficient [1]**   1248/21
**suggested [2]**   1270/19 1334/3
**suggesting [2]**   1271/23
1430/19
**Suisse [2]**   1436/4 1436/6
**Suite [1]**   1247/19
**Sulian [2]**   1423/1 1423/3
**Sullivan [4]**   1340/15 1340/20
1341/10 1342/12
**Sultan [5]**   1406/22 1407/9
1407/21 1408/15 1437/8
**summarizing [1]**   1415/5
**Super [1]**   1293/8
**support [1]**   1280/1
**supportive [1]**   1302/19
**supposed [4]**   1290/13 1305/1
1378/11 1425/18
**surmise [2]**   1448/25 1471/1
**surprised [3]**   1426/10
1426/12 1426/13
**suspicions [1]**   1303/25

**sustained [8]**   1326/19
1326/19 1342/2 1342/5 1348/6
1383/11 1480/14 1481/15
**SWF [1]**   1433/10
**Swift [3]**   1260/6 1260/11
1260/12
**Swift's [1]**   1260/21
**Swiss [4]**   1478/6 1478/8
1478/15 1478/16
**switched [2]**   1291/14 1325/12
**Switzerland [1]**   1478/12
**sworn [1]**   1253/3
**sworn/affirmed [1]**   1253/3
**synopsis [2]**   1275/25 1276/17
**syntax [1]**   1400/15
**system [10]**   1403/2 1403/10
1405/18 1406/10 1406/12
1416/1 1416/4 1445/7 1454/24
1476/19

**T**

**tab [5]**   1259/15 1273/7
1291/23 1297/10 1316/2
**Tab 134 [1]**   1259/15
**Tab 135 [1]**   1273/7
**table [6]**   1257/21 1319/6
1319/13 1320/3 1321/1
1475/24
**tabs [1]**   1314/21
**Tai [2]**   1443/23 1443/25
**Taib [1]**   1389/21
**Taliworks [1]**   1461/22
**Tan [6]**   1317/20 1419/15
1419/17 1419/25 1423/8
1430/5
**Tang [7]**   1416/16 1416/22
1416/25 1417/12 1417/14
1457/7 1472/2
**Tanjong [1]**   1469/1
**tanked [1]**   1479/22
**target [4]**   1269/2 1269/4
1281/2 1300/20
**Tay [1]**   1423/3
**team [25]**   1257/19 1260/9
1260/10 1321/16 1330/10
1413/13 1413/16 1413/20
1413/20 1413/22 1413/24
1414/7 1423/10 1425/19
1425/25 1430/19 1433/9
1436/15 1436/25 1438/12
1446/12 1453/23 1472/15
1477/12 1478/20
**teamed [1]**   1434/6
**teams [1]**   1453/8
**technologic [1]**   1422/10
**Tegas [3]**   1468/21 1468/22
1469/9
**Teleco [1]**   1447/4
**telecommunications [2]**
1422/10 1468/23
**telephones [1]**   1338/24
**ten [7]**   1276/7 1276/8 1276/9
1276/10 1280/22 1330/2
1386/13
**ten-year [3]**   1276/7 1276/8
1280/22

**T**

Tenaga [1]  1447/4
Tencent [1]  1291/20
Tengku [2]  1447/24 1448/7
tentative [2]  1447/18
 1447/21
TENY [1]  1247/20
Terence [13]  1288/3 1288/3
 1288/13 1288/17 1288/19
 1289/4 1289/7 1289/9 1423/11
 1423/12 1423/14 1430/7
 1441/14
Terence's [1]  1288/25
Terengganu [17]  1403/25
 1406/23 1407/9 1407/13
 1407/21 1408/16 1411/4
 1420/5 1420/7 1420/9 1433/19
 1437/8 1439/4 1439/8 1441/20
 1442/3 1459/17
term [3]  1303/17 1341/17
 1452/13
terms [20]  1250/4 1258/18
 1269/4 1279/13 1290/8 1301/3
 1312/19 1329/21 1364/22
 1391/9 1397/19 1438/7
 1438/12 1438/15 1438/20
 1438/23 1446/7 1449/18
 1453/20 1462/5
terrible [1]  1328/17
territory [1]  1431/20
testified [12]  1253/3 1263/4
 1288/19 1295/6 1305/7 1308/4
 1310/14 1311/21 1311/24
 1312/16 1325/15 1379/1
testify [1]  1310/2
testifying [1]  1346/24
testimonies [1]  1306/14
testimony [4]  1253/11 1305/8
 1306/22 1431/7
Teterboro [2]  1322/10
 1322/13
text [12]  1291/7 1335/13
 1336/4 1383/5 1383/7 1383/13
 1383/16 1398/19 1398/22
 1400/11 1400/20 1436/24
texted [1]  1389/4
texting [2]  1380/11 1380/14
Thanksgiving [1]  1472/10
themselves [1]  1479/16
therefore [5]  1268/4 1269/17
 1272/5 1303/5 1304/2
thinking [1]  1461/2
thinks [1]  1248/20
third [7]  1293/1 1358/5
 1382/4 1474/7 1474/8 1474/8
 1475/12
threat [6]  1380/1 1386/11
 1386/19 1387/12 1388/23
 1388/24
threaten [6]  1321/2 1384/7
 1386/10 1386/25 1387/1
 1389/13
threatened [6]  1380/7
 1384/10 1386/9 1386/23
 1388/14 1388/20
threatening [2]  1384/5

 1385/9
threats [3]  1389/1 1389/2
 1389/5
three [16]  1254/15 1282/25
 1293/8 1294/22 1314/16
 1314/21 1322/1 1322/7
 1329/10 1337/24 1372/22
 1413/3 1414/9 1466/10
 1472/23 1472/24
throughout [2]  1285/13
 1308/1
thrown [1]  1325/9
Thursday [1]  1250/17
TIA [38]  1403/25 1406/18
 1408/14 1410/13 1410/16
 1410/16 1410/19 1417/5
 1417/8 1420/9 1420/13
 1420/21 1428/15 1429/2
 1429/11 1430/25 1431/23
 1433/1 1433/3 1433/16 1435/8
 1438/8 1439/1 1439/3 1441/4
 1441/21 1441/23 1441/24
 1442/1 1442/24 1447/18
 1448/12 1451/10 1451/21
 1452/5 1456/16 1456/21
 1457/15
Tiara [2]  1417/4 1417/7
ties [1]  1257/12
tight [1]  1286/24
Tim [9]  1295/5 1311/11
 1442/23 1447/21 1449/8
 1457/6 1465/11 1474/13
 1474/19
timeframe [6]  1330/8 1333/7
 1333/9 1333/16 1333/20
 1334/8
timeframes [1]  1333/8
timing [5]  1333/19 1359/4
 1361/11 1424/3 1473/21
TIMOTHEY [1]  1253/2
title [1]  1311/12
titled [1]  1314/21
TL [2]  1388/5 1475/17
TL-12 [1]  1388/5
today [14]  1253/11 1276/25
 1278/14 1281/12 1296/4
 1308/4 1308/21 1312/3 1312/8
 1330/20 1344/9 1446/8
 1463/11 1480/16
together [3]  1288/22 1410/17
 1463/19
tomorrow [6]  1250/15 1250/16
 1463/9 1465/7 1466/18
 1480/20
tonight [1]  1382/21
top [31]  1256/3 1273/18
 1274/1 1275/7 1275/12 1279/1
 1293/1 1303/6 1348/1 1382/11
 1414/20 1414/21 1416/13
 1418/23 1419/8 1429/19
 1432/5 1432/20 1434/19
 1440/3 1440/25 1444/8
 1444/18 1445/20 1451/16
 1455/9 1471/24 1472/13
 1472/16 1473/10 1473/12
top-left [1]  1256/3

topic [5]  1327/16 1338/4
 1388/3 1424/4 1462/12
topics [3]  1307/3 1325/6
 1410/4
total [3]  1378/21 1379/11
touch [3]  1262/25 1263/15
 1263/16
toward [1]  1461/6
towards [5]  1249/20 1260/13
 1382/2 1462/2 1475/23
track [2]  1272/2 1317/16
trade [3]  1461/20 1461/21
 1462/19
trading [1]  1405/11
traffic [1]  1461/14
train [2]  1428/12 1476/1
training [3]  1443/23 1443/24
 1443/25
tranches [1]  1283/12
transaction [9]  1254/12
 1265/11 1283/25 1385/10
 1386/17 1411/10 1436/1
 1442/16 1469/14
transactions [20]  1253/19
 1254/2 1260/13 1260/18
 1262/12 1262/17 1262/23
 1265/7 1265/18 1266/8 1274/9
 1286/25 1287/2 1301/20
 1314/16 1385/13 1385/15
 1385/22 1404/18 1411/6
transfer [1]  1325/25
transfers [3]  1282/21 1326/4
 1329/1
transition [1]  1397/4
translated [1]  1276/13
translation [5]  1276/21
 1276/23 1280/8 1282/6 1282/9
transmission [1]  1460/15
transmitting [1]  1460/20
transpired [1]  1299/8
travel [4]  1298/10 1304/18
 1350/24 1351/1
traveling [6]  1296/16
 1299/17 1300/21 1300/22
 1300/24 1301/12
tremendous [1]  1394/7
trial [4]  1247/9 1248/4
 1327/6 1410/14
trip [3]  1268/12 1305/2
 1459/24
tripping [1]  1396/18
trips [1]  1278/3
trouble [7]  1269/1 1270/4
 1270/23 1271/19 1271/19
 1427/22 1427/23
true [8]  1284/20 1303/8
 1327/10 1384/15 1384/19
 1386/22 1386/24 1411/13
Trump [2]  1300/8 1302/17
trust [11]  1304/5 1304/6
 1304/10 1394/11 1394/17
 1394/22 1394/24 1394/25
 1395/2 1395/6 1395/9
truth [16]  1259/3 1264/10
 1264/13 1264/15 1266/10
 1269/18 1306/7 1308/1

**T**

**truth... [8]**   1309/23 1325/19
1325/19 1327/12 1328/9
1329/18 1331/18 1384/12
**truthful [2]**   1309/13 1479/22
**Tsang [1]**   1422/24
**tune [1]**   1459/9
**Turin [3]**   1469/1 1469/9
1469/13
**turn [7]**   1255/20 1259/15
1291/23 1297/10 1323/21
1323/24 1407/9
**turned [1]**   1394/14
**TV [1]**   1468/25
**twelve [4]**   1326/11 1326/17
1326/21 1327/1
**twelve-hour [4]**   1326/11
1326/17 1326/21 1327/1
**twice [2]**   1329/10 1471/9
**two [46]**   1250/20 1254/15
1255/20 1272/13 1276/1
1278/12 1279/1 1279/20
1302/8 1318/9 1318/11
1321/25 1325/15 1326/3
1337/18 1348/21 1352/14
1358/18 1365/15 1369/14
1371/20 1380/4 1385/18
1389/1 1389/3 1391/1 1391/10
1392/22 1392/25 1393/3
1393/5 1393/7 1414/10
1438/11 1441/13 1441/15
1446/20 1447/13 1453/8
1456/10 1462/25 1469/20
1472/24 1480/5 1481/7 1481/9
**type [2]**   1350/6 1400/10
**types [1]**   1258/13
**typical [1]**   1417/23
**typically [1]**   1473/1

**U**

**U.S [14]**   1287/19 1296/16
1301/13 1301/16 1303/6
1328/11 1328/21 1329/22
1331/4 1331/9 1331/13 1433/3
1433/8 1452/6
**UBS [2]**   1436/4 1453/14
**Udhay [8]**   1422/14 1429/23
1430/1 1430/10 1435/4 1435/7
1435/17 1435/22
**Uh-hum [1]**   1295/21
**Uhday [1]**   1434/20
**UK [7]**   1352/12 1352/13
1352/19 1352/21 1353/5
1361/14 1361/16
**Ultimately [1]**   1408/23
**uncertainty [2]**   1269/13
1277/21
**unclear [1]**   1283/15
**uncover [1]**   1269/18
**uncovered [2]**   1271/20 1283/7
**understood [10]**   1272/20
1291/22 1295/9 1297/5
1324/19 1325/3 1334/6 1361/7
1400/23 1401/6
**UNITED [11]**   1247/1 1247/3
1247/3 1247/10 1247/14

1247/17 1248/5 1296/20
1300/22 1301/12 1311/12
**unless [1]**   1450/10
**unreasonable [1]**   1294/11
**unredacted [1]**   1249/8
**unusual [3]**   1418/17 1418/18
1438/15
**update [3]**   1250/6 1294/19
1463/10
**upset [7]**   1286/13 1384/25
1385/2 1386/11 1386/12
1386/22 1386/24
**Usaha [3]**   1468/21 1468/22
1469/9

**V**

**Valentine [1]**   1250/22
**value [2]**   1346/16 1346/19
**various [4]**   1283/12 1315/2
1414/10 1430/23
**Vee [7]**   1430/7 1441/14
1441/19 1442/7 1442/18
1446/10 1452/22
**Vella [1]**   1422/13
**Vella's [1]**   1422/12
**venture [4]**   1258/21 1425/6
1464/6 1464/8
**verification [1]**   1303/9
**version [5]**   1290/21 1474/21
1474/24 1475/4 1475/5
**versus [1]**   1248/5
**via [1]**   1326/25
**vice [1]**   1349/1
**Victoria [1]**   1274/7
**victoriacourt.com [1]**   1274/6
**video [1]**   1291/10
**view [3]**   1301/3 1372/15
1400/16
**viewed [1]**   1304/22
**Vincent [1]**   1455/12
**violated [1]**   1331/17
**visa [2]**   1301/15 1301/22
**visit [1]**   1463/25
**void [1]**   1312/21

**W**

**wait [2]**   1282/10 1418/22
**waiting [2]**   1248/11 1250/19
**walk [2]**   1251/7 1328/12
**walked [2]**   1321/8 1321/11
**walking [1]**   1321/10
**wall [1]**   1461/8
**walls [1]**   1301/11
**wants [5]**   1249/19 1333/24
1355/16 1374/22 1463/7
**Washington [6]**   1305/4 1341/3
1343/8 1343/12 1343/14
1345/10
**Wassim [9]**   1430/11 1430/12
1430/13 1430/15 1430/20
1431/18 1432/19 1432/25
1433/15
**Wassim's [2]**   1430/24 1431/20
**watch [1]**   1435/22
**Waters [1]**   1318/3
**wealth [27]**   1410/18 1410/24

1410/24 1422/4 1430/22
1431/8 1431/11 1431/13
1433/2 1433/11 1439/2 1439/3
1439/5 1439/7 1439/16
1439/19 1442/4 1446/22
1447/1 1464/21 1464/25
1476/5 1476/13 1478/12
1478/16 1478/19 1479/23
**WeChat [15]**   1290/21 1290/24
1290/25 1291/5 1291/7
1291/15 1291/16 1291/18
1291/19 1292/3 1292/22
1293/4 1297/13 1297/14
1297/22
**wedding [1]**   1390/10
**Wednesday [1]**   1447/21
**week [21]**   1248/7 1248/15
1253/18 1254/24 1263/4
1295/6 1295/14 1308/4 1379/1
1379/25 1380/6 1382/23
1385/14 1408/12 1422/4
1431/7 1440/5 1442/14
1447/21 1462/1 1463/22
**weekend [1]**   1253/9
**weekends [1]**   1288/23
**weeks [3]**   1317/2 1325/15
1326/4
**WhatsApp [2]**   1290/21 1291/11
**whereby [1]**   1460/6
**whichever [1]**   1333/24
**white [1]**   1379/6
**whitewashed [1]**   1378/3
**whole [7]**   1404/10 1412/24
1413/3 1437/17 1441/16
1479/17 1479/19
**wholly [2]**   1442/2 1442/2
**wholly-owned [2]**   1442/2
1442/2
**wife [12]**   1271/9 1271/11
1274/16 1283/8 1286/12
1314/9 1349/14 1352/14
1355/1 1359/19 1368/20
1392/1
**win [1]**   1324/8
**winery [1]**   1363/24
**winning [2]**   1324/9 1453/7
**Winston [2]**   1444/24 1455/4
**wired [4]**   1283/5 1452/9
1452/10 1452/13
**withdrawn [3]**   1331/1 1359/6
1385/25
**withhold [1]**   1259/2
**witness [57]**   1252/11 1252/21
1253/1 1253/1 1253/2 1269/1
1269/4 1281/2 1333/5 1333/8
1333/13 1333/19 1333/24
1333/25 1334/7 1336/12
1336/15 1347/16 1348/2
1356/13 1380/19 1381/2
1381/9 1382/18 1388/6
1397/12 1398/18 1399/5
1399/5 1399/6 1402/4 1402/4
1402/16 1412/3 1416/11
1427/7 1427/9 1428/17
1428/23 1432/4 1434/14
1434/16 1439/25 1440/1

**W**

witness... **[13]**   1440/21
1440/23 1444/6 1445/16
1445/17 1448/15 1448/17
1449/25 1454/8 1459/20
1464/15 1481/8 1483/2
witness' **[3]**   1398/22 1399/23
1481/14
woman **[3]**   1369/24 1393/6
1393/7
women **[11]**   1276/3 1358/18
1372/24 1376/4 1378/11
1391/1 1391/19 1391/25
1392/22 1393/5 1395/5
wonderful **[1]**   1253/9
word **[4]**   1320/25 1375/3
1411/17 1465/5
words **[4]**   1326/9 1381/20
1387/3 1476/21
works **[1]**   1407/1
world **[9]**   1290/24 1296/16
1300/22 1301/5 1302/11
1328/25 1418/13 1430/23
1431/15
worried **[2]**   1391/16 1391/17
worry **[2]**   1268/22 1277/11
worth **[1]**   1311/15
write **[6]**   1347/5 1347/6
1389/11 1436/8 1449/13
1463/6
writes **[4]**   1410/16 1442/7
1444/24 1463/8
writing **[2]**   1382/24 1445/4
written **[4]**   1381/10 1382/9
1428/22 1445/12
wrote **[2]**   1260/6 1264/2
Wynton **[11]**   1402/24 1403/15
1406/13 1416/4 1420/13
1420/13 1420/15 1420/16
1420/17 1420/17 1420/21

**X**

XYZ **[1]**   1400/14

**Y**

Yahoo **[1]**   1474/2
Yak **[1]**   1295/4
year **[12]**   1276/7 1276/8
1280/22 1313/5 1349/19
1365/15 1395/22 1404/6
1462/2 1462/5 1462/7 1462/18
years **[18]**   1254/3 1266/16
1270/9 1272/1 1276/9 1276/10
1306/11 1308/22 1337/18
1365/15 1368/9 1386/13
1396/10 1409/25 1418/13
1425/4 1467/13 1468/11
yesterday **[1]**   1250/7
Yew **[1]**   1295/4
yield **[1]**   1287/22
Yip **[1]**   1442/7
ymail **[2]**   1473/15 1473/18
Yong **[2]**   1421/25 1464/20
YORK **[7]**   1247/1 1247/4
1247/14 1247/15 1247/19
1247/19 1322/6

Youkilis **[8]**   1254/22 1256/4
1256/20 1257/4 1259/1
1309/19 1314/1 1314/19
Younan **[2]**   1430/15 1432/20
yourself **[19]**   1273/1 1279/5
1326/6 1330/16 1353/17
1354/13 1408/15 1418/4
1421/23 1435/5 1441/2
1444/10 1445/22 1451/16
1451/17 1454/12 1457/4
1461/14 1472/3
Yue **[2]**   1421/25 1464/20
Yuwen **[1]**   1423/6

**Z**

Z's **[1]**   1293/8
ZACH **[1]**   1247/21
Zafru **[1]**   1448/7
Zafrul **[1]**   1447/24
zero **[1]**   1433/11
Zhang **[3]**   1435/10 1435/15
1435/18
zoom **[4]**   1256/3 1257/7
1275/7 1311/10
Zurich **[3]**   1465/1 1465/7
1478/19