1696

```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
 2
    - - - - - - - - - - - - - - -X
 3   UNITED STATES OF AMERICA,    :  18-CR-538(MKB)
                                  :
 4                                :
                                  :
 5                                :  United States Courthouse
         -against-               :  Brooklyn, New York
 6                                :
                                  :
 7                                :
                                  :  Thursday, March 3, 2022
 8   NG CHONG HWA, also known     :  9:30 a.m.
     as "Roger Ng,"               :
 9                                :
             Defendant.           :
10                                :
    - - - - - - - - - - - - - - -X
11
                 TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
12              BEFORE THE HONORABLE MARGO K. BRODIE
                UNITED STATES CHIEF DISTRICT JUDGE
13                       BEFORE A JURY

14
                        A P P E A R A N C E S:
15
     For the Government:    UNITED STATES ATTORNEY'S OFFICE
16                          Eastern District of New York
                            271 Cadman Plaza East
17                          Brooklyn, New York 11201
                            BY: ALIXANDRA E. SMITH, ESQ.
18                               DREW G. ROLLE, ESQ.
                                 DYLAN STERN, ESQ.
19                               BRENT WIBLE, ESQ.
                                 JENNIFER AMBUEHL, ESQ.
20                          Assistant United States Attorneys

21

22   For the Defendant:    BRAFMAN & ASSOCIATES, P.C.
                           Attorney for the Defendant -
23                          NG CHONG HWA, also known as "Roger Ng"
                            256 Fifth Avenue - Suite 2nd Floor
24                          New York, New York 11201
                            BY: MARC A. AGNIFILO, ESQ.
25                               TENY R. GERAGOS, ESQ.
                                 ZACH INTRATER, ESQ.
```

1697

1       JACOB KAPLAN, ESQ.

2   Court Reporter:   Michele D. Lucchese,
                      (718)613-2272
3                     E-mail: MLuccheseENDY@gmail.com
                      225 Cadman Plaza East
4                     Brooklyn, New York

5   Proceedings recorded by computerized stenography.   Transcript
    produced by Computer-aided Transcription.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | Proceedings | 1698 |
|---|---|---|

1    (In open court.)

2    (Defendant present.)

3    (The following occurs outside the presence of the jury.)

4    THE COURTROOM DEPUTY:  Criminal case for a trial,

5    Docket Number 18-CR-538.

6    THE COURT:  And all appearances continue.

7    MR. AGNIFILO:  Yes, good morning, Your Honor.

8    MR. ROLLE:  Good morning, Your Honor.

9    THE COURT:  Good morning, everyone.  Please be

10    seated, or you can stand until the jury comes in.

11    (The jury enters the courtroom.)

12    THE COURT:  Please be seated, everyone.

13    Good morning, members of the jury.

14    JURORS:  Good morning.

15    THE COURT:  I hope you all had a great night.  We

16    are going to continue today.

17    Mr. Leissner, you are still under oath.

18    And, Mr. Agnifilo, you may proceed.

19    MR. AGNIFILO:  Thank you, Your Honor.

20    **TIM LEISSNER,**

21    called as a witness, having been previously duly

22    sworn, was examined and further testified as follows:

23    CONTINUED CROSS-EXAMINATION

24    BY MR. AGNIFILO:

25    Q    Good morning, Mr. Leissner.

1   A    Good morning.

2   Q    When we left off yesterday, we were in the early March

3   time period of 2012.

4        MR. AGNIFILO:  And I want to offer for

5   identification Defense Exhibit 2213.

6   Q    Just let me know when you have that up in front of you.

7   A    I have it in front of me.

8   Q    Okay.  And do you see that bottom e-mail that's on your

9   screen, that's from yourself to others at Goldman Sachs;

10  correct?

11  A    Yes, but I can't see the actual e-mail.

12  Q    I'm sorry.  Let's pull it up on the screen.

13  A    Yes, sir.

14  Q    And these are e-mails between yourself and Goldman and as

15  well as Jasmine; right?

16  A    That's correct.

17       MR. AGNIFILO:  We offer it as 2213.

18       MR. ROLLE:  No objection.

19       THE COURT:  2213?

20       MR. AGNIFILO:  Yes, Judge.  2213.

21       THE COURT:  It's admitted.

22       (Defendant's Exhibit 2213 received in evidence.)

23       (Exhibit published.)

24  Q    Okay.  So let's focus on that e-mail that's up now for

25  everyone.  And that is from you.  It's to Jasmine.

1          Do you see that?

2    A    Yes, sir.

3    Q    And it's copying to Roger, Jane Lah, Cyrus Shey and Andy

4    Tai; right?

5    A    Correct.

6    Q    And it's dated Friday, March 9th, 2012; right?

7    A    Right.

8    Q    It says, "Jasmine, I'm on a plane now to HK" -- that's

9    Hong Kong; right?

10   A    Yes.

11   Q    "But had a good day in Abu Dhabi"?

12   A    Yes, sir.

13   Q    Okay.  And -- so, you were in -- and it was your

14   recollection you were in Abu Dhabi on March 9th?

15   A    No, I don't recall that.  But from that e-mail, it looks

16   like it.

17   Q    Okay.  And you go on to say in the next sentence, "They

18   want to move very fast and we need to give them the

19   documentation."

20          Do you see that?

21   A    Yes, sir.

22   Q    Who is the "they" that you referred to in that sentence?

23   When you say "they want to move very fast," who are you

24   talking about?

25   A    The Abu Dhabi side of the team.

1   Q    Being?

2   A    Meaning IPIC and Aabar.

3   Q    Okay.  And if we could go -- you were taken off of this

4   e-mail; in other words, it's from you and then, Mr. Ng other

5   people, it goes to Jane Lah.

6         Do you see that?

7   A    Yes, sir.

8   Q    If we could go up, Jane Lah sends it off to a number of

9   other people, but doesn't include you on it.

10         Do you see that?

11  A    Yes, sir.

12  Q    Okay.  And so you don't get that e-mail because you're

13  not on it.  And then it goes on -- then Jane Lah forwards it

14  again to Roger, and then Roger is on the top e-mail.

15         Do you see that?

16  A    You have to enlarge it.  It's a little bit --

17  Q    I'm sorry.  My apologies.  I didn't realize we didn't

18  have it up.

19  A    Okay.  I see it now.

20  Q    You see it now.  Okay.

21         So what Roger says is that, quote, I just met with

22  Jasmine and Terence on the OC 1MDB financials.

23         He says that; right?

24  A    Yes, sir.

25  Q    They will instruct KPMG to do review up to 31, December

1   2011; right?

2   A    Yes.

3   Q    And what role did KPMG have at this time?

4   A    They were the auditors of 1MDB.

5   Q    Okay.  And just tell the jury generally, what does that

6   mean, that KPMG is the auditors of 1MDB?

7        What do they do?

8   A    Certainly.

9        Every company that operates, in general, has

10  financials:  Revenues, costs, a balance sheet, cash flows.

11  It's really just showing the financials of the company.

12       If you're a certain size or you're a public company

13  like this or you're listed on the stock exchange, in most

14  instances you require an auditor to verify that the financials

15  that you have -- that you have billed up as part of your

16  operations are, in fact, correct.

17       Again, for a public company at 1MDB, that means

18  those financial are audited.  They go to the Government and

19  are part of the operation of the company.  A public entity

20  that's listed that goes to investors, shareholders, stock

21  holders, et cetera.

22       So an audit is a very important event that happens

23  at least once a year for a company.

24  Q    Very good.

25       And just going back to the -- and I apologize for

1   jumping around -- to that first e-mail we all looked at.  And

2   you say I'm on a plane now to HK but had a good day in Abu

3   Dhabi?

4   A    Yes.

5   Q    Does this refresh your recollection that you were not

6   with Roger in Abu Dhabi as of March the 9th?

7   A    No, sir.  It does not in itself, no.

8   Q    Okay.  Were you with Jasmine on March the 9th?  Do you

9   remember?

10  A    No, I don't.

11  Q    Were you with -- to your knowledge, were you with any of

12  the people on this e-mail here, meaning Roger, Jane Lah, Cyrus

13  Shey or Andy Tai, on that particular day?

14  A    I don't remember, sir, not on this particular day at

15  least.

16  Q    All right.  We're going to move ahead.  We're going to

17  move ahead to March 19, 2012.  So now we're talking about 10

18  days later.

19           And I'm going to ask you to look for identification

20  --  that's a Government Exhibit.  It's Government Exhibit GX

21  1351A, page 11.  I'm just going to ask you to look at it to

22  refresh your recollection -- I'm sorry, for identification.

23  A    Sure.

24           MR. AGNIFILO:  Let's see if we can make that a

25  little bit bigger.  Okay.

1   Q    Do you see that okay?

2   A    Yes, sir.

3   Q    And that's your handwriting?

4   A    Yes, it is.

5         MR. AGNIFILO:  Your Honor --

6   Q    And this is a receipt for a meal of some sort?

7   A    Yes, sir.

8         MR. AGNIFILO:  We offer it.

9         MR. ROLLE:  No objection.

10        THE COURT:  It's admitted.

11        (Government's Exhibit 1351A received in evidence.)

12        (Exhibit published.)

13  Q    Okay.  Let's just pull that up.  Okay, all right.  So

14  what we see here is that this is dated March 19, 2012;

15  correct?

16  A    Yes, sir.

17  Q    And if we could just go up a little bit to the top part

18  of that receipt.  There we go.  Okay.  Shangri-La, that's a

19  hotel in Kuala Lumpur?

20  A    Yes, sir.

21  Q    Let's go back down.  You told us already that's your

22  handwriting?

23  A    Correct.

24  Q    The first person there, that's Ralph Marshall?

25  A    Yes, sir.

Leissner - cross - Agnifilo                    1705

1    Q    I know you have spoken about him.  Just remind us who was

2    Ralph Marshall?

3    A    Ralph Marshall was an executive director at Usaha Tegas

4    Group, which was Ananda Krishnan's group.

5    Q    You have Chan Chee Beng?

6    A    Yes.

7    Q    Okay.  And Chan Chee Beng worked with Usaha Tegas Group

8    as well?

9    A    Correct, he also was an executive director.

10   Q    And then is that Shahrol Halmi?

11   A    Correct.

12   Q    All right.  Just so we all remember, Shahrol Halmi was

13   the CEO of 1MDB; right?

14   A    That's correct.

15   Q    And then we have Jasmine Loo; right?

16   A    Correct.

17   Q    All right.  And then who's -- is it Seva (phonetic)  or

18   Siva?

19   A    Yes.

20   Q    And who is that?

21   A    He was working for Chee Beng in the UT Group, the Usaha

22   Tegas Group.

23   Q    And then yourself; correct?

24   A    That's right.

25   Q    Okay.  At this particular meal, we have a number of

Leissner - cross - Agnifilo                    1706

1   people UT, from Usaha Tegas?

2   A    Right.

3   Q    We have Jasmine from 1MDB?

4   A    Correct.

5   Q    Okay.  We have the CEO of 1MDB, and we have you?

6   A    That's right.

7   Q    And do you remember what you were talking about around

8   this period of time?

9   A    Around this period of time we were discussing the

10  acquisition of the Tanjong power assets.

11          MR. AGNIFILO:  Okay.  We're going to go to the next

12  day and this is GX 1351 at page -- 1351A at page 12.

13          THE COURT:  Admitted or for ID?

14          MR. AGNIFILO:  It's not admitted, Judge.  It's for

15  identification.

16          MR. ROLLE:  Your Honor, we don't object to admitting

17  A in its entirety.

18          THE COURT:  Is it one document?

19          MR. AGNIFILO:  It is, Judge.  It's one document with

20  many, many pages, so.

21          THE COURT:  Okay.  So I will admit the entire

22  document.

23          (Government Exhibit 1351A received in evidence.)

24          (Exhibit published.)

25          MR. AGNIFILO:  And this is page 12 of that document,

1   okay.

2   Q    All right.  Now we have -- that's your handwriting on

3   that?

4   A    That's right.

5   Q    That's you and Jasmine Loo?

6   A    Correct.

7             MR. AGNIFILO:  If we can enlarge the date which is

8   on the right, under Emirates Palace, on the other side.  There

9   you go.

10  Q    All right.  March the 20, 2012?

11  A    Yes, sir.

12  Q    Okay.  Just so we understand what's happening here, so,

13  on the 19th, you are in Kuala Lumpur; correct?

14  A    Yes, sir.

15  Q    And you were having a meal with the people you just

16  indicated and Jasmine Loo; right?

17  A    Yes.

18  Q    Now, it's the next day.  And the Emirates Palace is in

19  Abu Dhabi; correct?

20  A    That's right.

21  Q    So what this is telling us is that you and Jasmine Loo,

22  between the 19th and the 20th, flew to Abu Dhabi; correct?

23  A    Correct.

24  Q    Do you remember doing that?

25  A    Not necessarily on those dates, but you have to realize

Leissner - cross - Agnifilo                1708

1  those days we had so many work streams that we had frequent

2  travels to Abu Dhabi and, of course, Kuala Lumpur inherently

3  because that's where 1MDB was based.

4  Q    Understood.  I'm just asking if you remember this

5  particular trip?

6  A    This particular trip, no.

7  Q    Now, going to the next Defense Exhibit.  It is for

8  identification as 2215.

9         MR. AGNIFILO:  And that's just for the witness for

10  the time being.

11  Q    Okay.  And this is from you.  And this is a calendar

12  entry showing a flight?

13  A    Yes, sir.

14         MR. AGNIFILO:  Okay.  We offer it, Your Honor, as

15  2215.

16         MR. ROLLE:  No objection.

17         THE COURT:  It's admitted.

18         (Defendant's Exhibit 2215 received in evidence.)

19         (Exhibit published.)

20         MR. AGNIFILO:  All right.  I'm going to show that to

21  the jury.

22  Q    Okay.  So, what this shows, and tell me if I'm wrong, is

23  that on March the 20th and extending into March the 21st, you

24  fly from the United Arab Emirates to Jakarta; correct?

25  A    Yes, sir.

1  Q     And do you remember why you were going to Jakarta on

2  March the 21st?

3  A     No, sir.  I can't remember.  That was one of the

4  countries I covered at the time, but I can't remember why I

5  was going there at that time.

6  Q     We're going to move on to March -- you don't recall how

7  long you were there, who you met with, what you did, or

8  anything like that?

9  A     On this particular trip, you mean?

10  Q     Yes.

11  A     No, sir.

12        MR. AGNIFILO:  We're going to go to the next Defense

13  Exhibit, which is for identification, although I think it is

14  admitted as a Government Exhibit.  Oh, I'm sorry.  It is

15  admitted as Government Exhibit.  I think it is admitted as

16  2265 as a Government Exhibit, Judge.

17        THE COURT:  I have 64 and 2266.

18        MR. ROLLE:  It is marked and not admitted, though,

19  Judge, on our record.

20        MR. AGNIFILO:  We're going to mark it for

21  identification as a Government Exhibit for the time being and

22  it's Government Exhibit 2265 and I'm going to show that to the

23  witness.

24  Q     Can you see that.  Okay?

25  A     Yes, sir.

1   Q    And just -- it is an e-mail correspondence between

2   yourselves and Jho Low; is that correct?

3   A    That's correct.

4         MR. AGNIFILO:  We offer it Government Exhibit 2265.

5         MR. ROLLE:  No objection.

6         THE COURT:  It's admitted.

7         (Government's Exhibit 2265 received in evidence.)

8         (Exhibit published.)

9         MR. AGNIFILO:  Let's go to the second page of that.

10  It looks like e-mails on two separate pages.  So the second of

11  those two pages.

12        And if we could just enlarge the top so that

13  everybody could see the top a little more clearly.  That's

14  great.  Okay.

15  Q    So this is Saturday, March the 24th.  It's from Jho Low.

16  It's to yourself; correct?

17  A    That's correct.

18  Q    Subject is Pexco; right?

19  A    Yes.

20  Q    And I think we discussed Pexco in passing, but just

21  remind us what Pexco is.

22  A    Pexco was a number of oil gas fields or assets that Usaha

23  Tegas Group owned.

24  Q    Okay.  And let's go down to the body of that e-mail.  We

25  don't have to go through the whole thing, but just maybe the

1    top of it and the first couple of entries.  That's fine.

2         MR. AGNIFILO:  Maybe capture that right side.  Can

3    we just move it to the right a little bit.

4    A    Yes, sir.  I have reviewed the document.

5    Q    Can you see it?

6    A    Yes, sir.

7         MR. AGNIFILO:  If you can see it and maybe if

8    everyone can see it, I will keep it -- maybe I'm the one who

9    can't see it.  Keep it the way it is.

10   Q    It says, "Tim, please ask our friends and revert re the

11   below."

12        Do you see that?

13   A    Yes, sir.

14   Q    Okay.  Who do you understand Low to be asking you to

15   speak to when he refers to our friends?

16   A    The people at the Usaha Tegas Group.

17   Q    Okay.  And what was going on with Pexco, just tell us

18   very briefly, why are you and Low talking about Pexco and what

19   does Low want you to do with the Usaha Tegas Group?

20   A    The Usaha Tegas Group, around this time, was thinking of

21   divesting, selling those assets.  Jho was very interested -- I

22   think we had covered this to some to the extent yesterday as

23   well -- to buy either personally or together with some of the

24   sovereign wealth funds that he had a relationship with oil and

25   gas assets around the world.  So given that Ananda was trying

1   to sell his assets, Jho wanted to look at them as a potential

2   acquisition.

3   Q    All right.  So let's go to the next e-mail, which is that

4   same day.  It's a DX 2219.

5             THE COURT:  For identification?

6             MR. AGNIFILO:  For identification.  For

7   identification.

8             I'm going to make that a little bigger for you.

9   Q    You can see that.  Okay?

10  A    Yes, sir.

11  Q    And this is e-mails between yourself and Ananda Krishnan?

12  A    That's correct.

13            MR. AGNIFILO:  Your Honor, we offer it as Defense

14  Exhibit 2219.

15            MR. ROLLE:  No objection.

16            THE COURT:  It's admitted.

17            (Defendant's Exhibit 2219 received in evidence.)

18            (Exhibit published.)

19  Q    Let's go to the bottom of the two e-mails on that page.

20  It is from Ananda Krishnan.  It's to yourself.  It's dated

21  March 24th; correct?

22  A    That's correct.

23  Q    It says, "Dear Tim, we can plan on having dinner on

24  Monday night, March 26th, and I will make the reservation"?

25            Do you see that?

1    A    Correct, sir.  Yes.

2    Q    It goes on to say, "See you at the Four Seasons."  It

3    gives the address.  "We'll leaving the airport around 2230.

4    Call me in the afternoon when you get to New York"; right?

5    A    Yes, sir.

6    Q    Okay.  So you're planning on meeting Ananda Krishnan in

7    New York as of March the 24th?

8    A    Yes, sir.

9    Q    All right.  Let's go to the top e-mail.  And this is from

10   you to Krishnan, and you're basically confirming what he said:

11   "That sounds terrific.  I look forward to seeing you in New

12   York and will ring when I land.  Kind regards.  Wishing you

13   safe travels"; right?

14   A    Correct.  Yes.

15        MR. AGNIFILO:  Okay.  Now we're going to go to 2221

16   for identification.

17   A    Yes.

18        MR. AGNIFILO:  Actually, my mistake.  I'm two days

19   ahead.  Can we go back to Government Exhibit 2265.  I forgot

20   to read the first page.  It's the one we just looked at a few

21   minutes ago, 2265 in evidence.

22   Q    Okay.  So let's look at that, we're going to look at the

23   bottom e-mail first, the one that starts from Jho Low to Tim

24   Leissner:  I'm sorry, the bottom two.

25        Okay.  All right.  This is from Low.  It's to you.

1   It's March the 24th.  And it says, "See you 6:00 p.m. at

2   L'Ermitage, Beverly Hills, Sunday.  Tell Roger I leave 3:00

3   a.m. on Monday from L.A.-NYC.  Can meet in NYC any time from

4   Monday to Sunday"; right?

5   A    Yes, sir.

6   Q    Okay.  So, here, Low is talking about two different

7   locations; he's talking about meeting you or seeing you at

8   L'Ermitage, which is a hotel in Beverly Hills; correct?

9   A    That's correct.

10  Q    Beverly Hills, California?

11  A    That's right.

12  Q    He says he leave 3:00 a.m. on Monday from L.A. to New

13  York; right?

14  A    Yes.

15  Q    And he can meet you any time in New York City Monday to

16  Sunday?

17  A    Correct.

18  Q    And he tells you to tell Roger?

19  A    Yes, sir.

20       MR. AGNIFILO:  Okay.  And then let's go to the one

21  up above that.  Okay.  That's great.

22  Q    You basically say, Okay, looking forward to it in L.A.

23  L.A. with like a dollar sign.

24       I arrive midday.  I will be heading to NYC too.  AK

25  wants to have dinner on Monday there.

1             That's what you say back to Low; right?

2    A    That's correct.

3             MR. AGNIFILO:  All right.  Let's go to the two above

4    that.

5    Q    Low says, "I can do dinner Monday evening if you like,

6    but leave you to strategize if appropriate."

7             You say "Okay.  Perfect."

8             Strategize with Krishnan?

9    A    I don't what he refers to here.  I can't put that in

10   context.

11            MR. AGNIFILO:  All right.  Now we're going to go

12   to -- now we're going to 26 -- we're going to look at defense

13   2221 for identification.

14   Q    You can see that okay?

15   A    Yes.

16   Q    This is a calendar entry concerning travel -- concerning

17   a meeting?

18   A    Yes.

19            MR. AGNIFILO:  Okay.  We offer it as 2221, Your

20   Honor.

21            MR. ROLLE:  No objection.

22            THE COURT:  It's admitted.

23            (Defendant's Exhibit 2221 received in evidence.)

24            (Exhibit published.)

25   Q    So what we have here is a calendar entry concerning a

Leissner - cross - Agnifilo                  1716

1   meeting that you have with Ananda Krishnan.  It says

2   L'Ermitage in Beverly Hills; right?

3   A    That's what it says.

4   Q    8:00 p.m.  What's PDT?

5   A    I'm not sure what that stands for, sir.

6   Q    Okay.  Dinner with Ananda Krishnan?

7   A    Right.

8   Q    All right.  Roger did not go with you to this trip to New

9   York; correct?

10   A    That's correct.

11   Q    Do you remember telling the FBI on -- in July of 2018 and

12   we're talking about TL-15-026.  I'm just going to wait for a

13   second.  So it's TL-15-026.

14        And you told the FBI one flight with Low that also

15   included Ng on his personal jet was from Los Angeles to New

16   York.

17        Did you tell that to the FBI?

18   A    Sorry.  I don't remember what I said at that time.  Roger

19   was not on that jet.

20   Q    Okay.  So my question, though, for the time being is what

21   you told the FBI, and you said you don't remember.  I'm going

22   to show you a piece of paper.  I'm going to show you TL-15,

23   page 26.

24   A    I see the reference, yeah.

25   Q    Okay.  And does that refresh your recollection that you

Leissner - cross - Agnifilo                    1717

1   told the FBI that Roger went with you to New York with Low?

2   A    No, sir.  It does not refresh my memory.

3   Q    Okay.  I will take it.

4        MR. AGNIFILO:  Okay.  We're going to move to the

5   next defense exhibit for identification; it is DX 2222.

6   Q    Can you see that.  Okay?

7   A    Yes, I can.

8   Q    It's an e-mail between yourself and Janet Lane?

9   A    Yes.

10       MR. AGNIFILO:  We offer it, Your Honor.

11       THE COURT:  It's admitted.

12       MR. ROLLE:  No objection.

13       (Defendant's Exhibit 2222 received in evidence.)

14       (Exhibit published.)

15  Q    I think you said at one point that Janet Lane was Jasmine

16  Loo?

17  A    That's correct.

18  Q    Now, why is she appearing as Janet Lane on your e-mail

19  here?

20  A    It's a personal e-mail address.  That's all I know.

21  Q    For her?

22  A    For her, yes.

23  Q    Do you remember when you started corresponding with her

24  name being Janet Lane?

25  A    No, sir, I don't remember when.

1  Q    And this concerns Measat; correct?

2  A    I would need to see a little bit more --

3  Q    Sure.  Sure.

4           MR. AGNIFILO:  Let's go down.  Let's go down.

5  That's good.

6  Q    Just take a look.  Tell me if that's....

7  A    Yes.  I believe that to be Measat, yes.

8  Q    So you're communicating with Jasmine Loo under the name

9  Janet Lane in connection with this deal called Measat?

10 A    Correct.

11 Q    Tell us what the Measat deal was again.  I know you have

12 spoken about it a few times, but we've spoken about a lot of

13 deals.

14 A    We have.

15          In addition to the Tanjon assets, which 1MDB was

16 pursuing to buy, the Usaha Tegas Group also wanted to sell to

17 1MDB Measat in the belief that the satellites would be better

18 placed with a Government entity because a number of -- quite a

19 bit of the usage of those satellites was Government related,

20 in addition to being in use for broadcasting and the like.  So

21 they thought somebody like 1MDB, being a Government entity,

22 would be a better owner of those assets.

23 Q    Okay.  And, so, it's this deal concerning satellites and

24 Government assets where your communicating with Jasmine Lane

25 with her under the name of -- I'm sorry, Jasmine Loo under the

1    name of Janet Lane; right?

2    A    That's right.

3          MR. AGNIFILO:  All right.  Let's move forward.  This

4    is already in evidence Your Honor, as Government Exhibit 803.

5    It's the confidential capital committee memo that we discussed

6    for a while yesterday.

7    Q    I just want you to look at the first page.

8          MR. AGNIFILO:  And if we could sort highlight the

9    upper half of the first page.  Perfect.  That's good.  All

10   right.  I'm sorry, if we can make that a little bit bigger

11   too.  There we are.

12   Q    You said a number of times in your testimony that -- you

13   called Roger the lead banker on these deals.

14         Do you remember saying that?

15   A    Yes.  He was the lead coverage banker, sir.

16   Q    Okay.  When we look at senior management, that first

17   entry there, we only see two people there:  We see you and we

18   see Andrea Vella; correct?

19   A    That's correct.

20   Q    Under coverage, under FICC we see Roger; correct?

21   A    That's correct.

22   Q    In the capacity of coverage, he's not in investment

23   banking at all; correct?

24   A    He's no longer in investment banking.  That's correct.

25   Q    And I want to go to now Defense Exhibit 2252 for

Leissner - cross - Agnifilo                    1720

1    identification.

2              Can you see that?

3    A    Yes.

4    Q    It's firm-wide suitability committee meeting minutes?

5    A    Yes.

6              MR. AGNIFILO:  I just want to make sure.  It might

7    have been admitted as a Government Exhibit.

8              It might have been admitted as a Government Exhibit,

9    Your Honor, so we're trying to avoid doing it twice.

10             THE COURT:  We can always cross-reference it.

11             MR. AGNIFILO:  All right.  I think it might be

12   admitted as 804.  Okay.  So it is already in evidence.  It is

13   Government Exhibit 804.

14   Q    So this is the firm-wide suitability committee meeting

15   minutes.

16             Do you see that?

17   A    Yes, sir.

18   Q    Dated April the 4, 2012; right?

19   A    Yes, sir.

20   Q    Okay.  And just tell us very briefly, firm-wide

21   suitability committee, what does it do?

22   A    It examines transactions that we're trying to do with our

23   clients as to the suitability for those particular clients and

24   suitability can come in many different forms.  But, because we

25   often deal in very complex transactions from a financial

1  perspective, at least, we do have a committee that makes sure

2  we're not doing something that actually -- or give

3  recommendations that we would not give because they would be

4  unsuitable for a particular client.  The client may want to do

5  it or have reasons to do so, but they may -- there is a hurdle

6  that we have to pass within Goldman that ensures that we, at

7  least, feel that we have done work around whether it's

8  actually suitable for them to do so, for our clients, that is.

9  Q    Okay.  These minutes -- these meetings, how do they take

10 place?  Are you all physically together?  Are you on the

11 phone?  Do you remember?

12 A    The suitability committee is normally done by phone or

13 videoconference, sir.  It can also be combined with the

14 capital committee at times where the two committees join

15 forces, which actually I recall was the case in 1MDB at the

16 end.

17 Q    Now, do you remember, off the top of your head, was this

18 a combined meeting or was this just a firm-wide suitability

19 committee meeting?

20 A    On April 4th, no, I don't remember.  It was just that, it

21 looks like it from the top, though.

22        MR. AGNIFILO:  Okay.  Let's go to the next page.

23 Okay.  That's good.  Let's start with that.  Let's start with

24 that.

25 Q    Okay.  So, we have people who are in attendance for this

1   meeting; correct?

2   A    Yes, sir.

3   Q    So we have -- I'm going to go through the list very

4   quickly -- David Greenwald, who is that?

5   A    Honestly, I don't remember who he was.  He was a senior

6   partner.  That much I remember, but I can't place him in terms

7   of his functional role.

8   Q    Okay.  When someone is indicated as -- it says attendance

9   but then absent, do you understand that that means they were

10  invited but they did not attend because they were absent?

11  A    Correct.

12  Q    And who's Eric Lane?

13  A    I don't remember his functional role as well.

14  Q    The next person is Dalinc Ariburnu.  No?

15  A    No.

16  Q    Craig Broderick?

17  A    I remember his name.  I don't -- I can't place him

18  anymore.

19  Q    Thomas Cornacchia?

20  A    I don't remember.

21  Q    Michael De Lathauwer?

22  A    He was a capital markets person.

23  Q    Eric Dobkin?

24  A    He was a retired partner.  We called him senior partner

25  at the time.  He had run capital markets for many years.

1    Q    Michael Koester?

2    A    Michael Koester, I can't remember him.

3    Q    Arthur Levitt?

4    A    He, again -- he was a senior partner within Goldman

5    Sachs.  I don't know his functional role.

6    Q    Rob Mass?

7    A    I don't know.

8    Q    Marc Nachmann?

9    A    Marc Nachmann was, I believe, at that time a very senior

10   investment banker.  Maybe CEO of the group.

11   Q    Michael Richman?

12   A    I don't know.

13   Q    Patrick Street?

14   A    I don't know.

15   Q    Megan Taylor?

16   A    I don't remember.

17   Q    Alejandro Vollbrechthassen (phonetic)?

18   A    Vollbrechthausen.

19   Q    Very good.  Thank you.

20   A    I don't remember.

21   Q    John Tribolati?

22   A    I also don't remember him.

23   Q    And Darren Forsythe?

24   A    No.

25   Q    All right.  Let's go to the bottom four people.  Okay.

Leissner - cross - Agnifilo                1724

1          There's a list there for other attendees.  We have

2    John McGuire.  You know who that is; right?

3    A    Yes.

4    Q    Okay.  And then the presenters.  There are three

5    presenters.  There's Andrea Vella, Tim Leissner and Cyrus

6    Shey; right?

7    A    Yes.

8    Q    And that's it?  Those are the people listed on this list?

9    A    Correct.

10          MR. AGNIFILO:  All right.  Let's go to Defense

11   Exhibit for identification 2253.

12   Q    This is e-mail correspondence between yourself and Low;

13   correct?

14   A    Yes, sir.

15          MR. AGNIFILO:  We offer it as 2253.

16          MR. ROLLE:  No objection.

17          THE COURT:  It's admitted.

18          (Defendant's Exhibit 2253 received in evidence.)

19          (Exhibit published.)

20   Q    Srihari Iyer, the person who's sending the bottom e-mail,

21   is from Usaha Tegas; correct?

22   A    That's correct.

23   Q    This person is sending you questions about Pexco, the

24   deal you told us about maybe five minutes ago; right?

25   A    He's sending the responses to those questions, but, yes.

Leissner - cross - Agnifilo                1725

1   Q    Yes.  Okay.

2        And then you send that over to Low; correct?

3   A    Correct.

4   Q    And it's because you're telling us that Low is considered

5   being involved in this Pexco deal; correct?

6   A    He was interested to buy those assets, correct.

7        MR. AGNIFILO:  All right.  Let's go to the next,

8   Defense Exhibit for identification 2255.

9   Q    This is an e-mail from your accountant Christine Chan to

10  yourself; correct?

11  A    Yes.

12       MR. AGNIFILO:  We offer it as 2255.

13       MR. ROLLE:  No objection.

14       THE COURT:  It's admitted.

15       (Defendant's Exhibit 2255 received in evidence.)

16       (Exhibit published.)

17  Q    All right.  Looking at the bottom e-mail.  It's from you;

18  it's to Christine Chan; correct?

19  A    Yes.

20  Q    April the 4th, it says; right?

21  A    Yes.

22  Q    Bookings to Abu Dhabi.

23       Do you see that?

24  A    Yes, sir.

25  Q    And then what you tell Christine Chan to do is can you

Leissner - cross - Agnifilo                    1726

1   book Jasmine, 1MDB, on a same flight HK, Hong Kong, to Dubai

2   and then back Abu Dhabi to KL on the same day I am leaving for

3   now."

4           Do you see that?

5   A    Yes, sir.

6   Q    Okay.  And then on the top e-mail, you say:  Also, please

7   make sure I have the Conrad available on -- wait.  Also,

8   please make sure I have the Conrad available on my arrival in

9   New York on Thursday and will only checkout at night.  Thanks;

10  right?

11  A    Yes, sir.

12  Q    Does this refresh your recollection that on or about

13  April the 4 you were traveling back to Dubai and Abu Dhabi?

14  A    Again, as I mentioned to you before, we had numerous

15  trips to Abu Dhabi, in particular, as well to Kuala Lumpur

16  around that time.  So I can't tell you April 4th versus April

17  5th, for example, but yes, we took many trips to Abu Dhabi

18  during that time for the execution of project Magnolia.

19  Q    And how many times -- how many times would you say that

20  you flew with Jasmine Loo?

21  A    I don't know, sir.  It doesn't say that.  I don't know

22  how many times.

23  Q    Was it more or less five times?

24  A    I really wouldn't know.

25  Q    You have no idea?

1    A    No.

2    Q    Can't even venture a guess?

3    A    No.  No.

4         MR. AGNIFILO:  Going to the next Defense Exhibit, it

5    is 2259 for identification.

6    Q    And before we get to this exhibit, I have a question.

7    A    Sure.

8    Q    Do you remember -- and I'm not asking you specific dates,

9    traveling from -- being in Hong Kong on April 4th and then New

10   York on April 5th?

11   A    No, sir.

12   Q    Okay.  All right.  Let's look at 2259.  It is an e-mail

13   correspondence between yourself and Wassim Younan?

14   A    Yes, sir.

15   Q    Okay.  And just so we all remember, Wassim Younan is a

16   Goldman Sachs employee based in the Dubai office who covers

17   Abu Dhabi and the UAE?

18   A    He was the Middle Eastern region.

19   Q    Okay.  Let's go to the first e-mail on the second page on

20   maybe midway down.

21        THE COURT:  Admitted?

22        MR. AGNIFILO:  Yes.  I'm sorry, Judge.  Yes, we

23   offer it.

24        MR. ROLLE:  No objection.

25        THE COURT:  It's admitted.

Leissner - cross - Agnifilo                    1728

1          (Defendant's Exhibit 2259 received in evidence.)

2          (Exhibit published.)

3   Q    Okay.  I'm looking at the bottom e-mail only because you

4   say to Wassim Younan, who is in the Dubai office, just landed

5   back in your beautiful home, don't know the schedule yet, but

6   will give you a call to update you; right?

7   A    That's correct.

8   Q    Does this mean to you that you're traveling to Dubai to

9   go to Abu Dhabi on or around April the 8th?

10  A    Yes, sir.

11          MR. AGNIFILO:  Let's go to the very top e-mail in

12  this chain.  There you go.

13  Q    And, so, this is from Wassim Younan to yourself; correct?

14  A    Yes, sir.

15  Q    April the 9, 2012; right?

16  A    Yes.

17  Q    And it says, "Will call you as soon as we finish a client

18  lunch.  We will be seeing Mohamed Al-Husseiny at 4:00 p.m.;

19  right?

20  A    Yes, sir.

21  Q    Now, do you recall if you saw Mohamed Al-Husseiny or

22  Qubaisi during this particular trip?

23  A    No, sir.  Not this particular date, yes.  No, I don't

24  remember that.

25          MR. AGNIFILO:  All right.

Leissner - cross - Agnifilo                    1729

1              Let's go to the next defense exhibit for

2    identification, 2261, for identification.

3    Q    Can you see that okay?

4    A    Yes, sir.

5    Q    It's an e-mail between yourself and Wassim Younan; right?

6    A    Yes, sir.

7              MR. AGNIFILO:  We offer it as 2261, Your Honor.

8              MR. ROLLE:  No objection.

9              THE COURT:  It's admitted.

10             (Defendant's Exhibit 2261 received in evidence.)

11             (Exhibit published.)

12   Q    Okay.  Let's go to the bottom e-mail.  Okay?

13   A    Yes.

14   Q    Younan asks you still in Abu Dhabi; right?

15   A    Yes.

16   Q    Okay.  And this is on April 13th.  Let's go to the e-mail

17   above.

18             You respond, on April 13th:  Sorry, chief, that I

19   did not swing by.  We have not heard back yet on the Sheikh

20   Mansour meeting.  So I'm heading back to Hong Kong for a

21   couple of days.  Will let you know what the plan is as soon as

22   I get any news.

23             Do you see that?

24   A    Yes.

25   Q    Now, you're referring to the Sheikh Mansour meeting.

1  What Sheikh Mansour meeting are you referring to?

2  A    In around that time, the middle of our execution project,

3  I recall that there was a meeting, a senior-level meeting that

4  involved Sheikh Mansour to approve -- like continuous approval

5  -- or continued approval to move forward with that project,

6  Project Magnolia.  And I can't remember whether it's his team

7  or involved people from 1MDB, but there was supposed to be a

8  meeting where he sort of showed his continued blessing for

9  this transaction.

10 Q    Okay.  But what you say is, you say, We have not heard

11 back yet from the Sheikh Mansour meeting?

12 A    Correct.

13 Q    As though a meeting had already taken place of some sort?

14 A    Yeah.  It may well have, yes.

15 Q    But what I'm asking is do you have any recollection of a

16 Sheikh Mansour meeting that had taken place as of April the

17 12th, 2012?

18 A    What I just mentioned, sir, was that I remember that in

19 the middle of our execution project -- I can't tell you

20 whether it was April 12th or around that time, but, yes, there

21 was a meeting that I recall where Sheikh Mansour was supposed

22 to give his blessing to continue working on the project.

23 Q    Just to be clear, you didn't meet Sheikh Mansour because

24 you have never met Sheikh Mansour?

25 A    That's right, and this -- that's is not a reference to

1    that.

2    Q    I'm trying to clarify.

3    A    That's right.

4            MR. AGNIFILO:  Let's go up to the top e-mail.

5            (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   CONTINUED CROSS- EXAMINATION

2   BY MR. AGNIFILO:

3   Q    And that's from you to Wassim Younan.  And you say

4   supposedly Sheik Mansour cleared everything, but waiting for

5   next steps exactly, right?

6   A    That's what he says, yes.

7   Q    It's from you.

8   A    Oh, sorry.  Yes.

9   Q    Okay.

10          And what's your basis for saying that?  Why are

11  you saying to Wassim supposedly Sheik Mansour cleared

12  everything.

13  A    Because that's what I was told by the 1MDB people.

14  Q    Who told you?

15  A    That, I can't remember.  It could have been -- I mean

16  it could have come from two sources, sir; Jasmine or Jho,

17  but I don't remember who would have told me.

18          MR. AGNIFILO:  Let's go to next defense exhibit,

19  which is 2262 for identification.

20  Q    Do you recognize this as a correspondence between

21  Andrea Vella and yourself?

22  A    Yes.

23          MR. AGNIFILO:  We offer it as 2262, Judge.

24          MR. ROLLE:  No objection.

25          THE COURT:  It's admitted.

LEISSNER. CROSS. AGNIFILO                1733

1            (Defendant's Exhibit 2262 in evidence.)

2   Q    Okay.  So this is dated April 16, 2012.  It's from

3   Andrea Vella, right?

4   A    Yes.

5   Q    What's that number there?  Where the two is indicated?

6   A    That was my Singapore mobile.

7   Q    So this is a Blackberry message from Vella to you,

8   right?

9   A    Yes.  It's a text message, correct.

10  Q    Okay, text message.

11           And it says, good morning, Tim.  We're in AB, Abu

12  Dhabi, waiting for a signal from you.  Salam alaikum, right?

13  A    That's right.

14  Q    A signal to do what?

15  A    To have a meeting.  To meet.

16  Q    Who are you meeting with?

17  A    With Andrea and the rest would be speculation, sir.

18  But certainly with him.

19  Q    Okay.

20           And so fair to say you don't have a clear

21  recollection, as you sit here today, of who else, other than

22  Andrea Vella, was at the meeting on or about April the 16th,

23  right?

24  A    I -- it might be helpful to give you some background

25  because I don't remember exactly who was there.  However, as

LEISSNER. CROSS. AGNIFILO                    1734

1  the deal progressed and we had to be in Abu Dhabi many

2  times.  Numerous times we came in, we stayed for a few days,

3  had meetings, left, and came back.  It was a continuous

4  going and -- coming and going.  And the deal team that would

5  regularly be there included myself, Andrea, Roger, and some

6  of the capital markets team like Cyrus was there, and other

7  people who helped on the execution side.  There was a -- our

8  lawyers, there was really, in an execution like this, you

9  actually have to be more or less all hands on deck, if you

10  were.

11 Q    I appreciate that.  I'm not asking you though in

12 general.  I'm just asking you specifically for this

13 particular meeting on or about April the 16th, other than

14 Andrea Vella being there, you have -- you don't have a

15 recollection of who else was there; yes or no?

16 A    That's correct.  I don't know who exactly else was

17 there.

18 Q    That's fair enough.

19       MR. AGNIFILO:  We're going to go to the next

20 exhibit, which is already in evidence as a defense exhibit.

21 We called it AT23.  It's already in evidence.  We're going

22 to pull that up for everybody.

23 Q    So we're going to look at the bottom e-mail for

24 starters.

25       This is from Andy Tai, right, to yourself?  Do you

1    see that?  Take your time.

2    A    Yes.

3    Q    And Andy Tai writes to you and he copies Roger,

4    correct?

5    A    Yes.

6    Q    Monday, April 16, 2012, right?

7    A    Yes.

8    Q    Subject Abu Dhabi?

9    A    Yes.

10   Q    He says Tim, just got wind that Andrea, John, Cyrus,

11   and Sherry are on the way to Abu Dhabi tonight.

12           Do you see that?

13   A    Yes.

14   Q    He then goes on to say, they're concerned that the

15   Dubai guys are not running things the right way.

16           Do you see that?

17   A    Yes.

18   Q    And then he says do you want Roger and I to be there as

19   well, right?

20   A    Yes.

21   Q    Let's go to your e-mail on top.

22           You say no need, chief.  I hope John is not going.

23   Didn't need many people here and I told them no need for

24   John.  He and Cyrus can tag team, right?

25   A    Yes.

1  Q    Now, does this refresh your recollection that, at least

2  as of April the 16th, Roger and Andy Tai were not in Abu

3  Dhabi?

4  A    Sir, no.  It doesn't help me with my recollection.  I

5  just see what is on the page here.

6  Q    Okay.

7           And fair to say what's on the page is that Andy

8  Tai is asking you if you want Roger and Andy Tai to go to

9  Abu Dhabi and you say no need.

10  A    That's correct.

11           THE COURT:  Counsel, what was that exhibit number?

12           MR. AGNIFILO:  It's AT24.  We're going to move on

13  to AT24, which is already in evidence and I want to start on

14  the second page.

15  Q    Can you see that okay?  It's an e-mail from Andy Tai to

16  you and to Roger and to Adrian Seow and Huanwu Li?

17  A    Yes.

18  Q    Andy Tai writes; Tim, Roger.  Please find attached a

19  draft for the IPIC board deck, right?

20  A    Yes.

21  Q    We don't need to go into it in detail, but what is a

22  board deck?

23  A    A board deck is a presentation to the board of the

24  company.  In this case, IPIC, that provides information to

25  the board to make a decision normally.

LEISSNER. CROSS. AGNIFILO                1737

1   Q    All right.

2        Now we're going to go to the first page to the top

3   two e-mails.  We're going to start with the bottom of those

4   two.

5        So you say on April 18th, this is two days after

6   you told Andy Tai no need chief.

7   A    Yes.

8   Q    And you say also I forgot, somewhere I saw a

9   contribution or guarantee payment to IPIC that is no longer

10  contemplated, so please delete.  Right?

11  A    Yes.

12  Q    All right.

13       And the top e-mail is from Adrian Seow to yourself

14  and Andy Tai and Roger, with a copy to Jan Hoo Lee.  And

15  Adrian Seow says yes, have already removed them for next

16  turn of draft, right?

17  A    Yes.

18  Q    And then he goes on to say; Tim, just to point out for

19  that the warrant intrinsic value, we will update the number?

20  NO is number there?

21  A    Yes.

22  Q    The number based on the fact that the settlement of

23  Aabar call options will not be on a net basis, correct?

24  A    Yes.

25  Q    All right.

LEISSNER. CROSS. AGNIFILO                1738

1          MR. AGNIFILO:  Going to the next defense exhibit,
2    it's 2264.  For identification.
3    Q    Do you see that okay?
4    A    Nothing yet.
5    Q    Not yet, okay.  You see it now?
6    A    Yes.
7    Q    Okay.
8               Correspondence between yourself and Andrea
9    Vella?
10   A    Yes.
11         MR. AGNIFILO:  We offer it as 2264, Judge.
12         MR. ROLLE:  No objection.
13         THE COURT:  It's admitted.
14         (Defendant's Exhibit 2264 in evidence.)
15   Q    We're going to look at the bottom e-mail there.  This
16   is April the 18th.
17   A    Yes.
18   Q    All right.  Can we just capture that top line?
19               And what Vella writes to you is wondering
20   whether we should start preparing 1MDB for a bigger M&A and
21   financing fee to manage the spread discussion more
22   constructively.  Just a late night thought, right?
23   A    Yes.
24   Q    What is Andrea asking you there?  He's talking about a
25   bigger M&A and financing fee.  What is that?

LEISSNER. CROSS. AGNIFILO                1739

1  A    As part of Project Turin, we were getting an M&A fee;

2  mergers and acquisitions fee, for the advice we were giving

3  to 1MDB on the acquisition itself.  And then separately, we

4  were getting a fee for raising the funding.  Now, the fact

5  that we were actually buying these bonding ourselves on our

6  balance sheet, which I described last week, he refers to a

7  spread discussion.  And spread is not a fee per se, it

8  basically means we, as Goldman Sachs, were buying the bonds

9  and where we were selling them onto investors.  That's the

10 spread.  Again, it translates at the end of the day to our

11 revenues, to Goldman Sachs revenues.  But sometimes people

12 put that together with the fee.  It's actually a buying and

13 selling spread.

14 Q    So what Andrea Vella is saying to you is that 1MDB

15 might have to pay for to Goldman Sachs to get this deal

16 done?

17 A    Yes.

18 Q    And you respond in the e-mail above that.  Don't need

19 much time on that.  Will be okay if that's is what we need,

20 right?

21 A    That's correct.

22 Q    You convey to Andrea Vella that you have this situation

23 covered, and that you don't need much time to explain to

24 1MDB that they're going to have to spend more than they

25 thought?

1  A    I think the first part is a little bit of a

2  mischaracterization.  It's not that I have this covered, but

3  I was confident that we could have this discussion and

4  wouldn't have to spend much time on it.  That's what I was

5  confident about.

6  Q    Fair to say there are a number of things that gave you

7  this confidence, including your relationship with Jasmine

8  Loo, right?

9  A    Well, no sir.  It wasn't that.  It was the fact that,

10 as part of our discussion around the scheme, we knew that

11 this is going to work.  Roger and I, we had already -- you

12 know.  It wasn't a matter of how much money Goldman Sachs

13 was going to make.  Whether the deal was going through or

14 not.

15 Q    You mention Roger and I.

16 A    Yeah.

17 Q    Roger is not on this e-mail, right?

18 A    No.  I meant that we had confidence that we would be

19 able to complete this transaction from 1MDB, which is where

20 my confidence stems from here.

21         MR. AGNIFILO:  We're going to go to the next

22 defense exhibit, it's 2268 for identification.  We're only

23 going to look at the bottom exhibit the bottom e-mail,

24 sorry.

25 Q    If you look at the bottom there of 2268, that's the

LEISSNER. CROSS. AGNIFILO                    1741

1  e-mail from yourself to others at Goldman Sachs?

2  A    Yes, sir.

3         MR. AGNIFILO:  All right.  Your Honor, we offer as

4  2268.

5         THE COURT:  It's admitted.

6         (Defendant's Exhibit 2268 in evidence.)

7  Q    So this is April the 21st, correct?

8  A    Yes.

9  Q    And you are sending an e-mail to a number of people.

10 You have Toby Watson, right?

11 A    Yes.

12 Q    Jonathan Dunn, correct?

13 A    Yes.

14 Q    Roger Ng, correct?

15 A    (No verbal response given.)

16 Q    Andy Tai?

17 A    Yes.

18 Q    Cyrus Shey?

19 A    Yes.

20 Q    Andrea Vella?

21 A    Yes.

22 Q    Wassim Younan?

23 A    Yes.

24 Q    And Ali Al Ali?

25 A    Correct.

LEISSNER. CROSS. AGNIFILO                    1742

1   Q    And what you say is; quick update.  Don't think there

2   is a board meeting of IPIC tomorrow, right?

3   A    Yes.

4   Q    How do you know that?

5   A    I was informed, I believe, by the 1MDB team.

6   Q    They still need to socialize the transaction more.

7   What does that mean to socialize the transaction?

8   A    That they internally need to discuss it.

9   Q    You then say Mohammed is only back tomorrow to do more

10  ground work, right?

11  A    Correct.

12  Q    How do you know where Mohammed is and when he's going

13  to be back?

14  A    Again, I believe 1MDB told me that at the time.

15  Q    Then you say Sheik Mansour has written to the Prime

16  Minister of Malaysia and the crown prince has also lent his

17  support, correct?

18  A    Yes.

19  Q    How do you know that?

20  A    I don't remember the exact specifics, but I believe Jho

21  told me that.

22  Q    The crown prince is who?

23  A    He's the older brother of Sheik Mansour, the son of the

24  King of Abu Dhabi.

25  Q    What's his name?

LEISSNER. CROSS. AGNIFILO          1743

1    A    Mohammed bin Zayed.

2    Q    Say it again?

3    A    Mohammed bin Zayed.

4    Q    Was there any contact, to your knowledge, between

5    anyone and the crown prince?

6    A    Yes, sir.

7    Q    And who had that contact?

8    A    Jho expressed to me that he was in touch with the crown

9    prince through two people.  One was Ambassador Yousef

10   Al-Otaiba and the other person that he told me he was in

11   touch with the crown prince directly on was Handoun, who we

12   talked about before.

13   Q    All right.  We're going to go to the next defense

14   exhibit for identification, which is 2269.

15        This is e-mail traffic between yourself and others

16   at Goldman Sachs, correct?

17   A    Yes, sir.

18        MR. AGNIFILO:  We offer it, Judge, as 2269.

19        MR. ROLLE:  No objection.

20        THE COURT:  It's admitted.

21        (Defendant's Exhibit 2269 in evidence.)

22   Q    All right.  And this is this top e-mail is from Wassim

23   Younan and it's from a number of people, including Stephen

24   Scherr, copying yourself, correct?

25   A    That's right.  Correct.

LEISSNER. CROSS. AGNIFILO                1744

1  Q    It's also sent to Andrea Vella, Hazem Shawki, and Ali

2  Al Ali, right?

3  A    Yes, sir.

4  Q    And it says hi Stephen.  Both Tim and I connected

5  earlier in the day, both of us are getting identical

6  feedback from Abu Dhabi.  Mohammed, the CEO of Aabar, and

7  Hamid, the CEO of IPIC, are individually in the process of

8  posting IPIC's board members on the transaction.

9         Do you see that?

10 A    Yes, sir.

11 Q    Okay.

12        Was there an issue around this time over the fact

13 that the IPIC board was not voting or approving of the

14 guarantee?

15 A    Yes, sir.  The fact that Goldman Sachs wanted the IPIC

16 board to approve the guarantee.  The IPIC board didn't want

17 to do so.  It didn't feel that it had the authority nor

18 desire to approve the guarantee.

19 Q    Let's go a little further on.  It says -- well, we'll

20 continue.  It says we do not expect IPIC's board to approve

21 the transaction before next week at the earliest.  Right, it

22 says that?

23 A    Yes.

24 Q    In the meantime, Tim has learned that HH Sheik Mansour

25 has sent a letter to the Malaysian PM, right?

LEISSNER. CROSS. AGNIFILO                    1745

1    A    That's right.

2    Q    We anticipate that the letter carries constructive

3    language, as it relates to Project Magnolia, correct?

4    A    That's right.

5              MR. AGNIFILO:  Let's go to the next defense

6    exhibit, which is 2152.

7    Q    Do you see that okay?

8    A    Yes.

9    Q    This is from you to Wassim Younan, Andrea Vella, and

10   Eugene Leozon, correct?

11   A    That's correct.

12             MR. AGNIFILO:  We offer it as 2152.

13             MR. ROLLE:  No objection.

14             THE COURT:  It's admitted.

15             (Defendant's Exhibit 2152 in evidence.)

16   Q    Now this e-mail starts with a scan from someone named

17   Celia Yip?

18   A    Yes.

19   Q    All right.

20             And this was the two letters.  These were the

21   letters from Najib Razak and from Sheik Mansour, correct?

22   A    Yes.  That's what I believe from this e-mail, yes.

23             MR. ROLLE:  We just ask if there's an attachment,

24   that the witness can see it.

25             THE COURT:  Is there an attachment?

1      MR. AGNIFILO:  There is.  It's part of the 2152.

2  Your Honor, what I would like to do is to -- I have actual

3  hard copies of the two letters which I'd like to give to the

4  witness, to your Honor, and then each one to the jurors; if

5  that's possible?

6      THE COURT:  Why don't you use the Elmo?

7      MR. AGNIFILO:  I'm going to give this to the

8  witness.

9  Q   So just to be clear -- I'm going to give you a chance

10 to read those over.  Take your time.

11     MR. AGNIFILO:  Your Honor, we ask this be shown to

12 the jury.  Have we offered it, Judge?  I apologize.

13     THE COURT:  You did.  2152.

14     MR. AGNIFILO:  Yes.

15 Q   Just look up when you're done reading.

16 A   Yes, sir.

17 Q   So you had possession of these two letters, correct?

18 A   That's right.

19 Q   And these were scanned and then and this Celia Yip

20 e-mail is sending the scanned letters to yourself, right?

21 A   Yes.  Yes, sir.

22 Q   Then you send it on to Wassim Younan, Andrea Vella, and

23 Eugene Leozon,  correct?

24 A   That's right.

25 Q   And these two letters; one is written by Sheik Mansour

LEISSNER. CROSS. AGNIFILO          1747

1    of Abu Dhabi, right?

2    A    Yes.

3    Q    And the other is written by Najib Razak, the Prime

4    Minister of Malaysia?

5    A    Correct.

6    Q    I understand you're not an expert, but do these seem to

7    be written in the same font?

8              MR. ROLLE:  Objection.

9              THE COURT:  Overruled.

10              MR. ROLLE:  Calls for opinion, Judge.

11   Q    Just take a look --

12              THE COURT:  The witness can answer.

13   A    I wouldn't know, sir.

14              MR. AGNIFILO:  Can we move the letter from the

15   Prime Minister up a little bit?

16   Q    So the letter on the right as we're looking at the

17   screen is from Dato Mohammed Najib.  That's the Prime

18   Minister at the time of Malaysia, correct?

19   A    That's correct.

20   Q    You agree with me that that letter doesn't have a date.

21   Other than March 2012.  There's no day of the month.  It's

22   not March 12th, March 8th, March 9th.  It's no date at all?

23   A    It's March 2012.

24   Q    March 2012.

25              And both of these letters refer to something

LEISSNER. CROSS. AGNIFILO                1748

1    called the Khalifa bin Zayed charity, right?  Do you see

2    that?

3    A    Yes, sir.

4    Q    Both of the letters refer to it, right?

5    A    Yes.

6    Q    And you had both of these letters in your possession,

7    right?

8    A    Yes.

9    Q    Did you ever check if there's such a thing as the

10   Khalifa bin Zayed charity?

11   A    No, sir.

12   Q    How long did you possess these two letters in your

13   physical possession?

14   A    For a very long time, sir.

15   Q    And so -- and remind us again when you got each of

16   them.  Let's talk about the letter on the left.  That's --

17   let's talk about the letter on the right.

18          So that's the letter from the Prime Minister of

19   Malaysia, Najib Razak.

20   A    Yes.

21   Q    When did you get that into your physical possession?

22   A    I don't know the exact timing on both of those, sir.  I

23   do know that they were handed to me by Jasmine and maybe one

24   was given to me by Jho.  I don't know if one of given to me

25   by Jho, but it was either Jasmine or Jho given to me.

1  Q    Fair to say these are very significant letters.

2  They're letters, one is from the Prime Minister of Malaysia

3  and the other is from a very powerful Sheik from the United

4  Arab Emirates, correct?

5  A    Yes, correct.

6  Q    And you can't tell us anything about a date as to when

7  you got either of them?

8  A    No, sir.  I remember that -- I don't know the date,

9  yes.  I don't know the date.  I do know that they were given

10  to me; one for sure by Jasmine.  I don't know if the other

11  one was given to me by Jho or Jasmine.  Jasmine gave me the

12  Sheik Mansour letter and I'm not sure which one of the two

13  gave me the Prime Minister of Malaysia letter.

14  Q    Let's talk about the Prime Minister of Malaysia.

15  That's the first one you got, right?  Am I right?

16  A    I don't know which one.  I don't remember in which

17  sequence I got them.  I know I got them both in the middle

18  of the execution project of Project Magnolia.

19  Q    So you don't know which one you got first?

20  A    That's right.

21  Q    It's possible that you got the letter from Sheik

22  Mansour first?

23  A    It's entirely possible.  I don't remember the sequence.

24  Q    And where were you exactly when you got the Sheik

25  Mansour letter?

LEISSNER. CROSS. AGNIFILO          1750

1    A    In Abu Dhabi.

2    Q    Where in Abu Dhabi were you?

3    A    The Emirates Palace.

4    Q    Who were you with?

5    A    Jasmine.

6    Q    Where in the Emirates Palace with Jasmine were you when

7    you were given the Sheik Mansour letter?

8    A    It was on the level, third level, where the business

9    center and the conference rooms are.

10   Q    And tell me how it happened.  She gave you a letter,

11   was it in an envelope?  Tell me everything you remember

12   about Jasmine Loo giving you the Sheik Mansour letter?

13   A    Yes.  It was in an envelope, a brown envelope.  She

14   handed to me and that's -- you know.  It was a big area

15   between -- in the far side of the business center and

16   conference room on the right, and I think maybe a restaurant

17   or something.  It was a wide open area.

18   Q    Why did she give you the letter?  What were you

19   supposed to do with it?

20   A    It was intended for me at Goldman Sachs that she

21   thought it was important for us to have this letter.

22   Q    And when you got the letter from Jasmine in the brown

23   envelope --

24   A    Yes.

25   Q    -- what did you do with it?

LEISSNER. CROSS. AGNIFILO                1751

1  A    I took it from her and I told people I had this letter.

2  I guess sent it on at some point.  But I don't remember the

3  actual steps.  I took it in my possession first.

4  Q    Let's talk about the Najib letter, the other letter,

5  the one from the Prime Minister of Malaysia.  Where were you

6  when you got that letter?

7  A    That, I don't remember sir.

8  Q    You don't remember where you were when you got the

9  letter?

10  A    That's right.  Which is why I'm not sure if it was Jho

11  who gave it to me or Jasmine.  I can't be certain anymore.

12  Q    And this is the letter you talked about yesterday that

13  you went to Qubaisi's house?

14  A    I can only speculate about that because he didn't open

15  the letter in front of me.  So I don't know if it's the same

16  letter.

17  Q    But didn't you tell us that Jasmine said it was the

18  same letter?

19  A    She may have said that, but I have never seen Khadem

20  open the letter in front of me.

21  Q    But you're clear that the letter, even though you

22  didn't look in the envelope, that you gave it to Qubaisi?

23  A    Yes.

24  Q    Not Husseiny?

25  A    No.  Khadem.

1    Q    Khadem Al-Qubaisi?

2    A    Yes.  Mohammed was there with us, but it was given to

3    Khadem.

4    Q    Do you remember telling the FBI in June of 2018, TL12

5    page 13, that you gave the letter to Husseiny?

6    A    No, sir.  I gave it to had Khadem.

7    Q    I understand.  I'm going to show you TL12, page 13.

8    A    Yes, sir.

9    Q    Does that refresh your recollection that you told the

10   FBI that had you gave it to Husseiny?

11   A    No, sir.

12   Q    All right.  Thank you, sir.

13              Now, for a period of time you had both letters

14   in your possession, correct?

15   A    Yes.

16   Q    For how long a period of time did you have two letters;

17   each of them from a world leader to another world leader, in

18   your possession?

19   A    For years, sir.

20   Q    For years?

21   A    Yes.

22   Q    Okay.  Let me ask the question differently.

23              How long was it in your --

24         MR. AGNIFILO:  Well, I'll get to that one.

25   Q    But how long was it were they in your possession before

1  you had them scanned into the Goldman Sachs system and then

2  sent to Eugene Leozon and the others that you indicated?

3  A    Sir, I don't remember how long it had those in my

4  possession.

5  Q    Could it have been more than a week?

6  A    I don't remember.

7  Q    And who is the first person you told that you had in

8  your physical possession, two letters?  One from the Prime

9  Minister of Malaysia and the other from Sheik Mansour?

10 A    Roger was the first person at Goldman Sachs.  I believe

11 that I informed Jho after Jasmine gave me the letter that

12 Jasmine had, in fact, given me the letter.  But at Goldman

13 Sachs it was Roger and then after that, Andrea Vella.

14 Q    And those are the only two people that you told?

15 A    Maybe I told more.  Those are the two ones that I

16 remember.  Sorry, right after I received them.  I, of

17 course, scanned it and sent it to other people.  But after I

18 received them, those are the two people that I told in short

19 order.

20 Q    And you, yourself, indicated yesterday you didn't have

21 any role in helping draft either or both of these letters,

22 right?

23 A    No, I didn't have a role in drafting them.  I may have

24 given Jasmine and Jho input into what was needed from Sheik

25 Mansour at some point.  But that -- I wasn't drafting a

LEISSNER. CROSS. AGNIFILO                 1754

1   letter, no.  I was not drafting a letter.

2   Q    And what -- so you said you may have given input on the

3   Sheik Mansour letter.  What input do you think you may have

4   given?

5   A    Sir, it's a long time ago.  But what I do remember is

6   that as we were executing the transaction, we were in the

7   midst of so many different work steams that we had --

8   Jasmine and I, and also with Jho, we had continuous

9   dialogues what was required, what we need at Goldman Sachs.

10  So in the context of the board meeting of IPIC, and that not

11  forthcoming, I told them we need at least some kind of

12  support from Sheik Mansour that indicates he's behind this

13  transaction.

14  Q    You told that to who exactly?

15  A    Jasmine and Jho.

16  Q    And where were you and Jasmine and Jho when you told

17  them that?

18  A    Jho was on the phone, and with Jasmine we were in Abu

19  Dhabi, is my recollection.

20  Q    So you and Jasmine were together in Abu Dhabi, right?

21  A    Yes.  We were working intently on the project.  It was

22  towards the end of the project and Jho was not in Abu Dhabi

23  at the time, as far as I know.  We telephoned him.

24  Q    And then the three of you had a conversation?

25  A    Yes.

LEISSNER. CROSS. AGNIFILO          1755

1   Q    Towards the end of the project?

2   A    Yes.

3   Q    And the project ended on May 21st or so?

4   A    That's correct.

5   Q    If we look at the letter from Sheik Mansour, it's dated

6   April 17th, correct?

7   A    Right.

8   Q    Now, what exactly do you remember saying?  While you're

9   with Jasmine with Jho on the phone about what Sheik Mansour

10  is going to put in his letter, what did you say

11  specifically?

12  A    I don't know what I said specifically.  What I do

13  remember is I highlighted to them the fact that we needed

14  support from him if there is no board approval forthcoming.

15  Q    When you had physical possession of the letter, did the

16  letter contain your recommendations of what Sheik Mansour

17  should say in his letter?

18  A    I don't know, sir.  It was -- it wasn't like a wording

19  suggestion, so I can't tell you whether or not it contained

20  it.  What I do know is that it was sufficient for Goldman

21  Sachs to get comfortable.  But I can't say that I actually

22  told him what it should say.

23  Q    And your goal in these letters is you wanted to make

24  sure that the deal got done?

25  A    Sir, it wasn't my goal in these letters, that's their

 1   business.  What I gave Jasmine and Jho was my recommendation

 2   that what we're presenting is what Goldman Sachs would need.

 3   Q    So you had input into the letters as that what Goldman

 4   Sachs would need to get the deal done?

 5   A    Again, that's an overstatement of how far I could reach

 6   at this --

 7   Q    So you tell me, tell us?

 8   A    Which is what I did, I believe.

 9   Q    I'm sorry, do it again.

10        MR. ROLLE:  Objection.

11        THE COURT:  Overruled.  You can answer.

12   A    In my conversation, I told him that if a board approval

13   was not forthcoming, at a minimum we need some kind of

14   support from Sheik Mansour.  That's what I recall.

15   Q    And you said --

16   A    It was broad.  It was a very broad request to both of

17   them.

18   Q    Have you ever given advice to Sheik Mansour about any

19   of his other letters he's ever written; as far as you know?

20        MR. ROLLE:  Objection.  Mischaracterizes the

21   testimony.

22        MR. AGNIFILO:  I'll ask a different question,

23   Judge.

24   Q    Have you given -- have you made statements or

25   recommendations or whatever work you want to use about any

LEISSNER. CROSS. AGNIFILO                    1757

1  other letter that Sheik Mansour ever wrote?

2  A    It's -- no, sir.  Not specifically.  But you have to

3  understand as we're going to the execution of this Project

4  Magnolia, I was in constant contact, as was Roger, as was

5  Andrea, with the working team.  That included Jasmine for me

6  and Roger, that included Jho.  We were constantly telling

7  them what Goldman Sachs required.  In this case, for example

8  the first thing that we said was we needed board approval.

9  Okay, that wasn't forthcoming.  What's the next thing?

10  Maybe we can do with an -- information that he was behind

11  this.  So this is an ongoing dialogue, you have to

12  understand, sir, where we have going back and forth of

13  brainstorming.  Of what might work for Goldman Sachs to get

14  us to do this bond transaction.

15  Q    So your specific concern with these letters is that

16  they be acceptable to Goldman Sachs?

17  A    It wasn't in the letters, sir.  What we needed is an

18  indication of support that -- that was my view, certainly,

19  at the time.  We need indication of support that he was, in

20  fact, behind us.  A letter was the result was this.  It

21  wasn't my specific recommendation that letter, but I was

22  expressing to them.  And again, it's a brainstorming

23  exercise, what we need.  Which was an indication of support.

24  Q    These are conversations that you're having only with

25  Jho Low and Jasmine Loo?

1  A    As far as I remember, yes.  Roger and I discussed these

2  things too because we were talking all of the time.  Our

3  concern was yes, you know.  We were hitting a little

4  roadblock here at Goldman Sachs so we did discuss that, too.

5            MR. AGNIFILO:  We're going to move onto defense

6  Exhibit 2302 for identification.

7  Q    This is -- I'll wait so you can see it.

8            THE COURT:  Are we using the regular computer

9  system?

10           MR. AGNIFILO:  I think we're going to use the

11 regular computer, Judge.

12 Q    Can you see that Mr. Leissner?

13           THE COURT:  Now we can, yes.

14 Q    This is one of these.  We've been discussing these

15 Goldman calendar entries?

16 A    Yes, sir.

17           MR. AGNIFILO:  All right.  We offer it as 2302,

18 Judge.

19           MR. ROLLE:  No objection.

20           THE COURT:  It's admitted.

21           (Defendant's Exhibit 2302 received in evidence.)

22 Q    All right.

23           So here what we see is the subject is -- I might

24 say it wrong.  Jumeirah Al Etihad --

25 A    Towers.

LEISSNER. CROSS. AGNIFILO                1759

1    Q    Say again?

2    A    Jumeirah Al Etihad Towers.

3    Q    And this a hotel in Abu Dhabi?

4    A    That's right.

5    Q    And there's a date range there.  It's Monday, May the

6    7th, 2012 to Wednesday, May the 9th, 2012?

7    A    Yes.

8    Q    And you booked the trip with Expedia; is that what it

9    says?

10   A    I can see what it says here, so.

11   Q    Do you remember booking the trip with Expedia?

12   A    No, sir.

13   Q    It says the hotel Jumeirah Al Etihad Towers.  Room

14   reservations ai, Swan Loo, and then room reservation ai,

15   Swan Loo.  That's Jasmine Loo, right?

16   A    That's right.

17   Q    And you reserved two rooms for her?

18   A    I only see what I see here, sir.  So I don't remember

19   this.

20   Q    Do you remember going to Abu Dhabi with Jasmine Loo on

21   or around May the 7th, 2012?

22   A    No.  As I described to you before, we were having

23   continuous meetings leading up to the conclusion of Project

24   Magnolia in Abu Dhabi.  So, no.  I don't remember this

25   specific trip.

LEISSNER. CROSS. AGNIFILO          1760

1   Q    Very good.

2        We're going to go to the next defense exhibit,

3   which is 2303 for identification and we're going to look

4   actually at -- do you see e-mail traffic between yourself

5   and Wassim Younan?

6   A    Yes.  I don't see the bottom, per se.

7   Q    We can show you the bottom.  Let's go to the bottom.

8   A    Yes.

9   Q    Between you and Wassim Younan?

10  A    Yes.

11       MR. AGNIFILO:  We offer it as 2303.

12       MR. ROLLE:  No objection.

13       THE COURT:  It's admitted.

14       (Defendant's Exhibit 2303 received in evidence.)

15  Q    Let's go to the second page of 2303.  This is from

16  Jasmine Loo to yourself on Tuesday, May 8th, correct?

17  A    Yes, sir.

18  Q    And she writes Tim, I'm meeting the EY partner in

19  charge of IPIC, Mr. Bassam Hage, tonight at 8:15.

20  Tentatively at Hakkasan.  Appreciate if you can join me,

21  right?

22  A    Yes.

23  Q    Let's go through that for a second.  EY.  What's EY?

24  A    That's Ernst & Young.

25  Q    That's an accounting firm?

1    A    That's an accounting firm.

2    Q    What, if any, role does Ernst & Young have in these

3    affairs?

4    A    That Ernst & Young was the auditors of IPIC, sir.

5    Similar to what KPMG was for 1MDB, what we had seen earlier.

6    Q    All right.

7          And what she says here is that the Ernst & Young

8    partner in charge of IPIC, she indicates is Mr. Bassam Hage,

9    correct?

10   A    That's right.

11          (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

T. Leissner - Cross/Mr. Agnifilo          1762

1    EXAMINATION BY

2    MR. AGNIFILO:

3    (Continuing.)

4    Q    And she is meeting this Ernst & Young partner in charge

5    of IPIC at 8:15 at a place called Hakkasan.

6              And are you familiar with that place?

7    A    Yes, sir.

8    Q    And what is it?

9    A    It's a restaurant in the Emirates Palace, I believe.

10   Q    You've been there before?

11   A    Yes, I have.

12   Q    All right.  Let's go to the next e-mail which is on the

13   bottom of the first page and that's from you -- it's to

14   Wassim Younan and Ali al-Ali, correct?

15   A    Yes, correct.

16   Q    And you write:  FYI, sorry to cause inconvenience but

17   could one of you join me?  You can also meet Jasmine who is

18   the ED in charge of the CEO's office at 1MDB (in plain

19   language she runs the show there).  Many thanks.

20              Right?

21   A    That's right.

22   Q    So you invite them to come to might you at Hakkasan,

23   right?

24   A    Correct.

25   Q    Who owns Hakkasan, to your knowledge?

T. Leissner - Cross/Mr. Agnifilo          1763

1   A    I don't know, sir.

2   Q    Do you know if Khadem Al-Qubaisi?

3   A    I don't know, sir.

4   Q    You don't know.

5   A    No.

6   Q    Okay.  And so, does this -- let me ask you:  Does this

7   cause you to recall that you and Jasmine Loo were together in

8   Abu Dhabi on or around May the 8th, 2012?

9   A    Yeah, only from what you're showing me here.  But the

10  actual event, no.

11  Q    Okay.  We're going to go to the next defense exhibit,

12  2304 for identification.

13       MR. AGNIFILO:  We have an exhibit numbering thing.

14  If your Honor is inclined to be in the area of a break, this

15  would be a good time to do it, or I can just go to the next

16  exhibit.  I leave it to your Honor.

17       THE COURT:  Why don't we go to the next exhibit.

18       MR. AGNIFILO:  That's fine, Judge.

19       THE COURT:  What number is this one.

20       MR. AGNIFILO:  This was defense Exhibit 2304.

21  We're going to come back to it.

22       THE COURT:  Okay.

23  Q    We're going to go to 2305 for identification.

24       Okay again this is one of those Goldman Sachs

25  calendar entries we've been talking about?

1   A     Yes, sir.

2              MR. AGNIFILO:  We offer it as 2305.

3              MS. SMITH:  No objection.

4              THE COURT:  It's admitted.

5              (Defendant's Exhibit 2305 was marked in evidence as

6   of this date.)

7   Q     This is from you to indicates that you're -- the subject

8   is that same hotel Jumeirah Al Etihad Towers but date range

9   this time is from Friday, May 11, 2012, to Monday, May 14,

10  2012, correct?

11  A     That's correct.

12  Q     It says thank you for booking your trip with Expedia.

13  Do you see that?

14  A     Yes, sir.

15  Q     And then room reservations, there are two rooms.

16  Ms. Loo A. Swan, that's Jasmine Loo, correct?

17  A     Correct.

18  Q     One you for, Mr. Tim Leissner; correct?

19  A     Correct.

20  Q     So this is you and Jasmine going to Abu Dhabi twice

21  within a number of days of even other, right?

22  A     That's correct.

23  Q     The first one was between May 7th and May 9th, if you

24  remember?

25  A     Again, you know, what you're showing to me, but yes.

T. Leissner - Cross/Mr. Agnifilo               1765

1   Q    Again this time it's May 11th to May 14th, correct?

2   A    Yes.

3   Q    All right.  Let's go to Defense Exhibit 2306 for

4   identification.  We're going to make it a little bit bigger

5   on top.

6            I think this might have been admitted as a

7   Government Exhibit but we'll put it in.

8            You see the top there?

9   A    Yes, sir.

10  Q    Okay.  It's from Roger -- I'm sorry, it's from yourself

11  to Roger, correct?

12  A    That's correct.

13           MR. AGNIFILO:  We offer it as 2306.

14           MR. ROLLE:  This is in evidence.  We can cross

15  reference but no objection.

16           THE COURT:  We'll admit it and then cross reference

17  it.

18           What's the Government Exhibit entry, do you know?

19           MR. ROLLE:  We'll confirm, Judge, we're looking

20  now.

21           THE COURT:  Okay.  Thank you.

22           (Defendant's Exhibit 2306 was marked in evidence as

23  of this date.)

24  Q    Okay.  So this is -- this is e-mails -- this is from you

25  is to Roger; correct?

T. Leissner - Cross/Mr. Agnifilo          1766

1   A    Yes, sir.

2   Q    And what you say is, FYI, that's why I don't think

3   Turkey will work La?

4   A    Yes, sir.

5   Q    And we talked about this on direct examination, I

6   believe, and you said there was some sort of trip that was

7   tentatively scheduled for you to go to Turkey; correct?

8   A    That's the vague memory but, yes, possibly.

9   Q    I'm going to show you --

10          THE COURT:  Counsel, you can use the Elmo if you

11  want to show it to this witness.

12          MR. AGNIFILO:  This is for identification:

13  Q    Can you see that okay, Mr. Leissner?

14  A    Yes, sir.

15  Q    All right.  And it's Defense Exhibit 36.  And just

16  without getting too much into it, this is a letter to you,

17  correct, from Bank Negara?

18  A    Yes.

19          MR. AGNIFILO:  We offer it as Defense Exhibit 36.

20          MR. ROLLE:  No objection, your Honor.

21          THE COURT:  DX-36?

22          MR. AGNIFILO:  36, judge, yes.

23          THE COURT:  It's admitted.

24          (Defendant's Exhibit 36 was marked in evidence as

25  of this date.)

T. Leissner - Cross/Mr. Agnifilo          1767

1   Q    And does this relate to what you were talking about

2   Turkey, that something was going to go on in Turkey in

3   Istanbul.  Some sort of -- you were going to be a panelist of

4   some sort?

5   A    It does look like it, sir, yes.

6   Q    Okay.  And this is from Bank Negara Malaysia which is

7   the Central Bank of Malaysia; correct?

8   A    That's correct.

9   Q    And it's to you, Mr. Leissner, right?

10  A    Yes.

11  Q    All right.  And you understand was Roger coming with you

12  on this trip, was he supposed to?

13  A    I don't remember it.  I do see me copying him on it.

14  So, yes, possibly so.

15  Q    Okay.  And that's your handwriting?

16  A    Yes.

17  Q    That we're looking at there?

18  A    Yes.

19  Q    Okay.  And can you see what you wrote can you tell us

20  what it is?

21  A    Yes do you want me to read it.

22  Q    Sure.

23  A    Okay, will do.  Please inform their office.  Copy, CC to

24  Roger.

25  Q    Okay.  And what it basically says is that this is an

T. Leissner - Cross/Mr. Agnifilo          1768

1  invitation as a panelist for the Malaysia Country Showcase

2  May 15, 2012, in Istanbul, Turkey, correct?

3  A    That's correct, sir.

4  Q    We're not going to read all of it, just introduce it.

5  It says, Bank Negara Malaysia will be organizing the Malaysia

6  Country Showcase on 15 May, 2012, at a location in Istanbul,

7  Turkey; correct?

8  A    Yes, sir.

9  Q    Okay.  So when you said to Roger, That's why I don't

10 think Turkey will work, that's what you were referring to?

11 A    In the context, yes, but not independently.

12 Q    Not in what?

13 A    I don't remember this combination of things, but in the

14 context of what you just showed, yes.

15 Q    Okay.  We're going to go on to Defense Exhibit 2310 for

16 identification.

17          Can you see that up top?

18 A    Yes, sir.

19 Q    This is e-mail traffic between yourself and others at

20 Goldman Sachs?

21 A    Yes, sir.

22          MR. AGNIFILO:  We offer 2310, Judge.

23          MR. ROLLE:  No objection.

24          THE COURT:  It's admitted.

25          (Defendant's Exhibit 2310 was marked in evidence as

T. Leissner - Cross/Mr. Agnifilo          1769

1   of this date.)

2   Q    We're going to go to the bottom e-mail there.  This is

3   May 13, 2012.  It's from Jasmine Loo to you, correct?

4   A    That's correct.

5   Q    And it says, Dear Tim, please make yourself available

6   and on standby at 11:00 a.m. onwards tomorrow for meeting

7   with his excellency Khadem Al-Qubaisi.  I will confirm time

8   and venue shortly; correct?

9   A    That's correct.

10  Q    So you're now in sort of the home stretch of the first

11  bond deal?

12  A    Correct.

13  Q    Okay.  Let's go to 2312 for identification.  Can you see

14  it okay?

15  A    Yes, sir.

16  Q    All right.  And this is a text from Vella to you?

17  A    No, sir, I don't think so.  It's to somebody else.  I

18  think in the Emirates.  That's not my telephone number.

19  Q    I think you're absolutely, right, okay.

20       Do you recognize the number or no?

21  A    I'm sorry, it's a Dubai number but that's all I

22  recognize.

23  Q    Let's go to the next exhibit.  This is 2313 for

24  identification.

25       Can you see it okay?

T. Leissner - Cross/Mr. Agnifilo          1770

1    A    Yes, sir.

2    Q    All right.  This is an e-mail from Roger to you copying

3    Andy Tai, right?

4    A    Yes.

5         MR. AGNIFILO:  We offer it as 2313.

6         MR. ROLLE:  No objection.

7         THE COURT:  It's admitted.

8         (Defendant's Exhibit 2313 was marked in evidence as

9    of this date.)

10   Q    Okay.  So here Roger is discussing issues surrounding

11   the bond and Usaha Tegas's potential buying of a large

12   portion of that bond issuance; correct?

13   A    I have to read it.

14   Q    Take your time.

15   A    Yes, sir.

16   Q    Okay.  So just to remind the jury.  So UT, Usaha Tegas,

17   was buying I think it was $650 million of the bond issuance?

18   A    Yes, I think that's correct.

19   Q    Okay.  And the people that Roger is referring to, GK and

20   Chee Beng, do you remember who GK was?

21   A    Yes, that's Lim Ghee Keong.  He was the treasurer at the

22   UT Group.

23   Q    And Chee Beng, we discussed a few times, he's at

24   UT Group?

25   A    He was one of the executive directors of the UT Group.

T. Leissner - Cross/Mr. Agnifilo          1771

1   Q    So this sort of run-up to the bond closing, this is

2   Roger discussing different sort of ideas and concepts around

3   the buying of the bond by UT?

4   A    Yes, and the settlement of the actual transaction as

5   well, but, yes, that's a broad description.

6   Q    Okay.  Let's go to the next exhibit.  It's 2314 for

7   identification.

8          And we're going to look at that top e-mail there.

9   Do you see it okay?

10  A    Yes.

11  Q    It's between and you Jonathan Dunne, right?

12  A    Yes.

13         MR. AGNIFILO:  We offer it as 2314.

14         MR. ROLLE:  No objection.

15         THE COURT:  Admitted.

16         (Defendant's Exhibit 2314 was marked in evidence as

17  of this date.)

18  Q    We're going to look at that top e-mail.  And what you

19  write it Jonathan Dunne, Let's meet up in the morning to

20  discuss.  I think IPIC will be okay now.

21         Do you see that?

22  A    Yes, sir.

23  Q    All right.  Why do you say that?  Was there a problem?

24  Why do you say, I think IPIC will be okay now?

25  A    Do you mind if I see the whole e-mail for context.

1    Q    Yeah, sure, absolutely.  I'll scroll down.

2    A    That's all of it.

3    Q    It starts on the second page.  There you go.  Show him

4    the whole thing.  It starts there.

5          Read it and look up when you're done reading on the

6    screen we'll give you more to look at.

7    A    Okay.

8    Q    Okay.  Scroll up.

9    A    Okay.

10   Q    I think that's the top.

11   A    Yes.

12   Q    Okay.  So the question was:  Why did you write, I think

13   IPIC will be okay now?  If you know.

14   A    Yeah, I don't remember, sir.  This is relating to the

15   drafting of the offering circular, which means the prospectus

16   at the time, and I don't know why I'm making this reference

17   to that particular point.

18   Q    Got it.  Got it.  Okay.

19          Do you remember in mid-May being asked to disclose

20   to the Malaysian Federal Government aspects of the deal so

21   that there would not be criticism later.  And if you don't, I

22   can show you something to refresh your recollection.

23   A    Would you mind doing that.

24   Q    I'm just going to hand it to you.  Well, I'll put it up.

25   I'll put it up.  It's 2318.  Can you see it there,

1   Mr. Leissner?

2   A    It's a little bit small.  If you don't mind enlarging

3   it.

4   Q    You know what I'm going to do.  I'm going to hand this

5   to you.  It's the second one down.

6   A    Sure.

7   Q    Thank you.  It's only to refresh your recollection, it's

8   not something that you're on.

9   A    Yes, sir.

10  Q    Okay.  So the question is:  Does it refresh your

11  recollection that around this time period, May 16th, middle

12  of May time period, that you were expected by Goldman to have

13  some sort of conversation with someone in the Government of

14  Malaysia about this deal to prevent criticism of the deal

15  later?

16  A    I can't say I remember it at all.  I'm sorry.

17  Q    That's fine.  Thank you.

18            All right.  We're going to move to 2319, Defense

19  Exhibit 2319 for identification.  Can we make that a little

20  bit bigger on top.

21            And if we can also show him the top e-mail.  Blow

22  that up.

23  A    Yes.

24  Q    So my only question for the moment, this is an e-mail

25  correspondence between yourself and Wassim Younan from

T. Leissner - Cross/Mr. Agnifilo          1774

1  Goldman Sachs?

2  A    That's correct.

3          MR. AGNIFILO:  Your Honor, we offer it as 2319.

4          MR. ROLLE:  We object.  We could discuss it at the

5  break, Judge, if that's appropriate.

6          THE COURT:  Members of the jury, we'll take our

7  morning break at this time.  Please remember not to discuss

8  the case with each other and to keep your distance.  Please

9  be back at a quarter to.

10          COURTROOM DEPUTY:  All rise.

11          (Jury exits courtroom at 11:28 a.m.)

12          (Witness leaves the witness stand.)

13          THE COURT:  Please be seated, everyone.  Can I have

14  a copy of the exhibit?

15          MR. AGNIFILO:  Yes, Judge.

16          THE COURT:  Okay.  What's the Government's

17  objection?

18          MR. ROLLE:  Your Honor, the Government objects

19  under §608.  This witness has said numerous times on direct

20  and on cross he never met with Sheikh Mansour and that he

21  lied to people at Goldman Sachs.  This e-mail is simply a

22  question from a Goldman Sachs colleague.  If he did meet he

23  lies and says he did and the person thanks him.  He testified

24  at length about this.  It's only independent probative value

25  that I can see from it is just to add extrinsic evidence to

T. Leissner - Cross/Mr. Agnifilo          1775

1  document the lie that he's already said he did on

2  cross-examination and on direct examination.

3          THE COURT:  Mr. Agnifilo.

4          MR. AGNIFILO:  Yes, Your Honor.

5          It's key to the deal going through that he told

6  this lie at this particular moment in time.  We're in the end

7  of the deal, the deal is about to close in about five days,

8  and he felt the need to keep the deal alive by lying in this

9  e-mail to his Goldman Sachs colleague.

10          So it's relevant as just a centerpiece of the case,

11  it's not extrinsic in the least.  We've been putting in

12  e-mail traffic among people in Goldman Sachs as to how the

13  deal progresses and this is just another e-mail as to how the

14  deal progresses.  There's nothing different about this

15  e-mail.

16          THE COURT:  Except it doesn't speak to the deal at

17  all.  All it speaks to is whether or not it says, May I ask

18  if you had met with the Sheikh in the early stages of this

19  project?  And he said, Yes.  And then the answer was, Okay.

20          MR. ROLLE:  Just briefly on the facts, Judge.

21          Wassim Younan, and I believe the witness has

22  testified to this, is just another banker in Goldman Sachs in

23  charge of the Middle East region.  He's not a committee

24  member.  His sign-off doesn't matter about whether the deal

25  goes forward or not.  As factual matter, I think that's

T. Leissner - Cross/Mr. Agnifilo          1776

1   reflected in the record now at this stage.

2          MR. AGNIFILO:  My interpretation of §608 is §608

3   deals with collateral issues.  It deals with things that are

4   not in the heartland of the case, of the relevance of, you

5   know, in this case, the bond deal.

6          THE COURT:  It deals with when you're

7   cross-examining a witness as to credibility.

8          So the issue is credibility versus evidence.  And

9   here, you're offering this to show that, in fact, he lied to

10  this particular person at this particular time.  You can ask

11  him about that, specifically, introducing the document to

12  show it is what is extrinsic and prohibited by bid §608.

13         MR. AGNIFILO:  We're going to be submitting a brief

14  to your Honor over the weekend.

15         THE COURT:  That would be helpful, Counsel.  As we

16  discussed a number of other issues, that's my understanding

17  of how this works.  As I explained yesterday and, in fact,

18  all of the other documents you've been introducing has to do

19  with evidence as to the transactions at issue here.

20         I understand that your argument is that this does,

21  too, but the document itself is simply a representation of

22  what the witness has testified to the fact that he lied.  And

23  what you are trying to get by introducing this document is to

24  show that on the specific date, he lied to this specific

25  person about this specific matter.  He's already testified to

T. Leissner - Cross/Mr. Agnifilo          1777

1    that.

2          If you want to cross him on it, you can.  You

3    certainly can ask him whether or not on this specific date

4    that he told, or you can tell him:  On this date, he told

5    this person asked him this question and he told him that.

6    You can ask him.  But I cannot put this specific document

7    into evidence for that purpose.  That's what becomes

8    extrinsic under §608.

9          MR. AGNIFILO:  I understand.  Most respectfully, we

10   object.  We've been objecting but I do understand your

11   Honor's ruling.  Thank you.

12         THE COURT:  Anything else we need to discuss?

13         MR. AGNIFILO:  No, no the from us.

14         MR. ROLLE:  No, Judge.

15         THE COURT:  See the parties at a quarter to.

16         (A recess in the proceedings was taken.)

17         THE COURT:  One thing for the parties to think

18   about.  One of the jurors, one of the alternates, rescheduled

19   her appointment, doctor's appointment, to the week of March

20   28th and she's concerned that she won't be able to make them.

21   So why don't you think about whether that's going to be an

22   issue and let's talk about it.

23         MR. AGNIFILO:  Okay.

24         THE COURT:  You can be seated until she brings in

25   the jury.  She wants to know sooner rather than later if it's

1    going to be a problem.

2              (Witness takes the witness stand.)

3              (Jury enters courtroom at 11:50 a.m.)

4              THE COURT:  Please be seated, everyone.

5              Please continue, Mr. Agnifilo.

6              MR. AGNIFILO:  Thank you, your Honor.

7    EXAMINATION BY

8    MR. AGNIFILO:

9    (Continuing.)

10   Q    Mr. Leissner, do you recall just as the deal was in the

11   process of closing that at some point Wassim Younan asked you

12   to if you had met Sheikh Mansour?

13   A    I don't remember it per se other than the e-mail you put

14   up just before the break.

15   Q    And do you remember that you told them that you had met

16   Sheikh Mansour -- I'm sorry -- that you had only

17   delivered -- I'm sorry.

18              You said, Yes, to deliver the letter from the prime

19   minister.

20   A    Again, I don't remember this conversation per se other

21   than the e-mail you just put up before the break.

22   Q    And so, you don't remember having any correspondence

23   whether it be e-mail or verbal or thinking about Wassim

24   Younan about this topic?

25   A    No, not particularly with Wassim, that's right.

T. Leissner - Cross/Mr. Agnifilo          1779

1  Q    Do you remember you had it with other people?

2  A    At Goldman Sachs, I had presented the fact that I had

3  delivered this letter myself to Sheikh Mansour.

4  Q    And just to be clear:  At no time -- let me ask it

5  differently.

6         At all times prior to the Magnolia deal closing if

7  anyone at Goldman Sachs asked you if you had met with Sheikh

8  Mansour your answer was yes?

9  A    Yes.

10 Q    All right.  We're going to go on to Defense Exhibit 2322

11 for identification.

12        I'm going to ask you to look at that second e-mail

13 there if you can see it.

14 A    Yes.

15 Q    This is correspondence between yourself and others at

16 Goldman Sachs?

17 A    Yes, sir.

18        MR. AGNIFILO:  We ask that it be admitted as 2322.

19        THE COURT:  It's admitted.

20        MR. ROLLE:  Your Honor, we don't object to the

21 witness's statements but the top e-mail is not his.

22        MR. AGNIFILO:  We can excise the top e-mail.

23        THE COURT:  Okay.  It's admitted subject to

24 redaction.

25             (Defendant's Exhibit 2322 was marked in evidence as

T. Leissner - Cross/Mr. Agnifilo          1780

1   of this date.)

2           MR. ROLLE:  Thank you, Judge.

3           THE COURT:  Do you want to just highlight -- yes.

4           MR. AGNIFILO:  All right.

5   Q    So let's, yeah, there you go.  Okay.

6           We're going to look at first at the bottom e-mail.

7   The e-mail from Richard O'Callahan.

8           THE COURT:  The Elmo might be easier for this one

9   because we're redacting part of it.

10          MR. AGNIFILO:  We'll do that.

11  Q    Can you read that okay, Mr. Leissner?

12  A    Yes, I can.

13  Q    Okay.  And you're not on this e-mail.  This e-mail chain

14  ends up being sent to you at a later point.  But do you know

15  who Richard O'Callahan is?

16  A    Yes, he was one of the lawyers at Linklaters which

17  represented Goldman Sachs in this matter.

18  Q    And Richard O'Callahan writes to Jonathan Dunne and

19  Matthew Slater, Cyrus Shey.  I think Matthew Slater might be

20  a new name for us.

21          Who is Matthew Slater?

22  A    Matthew Slater was at head of legal in our

23  Southeast Asia office.

24  Q    And Kevin Wong is another lawyer from this firm called

25  Linklaters?

T. Leissner - Cross/Mr. Agnifilo                1781

1  A    Correct.

2  Q    And Richard O'Callahan say, I was just discussing the

3  chain of corporate authorities with Jim at IPIC i.e., to help

4  us get comfortable to provide a clean --

5          THE COURT:  Slow down.

6  Q    To help us get comfortable to provide a clean opinion as

7  you have requested.  He took a call from Khadem.  Midway

8  through your our conversation, Khadem's instructions were for

9  pens to be put down immediately on the transaction until

10  further notice.

11          Do you see that he says that there?

12  A    Yes, sir.

13  Q    Okay.  And then let's go to the e-mail above, hold on.

14          You can see that e-mail that's from Vella to you

15  and others?

16  A    Yes, sir.

17  Q    All right.  And Vella says to you and others, Now that

18  is not good.  Jasmine was seriously upset on the legal side

19  not coming through (she was in tears).  I fear this may have

20  to do with that.  Tim on the case to try to find out if she

21  knows what this is about.

22          Right?

23  A    Correct.

24  Q    Okay.  Do you know what it was about?

25  A    No, sir.  We are really at the end and what I do recall

T. Leissner - Cross/Mr. Agnifilo          1782

1   is that Khadem posted several roadblocks at the end.  But I

2   don't know the specific circumstance here.

3   Q    Okay.  And so, you don't know what Khadem Al-Qubaisi's

4   issue was that caused him to say, Put pens down?

5   A    I can't remember in this particular instance on

6   May 17th, but that's correct.

7   Q    Just so we understand.  Putting pens down means no one

8   is working on the deal anymore?

9   A    Correct.

10  Q    Okay.  All right.  Let's go to the next e-mail, it's

11  2323, defense exhibit, for identification only.

12        All right.  Do you see that okay?

13  A    Yes, sir.

14  Q    It's e-mail traffic between you and others at Goldman

15  Sachs?

16  A    Yes, sir.

17        MR. AGNIFILO:  We offer it, your Honor, as 2323.

18        MR. ROLLE:  No objection.

19        THE COURT:  It's admitted.

20        (Defendant's Exhibit 2323 was marked in evidence as

21  of this date.)

22  Q    We're going to start with the bottom e-mail from Wassim

23  Younan to -- you're not on this e-mail but it gets sent to

24  you.

25        So we're going to start with this e-mail from

T. Leissner - Cross/Mr. Agnifilo          1783

1  Wassim to -- that's David Viniar?

2  A    Yes.

3  Q    Who was that?

4  A    He was our CFO at the time.  Our chief financial

5  officer.

6  Q    Michael Sherwood?

7  A    He was the CEO of our international business out of

8  London.

9  Q    And Stephen Sher?

10  A    At that time, he was, I believe, the head of Global

11  Capital Markets.

12  Q    And Fran, is it, Bermanzohn?

13  A    Yeah.  I think at the time she was either head of legal

14  or compliance for international as well.

15  Q    Okay.  And Wassim Younan writes, I have just concluded

16  two separate telephone conversations on the above

17  transaction, specifically, as it relates to our request for

18  an IPIC board resolution.  The first was with IPIC, IPIC's MD

19  H.E. Khadem Al-Quabasi who said the following:  He

20  understands and acknowledges our request for a board

21  resolution.

22  A    Yes.

23  Q    If we could go to -- you have the whole thing there?

24       Then it says, He said that he has his Highness

25  Sheikh Mansour bin Zayed Al Nahyan in his highness' capacity

T. Leissner - Cross/Mr. Agnifilo                1784

1    as chairman of IPIC approval to proceed with the transaction?

2    A    Correct.

3    Q    And that given the tight deadline for closing the

4    transaction within the next 48 hours.

5               THE COURT:  Slow down, counsel.

6               MR. AGNIFILO:  Yes, Judge.

7    Q    He does not have enough time to convene the board.  Had

8    he had the luxury of time, he would have with certainty

9    convened the board and delivered to us the board resolution.

10              And then he goes on to say other things saying that

11   the deal could basically go forward; correct?

12   A    Let me just read it.

13   Q    Sure.  Take your time.

14   A    Yes, sir.

15   Q    Okay.  All right.  The next e-mail is 2324 for

16   identification.

17              And this is e-mail traffic between yourself and

18   others at Goldman Sachs; correct?

19   A    Yes, sir.

20              (Continued on the next page.)

21

22

23

24

25

1  (Continuing)

2          MR. AGNIFILO:  We offer 2324, Judge.

3          THE COURT:  It's admitted.

4          (Defendant's Exhibit 2324 received in evidence.)

5          (Exhibit published.)

6  CROSS EXAMINATION

7  BY MR. AGNIFILO:  (Continuing)

8          MR. AGNIFILO:  We're only going to look at the top

9  two e-mails.  We're going to start with the bottom one, that's

10  it.  Those two and the bottom one of those two.

11  Q    This is from Vella to a great number of people at Goldman

12  Sachs; correct?

13  A    That's correct.

14  Q    It says, I understand UT, Usaha Tegas Group, has agreed,

15  Roger Ng or legal HK, Hong Kong, can you please confirm when

16  you see the signed letter from UT, thanks?

17  A    Correct.

18  Q    Okay.  Now, what signed letter from UT are you looking

19  for at this stage?

20  A    It was the letter for them to commit to buy the bond, the

21  Magnolia bonds as part -- it was I think an exchange

22  vis-à-vis, you know, a reduction in the purchase price

23  effectively.

24  Q    And then Roger writes back:  1MDB all sign, the last

25  amended Tanjong letter is still in process of being executed

1  by UT"; correct?

2  A    That's right.

3  Q    Now, do you recall that as the deal was closing,

4  literally in the waning days of you guys working on the deal,

5  you were having communication with someone named Jonathan

6  Rowland?

7  A    I don't know the timing with -- in my communication with

8  Jonathan.

9        I did have communications with him, but I don't

10 remember the timing of those.

11 Q    Who is Jonathan Rowland?

12 A    He was part of a family in the U.K. that Roger and I had

13 engaged with potentially in this outside private-equity group

14 that we were thinking of forming.  He was also the Chairman of

15 Banque Havilland in Luxemburg -- in Luxemburg and Monaco.

16 Q    And were you considering, in May of 2012, having some

17 sort of business venture with Jonathan Rowland?

18 A    Again, I don't know the exact timing, sir, but Roger and

19 I had this discussion, I think with Boon-Kee as well, to

20 potentially set up a fund with the Roland family.

21 Q    Now, the deal closes around May 20th, in that time

22 period; correct?

23 A    May 21st.

24 Q    May 21st, and after the deal closes, you have another

25 deal that you're about to start working on called Project

Leissner - cross - Agnifilo                 1787

1    Encore?

2            Is that the IPO for Astro, the second IPO for Astro?

3    A    It could be, sir.  I can't remember.

4            MR. AGNIFILO:  I'm going to ask to mark for

5    identification -- hang on.  Is 1356 in?

6            We're going to mark for identification -- it's a

7    Government Exhibit.  It's GX 1356A and we're going to be

8    looking at page 8.

9    Q    Can you see that okay?

10   A    Yes, sir.

11   Q    And this is a receipt with your handwriting on it?

12   A    Yes, sir.

13           MR. AGNIFILO:  We offer it, Your Honor, as GX

14   1356A-008.

15           MR. ROLLE:  No objection.

16           And we would, as with the prior, admit the whole

17   voluminous document of 1356A.

18           THE COURT:  Mr. Agnifilo, I take it you have no

19   objection?

20           MR. AGNIFILO:  No, not at all.

21           THE COURT:  I'll admit the entire document, GX

22   1356A.

23           (Defendant's Exhibit 1356A received in evidence.)

24           (Exhibit published.)

25   Q    Okay.  And this indicates a meal at a place called China?

1   A    Yes.

2   Q    Is that what it says on top?

3   A    Yes.

4   Q    What is that?

5   A    It was a small restaurant in the Hilton.  I don't

6   actually remember much of it, but, yes, a Chinese restaurant,

7   I believe.

8   Q    A Chinese in the KL Hilton?

9   A    Yes.

10  Q    Kuala Lumpur Hilton?

11  A    That's correct.

12  Q    And this is you and Rohana Rohzan?

13  A    That's correct.

14       MR. AGNIFILO:  We're going to go to 2331 for

15  identification.

16  Q    And is this e-mail traffic between yourself and others at

17  Goldman Sachs?

18  A    Could we blow it up?

19  Q    Yeah, absolutely.  I can hand you the actual page.

20  A    Thank you, sir.

21       Yes, sir.

22  Q    Okay.  And this is e-mail traffic between you and others

23  at Goldman Sachs concerning this project, the project

24  regarding Astro?

25  A    Yeah.  It's a visit that one of our colleagues from the

1  U.S. was having in Malaysia to meet with Astro and the Usaha
2  Tegas team.
3  Q    And do you remember at this particular point in time that
4  Astro management was making some sort of presentation to
5  Goldman Sachs?
6  A    I read it here.  I don't remember the specific incident
7  or circumstance.
8          MR. AGNIFILO:  Your Honor, we ask that 2331 be
9  admitted.
10         MR. ROLLE:  We had object, same grounds as
11  yesterday, Judge.  I think at this point 401 and potentially
12  608.
13         THE COURT:  I will defer ruling on it, counsel.
14         MR. AGNIFILO:  That's fine, Judge.  That's fine.
15         I will take it from you.
16  Q    Do you remember starting to see Rohana Rohzan more after
17  you closed the Magnolia deal?
18  A    No, I wouldn't think so, sir.  More, I don't recall.
19  Q    No?  All right.
20         MR. AGNIFILO:  We're going to go to 2332 for
21  identification.
22  Q    E-mail traffic between you and Michael Evans, Michael
23  Evans of Goldman Sachs?
24         THE COURT:  It's not up yet.
25         MR. AGNIFILO:  Oh, I'm sorry, Judge.

Leissner - cross - Agnifilo                1790

1    A     Yes, sir.

2           MR. AGNIFILO:  Your Honor, we offer it as 2332.

3           MR. ROLLE:  No objection.

4           THE COURT:  It's admitted.

5           (Defendant's Exhibit 2332 received in evidence.)

6    Q     Who is Michael Evans again?

7    A     Michael Evans was the chairman for Goldman Sachs in Asia

8    and he was also a vice chairman of the firm in our executive

9    office here in New York.

10   Q     And this is an e-mail from Michael Evans just to you;

11   correct?

12   A     That's correct.

13   Q     And it says, Great job on 1MDB IPIC, look forward to

14   seeing you next week; right?

15   A     Yes, sir.

16   Q     You say, Many thanks, Mike, looking forward to that;

17   right?

18   A     Yes.

19   Q     This is a congratulations e-mail for the work you did on

20   the 1MDB?

21   A     Yes.

22           MR. AGNIFILO:  We're going to look at the next

23   defense exhibit.  It is Defense Exhibit 2333.

24   Q     It is an e-mail from Jasmine Loo to yourself and Andy

25   Tai; is that correct?

Leissner - cross - Agnifilo                 1791

1   A    That's correct.

2           MR. AGNIFILO:  We offer 2333, Judge.

3           MR. ROLLE:  No objection.

4           THE COURT:  It's admitted.

5           (Defendant's Exhibit 2333 received in evidence.)

6           (Exhibit published.)

7   Q    And this is from Jasmine Loo from 1MDB.  And it says.

8   Attached are some historical info I have, hope they are

9   useful.  Please treat with care; right?

10  A    Yes.

11  Q    And this is to you and Andy Tai; right?

12  A    Correct.

13  Q    And the information that she attaches is in regard to

14  Genting Oil & Gas Limited; correct?

15  A    It's regarding Genting Power and oil and gas.

16  Q    This is the start of the Genting deal, the second bond

17  deal?

18  A    I believe so, yes.

19  Q    So about 10 days or so after Project Magnolia closes,

20  you'd agree with me that Jasmine Loo sends an e-mail just to

21  yourself and to Andy Tai introducing this second deal?

22  A    Yes.

23          MR. AGNIFILO:  We're going to go to 2350 for

24  identification.

25  Q    You can see that okay?

Leissner - cross - Agnifilo                    1792

1    A    Yes, sir.

2    Q    All right.  It's e-mail traffic between yourself and Jho

3    Low and Seet Li Lin?

4    A    Yes, sir.

5              MR. AGNIFILO:  We offer it as 2350?

6              MR. ROLLE:  No objection.

7              THE COURT:  It's admitted.

8              (Defendant's Exhibit 2350 received in evidence.)

9    Q    So this is from Seet Li Lin.  Remind us again who is Seet

10   Li Lin?

11   A    He was a financial analyst working for Jho.

12   Q    What he says is, Hi, Tim, Jho would like to schedule a

13   meeting with you to discuss an opportunity?

14   A    Yes, sir.

15   Q    Will be available next Monday at 3:00 p.m. to meet in HK,

16   Hong Kong, please let me know; right?

17   A    That's right.

18   Q    And this proposed meeting, there is a date indicated

19   there, it's Monday, 11th, June 2012; correct?

20   A    Yes, I guess.  Yes, that's right.  Correct.

21   Q    And you say, Yes, absolutely.  I also have a new

22   opportunity on the oil and gas side.  Will bring the info with

23   me.  Best, Tim.  Right?

24   A    Yes, sir.

25   Q    Now, by this point, by this point in time, June the 7th,

Leissner - cross - Agnifilo                    1793

1    2012, the date of this e-mail, you haven't gotten any money

2    from Jho Low; correct?

3    A    Yes, that's correct.

4    Q    I'm going to show you what has been marked in evidence as

5    Government Exhibit 2421.

6             MR. AGNIFILO:  It's admitted.

7    Q    2421.  I just want to look at the dates for a second.

8             MR. AGNIFILO:  Judge, I think what we have decided

9    is this is going to be this exhibit, but with subdivision A.

10            THE COURT:  2421?

11            MR. AGNIFILO:  A.

12            THE COURT:  Okay.  This is a spreadsheet; correct?

13            MR. ROLLE:  Yes.

14            MR. AGNIFILO:  It's a spreadsheet.

15            MR. ROLLE:  Yes, Judge.

16   Q    So, I just want to go back to the e-mail for a second.

17   The e-mail from Seet Li Lin says that Jho would like to

18   schedule a meeting with you to discuss an opportunity --

19            MR. AGNIFILO:  No, we don't -- sorry.

20   Q    -- Jho would like to schedule a meeting with you to

21   discuss an opportunity, and the meeting that he wants to have

22   with you is on June 11, 2012; correct?

23   A    That's right.

24   Q    And by this point, you haven't gotten any money from what

25   you're saying you're owed from the bond deal; right?

1    A    That's correct.

2    Q    Okay.  But on the same day as the meeting with Low for

3    this new opportunity, he sends $35,000 -- I'm sorry, 35

4    million, $35 million to Capital Place Holdings Limited;

5    correct?

6    A    Blackstone Asia sends it, but yes.

7    Q    It's from Blackstone Asia to Capital Place Holdings

8    Limited?

9    A    That's correct.

10   Q    And just to be clear, the way the numbers kind of work

11   here, it's a little bit of the reverse the way we do it in the

12   United States.  This is June, that first entry is June 11th;

13   it's not November 6th?

14   A    That's correct.

15   Q    So you understand that to be June 11, 2012; correct?

16   A    That's correct.

17   Q    And if we could go back to 2350, and we blow up those top

18   two e-mails, you'd agree with me that right there in the

19   subject line it's Monday, June 11, 2012; right?

20   A    That's what it says.

21   Q    It says, Hi, Tim, Jho would like to schedule a meeting

22   with you to discuss an opportunity."

23   A    Yes.

24   Q    And you go to the meeting in Hong Kong?

25   A    I don't remember this particular meeting, sir, sorry.

1             MR. AGNIFILO:  We're going to go the next exhibit.

2     It is 2368 for identification.

3     Q     Can you see it okay?

4     A     Yes.

5     Q     Who is -- I think we've discussed him before -- Stephen

6     Dattels?

7     A     Stephen Dattels, yes.

8     Q     Who is it again?

9     A     He was the Chairman of Polo Resources and who had, you

10    know, founded the company as well.

11    Q     And you had discussions with Stephen Dattels about 1MDB;

12    correct?

13    A     Yes.

14    Q     What did you discuss with Stephen Dattels about 1MDB?

15    A     Actually, there were several discussions, both Roger and

16    I had those with him and the company Polo Resources and they

17    were many fold:  One was for 1MDB to buy certain assets from

18    Polo or for 1MDB to actually buy Polo Resources.

19    Q     And did you have any association or connection to Polo

20    Resources?

21    A     Well, we had discussed this before too.  They were

22    offering me a job at some point.

23    Q     And what point was that?

24    A     Before these 1MDB transactions.  Maybe in 2010, 2011.

25    Q     And what was the job they were offering you?

1    A    The CEO.

2    Q    You were going to be CEO of Polo?

3    A    That's right.

4    Q    What happened to that opportunity?

5    A    It fell away.  We couldn't agree.

6         MR. AGNIFILO:  All right.  We're going to go to

7    2367.

8         THE COURT:  Are you offering 2368?

9         MR. AGNIFILO:  No, Judge.

10        THE COURT:  Okay.

11   Q    2367, do you see it there, for identification?

12   A    Yes.

13   Q    It's an e-mail between yourself and Jasmine Loo?

14   A    Yes.

15        MR. AGNIFILO:  We offer it, Your Honor.

16        MR. ROLLE:  No objection.

17        THE COURT:  It's admitted.

18        (Defendant's Exhibit 2367 received in evidence.)

19   Q    So this is just between you and Jasmine Loo; correct?

20   A    Yes, sir.

21   Q    And you're discussing -- does that say Project Magnolia

22   II?

23   A    Yes.

24   Q    And was that a reference to Maximus?  Is Magnolia II and

25   Maximus the same thing?

1    A    That's what I believe so, yes.

2    Q    Okay.  And you are discussing certain aspects of the

3    deal, just you and Ms. Jasmine Loo; correct?

4    A    It appears that she's sending me a PowerPoint

5    presentation, sir.

6    Q    Okay.  Asking you if you have any comments?

7    A    Yes.

8             MR. AGNIFILO:  Okay.  I'm going to ask to mark for

9    identification defense 2371, but it's not going to be the

10   entire exhibit as we have it here.  It's only going to be the

11   bottom portion of it where Mr. Leissner has indicated.  So

12   let's put it on the screen only for Mr. Leissner, but only

13   look at the bottom e-mail.

14   Q    Can you see that okay?

15   A    Yes, I can.  Thank you.

16   Q    This is e-mail traffic from Hazem Shawki to yourself and

17   others at Goldman Sachs; correct?

18   A    Yes.

19            MR. AGNIFILO:  All right.  We offer 2371.

20            MR. ROLLE:  One moment, Judge.

21            (Pause.)

22            MR. ROLLE:  Thank you, Judge.  The top portion, as

23   discussed before, won't be part, so no objection.

24            THE COURT:  So I will admit 2371 subject to

25   redaction.

1          MR. AGNIFILO:  Yes, Judge.

2          (Defendant's Exhibit 2371 received in evidence.)

3     Q    Okay.  So this is from Hazem Shawki.  It's to Andrea

4     Vella, Simon Watson, Mazen Makarem, yourself, Deepak Rao, and

5     Simon Gosling; right?

6     A    Yes, sir.

7     Q    And it says, Andrea, we were seeing some guys in AD, Abu

8     Dhabi, today, close to Khadem, who seems to indicate he's

9     positive on the trade we discussed.  I'm not sure if we were

10    able to get some sort of indication from the MDB side on what

11    incremental financing they can access domestically.

12          What are you all talking about here?

13          You can read the rest of it.  Feel free.

14    A    Thank you.

15          I have to admit, I don't understand what he's

16    talking about here.

17    Q    Okay.  Let me just direct you to the second to last short

18    paragraph there.  It just says, Obviously, 1MDB can always

19    refinance this when or if Sumitomo discussions progress.

20          Do you see that there?

21    A    Yes, I see.

22    Q    Okay.  Do you remember we were talking yesterday about a

23    trip you made to Tokyo?

24    A    Yes, sir.

25    Q    We were discussing that in connection with Sumitomo?

1   A    Yes.  Vaguely I remember.  Yes.

2   Q    Did Sumitomo have any dealings with 1MDB?

3   A    I can't recall.  I can't recall Sumitomo in particular.

4        Again, what I had mentioned at some point later on

5   we a discussion with JPIC, which was a Japanese bank owned by

6   the Government.  But Sumitomo, I don't remember.

7   Q    And I think you said you don't remember and I actually

8   don't remember what you said.  Do you remember if Low was at

9   that meeting in Tokyo?

10  A    I don't remember that meeting, sir.

11  Q    You don't remember it at all?

12  A    Yeah.

13  Q    But you do remember going to Tokyo?

14  A    Other than what you showed me at the time.

15  Q    Other than what I showed you, you have no recollection of

16  that meeting at all?

17  A    No.  Again, I was taking so many flights during that

18  year.  That particular trip, I don't remember.

19       MR. AGNIFILO:  Let's go to 2378.  And this is an

20  e-mail from your assistant Christine Chan to you and this has

21  sort of parts of your schedule in it.

22  A    Yes, sir.

23       MR. AGNIFILO:  We offer it as 2378.

24       MR. ROLLE:  Your Honor, 401 at this point, would be

25  our objection.

1           That may become clear, but at this point.

2           THE COURT:  Why don't you continue with your

3    questions, Mr. Agnifilo.

4           MR. AGNIFILO:  Sure.  Sure.  Yes.

5    Q    Do you recall in the later part of July, 2012 traveling

6    from Singapore to London in connection with Project Greyhound?

7           What was Project Greyhound, before I ask you that?

8    A    Project Greyhound was the acquisition of the Genting

9    Power assets, which formed Greyhound and then Maximus.

10   Q    So Project Greyhound what the second bond deal?

11   A    That's right.

12          MR. AGNIFILO:  Your Honor, we offer 2378.

13          MR. ROLLE:  Same objection.

14          THE COURT:  I'm going to defer with the last

15   document and we will discuss it during the break, Mr.

16   Agnifilo.

17          MR. AGNIFILO:  Very good.

18          THE COURT:  Can you continue with your questioning?

19          MR. AGNIFILO:  Yes.

20   Q    Forgetting the e-mail itself for a second.  Do you recall

21   having meetings with Ananda Krishnan around this period of

22   time?

23   A    Ananda was one of those relationships that I cultivated,

24   so I was meeting him on many occasions.

25          If you're referring to specific July of 2012, no, I

Leissner - cross - Agnifilo                    1801

1    can't remember if I met him during the time, but I was meeting

2    him many times, as many times as I could, quite frankly.

3    Q    Okay.  And do you remember traveling to Moscow around

4    this time?

5    A    Yes.

6    Q    Why did you go to Moscow?

7    A    I was invited by the Vietnamese delegation visiting

8    Moscow for a potential telecom deal in Vietnam.

9    Q    Fair to say you're working on a lot of deals at this

10   particular point in time?

11   A    That's right.

12   Q    You have a telecom deal with the Vietnamese company;

13   right?

14   A    Correct.

15   Q    Why do you go to Moscow for that?

16   A    Because the company that was going to invest in 4G, which

17   is one of the telecom licenses in Vietnam was from Russia, was

18   in Russia.

19   Q    Now, in addition to having business dealings with Ananda

20   Krishnan, the two of you were social friends; correct?

21   A    Well, social friends may be overstating it.  We met

22   socially, which was part of -- very much part of the job of

23   banker.

24   Q    And you went Mykonos on his yacht?

25   A    That's right.

1   Q    You vacationed with him, meaning you went with him, you

2   know, in different parts of the world, in vacation settings

3   like Mykonos; correct?

4   A    Again, that was not unusual for bankers at Goldman dole

5   to do.  But, yes, his boat was probably the only time in kind

6   of a vacation setting, that's correct.

7   Q    So I'm not asking if it's usual or unusual.  I'm just

8   trying to ask you the different connections you had with the

9   different people in these deals.

10  A    Sure.  Yes.

11          MR. AGNIFILO:  Let's go to 2379 for identification.

12  Q    Do you see that e-mail?

13  A    Yes.

14  Q    And it is between Nik Faisal and yourself and Jasmine

15  Loo?

16  A    Yes, sir.

17          MR. AGNIFILO:  We offer it as 2379.

18          THE COURT:  Is there any objection to this document,

19  Mr. Rolle?

20          MR. ROLLE:  Your Honor, the same 401.

21          THE COURT:  Can I have a copy of these documents?

22          MR. AGNIFILO:  Sure.  Yeah, yeah, yeah.

23          THE COURT:  The objection is overruled.  You can

24  answer.

25          It's admitted.

Leissner - cross - Agnifilo                    1803

1           (Defendant's Exhibit 2379 received in evidence.)

2           MR. AGNIFILO:  All right.  So if we could pull up

3    2379.

4           (Exhibit published.)

5    Q    That says it's from Nik Faisal; right?

6    A    That's from me to him.

7    Q    I'm sorry.  Yes.  From you to Nik Faisal; correct?

8    A    That's right.

9    Q    And it's copied to Jasmine; right?

10   A    Correct.

11   Q    Now, are you intending to reach Nik Faisal or are you

12   intending to reach Jho Low?

13   A    I don't actually know, sir, from this exchange.  If you

14   show me the attachment, maybe that helps me.

15   Q    If we can pull it up, I'll show you.

16          But for the time being, Jho Low used the name Nik

17   Faisal on occasion; correct?

18   A    That was my understanding at least, yes, sir.

19   Q    And, so, on this particular occasion, you're not sure if

20   you are reaching out for Nik Faisal as Nik Faisal or if Nik

21   Faisal actually is Jho Low?

22   A    Sitting here today, I don't know, yes.

23   Q    Very good.

24          MR. AGNIFILO:  We're going to look at Defense

25   Exhibit 2387 for identification.

1   Q     You can see it there?

2   A     Yes, sir.

3   Q     Okay.  And this is between yourself and Judy Chan

4   Leissner?

5   A     That's correct.

6           MR. AGNIFILO:  We offer it as 2387.

7           MR. ROLLE:  No objection.

8           THE COURT:  It's admitted.

9           (Defendant's Exhibit 2387 received in evidence.)

10          (Exhibit published.)

11          MR. AGNIFILO:  All right.

12  Q     We're going to look at the bottom e-mail.  That's from

13  you?

14  A     Yes.

15  Q     Hold on.  Let's just pull it up so it's a little bit

16  bigger.

17          That's from you.  It's dated August 7, 2012;

18  correct?

19  A     Yes, sir.

20  Q     And you write Could you do me a favor, please transfer

21  U.S.D., U.S. dollars 900,000 to the following; correct?

22  A     Yes, sir.

23  Q     And then the beneficiary name is Spring Elite

24  International Limited; right?

25  A     That's right.

1    Q    And this is at BSI bank?

2    A    Correct.

3    Q    Now, that's a bank that I think you discussed a fair

4    amount on direct examination and Yak Yew Chee was one of the

5    bankers at BSI?

6    A    Yes.  That's correct.

7    Q    Who directed you to send this payment?

8    A    I remember it was either Jho or Eric Tan.

9    Q    Okay.  And were you told who the beneficial owner was of

10   the Spring Elite International Limited account?

11   A    No, sir.  I don't believe so.

12   Q    And, so, when either Jho Low or Eric Tan gave you this

13   information, they only gave you the name Spring Elite

14   International Limited?

15   A    That's correct.

16   Q    They didn't tell you who that actually was, the human

17   being behind the account?

18   A    That's correct.

19   Q    And you didn't ask?

20   A    Correct.

21   Q    And they also gave you the amount; correct?

22   A    That's right.

23   Q    Which in this case is 900,000 U.S. dollars?

24   A    That's correct.

25   Q    And you're having Judy, your wife at the time, send this

1    money; correct?

2    A    Yes, sir.

3         MR. AGNIFILO:  All right.  Let's go the next

4    exhibit, 2388.

5    Q    Do you recall if in or around August of 2012 if you were

6    having conversations with Stephen Dattels around Kazakh Gold?

7    A    No.  I see what you're showing me here, but no, I can't

8    remember that.

9    Q    I think you talked on direct examination about Kazakh

10   Gold?

11   A    Yes.

12   Q    And just remind the jury, because it was a few days ago,

13   what was Kazakh Gold?

14   A    Kazakh Gold was a gold mine -- a company owning a gold

15   mine in Kazakhstan that Jho, in his --  one of his investment

16   vehicles, together with a Kazakhstan family was trying to

17   acquire and then subsequently IPO afterwards.

18   Q    And at the end of the day, Goldman Sachs ended up not

19   going through with the deal?

20   A    That's right.

21   Q    Okay.  And do you remember at this point, in August of

22   2012, you're having discussion with Stephen Dattels about

23   possibly Stephen Dattels doing something with Kazakh Gold?

24   A    No, I don't remember that, sir.

25        MR. AGNIFILO:  All right.  We're going to go to the

1  next defense exhibit, 2389.

2  Q    Can you see it okay?

3  A    Yes, sir.

4  Q    It's from you to Jasmine Loo, correct, the top e-mail?

5  A    Yes.

6  Q    And the bottom one is from her to you?

7  A    Yes.

8          MR. AGNIFILO:  We offer it as 2389.

9          MR. ROLLE:  No objection.

10         THE COURT:  It's admitted.

11         (Defendant's Exhibit 2389 received in evidence.)

12         (Exhibit published.)

13 Q    Now, looking at the e-mail that Jasmine sends to you, it

14 starts with Hi, Mohamed.

15         Do you have an understanding as to why she started

16 with Hi, Mohamed?

17         Is she forwarding something to you?  Do you know one

18 way or the other?

19 A    I think she's ask -- because if you look at the subject

20 line, sir, it says, Please see if the below is okay.

21         I think, sitting here today, it's a draft of an

22 e-mail she was proposing to send to Mohamed Al-Husseiny.

23 Q    It says, Hi, Mohamed, I hope you're doing well.  We are

24 signing this Genting SPA this Friday?

25 A    Yes.

1   Q    What's the Genting SPA?

2   A    The sale and purchase agreement, meaning the document to

3   acquire the Genting Power assets.

4   Q    Then she goes on to say, I will arrive in Abu Dhabi on

5   Saturday night; right?

6   A    Yes.

7   Q    Would the following schedule suit so that we may finalize

8   the IPIC documentation before Tuesday, 14 August?  That's what

9   she says; right?

10  A    Yes.

11  Q    Then she sets forth a series of scheduled dates and

12  events:  The first is Sunday, August 12, 9:30 a.m. to 10:30

13  a.m., meeting just between Tim, myself and you to go through

14  documents; right?

15  A    That's right.

16  Q    Okay.  Then Sunday 11:30 a.m. to 12:30 a.m. meeting

17  between us to include IPIC CFO.

18          Who was the IPIC at this point?

19  A    A gentleman called Murtadha.  I don't recall his full

20  name.  But Murtadha was his name.  I believe.

21  Q    And Jim Sullivan, who was Jim Sullivan?

22  A    Jim Sullivan was the legal advisor to the CEO, Khadem of

23  IPIC.

24  Q    And then it says, Sunday 2:00 p.m. to 5:00 p.m. at IPIC

25  office with GS team.

1              Do you see that there?

2    A    Yes.

3    Q    IPIC CFO and Jim Sullivan to go through documents; right?

4    A    Correct.

5    Q    And do you know if that meeting ever took place with the

6    Goldman Sachs team?

7    A    Specifically with the Goldman Sachs team?

8    Q    Right.

9    A    Yes, at some point.  I don't know on this particular date

10   or day, that I can't confirm.  But, yes, we did have that

11   meeting regarding Project Maximus at some point in that time

12   frame, in that general time frame.

13   Q    And how many times did you travel, if at all, to Abu

14   Dhabi in connection with Project Maximus?

15   A    Several times, sir.  I don't recall neither Magnolia nor

16   Maximus how many times, but several times.

17   Q    And how many times, if at all, did Roger Ng travel to Abu

18   Dhabi in connection with Project Maximus?

19   A    I don't know, sir.

20   Q    Did he travel at all in connection with Project Maximus?

21   A    I can't recall.

22   Q    And then it says by Monday, August 13th, 5:00 p.m., all

23   documents from IPIC side duly signed by His Honor, the IPIC

24   CEO, and delivered to Goldman Sachs; right?

25   A    That's correct.

Leissner - cross - Agnifilo                    1810

1   Q    Okay.  So what she's doing here, as you pointed out, is

2   she's basically asking if this e-mail to Mohamed Al-Husseiny

3   is -- sort of -- she's running it past you?

4   A    That's right.  Correct.

5   Q    And you respond perfection?

6   A    Yes.

7           MR. AGNIFILO:  Now, we're going to go to 2390,

8   Defense 2390 for identification.  And we're just going to look

9   at that top e-mail for the moment.

10  Q    You can see that okay?

11  A    Yes, I can.

12  Q    This is e-mail traffic between yourself and others at

13  Goldman Sachs; correct?

14  A    Yes.

15          MR. AGNIFILO:  We offer it, Your Honor, as 2390.

16          MR. ROLLE:  No objection.

17          THE COURT:  It's admitted.

18          (Defendant's Exhibit 2390 received in evidence.)

19          (Exhibit published.)

20  Q    All right.  We're going to start by going to the first

21  e-mail in the string, which is on the 13th.

22          So the first e-mail on the string, you're not in

23  this particular e-mail, you get the e-mail string in a little

24  while, is from Jonathan Donne.

25          Do you see that?

1    A    Yes, sir.

2    Q    And it's to other people in Goldman Sachs, Ali Al Ali,

3    Hazem Shawki, Wassim Younan, Andrea Vella, Toby Watson; right?

4    A    That's correct.

5    Q    And it says, IPIC asking for docs ASAP so we may not get

6    opportunity to discuss this in detail before it goes to

7    Jasmine; right?

8    A    Yes.

9              (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  CONTINUED CROSS-EXAMINATION

2  BY MR. AGNIFILO:

3  Q    Should you have any questions, please e-mail.  Do you

4  see that there?

5  A    Yes, sir.

6  Q    We're going to go to the next -- the next e-mail.

7  Which we're -- feel free to read it, but basically this is

8  Ali Al Ali naming out a number of different questions and

9  issues in connection with the deal as it's unfolding as of

10 August 9, 2009, correct?

11 A    Yes.

12 Q    And feel free to read it if you want to characterize it

13 any other way.

14 A    Yes.  Those are his comments or questions regarding his

15 presentation to be given to IPIC.

16 Q    And then the e-mail up from there is from Hazem Shawki.

17 It's to you and others.  And it says Tim, just checking if

18 you gotten okay from Jasmine to send info ahead of time to

19 IPIC.

20       Do you see that?

21 A    Yes.

22 Q    So he's asking you if you got the okay from Jasmine

23 Loo, right?

24 A    Correct.

25 Q    And then he says, we know Malcom is asking for some.

LEISSNER.  CROSS.  AGNIFILO          1813

1  Would be great to offer some ground ahead of next week,

2  right?

3  A    Yes.

4  Q    Do you know who Malcom was?

5  A    Malcom was one of the legal people within IPIC.

6  Q    All right.

7          Next e-mail up is -- actually, two e-mails up is

8  from Hazem Shawki to you and others.  And he says great.  So

9  she's sending across direct or via Mohammed, right?

10  A    Right.

11  Q    All right.

12          So the question is:  Is Jasmine going to be giving

13  him directly or it is it going to be coming through Mohammed

14  al-husseini?

15  A    Yes.

16  Q    Up from there we have e-mail from Hazem to yourself,

17  Ali Al Ali, Jonathan Donne, Wassim Younan, Andrea Vella,

18  Toby Watson, regarding the IPIC presentation.  And Hazem

19  says, Mohammed just informed me that meeting is confirmed at

20  IPIC at 11:30 a.m. with 1MDB GS and IPIC team, right?

21  A    That's correct.

22  Q    Let's go to the top e-mail, just to round this out.

23  This is an e-mail from you, the top e-mail?

24  A    Yes.

25  Q    And you say, see you all at the Etihad towers, correct?

LEISSNER.  CROSS.  AGNIFILO                1814

1   A    Yes.

2   Q    And what you all is in this context is Wassim Younan,

3   Toby Watson, Ali Al Ali, Hazem Shawki, Jonathan Donne, and

4   Andre Vella, correct?

5   A    That's correct.

6   Q    Going to 2391.  Can you see it okay?

7   A    Yes.

8   Q    All right.

9        Remember I was asking you yesterday about this

10  company called Signet.

11  A    Yes.

12  Q    And I asked you what your connection was to Signet?

13  A    Yes.

14  Q    And you said you had a small $1 million investment in

15  Signet?

16  A    Yes.

17  Q    And then I asked you if you were on the board of

18  Signet?

19  A    Yes.

20  Q    And you said that you may have joined the board for a

21  short period of time?

22  A    That's right.

23  Q    Were you the chairman of Signet?

24  A    I don't remember it, but I may have been.

25  Q    So when I asked you yesterday what your connection was

1    to Signet, and the first thing you said was you said I had a

2    small, $1 million dollar investment.  Then I had to ask you

3    another question that you were on the board, and you said

4    you may be been on the board for a short time, it turns out

5    you were the chairman?

6              MR. ROLLE:  Objection.

7              THE COURT:  Sustained rephrase the question.

8    Q    Were you the chairman of Signet?

9    A    Yes.  I don't remember it particularly because it

10   wasn't very important.  But I may have been, yes.

11   Q    When you say you may have been, are you not sure?

12   A    Yeah.  It was really not an important position at that

13   time, nor an important activity for me.

14   Q    And the chairman is -- in a company, how do you

15   characterize the position of the chairman?

16   A    It can be just a -- it depends on the company, of

17   course.  It can be a powerful position, or it can be one

18   that's just, on paper, a position.  Signet was a really

19   small, private company.  This was not an important position.

20   Q    When you say may, you were the chairman of Signet?

21             MR. ROLLE:  Objection.

22             THE COURT:  What's your objection?

23             MR. ROLLE:  Asked and answered and

24   mischaracterizes his testimony.

25             THE COURT:  Overruled.  You can answer the

LEISSNER.   CROSS.   AGNIFILO                1816

1   question.

2   Q    Were you the chairman of Signet?

3   A    Yes.  I may have been.  I don't remember it, sir.  It

4   wasn't an important position.  But yes, I do recall I was on

5   the board of it.  But again, it was a really small company.

6   Q    And if you're the chairman of an outside company, are

7   you supposed to tell Goldman Sachs that?

8   A    Yes, sir.

9   Q    Did you tell Goldman Sachs that you were the chairman

10  of Signet?

11  A    No, I did not.

12  Q    And did Signet have some connection to Polo Resources?

13  A    It was owned by the same people and at some point, Polo

14  Resources bought it.

15  Q    This is the Dettels we've been talking about?

16  A    Yes, correct.

17  Q    So you said you knew which Dettels hired you at Goldman

18  Sachs?

19  A    Tim Dettels, his younger brother.

20  Q    What was Tim Dettels' connection to Signet?

21  A    He was also an investor.

22  Q    So you were an investor with this person you had known

23  a long, long time, correct?

24  A    That's correct.

25  Q    But yesterday you didn't remember that you were the

1   chairman?

2   A    That's right.

3   Q    All right.  We're going to look now at defense

4   Exhibit 2396 for identification.

5              This is the firm-wide suitability committee

6   meeting minutes, correct, for Maximus?

7   A    Allow me just to read this.

8   Q    Take your time.

9   A    Yes, sir.

10              MR. AGNIFILO:  We offer it, your Honor, as 2396.

11              MR. ROLLE:  No objection.

12              THE COURT:  It's admitted.

13              (Defendant's Exhibit 2396 in evidence.)

14   Q    All right.  So this is -- these are the firm-wide

15   suitability committee meeting minutes, correct?

16   A    Yes, sir.

17   Q    And the date of the meeting is listed as August 14,

18   2012, right?

19   A    Correct.

20   Q    This relates to Greyhound Project Maximus, right?

21   A    That's right.

22   Q    So this is the second bond deal that we've been

23   referring to, right?

24   A    Yes.

25   Q    And just so the jury remembers.  This is the

LEISSNER.  CROSS.  AGNIFILO          1818

1   $175 billion bond issuance by 1MDB in connection with the

2   Genting power assets, correct?

3   A    1.75 billion.

4   Q    I said it wrong.  1.75 billion.

5          Let's go to the second page.  I'm not going to

6   make you go through all of the list of people again.  Just

7   so to say that now here we are on the second deal, and we

8   don't see Roger Ng's name among the people there in that

9   first list, right?  Go to the top so we can get the whole

10  thing.

11         You don't have Roger Ng's name there, right?

12  A    That's correct.

13  Q    And let's go all the way down.  We don't have him

14  anywhere else on that list, right?

15  A    That's right.

16  Q    We have as the presenters Andre Vella, Tim Leissner,

17  and Cyrus Shey, correct?

18  A    That's correct.

19  Q    What does it mean to be a presenter at one of these

20  meetings?

21  A    That there is a memo prepared.  That we are the ones

22  who are there to answer questions by committee.  We are the

23  attendings of the deal team.

24  Q    What is the role at these specific meetings?  What is

25  the role of presenters, what are they supposed to talk

1  about, what are they supposed to say?  How does it work?

2  Just give us a feeling.

3  A    It depends very much on the committee meeting itself.

4  The committee may decide that first, the team should present

5  what they're trying to get approved.  Or if the committee is

6  comfortable enough with the material, the memo presented

7  beforehand, that they may just jump straight into questions.

8  So it depends a little bit on, you know, how prepared the

9  committee is and what they would like to do.  It's up to

10  them.  But it would entail a short overview by the team and

11  then Q&A.  Or just jumping straight into Q&A.

12          MR. AGNIFILO:  Let's go to 2399, defense exhibit

13  for identification.

14  Q    Can you see that there?

15  A    Yes, sir.

16  Q    It's e-mail correspondence among a number of different

17  people at Goldman Sachs about 1MDB?

18  A    Yes, sir.

19          MR. AGNIFILO:  We offer it as 2399.

20          MR. ROLLE:  No objection.

21          THE COURT:  It's admitted.

22          (Defendant's Exhibit 2399 in evidence.)

23  Q    So this is an e-mail from you to the others there,

24  right?

25  A    Yes, sir.

LEISSNER.  CROSS.  AGNIFILO          1820

1    Q    And the others are Dan Dees.  Who is Dan Dees again?

2    A    He was the co-head investment bankers in Asia.

3    Q    Matthew Westerman, who is that?

4    A    His other co-head in investment banking.

5    Q    In investment banking?

6    A    Yes.

7    Q    Richard Campbell-Breeden?

8    A    He was head of M&A for Asia.

9    Q    And the Andrea Vella?

10   A    Correct.

11   Q    You write, just wanted to update you regarding the

12   above.  As you know, we are executing on the Genting

13   acquisition and financing attached to it.  That is on track,

14   albeit we will probably run into September now, given the

15   holidays in Malaysia and the Middle East.

16          Now you would have also seen the news that 1MDB

17   plans a $2 billion IPO next year of the power of business.

18   I know you've been discussing this potential 1MDB IPO.  Is

19   the idea -- tell me if this is right in non-investment

20   banking terms.  That there's going to be some sort of

21   consolidation of these power assets, and then they're going

22   to sell them.  You know, they're going to offer them for

23   public sale so people can buy stock in them.

24   A    Yes.  That's correct, yes.

25   Q    And you say it might actually be a 3 billion, and I'll

1  explain this further.  To do so, they have a plan to further

2  acquire pour assets including -- is that Sime Darby?

3  A    Sime Darby.

4  Q    And what's Sime Darbv?  I don't know that we've talked

5  about that yet.

6  A    Sime Darbv was a large conglomerate in Malaysia, and it

7  had many different businesses.

8  Q    And YTL.  What is YTL?

9  A    YTL was a company very similar to Genting.  It was a

10 large Chinese Malaysian-owned conglomerate.

11 Q    You then go on to say we will be the overall M&A

12 advisor on it.

13          Do you see that?

14 A    Yes.

15 Q    What does that mean?  What does it mean to be the M&A

16 advisor on an IPO?

17 A    Actually, I don't believe that refers to the IPO.  It

18 refers to these assets we're going to acquire --

19 Q    I see.

20 A    -- prior to the IPO or leading into the IPO.  So this

21 was the role that we would advise 1MDB on making not just

22 one acquisitions, but several acquisitions.

23 Q    So it's sort of a process with many steps.  You acquire

24 all these other assets, right?

25 A    That's right.

1    Q    That's kind of the M&A part of it?

2    A    That's right, correct.

3    Q    And then once you have all these assets, then you do

4    the initial public offering of stock to the public?

5    A    That's right.

6    Q    Then you go on two lines down.  However, I do need your

7    help and support to get the right execution team on this.

8    Do you see that?

9    A    Yes, sir.

10   Q    And then you mention Dan Swift can plan that role as he

11   now knows the client, right?

12   A    Yes.

13   Q    And then the next sentence starts this will be huge and

14   they will keep the number of banks very small, with GS being

15   the lead and only structuring advisor, correct?

16   A    That's correct.

17   Q    So tell me if this is right.  This is an e-mail that

18   you're sending to some pretty powerful people within Goldman

19   Sachs, correct?

20   A    Yes.

21   Q    And what you're basically saying is, there's going to

22   be a lot of work to be done here?

23   A    That's right.

24   Q    We're going to have acquire all of these power assets,

25   right?

LEISSNER.  CROSS.  AGNIFILO                1823

1   A    Yes.

2   Q    And then we're going to, kind of, bunch them together

3   and then sell them to the public as part of an IPO?

4   A    Yes.

5   Q    And you're kind of assembling your team?

6   A    That's right.  Correct.

7   Q    All right.

8        We're going to go to the next exhibit, which is

9   2400.  The top there is -- let me make it a little bigger

10  for you.  Can you read that okay?

11  A    Yes.

12  Q    This is between Janet Lane, Jasmine Loo, and yourself,

13  correct?

14  A    Yes, sir.

15           MR. AGNIFILO:  We offer as 2400.

16           MR. ROLLE:  No objection.

17           THE COURT:  It's admitted.

18           (Defendant's Exhibit 2400 in evidence.)

19  Q    Let's start with the bottom e-mail.  All right.  It's

20  from Janet Lane, Jasmine Loo, and she uses the e-mail

21  address Project Dodo bird?

22  A    Yes.

23  Q    And this is to you and it's dated August 25, 2012,

24  correct?

25  A    That's correct.

1  Q    And so I see it says that it's from her to you, but

2  then if we look down it says dear Jasmine, and it's from

3  you.  Do you see that?

4  A    Yeah.  She's drafting an e-mail that I would send to

5  her.

6  Q    I see.  So before we get to the e-mail, why is she

7  drafting an e-mail that you're going to send to her?

8  A    I don't remember the circumstances, why she needed this

9  letter.  This e-mail.

10 Q    Okay.

11      So what the text of this is, is as spoken, we will

12 await your final advice with respect to his highness

13 chairman of IPIC's correspondence with his excellency PM,

14 Prime Minister.  From what I intend internally, the required

15 founders to ensure full subscription of the Magnolia two

16 bonds, to complete Project Greyhound should be in place and

17 are on standby.

18      What is -- so just before we ask what this is, who

19 is this supposed to be coming from?

20 A    This is supposed to be coming from me to her.

21 Q    What are you saying?  What does this mean?

22      MR. ROLLE:  Object to the form.

23      THE COURT:  You can answer what did you understand

24 her to mean when she sent you that e-mail?

25 A    She -- my understanding is that she wanted to get an

1  e-mail from me, from Goldman Sachs, at Goldman Sachs, to

2  confirm largely the second part of this, which is that

3  Goldman Sachs/our founders are ready to execute a Project

4  Magnolia two or, as we termed it, Maximus.

5  Q    Okay.

6            So she wanted that e-mail, but she wanted it

7  coming from you?

8  A    Correct.

9  Q    Going to 2403 defense for identification.  You see that

10  okay?

11  A    Yes, sir.

12  Q    It's an e-mail traffic between yourself, and Jho Low,

13  and See Lee Lin?

14  A    Yes.

15            MR. AGNIFILO:  We offer it as 2403.

16            MR. ROLLE:  No objection.

17            THE COURT:  It's admitted.

18            (Defendant's Exhibit 2403 received in evidence.)

19  Q    Going to, I think it's the first e-mail, the first

20  e-mail in the string.  It's on the bottom of page three.

21  All right.  It's from See Lee Lin.  It's to yourself, and

22  it's copying Jho Low, correct?

23  A    Yes, sir.

24  Q    It says dear Tim.  Jho would like to schedule a dinner

25  meeting with you this coming Thursday.

LEISSNER.  CROSS.  AGNIFILO          1826

1          Do you see that?

2    A    Yes, sir.

3    Q    Then let's go up to an upper e-mail, it's on the top of

4    the second page.  This e-mail were looking at, let's go up

5    and get the from part.  It's from See Lee Lin again.  It

6    says apologies for the changes.  Jho would prefer to meet on

7    Thursday evening given the urgency and importance with your

8    kind self, can we move it back to Thursday evening.

9          Do you see that?

10   A    Yes, sir.

11   Q    So Mr. Low is pushing you for a meeting about something

12   that Low considers important and time sensitive?

13   A    Yes.

14   Q    If we go up to the e-mail above that -- I'm sorry, we

15   can go to above that.  There we go, all right.  Just so you

16   remind us all.  50 Connaught Road was -- was that the

17   Ginwell office?  Which office was at 50 Connaught Road?

18   A    That was the Ginwell office, sir.  He may have housed

19   others of his private companies there too, but I recall it

20   having a Ginwell sign.

21   Q    All right.  Let's go to 2407.

22          Although, your Honor.  It's 1 o'clock, I can

23   certainly stop.

24          THE COURT:  We can break here.  Members of the

25   jury, please be back at a quarter to two.  Remember not to

LEISSNER.  CROSS.  AGNIFILO          1827

1    discuss the case, thank you.

2              (Jury exits.)

3              THE COURT:  Can I see the other exhibit to which

4    the government objected?  I believe was DX2331.  Okay, I'm

5    not sure I know what this is about, but it looks like it's

6    setting up a lunch meeting and the parties are discussing

7    where they will be meeting?  What's the objection, Mr.

8     Rolle.

9              MR. ROLLE:  Your Honor, the objection was both 401

10   relevance about this Astro meeting that doesn't have

11   anything to do with 1MDB.  And then two; if it was to

12   impeach this witness about his relationship with Rohana

13   Rozhan and I think there was a question:  Do you recall you

14   started talking to her a lot more.  That that would be

15   barred by 608.  To use this document to say well, in fact,

16   you were meeting with her.

17             THE COURT:  Mr. Agnifilo?

18             MR. AGNIFILO:  Judge, the relevance is that Ananda

19   Krishnan is the seller of the power assets in the first

20   meeting.  And Mr. Leissner's connections to Ananda Krishnan

21   are very important because it's our premise that part of the

22   way that Tim Leissner got this first bond deal done is

23   through his series of relations with Ananda Krishnan, which

24   involves a relationship with one of Ananda Krishnan's

25   important CEO's, his personal relationship with Ananda

1  Krishnan, and all of this is part and parcel of how, in our

2  view, Tim Leissner was instrumental.  Not just in his

3  capacity as an efficient Goldman Sachs employee, but also

4  having connections, personal connections, with different

5  people that have an influence on Ananda Krishnan.  Including

6  Rohana Rozhan, the CEO.  And including Krishnan -- his

7  personal relationship with Krishnan.

8         THE COURT:  So tell me about this specific

9  document and what's being referred in that.

10         MR. AGNIFILO:  Judge, I have to say I think we

11  gave you our only copy, judge.  I apologize.

12         THE COURT:  It's okay.  You can hold onto it

13  counsel.  Just explain to me what's going on in the e-mail.

14         MR. AGNIFILO:  So what's happening here is there's

15  another IPO of this company, Astro, that Mr. Leissner

16  already discussed.  There was the first IPO and now there's

17  a second IPO.  He continues his relationship with Rohana

18  Rozhan and Krishnan during the entire period of time.  And

19  so the relevance of this is that there's this second IPO

20  about to happen.  Leissner starts focusing on Rohzan Rozhan

21  again, who he kind of has -- you know.  Sort of in the

22  wings.  You know, as needed.

23         So our whole point, our whole premises is is that

24  all of these relationships that Leissner has, none of them

25  are about companionship.  They're all strategic.  They're

1    all strategic.  These are all the way he closes deals.  And

2    that's the argument that I think we're going to be able to

3    make to the jury.  And the reason it's relevant is because

4    while he's putting everything on Roger, that Roger has all

5    these connections, Roger knows all of these people, Low is

6    connected to Roger, Jasmine Loo has this connection with

7    Roger, it's actually quite the opposite.  And Leissner is

8    the one with these connections.

9         Now these connections come in all different shapes

10   and sizes.  Sometimes it's a friendship connection like he

11   has with Krishnan and he goes on his boat and they vacation

12   and they do things like that.  Sometimes he uses intimacy.

13   Strategically.

14        THE COURT:  I think I understand your theory of

15   the defense.  I'm just focusing on this document in

16   particular.

17        MR. AGNIFILO:  So what this is this is just the

18   next stage in his ongoing relationship with Rohana Rozhan

19   and it's utterly irrelevant to us that he's having a

20   romantic relationship with Rohana Rozhan.  That's not part

21   and parcel of the defense at all, that's a side show.

22        What is relevant to us is that he's strategic.

23   And he's strategic in every area of his life.  And so in

24   this case, he uses this ongoing connection, it's not a

25   momentary thing.  And it's already been brought out.  I

1  think the Government brought it on direct examination that

2  he has a relationship with Rohana Rohzan for an extended

3  period of time.  We're not the first ones to bring this out.

4  So really, all we're doing is, sort of, putting some meat on

5  the bones of evidence that's somewhat undisputed evidence in

6  this case.

7          But it's important, in my opinion, for the jury to

8  see how he operates, because he's an operator.  He's a

9  deal-closer.  And for him to put this on Roger and Roger's

10 personal relationships, is going to be rebutted in part by

11 the actual nature of his own personal relationships.  And

12 this is part and parcel of his ongoing personal relationship

13 with Rohana Rozhan.  And more importantly, how he uses that

14 personal relationship in connection with his ability to

15 close deals.  Again, we have no interest.  He can have 50

16 girlfriends and 50 wives for all we care.  It doesn't

17 matter.  The fact is that he does these things strategically

18 to close deals.

19         MR. ROLLE:  If I may be heard on an additional

20 point now understanding counsel's argument.  I think we just

21 had the clearest distillation of what counsel is offering

22 this for, which is plainly a character trait of Mr.

23 Leissner, which is barred.  It's clearly by 404.  He cannot

24 prove the character trait of strategic operator, whatever

25 word he wants to use.  He cannot prove that under 404(b),

1   period.  He can offer things that go to his credibility.

2   This plainly doesn't.  So we would add 400 for our basis for

3   not admitting this or similar evidence.

4           THE COURT:  I understanding counsel to be offering

5   it for his credibility and his take on this is that Mr.

6   Leissner used his relationship with this individual for

7   purposes of business.  And had a connection, separate and

8   apart, from any connection Mr. Ng has to rebut the testimony

9   of Mr. Leissner.  That, in fact, it's Mr. Ng who has these

10  specific relationships with these different people in these

11  different businesses.  To show his involvement in the crime.

12          MR. ROLLE:  So, Judge --

13          THE COURT:  It's the defenses theory.  That's

14  their defense to the claim here.

15          MR. ROLLE:  I understand that that's how he's

16  described that Mr. Leissner has relationships that are

17  different from Mr. Ng.  But it doesn't mean this document,

18  which is not -- the fact that Mr. Leissner's relationship,

19  even as to this Astro transaction, the probative value has

20  not been established that this Astro transaction has any

21  bearing.  He's not asked the witness a single question, he's

22  not connected up whether this Astro transaction played any

23  role in the 1MDB business or the securing of the business.

24  That may be his theory, but there's been no evidence in this

25  case.  Mr. Leissner has a rolodex likely of hundreds of

LEISSNER.   CROSS.   AGNIFILO          1832

1   people.  Just that he has relationships that Mr. Ng doesn't

2   have, doesn't mean that that's now probative of any material

3   fact in this case.  And I don't believe it goes to his

4   credibility to any point because he hasn't denied that he

5   has these relationships, and he hasn't been asked whether

6   Mr. Ng had these relationships too.  He's made clear he's

7   had these relationships.

8          So if it comes to impeach, I don't believe there's

9   anything to impeach him on and I don't believe counsel has

10  elicited at any point the connection between Mr. Leissner's

11  other relationships and this case.  He said it, he said it

12  in opening.  But he hasn't established any evidentiary basis

13  to find there to be a probative value to talk about Mr.

14  Leissner's other relationships.

15         THE COURT:  Mr. Agnifilo?

16         MR. AGNIFILO:  Yes, your Honor.  It's -- I think

17  that we have the right to develop our theory.  I think our

18  theory is especially relevant in light of Mr. Leissner's

19  direct testimony which we vigorously dispute.  That it was

20  Mr. Ng who had these critical relationships that moved these

21  deals forward.  And the truth is, I did ask him if he was

22  involved in the Astro IPO right after the Magnolia deal

23  closed and he didn't remember.

24         THE COURT:  How, if at all, is this related to any

25  of the deals?

1           MR. AGNIFILO:  It's related because the

2    relationship that he had with Rohana Rozhan and with Ananda

3    Krishnan is important in getting the first deal done.  Now,

4    Krishnan is still involved because he's buying the bonds.

5    Krishnan doesn't exit stage left just because Magnolia

6    closed.  Krishnan -- there's, as your Honor remembers

7    because it was part of the direct testimony, I believe.

8    There's issues after the closing of the deals related to

9    interest payments, you know, with the bond issues.  So it's

10   not like the Ananda Krishnan situation is over just because

11   the deal closed.  These relationships are still important.

12   I mean, now Ananda Krishnan holds $650 million worth of

13   Project Magnolia bonds.  It is wonderful for Tim Leissner to

14   have the coziest of relationships with Ananda Krishnan.

15   However he can go about doing it.  And this is one of the

16   ways he goes about doing it.  That's our defense theory,

17   Judge.

18           THE COURT:  Can I have a copy of the document.

19   I'm going to break because a need a break.  I will review it

20   and I'll come back with my ruling on it.

21           MR. AGNIFILO:  So what we intend to do.  We knew

22   this three-day break was coming.  We're going to get your

23   Honor a letter brief.  Because I know that we've said we

24   were going to do that, we've just been tied up with the

25   cross.  We'll have this three-day break, well get you

1  something in a day or so and I think, you know, we can very

2  visit the issue maybe on Monday.

3          THE COURT:  Can I have from the court reporter, is

4  it possible for you to just e-mail me the parties arguments

5  on this point?

6          THE REPORTER:  Yes.

7          THE COURT:  Thank you.  And I'll review that over

8  the break.

9          MR. ROLLE:  Judge, I'm going to make it very

10  quick, but this it point -- the deal is closed.  Magnolia,

11  at the time of this e-mail, is closed.  Mr. Agnifilo is

12  bringing up coupon payments that affect bond holders in

13  2014.  This e-mail has nothing to do with that, and his

14  question to the witness I think makes clear why he wants

15  this document.  It's about Rohana Rozhan.  So I just want to

16  note that for the record.

17          THE COURT:  Noted for the record.

18          So with regard to the juror that I mentioned.  The

19  juror had a number of doctors' appointments.  She

20  rescheduled them to the week of March 28th based on our

21  representation that the trial would take 5 to 6 weeks.  So

22  her question is what should she do.  There is one particular

23  appointment on the 31st that she cannot change at all.  As

24  to the others , she needs to know sooner rather than later

25  whether she should go ahead and reschedule.  I'm unclear as

1  to where we are in this trial and how long the parties

2  expect this case to last.  How much longer does the

3  Government expect its direct case to last?

4          MS. SMITH:  Your Honor, Mr. Agnifilo said today

5  that he may go on cross until next Wednesday.

6          MR. AGNIFILO:  I think that might be on the

7  outside.  Just so it's clear.  I spoke to the Government

8  today because I don't want them to be without a witness and

9  I think your Honor doesn't either.

10          I think by the end of today, I think I'll have a

11 clear idea of when the cross will end, and I will absolutely

12 share that with the government.  We already started those

13 discussions.

14          THE COURT:  Okay.

15          MR. AGNIFILO:  So it could be Tuesday, it could be

16 Wednesday on the outside.  On the outside.  So that's my

17 estimation, judge.

18          THE COURT:  And how much longer do you believe you

19 need with regard to all your other witnesses.

20          MS. SMITH:  Your Honor, we still have a number of

21 stipulations outstanding.  We need to have additional

22 discussions with defense counsel because we are going to try

23 to streamline our case.  That said, I think that another two

24 and a half weeks is probably right.  We have about 20 to 25

25 witnesses, possibly more, depending on stipulations.  And

1   where none of them are anywhere as close to the length of

2   Mr. Leissner, obviously that's a lot of people just to get

3   on and off.  It will depend on the crosses of those

4   witnesses.  You know, the government is amenable to asking

5   the jury if they're interested in sitting on Friday, any day

6   including a potential half day.  I recognize the Court may

7   have other things scheduled and that may not be possible.

8           THE COURT:  I've been pushing my schedules to

9   Friday.

10          MS. SMITH:  I understand.  So we're also willing

11   to discuss with the jury if they're interested to sit longer

12   in a particular day.  And like I said, we are going to try

13   and to streamline as much as possible, but some of it will

14   just depend on stipulations.

15          THE COURT:  Okay.  So this is now March 3rd.  You

16   anticipate at least two and a half, three weeks that will

17   put us to where, Winnie?

18          MS. SMITH:  From the end of Mr. Leissner, two and

19   a half weeks.

20          THE COURT:  The week of March 28th.  And then we

21   have cross.  I'm sorry, the defense's case in addition.  So

22   I am going to tell the jury that it's likely, and I'll say

23   this to the entire jury.  At this stage, it's likely that

24   the trial will continue through the end of March into the

25   first week of April.

1           MR. AGNIFILO:  That's fine, Judge.

2           MS. SMITH:  I think that's fine.  And obviously it

3    would be better to do that and be shorter.

4           THE COURT:  Yes.  I'm going to push the parties to

5    try to streamline the case so that we can get it done sooner

6    rather than later.  As for this particular juror, she is one

7    of the alternates who has to have this appointment on the

8    31st, I'm not going to ask her to reschedule it.  She's made

9    it clear that she had to wait six months for this

10   appointment.  So if we're still sitting at that point, we're

11   going to take the day off so that that juror can attend that

12   procedure.

13          MS SMITH:  Thank you, your Honor.

14          MR. AGNIFILO:  Understood, your Honor.  Thank you.

15          THE COURT:  All right.  I'll see the parties at a

16   quarter to.

17          (Continued on next page.)

18

19

20

21

22

23

24

25

1838

1          AFTERNOON SESSION

2

3          (In open court.)

4          (Parties present.)

5          THE COURT:  Please be seated.

6          So when we're done today, I will hear

7   additional -- I did not get a chance to get the transcript

8   from the court reporter, so I haven't made any ruling on

9   this.  And I want to give the parties an opportunity to make

10  a more detailed record so I can rule because I assume this is

11  going to come up with a few others.

12          Mr. Agnifilo.

13          MR. AGNIFILO:  So what we propose, your Honor, is

14  that -- I understand the Court's ruling.  What we're going to

15  do is we're going to get your Honor a letter brief probably

16  tomorrow.

17          THE COURT:  I haven't ruled on this document is

18  what I'm saying.

19          MR. AGNIFILO:  I know.  We can save it.  We can

20  save it.  We can get to it on Monday.  I'm very happy to just

21  kind keep it in abeyance and deal with the area as an area

22  rather than piecemeal.

23          THE COURT:  Okay.  But I need to get a better

24  understanding as to this particular document because it'll

25  probably inform my decision generally as to all the other

1839

1   similarly situated documents.  The Government is making a

2   relevance argument as I understand it and also §403.

3          MR. ROLLE:  Yes, Judge.  I think it's §401, and

4   §401 mainly because--

5          THE COURT:  Relevance.

6          MR. ROLLE:  -- the relevance isn't clear to us.

7          §403.  But I would say §404 as we articulated and

8   §608.  §404 if being offered to prove a character trait of

9   the witness you can't do that.

10         THE COURT:  So I'll just hear from the parties

11  further so I will be better able to rule on this.

12         MR. AGNIFILO:  That's fine, Judge.

13         THE COURT:  Let's bring in the jury.

14         (Witness takes the witness stand.)

15         (Jury enters courtroom at 1:56 p.m.)

16         THE COURT:  Please be seated, everyone.

17         I hope you all enjoyed your lunch today.  Great.

18         Mr. Agnifilo.

19         MR. AGNIFILO:  Thank you, your Honor.

20  EXAMINATION BY

21  MR. AGNIFILO:

22  (Continuing.)

23  Q    Good afternoon, Mr. Leissner.

24  A    Good afternoon.

25  Q    We've talked a little bit about someone Mohamed

T. Leissner - Cross/Mr. Agnifilo          1840

1   Al Badawy?

2   A      Yes, sir.

3   Q      And he's with Aabar, correct?

4   A      He was the CEO of Aabar, correct.

5   Q      How many times have you seen him?

6          How many times have you had meetings with him?

7   Been physically in his presence?

8   A      I can't tell you the exact number but it's more than

9   ten.

10  Q      Okay.  And what locations?

11  A      The Middle East, in Kuala Lumpur.  I don't know if I

12  actually saw him in New York, I may have.  But definitely in

13  the Middle East as well as in Kuala Lumpur.

14  Q      I'm going to show what you has been marked in evidence.

15  It's Government Exhibit 1353-A, Page 38.

16              THE COURT:  You said it's in evidence.

17              MR. AGNIFILO:  I think we put the whole set in,

18  Judge.

19              THE COURT:  Okay.

20              MR. AGNIFILO:  I'm going to wait until that pulls

21  up.

22              THE COURT:  1351 is in.

23              MR. AGNIFILO:  I think what the Government and I

24  discussed was these receipts and the TEEMS reports and all

25  that stuff are going to come in.

T. Leissner - Cross/Mr. Agnifilo          1841

 1            MR. ROLLE:  No objection.

 2            THE COURT:  Okay.  Give me the exhibit number so I

 3    have everything.

 4            MR. AGNIFILO:  Yes, Judge.  It's Government Exhibit

 5    GX-1353A, Page 38.

 6            THE COURT:  So are we moving in the entire Document

 7    1353-A.

 8            MR. AGNIFILO:  I'm happy to put in the entire

 9    Document 1353-A, Judge.

10            THE COURT:  Is there any objection to that?

11            MR. ROLLE:  No, Your Honor.

12            THE COURT:  So I am admitting 1353-A in its

13    entirety.

14            MR. AGNIFILO:  Very good.

15            (Defendant's Exhibit 1353-A was marked in evidence

16    as of this date.)

17    EXAMINATION BY

18    MR. AGNIFILO:

19    (Continuing.)

20    Q    So this is one your receipts, is it not?

21    A    Yes, sir.

22    Q    And that's your handwriting on it?

23    A    Yes.

24    Q    And that is -- TL is you?

25    A    Right.

T. Leissner - Cross/Mr. Agnifilo          1842

1   Q     And to says "Mohamed Badawy" and under it to says

2   "Aabar"?

3   A     That's right.

4   Q     And the two of are you here in London?

5   A     Maybe so, yes.

6   Q     So would you have gone, would you have met him in

7   London?

8   A     Yes, possibly.

9   Q     When I asked you if you remembered, you didn't remember

10  London?

11  A     London I don't recall per se, no.

12  Q     And Low has an apartment in London, right?

13  A     Yes.

14  Q     Did you, he, and Low meet in London?

15  A     Not that I remember, sir.

16  Q     Okay.  So do you have a recollection of meeting Mohamed

17  Badawy from Aabar in London on April 1, 2012?

18  A     No, sir, not particularly.

19  Q     You don't have any recollection at all?

20  A     Correct.

21  Q     Do you have a recollection of meeting him in London any

22  time, not just this day, but any day?

23  A     As I expressed at the beginning of your questioning, I

24  remember seeing him on many occasions more than ten times.

25  And it was -- the ones that I remember specifically were in

T. Leissner - Cross/Mr. Agnifilo          1843

1  Abu Dhabi and in Kuala Lumpur.  I very well have met him here

2  in London and New York as well.  I just don't remember those

3  specific meets.

4  Q    So I want to focus you on this meeting in London.

5  A    Yes.

6  Q    April 1st, right?  That's the date; right?

7  A    Yes.

8  Q    And this is the Mandarin Oriental in London?

9  A    Yes.

10 Q    You've been there, right?

11 A    Yes.

12 Q    How many times would you say you've been to the

13 Mandarin Oriental in London?

14 A    I can't tell you many times as well.

15 Q    Who have you been there with?

16 A    I mean, many different people.  Roger, I had been there

17 about Roger.  I would been there Rohana.  I have been there

18 with many different people.  Steve Dattels.  Many, many

19 different people.

20 Q    Do you have a specific recollection of being at the

21 Mandarin Oriental with Mohamed from Aabar?

22 A    No, I don't remember this meeting, sir.

23 Q    And let me show you what has been already admitted as

24 GX-1364A, 20.  Let's start on the right side of that top

25 exhibit.  All right.

T. Leissner - Cross/Mr. Agnifilo                    1844

1          Again, that's your handwriting?

2   A    Yes, sir.

3   Q    Mohamed Al Badawy, that's the guy we're talking about.

4   From Aabar, right?

5   A    Yes.

6   Q    The TL refers to you, right?

7   A    Yes.

8   Q    All right.  That Fortnum & Mason?

9   A    Yes.

10  Q    Piccadilly in London?

11  A    Yes.

12  Q    There's another meeting with you and Mohamed from Aabar

13  in London?

14  A    Yes, very possibly so.

15  Q    July 27, 2012?

16  A    Yes.

17  Q    Do you remember being at Fortnum & Mason with Mohamed

18  Al Badawy on July 27, 2012?

19  A    Not particularly, but this is -- you remember this is

20  now the phase of Maximus.  So this may well be in relation to

21  Maximus.  I just don't remember it.

22  Q    You described on direct examination tremendous detail

23  about Low's apartment?

24          THE COURT:  Mr. Agnifilo, I'm just going to stop

25  you for a second.

T. Leissner - Cross/Mr. Agnifilo          1845

1         MR. AGNIFILO:  Yes.

2         THE COURT:  Can you give me the exhibit number?

3         MR. AGNIFILO:  Sure, of course.  It's Government

4    Exhibit 1364-A at Page 20.

5         THE COURT:  It's unclear to me that it was admitted

6    but I assume there's no objection.

7         MR. ROLLE:  It's not been admitted yet.

8         THE COURT:  Okay.  So because and the Government

9    has no objection, correct?

10        MR. ROLLE:  No, Your Honor.

11        THE COURT:  So I am going to admit this document.

12        MR. AGNIFILO:  Yes, Judge.

13        THE COURT:  Mr. Agnifilo, yes, I have no record of

14   it on my --

15        MR. AGNIFILO:  Thank you very much.

16        (Government's Exhibit 1364-A was received in

17   evidence as of this date.)

18        THE COURT:  You may proceed.

19        MR. AGNIFILO:  Thank you.

20   EXAMINATION BY

21   MR. AGNIFILO:

22   (Continuing.)

23   Q    So this receipt from July 27, 2012, a location in

24   Piccadilly in London.

25   A    Right.

T. Leissner - Cross/Mr. Agnifilo          1846

1  Q    And what I just asked you is you testified on direct

2  examination about Low's apartment in London?

3  A    Correct.

4  Q    Are you aware that this location is less than a fifth of

5  a mile from One Stratton Street in London?

6  A    I know that's very close yes, sir.

7  Q    So my question is, did you meet with Mohamed Al Badawy

8  on July 27, 2012, in conjunction with a meeting with Jho Low?

9  A    I don't remember this meeting in conjunction with Jho,

10 no, I don't.

11 Q    Do you remember anything about this meeting at all?

12 A    No, sir.  As I explained just now, we were -- this is

13 now in, and again, a very intense phase around Project

14 Maximus.  We had many meetings around the world and I don't

15 recall this particular meeting.  We had meetings with Aabar,

16 we had meetings with IPIC, we had meetings with all the

17 participants again on this project.

18 Q    I'm sorry.

19 A    I was finishing.  So, therefore, I can't remember the

20 specific meeting.  I remember meeting with Mohamed on many

21 occasions, I just can't put my finger on this particular one.

22 Q    And do you think that there are any other meetings

23 between you and Mohamed in London?

24 A    It may well be the case, sir.  If you remind me of a

25 meeting that's particular in my memory, I will tell you.

T. Leissner - Cross/Mr. Agnifilo          1847

1   This one I can't remember.

2   Q    Okay.  Let's go to Government Exhibit 1367-A, Page 25.

3        MR. AGNIFILO:  We'll offer it for the moment just

4   for identification.

5   Q    Do you see that okay?

6   A    Yes, sir.

7   Q    And, again, that's Mohamed Al Badawy from Aabar, right?

8   A    Yes.

9   Q    TL is you, right?

10  A    Yes, sir.

11  Q    And this is again at the Mandarin Oriental?

12  A    Yes.

13  Q    In Knightsbridge in London?

14  A    Yes.

15       MR. AGNIFILO:  We offer it.

16       MR. ROLLE:  No objection to offering it.

17       THE COURT:  It's admitted.

18       (Government Exhibit 1367-A was marked in evidence

19  as of this date.)

20  Q    So let's look at this one for a second.  This is

21  September 2, 2012.

22       What's going on in September of 2012?

23  A    I think we're still we're now at the final stretches of

24  Project Maximus.

25  Q    Okay.

T. Leissner - Cross/Mr. Agnifilo                    1848

1   A     As I recall it.

2   Q     And you're going to Abu Dhabi on a regular basis for

3   Project Maximus, right?

4   A     Yes, sir.

5   Q     Just like you did for Project Magnolia, right?

6   A     That's correct.

7   Q     Okay.  And you're seeing Mohamed from Aabar when you go

8   to Abu Dhabi, right?  Not every time.

9   A     Not every time, yeah, that's right.

10  Q     So that's one of the people you go there to see?

11  A     Correct.

12  Q     So my question is; why are you meeting him in London

13  during the closing phases of Project Maximus?  Why in London?

14  A     I would typically meet him wherever he was, it wasn't my

15  choice.  I would fly to him rather than the other way around.

16  So he must be in London at this time, that's why I'm going to

17  see him there.

18  Q     So we have just -- you have just seen three different

19  receipts, each of which have your handwriting on them;

20  correct?

21  A     That's right.

22  Q     Each of which in your own handwriting indicates that you

23  are having a meeting, a meal, with Mohamed from Aabar; right?

24  A     Yes, sir.

25  Q     And before you saw these receipts, you didn't ever say

T. Leissner - Cross/Mr. Agnifilo          1849

1   that you met him this London; right?

2   A    But, sir, I had explained that I had many different

3   meetings.  London I particularly mentioned.

4   Q    You didn't mention it?

5   A    Right.

6   Q    So let's go one by one.  April 1, 2012.  What's going on

7   April 1, 2012?

8   A    Project Magnolia.

9   Q    Okay.  Project Magnolia right in the thick of it, right?

10  A    That's right.

11  Q    And you meet with Mohamed from Aabar in London in

12  April 2012?

13  A    Yes.

14  Q    When you spoke to the jury, you testified to this jury

15  in direct examination, did you mention meeting Mohamed from

16  Aabar in London during Project Magnolia?

17  A    I believe not, sir.  I don't think that was one of the

18  questions I was asked.

19  Q    You talked about one London meeting.  One London meeting

20  during Project Magnolia, right?

21  A    There was a really significant important meeting where

22  the scheme was described for the first time, yes, sir.

23  Q    You talk about one.  You didn't talk about meeting

24  Mohamed from Aabar in London during the first bond deal, did

25  you?

1  A    Just like I didn't mention many other meetings I had

2  with him in Abu Dhabi or other places.  So I did not mention

3  these other London meetings which I don't remember, sir.  You

4  are asking me these questions for the first time, I don't

5  remember these meetings.

6  Q    There's nothing you can tell us about what you and

7  Mohamed from Aabar discussed or met about on April 1, 2012,

8  in London.

9         Can you tell us the first thing about that meeting?

10 A    At that time, the only discussion I had with Aabar or

11 Mohamed was regarding Project Magnolia; and so, any

12 discussion we had was around that.  We were, as you described

13 it, in the midst of this execution -- the execution of this

14 transaction which by far exceeded the importance of any other

15 transaction at that time.  So, yes, that is the only

16 discussion we would have.

17 Q    So you're telling us that you had a discussion with a

18 key person in this bond deal, correct?

19 A    Correct.

20 Q    All right.

21         MR. ROLLE:  Can we have a timeframe, Judge?

22         MR. AGNIFILO:  April 1, 2012.

23 Q    Right?  For the moment, I'm just talking about the

24 April 1, 2012, meeting between you and Mohamed from Aabar in

25 London?

T. Leissner - Cross/Mr. Agnifilo          1851

1   A     Okay, sir.

2   Q     Okay.  Mohamed is a very significant person in

3   connection with the first bond deal, right?

4   A     That's correct.

5   Q     You told us Mohamed's the one that drove you to

6   Qubaisi's house, right?

7   A     Right.

8   Q     You didn't remember anything about his car but you're

9   telling us he did that, right?

10  A     Yes, sir.

11  Q     Okay.  You had a lot of dealings with Mohamed from

12  Aabar, correct?

13  A     That's correct.

14  Q     And during this time period, you're having discussions

15  with him about Project Magnolia, right?

16  A     That's correct.

17  Q     And now, we're seeing that you met him in London on

18  April 1, 2012, right?

19  A     Yes.

20  Q     And is there any measure of detail that you can give us

21  about what you and he talked about?  Not generally.  Not I

22  must have said.

23        Do you have any form of recollection about what you

24  and he discussed at the Mandarin Oriental on April 1, 2012,

25  in London?

T. Leissner - Cross/Mr. Agnifilo          1852

1    A    Not in the specifics, no.

2    Q    All right.  Let's go to the next one.  That's 1364-A,

3    20.  Just pull that up.  All right.  Here we are.

4         Can we make that center portion a little bigger?

5    Okay.

6         Not only do we have a date on that receipt of July

7    27, 2012, we have a time, 11:18:48.

8         Do you see that?

9    A    Yes, sir.

10   Q    Do you remember having a late breakfasty or maybe

11   brunchy time meeting with Mohamed from Aabar at

12   Fortnum & Mason in London on this day?

13   A    Not in particular terms like that, no, sir.

14   Q    Is there anything at all you can tell us about what you

15   discussed at that meeting?

16   A    Yes, sir.  During this time, we are now in the midst of

17   Project Maximus and, therefore, we're discussing the various

18   elements of it.  In particular, for him, it was the call

19   options he was receiving on the Genting business.  He was,

20   again, in charge of effectively rallying the troops in

21   Abu Dhabi for the second bond deal.  So those two topics were

22   the most important topics I discussed with Mohamed during

23   Project Maximus.

24   Q    So I'm not asking you to put this together.  I'm asking

25   if you have a specific recollection of what you and he

T. Leissner - Cross/Mr. Agnifilo          1853

1  discussed on this particular day, in this particular place,

2  in London.

3          Do you have a memory?

4  A    No.  The only memory I can give you is the one I just

5  gave you.

6  Q    And you have a specific recollection of that?

7  A    Not particularly to this date, but that's the

8  discussions I was having with Mohamed during the time of

9  Project Maximus and certainly in the middle of Project

10  Maximus.

11  Q    And do you recall what it is that caused you to fly to

12  London to meet with him on that date?

13  A    Yes, sir.  This transaction was going to be our second

14  $200 million transaction for Goldman Sachs.  So, yes, I would

15  have flown to the North Pole, to be quite honest, to meet

16  with him and to make this happen.  So these were really

17  important meetings, all of them.  That's why, yes, it was my

18  job to make sure I went to the people that were important to

19  this.  I had to go and be there.  They wouldn't come to me, I

20  had to go to them.

21  Q    You are based in Asia, right?

22  A    Correct.

23  Q    He is based in Abu Dhabi?

24  A    Correct.

25  Q    You're meeting in London?

1    A    Yes.

2    Q    And my question is why?

3    A    Because that was where he was.  Yes, I would fly to

4    them.  I would fly to him.  Khadem, Jasmine, any of the

5    people involved in this.  They wouldn't come to me, sir, I

6    would have to go to them.  That was the job of a banker.

7    Q    So my question is for this particular meeting, I'm just

8    talking about this one for now, July 27, 2012.

9             Was Low there?

10   A    No, sir, not in any meeting like that, no.  I never met

11   Jho at any of these locations outside of his house in London.

12   Q    And so, what you're telling us is that you came from

13   Asia, Mohamed came from Abu Dhabi, and you met less than a

14   fifth of a mile from Low's apartment and Low wasn't there?

15   A    Sir, again, I don't remember the specific trip nor the

16   specific meeting.  The meeting, I would never -- one thing I

17   do remember is, I never met Jho in London outside of his

18   house or the dinner he went -- he took us to, Roger and me

19   to, after that meeting but I never met him at Fortnum & Mason

20   nor the Mandarin Oriental.

21   Q    Let's go to the September 2, 2012.  That's GX-1367A at

22   Page 25.

23             The date here is September 2, 2012, right?

24   A    Correct.

25   Q    As I think you said earlier, you're in the tail end of

T. Leissner - Cross/Mr. Agnifilo          1855

1  Project Maximus, correct?

2  A    Correct.

3  Q    And you're meeting Mohamed from Aabar again at the

4  Mandarin Oriental, right?

5  A    Correct.

6  Q    And you're saying you never met Low at the

7  Mandarin Oriental in London, never?

8  A    Yes.

9  Q    Not one time?

10  A    Not to my recollection at all, sir.

11  Q    And you never met Low at Fortnum & Mason in London not

12  one time?

13  A    Yes.  Not to my recollection, sir.

14  Q    Now, do you recall talking just now for the moment about

15  the September 2, 2012, meeting between you and Mohamed.  You

16  went to the UAE six days later on September 9, 2012, right?

17  A    I can't recall the specific date, sir.

18  Q    Do you recall having any discussions with Mohamed prior

19  to you flying from Asia and him flying from Abu Dhabi for the

20  two of you to meet in London without Low in setting up these

21  meetings.

22        Did you talk to him on the phone?  Did you send him

23  a text?  Did you send him an e-mail?  How did you set these

24  meetings up?

25  A    Yes.  At times, we communicated directly.  At other

1    times, either Jho or Jasmine helped to set up the meeting.

2    For this particular one, I don't remember how I set that up.

3            And by the way, I do think it's a

4    mischaracterization to say that he flew all the way from

5    Abu Dhabi.  He may have been in London already at that time,

6    I just wouldn't know.  Again, I went to where ever he was

7    situated at the time that I needed to meet him.

8    Q    To your knowledge, did he have an apartment in London?

9    A    Not that I know of, sir.

10   Q    And when you would meet him on these three occasions,

11   did he ever tell you what hotel he was staying in?

12   A    Sir, not that I remember.  No.

13   Q    And when you met him on these three occasions, did he

14   tell you what he was doing in London?

15   A    I can't tell you that I remember what he told me.  Of

16   course, when you sit down and have a discussion, even if it's

17   very much deal related, you do exchange pleasantries and you

18   do exchange, you know, what are you doing?  how are you

19   doing?  What are you doing?  so he may have told me but not

20   to my recollection at this time.

21   Q    Did he tell you if he was seeing Low in London?

22   A    You're asking me something that I can't answer to you

23   because if he was meeting Jho, he would have told me.  But I

24   can't remember if he told me that.  What I do remember,

25   again, is in those time frames and those dates that you're

T. Leissner - Cross/Mr. Agnifilo          1857

1   suggesting, we had very specific discussions on the projects

2   that we were working on.  That was my main goal with Mohamed

3   to move those forward.  He may have well met Jho during this

4   time, I could not confirm or deny that to you.

5   Q    Now that you have looked at these three receipts, is it

6   your recollection that you meet Mohamed from Aabar in London

7   three times?

8          MR. ROLLE:  Objection, asked and answered.

9          THE COURT:  Sustained.

10  Q    I'm just trying to clarify.  At this point not five

11  minutes ago, not 20 minutes ago, if you have a recollection

12  one way or the other?

13         MR. ROLLE:  Objection.

14         THE COURT:  Sustained.

15  Q    All right.  We're going to go to 2407.  Defense Exhibit

16  2407 for identification.

17         It's an e-mail between you and Nick Kamil?

18  A    Yes.

19         MR. AGNIFILO:  Your Honor, we offer as 2407.

20         MR. ROLLE:  No objection.

21         THE COURT:  It's admitted.

22         (Defendant's Exhibit 2407 was marked in evidence as

23  of this date.)

24  Q    Who is Nick Kamil?

25  A    I don't know, sir.

T. Leissner - Cross/Mr. Agnifilo        1858

1   Q    You don't know?

2   A    The only Nick I know is Nick Faisal.

3   Q    You think this is Jho Low?

4   A    I don't know, sir.

5   Q    So this person who you don't know says to you, Pursuant

6   to our meeting in London, I would be grateful for your

7   evaluation and structuring thoughts on Vale with a view

8   toward a potential acquisition?

9   A    Yes.

10  Q    You're telling us you know don't know who that is?

11  A    Well, yes, sir, I see the Strategic Resources Company.

12  And so, yes, I can surmise it may be Nick Faisal, but I don't

13  know Kamil.  So it may be Nick Faisal.

14  Q    Nick Faisal is who again?

15  A    The CEO of the SRC.

16  Q    And the SRC just because we haven't discussed it all

17  that much.  The SCR is a Malaysian government entity,

18  correct?

19  A    It was a subsidiary of 1MDB.

20  Q    Very good.  All right.  We're going to go forward.

21  We're going to go to 2408 for identification.

22        Looking at the first page there, this is e-mail

23  traffic between yourself and others from Goldman Sachs?

24  A    Yes, sir.

25        MR. AGNIFILO:  We offer it as 2408, your Honor.

T. Leissner - Cross/Mr. Agnifilo          1859

1      MR. ROLLE:  No objection.

2      THE COURT:  It's admitted.

3      (Defendant's Exhibit 2408 was marked in evidence as

4  of this date.)

5  Q    Let's go to the last e-mail here.  I meant the first.

6  The last on the page.  The last of the list.

7      So you're not on this chain yet, you join it later.

8  This is from Dan Swift, right?

9  A    Yes.

10 Q    And it says it's it Adrian Seow, Alvin Adisusanto, Andy

11 Tai, Cyrus Shey, Sherry Er.

12     "Gents, will you be able to circulate the revised

13 warrant analysis tonight or tomorrow morning.  Tim is flying

14 to AD, Abu Dhabi, tomorrow night and will need to take that

15 with him for discussions with IPIC.

16     Do you see that?

17 A    Yes, sir.

18 Q    "And we need to send to Eugene as well."  What's going

19 on here?

20 A    Dan is talking to the investment banking team to provide

21 me an analysis for meetings or for my trip to Abu Dhabi.

22 Q    All right.  We're going to go a few e-mails up on the

23 first page, the bottom of the first page.  It's the one from

24 Andy Tai.  There you go.

25     Andy Tai is on the deal team, right?

1    A    Yes, sir.

2    Q    Okay.  And it says:  Tim, the spaniel and Turin analysis

3    includes new power plants versus standalone greyhound.

4             What is he talking about there?  What's spaniel and

5    Turin analysis?

6    A    Turin was the acquisition of the Tanjong assets.

7    Spaniel may be it was a reference to Siam Dhabi's power

8    assets but I can't be sure right now.

9    Q    We're not seeing Roger on any of these e-mails, are we?

10   A    No, sir.  These are very much investment banking

11   analysis discussions.

12   Q    Okay.

13   A    Meaning, you know, and M&A-related discussions.

14   Q    We're going to go to 2409 for identification.  Do you

15   see that, okay?

16   A    Yes, sir.

17   Q    All right.  This is e-mail traffic between you and

18   someone named Cyrus Behbehani?

19   A    Yes, sir.

20             MR. AGNIFILO:  Your Honor, we offer it.

21             MR. ROLLE:  No objection.

22             THE COURT:  It's admitted.

23             (Defendant's Exhibit 2409 was marked in evidence as

24   of this date.)

25   A    (Reading).  Yes, sir.

T. Leissner - Cross/Mr. Agnifilo          1861

1  Q    These are e-mails from September of 2012, right?

2  A    Yes.

3  Q    So these e-mails are from long after the Magnolia deal

4  is done?

5  A    Yes, sir.  I believe you asked me about this meeting

6  yesterday.

7  Q    But now I'm asking about the e-mail.

8  A    Okay.

9  Q    So let's look at the bottom e-mail from Cyrus to you.

10 It says, Good to meet you i London.  Let me know when is a

11 good time to speak regarding progress on Japan front and next

12 steps in cooperation.  Best, Cyrus.

13        Right?

14 A    Yes, sir.

15 Q    Now, you met Cyrus Behbehani in London or around

16 September of 2012, right?

17 A    Yes, I don't remember the time but I do remember it was

18 around the time of Project Maximus.

19 Q    And the above e-mail, the one that you send to him is:

20 Hi, Cyrus.  Yes, it was great to meet you, too.  Can

21 definitely speak tomorrow.  Let me know what time is good for

22 you, right?

23 A    Yes.

24 Q    You're saying that you met him at Low's apartment?

25 A    Yes, I did.

T. Leissner - Cross/Mr. Agnifilo          1862

1    Q     All right.  And tell us about that meeting?

2    A     I remember that Morgan Stanley and Cyrus, in particular,

3    was very keen to joint in the 1MDB transactions.  As I recall

4    it, he wanted to be part of the financing around the time of

5    Project Maximus.  But any and all other financings as well.

6              He claimed that he had very good contacts in the

7    Middle East, in particular, in Abu Dhabi and that he could

8    bring those to the table if required.  And he was very

9    insistent that he could be as aggressive as Goldman Sachs

10   could be in terms of pricing and balance sheet usage and

11   stuff like that.

12   Q     So let's go back for a second to GX-1367A at Page 25.

13   Okay.

14              So we know you were in London on September 2, 2012,

15   because we have this receipt from when you were at the

16   Mandarin Oriental with Mohamed Al Badawy, right?

17   A     Yes, sir.

18   Q     Okay.  And is that the same trip that you met Cyrus

19   Behbehani?

20   A     I don't believe so, sir.  Given the fact that his e-mail

21   was dated afterwards and there was a nine-day gap I don't

22   think so.  I can't be sure, sir, because I don't remember the

23   exact circumstances of this trip, but I'm pretty certain that

24   Cyrus would have sent me an e-mail very quickly because he

25   was very keen on getting involved in 1MDB business.

1   Q    Do you think that you were in London two separate times

2   between September 2, 2012, and September 11, 2012?

3   A    Sir, you will recall I took about 250 flights that year.

4   I may have returned to London on short notice.  I don't know,

5   I can't tell.

6   Q    When I asked you, you said you didn't think it was the

7   same trip.  You think it was different tips?

8   A    I surmised that, sir, because Cyrus would have followed

9   up with me very quickly after meeting me and his e-mail was

10  dated the 11th.

11  Q    All right.  So let's talk about this early September

12  trip to London, okay?

13  A    Sure.

14  Q    Right.  Tell me what you remember about going -- so it's

15  in the middle of Maximus, the tail end of Maximus, I should

16  say; right?

17  A    Yes.

18  Q    Tell us what you remember about your early

19  September 2012 trip to London because we have you on

20  September 2nd with Mohamed from Aabar at the

21  Mandarin Oriental, right?

22       Let me just finish.

23       And then we have Cyrus Behbehani sending you an

24  e-mail on September 11th saying, Good to meet you in London.

25       Tell us what you remember about your early

1    September 2012 trip to London?

2    A    I believe I've answered this question several times, but

3    if you'd like me to answer it again:  I don't remember what

4    this discussion was about.  We are in the middle of executing

5    Maximus.  There are daily meetings, several daily meetings on

6    this topic with our client, with the people involved in the

7    transaction.

8            So I cannot specifically tell you anything about

9    this particular meeting other than the fact we were

10   discussing with Aabar two major things.  One is coordinating

11   all the efforts to get Maximus finalized and done.  And

12   secondly, his warrants and his, you know, like what you saw

13   in the e-mail before is the warrant analysis, you know, how

14   much he would get, what valuation he might be getting so it

15   details around the Aabar piece of the structure.

16   Q    And which was first, your meeting with Mohamed or your

17   meeting with Cyrus?

18            MR. ROLLE:  Objection.

19            THE COURT:  Rephrase the question, Counsel.

20            The witness has testified he doesn't recall this

21   meeting on September 2nd.

22   Q    And tell me about the Cyrus meeting.  The meeting with

23   Cyrus.  Why was he there?  Who else was there?

24   A    I think, again, I just summarized what I remember of it.

25   It was at Jho's place.  Jho was there.  I don't recall other

1    people there.  Cyrus was pitching hard to Jho and he was

2    pitching to me a joint mandate with Goldman Sachs to Jho.  He

3    was pitching that he knew people in Abu Dhabi very well; that

4    he could help, and that he wanted longstanding to be

5    involved.  To me, he was saying, look, we can do this

6    jointly.  We could do these bond transactions together.

7    Q    And was it anyone in addition to you and Low and Cyrus?

8    A    I just mentioned:  I don't recall anybody else being

9    there.

10   Q    One of the thing that he was -- let's go back to the

11   e-mail already in evidence, 2409.

12        All right.  So what Cyrus says to you in that

13   bottom e-mail is:  Let me know when is a good time to speak

14   re:  Progress on Japan front and next steps cooperation.

15   Best, Cyrus.

16   A    Yes.

17   Q    What do you understand him to be saying to you when he

18   says, Let's speak regarding progress on Japan front?

19   A    I can't remember if we were already contemplating a

20   potential JPIC transaction down the record.  We were going to

21   do that t some point.  That's only reference I can think of

22   in this context.  Next steps cooperation I think was

23   referencing all financing which included at that time Project

24   Maximus potentially.

25        The Japan front, you know, reference I think I can

T. Leissner - Cross/Mr. Agnifilo          1866

1   only put that in the context of perhaps a JPIC discussion.

2          MR. AGNIFILO:  We're going to go to defense, I'm

3   sorry, it's a Government Exhibit 1882.  I'm not sure it's

4   been admitted yet.  It's Government Exhibit 1882.  I don't

5   believe it has been admitted.  So we'll offer it, Judge, as

6   Government Exhibit 1882.

7          THE COURT:  Okay.

8          MR. AGNIFILO:  We'll show it to the witness for

9   identification and then I'll ask him.

10          (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Leissner - cross - Agnifilo                   1867

1   CROSS EXAMINATION

2   BY MR. AGNIFILO:   (Continuing)

3   Q    This is an e-mail between Nik Faisal and yourself;

4   correct?

5   A    Yes, sir.

6           MR. AGNIFILO:  We offer it, Judge.

7           MR. ROLLE:  First, objection to the form of the

8   question, but no objection to the document coming in.

9           THE COURT:  It's admitted.

10          (Government Exhibit 1882 received in evidence.)

11  Q    So this is an e-mail with an attachment; correct?

12          And I'm going to show you the attachment.

13          In the meantime, I am going to show you something

14  that was an attachment to the exhibit that was admitted.  So

15  take a look at that and then I have a question for you.

16  A    Yes, sir.

17  Q    So the question I asked you is that this is an e-mail

18  ostensibly, from what it says, to be Nik Faisal; right?

19  A    Yes, sir.

20  Q    Did you have an understanding if that was Nik Faisal or

21  if that was Jho Low?

22  A    I think I've already testified that I believed Jho Low

23  was using Nik's e-mail at titles too.

24  Q    But specifically not at times.  I'm really asking about

25  just this one specific e-mail.

1          Do you believe -- because you're getting it, do you
2   believe this is coming from Nik Faisal or from Jho Low?
3   A    It's my belief it was from Jho Low.
4   Q    Very good.  All right.  I just want to give you -- I'll
5   put it up.  Thank you.
6          MR. AGNIFILO:  Okay.  This is in evidence as part of
7   that exhibit.
8   Q    This is from Mansour Bin Zayed Al Nahyan; correct?
9   A    Yes, Sheikh Mansour.
10  Q    The person you call Sheikh Mansour.
11         And it's Najib Razak, the Prime Minister at the time
12  of Malaysia; correct?
13  A    Yes.  Correct, sir.
14  Q    And do you have any -- what did you do with this letter
15  when you got it?
16  A    I believe I submitted it within Goldman Sachs.
17  Q    So this is -- this is the letter from Sheikh Mansour on
18  the second deal?
19  A    Yes, sir.
20  Q    Now, I want to show you the two letters side by side for
21  a second.  This is the first -- the one that I just put down
22  was the one that was admitted earlier today.
23         Do you know who wrote this letter?
24         Do you know who wrote it?
25  A    No, I don't.

1    Q    You didn't write it?

2    A    No, sir.

3    Q    Because it's being sent to you by Nik Faisal who you

4    believe to be actually Jho Low?

5    A    That's correct.  It's certainly signed by His Majesty,

6    Sheikh Mansour.

7    Q    All right.  You didn't see him sign it; right?

8    A    Sorry?

9    Q    You didn't see him sign it?

10   A    No, I did not, sir.

11   Q    You didn't see him sign either of these letters?

12   A    That's correct.

13   Q    What did you, in fact, do when you got this letter from

14   the person you believed to be Jho Low sending to you as Nik

15   Faisal?

16        What did you actually do with the letter?

17   A    Again, I think I just answered that, but I believe I

18   submitted it within Goldman Sachs.

19   Q    Okay.  And do you remember when you did that?

20   A    No, sir.

21   Q    And tell me how is it that you came to be the transmitter

22   of letters from Sheikh Mansour to Goldman Sachs?

23        Who did you discuss that with?

24        What did you say?  What did they say?

25        How did you come to be in this role?

1    A    I got to be in this role, sir, because Jho had selected

2    me at the outset to deliver that letter from Najib to Khadem

3    to be delivered to Sheik Mansour.  He wanted a senior -- or a

4    partner from Goldman Sachs, a senior banker, and given that I

5    had met him on numerous occasions before that, I was the

6    chosen banker, not, for example, Andrea Vella.  He wanted a

7    partner with stature to deliver the letter, a partner with

8    stature within Goldman Sachs, which to him was an important

9    part, to him, being Jho, to deliver that letter from Najib to

10   Khadem to be onward sent to Sheikh Mansour, and that's the

11   first step.  And that's how I became the person with the

12   letters between the two parties, if you were.

13   Q    Now, when we were talking before lunch, I asked you how

14   long you had the letter.  We were just talking about the first

15   letter, the first Sheikh Mansour letter and the first Najib

16   letter, and you said for years?

17   A    That's correct.

18   Q    And explain that.  How is it that you had these letters

19   for years?

20   A    I had provided Goldman Sachs with copies and I retained a

21   copy for myself as well.

22   Q    And where did you keep your copy?

23   A    I had it in a folder that included some other letters

24   that Goldman Sachs had written on behalf -- to 1MDB and

25   others.  I had kept those things with me on my person for

1    years.

2    Q    And where are they now?

3    A    With my wife at home.

4    Q    In Los Angeles?

5    A    That's correct.

6    Q    The originals?

7    A    No, the copies.

8    Q    But --

9    A    I never kept the originals, sir.  I kept copies.

10   Q    The copies that you originally had, that same physical

11   letter that you had all these years?

12   A    That's right, sir.

13   Q    Did you ever give them to the Government?

14   A    Yes, sir.

15   Q    The ones that you had?

16   A    I believe I had a little folder with that which I handed

17   over to the Government, at least as far as I remember, it in

18   2018.

19          It was kind of a little bit, at the time I believed,

20   like life insurance because I was dealing with very important

21   Governments, et cetera, at that time.

22   Q    And you have a clear recollection of giving that to the

23   Government?

24   A    Yeah, I do believe so, sir.

25   Q    Do you remember -- do you remember when?

Leissner - cross - Agnifilo                    1872

1          I know you said 2018.  But do you remember when in

2     2018?

3     A    During the few months that we spent together on proffers.

4     Q    So I'm confused.  I apologize for asking the question

5     again.

6          When I asked you where the letters were, you said

7     they were home with your wife?

8     A    That's right.

9     Q    Is it a copy that's home with your wife and you gave the

10    Government the physical copy you had all these years?

11         I'm just trying to understand how you gave it to the

12    Government yet it's home with your wife.  Just explain it to

13    me.

14    A    First of all, we're never talking about originals.  So

15    we're talking about photocopies every time.

16         So I had a set of photocopies of various letters,

17    those included, as well as those of Prime Minister Najib,

18    letters from Goldman Sachs, like Mike Evans to Prime Minister

19    Najib and others.  I had them in a folder, which I had on my

20    person when I was arrested.

21         I think -- to my recollection, at least, I handed

22    over that folder to the Government.  And I don't know if they

23    took copies of those and gave me back the one that I had

24    originally.  And I gave a copy, I believe, to my lawyers at

25    the time, Judge Sullivan, Eugene Sullivan and his son.  And I

1    don't know if I ended up with copies or the originals of the

2    copies at that time.  I don't know.

3    Q    Okay.  And so I just want to make sure I understand your

4    answer.

5         You fly into United States, in Dulles Airport on

6    June the 10th, 2018?

7    A    That's correct.

8    Q    And you have this group of letters with you?

9    A    That's correct, sir.

10   Q    And you were arrested by the FBI?

11   A    That's right.

12   Q    And they took the letters on that day?

13   A    No, sir.

14   Q    They let you keep the letters?

15   A    They let me keep my bag my letters were in.

16   Q    And, so, you did not give them to the FBI that day?  I'm

17   talking about June 10, 2018.

18   A    Yes.  To my recollection it was at a later date.

19   Q    Okay.  So you enter the country with letters from Najib,

20   Sheikh Mansour, other letters, and the FBI lets you keep them

21   even after your arrest?

22        MR. ROLLE:  Objection to the form, Judge, and we

23   could briefly approach.

24        MR. AGNIFILO:  I will ask a new question, Judge.

25   Q    I just want to make sure I understand.

Leissner - cross - Agnifilo                    1874

1          The physical letters -- we're not talking about

2     things on a computer in electronic form.  We're talking about

3     the actual physical, hard copies letters, right?

4          You have to answer yes or no so she can write it

5     down.

6     A    Yes.

7     Q    And you have those physical letters in your possession on

8     June the 10th, 2018?

9     A    That's correct, sir.

10    Q    Okay.  And they're all in a little like folder together?

11    A    That's correct.

12    Q    And you were arrested at Dulles Airport in Washington,

13    D.C.?

14    A    That's correct.

15    Q    And where are those letters?  Are they in a suitcase?

16    Are they in a briefcase?  Where are they?

17    A    They're in a TUMI briefcase.

18    Q    They're in a briefcase?

19    A    Yes.

20    Q    And the FBI didn't take the briefcase?

21    A    They did not sir.

22    Q    Okay.  So in your particular arrest, you kept your

23    briefcase?

24    A    Yes, sir.

25    Q    Okay.  And you brought your briefcase to the Marriott

Leissner - cross - Agnifilo                1875

1    Renaissance the night of June 10, 2018?

2    A    Yes, sir, to the Marriott.  I don't know if it's a

3    Renaissance, but the Marriott in Washington, D.C.

4    Q    Okay.  And you met with the Government the next day, June

5    11, 2018?

6    A    That's correct.

7    Q    Did you give the Government the letters from the

8    different world leaders?  Did you give them the letter or

9    letters from Sheikh Mansour and Najib on June 11th?

10   A    I don't believe so.  I believe it was at a later stage.

11   Q    Okay.  You spoke with the Government again on June 12th.

12   Did you give the letters to them on June 12th?

13   A    No, sir.  I think it was at a later stage then that

14   particular week.

15   Q    Did you think to mention to the FBI, when you were

16   speaking to them on June 11th, you guys should know I have

17   hard copies of letters to world leaders, including the Prime

18   Minister of Malaysia, including Sheikh Mansour of Abu Dhabi?

19        Did you say that to them, starting with June 11,

20   2018?

21   A    Not that I remember.

22   Q    Did you tell them on -- the next day, June 12, 2018, you

23   guys should know I have a hard copy letter from Sheikh Mansour

24   and a hard copy letter from the Prime Minister of Malaysia?

25   Did you tell them then?

1   A    No.

2          The first recollection I have was I did so in New

3   York.

4   Q    So you're brought to New York on June the 14th and you go

5   to court -- June the 13th, and then you go to court on the

6   14th?

7   A    That's correct.

8   Q    And then you have meetings on the 14th and the 15th?

9   A    Yes, sir.

10  Q    Is that when you told them that you had hard copy

11  letters?

12  A    No.  I don't remember which day it was.  I remember it

13  was in New York.

14  Q    Can you give us a month?  So we're in June of --

15          THE COURT:  Move on, counsel.

16          MR. AGNIFILO:  Sorry, Judge?

17          THE COURT:  Move on.

18          MR. AGNIFILO:  I didn't hear you.

19          THE COURT:  Move on.

20          MR. AGNIFILO:  Move on.

21  Q    I have a question about what you said to the FBI.

22          Do you remember telling the FBI, in June, that you

23  had a faint memory of delivering a letter from Najib to

24  Al-Husseiny intended for Sheikh Mansour?

25          Do you recall telling them that?

1    A    No, sir.

2    Q    So, now, just so I understand this, when you did,

3    whenever it might be, get around to giving the Government hard

4    copies of these letters, you kept copies for yourself?

5    A    Yes, sir.

6    Q    And those copies are -- are in Los Angeles?

7    A    That's correct.

8    Q    We're going to go to 2415, defense exhibit for

9    identification, and we are going to look top -- the top two or

10   three e-mails you're not on.  We're not going to offer those.

11   We're going to offer the ones that you are on.  So if we could

12   go about halfway down.  There's an e-mail exchange between

13   yourself and Wassim and Hazem and others from Goldman Sachs.

14   A    Yes.

15   Q    And do you see that?  Do you see it's an e-mail from Toby

16   Watson to yourself and others at Goldman?

17   A    Yes.

18              MR. AGNIFILO:  We offer that as 2415.

19              MR. ROLLE:  No objection.

20              THE COURT:  And this is redacted in part?

21              MR. AGNIFILO:  Yes, it's redacted in part.  That's

22   right.

23              THE COURT:  It's admitted.

24              (Defendant's Exhibit 2415 received in evidence.)

25              (Exhibit published.)

Leissner - cross - Agnifilo                    1878

1    Q    All right.  We're going to go to the bottom e-mail.  And

2    that is an e-mail from you; right?

3    A    Yes, sir.

4    Q    It's to Wassim Younan, Andrea Vella, and Toby Watson;

5    right?

6    A    Yes, sir.

7    Q    It says, Waiting for Khadem to sign the document which

8    should happen shortly; right?

9    A    Yes.

10   Q    Apparently, not only did the DMO signoff on the deal, so

11   did the HH Crown Prince, HH Sheikh Mansour, obviously, and

12   also the executive council of Abu Dhabi itself; right?

13   A    That's right, sir.

14   Q    So, now, tell me who all these different parties are.

15        You say not only DMO signoff on the deal, what's the

16   DMO?

17   A    It's the debt management office of Abu Dhabi, sir.

18   Q    And why does the debt management office of Abu Dhabi have

19   to signoff on the deal?

20   A    Post Project Magnolia, sir, the Government of Abu Dhabi

21   was concerned about the transaction whereby IPIC provided a

22   guarantee to 1MDB.

23        The reason they were concerned is that although IPIC

24   had only given a guarantee and 1MDB was actually raising the

25   bonds, by virtue of it being a guarantee, it now counted for

1   -- as debt on the books of Abu Dhabi, the country, with

2   respect to the World Bank.

3           The World Bank keeps track of debt levels of every

4   country around the world and guarantees, as opposed to letters

5   of support, will count against debt of a country.  So Abu

6   Dhabi was concerned post Project Magnolia and instituted this

7   office that was supposed to regulate and approve any further

8   guarantees or debt issuance by Government entities other than

9   Abu Dhabi.

10  Q    And then it says so did the HH Crown Prince; right?

11  A    That's His Highness, the Crown Prince.  That's correct.

12  Q    Sheikh Mansour, obviously, you say?

13  A    Yes.

14  Q    All right.  And these are -- now, do you have copies --

15  what is this?  What are they all signing here?

16  A    It's a signoff.  Not signing per se, sir.

17          Signoff means an approval for Project Maximus, I

18  believe, from a timing perspective here.

19  Q    So it's actually signing off on the deal?

20  A    That's correct.  Approving it.

21  Q    Understood.  All right.

22          MR. AGNIFILO:  We are going to go DX 2421 and we are

23  going to excise the first page, Judge.  And let's go to the

24  second page and show that for identification.

25  Q    Do you see that?  It's an e-mail from yourself.

1              Are you looking at the right one?

2    A    Yes.

3    Q    It's from you.  It's to Jho Low, Szen Low, and a few

4    other people; right?

5    A    Yes, sir.

6              MR. AGNIFILO:  We offer it, Your Honor, and it's

7    2421, Judge.

8              MR. ROLLE:  With redaction, no objection, Judge.

9              THE COURT:  It's admitted subject to redaction.

10             (Defendant's Exhibit 2421 received in evidence.)

11   Q    Let's look at the e-mail below this one.  All right.  So

12   this is from Low; correct?  Jho Low?

13   A    Correct.

14   Q    It's to you; correct?

15   A    That's right.

16   Q    It copies Li Lin?

17   A    Correct.

18   Q    Szen Low?

19   A    Yes.

20   Q    And Szen Low is his brother?

21   A    That's correct.

22   Q    Is that Mohamed Al-Husseiny from Aabar?

23   A    Yes.

24   Q    All right.  And it says, Urgent next steps on La Perla

25   offer; right?

1   A    That's correct.

2   Q    And it says, As discussed, we are extremely serious with

3   respect to the La Perla opportunity; right?

4   A    That's correct.

5   Q    What La Perla opportunity are you all discussing here?

6   A    I believe it was the acquisition of this company, La

7   Perla.

8   Q    What's La Perla?

9   A    I believe it's a -- it's a high-end underwear

10  manufacturer, fashion company.

11  Q    All right.  So then he says there in point one, Jynwell

12  Capital Limited will lead a consortium of potential blue-chip

13  investors, such as Aabar Investments, PJS, and prominent GCC

14  Royal family members, Jynwell Consortium to offer to acquire

15  control of La Perla; right?

16  A    That's right.

17  Q    And Aabar Investments PJS, that's Aabar; correct?

18  A    Yes.

19  Q    And GCC, what is GCC Royal family members?

20  A    The GCC was the Gulf Council, basically.  The Arab

21  countries around the Gulf.

22  Q    If we could go down past those five, we see a 50/50

23  partnership, he says 50:50 partnership with Mubadala and the

24  ownership of the Viceroy Hotel Group?

25  A    Yes.

Leissner - cross - Agnifilo                    1882

1  Q    So he wanted to kind of join the forces -- be in

2  partnership with Mubadala to own the Viceroy Hotel Group?

3  A    I'm sorry.  I think you have to be precise it -- the

4  background here on Jynwell, so I believe this partnership has

5  already been in place.

6  Q    That's already happened?

7  A    That's right.  It has happened already.

8  Q    Partnership with Sony ATV.  What is Sony ATV?

9  A    I think it's the Japanese entertainment company.

10 Q    Okay.  Mubadala, we have discussed Mubadala?

11 A    Yes.

12 Q    And Blackstone's GSO in the U.S. $2.2 billion acquisition

13 of EMI publishing?

14 A    Correct.

15 Q    Tell us about that deal.

16 A    I don't know much about that deal, sir.

17        I know that EMI was a publishing house which was

18 bought partly by Jho and the consortium.  I was never involved

19 in that acquisition, so I only know it, you know, from memory

20 here that Jho was involved in that acquisition.

21 Q    Now, at this point, you respond to him in the e-mail

22 above.

23        MR. AGNIFILO:  If we can just look at the e-mail

24 above.

25 Q    Okay.  Dear Jho, Mohamed and team, many thanks for your

1    e-mail.  Really appreciate you coming back so quickly.

2              I'm copying my colleague Richard Peacock as he is

3    running the investment process from the Goldman Sachs side;

4    correct?

5    A    That's correct, sir.

6    Q    All right.  So here we are in October of 2012 and we have

7    Jho Low as Jho Low?

8    A    Yes.

9    Q    Jho Low at Jynwell Capital; right?

10   A    Uh-hum.

11   Q    Sending an e-mail to you on your Goldman Sachs investment

12   banking e-mail; right?

13   A    That's correct.

14   Q    It goes to Richard Peacock on his Goldman Sachs

15   investment banking e-mail; right?

16   A    Correct.

17   Q    So at this point, Goldman Sachs is having these dealings

18   with Jho Low; correct?

19   A    Yes.  However -- yes, we are communicating with Jho.

20             Dealings, I'm not so sure that could be classified

21   as such, sir, because at this time we are trying to make an

22   introduction here into the La Perla process, which maybe I

23   don't know the context again of the rest of the e-mail, we

24   were possibly selling on our side.  So we were -- the way that

25   I read it, at least -- on the sell side here.

Leissner - cross - Agnifilo                1884

1  Q    So it's not as though that as of the fall of 2012 Jho Low

2  is out of Goldman Sachs for all purposes because here he is

3  having detailed specific e-mails about specific deals as Jho

4  Low to your Goldman Sachs' e-mail and to Richard Peacock's

5  Goldman Sachs' e-mail, am I right?

6  A    Yes, that's fair.

7          MR. AGNIFILO:  All right.  We're going to go ahead

8  to Exhibit 2430, Defense Exhibit 2430 for identification.

9  Q    And this is e-mail traffic between yourself and Andrea

10 Vella and Michael Evans.

11         Do you see that?

12 A    Yes.  At the bottom, I see that.  Yes.

13         MR. AGNIFILO:  We offer it as 2430, Judge.

14         MR. ROLLE:  One moment, Judge.

15         No objection, Judge.

16         THE COURT:  It's admitted.

17         (Defendant's Exhibit 2430 received in evidence.)

18 Q    So we're going to go down to an e-mail at the bottom,

19 toward the bottom, from you Michael Evans and Vella.

20         Okay.  That's it.

21         It just says, Absolutely, last night Asia time we

22 closed the transaction.  We bought the 1MDB notes and 1MDB

23 closed the M&A transaction.  We are now de-risking and Andrea

24 Vella is the best to give you that update.

25         Now, the M&A transaction, we were talking about that

1    earlier in the day.

2              Is this all sort of the consolidation of assets with

3    the IPO in mind?

4    A    Well, it was the first step in that process that we

5    discussed earlier.  It was the Genting transaction.  It was

6    the acquisition of the Genting Power assets.

7              MR. AGNIFILO:  We are going to go ahead to 2433.

8    Q    If we look at that top e-mail.  Do you see it there?

9    It's an e-mail from Michael Toure at Goldman to yourself and

10   Jho Low and others?

11   A    Yes, sir.

12             MR. AGNIFILO:  We offer that as 2433, Judge.

13             MR. ROLLE:  No objection.

14             THE COURT:  Admitted.

15             (Defendant's Exhibit 2433 received in evidence.)

16   Q    Let's go to that bottom e-mail.

17             And that e-mail is from Szen Low, Jho Low's brother;

18   right?

19   A    Yes, sir.

20   Q    To Michael Toure?  Yes?

21   A    Yes.

22   Q    Copying Jho Low; right?

23   A    Yes, sir.

24   Q    Copying Seet Li Lin?

25   A    Yes.

1  Q     And then copying you; right?

2  A     That's correct.

3  Q     And Szen Low says, Dear Michael -- Michael Toure -- we

4  can meet at your office, please let us know if this works for

5  you; right?

6  A     Yes, sir.

7  Q     So let's go to the e-mail above.  This is Michael Toure

8  getting back to Szen Low.

9         So Michael Toure writes to Szen Low, copying Jho

10 Low, Seet Li Lin, and yourself; right?

11 A     That's correct.

12 Q     And it says, Szen, happy to welcome you at our offices.

13        That means the Goldman Sachs' office; right?

14 A     That's correct.

15 Q     "Would that be okay if we start the meeting 5:30 U.K.

16 time?  I will be coming back from another meeting and 5:00

17 p.m. might be a bit tight."

18        Do you see that?

19 A     Yes, sir.

20 Q     Okay.  So do you know if Jho Low himself came to the

21 Goldman Sachs' offices or was it just Szen Low?

22 A     I don't remember, sir, if I -- I don't remember being

23 present in this meeting, so I don't know if Jho actually

24 showed up for this meeting.

25 Q     Okay.  You talked on direct examination about something

1  called World Merit, the World Merit Management Limited; right?

2  A    Yes, sir.

3  Q    What is that?

4  A    That was one of the two shell companies that I used in

5  Hong Kong and were owned by my wife.

6  Q    Okay.  And at some point this account, the World Merit

7  account, got a certain amount of money at the close of the

8  Genting transaction; right?

9  A    That's correct, sir.

10  Q    And remind the jury of how much money came into the World

11  Merit account from the Genting transaction?

12  A    I don't remember exactly how much money went to World

13  Merit, sir.

14  Q    Can you tell us approximately?

15  A    Tens of millions of dollars, I believe.

16  Q    Tens of millions of dollars?

17  A    That's correct.

18  Q    And who directed that money to the World Merit account?

19  A    It was my understanding that Jho had directed that.

20          (Continued on next page.)

21

22

23

24

25

LEISSNER.  CROSS.  AGNIFILO          1888

1   CONTINUED CROSS EXAMINATION

2   BY MR. AGNIFILO:

3   Q     What did you do with money that went to the World

4   Merit account?

5   A   Part of it was sent to one of the Genting family

6   members.  And part of it was sent to Capital Place for

7   further distribution.

8   Q   And which Genting family member was part of the money

9   sent to?

10  A   It was the brother of the chairman and CO.  Chi Wa

11  Linman.

12  Q   What, if any, discussion did you and Low have around

13  the topic of this money coming from Genting to World Merit

14  and then World Merit sending it out to this person who is in

15  the Genting family?

16  A   I don't know the exact discussion we had.  He gave me

17  -- he certainly gave me the instruction that I should be

18  paying Chi Wa from that money that World Merit received.

19  Q   Where were you and Low when you had that discussion?

20  A   I don't know if we were in the same place, sir.  It

21  could have been by Blackberry messenger or telephone call,

22  or in a meeting.  But I don't recall exactly the

23  circumstances of how he communicated that to me.

24  Q   That was towards the end of October 2012; does that

25  sound right?

LEISSNER.  CROSS.  AGNIFILO          1889

1  A    It does sound right, yes.

2  Q    Do you remember being invited to Jho Low's birthday in

3  November 2012?

4  A    Yes, sir.

5  Q    I believe the guest list is already in evidence as

6  government Exhibit 2812.  So we can put it up.

7              All right.  This is already in evidence as

8  Government Exhibit 2812.  And this is the guest list for Jho

9  Low's birthday in November of 2012.  Do you see that on the

10 screen okay?

11 A    Yes, sir.

12 Q    And on the top of the list we have Howard Low.  Do you

13 know who that is?

14 A    No, sir.  Sorry.

15 Q    Szen Low we've been discussing, correct?

16 A    Yes.

17 Q    And these are all of the people under the heading

18 Malaysia.  So just so the record is clear.  Under Malaysia,

19 there are 11 different entries.

20              Do you see that?

21 A    I see that sir.

22 Q    The first entry under Malaysia is Howard Low.  And you

23 said you didn't who that was, right?

24 A    Correct.

25 Q    And then Szen Low, that's Jho Low's brother, right?

LEISSNER.  CROSS.  AGNIFILO          1890

1   A    Yes.

2   Q    Jasmine Loo we've discussed at great length during this

3   trial.  She's the general counsel for 1MDB, correct?

4   A    Correct.

5   Q    And then fourth under the Malaysia section is Tim

6   Leissner.  You, right?

7   A    That's right, sir.

8   Q    Number five is Nik Kamil, right?

9   A    Yes.

10  Q    And then do you know who Yunita Dini is?

11  A    No, sir.

12  Q    Do you know who Zairul Asmin is?

13  A    No, sir.

14  Q    Do you know who Keng Chee Tang is?

15  A    No, sir.

16  Q    Do you know who Kee Kok Thian is?

17  A    No, sir.

18  Q    Kim Loong Tan.  Do you know who that is?

19  A    That's the name that Eric Tan is going by as well.

20  Q    So that's Eric Tan.  Who is Eric Tan?  Remind us who

21  Eric Tan is?

22  A    Eric Tan was a person extremely close to Jho who was

23  with Jho, I would say 85 percent of the time that I met him

24  in the later stages of my interactions with Jho.  Like from

25  2014 onwards is when I met Eric Tan many times.  I met him

1   before that maybe once in LA, but he was very close to Jho.

2   Q    And then the rounding out the list of 11 people from

3   Malaysia is Jho Low himself, right?

4   A    Yes, sir.

5   Q    Roger is not, you agree with me, on this list at least

6   of the 11 people from Malaysia, correct?

7   A    He was there though, sir.

8   Q    My question though is:  Is he on this list?

9   A    Not on this list that I see, but I also don't know what

10  that list is about.  I don't see him on this list, if that's

11  your question.

12  Q    You're sure, you're absolutely 100 percent positive he

13  was in Las Vegas, Nevada, for sure at Low's party?

14  A    Yes, sir.

15  Q    100 percent?

16  A    As sure as I can be, yes.

17  Q    As sure as you can be of anything?

18  A    Yes.

19  Q    Yes?

20  A    Yes.

21  Q    So let's just then go through the list and see maybe

22  he's somewhere else.  From Thailand we have three people

23  listed from Thailand, right?

24  A    Yes, sir.

25  Q    He's not one of those, right?

LEISSNER.   CROSS.   AGNIFILO          1892

1   A    Right.

2   Q    Hong Kong, he's not that person, right?

3   A    Nope.

4   Q    From Singapore we have Yew Che Yak, right?  Now we know

5   who that is, right?

6   A    Yes, sir.

7   Q    Remind us who that person is?

8   A    He was a private banker at BSI.

9   Q    And London we have two people, right?

10  A    Yes.

11  Q    We have six people on this page just from Kuwait, do

12  you see that?

13  A    Yes, sir.

14  Q    We're going to turn it over.  We have more people from

15  Kuwait.  A total of 12 people from Kuwait, right?  Do you

16  see that?

17  A    Yes.

18  Q    UAE we have one person from United Arab Emirates,

19  right?

20  A    Yes.

21  Q    We have two people from Saudi Arabia, right?

22  A    Yes.

23  Q    And then for United States it's broken up by city.  So

24  for the balance of this particular page, you have 18 people

25  from Los Angeles, correct?

LEISSNER.  CROSS.  AGNIFILO          1893

1   A    Yes, sir.

2   Q    All right.

3           And some of them are celebrities, right?

4   A    Yes.

5   Q    People that you've heard of, right?

6   A    Yes.

7   Q    From the entertainment field?

8   A    Correct.

9   Q    And then it continues on the next page.  So there's a

10  total of 37 people from Los Angeles and some of these people

11  are celebrities.  People that you you've heard of without

12  haven't met them personally up until this point, correct?

13  A    Correct.

14  Q    Then we have someone from Atlanta and then we have nine

15  people from New York, right?

16  A    Yes, sir.

17  Q    And we haven't seen Roger yet, right?

18  A    Not on this list, correct.

19  Q    Then we have the balance.  We have 34 people from New

20  York, right?

21  A    Yes, sir.

22  Q    Less people from New York than Los Angeles, which is an

23  outrage.  Do you see that?  34?

24  A    I see them.  34.

25  Q    You have 8 people from Vegas, correct?

LEISSNER.   CROSS.   AGNIFILO           1894

1    A    On this page, yes.

2    Q    You have a total of 17 people from Vegas?

3    A    Yes, sir.

4    Q    Still no Roger.  USA Miami we have someone.  We have a

5    bunch of people from Boston, from Detroit, Mongolia, Aruba.

6    Aruba did well.  Aruba has 13 people.  Do you see that?

7    A    Yes, sir.

8    Q    Roger is not on the list, right?

9    A    I don't see Roger on this list.

10   Q    But you're telling us you're as sure as you've ever

11   been sure of anything that Roger was in Las Vegas?

12   A    Yes.

13   Q    And you have specific recollections of things that you

14   saw him do in Las Vegas?

15   A    Yes.  I remember seeing him in the lobby of the hotel.

16   I believe.

17   Q    I want to take you through them.

18          You didn't talk about this party on your direct

19   examination, did you?

20   A    No, sir.

21   Q    No.

22          So on your direct examination, you didn't have the

23   opportunity to tell the jury about seeing Roger at this

24   party.

25   A    Correct.

LEISSNER.  CROSS.  AGNIFILO          1895

1   Q    Okay.  So tell me about all of the times, tell us all

2   about all of the times you absolutely, 100 percent, saw

3   Roger at Jho Low's birthday party.  What is the first time

4   you saw him?

5   A    I don't remember those circumstances, sir.  The only

6   thing I remember in the back of my mind is that we met in

7   the back of the lobby of the hotel.  Whatever hotel we were

8   staying at.

9   Q    You can't remember the hotel as you sit here today?

10  A    That's right.

11  Q    But you saw Roger there?

12  A    Yes.

13  Q    Absolutely positive?

14  A    Yes.

15  Q    Did you speak to him?

16  A    Yes.

17  Q    What did the two of you talk about?

18  A    I don't remember, sir.

19  Q    What did you do?  Did you go your separate ways or did

20  you stay together for a time?

21  A    Sir, I don't remember all the circumstances of that

22  particular time.  Again, Roger and I were always together,

23  so this is not a particular special time in my mind.  Other

24  than the event itself.  But being with Roger is not

25  necessarily a very special occasion for me.  We were

LEISSNER.   CROSS.   AGNIFILO            1896

1    together all of the time.

2    Q    Do you remember that you and he went to Jho Low's

3    suite?

4    A    No, sir.  I don't remember that.

5    Q    Do you remember telling the FBI that you went to Jho

6    Low's suite with Roger?

7    A    No, sir.  I don't remember that.

8    Q    You don't remember that, okay.  Let me see if I can

9    show you.

10                 What I'm going to do is I'm going to give the

11   witness, judge, TL3108 and TL3109?

12                 THE COURT:  Okay.

13                 MR. AGNIFILO:  And 3110.

14   Q    Do me a favor, read that over.

15   A    Yes, sir.

16   Q    So I'm going to ask you some questions.

17                 Do you remember if you and Roger went to Jho Low's

18   suite?  You said you didn't remember that?

19   A    That's correct.

20   Q    Do you remember telling the FBI on the date of that

21   report, on page eight, that you and Roger went to Jho Low's

22   suite?

23   A    No, sir.  I don't remember saying that.  I don't

24   remember going to the suite, but it could have happened.

25   There were so many things happening at that party that I

LEISSNER.   CROSS.   AGNIFILO           1897

1    don't remember the specific event now.

2    Q    Do you remember that Low got a present from someone

3    named Swizz Beats?

4    A    No.

5    Q    Do you know who that is?

6    A    Yes, I do know who is he, yes.

7    Q    Do you remember telling the FBI that you and Roger saw

8    Low when Low got a present from Swizz Beats?  Page eight of

9    the document I gave you?

10   A    No, sir.  I don't remember that event.

11   Q    But here's my question for the time being.

12        I'm going to ask you about the event and then I'm

13   going to ask you if you remember saying certain things to

14   the FBI, so they're going to be separate questions, okay?

15   So for the moment I'm asking about the event.

16        You don't remember that you and Roger were

17   together when Low got a present from Swizz Beats.  You just

18   don't remember that.

19   A    That's right.

20   Q    Now my different question is:  Do you remember telling

21   the FBI that you and Roger saw Low when Low got a present

22   from Swizz Beats?

23   A    I don't remember that, no.

24   Q    Okay.  And just so we're clear.  This form that I gave

25   you, is from April 29, 2021?

LEISSNER.   CROSS.   AGNIFILO          1898

1   A    Okay.

2   Q    Okay.

3             Do you remember that you and Roger were with

4   Kate Upton at the time that Low got his present from Swizz

5   Beats?

6   A    No, sir, because I don't remember the event itself.  So

7   I don't, I don't.

8   Q    You don't remember the event itself?

9   A    The suite event that you're describing here or, you

10  know, that note, I don't remember it.

11  Q    So let me ask you.

12            Tell us all of the things you remember about Low's

13  birthday.  The birthday party in Las Vegas.

14  A    I remember it was a very significant event.  I remember

15  getting there in a conway of SUV's.  Tagging onto Jho.  And

16  I remember staying very briefly at the party itself.  It was

17  offsite at a -- in an empty lot of Las Vegas.  I remember

18  some of the celebrities being present.  That I recognized,

19  at least.  And then I headed back within half an hour or so.

20  Q    Tell me what you remember seeing of Roger.  Tell me all

21  of the things you remember of seeing Roger at the birthday

22  party in Las Vegas, in November of 2012?

23  A    I did -- I did most of the event by myself.  I remember

24  the only time I remember seeing him in the lobby of the

25  hotel.

1    Q    And you can't remember the hotel?

2    A    No, I don't remember which one it was.

3    Q    So you don't remember, you don't remember, that you and

4    Roger were with Kate Upton at the time that Low got his

5    present from Swizz Beats.  You don't remember that?

6    A    That's correct.

7    Q    Do you remember if you and Roger stayed in the some

8    hotel?

9    A    No.  I don't remember that either.  I don't remember

10   the hotel so, no.  I don't.

11   Q    Was Jasmine Loo at the party?

12   A    Yes.  I believe so.

13   Q    Do you remember seeing her at the party?

14   A    Yes.  I believe so as well.  Yes.

15   Q    Do you remember that you and Roger met in the lobby of

16   the hotel along with Jasmine Loo and Terrence Gay?

17   A    I believe so, yes.

18   Q    So Terrence Gay was there, too?

19   A    I don't remember him in the lobby, but I remember him

20   at the party.

21   Q    Where was Terrence Gay in the party?

22   A    I can't put him there, but I remember seeing him at the

23   event.

24   Q    Do you remember also seeing him in the lobby of the

25   hotel with Jasmine Loo?

LEISSNER.   CROSS.   AGNIFILO          1900

1    A    No.

2    Q    Do you remember telling the FBI that you and Roger met

3    in the lobby of the hotel along with Jasmine Loo and

4    Terrence Gay?

5    A    No.  I remember the event that we were with Jasmine at

6    the time.  But, Terrence, I don't remember.

7    Q    Did you and Roger go to Low's suite together?

8    A    As I mentioned, I don't remember going to the suite.

9    Q    Do you remember telling the FBI -- now we're on page 9.

10   That you and Roger went to Jho Low's suite together?  Look

11   on page nine.

12   A    Yeah, I don't remember going to that suite, sir.  So

13   yes, I don't remember that.

14   Q    Yeah, but my question for the moment isn't whether you

15   remember or not.

16         It's did you tell the FBI?

17   A    I don't remember that either.

18   Q    You didn't tell them that?

19   A    Well, I don't remember it.

20   Q    You don't remember telling them that?

21   A    That's right.

22   Q    Do you remember telling the FBI that you and Roger were

23   led to Low's suite by security?

24   A    I think we can try this again in different ways, but I

25   don't remember going to his suite.

1   Q    Didn't you tell the FBI that you and Roger went to

2   Low's suite and were led there by security?  Didn't you tell

3   them that?

4   A    I don't remember sir.

5   Q    Didn't you tell the FBI that you and Roger were in

6   Low's suite when Low came out of his room with Kate Upton?

7   A    No, sir because I don't remember this.  The specific

8   event of the suite.

9   Q    Didn't you tell the FBI that you and Rob were in Low's

10  suite along with Benicio Del Toro?

11  A    I remember Benicio Del Toro being at the party, but I

12  can't place him at the suite.  I do remember he was there.

13  Q    Do you remember if you, Roger, Jasmine, and Terrence

14  Gay went to the party together?

15  A    No I don't remember that.

16  Q    Did you tell the FBI that you, Roger, Jasmine, and

17  Terrence went to the suite together on page nine?

18  A    To the suite.  I don't remember going to the suite,

19  sir.  And I don't remember saying that to the FBI.

20  Q    Did Roger stay after the party -- did Roger stay at the

21  party after you left?

22  A    I believe so, yes, sir.  I remember that -- the reason

23  I say that is I remember being one of the first ones to

24  leave the party.  I took one of the cars that was bringing

25  in people I was taking that back.  I was literally one of

LEISSNER.  CROSS.  AGNIFILO                  1902

1   the first ones to leave.

2   Q    Do you remember something about Roger meeting Bradley

3   Cooper?

4   A    No, sir.

5   Q    Do you remember Roger pointing Bradley Cooper out to

6   you?

7   A    I remember Bradley Cooper being pointed out to me.  I

8   don't remember if it was Roger.

9   Q    You told the FBI, didn't you, that Roger was excited by

10  Bradley Cooper's appearance, and specifically pointed him

11  out, page nine?

12  A    Sir, that may be the case, but I don't remember that.

13  Q    May be the case that you told that to the FBI?

14  A    No.  It may be that he did do so, but I don't remember

15  the event.

16  Q    So you and Jasmine were together at the party for some

17  period of time, correct?

18  A    Not me particular with her.  I was there by myself.

19  Everybody else was in the party too, sir.  Including her.

20  And a huge, I mean like thousands of people in that hall.

21  Q    Thousands of people?

22  A    It was humongous.  It was huge.

23  Q    Where was it again?  I know it was in Las Vegas, but

24  where was it?

25  A    It was in an empty lot.  I believe it was the Resort

1   World, Resort World empty lot and it was a big tent that had

2   been erected.

3   Q     Tell us what you remember.  I'm not asking you for the

4   moment about Roger.  Just tell us about the event?

5   A     It's what I just mentioned before.  I remember there

6   were a number of celebrities present.  It was a very big

7   crowd, and I remember it being in a tent.  And I remember

8   leaving in the first few cars that were actually still

9   bringing people in.  I left on those, so I stayed half an

10  hour or so.

11  Q     And then people were singing?  There were performers?

12  A     Yes, I vaguely remember that.

13  Q     Do you remember what was singing?  Who was performing

14  at the birthday?

15  A     No.

16  Q     Did you talk to Low at the party?

17  A     Sorry?

18  Q     Did you talk to Low at the party?

19  A     Did I?  Sorry.

20  Q     Did you speak to Jho Low.  At Jho Low's birthday party,

21  did you speak to him?

22  A     No, I did not.  I spoke to him, I believe, in the lobby

23  again as we were going towards the cars.  But at his party,

24  I don't think so.

25  Q     Now, I think you said that Roger was invited to the

LEISSNER.  CROSS.  AGNIFILO                1904

1    party?

2            THE COURT:  Time period, counsel.

3            MR. AGNIFILO:  No.  That Roger was invited to the

4    party.  That he actually was invited to Jho Low's birthday

5    party.

6            THE COURT:  His answer to your question about

7    whether Roger was on the list is that he was at the party.

8            MR. AGNIFILO:  No, no.  But he --

9    Q    You're saying he was at the party?

10   A    That's right.

11   Q    Do you know of a different list of invitees than the

12   one I showed you?

13   A    I don't know of any list of invitees, sir.  The first

14   time I saw a list of invitees is when you showed it on the

15   screen.

16   Q    Now, when you left Low's party, you and Jasmine flew

17   together where?

18   A    I don't remember I was flying with her, sir.  I believe

19   I returned to Asia.  But, you know, again there was so many

20   business trips that year.  I don't remember where else I was

21   flying.  But I think I returned to Asia.

22   Q    Do you remember that you and Jasmine flew to New York?

23   A    It may be the case, but I don't remember it, sir.

24           MR. AGNIFILO:  All right.  I'm going to offer for

25   identification DX2450.

LEISSNER.   CROSS.   AGNIFILO          1905

1   Q    Do you see that up there?  This is one of these

2   calendar invites concerning you and travel.  Do you see

3   that?  Not a calendar invite, it's a calendar entry.

4   A    Yes, sir.

5            MR. AGNIFILO:  We offer 2450.

6            MR. ROLLE:  No objection.

7            THE COURT:  It's admitted.

8            (Defendant's Exhibit 2450 received in evidence.)

9   Q    We're looking at what's been admitted at 2450.

10           Does this indicate that you flew from Las Vegas,

11   Nevada, to New York JFK on the 5th of November?

12   A    Yes, I believe so.  Yes.

13   Q    Do you recall if Jasmine flew along with you?

14   A    No.  I don't recall, sir.

15   Q    Do you recall anything about your time in New York in

16   November of 2012?

17   A    No, I don't remember.  Specifically for this time

18   period, no.

19           MR. AGNIFILO:  Your Honor, we're at a transition

20   point.  I know it's about 3:30.

21           THE COURT:  Okay.  Members of the jury, today is

22   Thursday.  It is Thursday, right?  We're not sitting

23   tomorrow.  So we won't see you again until 9:30 on Monday.

24   I want to give you a little bit of information about the

25   trial.  We expect that the trial may continue to the end of

1   March.  I know -- or maybe even the first week in April.  So

2   if that will pose a problem, you should definitely let

3   Ms. Valentine or Mr.  Neptune know about that.

4           I know there's at least one of you who has an

5   appointment on the 31st of March and we won't sit that day

6   because I understand how important it is for you to keep

7   that appointment.  I'm going to remind you, again, not to

8   discuss the case with anyone.  Not to let anyone discuss the

9   case with you.  Not to read anything about the case and not

10  to conduct any research at all about the case, the issues,

11  the parties, or anything else related to this matter.

12          I know that at least one of you overheard

13  reporters talking about the case in the lobby and you

14  identified yourself as a juror told them not to speak about

15  the case around you, which was the right thing to you and

16  you walked away from that discussion.  I'm going to ask the

17  reporters to please not discuss this case publicly in the

18  lobby area or in the other public areas of the courthouse

19  where jurors may be at any point in time.  It is really

20  important to our system that you only rely on information

21  you hear in this courtroom.  And so you should bring it to

22  my attention if at any time you're approached by anyone or

23  you overhear anyone discussing the case.  And thank you to

24  the juror for walking away from that and for identifying

25  yourself as a juror to the reporters.  So I wish you a great

1    weekend and I will see you at 930 on Monday morning.

2              (Jury exits)

3              THE COURT:  Please be seated everyone.  Is there

4    anything we need to discuss?

5              MR. AGNIFILO:  Nothing from us, your Honor.

6              THE COURT:  Okay.

7              MS. SMITH:  Your Honor.  The only thing we wanted

8    to raise --

9              THE COURT:  One second, let's close the door.  Go

10   ahead.

11             MS. SMITH:  The only thing we wanted to raise, and

12   I -- for defense counsel is the jury instructions.  We had

13   provided instructions for the Malaysian law piece in

14   November and then updated instructions January 5th.  And we

15   provided all of our jury instructions to the defense on

16   January 28th and they're still working on them, and I would

17   just like to pick a time that the Court would like us to get

18   you the jury instructions and whatever disagreements we

19   have.  Because I think, especially on the Malaysian law, we

20   might need expert litigation.  And also, I think, for us, we

21   at least like to know if there are any issues with any of

22   the elements of any of the charges before we close the

23   Government's case.  So if you can let us know what time you

24   need to, sort of, do that and we'll back into it on our end.

25             THE COURT:  I assume counsel has been busy with

1   other matters and so have not have a chance to really look

2   at the jury instructions.  Obviously to the extent we need

3   to litigate anything about the instructions, the Court will

4   need time to do so.  I don't want to delay giving the case

5   to the jury because we're having trouble deciding on what's

6   a proper instruction.  To the extent that the parties are in

7   agreement as to certain portions of the instructions, you

8   can send those to the Court.  And let me know what you're

9   still working on and disagreeing about because I can

10  certainly start conducting my own research into any issues

11  if the parties do believe we need to hear from experts.

12  Then we need to set aside a date to do that.  And it would

13  have to be on a Friday.  So I wouldn't want to impose on the

14  jury.

15          MR. AGNIFILO:  From our perspective, since we got

16  a great deal of documentation, as your Honor knows, that

17  really concerns, for the most part, this witness.

18          THE COURT:  Yes.

19          MR. AGNIFILO:  When this witness is off the stand,

20  I think, from our perspective, the complexion of the trial

21  will just become a normal trial, rather than a super-charged

22  trial.  And we'll turn our attention very pointedly to the

23  jury instructions.

24          THE COURT:  Understood.  Do you have a better

25  sense now as to how much longer you will be on the stand

1  with Mr. Leissner?

2          MR. AGNIFILO:  I'm guessing a finish Tuesday.

3          THE COURT:  You finish Tuesday as opposed to

4  Monday?

5          MR. AGNIFILO:  I will do everything in my power.

6  In my experience, it's always better to disappoint on the

7  good side court.

8          THE COURT:  I understand.

9          MR. AGNIFILO:  To disappoint early and not later.

10          THE COURT:  I assume the Government has a witness

11  lined up who can be called last minute to show up on Monday

12  afternoon or Tuesday, if necessary?

13          MS. SMITH:  Yes, your Honor.  We have somebody on

14  standby here, but we are trying to plan for, like I said,

15  witnesses who were otherwise going to fly in from overseas

16  next week.  Given Mr. Agnifilo's projection, I think we're

17  going to push these people to the week after and try to fill

18  the week with people in the U.S.

19          THE COURT:  Okay.  All right.  Then I'll expect

20  additional briefing from the parties on the marriage

21  privilege issue.

22          MR. AGNIFILO:  Yes.  By the end of today.

23          MS. SMITH:  And, your Honor, the Government is not

24  planning on filing anything further.

25          THE COURT:  So I guess I read the papers that were

LEISSNER.   CROSS.   AGNIFILO          1910

1    filed so far and the only question I have is that the

2    Government is arguing cumulative.

3           MS. SMITH:  We believe it probably is.  Obviously

4    without knowing specifically what the defense is going to

5    do.  So we, sort of, put in that argument and then obviously

6    some of it may be conducted ex parte.  So to the extent we

7    can lay in, we will.  But if there are no specific

8    documents, we put in the law that make sense.

9           THE COURT:  Right.  So I can't rule on whether or

10   not the information is cumulative because I really don't

11   know what the information is.  And I would have to go back

12   to see what, if any, information is already in the record.

13   So I just don't know that that's a valid defense at this

14   point.

15          MS. SMITH:  Yes.  And I think it's both the

16   extrinsic nature of what we believe is going to be argued

17   and the cumulative.  And I agree though.  It does depend on

18   specifically what the defense decides to put forth.

19          THE COURT:  I will look forward to reading your

20   papers.  Have a great weekend everyone.

21          (Matter adjourned to March 7, 2022 at 9:30 a.m.)

22

23

24

25

1911

1        **I N D E X**

2

3        **WITNESS**                                           **PAGE**

4        CROSS-EXAMINATION BY MR. AGNIFILO                     1698

5

6                        **E X H I B I T S**

7        Defendant's Exhibit 2213                              1699

8        Government's Exhibit1351A                             1704

9        Government Exhibit 1351A                              1706

10       Defendant's Exhibit 2215                              1708

11       Government's Exhibit 2265                             1710

12       Defendant's Exhibit 2219                              1712

13       Defendant's Exhibit 2221                              1715

14       Defendant's Exhibit 2222                              1717

15       Defendant's Exhibit 2253                              1724

16       Defendant's Exhibit 2255                              1725

17       Defendant's Exhibit 2259                              1728

18       Defendant's Exhibit 2261                              1729

19       Defendant's Exhibit 2262                              1733

20       Defendant's Exhibit 2264                              1738

21       Defendant's Exhibit 2268                              1741

22       Defendant's Exhibit 2269                              1743

23       Defendant's Exhibit 2152                              1745

24       Defendant's Exhibit 2302                              1758

25       Defendant's Exhibit 2303                              1760

1912

| | |
|---|---|
| Defendant's Exhibit 2305 | 1764 |
| Defendant's Exhibit 2306 | 1765 |
| Defendant's Exhibit 36 | 1766 |
| Defendant's Exhibit 2310 | 1768 |
| Defendant's Exhibit 2313 | 1770 |
| Defendant's Exhibit 2314 | 1771 |
| Defendant's Exhibit 2322 | 1779 |
| Defendant's Exhibit 2323 | 1782 |
| Defendant's Exhibit 2324 | 1785 |
| Defendant's Exhibit 1356A | 1787 |
| Defendant's Exhibit 2332 | 1790 |
| Defendant's Exhibit 2333 | 1791 |
| Defendant's Exhibit 2350 | 1792 |
| Defendant's Exhibit 2367 | 1796 |
| Defendant's Exhibit 2371 | 1798 |
| Defendant's Exhibit 2379 | 1803 |
| Defendant's Exhibit 2387 | 1804 |
| Defendant's Exhibit 2389 | 1807 |
| Defendant's Exhibit 2390 | 1810 |
| Defendant's Exhibit 2396 | 1817 |
| Defendant's Exhibit 2399 | 1819 |
| Defendant's Exhibit 2400 | 1823 |
| Defendant's Exhibit 2403 | 1825 |
| Defendant's Exhibit 1353-A | 1841 |

1913

1

2    Government's Exhibit 1364-A was received in
     evidence as of this date                        1845

3    Government'S Exhibit 1367-A                      1847

4    Defendant's Exhibit 2407                         1857

5    Defendant's Exhibit 2408                         1859

6    Defendant's Exhibit 2409                         1860

7    Government Exhibit 1882                          1867

8    Defendant's Exhibit 2415                         1877

9    Defendant's Exhibit 2421                         1880

10   Defendant's Exhibit 2430                         1884

11   Defendant's Exhibit 2433                         1885

12   Defendant's Exhibit 2450                        S1905

13

14

15

16

17

18

19

20

21

22

23

24

25