# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

May 25, 2022

<u>VIA ECF</u>
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     <u>United States v. Ng Chong Hwa a.k.a Roger Ng</u>, 18 Cr. 538 (MKB)

Dear Chief Judge Brodie:

We write with the permission of Pretrial Services to request a temporary modification of Mr. Ng's curfew to allow him to attend a Tibetan Buddhism religious prayer retreat on Memorial Day Weekend at the Nyingma Palyul Dharma Center in Queens from May 28th through May 30th. The retreat begins on May 28th at 7am with taking vows and teachings. Accordingly, Mr. Ng requests that his curfew be expanded to the following times:

- May 28th and 29th: leave his apartment at 5am and return by 11:30pm;
- May 30th: leave his apartment at 4am and return to his apartment for curfew (8pm).

Mr. Ng will provide Pretrial Services Officer Bianca Carter with the address of the temple in advance. The government takes no position on this request.

BRAFMAN & ASSOCIATES, P.C.

Thank you for your consideration.

Respectfully submitted,

Marc A. Agnifilo, Esq.
Zach Intrater, Esq.
Teny R. Geragos, Esq.
Jacob Kaplan, Esq.

cc:     Counsel for the Government (via ECF)
        Pretrial Services Officer Bianca Carter (via email)