## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL
MARC A. AGNIFILO
OF COUNSEL
ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JACOB KAPLAN
ADMITTED IN NY & NJ
TENY R. GERAGOS
ADMITTED IN NY & CA

November 8, 2022

VIA ECF
Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Ng Chong Hwa a.k.a Roger Ng</u>, 18 Cr. 538 (MKB)

Dear Judge Brodie:

We ask the Court for a limited modification of Mr. Ng's curfew to permit him to attend a prayer session on November 15, 2022 at the Nyingma Palyul Dharma temple in Elmhurst, Queens that lasts until 9 PM. The extent of the modification is that on November 15th, he will be permitted to return home by 11 PM. We spoke to Pretrial Services (Officer Bianca Carter) who does not object to the request. The Government does not take a position.

Thank you for your consideration.

Respectfully submitted,

Marc A. Agnifilo
Teny R. Geragos

cc:   Pretrial Services Officer Bianca Carter (via email)
      Counsel for the Government (via ECF)