# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

March 1, 2023

VIA ECF
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Ng Chong Hwa a.k.a Roger Ng, 18 Cr. 538 (MKB)

Dear Chief Judge Brodie:

We write to request a temporary modification of Mr. Ng's conditions of release to allow him to attend a religious prayer on Guru Rinpoche Day at the Nyingma Palyul Dharma Center in Queens. The prayer is today, March 1, 2023, from 7 pm – 9 pm and we are requesting that his curfew be extended to 11 pm tonight only. Thank you for your consideration.

Respectfully submitted,

Marc A. Agnifilo, Esq.

cc:   Counsel for the Government (via ECF)
Pretrial Services Officer Bianca Carter (via email)