

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BGK:TRP
F. #2016R00467

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2023

By ECF
The Honorable Margo K. Brodie
Chief United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Ng Chong Hwa, also known as "Roger Ng,"
       Criminal Docket No. 18-538 (S-2) (MKB)

Dear Chief Judge Brodie:

  Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case. For the reasons detailed in the government's forthcoming sentencing submission, the government respectfully requests that the Court enter the enclosed Order in accordance with Fed. R. Crim. P. 32.2 (b)(2)(A), that it be orally pronounced as part of the Court's sentencing of the defendant and that it be attached to the Judgment of Conviction.

  Thank you for Your Honor's consideration of this submission.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

         By: /s/ Tanisha R. Payne
            Tanisha R. Payne
            Assistant U.S. Attorney
            (718) 254-6358

Encl.: Order of Forfeiture
cc: Counsel of Record (by ECF)