UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA                    ORDER OF FORFEITURE

          - against -                       18-CR-538 (S-2) (MKB)

NG CHONG HWA,
          also known as "Roger Ng,"

                              Defendant.

– – – – – – – – – – – – – – – – –X

WHEREAS, on or about April 8, 2022, Ng Chong Hwa, also known as "Roger

Ng" (the "defendant"), was convicted after a jury trial of Counts One through Three of the

above-captioned Second Superseding Indictment, charging violations of 18 U.S.C. §§ 371

and 1956(h); and

WHEREAS, the Court has determined that pursuant to 18 U.S.C. §§

981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461(c), the defendant must forfeit the amount

of thirty-five million one hundred thousand dollars and zero cents ($35,100,000.00) (the

"Forfeiture Money Judgment"), as: (a) property, real or personal, constituting or derived

from, proceeds obtained directly or indirectly as a result of the defendant's violation of 18

U.S.C. § 371; (b) property, real or personal involved in the defendant's violation of 18

U.S.C. § 1956(h), or property traceable to such property; and/or (c) and/or a substitute asset,

pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

DECREED as follows:

1.       The defendant shall forfeit to the United States the full amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 982(b)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c).

2.       All payments made towards the Forfeiture Money Judgment shall be made by a money order, or certified and/or official bank check, payable to the U.S. Marshals Service with the criminal docket number noted on the face of the check.  The defendant shall cause said payment(s) to be sent by overnight mail delivery to Assistant United States Attorney Tanisha R. Payne, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, Brooklyn, New York 11201, with the criminal docket number noted on the face of the instrument.  The Forfeiture Money Judgment shall become due and owing in full upon the sentencing of the defendant (the "Due Date").

3.       If the defendant fails to pay any portion of the Forfeiture Money Judgment on or before the Due Date, the defendant shall forfeit any other property of his up to the value of the outstanding balance, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

4.       Upon entry of this Order of Forfeiture ("Order"), the United States Attorney General or his designee is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c).  The United States alone shall hold title to the monies paid by the defendant to satisfy the Forfeiture Money Judgment following the Court's entry of the judgment of conviction.

5.       The defendant shall fully assist the government in effectuating the payment of the Forfeiture Money Judgment.

6.      The entry and payment of the Forfeiture Money Judgment is not to be considered a payment of a fine, penalty, restitution loss amount or a payment of any income taxes that may be due, and shall survive bankruptcy.

7.      Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment of conviction.  This Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).  At that time, the monies and/or properties paid toward the Forfeiture Money Judgment shall be forfeited to the United States for disposition in accordance with the law.

8.      This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the defendant, and shall survive the bankruptcy of any of them.

9.      This Order shall be final and binding only upon the Court's "so ordering" of the Order.

10.     The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

11.     The Clerk of the Court is directed to send, by inter-office mail, three (3) certified copies of this executed Order to the United States Attorney's Office, Eastern District of New York, Attn: ProMinds Paralegal Yvette Ramos, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York

_____, 2023

SO ORDERED:

_____
HONORABLE MARGO K. BRODIE
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK