# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

March 7, 2023

VIA ECF

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. Ng Chong Hwa a.k.a Roger Ng, 18 Cr. 538 (MKB)

Dear Chief Judge Brodie:

We write on behalf of Mr. Ng in the above-captioned case. Sentencing is scheduled for Thursday, March 9th at 11 am. Mr. Ng's family and supporters overseas would very much like to attend sentencing; however, due to visa restrictions and health issues, they cannot fly to New York. We respectfully request that this Court provide a public dial-in, which would allow Mr. Ng's family and supporters to attend the sentencing from abroad.

Respectfully submitted,

Marc A. Agnifilo

cc:     Counsel for the Government (via ECF)