5179

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2    - - - - - - - - - - - - - - X
        UNITED STATES OF AMERICA,    :   18-CR-00538(MKB)
3                                    :
                                     :
4                                    :   United States Courthouse
            -against-                :   Brooklyn, New York
5                                    :
                                     :
6                                    :   April 4, 2022
                                     :   9:30 a.m.
7       NG CHONG HWA,                :
                                     :
8            Defendant.              :
     - - - - - - - - - - - - - - X
9
                 TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
10               BEFORE THE HONORABLE MARGO K. BRODIE
                 UNITED STATES CHIEF DISTRICT JUDGE
11
                      A P P E A R A N C E S:
12
     For the Government:         BREON PEACE, ESQ.
13                               Acting United States Attorney
                                 Eastern District of New York
14                               271 Cadman Plaza East
                                 Brooklyn, New York 11201
15
                                 BY:  ALIXANDRA SMITH, ESQ.
16                                    DREW ROLLE, ESQ.
                                      DYLAN STERN, ESQ.
17                                    BRENT WIBLE, ESQ.
                                      JENNIFER AMBUEHL, ESQ.
18                                    Assistant United States Attorneys

19   For the Defendant:          BRAFMAN & ASSOCIATES, P.C.
                                 256 Fifth Avenue, 2nd Floor
20                               New York, New York 10001

21                               BY:  MARC AGNIFILO, ESQ.
                                      TENY GERAGOS, ESQ.
22                                    ZACH INTRATER, ESQ.
                                      JACOB KAPLAN, ESQ.
23
     Court Reporter:             DENISE PARISI, RPR, CRR
24                               E-mail: DeniseParisi72@gmail.com

25   Proceedings recorded by computerized stenography.  Transcript
     produced by Computer-aided Transcription.

*Proceedings* 5180

```
1              (In open court; jury not present.)
2              THE COURT:  Good morning, everyone.  Please be
3    seated.
4              You can call the case.
5              THE COURTROOM DEPUTY:  Criminal cause for trial,
6    docket number 18-CR-538, United States of America versus Ng.
7              THE COURT:  And same appearances for the record.
8              Are we ready to proceed?
9              MS. SMITH:  Yes, Your Honor.
10             THE COURT:  Are there any additional proposed edits
11   to the jury instructions?
12             MS. SMITH:  No, Your Honor.
13             THE COURT:  Okay.  Bring in the jury.
14             (Jury enters.)
15             THE COURT:  Please be seated, everyone.
16             Good morning, members of the jury.
17             THE JURY:  Good morning.
18             THE COURT:  I see you all missed each other.  You
19   were gone for so long.  Welcome back.
20             THE JURY:  Missed you, too.
21             THE COURT:  Well, we're going to hear summations
22   today.
23             Does the Government rest its case?
24             MS. SMITH:  Yes, Your Honor, the Government rests
25   its rebuttal case.
```

1          THE COURT:  Okay.

2          We'll start with summations from the Government, and

3    then from the defense.  I assume that the summations by each

4    side will be approximately three hours, as they told me, and I

5    told you last week.  We'll take a break in the middle of the

6    summations so that we can all use the restroom, and then we'll

7    come back, and that will be what we will hear all day today.

8    I expect that we'll continue rebuttal summations tomorrow, as

9    I indicated, and then I will charge you on the law and you

10   will have the case to deliberate.

11         Remember, the summation is not evidence.  This is

12   the parties' opportunity to tell you what they believe the

13   evidence shows.

14         Who is summing up for the Government?

15         MS. SMITH:  I am, Your Honor.

16         THE COURT:  Okay.  Ms. Smith, are you ready to

17   proceed?

18         MS. SMITH:  Yes.

19         THE COURT:  Okay.

20         MS. SMITH:  Can you hear me okay?

21         The defendant, Roger Ng, played a critical role in a

22   massive bribery and money laundering scheme to steal billions

23   of dollars from the Government of Malaysia and use it to pay

24   bribes to powerful government officials in Malaysia and Abu

25   Dhabi.

1            What was that critical role?  The defendant had to

2    convince Goldman Sachs, the New York-based bank where he

3    worked, to sign off on three bond deals that raised money for

4    1MDB, a company owned and controlled by the Malaysian

5    Government.  The money that Goldman was raising was supposed

6    to go to projects for 1MDB to develop Malaysia's economy, but

7    the defendant knew and agreed that the money would go instead

8    to pay off government officials in Malaysia and in Abu Dhabi

9    who were involved with the deals.  He also knew that Goldman

10   would never do the bond deals if Goldman knew that the money

11   would be used for bribes, so he worked with Jho Low and with

12   Tim Leissner to bring the bond deals to Goldman and to make

13   them look legitimate, and he worked with Leissner and others

14   to lie to Goldman's committees to hide information from those

15   committees so that those committees would authorize the bond

16   deals.

17            Why did he do it?  Simple.  Glory and agreed.

18            The defendant was making millions of dollars a year

19   as a banker at Goldman Sachs, but that wasn't good enough for

20   him.  He wanted the glory of bringing in the biggest deals

21   that Goldman had ever done in Asia, to move up at the bank

22   from managing director to partner; and, most importantly, he

23   wanted the money he had been promised if the scheme succeeded,

24   which ultimately was $35 million.

25            $35 million.  It's an almost incomprehensible amount

1   of money for one person; and, truly, the numbers in this case

2   are staggering.  More than a billion dollars in bribes were

3   paid to a dozen officials in the governments of Malaysia and

4   in Abu Dhabi, including to officials at 1MDB and IPIC, and at

5   Aabar.  Low, himself, received more than a billion dollars.

6   The numbers are so high that they start to sound meaningless,

7   but let's not lose track of why the numbers are so high.  It's

8   because that money was supposed to go to help the people of

9   Malaysia on a national level -- billions of dollars to build

10  roads, to improve the country's power grids, and to better

11  their lives -- and, instead, the defendant and his

12  co-conspirators stole that money.  The defendant took it to

13  pay bribes, to make money for Goldman, and to make money for

14  himself.

15          So let me take a moment to step back and give you a

16  sense of what you are going to hear this morning.  My job is

17  to summarize the evidence for you.  I won't be able to mention

18  every single piece of evidence, otherwise we would be here for

19  another two months, but I will help you piece together the

20  evidence that you have heard from the witnesses who testified

21  and all of the documents that you've seen so that you can see

22  the big picture, and the big picture is this:  There is

23  overwhelming evidence that the defendant agreed with others to

24  participate in the bribery and money laundering scheme I

25  described, and he also agreed with others to hide key

1   information from Goldman Sachs in order to fraudulently get

2   the bond deals approved.  As a result, he is guilty of the

3   three crimes that he has been charged with.

4         The first crime is conspiracy to violate the

5   antibribery provisions of the Foreign Corrupt Practices Act --

6   or FCPA -- by paying bribes to foreign officials to get

7   business for Goldman.  And, remember, I expect Judge Brodie to

8   instruct you that a conspiracy is just an agreement.

9         The second crime is conspiracy to violate the

10  internal accounting controls provisions of the FCPA by

11  circumventing or getting around Goldman's internal accounting

12  controls by providing false information and concealing other

13  information in order to fraudulently get Goldman's committees

14  to authorize the deals.

15        And, finally, conspiracy to commit money laundering,

16  which makes it a crime to send money in, out, or through the

17  United States when the money is from a crime and the purpose

18  of the transfer is to conceal the source of the funds; to send

19  money in, out, or through the United States in furtherance of

20  a crime; or to spend or transfer over $10,000 in dirty money

21  in the United States.

22        So just two quick notes before we start walking

23  through the evidence itself.

24        First, Judge Brodie is going to instruct you on the

25  law after all of the summations are completed, and what she

1    tells you on the law is what controls.  However, towards the

2    end of my presentation, I am going to preview some of the

3    legal elements that we will prove beyond a reasonable doubt

4    for each of these three crimes.

5           Second, because what lawyers say is just argument,

6    you will not be able to get a copy of what I say or of the

7    slides that I'm going to use to help us walk through the

8    evidence today, but I will put on those slides and try and

9    mention exhibit numbers and transcript sites for testimony as

10   we go along -- and you can take notes, if you'd like -- and I

11   expect that Judge Brodie will instruct you that you can ask to

12   see any of the exhibits or testimony again as you deliberate.

13          With all of that said, we're going to start today by

14   doing what my colleague, Mr. Wible, talked about in his

15   opening statement way back in February, and that is to follow

16   the money.

17          We're going to look at the actions of the defendant

18   and his wife, Hwee Bin Lim, and of Tim Leissner and his wife

19   Judy from the moment when Project Magnolia was approved by

20   Goldman's committees until when the transfers of money from

21   the bribery scheme hit the Silken Waters Victoria Square

22   account in June 2012, in July 2012, and then in September of

23   2013; and you are going to see that all of these actions are

24   consistent with the defendant's guilt; that is, the defendant

25   knew that the money came from his own crimes.  That's why he

1    and Ms. Lim urgently needed to open the Silken Waters Victoria

2    Square account to take care not to be connected to that

3    account and to lie about where the money in that account was

4    coming from; and I further submit that you will see that the

5    defendant's actions are inconsistent with what Ms. Lim

6    testified about last week regarding the money.  Once we do

7    that, we'll take a step back and take a look at the broader

8    schemes, and then walk through the evidence start to finish

9    starting with the development of the defendant's relationship

10   with Low in 2008, going all the way through the criminal

11   conspiracies, and ending with the defendant's more recent

12   conduct, including his deletion of email accounts that were

13   used in furtherance of the schemes in an attempt to cover up

14   his crimes.

15           So, as I said, let's start by following the money.

16           This is a timeline of the period between May 18,

17   2012, when Goldman's committees approved Project Magnolia

18   through July 16th, 2012, when the second of the first two

19   transfers hits the Silken Waters Victoria Square account.

20   This is a timeline that Special Agent Sean Fern walked through

21   in great detail during his testimony, and I want to walk

22   through it again today with you with some of the other

23   evidence that we've seen in the case, because, as I said, it

24   is consistent with the defendant's guilt and his knowledge

25   that the money was coming from the bribery scheme.  So we're

1    going to start May 18th, which is when the Goldman committees

2    approved Project Magnolia; and, like I said, I will walk

3    through all of this evidence and we'll come back to the

4    timeline again at the end.

5            So on May 18th, the Goldman committee has approved

6    Project Magnolia, and the first date that we're going to look

7    at is May 20th, two days later; and on May 20th, both the

8    defendant and Tim Leissner are taking actions to prepare to

9    receive the money from the bribery scheme that they know is

10   coming, and they both do this in a way that separates

11   themselves from the money that's going to come in, so they're

12   making sure that they're setting up accounts that are not in

13   their name, or using accounts that are not in their name, to

14   separate themselves from the money that's going to come in.

15           So the first thing that happens -- this is

16   Government Exhibit 2276 -- is Tim Leissner, on his personal

17   account, emails Judy Leissner and asks her to send him the

18   account information for two shell companies that they already

19   had, and he wants U.S. dollar denominated accounts because he

20   knows the money is going to come in in dollars; and he says,

21   we should also tell the bank that we will receive a transfer.

22   This is May 20th, 2012.  They think the money is coming in

23   right after Project Magnolia closes.  So he gets the

24   information from the Capital Place account that he's

25   ultimately going to use to receive the money.

1              At the same time, the defendant's wife, Ms. Lim,

2      places a 22-minute call to UBS banker Evelyn Teah, and this is

3      the call where Ms. Lim is setting up the account that she will

4      use to receive the defendant's cut of his money from the

5      bribery scheme.  So, again, at the same time, this movement by

6      both the defendant and Mr. Leissner, to prepare to receive the

7      money that they know is coming.

8              One day later, on May 21st, 2012, Goldman sends the

9      funds from the Project Magnolia to the 1MDB Energy account --

10     almost a billion dollars get transferred.  Both the defendant

11     and Mr. Leissner are notified of this because they are on the

12     Project Magnolia email lists, and you can see that this was a

13     transfer that went through a correspondent bank in the United

14     States that was processing transactions in New York, so it is

15     also a transfer that passed through the Eastern District of

16     New York.

17             So as that money is moving on May 21st, 2012, let's

18     see what the defendant is doing.

19             So this is the point at which Ms. Lim, having had

20     that conversation, is ready to set up the shell company and

21     the bank account that's going to receive the money; and if we

22     start with the email, which is Government Exhibit 2463,

23     Ms. Lim says at the bottom she -- she, sort of, goes through

24     that list of shell companies that was sent to her -- and we

25     call them shelf companies, because they were shell companies

1  that were already set up -- she picks the name Silken Waters,

2  and says at the beginning she wants to have the name changed

3  to Victoria Square.  She also says to the banker, Evelyn Teah:

4  I am quite easy to meet her at her convenient place -- and

5  she's talking about setting up a meeting in order to get the

6  bank account set up -- and it's important to note that she

7  says "I am quite ready to meet her" -- "I" and not "we," which

8  means that this is an account that she's setting up -- and she

9  also tells the banker that they can drop by my place, my

10  address, not where her parents were living in Terengganu, not

11  where KC Tan was, but it's clear from every document that you

12  are going to see that it is an account that Ms. Lim was

13  setting up for herself and her husband and that they fully

14  intended to use.

15          The other way that we know that it's an account for

16  Ms. Lim and for the defendant is that the name is going to be

17  changed to Victoria Square.  That's the name of the

18  defendant's daughter, who was born shortly thereafter, and

19  it's the same name that the defendant and Ms. Lim used for all

20  the shell companies that they set up in 2014 -- those Victoria

21  Corp. shell companies that Ms. Lim testified about.  This was

22  always going to be the defendant's account.

23          The other way that you know that is because there's

24  an email address at Victoria Square investment at Gmail that

25  gets set up on June 17th, so -- sorry, May 17th, which is --

1    sorry, June 17th, which is right after the first transfers

2    come in, and that account is the one -- that email account is

3    the one that is used by the defendant to monitor what is going

4    on in the Silken Waters Victoria Square account, and we are

5    going to see that as we walk through.

6              And, speaking of email accounts, on the same day

7    that Ms. Lim sets up the meeting to set up the bank account,

8    the KC Tan email is also created on that same day and the IP

9    address that is used to create the KC Tan account is the same

10   IP address that the Roger Ng 1 at Gmail address logs into in

11   the same month; and so we know that this KC Tan email address

12   was used to set up to impersonate Ms. Lim's mother-in-law and

13   to keep track of what was going on in and out of the account.

14             So let's move forward one more day to May 22nd,

15   2012, and this is the day when the money is diverted from 1MDB

16   Energy to that fake Aabar account.  If you remember, Aabar is

17   the subsidiary of IPIC -- that's the entity that was going to

18   give the guarantee for the bonds -- and what happened was, in

19   order to get the money out of 1MDB for the scheme, they set up

20   that fake Aabar account at the BSI Bank -- and we'll walk

21   through how they did that -- and that's the way in which the

22   money gets siphoned out of the scheme.  So one day after

23   almost a billion dollars hits 1MDB Energy, that money gets

24   diverted out of the account and into the fake Aabar account,

25   which is where it's going to be sent out to all the

1    co-conspirators from; and you know that it's Terence Geh who

2    directed this payment, because, as we saw, he had signatory

3    authority from 1MDB Energy, and he sends this email on

4    May 22nd confirming that the money has been sent out of the

5    account, and he sends it in part to Nik Faisal at SRC at

6    Gmail, which is one of the accounts that you heard testimony

7    about was used both by Nik Faisal and also by Jho Low.  And,

8    once again, this transfer is a transfer that went through the

9    United States, and it was while CHIPS was processing in

10   New York, so it traveled through the Eastern District of New

11   York as well.

12          So as this money is being diverted from 1MDB Energy

13   to the fake Aabar account, what is the defendant doing?

14          So we know that the very same day, there was a

15   meeting at the defendant's house, and that meeting was to set

16   up the bank account for Victoria Square Silken Waters.  It's

17   the, again, exact same day, but the money is being sent from

18   1MDB Energy to Aabar.  The money is being sent to Aabar at a

19   BSI bank account, and that's really significant, because as we

20   can see from the UBS records here, which are Government

21   Exhibit 305, these, sort of, account opening summary and a

22   summary of what UBS was told about where that money was going

23   to be coming from, it says that Madam Tan explained that they

24   have recently taken profit on our equity investments in

25   Switzerland totalling about $26 million.  As such, they intend

1   to transfer these funds back from BSI to Asia.  That BSI

2   reference is really significant.  BSI Bank, as you heard, is

3   located in a place called Lugano, Switzerland.  It is not a

4   big bank; it is not a bank that you would, sort of, pluck out

5   of the air and think of for a transfer, and the reason that

6   the bank was told that the money was going to come from BSI is

7   because the defendant had been at that meeting in Singapore

8   exactly a month before at which he understood that the BSI

9   bank account would be the bank account used by fake Aabar to

10  take money out of the scheme; and in order to make these

11  transfers sound legitimate, he told his bank that the money

12  was going to be coming from BSI because he expected at that

13  point in time to get the money directly from the fake Aabar

14  account.  It is not an accident that BSI Bank just happens to

15  show up in the UBS documents as the place that the money is

16  going to come from.

17          If we can go to May 23rd, we also know that the

18  defendant and Ms. Lim were trying to set up this account

19  urgently, and that's right there in the email from UBS Bank,

20  which is Government Exhibit 346.  They are setting the account

21  up urgently because they know that the money is coming soon,

22  and they expect the money to be coming soon, and they want

23  this account ready to go, and they put it in the name of the

24  defendant's mother-in-law, again, to conceal their connection

25  to the account, to keep their distance from the account, and

1   so they put it in the name of Tan Kim Chin, but you know that

2   all of the contact information for Tan Kim Chin always

3   includes contact information for Ms. Lim, and sometimes the

4   defendant.  Here, they put Ms. Lim's phone number for Tan Kim

5   Chin, and the email accounts that they used for this account

6   are the KC Tan 9983 at Gmail, which is the account that gets

7   created by Ms. Lim and the defendant to, sort of, impersonate

8   their mother-in-law, and also the victoriasquareinvestment.com

9   email, which is the email that Ms. Lim admitted that she and

10  the defendant used, and which was used to keep track of what

11  was going on in the account.

12          And then the next day on May 24th, 2012, the opening

13  documents for the account get signed.  And, again, we're using

14  the name Tan Kim Chin, but we're using Ms. Lim's phone number

15  on the account.

16          The next day, May 25th, 2012, the proceeds keep

17  moving through that waterfall, and this time they go from

18  Aabar -- the fake Aabar account to the Blackstone Asia Real

19  Estate Partners account, which is another account controlled

20  by Jho Low and by Eric Tan Kim Loong, and this is where the

21  money is going to ultimately come from to go to Capital Place.

22  So if you keep in mind that this is May 25th, this is only

23  four days after the money is transferred from Goldman, so this

24  is all happening very quickly.

25          On May 29, 2012, just four days later, Ms. Lim

1   receives an email to her personal email account, so the Hwee

2   Bin Lim at Gmail account from the personal email account of

3   the UBS banker, which is important -- they're, sort of,

4   keeping all of this correspondence off any official channels,

5   because anything that's done officially, she generally uses

6   either the KC Tan 9983 email or the Victoria Square email to,

7   again, keep her distance from the account; but, here, since

8   she's getting it from the UBS's bankers personal account,

9   she's using her own.  And you can see that the UBS banker says

10  to her:  Hi, Hwee Bin.  Below is your account name and number

11  with us -- "your account name and number," because they're not

12  communicating on the official channels.  And you can also see

13  that she's providing Hwee Bin with a U.S. dollar remittance

14  form, which is the form that she will need to give to another

15  bank to receive money in U.S. dollars.  So, again, they are

16  preparing right at the outset to receive a transfer of funds.

17          And before we move to June, I just want to take a

18  quick look at the contacts -- the phone contacts charts that

19  Special Agent Fern walked you guys through from May of 2012.

20          And just looking at this, there's, sort of, three

21  things I want you to keep in mind.  One is that Leissner and

22  the defendant speak practically every day from when the

23  committees sign off on the deal until the end of the month;

24  second, as you heard from Special Agent Fern, there were no

25  communications between Judy Leissner and Ms. Lim, not just in

1    this month, but in any of the months for which we had records

2    going back to 2008; and, number three, I want to just, again,

3    highlight that the concealment of the source of the money

4    starts from day one.  We already saw the lie that was told to

5    UBS bank about the reason why they were getting money, and

6    they're concealing their involvement in these accounts by

7    using their wives to contact the banks, and the defendant is

8    doing an extra layer of concealment by not just using his wife

9    to contact the bank, but by putting it in the name of his

10   mother-in-law.

11          So, if we move forward to June 5th of 2012, about a

12   week in time, Leissner testified -- and we're going to talk

13   about this at length later -- that they had expected to

14   receive the money immediately when the deal closed -- that was

15   the reason for the urgency with the accounts -- and then that

16   didn't happen, they didn't get the money immediately, and they

17   both started to get anxious; and in order to try and get

18   things moving with Low, Leissner, at that point, offered up

19   Capital Place.  He said, I'm happy to, sort of, take on

20   responsibility to do some of these transfers if that can get

21   the money into us faster; and that's when the plan changed

22   from getting the money directly from the Low accounts and from

23   BSI to actually having Capital Place be involved in passing on

24   some of the transfers.  And you can see here that Leissner is

25   sending the defendant -- and, again, Leissner is sending the

1   defendant, not Judy Leissner is sending Hwee Bin Lim, but

2   Leissner is sending the defendant the Capital Place details

3   for the bank account that is going to make the transfer to his

4   account; and you can see that that's both on their personal

5   email addresses, and it's the account details, and it's the

6   information that the defendant will need to receive the bank

7   transfer into his account, and that's on June 5th.

8            If we go forward to June 11th, that's exactly what

9   happens next.  $35 million gets transferred from Blackstone to

10  Capital Place, which is Leissner's controlled account in his

11  wife's name, and the money is then going to be split evenly.

12  Exactly half of it is going to go on to the Silken Waters

13  Victoria Square account.

14           And, again, before we look at the transfer itself,

15  if we look at the phone contacts for June of 2012, we can see,

16  again, that Leissner and Roger Ng are communicating by phone

17  every day from the 11th when the money hits Capital Place to

18  the 14th when the transfer to Silken Waters Victoria Square is

19  finished; and Ms. Lim is also speaking to Ms. Khng, the UBS

20  banker, every single day until the funds come in, and then

21  they speak at length on the date that the funds actually hit,

22  which is June 14th.

23           And here we have the confirmation of that payment

24  itself, so that $17.5 million that gets transferred from

25  Capital Place to the Silken Waters Victoria Square account is

1   exactly half of the $35 million that Leissner had received in

2   the Capital Place from the scheme; and, once again -- we'll

3   talk about this a lot -- the wire transfer was one that was

4   processed by CHIPS, so it passed through the United States,

5   and it also passed through the Eastern District of New York,

6   because it was a day on which CHIPS was processing its

7   transfers to New York.  So that's the first payment that comes

8   in.

9           A few weeks later on July 9th, Capital Place gets

10  the next transfer of criminal proceeds from Blackstone.

11  That's the $16.96 million on July 9th, and we can see that on

12  Eric van Dorn's chart, which is Government Exhibit 151, and

13  then what happens after that is, again, very critical.

14          So the money comes in on July 9th, it gets

15  transferred out of Capital Place to Silken Waters Victoria

16  Square on July 16th, and that's a transfer of $6.9 million;

17  and what we see in this email, which is Government

18  Exhibit 2297, is that Judy Leissner is emailing herself the

19  information for the transfer that she is going to direct out

20  of Capital Place and into Silken Waters Victoria Square.  It's

21  an email to herself; it is not an email to a bank or to

22  anybody else.  And in that email, she writes, for her own

23  purposes, the true purpose of the transfer; and it says right

24  there in big letters, "for Roger," because this is a transfer

25  that she was being directed to make by Tim Leissner to the

1   Silken Waters Victoria Square account on behalf of the

2   defendant, Roger Ng.  We are going to see this again when we

3   look at the transfers in July, but this is one of the best

4   ways that you know that this is the reason why this transfer

5   is happening.

6           And, in fact, the transfer gets made on July 16th;

7   it hits the account on July 17th -- this is confirmation of

8   the payment -- and, once again, the transfer is sent by wire

9   through the United States via CHIPS, and CHIPS is processing

10  in New York at this point, so it also travels through the

11  Eastern District of New York.

12          And, once again, if we go to the call calendar for

13  July of 2012, the defendant and Leissner speak almost every

14  day between when the money comes into Capital Place and when

15  the money hits the Silken Waters Victoria Square account.

16  And, if you remember from Special Agent Fern's testimony, on

17  July 16th, that's the day that Leissner and the defendant

18  speak and that Leissner directs Judy to make the transfer for

19  Roger.  Leissner is in the United States on that date for

20  work, and he was speaking to the defendant from the United

21  States.

22          So, again, if we go back to the timeline of this

23  critical period, we have, starting on May 18th, the Goldman

24  committee has approved Project Magnolia; we have all of the

25  steps the defendant and Ms. Lim take to set up the Victoria

 1  Square Silken Waters account urgently; we have the money

 2  moving out of 1MDB into fake Aabar, and then eventually to

 3  Capital Place and on to Silken Waters; we have all of the

 4  communications between the defendant and Leissner; and we have

 5  the emails that show that the transfer was for Roger; and all

 6  of the communications that show us that, again, the defendant

 7  and Leissner were preparing to receive their cut of the

 8  criminal proceeds at this time.

 9          So in continuing to follow the money, I want to move

10  forward to the second set of transfers that the defendant

11  received as kickbacks in the time period from August to

12  September of 2013; and, again, I'm going to walk through the

13  underlying evidence, but this is the chart that Special Agent

14  Fern testified about, and we are going to start on August 22,

15  2013.

16          What happens first is Ms. Lim calls the cell phone

17  of one of the UBS bankers, and then we get here that UBS sends

18  incoming wiring instructions to the Ng email addresses.  So

19  the fake KC Tan 9983 Gmail account, the one that's being used

20  to impersonate the defendant's mother-in-law, and then the

21  Victoria Square Investment at Gmail account.  So following the

22  phone call, they get this email, which is attaching, again,

23  the information for wire transfers, and it's the information

24  they're going to need to give to Capital Place in order to get

25  the transfer.  So they know at this point on August 22, 2013,

1    that more money is going to be coming into the account.

2              And I want to just take a moment and pause on the

3    Victoria Square Investment at Gmail account.  I told you

4    before that that account was created on June 17th, 2012, so

5    shortly after the first transfer, and we have the testimony

6    here from Ms. Lim last week at transcript page 4700, and she

7    said that she created this account to have access to, quote,

8    "all of the advisory, the research papers, or anything that I

9    need to communicate that is otherwise not specifically for the

10   purpose of the transactions that are going to be transacted in

11   the account," and it's really significant that this

12   testimony -- that you think about this testimony and why this

13   testimony is not credible, because you can see -- and you will

14   see it throughout the next few emails that we're going to look

15   at -- that this email account, which Ms. Lim admitted that

16   both she and the defendant had access to, was not used to just

17   get random research papers from the bank, but was, in fact,

18   used to monitor the transactions that were happening in the

19   bank as they were happening; and so it's important to, sort

20   of, understand that and to keep in mind that that is why the

21   defendant was using this email address -- again, an email

22   address not with his name, but to get the information -- and

23   you will see when information comes in that's important to the

24   transfers, he then acts on it.

25              So moving forward to September 5th, 2012, this is an

1    email from capitaladvisors@ymail.com, and you heard testimony

2    that this was an account that Leissner set up similar to the

3    Victoria Square Investment account, an email address that

4    doesn't have his name and that he can use to discuss money

5    transfers related to the crimes with.  And this is an email

6    that the subject line is "for next week," and it's an email

7    where Leissner is directing Judy Leissner what to do and what

8    transfers to make.  He says "for next week" because that's

9    when he's finally going to transfer money from Capital Place

10   to the defendant, as Low had directed him to do, for their

11   second round of payments for the kickbacks from the scheme.

12   And just to keep in mind, as we move forward, two things.

13   One, again, that this is Leissner directing his wife and not

14   the other way around; and then just note that both the account

15   number there and the name are slightly off; it was an old

16   account number, and the name says Victoria Square Investments

17   Limited, and that will become important in a minute.

18         In the meantime, we move forward from September 5th

19   to September 17th, the next week, as he says, and he resends

20   that transfer information to Judy Leissner.  And this, again,

21   is one of the most important emails in the case, because what

22   he says -- if you can look, I, sort of, have one and two on

23   the screen so you can see which email comes first on the

24   chain; but, first, he basically resends that transfer

25   information to Judy Leissner, and then Judy Leissner responds,

1  and what she says is:  11, question mark.  Sending 6.5 million

2  from MS, the rest from Capital Place.

3        And it's crucial because it shows that Judy is

4  asking Leissner, what is the total money that I should be

5  sending to the Silken Waters Victoria Square account.  It is

6  completely inconsistent with Ms. Lim's story that it was Judy

7  that was sending the money from some investment.  In fact, it

8  is Judy that has to check with Leissner to double check that

9  she's sending the right amount of money to Roger Ng; and if

10  there was any question, you should look at the rest of the

11  email chain.  Leissner follows up and says -- first he says:

12  Okay, thanks.  And then he says:  Actually, instead of the 11

13  million to Roger Ng, let's send 10.7 million, and let's keep

14  the extra $300,000 for myself and put that in my account in

15  Singapore.  So, Judy, it's not 11 the way I might have told

16  you before, it's actually 10.7.

17        And let's look at the next slide, which is the

18  record of the transfers themselves, and we see that indeed

19  what is going to happen is that a total of 10.7 million -- not

20  11 million -- is going to be transferred from Capital Place

21  and Judy Leissner's Morgan Stanley account into Silken Waters

22  Victoria Square.  Again, this is entirely inconsistent with

23  this being the final payment on some investment.  In that

24  case, Tim Leissner couldn't randomly change the amount of

25  money that was being sent.  What it is consistent with, and

1   that what you already know from the evidence, is that this is

2   a payment that Roger Ng was receiving for his participation in

3   the criminal scheme, and Tim Leissner was directing Judy to

4   make that payment; and when he did that, he changed the total

5   amount from 11 to 10.7 because he kept $300,000 for himself.

6            I want to take a very brief look to at what happens

7   with the transfers themselves because I think this is

8   additional evidence of the defendant's knowledge that the

9   transfers were coming in.

10           Remember how I said when we were looking at the

11  email that Leissner got two pieces of information wrong?  He

12  used an old account number, and he had the name of Victoria

13  Square slightly wrong.  Well, as we can see from these emails,

14  the two transfers actually bounce back; they didn't go through

15  because they had the wrong information.  And look at who gets

16  notified of the transfer issues.  Both the KC Tan fake email

17  account and the Victoria Square Investment at Gmail account;

18  and that's, again, the defendant keeping track of what's going

19  on with the transfers not randomly receiving research reports

20  into that email account.

21           And, again, what we can see happens is that Leissner

22  finds out that the transfers didn't go through, and he directs

23  Judy on what to do instead.  So he says:  The receiving end

24  made two typos.  It reached UBS, but we need to resend the

25  information.

1           And the two emails on the right are both emails from

2     his phone to Judy, and it's Leissner instructing Judy what to

3     do to fix the transfers because it's Leissner sending the

4     money to the defendant.  So first he says:  The girl, Fanny

5     Khng, at the bank needs the updated SWIFT instructions, and

6     then he sends Judy Fanny Khng's contact information because he

7     wants Judy to be the one dealing with UBS because, again, he's

8     keeping himself -- and the defendant is keeping himself --

9     away from the transfers.  Those two transfers ultimately reach

10    the Silken Water Victoria Square account on September 23rd and

11    September 24th, 2013; and, again, they were for that total of

12    $10.7 million.

13          And then, once again, what do we see about what the

14    defendant and Ms. Lim tell UBS about those transfers?  And

15    this is a call log, it's Government Exhibits 362 and 362A, and

16    it says:  Source of funds.  Client was in a gold PE venture

17    with her friends which has been liquidated.  And then it says:

18    She has two different portions percentages with two friends,

19    because she's trying to explain why she's getting payments

20    from two accounts in the millions of dollars on the same day

21    from two different accounts; and so the explanation is this

22    was a gold venture, and there were two people that she was in

23    on it with, and one person was sending her from one account

24    and one from another.  You know that's not the truth.  You

25    know that the money came from the bribery scheme, but this is

1    what they're telling the bank, and they're doing that, again,

2    to separate themselves from this money.

3            So, again, just to recap, we start on August 22nd,

4    2013, with the call to the UBS banker's cell phone getting

5    that U.S. dollar denomination information for the transfers

6    because they know the money is coming in, and then all of the

7    steps in between until the transfer is actually coming in,

8    including the email chain between Tim and Judy Leissner where

9    Tim Leissner is directing Judy how much money to send and when

10   to send it to the defendant.

11           And then the last thing I want to note is just

12   looking at all four transfers into the account, you heard

13   testimony from Eric Van Dorn that these were the only four

14   outside transfers that this account ever received, which is

15   further evidence that the entire purpose of setting up this

16   account was to receive the money from the criminal scheme, and

17   we're going to see that again and again as we walk through the

18   evidence in this case.

19           So, as I said, we wanted to start by following the

20   money, because I think it's one of the clearest indications of

21   the defendant's knowledge and intent and guilt, but what I

22   would like to do now is just take a step back and do a quick

23   overview of the larger bribery money laundering and

24   circumvention schemes because I actually think that there's a

25   lot about these schemes that is not in dispute.  What is in

1    dispute is the defendant's knowledge of them and his

2    participation in them, and that is what I'm going to spend the

3    rest of the morning talking to you about, but I want to, sort

4    of, put it in the context of the larger scheme.

5           So you have seen over the course of the trial this

6    chart a number of times, Government Exhibit Number 158, which

7    just shows you the total payments out of the bond deals to all

8    of the government officials; to Low, and the people associated

9    with Low; and to the Goldman bankers, Leissner and the

10   defendant, who were involved in the scheme.  All of the

11   various bank accounts that they used to receive the funds are

12   up on the charts over there.

13          And we talked a little bit about the timing of the

14   payments; sort of, Jho Low and some of the most significant

15   government officials who needed to be bribed to receive their

16   money first, starting on May 22nd, but we can see, again, that

17   Tim Leissner and Roger Ng were incredibly critical to the

18   scheme because they received their money early and first.

19   They received their money June 11th and June 13th, their first

20   payments, far earlier than many of the government officials

21   who were involved in the scheme.  And I think it will not be

22   in dispute that the government officials who received the

23   bribes in connection with the scheme played a role in the bond

24   deals; they were all involved in somehow either approving the

25   bond deals, or signing off on the bond deals, or would be

*Summations - Ms. Smith*                                      5207

1    available if there were issues with the bond deals to, sort

2    of, help things move along.

3           So the first set of officials we have is from the

4    Government of Malaysia.  We have the prime minister of

5    Malaysia, Najib Razak, as well as his wife, Rosmah Mansoor,

6    and his stepson, Riza Aziz, all of whom received -- Razak and

7    Aziz received funds, and you heard about the jewelry purchases

8    that were made on behalf of Rosmah Mansoor.  You saw the

9    documents, including Government Exhibit 3208, where Prime

10   Minister Razak was signing off as the prime minister on the

11   1MDB bond deals because, again, 1MDB was part of the Malaysian

12   Government.

13          We also saw that a number of the officials who

14   received bribes all worked for Prime Minister Razak as

15   advisors.  You have Amhari Nazaruddin, Azlin Alias, and Yan

16   Yahaya; and you also saw emails between the defendant and

17   Nazaruddin, and between the defendant and Alias, related to

18   Goldman business; and you remember that the defendant had

19   contact information for both Nazaruddin and Alias backed up on

20   his iCloud.

21          (Continued on the following page.)

22

23

24

25

1            MS. SMITH:  (Continuing)   There's also not any

2    dispute that 1MDB was owned and controlled by the government

3    of Malaysia which means that anyone who worked for 1MDB was a

4    government official of Malaysia and there is actually a

5    stipulation that is Government's Exhibit 3801 about 1MDB.

6            The other Malaysia government officials who worked

7    at 1MDB who got bribes, and these names have come up a lot and

8    will continue to come up as we talk through the evidence

9    today:  Jasmine Loo, Zahid Taib, Terence Geh, Vincent Koh and

10   Jerome Lee.

11           And then if we move to the Abu Dhabi end of the

12   deals, if you remember, the government officials in Abu Dhabi

13   needed to receive bribes because IPIC and Aabar were going to

14   guarantee the bonds or agree to pay the bonds back if for some

15   reason 1MDB could not.

16           So this is Sheikh Mansour.  He's the chairman of

17   IPIC and you can see that his name is on the letters that were

18   exchanged in connection with the deal.  There is no money in

19   the bribe scheme that's been directly traced to Sheikh

20   Mansour, but you can see when we go to the next page all of

21   the money that went to other government officials in Abu Dhabi

22   that may have been passed on to Sheikh Mansour as well.

23           And, again, there's no sort of dispute that IPIC and

24   Aabar were controlled by the government of Abu Dhabi and,

25   therefore, were sort of, anyone who worked for IPIC and Aabar

Summation - Smith                                        5209

1   were government officials of Abu Dhabi.  And, again, that's

2   Government Exhibit 3101.

3          And then here are the three Abu Dhabi officials who

4   did receive payments for the scheme who all had a role in the

5   bond deals.  Al-Otaiba was the ambassador from the UAE to the

6   United States and you heard Tim Leissner say that he needed to

7   get paid because of his connections, if there were any issues

8   with the bond deals, he would be able to sort of grease the

9   wheels and knew what was going to go on.  Al-Qubaisi was the

10  managing director of IPIC and Al-Husseiny was the CEO of

11  Aabar, the IPIC subsidiary, and all three of them received

12  substantial sums, in the millions and millions of dollars,

13  from the bond deals.

14         The next set of individuals who got paid in

15  connection with the scheme were Tim Leissner and the defendant

16  Roger Ng who needed to get paid for sort of bringing Goldman

17  to the table and getting Goldman to sign off on these deals

18  because they needed a legitimate, respected U.S. investment

19  bank to get these deals done and they brought them to Goldman

20  and these two were the ones who got it done.  And, again, we

21  also have both Hwee Bin Lim and Judy Leissner up here because

22  their wives played critical roles in getting the money in and

23  moving the money once they received it.

24         And then the final group of individuals who received

25  payments from the scheme were Jho Low and his associates Eric

Summation - Smith                              5210

1    Tan Kim Loong and Nik Faisal.  We know that their names are

2    sort of all over the bank accounts.  Eric Tan Kim Loong is the

3    named beneficiary of many of the accounts and Nik Faisal, the

4    NikFaisalsrc@gmail is on a lot of the accounts, used both by

5    Jho Low and by Nik Faisal.  You'll remember that e-mail

6    address was even in the Prime Minister's bank account as

7    someone to contact in connection with the criminal proceeds

8    that were coming into that account.

9             And I think there's no dispute that Jho Low is sort

10   of very much at the center of what was going on.  He was the

11   key decisionmaker for 1MDB.  Behind the scenes, he sort of set

12   up the bond deals, he directed transfers and he received more

13   than $1 billion.  But I think what's really important and what

14   we're going to walk through is that the defendant knew who Jho

15   Low really was.  He knew about the lavish spending, he knew

16   about the close relationships with government officials, and

17   those are the reasons that the defendant wanted to get close

18   to Jho Low and wanted to tap into the money and the

19   connections bringing in business for Goldman.

20            As we'll talk about a lot, the money from the bribes

21   and the kickbacks was laundered to and through the United

22   States.  Both correspondent bank accounts were used that were

23   processed through the United States and in many cases, through

24   the Eastern District of New York, and in addition, there were

25   payments that went from outside the United States into the

Summation - Smith                                          5211

1    United States.  For example, "The Wolf of Wall Street" movie,

2    that bank account was located in the United States as were a

3    number of other bank accounts and a number of the payments for

4    purchases were made from outside the United States into the

5    United States.

6              Same thing.  We're going to see this chart a lot.

7    Just as a reminder, this is a kind of habit on the screen

8    here, it is a six page chart, and all of the wires on the

9    chart went through the United States.  The ones in green both

10   went through the United States and went through the Eastern

11   District of New York.  And as Eric Van Dorn testified, the

12   wires on the chart are just examples of wires that went

13   through the United States.  There are actually many more wires

14   in the scheme that went through the U.S. but we put some

15   number of them on the chart for you.

16             So that's sort of the bribery and the money

17   laundering.  The last thing I want to give you is an overview

18   about was the circumvention conspiracy, so the conspiracy at

19   Goldman to get Goldman's committees to authorize the bond

20   deals even though the bribes were being paid and if the

21   committees had known that, they wouldn't have signed off.

22             There were actually sort of four categories of

23   information that the defendant, Leissner and a few other

24   people, we'll talk about who those are, lied to the committees

25   or withheld from the committees about:  First, that 1MDB was

Summation - Smith                    5212

1    going to be making these huge payments to the fake Aabar

2    account in addition to the warrants that IPIC was receiving;

3    second, that the bond deals themselves, the Leissner bond

4    deals, would be used to pay bribes and kickbacks; third, that

5    Jho Low is the key decisionmaker for the deal and we're going

6    to see that that was something that was of great concern to

7    Goldman; and, fourth, that both Roger Ng and Tim Leissner had

8    a personal stake in the financial outcome of the transactions

9    because if the transactions went through, they were going to

10   get paid those kickbacks.  So all of that information, there's

11   no dispute that that information did not get shared with the

12   Goldman committees.

13           Then I think there are a number of facts about the

14   defendant himself that are not sort of in dispute and the

15   evidence will show this clearly.

16           He had a long-standing relationship with Jho Low

17   which we're going to walk through.  He had personal

18   relationships with many of the co-conspirators including

19   Leissner, Loo, Terence Geh and Jerome Lee.  There's no dispute

20   that he worked on the bond deals at Goldman.  There's no

21   dispute that he communicated with and met with Jho Low in

22   furtherance of the 1MDB bond deals and you are going to see

23   those meetings and e-mails.  There is no dispute that he did

24   not disclose Low's involvement in the bond deals to Goldman

25   Sachs.  There's no dispute that criminal proceeds from the

Summation - Smith                              5213

1   bond deals were received by Silken Waters/Victoria Square and

2   that account was in the name of his mother-in-law.  And

3   there's no dispute that those criminal proceeds were

4   transferred to other accounts in the name of Ng's relatives.

5           So what is in dispute, as I said, is the defendant's

6   knowledge and his intent and his guilt and that is what we're

7   going to spend the rest of this morning talking about.  As I

8   said, we're going to start from the beginning and we're going

9   to show you the development of the relationship with Jho Low

10  and we're going to take it all through the crimes themselves.

11          So if we can go to 2008.  This is testimony from Tim

12  Leissner about the reasons why the defendant and Leissner

13  wanted to develop a relationship with Jho Low.  He said:

14  Roger agreed to try and establish a relationship with this

15  young gentleman, Jho Low, who had just appeared on our radar

16  screen.  Roger went to establish a relationship and he was

17  successful in doing so and then he introduced me to Jho in

18  January of 2009.

19          The relationship was valuable because of Jho Low's

20  government connections.  They wanted to use those connections

21  to bring in business from sovereign wealth funds and other

22  places in Malaysia to Goldman and you'll see as we walk

23  through this section on the development of the relationship

24  that the seeds of what would become the criminal agreement are

25  set early.  So the defendant knows about Jho Low's wealth, he

1   knows about his political connections, they are using personal

2   e-mails, Jho Low is asking him even in this early time period

3   to please don't talk about my connections with government

4   officials, don't publicize them, and sort of that is all

5   happening as the relationship is being developed.

6           So this is from January of 2009, specifically

7   January 4th, and it's sort of right after that initial meeting

8   where Roger Ng introduces Jho Low to Tim Leissner.  Tim

9   Leissner says, I like this guy very much.  And at the end,

10  they sort of discuss him and then Roger Ng says Jho Low will

11  play ball with us, he seems to want to be associated with us,

12  he is comfortable.  And this is at the beginning of them

13  trying to develop that relationship with Jho Low and to get

14  business into Goldman from him.  And if you remember, Roger Ng

15  was the coverage banker for Malaysia so part of his job was to

16  develop these relationships and Jho Low was someone both he

17  and Leissner saw as someone who could bring business to

18  Goldman and to make profits for Goldman and, by extension,

19  themselves.

20          So, again, we kind of see in the early part of 2009

21  the defendant communicating with Jho Low, having meetings with

22  Jho Low, using his personal e-mail accounts.  Here it's the

23  rogerch_ng@gmail and Jho Low is using his jholow@gmail

24  address.  We have views, in part, because they were forwarded

25  at one point or another to his Goldman address.  We'll see

1   later on, that that happened in a different way and stopped

2   happening regularly because, of course, the rogerch_ng@gmail

3   account was deleted as was the jholow@gmail account, but these

4   were some early communications about meetings in February and

5   March of 2009.

6            In April and May of 2009, we see some additional

7   communications between Jho Low and Roger Ng discussing

8   potential business and also discussing a trip that Roger Ng is

9   coordinating with Jho Low to Beijing where the Prime Minister

10  of Malaysia will be there as well.  That's Government

11  Exhibit 1546 which is on the right-hand side there.

12           You can see on the bottom e-mail, Roger Ng says, I

13  am making reservations for Jho and others for Tuesday and

14  Wednesday, and he's coordinating all the travel details for

15  Jho Low.  So early on in this sort of May 2009 time period, he

16  is not only communicating with Jho Low and meeting with him,

17  but he's actually traveling with him and traveling with him in

18  connection with business related to government officials in

19  Malaysia.

20           This is from July of 2009 and we can see, again, if

21  it wasn't already obvious from the e-mails, this is a news

22  article that Roger Ng forwards to himself about the inner

23  circle of Najib Razak, the Prime Minister, and there's a

24  section on Jho Low.

25           It says there:  Little is known of Penang born Low

Summation - Smith                          5216

1   who is a TIA official -- if you remember, TIA was the entity,

2   the government entity before 1MDB so sort of the precursor to

3   1MDB -- and is said to be an advisor to Malaysia's king

4   Sultan Mizan, and has close ties to several Middle Eastern

5   investment fund.  So it was clear early on that Roger Ng knows

6   exactly who Jho Low is and perhaps more than that, who he is

7   and what his connections are.

8           And then these two e-mails from 2009, one from

9   August and one from October, are both instances where we see

10  Jho Low from the very outset trying to distance himself a

11  little bit from the 1MDB officials and the government

12  officials that he's working with.  So he wants to exploit

13  those connections but he doesn't want to advertise them.

14          So on the left, you have Jho Low telling a number of

15  people:  Please remove any reference to me being close to the

16  PM, the prime minister, or an adviser to the King, just Jho

17  Low.  And the defendant responds, Oops, sorry, sorry, bro,

18  slipped this one.

19          On the right you have him saying, When you

20  communicate with the 1MDB guys, please BCC me, I want to be in

21  the background, I am the kingmaker but I don't want to be

22  associated with the King.  And that's something Jho Low says

23  from a very early time period and it's something that the

24  defendant knows from a very early time period.

25          And then just the last e-mail I want to show you

Summation - Smith                              5217

1    from this time period is from November 2009.  It's an e-mail

2    between Leissner and Roger Ng where Roger Ng is saying that he

3    just met the Prime Minister's three children with Jho at Jho's

4    apartment and he's going to work on getting them to join

5    Goldman Sachs and he's trying to talk business and he's going

6    to meet Jho again tomorrow.  And the subject line refers to

7    1MDB.

8               So this is, again, the early period, Roger Ng

9    talking to Tim Leissner about his efforts to get Jho Low to

10   bring government business to Goldman Sachs, and his meeting

11   with him at Jho's apartment in New York City.  And you saw

12   from the other evidence in the case that, you know, that this

13   meeting took place in New York from the defendant's TEEMS

14   records.

15              Then in Government's Exhibits 3004 and 3005 were the

16   rental agreement for the apartment for Jho Low in New York

17   City during this time period in late 2009.  That's where we

18   saw Catherine Tan, his assistant, setting up the rental

19   agreement and we saw it was a monthly rental of $110,000 a

20   month for this apartment.

21              So you can imagine when Roger Ng goes to an

22   apartment that costs $110,000 a month, he is well aware of Jho

23   Low's wealth and his connections and his meeting the Prime

24   Minister's children there and this, again, sort of sets the

25   stage for everything that would come afterwards.

Summation - Smith                          5218

1           The next case of this we're going to talk about is

2     sort of the Private Wealth Management client case, but I want

3     you to just keep in mind that the e-mails I showed you about

4     this 2009 period are just some examples of the meetings and

5     the travel and the discussions about business with Jho Low and

6     in this time period, the defendant is successful in getting

7     some business from TIA to Goldman.  So there is some business

8     that Jho Low brings in to Goldman in this time period and that

9     sort of incentivizes him to continue to work with Jho Low and

10    see what other kind of business he can bring in.

11          So as part of that effort to continue to develop the

12    relationship with Jho Low, and to sort of build on that and

13    increase the connections between Jho Low and Goldman, Roger Ng

14    is trying to bring, in the same time period, Jho Low on as a

15    Private Wealth Management client.  That just means that

16    Goldman would help manage Jho Low's money which obviously

17    brings money into Goldman because they charge fees for doing

18    that and sort of increases the relationship between the bank

19    and Jho Low.  So this is what the defendant is trying to do

20    and it's in the same time period of all these e-mails that I

21    just showed you.  He puts Jho Low up for Private Wealth

22    Management client in October of 2009 which is before that

23    meeting at Jho Low's apartment in New York with the Prime

24    Minister's children.

25          We can see from the e-mail which is Government

Summation - Smith                           5219

1  Exhibit 1564 that Roger Ng is the one that is proposing Jho

2  Low as a Private Wealth Management client.  He said, I would

3  like to refer a client of ours, he copies Tim Leissner, for

4  Private Wealth Management account out of Zurich.  And he says,

5  Do not hesitate to contact me or Tim for endorsing reference.

6  So he's putting him up as a client and saying if you want a

7  reference, come to me, I'm supporting him to be a Private

8  Wealth Management client.

9          And, again, this is October of 2009.  There's

10  another e-mail as a follow-up where he's asked to give a

11  little more information on Jho Low and he does.  And he says

12  Jho Low's, you know, a very wealthy individual and he has all

13  these connections and close relationships including with the

14  Abu Dhabi Royal family.  So, again, it's very clear in this

15  time period that the defendant knows exactly who Jho Low is.

16          And you heard from two Goldman witnesses that the

17  referral of Low was an endorsement.  So not only did the

18  e-mail, his own e-mail said come to me for endorsing reference

19  but, in general, if a banker is going to refer a client for a

20  Private Wealth Management account, he's saying this is someone

21  you should give an account to.  We heard that both from

22  Patrick Kidney who is a anti-money laundering officer in the

23  compliance division who is responsible for vetting Private

24  Wealth Management clients and Chris French who was the head of

25  Goldman's Private Wealth Management client business in Europe.

1    They both basically said if you refer someone, that's a

2    reference and we take that reference seriously.

3           You also heard that the referral was made in October

4    of 2009 and it does not go smoothly.  Basically once Roger Ng

5    refers Jho Low, compliance started looking at him and they

6    immediately see a bunch of red flags or concerns and reasons

7    why it would be risky for the bank to take him on as a client.

8    So, first, they couldn't validate the source of wealth.  He

9    obviously had a lot of money but they couldn't figure out

10   where the money was coming from.  And, second, it was clear

11   that he was doing a lot of deals with government officials.

12   So you heard Patrick Kidney talk about those concerns and then

13   he said, I can't think of very many that have ever come up

14   with this amount of red flags.

15          So Jho Low is just -- there's so many issues with

16   him once they start digging into his background and that is

17   very clear to the compliance division.  And ultimately, in

18   March of 2010, so five months later, the compliance department

19   compiles a summary of all of their concerns into what they

20   call a red flag summary.  And you know that this, from Patrick

21   Kidney, this was a really long ongoing process and clients

22   don't usually take this much time to come on board.

23          I think there are a couple of things that are really

24   significant about this document which you've seen a bunch of

25   times before.  It's Government Exhibit 1601.

Summation - Smith                                5221

1          You know from this document that the defendant was

2     aware of the issues because it says, in paragraph 7:  When

3     briefed on the details of the client's claims, Roger Ng

4     advised caution in accepting the claims at face value.

5          So that tells you that Roger Ng was told that the

6     compliance division was having concerns and that he was

7     briefed on what the claims were and what the concerns were and

8     at that point, he told the compliance division, You guys

9     should do your job, make sure, you know, you check out all of

10    those claims, because he knew that five months into this

11    process, if he sort of sounded like he was, a full-throated

12    approval of Jho Low to compliance with all of these red flags,

13    he was going to look a little odd by pushing him too hard.

14         What he did is he not only sort of equivocated and

15    said, Yes, you guys should go do your job and check out those

16    red flags, he flat out lied to compliance in an attempt to

17    distance himself from Jho Low because of all these red flags,

18    and you can see that in two places.

19         In the first paragraph, it says:  Goldman Sachs has

20    not been involved in any transaction with the individual in

21    the past.  You know that's false because there was the TIA

22    business that Jho Low brought to Goldman Sachs.  And it also

23    says:  Individual is not well known to Roger Ng.  And we know

24    that is false because he has traveled to China with him, he's

25    met him in New York, he's had multiple meetings with him and

Summation - Smith                          5222

1  so the idea that he's not well known to Roger Ng is not true.

2  And then most significantly, it says:  Roger had not heard of

3  the individual apart from meeting him on a single occasion

4  when he was present at a meeting with the King of Malaysia.

5           And so I think it's really important to sort of

6  understand that this was an attempt to distance himself with

7  the compliance department from Jho Low and as a result, he

8  lied about his relationship with Jho Low until that point.

9           And, again, we looked at this during the trial,

10 Government Exhibit 77.  These were all of the times that Jho

11 Low appeared at meals that were reimbursed or sought for

12 reimbursement by Roger Ng before this presentation is made

13 and so all of the times that you know that they were together

14 before this, in addition to all of the e-mails that we have

15 seen about the various meetings that took place.  So all of

16 that happened before he tells compliance, I don't really know

17 the guys and I only met him once.  And he's lying because,

18 again, he's trying to distance himself from Jho Low to the

19 compliance people who have concerns.

20           And, again, just to recap, in addition to those

21 TEEMS reimbursement forms, here are two e-mails prior to

22 March 2010 that show other meetings.

23           And what's significant is while he is lying to

24 compliance and trying to distance himself, he doesn't actually

25 say, Don't take Jho Low on as a client, because, ultimately,

Summation - Smith                                    5223

1   he would like for Goldman to do that because that would be

2   good for him and his relationship with Jho Low and for

3   bringing additional business to Goldman.  So after the

4   testimony of Patrick Kidney and Chris French, and the

5   statements you should take a closer look at Jho Low, he never

6   says, Do not take Jho Low on as a client because if he had,

7   that would have been in the compliance presentation and it

8   wasn't.

9           And in fact, there is a May 2010 call with Chris

10  French.  Remember, Chris French is sort of on the business

11  side, not on the compliance side.  So when he's talking with

12  the business side, the head of Private Wealth Management, he

13  continues to be supportive of Jho Low.  He continues to say,

14  You guys can make this work, we want to take him on as a

15  client.

16          And then most significantly, we know that the

17  defendant knew why Jho Low was ultimately rejected as a

18  Private Wealth Management client by Goldman and that is

19  because Morton Meland who is, again, one of the people trying

20  to get Jho Low on board, e-mails Roger Ng and Tim Leissner in

21  May of 2010, so months after the presentation, and says, This

22  is what Patrick has come back with for AML's fifth meeting

23  with Jho Low, JL, not looking good.

24          This e-mail below is from Patrick Kidney

25  reemphasizing all of those red flags:  Can't figure out where

Summation - Smith                                   5224

1   this money is coming from, does all these deals with

2   government officials, all over the press as somebody who is a

3   playboy and we have major, major concerns about him.

4          And this is Morton Meland telling the defendant and

5   Tim Leissner, I don't think this is going to work out because

6   of all of these concerns that Patrick has.  And you know from

7   Tim Leissner's testimony that it was actually Roger Ng who

8   called Tim Leissner and said, This is ultimately a no-fly, he

9   is not going to be brought on as a client.

10         So what I think is significant is, you know, he's

11  aware of all these red flags, he's aware that Goldman doesn't

12  want to take him on as a Private Wealth Management client, and

13  he continues anyway to try and develop a relationship and

14  bring additional business to Goldman.

15         And we're going to walk through the 2010-2011 time

16  period in a minute, but one deal that I want to talk about in

17  particular is a deal called Kazakh Gold because it speaks to

18  the defendant's further knowledge of the issues with Jho Low.

19         The details of this deal are not important.  All

20  that is important is that you can see on the bottom e-mail,

21  Jho Low is e-mailing the defendant at the end of 2010 and

22  saying:  There's this deal related Kazakh Goldmine.  Do you

23  want to do it?  And Tim Leissner explained that the Jho Low is

24  going to be the buyer for this deal and Roger Ng asked Tim

25  Leissner should we go ahead and do this.  Tim Leissner said

Summation - Smith                                    5225

1    sure, we might want to go show BIG first.  You might remember

2    BIG is the Business Intelligence Group and is part of

3    compliance and they do compliance checks on deals.

4            So Tim Leissner says this.  They bring the deal to

5    compliance.  And, again, this is early 2011 so it's after Jho

6    Low is rejected as a Private Wealth Management client and

7    before sort of the next attempt which we're going to get to in

8    a minute.  And what happens is that the Business Intelligence

9    Group rejects the deal for the same reasons that Low was

10   rejected as a Private Wealth Management client, because they

11   can't just figure out where his money is coming from.  You can

12   see that, the concerns on the source of wealth, and then they

13   also note his government connections.

14           There are calls from Malaysian MPs to inquire into

15   him, so, basically, they're calls from Malaysian government

16   officials to investigate Jho Low, and his claimed PEP

17   connections.  We've heard that term a number of times.  It

18   means "politically exposed persons."  So, again, BIG is

19   concerned about his source of wealth and connection to

20   government officials.

21           And then you can see in the e-mail on the right,

22   that's Government Exhibit 1665 which Roger Ng and Tim Leissner

23   received, and I should say they also received the e-mail where

24   BIG had explained their concerns on the left, and it says:

25   Bias is not to move ahead.  And you can see Steven O'Flaherty

Summation - Smith                                    5226

1    talking about this as well and he says, and he is informed

2    that Asia has dropped the idea since they could not clear the

3    buyer.

4            So, basically, this is a deal that gets scuttled by

5    Goldman's compliance department because they're concerned

6    about Jho Low's source of wealth and they're concerned about

7    his government connections and they don't want to move

8    forward.  So at this point in time, in early 2011, the

9    defendant knows that Jho Low hasn't been made a Private Wealth

10   Management client because of these concerns and that this deal

11   isn't going to go forward because of these concerns.

12           And what happens next?  What happens next is that

13   Roger Ng nevertheless supports another attempt to make Jho Low

14   a Private Wealth Management client.  And this time, instead of

15   trying Europe where they got rejected, they're going to try in

16   Singapore.

17           And you can see this.  This is Government

18   Exhibit 1679.  He re-raises the idea of Jho Low as a Private

19   Wealth Management client.  The official name on the referral

20   is Tim Leissner but you can see from the e-mail that Roger Ng

21   is driving this process.  He e-mails someone involved in the

22   Private Wealth Management client group and says that Jho can

23   meet for lunch and he says that the purpose of the lunch, and

24   that's the e-mail 3 in the middle, trying to make this a

25   little clearer to read, is:  I am available.  He wants to get

1  open a PWM client here in Singapore.  So Jho Low wants a

2  Private Wealth Management account and he wants it in

3  Singapore.

4        And the response from the person in the Private

5  Wealth Management group is:  I'm not sure why the Swiss team

6  decided not to go ahead with the account with him but I can

7  check with the Asian team.  So she's basically saying I know

8  it didn't go forward in Switzerland but I don't really know

9  why so let me find out.  And Roger Ng writes back:  Thanks.

10  He doesn't say, Oh, I know why it didn't happen in

11  Switzerland, because they couldn't figure out where his money

12  was coming from and he has connections to all these government

13  officials.  He just says, Thanks, because he's trying to push

14  this process forward as well.

15        And we can see that when this information reached

16  the team in Switzerland, Patrick Kidney says:  As far as I was

17  concerned, this had already been determined.  It was an open

18  and shut case.  We were not bringing him on.

19        So the fact that he was put forth again by Roger Ng

20  was surprising and we know that Roger Ng is the one pushing it

21  because he actually meets with Jho Low to try to get this

22  Private Wealth Management account set up in Singapore.

23        Then after that meeting, he gets more information:

24  I'm not going to chase since I'm not sure we can clear because

25  there's still concern that they bring him on board.  And,

Summation - Smith                          5228

1   again, instead of saying he understands what the concerns is,

2   he says that Jho Low reminded me he was busy but that he would

3   work on the docs.

4           So it's really, really significant to the

5   defendant's knowledge and his intent of who Jho Low was and

6   why it was important to hide it from Goldman.  This whole sort

7   of series of events related to the Private Wealth Management

8   client puts him on notice of all of these red flags which he

9   already knew about, but it puts -- it really crystallizes the

10  issues for him.  And there are two separate issues -- two

11  separate times where he was rejected as a Private Wealth

12  Management client, both in Switzerland, it doesn't happen in

13  Singapore.  Then we have the Kazakh Gold deal where Goldman

14  Sachs says we're not going to go forward with this because

15  we're concerned about Jho Low.

16          So that's sort of where we are in the 2011 time

17  frame and I just want to talk a little bit more about the

18  relationship in that time frame, 2010-2011, and a couple of

19  other things that were going on.

20          During this time period, sort of while all this

21  Private Wealth Management stuff and Kazakh Gold is going on,

22  Roger Ng remains the main point of contact for Jho Low.  So

23  you can see this is from April of 2011.  Roger Ng is saying I

24  will get this material to Jho Low, we're continuing to try to

25  do deals and have him speak to the private minister as well.

Summation - Smith                              5229

1   So he is the one that is contacting Jho Low.

2           That same pattern continues throughout 2011, Roger

3   Ng sending from his, again, personal e-mail account, the

4   RogerNg1@gmail account which gets deleted.  He is saying to

5   Tim and Loong Kim Tan on their personal accounts, FYI from

6   Jho, so he's communicating with Jho about deals.  The e-mail

7   on the right which is Government Exhibit 2216 is from Tim

8   Leissner to Roger Ng's personal account and he's saying,

9   "Roger, can you please forward to Jho."

10          So Roger in this time period, that is the main point

11  of contact with Jho Low and is continuing to be sort of the

12  one that connects with him.

13          Now we also see in this time period that he

14  continues to use those two e-mail accounts that get deleted

15  but he also starts using a Queensgate Capital account.

16          This is an e-mail, Government Exhibit 2207, from

17  April 30, 2011, and if you remember from Special Agent

18  Collins' testimony, it's actually the date that the Queensgate

19  Capital e-mail account gets opened.

20          So the very date that the defendant opens this

21  e-mail account, the first person he gives that e-mail account

22  to is Jho Low and that's the deal where he had one gmail

23  account and you know that because it's DealRainman e-mailing

24  Queensgate first.  And only after Roger gets the e-mail at

25  that account does he forward it to Tim Leissner and say,

1  Leissner, FY, this is me, it's Roger.  Jho Low already knows

2  that because Jho Low is the one that gets this e-mail account

3  first and the reason that the defendant is creating an e-mail

4  account that doesn't have his name is to deal with Jho Low and

5  to conduct business with Jho Low offline.

6          So he's moved from the e-mail accounts in his own

7  name to a Queensgate account and that happens in April of

8  2011, April of 2011, almost a full year before the bribery

9  scheme kicks off.  So this is all sort of in process and in

10  place before any of that happens.

11          The other thing we saw about sort of this time

12  period is that Roger Ng maintained a personal relationship

13  with Jho Low.  He traveled to Vegas to gamble with him and you

14  know from the Venetian records that he was gambling at the

15  same table with Jho Low and Jho Low's brother and Eric Tan Kim

16  Loong who is involved in all of the bank accounts.

17          One thing that Special Agent Sullivan testified

18  about was that the defendant flew from Singapore to Vegas for

19  this trip on Jho Low's private jet.  If you look at the tail

20  number of the jet on the bottom left which is Government

21  Exhibit 2855, that's the currency transaction report where

22  Roger Ng was flying into Vegas and reported that he had

23  $14,000 in cash on him, you can see that the tail number there

24  is N689WM.

25          Then if we move forward to May of 2011, and you look

Summation - Smith                                5231

1   at the top left, that's the same tail number for Jho Low's

2   private jet.  This is an instance where the defendant and Jho

3   Low took that private jet to Nice, France, and were aboard the

4   ALFA NERO.  We saw that that was a yacht that had been rented

5   for I believe more than a million euro.  And you can also see

6   from this trip that when the defendant traveled back to

7   London, he listed Low's apartment on Stratton Street as his

8   home base for the trip.  And then he even filed the TEEMS

9   receipt later using stationery from the yacht.

10          So you have in this time period the defendant not

11  only did develop a business relationship with Jho Low, but

12  also a personal relationship, the gambling, the yacht, and it

13  shows you that, you know, in the time period where he is being

14  told that there's unexplained sources of wealth for Jho Low,

15  he is experiencing those firsthand.  He's going to Vegas and

16  seeing him drop an ungodly amount of money, hundreds of

17  thousands of dollars gambling, and he's going to a yacht in

18  Nice that was rented for more than a million euros and flying

19  on a private jet.  He's fully aware of exactly who Jho Low is

20  and the fact that he has all of this money.

21          The last thing I want to talk about from this time

22  period are side deals.  You heard a lot about various other

23  deals that were going on, particularly during the testimony of

24  Tim Leissner, but I think what's important about the side

25  deals is that they established the defendant's greed.

Summation - Smith                    5232

1          You heard Tim Leissner say that the defendant wasn't

2  always happy with the salary at Goldman Sachs, always thought

3  he should be making more money, was always looking to sort of

4  make more money, and these side deals, the deals that were

5  sort of being done offline, not for Goldman but for themselves

6  in this time period, and they were sort of always wheeling and

7  dealing and trying to figure out how they can make money for

8  themselves, really do establish the record.

9          So this Government Exhibit 2202 is a side deal that

10  didn't directly involve Jho Low, but did involve Michael Beck

11  which is someone else you heard about and you can just see

12  that they're e-mailing on their personal account about these

13  deals.  The most important thing about this is Roger Ng says,

14  you know, sort of figuring out how the deal is going to work

15  and what the various rates are and how it's structured.  Tim

16  Leissner says that his calculations are right.  And Roger Ng

17  basically says they are right and if this works out, it will

18  more than my bonus.

19          So they're really -- they're always looking for

20  wheeling and dealing, what else can we do to bring money in,

21  and you'll see that it's always the defendant and Tim Leissner

22  together.  And in many occasions, they're also trying to bring

23  Jho Low in because they know Jho Low has a lot of money and

24  Jho Low is up for doing a lot of deals.

25          This is another example of a deal that they're

CMH        OCR        RDR        FCRR

Summation - Smith                             5233

1   discussing with Michael Beck and Stephen Dattels in October of

2   2010 and they're talking about, What do you think for JL, what

3   do you think for Jho Low, should we bring Jho Low in on this.

4           And then the last side deal that I want to look at

5   but I think it's sort of the most important one is this e-mail

6   from May of 2011.  You can see that it's Roger Ng who's using

7   his gmail account, and he's also using the Queensgate account,

8   and he is e-mailing Tim Leissner and he's updating Tim

9   Leissner on the discussion that he had with Jho Low.  He's

10  talking about a side deal that they want to work on with a

11  company called Petronas which is a Malaysian company and Tim

12  Leissner testified that they tried to do deals with Petronas

13  before and with Goldman and it never worked out.

14          So Roger discussed this with Jho Low and he reports

15  back to Tim Leissner.  The most significant part of the e-mail

16  is that he says:  We need to pay Omar so that he plays ball.

17  And so, basically, in words to sort of get this deal through,

18  they're going to propose to pay Omar, and that's Omar Mustafa

19  who is on the board of the company, in order to, to sort of

20  make this deal happen.

21          Mr. Leissner explained in his testimony you don't

22  pay a sitting board member to get a deal done, that that is a

23  bribe.  So they are discussing here in May of 2011 over

24  personal e-mail accounts a side deal in which a bribe was

25  contemplated being paid.  So I think what it shows you is that

Summation - Smith                                    5234

1    these were two people who were willing to engage in corruption

2    to get their job done, they are comfortable of talking on

3    personal e-mail accounts about plans to bribe someone for a

4    deal, and a year out, almost a year out from Project Magnolia,

5    Jho Low is important.

6           So I think everything that we have seen in this

7    development of this relationship and the knowledge of the red

8    flags and the personal relationship that the defendant had

9    with Jho Low and these attempts at side deals, all of this

10   lays the foundation for what happens in 2012.  And what

11   happens in 2012 with the bribery scheme does not come out of

12   nowhere.  All of these pieces that we've been talking about,

13   the connections to government officials, the communications on

14   personal e-mail accounts, the discussion of potentially paying

15   bribes, trying to do side deals away from Goldman, violating

16   Goldman's policies which we'll talk about, all of this sets

17   the stage for what happens next.  And what happens next, what

18   we're going to focus on now is the bribery scheme itself.

19          This is Government Exhibit 2226 and you can see in

20   this e-mail and the next evident mail, Jho Low finally comes

21   through and is going to bring the defendant and Roger Ng

22   really big deals that they can do for Goldman.  And this is an

23   e-mail, again, all on personal e-mails between Tim Leissner's

24   Yahoo, the DealRainman account which is Jho Low's account, and

25   Roger Ng at his Queensgate account and they're discussing very

Summation - Smith                                    5235

1   early on in January 2012 the assets in Tanjong Energy which is

2   the deal that eventually becomes Project Magnolia.

3            You can see here that they're discussing it over

4   their personal e-mail accounts.  This is a continuation of the

5   e-mail exchange.  And the defendant says to Tim Leissner:

6   This makes the deal more real.  How do you like the name

7   Queensgate?

8            So, again, they're discussing it on personal e-mail

9   accounts, they're setting the seed for what's going to become

10  the deal and they're discussing it with Jho Low.

11           And then the next e-mail I want to show you is

12  Government Exhibit 228 which is from January of 2012.  And if

13  you look at the bottom e-mail which is the first e-mail in the

14  chain, it's Jho Low at that Jho Low gmail which, again, gets

15  deleted, and it says to Shahrol Halmi who works at 1MDB:

16  Making an introduction to Tim and Roger's private e-mail

17  accounts as discussed.

18           So they've been talking about the deal and they're

19  getting ready to get the deal off the ground.  Jho Low is

20  going to introduce the defendant and Tim Leissner to the

21  person at 1MDB that they need to talk to, so, again, making an

22  introduction on their private e-mail account so we can do this

23  off of Goldman's systems.  Then he says, Please exclude me

24  from the e-mail going forward, because he wants to be separate

25  from 1MDB and he's pulling the strings behind the scenes but

Summation - Smith                          5236

1    he doesn't actually want to be involved even on these private

2    e-mail accounts.  You can see the defendant writes back, Works

3    for me and we'll get a meeting set up, and that's in January

4    of 2012.

5            So what we're going to do next is sort of walk

6    through the four critical meetings that we talked about a

7    number of times during the trial related to the bribery scheme

8    starting with the London meeting in February 26 of 2012 and

9    before we do that, I just want to take a moment here to talk

10   about Tim Leissner because we're going to start with Tim

11   Leissner's testimony about what happened at the London scheme.

12           So as you know, Tim Leissner has pled guilty to

13   violating the FPCA and money laundering and he testified here

14   under a cooperation agreement.  As my colleague Mr. Wible told

15   you at the outset and I'm going to tell you now, you should

16   scrutinize this testimony closely.  I submit that when you do,

17   you'll find that what he told you about the crimes that he

18   committed with the defendant and others is backed up by and

19   consistent with the other evidence in the case.  That is,

20   Leissner didn't tell you anything you don't already know from

21   e-mails and the phone logs and the bank records and the travel

22   documents for the defendant and their co-conspirators.  It is

23   all right there in black and white in the documents.

24           Leissner's testimony is helpful because it gives you

25   color and context for the events surrounding the crimes and it

Summation - Smith                                5237

1    gives you an inside look into the conspiracies, but I submit

2    that you already know that the defendant is guilty from the

3    other evidence in the case.  That's been true of everything

4    that I walked you through so far and that's going be true of

5    everything that we walk through from this moment forward.

6              So keeping that in mind, we're going to start with

7    Leissner's testimony about the London meeting.  He explained

8    to you that they traveled to London to sort of discuss the

9    Goldman Sachs side of the deal.  So they knew this deal was in

10   the works, we saw the e-mails where they were sort of setting

11   things up, but now they have to do the structure because it's

12   a $1.5 billion fundraising and that doesn't just happen.  You

13   have to have -- there's a lot of paperwork, there are -- all

14   the financial structures have to be in place and it is a lot

15   of work to put together.

16             So they went to Jho Low's residence in London to

17   sort of figure out what was happening and how to put this

18   together and how they were going to make this deal come to

19   fruition.  And when they were at the meeting, what Jho Low

20   said to them was to get this deal done, we are going to have

21   to pay off a lot of people in Malaysia and Abu Dhabi.  And so

22   Jho Low walked them through who is going to have to get paid

23   to get this enormous deal done especially in a time frame that

24   they wanted to get it done which is quickly.

25             So he said -- Leissner testified that the defendant

Summation - Smith                                   5238

1   was there and on Jho Low's side, he had himself, Jasmine Loo

2   who is the general counsel of 1MDB, and then also Nik Faisal

3   who is the CEO of the subsidiary of 1MDB and also the person

4   who is on that e-mail account that he and Jho Low both used.

5           Then Leissner walked you through who Jho Low said

6   was going to have to be bribed to get this done.  It's sort of

7   the same cast of characters that you see up here that you saw

8   in the bank accounts receiving the money from Malaysia and

9   from Abu Dhabi and then obviously Jho himself.

10          So you have Najib Razak, the Prime Minister of

11  Malaysia who winds up getting almost $700 million.  You have

12  Rosmah Mansoor, his wife.  1MDB officials which are going to

13  include Jasmine Loo and Terence Geh.  Then on the Abu Dhabi

14  side, you have Sheikh Mansour who we talked about who was the

15  chairman of IPIC.  You are going to have Al-Qubaisi and

16  Al-Husseiny who work at IPIC and Aabar, IPIC, in general, and

17  then Yousef Al-Otaiba who is the ambassador who can kind of be

18  there if necessary.  And they also discussed at the meeting,

19  well, the money to pay all these people, we're raising

20  $1.5 billion, we'll take the money for the bribes out of that

21  raise.

22          So that is what's discussed at the London meeting.

23  They go in there to discuss the structure and in order to get

24  it done, we're going to have to pay the bribes.

25          (Continued on next page.)

CMH      OCR      RDR      FCRR

1          MS. SMITH:  We know from the travel records, which

2     you have all seen, that both the defendant, Roger Ng, and Jho

3     Low were all in London at the time of the London meeting on

4     February 26.

5          We also know that Jasmine Loo was at the meeting.

6     As you can see, she sends this e-mail on February 27 where she

7     says the next day:  I'm still in London and running meetings.

8          We know that Terence Geh was there too.  We saw the

9     chat where he talked being at Jho Low's apartment.  We see

10    this e-mail where Jasmine Loo adds Terence Geh to the deal

11    team the day after the London meeting, and Roger Ng says to

12    Terence Geh:  Welcome to the deal team.  Then he says:  You

13    will not regret it.  Boy, does Terence Geh not regret it.  He

14    ends up getting millions of dollars for his role in this

15    scheme.

16         What else do we know about what happened at the

17    London meeting.  We know that the structure of the deal and

18    how it was getting done is what was discussed.  The first

19    thing that Jasmine Loo does the same day of meeting, is e-mail

20    Tim Leissner and Roger Ng a chart showing the structure for

21    the deal and everything that needs to get done on the Goldman

22    side in order for the deal to more forward.  You can see at

23    this point there is a payment from 1MDB to the Aabar SPV, a

24    subsidiary of Aabar.  That's the way the money is ultimately

25    taken out of the 1MDB deal and used to pay the bribes.

1          This, as you know, changes.  That payment is no

2     longer -- later it's taken out, and Goldman is told they are

3     not going to get paid they are just going to get the warrants.

4     At this point, this is the structure that they are talking

5     about.

6          What everybody does from the London meeting forward

7     and what you're going to see, is they work on two things.

8     They work on getting the deal done.  There is a lot of work to

9     be done to get the deal finalized and the paperwork done, and

10    all the financial analysis and getting approved at Goldman.

11    And then they are going to get on board all the parties that

12    they need to get on board.  And everybody needs to agree to

13    get bribed.  And this is how they are going to do it from this

14    point forward.

15         One other thing about the chart.  What happens with

16    the chart, so Jasmine Loo e-mails it to Roger Ng and Tim

17    Leissner.  Two days later, Roger Ng e-mails it from his

18    Goldman account to his personal gmail account, the

19    RogerNg1@gmail account that gets deleted at the end of the

20    conspiracy.  This is the beginning of a pattern of e-mails

21    where you can see the defendant e-mailing stuff to his

22    personal e-mail account and communicating to his personal

23    e-mail, taking that information about the deal and filtering

24    it back to Goldman.

25         He and Tim Leissner are talking to Jho Low -- and

1  we'll later see them talking to Jasmine Loo over the personal

2  e-mail account -- discussing the structure, what they need to

3  do to get things done, various things that need to be

4  delivered.  Then they come back to the Goldman accounts and do

5  it officially.  This is a pattern that repeats through this

6  whole time period of getting the deals done, you can see the

7  defendant communicating with Jho Low on his personal accounts.

8        We walked through some of these during the testimony

9  of Special Agent Ryan Collins.  But just as an example, if you

10 compare Government's Exhibit 1764 to Government's Exhibit

11 1758, these are both from March 1st, 2012, so right after the

12 London meeting.  The one on the left is from the

13 RogerNg1@gmail, so the gmail account that gets deleted, to

14 Roger Ng's personal Goldman account.  That e-mail says:

15 Please have your team update and resend ASAP word doc for.

16 And it has at the bottom:  Other comments coming.  Send back

17 ASAP.

18        So it is clear this is an e-mail being forwarded

19 from the gmail account to the Goldman account and it came from

20 somewhere else.  Because someone is asking Roger Ng to update

21 the document and someone is saying other docs are coming.  I

22 submit to you, this is clear this is Jho Low who he's

23 communicating with or someone working for Jho Low.

24        What is really significant is when this e-mail gets

25 sent to Andy Tai at Goldman.  You remember Andy Tai, the first

1   witness in the case.  He came in and testified he was very

2   junior on the deal team at the time, and he did not about Jho

3   Low's involvement.  You have Roger Ng taking that e-mail,

4   putting it into a Goldman e-mail, taking out the:  Please have

5   your team update and the other comments.  So it looks like

6   these comments are coming from him, when in fact, they are

7   combing from Jho Low.

8        He says:  Andy, some comments.  And he puts the

9   comments in.  And he takes out the parts of the email that

10  would show that it came from somebody else.

11       Let's look at another example, because there are a

12  number of these.  Government's Exhibit 1767 is on the left,

13  Government's Exhibit 1766 is on the right.  And this is one

14  that we actually talked about with Andy Tai.  He obviously had

15  never seen the one on the left, but he had seen the one on the

16  right.  The left is the RogerNg1@gmail that gets deleted and

17  goes to Roger Ng's Goldman account.  And this one can you see

18  is a forward forward, so it is being forwarded from somewhere

19  but it's not clear where.

20       Again, it includes a whole bunch of comments -- this

21  is March 2nd the next day -- a whole bunch of comments about

22  the deal, how to update deal paperwork.  In the e-mail it

23  says:  As per discussed, you make all these changes.

24       You can see on the bottom, again, it had been

25  forwarded twice, but he's removed where it's coming from.  On

*Summations - Ms. Smith*                                           5243

1   the right, he forwards the e-mail to Andy Tai and says:

2   Please find additional comments.  Doesn't actually say where

3   they are coming from.  Andy Tai testified he couldn't figure

4   out where the forward was coming from.  He's passing along the

5   input from Jho Low and others working from Jho Low on the deal

6   as the deal is happening.  He's doing this offline with the

7   personal e-mail accounts.

8           Just as a third example, again in the same time

9   period March 2.  On the left is Government's Exhibit 1768, on

10  the right is Government's Exhibit 2251.  This is Roger Ng.

11  This time the information is going from his Goldman account to

12  the RogerNg1 gmail account that gets deleted.  This time he's

13  forwarding a copy of the presentation that Andy Tai put

14  together, and he's forwarding it from his Goldman account to

15  his personal account.  There is no reason, as Caroline Fraser,

16  who came and talked to you about all of these at policies at

17  Goldman would say, no reason for him to be forwarding Goldman

18  documents to his personal account; particularly, in a case

19  like this where it's a significant deal.  It's private, it's

20  not public.  There is no reason for him to be forwarding this

21  Goldman document to himself.

22          But what happens with the document?  And keep in

23  mind again the RogerNg1@gmail account gets deleted and the

24  dealrainman1@gmail gets deleted.  The only reason we have

25  these emails is because the one on the left got forwarded from

1   Goldman; and the one on the right, as you saw the stipulation,

2   Husseiny's lawyer provided those documents to the Government.

3   We don't have the e-mails in between RogerNg1@gmail and Deal

4   Rainman, because those got deleted.  What we can see is that

5   the Roger Ng gmail account gets this presentation, and then

6   four days later the Deal Rainman account forwards this

7   presentation to Husseiny with slight changes, but the same set

8   of documents.

9          If we look at the next slide, those are the two

10  attachments for those two emails.  The one on the left is the

11  one that Roger Ng forwarded himself; the one on the right is

12  the one that Deal Rainman forwards on to Al-Husseiny.  They

13  are not exactly the same, but it's the same Goldman document.

14  We see some information has been changed on the second slide

15  when it comes from Deal Rainman, but this is what is

16  happening.  Roger Ng is communicating with Jho Low offline on

17  personal accounts.  They show back up in the Goldman system

18  with comments that he wants.  He gets those comments.  Then he

19  forwards the completed Goldman documents back to Jho Low to

20  use as he needs in connection with the deals.

21          And all of this happening in a week or two after the

22  London meeting.

23          The next meeting is the Abu Dhabi meeting, March 3rd

24  and 4th of 2012, only about a week after the London meeting.

25  At this point the plan is in motion.  They are working on the

1   structure at Goldman.  They are communicating with Jho Low

2   offline.  And now they are going to go to Abu Dhabi and they

3   are going to convince IPIC and Aabar to get on board.

4            We know that Jho Low and Roger Ng and Tim Leissner

5   were all in Abu Dhabi for this meeting.  We know they have a

6   meeting at Emirates Palace, where Tim Leissner was staying

7   from the TEAMS records.  This is Roger Ng updating another

8   Goldman banker, Toby Watson, who we'll talk about later.  And

9   explaining the purpose of the meeting was to get IPIC and

10  Aabar on board.  He said to Toby Watson:  Did Andrea --

11  talking about Andrea Vella -- post you.  Toby Watson said:

12  No, how did it go.  He says:  CEO IPIC and CEO Aabar have in

13  principle agreed.  PM Malaysia will also be speaking with

14  Ruler/Emir of Abu Dhabi.

15           The plan is in motion.  They are making sure that

16  IPIC and Aabar will be providing the guarantee.  And he knows

17  that this is the Prime Minister of Malaysia and the Ruler of

18  Emirates of Abu Dhabi are getting on the same page as well.

19           I think we'll talk about this a little more later,

20  Toby Watson is one of the inner group of people who knows

21  about Jho Low but doesn't know about the bribes.  So Roger is

22  updating him on what is going on with this aspect, but he's

23  not in the actual inner circle, which is just Roger Ng and Tim

24  Leissner who know that bribes are going to get paid.

25           In the same time period, while in Abu Dhabi on

1   March 4, Roger Ng is once again sending Goldman documents he

2   put together for the deal from his Goldman account, sending

3   them to his gmail account.  This happens all the way through

4   as the deal is progressing.  He's continuing to send stuff to

5   himself.

6           What happens next, and there is a lot of testimony

7   about this, is Leissner delivers the letter for Sheikh Mansour

8   to Al-Husseiny in Abu Dhabi.  This is in line with what the

9   defendant just talked about, that they need to get IPIC and

10  Aabar on board and make sure that Abu Dhabi and Malaysia are

11  coordinating.

12          We saw the e-mail from Jho Low, the Deal Rainman

13  account, saying:  Please do not respond to this e-mail,

14  sending it to Husseiny.  Asking for the contact point for the

15  delivery of the letter.

16          We also see Tim Leissner, he was just in Abu Dhabi,

17  he's going back to Abu Dhabi a few days later to make sure

18  this letter gets delivered.

19          That brings us to the Los Angeles and New York

20  meetings in March 25 to 27 of 2012.  We see meetings.

21  Obviously they talk about the structure, who needs to be

22  bribed.  We saw meetings to get IPIC and Aabar on board.  And

23  now we see a series of meetings to talk about the MNA portion

24  of the transaction, the actual assets that will be sold as

25  part of the bond deal, and referred to as one point as Project

1   Turin.  This is what the meeting in Los Angeles and New York

2   is about.

3          If we start with Government's Exhibit 805, you can

4   see that the meeting -- this is an e-mail from the defendant,

5   Roger Ng.  The meeting was originally scheduled to take place

6   in New York and it was going to be with Ananda Krishnan

7   Christian, who was the owner of the Tanjong Energy Assets for

8   Project Magnolia.  And Roger is asking his assistant:  Can you

9   book me to get to New York by Sunday evening.  He asked to

10  stay at the Sofitel New York, because he's going to stay at

11  the same hotels with Tim Leissner, that way we can be with the

12  client.  The purpose of the trip is to meet Ananda Krishnan

13  regarding Project Magnolia with Tim Leissner.

14         This is the original plan for the trip.  They are

15  going to meet in New York.  They are going to talk about

16  Project Magnolia.  They are going to meet with Ananda

17  Krishnan, and it's going to be Tim Leissner and Roger Ng.

18         Then what happens is that March 23 Roger Ng gets a

19  call from Jho Low and the New York meeting is going to be

20  moving to L.A.  So instead of meeting in New York they will

21  meet at L.A. at a L'Ermitage.  The L'Ermitage was owned by Jho

22  Low.  So he asked ask that his travel plans get changed and

23  also to get approval to stay at L'Ermitage, which is owned by

24  a related client on the deal.  He doesn't say Jho Low.  He's

25  not talking about Jho Low.  But he wants to stay the

1   L'Ermitage for that reason.

2           What happens next is that we know that Jho Low and

3   Tim Leissner and Roger Ng all meet at the L'Ermitage, March 25

4   to 26, and discuss Project Magnolia.  Jho Low says to Tim

5   Leissner:  See you at 6:00 p.m. at L'Ermitage.  Tell Roger.

6           You can see that Tim Leissner is having his

7   documents sent there and Roger Ng stays there.  So all three

8   of them were at this meeting.

9           What happens next is that Tim Leissner travels with

10  Jho Low onto New York to meet with Ananda Krishnan as

11  originally planned.  So you can see that Tim Leissner takes

12  Jho Low's private jet from L.A. to Teterboro in New Jersey.

13  They go from Teterboro to Manhattan you heard a lot about the

14  waters passing through the Eastern District of New York to get

15  to Manhattan.  And he stays at Sofitel where Roger Ng was

16  going to stay.  This is the meeting they planned with Ananda

17  Krishnan.  You know that Ananda Krishnan doesn't go to L.A.

18  but winds up going to New York as originally planned, and

19  that's where Tim Leissner meets him.  That's Defense Exhibit

20  2219.

21          They talk about having dinner Monday night, which is

22  after Roger Ng goes from L.A. back to Asia.  And Tim Leissner

23  and Jho Low go to New York.  They meet up in New York to

24  discuss Project Magnolia.

25          We also see both from the text records and from Tim

1   Leissner's own flight records that they have a meeting in New

2   York.  They stayed at Sofitel.  Then they left from New York

3   from J.F.K. Airport in Queens.

4         Then in the same time period, again this is another

5   example of communications offline, Government's Exhibit 2266

6   and Government's Exhibit 1812, if you compare the two of them,

7   another example of Tim Leissner, Jasmine Loo using the Project

8   Dodobird e-mail address and Roger Ng using RogerNg1@gmail

9   account, which gets deleted, discussing Project Magnolia.  And

10  Tim Leissner says to Jasmine Loo:  Could I trouble you to

11  forward this to our GS account, then I can handle officially.

12  Sorry for that.

13        This is March 28, 2012; so right in between the L.A.

14  New York meeting and the next meeting we're going to talk

15  about.  And what does Jasmine Loo do?  She forwards this

16  e-mail that Tim put together as if she came up with it

17  herself.  She forwards it officially to the defendant and to

18  Tim Leissner's Goldman Sachs account.  And Roger Ng says:

19  Yeah, I'll take care of this.  As if this had not been already

20  discussed on the side on their personal e-mail addresses.

21        During this whole time period, this is happening

22  offline on the personal e-mail accounts.

23        Then the final key meeting that I want to talk about

24  is the meeting in Singapore with BSI on April 21, 2012.  If

25  you look at the defendants TEEMS records and e-mails, tons of

1  meeting all over the place during this time period for Project

2  Magnolia.  We're highlighting the top four, but throughout

3  he's consistently working on these deals.

4          The Singapore meeting on April 21, 2012.  We've got

5  the structure down, they have the deal, they got all the

6  officials on board.  Now we need to figure out how we're going

7  to get the money, how 1MDB will be used for bribes.

8          For the Singapore meeting, again, there are records

9  showing everyone who was there.  You have Jho Low's landing

10  card for Singapore.  Roger Ng says he's there to meet was

11  client for 1MDB and for Project Magnolia.  Tim Leissner's

12  hotel records as well.  So they are all in Singapore for this

13  April 21 meeting.

14          What do we know about the meeting itself?  So

15  Leissner told when you he testified, this is transcript page

16  943 and 945, that Jho Low and Roger organized the lunch and it

17  was to tell BSI about the bond raise, to give them comfort

18  that Goldman Sachs did the work, to give them comfort.  And

19  prior to the meeting, the defendant, Tim Leissner and Jho Low

20  met in a separate room, at the same restaurant but a private

21  room, discussed the game plan.  And then they went into meet

22  with the BSI bankers, which included Yak Yew Chee, who was Jho

23  Low's private banker.

24          The idea was that BSI bank was going to get money

25  out of the transaction and Jho Low wanted the defendant and

1    Tim Leissner to go to the BSI bankers and make them

2    comfortable that this was a legitimate transaction.  So that

3    was the purpose of the Singapore meeting.  That took place in

4    on April 21 with the BSI bankers.

5            THE COURT:  Members of the jury, it's 11:30 a.m.

6    We're going to take a short 15-minute break.  Remember that

7    you still cannot discuss the case among yourselves.

8            (Jury exits the courtroom.)

9            THE COURT:  I'll see the parties in 15 minutes.

10           (Brief recess.)

11           (Jury enters the courtroom.)

12           THE COURT:  Please be seated.

13           Please continue, Ms. Smith.

14           MS. SMITH:  We left off with the Singapore meeting

15   in April 21, 2012.  And when left off, we were talking about

16   Leissner's testimony about the purpose of the meeting and the

17   fact that they went to the restaurant to meet with the BSI

18   bankers.  And Tim Leissner and Roger Ng met with Jho Low in a

19   separate room within the restaurant first, and then had the

20   meeting with the bankers.

21           You know that this meeting happened, in part,

22   because we have an e-mail from BSI about the meeting itself

23   where BSI is saying:  We understand that we've been invited to

24   a closed-door presentation by Goldman Sachs on the bonds to be

25   issued by 1MDB tomorrow afternoon.  The e-mail is dated

1    April 20.  It says:  The presentation is conducted by Goldman

2    Sachs.  And then it also says that:  I understand another

3    client, Low, will be present at the meeting.

4           So this is an e-mail from within BSI talking about

5    the meeting that is going to happen the next day.  That's

6    Government's Exhibit 2269.

7           Then you heard from Kevin Swampilai, the BSI banker

8    who came from Singapore to testify during the trial.  And he

9    corroborated Tim Leissner.

10          He said -- it's not on the screen, but it's

11   transcript page 3237 -- that his understanding from Yak Yew

12   Chee was that Jho Low was there and in a different room.  And

13   that at the meeting itself he was expecting sort of a

14   presentation from Goldman explaining the deals and the due

15   diligence they had done; but in fact what Tim Leissner did,

16   was said, we're doing these deals.  He didn't give a

17   presentation.  He blew off any discussion of due diligence.

18          The reason you know that this happened, is because

19   Tim Leissner and Roger Ng thought that this was sort of just a

20   meet-and-greet, that BSI with Yak Yew Chee was Low's personal

21   banker, BSI was on board.  They were there was to provide

22   legitimacy that the deals were happening.  They didn't intend

23   to get into any of the details of the deals themselves.

24          The meeting happens.  Tim Leissner, Roger Ng talk to

25   Jho Low about the need for this account at BSI and its getting

*Summations - Ms. Smith*                                        5253

1   set up.  We know that's where the money from 1MDB actually

2   winds up.

3             They when they meet with the bankers themselves,

4   they assure BSI that the transactions are happening but they

5   don't talk about anything related to due diligence.  Because

6   it's a meeting for show.  It's a meeting so BSI knows the bond

7   deals are actually happening.  No one is going to be able to

8   give assurances about the legitimacy of what money is coming

9   into the BSI bank, because it's going to wind up being

10  criminal proceeds.  And you know that Tim Leissner had to

11  leave the meeting early because he had to be somewhere else,

12  and that Roger Ng stayed behind.

13            And Kevin Swampilai testified that he left the

14  meeting relatively early.  And that Yak Yew Chee and the

15  defendant Roger Ng were still in the meeting when he left.

16            So that's the April 21, 2012 meeting in Singapore.

17  And again, if you think back to what we discussed at the

18  beginning of my presentation, that's exactly one month before

19  Roger Ng and Hwee Bin Lim tell their bank that they are

20  getting money from BSI.

21            So ultimately the Project Magnolia closes and we're

22  going to talk at a later point about what the defendant and

23  Tim Leissner were doing at Goldman Sachs to ensure that would

24  happen.

25            This is a copy of the SWIFT payment.  We heard about

1    SWIFT payments, it's a message indicating that a wire transfer

2    has gone through.  It's the transfer of funds after the close

3    of the Project Magnolia, and that happens on May 21, 2012.

4           Then you heard testimony from Tim Leissner, pages

5    981 and 995, about the payment of the bribes and kickbacks

6    after Project Magnolia closes.

7           Earlier this morning I talked about how Tim Leissner

8    volunteered to use Capital Place because the payments out of

9    Project Magnolia for the bribes and the kickbacks were

10   delayed.  The defendant and Tim Leissner expected the money

11   much sooner than they got it; so they had a discussion when

12   the money wasn't forthcoming to determine how to get Jho Low

13   to move the payments along.  Tim Leissner and Roger Ng discuss

14   that Tim Leissner could use a company he already had set up,

15   Capital Place, to take in and disburse some of the funds if

16   Jho Low needed that additional help.  That's the testimony

17   that you heard from Leissner about what was going on during

18   that time period.

19          He also testified that a number of people were

20   complaining because they also had not been paid.  One of the

21   people who said he was complaining was Jasmine Loo.  She had

22   an account at Credit Suisse and she was waiting for her

23   payment as well.

24          We know from Tim Leissner's testimony that he did

25   not actually see bank account records from this case at all.

1   This is Government's Exhibit 151.  If you remember, he didn't

2   have access to Capital One bank account.  He had everything

3   from that account from Judy.

4           Here's the money flow from Project Magnolia that

5   forensic accountant Eric Van Dorn walked you through.  The

6   money flow itself is corroborating Leissner's testimony about

7   the payments of the bribes and the kickbacks out of Project

8   Magnolia.

9           Who gets paid first?  The most important people to

10  the deal, so that's Jho Low, that's Prime Minister Razak,

11  Qubaisi, Hussainy.  Then we get to Roger Ng and Tim Leissner.

12  We know that Jasmine Loo got paid next.  And that the

13  Heartland Global account that she gets paid into, is a Credit

14  Suisse account.  These are the people that get paid relatively

15  soon after Project Magnolia closes, not as soon as the

16  defendant wanted.  And then you get a payment to Yahaya in

17  August.  But everybody else involved in the deal has to wait.

18  They don't get paid out right away.

19          You hear Tim Leissner says that Terence Geh is

20  complaining that those people don't wind up getting paid until

21  later.

22          The money flow confirmed that the most important

23  people get paid first, that included the Goldman bankers.

24  They needed Goldman to get the deal done.  They had to wait

25  for the other payments to go through.

1          One of the reasons that Goldman gets paid first is,

2     again, they needed Goldman to get the deal done.

3          Then what happened after Project Magnolia?  Project

4     Maximus.

5          And the numbers are staggering.  They raised

6     $1.5 billion for Project Magnolia.  And what do they want to

7     do?  Another deal for another $1.5 billion right away.

8          Tim Leissner testified that he had discussions with

9     Jho Low and the defendant, and that Jho Low wanted to do

10    another deal because he thought the scheme had worked well and

11    there was more money to be made in a similar scheme.  He

12    wanted to do it very quickly.

13         Also at this part, the hard part is done.  They've

14    come up with the structure.  They've gotten everybody on

15    board.  They figured out who they have to pay.  The bank

16    accounts are set up.  So it's very easy for them to cut and

17    paste the deal that was Project Magnolia into the deal that is

18    Project Maximus.  That is what in fact happens.

19         We know that the defendant worked on Project Maximus

20    as well.  He's on the committee memos.  We saw e-mails

21    connected to his work on Project Maximus.

22         I want to show this e-mail, Government's Exhibit

23    1878.  It shows that the use of the personal e-mails continued

24    through Project Maximus.  This is a little bit hard to follow,

25    it's a long e-mail chain.  But there is an e-mail on the

1   bottom that's related to Project Maximus, which ultimately

2   gets forwarded to Jasmine Loo who then forwards it to Tim

3   Leissner and then the Queensgait Capital e-mail address and

4   Andy Tai.

5          If you remember, Andy Tai testified that he didn't

6   know who Queensgait Capital was.  This is in the Project

7   Maximus time period, and can you see the bottom e-mail from

8   Jasmine Loo she says:  Okay, thanks.  She realized that she

9   copied Queensgait improperly.  I accidently copied an e-mail

10  to a wrong individual, so please reply in a new e-mail.

11         Andy Tai doesn't know about Jho Low, doesn't know

12  about the Queensgait e-mail address.  And Jasmine Loo

13  accidently included him on an e-mail that she had sent to Tim

14  Leissner and Andy Tai.

15         So we know during this time period, the defendant

16  and Tim Leissner are still communicating offline with Jho Low

17  and with Jasmine Loo about the deals as they are doing Project

18  Maximus.  We know that the defendant is invited to the

19  committee meetings for Project Maximus, and we'll talk about

20  those in a bit.

21         This is Government's Exhibit 1873.  We also know

22  that the defendant attends the Project Maximus closing dinner.

23  Project Maximus closes in October of 2012, so it's really

24  fast.  We have Magnolia closing in May.  Then this cut and

25  paste job for another 1.5 billion that closes in October.

1          The defendant attends this closing dinner.  And Andy

2    Tai talked about a dinner to celebrate a deal, you meet with

3    client.  And that happened in Hong Kong.  On the right-hand

4    side of your screen Government's Exhibit 1885, November 12,

5    2012.

6          We know from the defendant's own records that the

7    defendant had a dinner with Tim Leissner and Jasmine Loo the

8    night before that closing dinner, the three of them.  We also

9    know that was the exact same time that the invoices get filed

10   for Jasmine Loo's purchase of diamonds and also the purchase

11   of diamonds that the defendant's wife makes from Karen

12   Collection.  We'll go back to that later on.  But we know that

13   as he's working again on Project Maximus, he's continuing to

14   use the defendant and Jasmine Loo, and he's using money from

15   the Silken Waters Victoria Square account.  The money gets

16   paid in September, but they are making purchases of diamonds

17   in the same time in Hong Kong as Project Maximus is closing.

18         Back to Tim Leissner's testimony again.  He was

19   asked whether he got his kickback from Project Maximus right

20   after that deal closing.  He said it took longer than that.

21   The reason for the delay was that people had been promised

22   money out of Magnolia and they didn't get paid out of

23   Magnolia.

24         When you look at the waterfall for Project Magnolia,

25   we know that people like Terence Geh and Vincent Koh didn't

1    get paid out of the Project Magnolia funds.  They were so busy

2    taking money out for all these people, they just didn't pay

3    everybody with that initial set of money, so their payments

4    actually got delayed.  So Leissner said that his payment and

5    Roger Ng's payment for Project Maximus didn't come right away

6    because Jho Low needed to pay out everybody else.  He also

7    said that this is where he begins to use Capital Place to make

8    payments at Jho Low's direction to other participants in the

9    scheme.

10          So he originally used it to pay Roger Ng and is now

11   being asked by Jho Low to pay a bunch of other people.

12          You remember the e-mails that we saw where Jho Low

13   or Eric Tan is directing Tim Leissner to make payments to a

14   bunch of different shell accounts.  And Tim Leissner testified

15   that his understanding was those individuals were participants

16   in the scheme.  He gets the instructions; he makes the

17   payments.

18          If we look at Government's Exhibit 152, that is

19   exactly what we see actually happening.  So this is the money

20   flow from Project Maximus, all of these people who didn't get

21   paid the first time around, get paid now.  So you've got

22   Terence Geh, Koh, Jerome Lee, they get their first payments

23   out of the Project Maximus money.  You can see that Capital

24   Place is now playing a bigger role and making some of those

25   payments at Low's direction.

1          Then because Jho Low's reed knows no bounds, they do

2     Project Catalyze, the final deal, $3 billion fundraising that

3     happens in March of 2013.

4          Again, this is the Capital committee memo for that,

5     the same process at Goldman.  Tim Leissner worked directly on

6     this deal.  The defendant did not work on this deal directly;

7     but he did, as we'll see as part of his role in the securities

8     division, he did sell the bonds for Project Catalyze.

9     Remember these are all debt transactions.  So Goldman buys the

10    bonds first then they sell them to other people.

11         So the defendant was involved in selling the bonds

12    for Project Catalyze.  And you can see that when they have

13    issues selling the bonds, he and Tim Leissner go back to Jho

14    Low for help to figure out who can buy them; because they had

15    done so many raises so quickly that they were having trouble

16    selling some of the bonds.

17         And so Jho Low at Deal Rainman address, is

18    connecting Tim Leissner with somebody in Malaysia who might be

19    interested in buying some of the bonds.  And that then gets

20    forwarded to Roger Ng.

21         Again, third deal still communicating on personal

22    e-mail addresses, the Rainman address for Jho Low that gets

23    deleted, and the RogerNg1 gmail address that gets deleted.

24    You can see that they are discussing the global bonds from the

25    Project Catalyze deal.

1              Then finally if we look at the transfers in the

2       Project Catalyze time frame, this is when Tim Leissner and

3       Roger Ng get the final transfers that I talked about earlier

4       this morning.  We can see that in this time frame, some of the

5       money for these transfers actually does come from Project

6       Maximus.  If you look at the payment out of the fake Aabar

7       account there with the asterisk, Eric Van Dorn testified that

8       money was left over from Project Maximus.  And then there was

9       other money in the mix in these accounts that came from

10      Project Catalyze.

11             It also shows you that Leissner testified to what he

12      knew.  His understanding from Jho Low was that they were

13      getting paid out from Maximus.  They wouldn't get a separate

14      payment from Catalyze.  And the money they were going to get,

15      was coming from Maximus or somewhere else.  He didn't actually

16      know because he didn't look at the bank records that that

17      money was traceable to Catalyze.  He thought it was coming

18      from somewhere else.  But it's entirely consistent with his

19      testimony that all of these people were still waiting for the

20      second payment out of Project Maximus and that money came

21      later in time.

22             You can see that here because people like Vincent

23      Koh, Jerome Lee, Terence Geh get the second payments in this

24      time period, as does Tim Leissner, and as does the defendant.

25             I want to talk next about the second conspiracy that

1  the defendant is charged with, which is the circumvention of

2  Goldman's internal accounting controls.  I want to look at

3  what the defendant and Tim Leissner were doing to push the

4  deals through at Goldman.

5         What they did was to lie to the Goldman committees

6  and to conceal information from the Goldman committees to get

7  them to sign off.  They obtained the authorization for the

8  deals by fraud.  What I'm going to walk you through is

9  basically the four things that they did not disclose to the

10 committee.

11        Again, that there were bribes that were going to get

12 paid out of the money.  That the fake Aabar account would

13 receive payments from 1MDB, and that really went to the

14 structure of the deal, right, the money goes into 1MDB then

15 gets pulled out to go to the fake Aabar account.  That Low was

16 actually the key decision-maker behind the deals pulling the

17 strings.  And that Roger Ng and Tim Leissner were going to be

18 receiving kickbacks from the deals, so they had a personal

19 financial interest.

20        That is what was not told to the committees.  That

21 is what, had the committees known, they would not have

22 approved the deals.

23        To start, you heard testimony from a number of

24 committee members throughout the trial.  One was Stephen

25 O'Flaherty, who is in the business intelligence group.  They

1    said that committee members need accurate information to

2    inform their decision.  If they are going to make a decision

3    to commit Goldman's money to a deal, they need to have full

4    information about what is going on with the deal in order to

5    approve it.  He also said that a deal wouldn't go forward if

6    they knew that bribes were being paid.  And a deal wouldn't go

7    forward if there was a substantial payment that wasn't

8    disclosed.  That it is important to Goldman to understand all

9    of the financial aspects of the deal in order to sign off on

10   them.

11            You heard similar testimony from Robert Mass and

12   Craig Broderick, other committee members, who talked about

13   they would want to know of any third-party, intermediaries

14   involved.  They want to know if anybody on the deal team has a

15   personal conflict.  These are all things that the committees

16   need to know before they approve a deal.

17            You heard testimony from Leissner about what the

18   agreement was with him and the defendant and a few others

19   about what to tell Goldman about Jho Low.  The question he was

20   asked was basically, Jho Low had now rejected a bunch of times

21   private wealth management clients, rejected in 2010 in

22   Switzerland, 2011 in Singapore, you got the Kazak Gold

23   rejection.  Why are you guys working with him for these, why

24   were you working with Jho Low for these deals?  And the answer

25   is because Jho Low is the one that brought the deals to the

1    table.  They are working with Jho Low because they had to.

2    They wanted to get the business in and they didn't want

3    Goldman to know that.  So they needed to work with him, but

4    they needed Goldman not to know that is sort of the crux of

5    what is going on in this part of the conspiracy.

6         He talked to you about how they made a decision to

7    keep the information from the control functions.  And that the

8    defendant and Tim Leissner, along with a couple of other

9    people, Andre Vella, Toby Watson and Jonathan Dunne knew that

10   Jho Low was involved.

11        Again, there is a distinction.  The defendant and

12   Tim Leissner knew about the bribes; the other people knew that

13   Jho Low was on the edges.  They are all business people.  They

14   know Jho Low is involved.  They make a decision, we want to

15   get these deals done, if Goldman knows that Jho Low is

16   involved it's not going to happen, so we're going to agree

17   that we're not going to talk about Jho Low on Goldman e-mails,

18   keep it off of the system.  We're not going to mention to the

19   committee that Jho Low is involved, that's how we're going to

20   get the deals done.  That's exactly what you see happening.

21        We walked through all the e-mails where Tim Leissner

22   and the defendant are e-mailing with Jho Low not on Goldman

23   e-mails to keep him out of the mix.  And we're going to see

24   all the ways in which they also didn't disclose him to the

25   committees.

1           One point here is about Andy Tai, the junior banker

2      who you heard from in the beginning of the trial.  This is

3      testimony from him about how he didn't know Jho Low was

4      involved.  And he is working 80- to 90-hour weeks with the

5      defendant and Tim Leissner on these deals to get them done.

6      You see him all over the official Goldman e-mails related to

7      the deals.  He's working on the committee memos.  He didn't

8      know that Jho Low is involved.  That's really significant,

9      because the defendant and Tim Leissner are keeping this

10     information close.  They are keeping it close.  Andrea Vella

11     Toby Watson, a couple of people know, but most do not,

12     including the people working constantly on these deals like

13     Andy Tai.

14          The reason why they needed to keep the information

15     so close is because they could not risk Goldman knowing that

16     Jho Low was involved.  And they certainly couldn't risk

17     Goldman knowing that the money was going to get paid to bribes

18     and to kickbacks.

19          You heard Andy Tai say that he did talk to the

20     defendant about Jho Low at some point and the only thing the

21     defendant said about Jho Low was that he was a boy from

22     Penang.  Keep that in mind.  The defendant is traveling with

23     Jho Low, e-mailing with Jho Low, gambling with Jho Low.  And

24     all he says to Andy Tai is he's a boy from Penang.

25          The bond deals were debt transactions.  That means

*Summations - Ms. Smith*                                       5266

1    that Goldman is using its own money to buy the bonds in the

2    first instance.  You see that in Government's Exhibit 53A,

3    Goldman's role is that they would purchase the bonds first.

4            Then this is also testimony from Broderick and Tai

5    about how for the bond deals Goldman used its own money.  The

6    reason that that matters is because if Goldman is using its

7    own money for a deal, they need to get authorization from the

8    Capital committee and Suitability committee in order for the

9    deal to proceed.  If Goldman is going to spend its own money

10   it wants to vet everything, make sure everything is okay,

11   before it commits to involving its own money into something.

12           So you heard testimony from Broderick and O'Flaherty

13   that Firmwide Capital and the Suitability committee reviewed

14   these deals for Goldman for Project Magnolia, Project Maximus

15   and Project Catalyze.

16           You saw the Firmwide Capital Committee Charter which

17   talks about having oversight of debt-related transactions.

18           You also heard testimony from Robert Mass an Andy

19   Tai who said these deals don't go through without the

20   committee approval.

21           We also know that the committees' authorization was

22   an internal accounting control.  We saw these printouts, what

23   they call the inside database.  And you heard testimony, which

24   I'll show you in a minute, from Sal Fortunato that these were

25   controls over financial reporting.  And the risk is they need

1   to make sure that deals that go forward are authorized by the

2   committees.

3           This is Government's Exhibit 952.  Then Sal

4   Fortunato testified that the inside database, where the

5   internal controls over financial reporting and making sure

6   that debt-related transactions received approval was in fact

7   one of those internal accounting controls.

8           So what Tim Leissner told you, and what is clear

9   from everybody else's testimony at Goldman, the only way they

10  were going to get authorization for these deals where billions

11  of bribes were being paid, was to lie to the committee.  The

12  only way to get authorization is to obtain it by fraud.

13          They knew they couldn't tell Goldman the truth about

14  any of four things:  The fact that bribes were going to get

15  paid.  The fact that Roger Ng and Tim Leissner were going to

16  get paid.  The fact that money was going to go from 1MDB to

17  Aabar.  And the fact that Jho Low was in fact the

18  decision-maker behind the deal.  None of that could be known

19  to Goldman.  So they obtained the committee's authorization by

20  lying to them.

21          We know that the defendant knew that it was

22  important to be honest and to provide material information to

23  the committee.  We know that because every committee member

24  came in here and told what you the expectations were of

25  Goldman employees, that they would be honest and they would

*Summations - Ms. Smith*                                      5268

1   provide accurate information about any deal before the

2   committee to Goldman.

3          This is Robert Mass providing that testimony,

4   because they wanted to kick the tires on every corner of every

5   transaction.  It's important that the deal team members

6   disclose everything.

7          You heard it from Andy Tai.  As he sits here today,

8   he is now a managing director at Goldman Sachs.  He said as a

9   managing director, if he knew that false information was being

10  provided he had a responsibility to speak up.  He knows he

11  can't lie to the committees.  He knows he can't conceal things

12  to the committee.

13         You know that the defendant, who was a managing

14  director at the time, knew that as well.

15         (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

Summations - Ms. Smith                    5269

1              MS. SMITH:  And you also knew that the defendant

2    knew that Goldman committees will focus on concerns about the

3    risk of government corruption generally and about Jho Low in

4    particular.

5              These are the committee memos.  This is an example,

6    Government Exhibit 803.  In the committee memos themselves

7    they talk about concerns, deals property and government

8    cronies.  This is something that they're worried about, is a

9    risk factor for the deal, and Roger Ng knew that he needed to

10   tell Goldman that he knew something about this.  He knew that

11   someone was going to get paid out of the deal.  And we know

12   Roger Ng worked on these committees memos because he would --

13   Andy Tai testified that all the deal team members contributed

14   information and reviewed them, Andy Tai is the junior guy who

15   is assembling them, but Roger Ng knew that this is what the

16   committees were looking at.

17             And if it wasn't clear from the memos, it was also

18   clear from the testimony that you heard.  So, Stephen

19   O'Flaherty testified that at the committee meeting he raised

20   the question of Jho Low, and Tim Leissner lied to him.  And so

21   the defendant, who we know was on all of those committee

22   meetings -- and we'll see those invites in a minute -- knew

23   that not only were they worried about government corruption

24   generally, but they were worried about Jho Low in particular

25   and there were specific questions asked at the committee

Summations - Ms. Smith                        5270

1    meetings about Jho Low.

2              You also heard that testimony from Andy Tai.  He

3    said his memory was that the question was that Jho Low was

4    involved in the transaction and Tim Leissner responded and

5    said -- answered no, and that nobody else spoke up and said,

6    actually, Jho Low is involved.

7              And we know at the time of these committee

8    meetings -- the first one is in April, the second one is in

9    May, there is an Asia Pacific meeting at the end of March --

10   the defendant is e-mailing constantly with Jho Low offline.

11   He's going -- April 21st, he's going to a meeting with

12   BSI Bank with Jho Low aside in a separate private room.  He

13   knows Jho Low is involved because he's dealing with him all

14   the time and he does not say anything.

15             We also saw an e-mail, which is Government

16   Exhibit 1974, where Andy Tai responded in connection with

17   Project Maximus to a specific question about whether Jho Low

18   was involved in the deal from the compliance team.  If you

19   remember, it is a really long e-mail chain which at some point

20   gets forwarded to the defendant.  And you can see that

21   Andy Tai, based on the information he has from the deal team

22   which includes the defendant, has no idea that Jho Low is

23   involved and that is an e-mail that the defendant ultimately

24   receives himself.

25             And then I'm just going to walk through this

Summations - Ms. Smith                    5271

1  quickly.  You know from Special Agent Cohen's testimony that

2  the defendant not only received but accepted invites to all

3  the committee meetings for Project Magnolia.  This is the

4  suitability committee meeting, this is the Firmwide Capital

5  Committee meeting; and then there was another call, I think

6  later in May, with a separate capital committee meeting.

7          And then we know from Tim Leissner's testimony, but

8  also from looking at the committee memos for Maximus and

9  Catalyze, that the same thing happened with the other two

10 deals.  None of that information is in the committee memos,

11 none of that information gets disclosed to the committees.

12         So for all three deals, the committees' approvals

13 were obtained by fraud.

14         I want to move on quickly to the money laundering

15 conspiracy.  As I said at the outset, you know, for money

16 laundering -- the Judge is going to explain to you the

17 elements and I am going to go through them a little bit more

18 in a minute -- but basically, you know, if you send -- there's

19 sort of three ways in which money laundering is charged here:

20 One is sending money into, out of or through the United States

21 when it's from a crime and the purpose of the transfer is to

22 conceal the fact that the money is from a crime; if you send

23 money in, out or through the United States in furtherance of a

24 crime, which is called promoting a crime; or, if you spend or

25 transfer over $10,000 in dirty money in the United States.  So

1   at a very high level sort of, we know that this bribery and

2   money laundering conspiracy, at every stage money is either

3   being transferred to conceal the source of the funds in

4   furtherance of the bribery scheme or to spend in excess of

5   $10,000, and we see that sort of all the way through the

6   transaction.  The whole money flow, each one of these is a

7   separate money laundering transaction, and we've talked about

8   how many of these wires went through the United States because

9   they were U.S. correspondent bank wires.

10          And you heard testimony from Roberto Amenta from the

11  Fed about how these money transfers happened instantaneously

12  and that any money transfers in U.S. dollars that's handled by

13  Fedwire or CHIPS must go through the United States -- and we

14  walked you guys through that diagram -- and that's true for

15  all of those wires.

16          He also told you -- and this is important to keep in

17  mind -- that the reason that people like to do U.S. dollar

18  denominated transactions is they like to use the U.S. monetary

19  system.  The U.S. dollar is stable, the U.S. monetary system

20  is well established, and it's a way in which you can transact

21  business and know that your transactions are going to go

22  through and be secure, and so there is a reason why people

23  come to the U.S. and use the U.S. financial system.  And

24  they're doing that in this case because they want their

25  transactions to be secure and they're use Fedwire and CHIPS

Summations - Ms. Smith                          5273

1   which go through the U.S.  And again, this chart, which is

2   multiple pages and lists many of the transactions for the

3   case, not only did all of these wires go through the U.S.

4   that's on this chart, but many of them also passed through the

5   Eastern District of New York either because CHIPS was

6   processing in New York or because they're Fedwire banks which

7   have their major accounts in New York.

8           And then we also see many wires.  This is Government

9   Exhibit 154, which is the chart related to the defendant's use

10  of funds, which we're going to walk through right now.  But

11  all of these transfers are money laundering transfers as well.

12          And so just at a high level, the money laundering

13  conspiracy evidence that I want to sort of walk you through

14  are the defendant's efforts to conceal the receipt of the

15  criminal funds and the transfers of those criminal proceeds

16  and so he uses a British Virgin Islands shell company and

17  nominee director, they use Tan Kim Chin's name, they use those

18  e-mail accounts that we talked about, they make false

19  statements about the source of the funds and then there's the

20  attempt to destroy the mail and shut down Silken Waters

21  Victoria Square once it's received all of the monies from the

22  crimes.  We also saw that the defendant himself controlled the

23  funds in those accounts and also once they were transferred

24  out, and we also saw transactions in excess of $10,000 in the

25  United States by the defendant.

Summations - Ms. Smith                                    5274

1          And so let's just walk through some of this quickly.

2          Again, you've got the use of the kctan9983 Gmail

3    account and the Victoria Square e-mail account.  And this, you

4    know, these are discussions of some of the money transfers.

5    The top e-mail, 2479, is a discussion of investments that were

6    going to be made out of the account.  If you remember that one

7    is signed "R," which is a way a lot of the defendant's e-mails

8    in other accounts were signed.

9          And then if you look at the bottom, you can see the

10   use of the kctan e-mail account to talk about -- Ms. Lim

11   writes "need to make my payment for my bling bling purchase,"

12   and that's a reference to the use of the money from Silken

13   Waters/Victoria Square, which, again, is all proceeds from the

14   bribery scheme to purchase the diamonds from Karen Collection.

15   So again, you can see that the defendant is directing

16   investments and Ms. Lim is the one who is directing payments

17   out of the Silken Waters account.  And again, I think this

18   puts the lie to Ms. Lim's testimony that the Victoria Square

19   Investment e-mail address was only being used for receiving

20   research reports from UBS when, in fact, what it's being used

21   by is the defendant to monitor and direct investments in and

22   out of this account.

23         We also know about the false statements to conceal

24   the source of the funds, so they lie to UBS and say the first

25   transfer is from equity investments.  And then the second two

1    transfers, the lie is that it's a gold venture and it's

2    actually coming from two different people, that's why it's

3    coming from two different accounts, when we, in fact, know

4    that both of those transfers were coming from Judy Leissner.

5            And then again we see that the defendant and his

6    wife used the money from the account to make purchases and

7    investments.  We talked about the Karen Collection jewelry,

8    the bling bling purchase.  We talked about Roger Ng directing

9    investments out of the account.  And then we also have this

10   hourglass from Rose Trading.  Ms. Lim's own testimony was that

11   she wanted to buy the hourglass for the longest time.  And at

12   the end, once the money comes in from the crime, she gets to

13   use the money to buy the hourglass.  These are purchases that

14   Ms. Lim and the defendant are making for themselves out of

15   this account.  And then Special Agent Fern also walked you

16   through a lot of evidence about they intended to use funds

17   from the account to purchase real estate in London.  They

18   didn't actually wind up doing that, but again, all those

19   e-mails show the intention to control the funds in the

20   account.

21           We also talked here about -- this is Government

22   Exhibit 359-T.  That's one of the recorded calls that you

23   heard from a bank.  And this is the call where Ms. Lim and

24   Fanny Khng discuss destroying the mail for Silken

25   Waters/Victoria Square.  And Fanny Khng says the mails can't

Summations - Ms. Smith                    5276

1  be destroyed because you're using this nominee service and

2  they're being held in the British Virgin Islands.  And Ms. Lim

3  says I want the mail to stop with you guys.  And she asks

4  whether the mail will continue to be held overseas even if she

5  dissolves the company, and that's Silken Waters/Victoria

6  Square.  And that's because she did not want records from UBS

7  related to this account sitting overseas somewhere else for

8  five years where someone can access them.  She wants that

9  information to stay with the bank only and she doesn't want it

10  sort of out there.  And we know that that is the reason why

11  she ultimately dissolves the company and asks them to stop the

12  mail.  It's not because, as she testified, that it was too

13  expensive, because she could have switched to a different

14  service.  And, in fact, she opened a shell company several

15  weeks later at the same time and put a mail hold on that one.

16  So it wasn't about the cost.  It was about right here; I want

17  the mail destroyed and I'm upset that they're going to hold

18  onto it even if I dissolve the company.

19          And if we look, as Ms. Lim testified, they had this

20  phone call and then she goes ahead and just dissolves the

21  company immediately.  Within a couple of weeks, they dissolve

22  the company.  And you can see from a note in UBS that they do

23  this at a meeting that -- surprise-surprise -- the defendant

24  and his wife attend and they proceed to transfer all of the

25  money out of Silken Waters into another account in the name of

1    the mother-in-law because they don't want any connection to

2    the stolen money.  It's come in -- right?  All of the

3    transfers in the account came in from the crime and they're

4    done and they want to move and put further distance between

5    them and that original account.

6            And then if we look at sort of the waterfall down

7    from Silken Waters where all the other places the defendant

8    and Ms. Lim moved the money, we can see that they controlled

9    those accounts as well, even the ones that were in the name of

10   Tan Kim Chin, the defendant's mother-in-law.  So, River Blue

11   is the clearest one.  We saw that the defendant gets his name

12   out of River Blue as an authorized user on July 1st, 2014,

13   just about four days after the last money from the criminal

14   scheme gets moved into that account.  We also see that the

15   Tan Kim Chin account at UBS, there's a note in that account

16   that that account is actively managed by Ms. Lim and by

17   Roger Ng.  And then if you look again at the money that gets

18   transferred from the -- between the two OCBC accounts -- and

19   those were two accounts that were in the name of Ms. Lim and

20   also in the name of Tan Kim Chin -- we see that Ms. Lim and

21   the defendant controlled the money in those accounts as well.

22   So, this is an example.  This is that transfer of $4.1 million

23   between the two accounts that happened in October of 2013.  If

24   you look at Government Exhibit 397, that's the authorization

25   for the movement.  And Ms. Lim writes that the reason that the

Summations - Ms. Smith                    5278

1   money is being moved is to purchase land in Johor, which is an

2   area of Malaysia, and at the same day there is an e-mail where

3   the defendant is looking at investment properties in Johor.

4   And so we know that it's not just the money in Silken

5   Waters/Victoria Square that they control, but every time they

6   move it out, even if it's in Tan Kim Chin's name or somewhere

7   else, they're controlling that money.

8           And then again, we've seen this a number of times,

9   many of these transactions both coming into the account and

10  going out of the account pass through the United States and

11  many of them also pass through the Eastern District of

12  New York.

13          And then finally, there are transactions in excess

14  of $10,000 in the United States because the shares of

15  Bristol-Meyers Squibb -- it's a U.S. company that they were

16  investing in -- the Karen Collection and the Rose Trading

17  Limited purchases were all transactions that went through U.S.

18  correspondent banks and through the Eastern District of

19  New York.

20          I want to take a minute here to talk about some

21  additional knowledge and intent on behalf of the defendant.  I

22  want to look at two categories of evidence.  One is sort of

23  the 2015 to 2018 time period and then I also want to talk

24  about Goldman's policies and procedures.  And this evidence is

25  really about the defendant's knowledge and intent generally.

Summations - Ms. Smith                    5279

1   It goes to all three of the criminal schemes and it really

2   ties in with a lot of what we've been seeing already from the

3   evidence that happened during the conspiracy time periods.

4           So you all know in 2015, you heard a ton of

5   testimony, that news reports about corruption at 1MDB sort of

6   increased and there was this Sarawak Report that was put out

7   in February 2012, and I think you heard testimony from Kevin

8   Swampillai that this was really big news.  Ms. Lim herself

9   said everyone in Malaysia was following what was going on.

10  And so those news reports...

11          (Pause in proceedings.)

12          Sorry, I said February 2012.  It's not in February

13  2012, it's in 2015, so I apologize.

14          So February 2015, after the conspiracy then, the

15  news reports about corruption at 1MDB increased.  We had seen

16  news reports earlier; we will look at those later.  But they

17  really pick up the pace at this point, and that's the point at

18  which the defendant and his wife delete four e-mail accounts

19  related to the criminal scheme.  The Victoria Square account

20  gets deleted in February of 2015 and then Queens Gate and

21  those two Roger Ng personal accounts that we saw all over the

22  Goldman documents and all over the e-mails with Jho Low are

23  deleted in March of 2015.  At the same time, the text records

24  show that Jho Low, who also deletes a lot of accounts -- and

25  we're going to talk about those in a bit -- stops traveling to

Summations - Ms. Smith                    5280

1    the United States, as does Roger Ng.  So the text records that

2    we looked at, the last flights for both of them into the

3    United States, are in March and July of 2015.  And you heard

4    testimony from Tim Leissner that Jho Low told him and the

5    defendant stop going to the U.S., you know, stay clear.

6    Leissner didn't follow those instructions; he wound up getting

7    a subpoena and then arrested.  But there was this caution to

8    sort of stay out of the U.S. because things are heating up.

9    And we know in the same time period in 2015 that Roger Ng is

10   questioned for the first time by Malaysian authorities in

11   connection with the transfers.

12          So then we get to 2016 and the pressure continues to

13   build.  As I said, Leissner didn't stop traveling, he winds up

14   getting subpoenaed.  We know that Leissner and Roger Ng then

15   discuss that subpoena immediately afterwards in Hong Kong and

16   there are travel records showing that they're both there at

17   the same time.

18          And then in 2017, Roger Ng is detained in Singapore

19   and law enforcement asks Ms. Lim about transfers from

20   Capital Place.  Ms. Lim testified that was the first time she

21   had heard of Capital Place.  I submit that that doesn't make

22   any sense because the bank records themselves, which she did

23   receive the bank statements, you know, that you get on a

24   monthly basis, said that the transfers, the first two

25   transfers and one of the two second set of transfers were

Summations - Ms. Smith                5281

1   coming from Capital Place.  She said that's the first time she

2   heard of Capital Place.  And what happens when the defendant

3   is detained in Singapore is really significant because the

4   defendant's detention is big news for Jho Low and for Tim

5   Leissner because they are concerned that these investigations

6   are starting to come closer to them.

7           And so I want to take a look at what happens when

8   sort of the defendant gets detained.  These are sort of

9   messages that were from the defendant's -- sorry, from Tim

10  Leissner's phone.  And he testified that these Super Energizer

11  Bunzzz address was Jho Low and his address is this Forza

12  address.

13          And so what happens in November of 2017 is Jho Low

14  contacts Tim Leissner and sends him this article about

15  Roger Ng's detention and there are a couple of things I just

16  want to highlight from it.  It basically says that Roger Ng is

17  being held in Singapore and at the same point he was in a

18  meeting with BSI with Yak Yew Chee, Tim Leissner, and Jho Low

19  for discussions on Aabar.  We know that that was, you know,

20  that meeting you heard testimony about.  And then it says:

21  Looks like SG is still going full force.  Not sure if as a

22  result of AG statement that 1MDB investigation is ongoing.  So

23  basically what's happening is Jho Low is updating Tim Leissner

24  on what's going on with the defendant's detention in

25  Singapore.  And you can see that Tim Leissner gets this and

1   then he and Jho Low have a four-minute conversation the same

2   day and Tim Leissner testified that was to discuss this

3   update.

4           And then what happens next?  So two weeks later, on

5   November 16th, you can see what's on the left are phone logs

6   and what's on the right are text messages.  These came from

7   the iPhone that Tim Leissner had on him when he was arrested.

8   The text messages and the phone calls are in different parts

9   of the phone report, so we've put them together on the same

10  page here.  But you can see that Tim Leissner gets a

11  sixteen-minute phone call from Jho Low on November 16th, which

12  is the defendant discusses -- Tim Leissner said that they

13  discussed the defendant's detention.  And then if you look on

14  the right, you can see shortly thereafter, the next day, the

15  defendant -- sorry, Tim Leissner, who is Forza, reaches out to

16  Morning Dew, which is Ms. Lim, and says heard the great news.

17  And the response is:  Thank you.  Can you speak?  Leissner

18  responds:  I can.  And Ms. Lim says:  Call you.  And "heard

19  the great news" is that Jho Low had told Leissner that the

20  defendant was going to be released from Singapore and that is

21  the great news that Tim Leissner is then talking to Ms. Lim

22  about.  And once they exchange these text messages, they then

23  speak; there's a thirty-second call and then a two-minute

24  call.  And the significance of this is that as the pressure is

25  building and as the investigations are tightening and the

1    circle is tightening, the people who are leaning on each other

2    and communicating about what's going on and concerned about

3    what's going on are Jho Low, Tim Leissner, and the defendant.

4            And then that pressure only increases in 2018.  So,

5    we know from Ms. Lim's testimony that there was a June 2018

6    news report that was published that Roger Ng and Jho Low might

7    be arrested.  And we know that Ms. Lim testified that she was

8    warned by a friend who was connected to Jho Low that Leissner

9    might be compromised.  And we all know what compromised means;

10   it means he might be cooperating.  And that's a problem for

11   them because they're all coconspirators and they're all in

12   this together.  And so Ms. Lim testified that she has a video

13   call with Tim Leissner with the defendant present because she

14   said she showed Tim Leissner the defendant on the call and

15   relays that concern that Tim Leissner might be compromised.

16   And it's after that that there's a news report that Tim

17   Leissner is cooperating, and then Ms. Lim and Roger Ng began

18   to meet with Malaysian law enforcement.  So all of this in the

19   sort of post-conspiracy time period, you know, the circle is

20   tightening, the investigations are coming closer, and the

21   people that are keeping in contact with each other about

22   what's going on and concerned about it are Jho Low, the

23   defendant, and Tim Leissner.

24           The other sort of category of evidence that I wanted

25   to just talk about that was general were the Goldman policies.

Summations - Ms. Smith                          5284

1   The Judge gave you an instruction that violating a policy

2   isn't itself a violation of law; and that's right, but what it

3   is is evidence of the defendant's knowledge and intent.  And I

4   think Mr. Agnifilo said in opening that the defendant was a

5   process guy, and everything that you have seen so far today

6   shows that he was not because, in fact, all of his various

7   activities connected to these conspiracies were in violation

8   of Goldman's policies.  And that's important only because he

9   knew there were policies in place and he chose to violate them

10  because he was hiding things from Goldman and he was hiding

11  the crimes that he was committing, and all of that is clear

12  when we look at what he was doing.

13          So the first is the Goldman policy on the use of

14  personal e-mail accounts.  And you know that this gets

15  violated from day one with Jho Low.  He's using Queens Gate

16  Capital, he's using Roger CH Ng, and he's using rogerng1@gmail

17  to communicate with Jho Low many times offline from Goldman.

18          You also know that he violated Goldman's policies on

19  private investments and outside activities.  So we know that

20  he received kickbacks, obviously, from the 1MDB bond deals.

21  Those were not disclosed either upfront during the committee

22  process or at any other point.  But we know from Ms. Lim's

23  testimony that he had a bunch of other shell companies, some

24  of which were created before the defendant left Goldman, so

25  that was the Queens Gate Capital and the Kingfischer company.

Summations - Ms. Smith                                    5285

1   We know that he was working out all of these side deals.  And

2   Ms. Fraser from Goldman testified that she went back and

3   looked and none of these were ever disclosed to Goldman.  And

4   you know that this is similar to Leissner, who also never

5   disclosed Capital Place or Kingsway or anything else to

6   Goldman either.

7            You also know that Roger Ng was familiar with

8   Goldman's anti money laundering policies.  And Ms. Fraser

9   explained those policies to you and said that everybody got

10  training and she had checked and that Roger Ng got training.

11  And those policies talk about the same red flags that were

12  raised in the PWM process for Jho Low and in the Kazakh gold

13  transaction, talking about overly complex transactions,

14  unclear source of wealth, operations which touch higher risk

15  jurisdictions for bribery and corruption.  Everything that Jho

16  Low -- you would be concerned about with Jho Low, unexplained

17  wealth, government connections, all of these were red flags

18  that the defendant knew were red flags because he sat through

19  all of Goldman's trainings on anti money laundering.  And you

20  also heard testimony from Ms. Fraser that she had checked her

21  records and that the trainings he had received covered anti

22  money laundering but also covered discussion of the

23  antibribery provisions of the FCPA and the internal accounting

24  controls provisions of the FCPA.  And that's at transcript

25  page 4087.

Case 1:18-cr-00538-MKB  Document 240  Filed 03/21/23  Page 108 of 228 PageID #: 6804

1          So there are sort of two more things I want to do

2     with you briefly.  And the first is, as I said, I just want to

3     walk you through some of the legal elements of the crimes that

4     the defendant's been charged with.  Again, whatever

5     Judge Brodie says controls.  This is just meant to sort of

6     give you a preview and to talk about a couple of the key terms

7     that you might hear.

8               The first crime, Count One, is conspiracy to violate

9     the FCPA's antibribery provisions.  And the elements are that

10    there has to be an agreement to pay a bribe to a foreign

11    government official to obtain or retain business, that the

12    defendant knowingly and willfully became a member of the

13    conspiracy, and that any one of the coconspirators committed

14    at least one overt act during the conspiracy.  And we'll talk

15    about overt acts in a minute, but I submit to you that all of

16    the evidence that you've seen so far clearly shows that the

17    defendant agreed with Leissner and Low and others to pay

18    government officials bribes, to obtain or retain business, and

19    that he knowingly and willfully became a member.  And we're

20    going to walk through some of the overt acts or the specific

21    actions that were taken in furtherance of the conspiracy.

22              This count has two objects, which just means two

23    different ways that the crime can be committed.  One, you can

24    violate the FCPA as an officer, director, employee, or agent

25    of an issuer, which we'll talk about in a minute, or as a

1  stockholder acting on behalf of an issuer.  That's one way you

2  can violate the antibribery provisions.  And the other way is

3  called a territorial prong, which just means you're violating

4  the provisions while you're in the territory of the

5  United States.

6          And so just to go through a few sort of technical

7  terms that you will hear in connection with the antibribery

8  provisions.

9          The first is "instrumentality," which is just an

10  entity that's controlled by the government.  And we actually

11  -- you saw stipulations that 1MDB, IPIC, and Aabar are all

12  instrumentalities under the FCPA, which just means they're

13  government-owned entities, which makes anyone who works at

14  those entities a government official.  So someone like Jasmine

15  Loo, because she works at 1MDB, is a government official of

16  Malaysia.

17          The other term that you're going to hear, which I

18  just read, is "issuer."  And that just means a company that

19  issues stock in the United States.  And the Goldman Sachs

20  Group -- you heard testimony from Vikram Sarker's and Andy Tai

21  and lots of other people that Goldman Sachs issues stocks in

22  the United States and therefore is an issuer under the FCPA.

23  And that's the Goldman Sachs Group that's the public company

24  headquartered at 200 West in Manhattan that everybody works

25  for.

Summations - Ms. Smith                    5288

1          Two other terms are just a stockholder of an issuer,

2     which just means someone who owns stock.  And, as you know,

3     Roger Ng was a stockholder of Goldman.  We saw in his bonus

4     performance that every year as part of his bonus he would get

5     issued stock by Goldman.  You know, we saw that in 2012 that

6     stock was worth about $1.23 million.  And we know from

7     Vikram Sarker's testimony that the bond deals made money for

8     Goldman and that that money was allocated among all the

9     various subsidiaries and then that money was sort of rolled up

10    into the public company's names.  So when the defendant was

11    acting on behalf of Goldman for the bond deals, he was acting

12    as a stockholder of Goldman to benefit the public company.

13          And the same thing with employee or agent.  We know

14    that Roger Ng was an employee of Goldman between June of

15    2005 -- and actually, that's the wrong thing that's

16    highlighted, it's May of 2014, and that he was employed by

17    Goldman that entire time.  You saw some subsidiaries that he

18    was employed at in Malaysia and Singapore and we know a

19    subsidiary is just sort of a company underneath the parent

20    company.  And Vikram Sarker testified that all of the

21    subsidiaries he worked for all received money from the bond

22    deals as well.  And so, you know, Roger Ng is employed by

23    Goldman, the issuer, and he's working on behalf of that issuer

24    even at the sublevel because it all winds up being work for

25    Goldman, the company.

Summations - Ms. Smith                                5289

1           And then the final requirement is an overt act by

2    Roger Ng or any coconspirator.  And the Judge will instruct

3    you that the overt acts do not need to be criminal in and of

4    themselves but they're just an act or a step that's taken in

5    furtherance of the conspiracy.  So those could be meetings,

6    they could be committee memos, money transfers, e-mails, phone

7    calls, any of those could be an overt act.  You will see, when

8    you get the jury instructions, that there are some specific

9    overt acts listed.  You can find one of those acts or you can

10   all find another act as well.

11          Count Two is conspiracy to circumvent Goldman's

12   internal accounting controls.  And the elements for that are

13   just an agreement or understanding to circumvent or to avoid

14   the internal accounting controls that Goldman puts in place to

15   make sure that the money that it spends is adequately

16   controlled so that its assets -- and again, the debt

17   transactions are where they were spending their own money --

18   are safeguarded.  And that's because they're a public company,

19   people have invested in them, and they can't just be spending

20   their money on something that's risky and they're going to

21   lose money for the public company.  And so all of those

22   internal controls are designed to make sure that the money

23   that's spent from Goldman is spent with the proper

24   authorization.  And we know here that there was a conspiracy

25   to get that authorization by fraud to circumvent the controls

Summations - Ms. Smith                    5290

1  that were in place to make sure that Goldman's money wasn't

2  spent on things like bribes and that Roger Ng knowingly and

3  willfully became a member of that conspiracy.

4         And again, for this count, needs to show an overt

5  act.  So you have seen this before.  This is Government

6  Exhibit 952, that the committee's authorization suitability

7  committee, capital committee was an internal accounting

8  control at Goldman.  And then again, any of these things,

9  meetings, information committee memos, approval by committees,

10  statement to committee members, anything that's sort of taken

11  in furtherance of the committee could be an -- furtherance of

12  the conspiracy could be an overt act; e-mails, phone calls.

13         And then finally, Count Three is the money

14  laundering conspiracy.  And we talked about that a lot, so I

15  will be fast.  But it's an agreement or understanding to

16  violate a law of the United States and that the defendant

17  knowingly and willingly became a member of the conspiracy.

18         Excuse me.

19         For the money laundering conspiracy there is no

20  overt act requirement.  So for Counts One and Two, we have to

21  show an overt act.  For Count Three, we don't.  It's just sort

22  of the way that the law is written.

23         For Count Three, there are three objects, which I

24  talked about before, which are just three different ways that

25  you can carry out the conspiracy.

1              One is the transfer of funds to, from, or through

2    the U.S. to promote a specified unlawful activity.  A

3    specified unlawful activity is just a crime, and we'll talk

4    about which ones there are.  And then to promote is just to

5    cause.

6              The second object is to transport funds to, from, or

7    through the United States to conceal or disguise the origin of

8    the funds.  And this is, you know, sort of everything we

9    talked about; all of the coconspirators, including the

10   defendant, trying to hide where the funds are coming from,

11   their connection to the funds, their connections to the

12   accounts.

13             And then the third is a monetary transaction in

14   interstate commerce with criminal proceeds from a specified

15   unlawful activity that had a value of over $10,000.  So again,

16   spending more than $10,000 on a transaction of dirty money in

17   the United States.

18             And then for the money laundering conspiracy, these

19   are the four crimes that are sort of the specified unlawful

20   activity, the source of the dirty money.  So violations of

21   antibribery provisions, which is the bribery conspiracy in

22   Count One, violations of internal controls, which is the

23   circumvention conspiracy in Count Two.  Violations of

24   Malaysian law, as well, qualifies.  So there are two types of

25   violations of Malaysian law.  The Malaysians also have a law

Summations - Ms. Smith                    5292

1    against bribery of a public official.  And then Malaysian law

2    also has a law against misappropriating public funds for the

3    benefit of a public official.  So stealing money from 1MDB,

4    for example, to pay to a public official is a violation of the

5    law in Malaysia.  So any of these four can be the crimes that

6    are the source of sort of the dirty money.

7              And then the last legal requirement I want to talk

8    about is venue, and venue is a different standard.  Everything

9    else, it's the government's burden to prove beyond a

10   reasonable doubt.  Venue is a preponderance, and the Judge

11   will explain that that is a lower standard than reasonable

12   doubt.  And basically what it is, is it means anything for

13   each of these three conspiracies, there needs to be something

14   that happened, an act by the defendant or any coconspirator,

15   if reasonably foreseeable to the defendant, that happened or

16   was caused by the defendant in the Eastern District of

17   New York.  And so that's going to be defined for you to

18   include Brooklyn, Queens, Staten Island, Long Island, and then

19   the water surrounding Manhattan and the Bronx and the water

20   surrounding the island of Manhattan.  And you will hear that

21   conduct to and through the District is sufficient, including

22   electronic impulses like e-mails, bank transfers, and

23   telephonic communications.

24             And so very quickly, because we've been through this

25   a lot before, travel to, from, and through the Eastern

1  District of New York in furtherance of a conspiracy would all

2  qualify for venue.  We know that Tim Leissner traveled through

3  the Eastern District of New York in March, on March 26th, for

4  that meeting with Ananda Krishnan on Project Magnolia and that

5  Roger Ng had originally been scheduled to attend that as well

6  and to stay at the same hotel.  And we know that Leissner and

7  Low traveled to Teterboro and into Manhattan for the meeting

8  and then Leissner traveled outside from Manhattan to JFK and

9  then out from JFK on both ends passing through the Eastern

10 District of New York.

11          Sorry, we have to change the battery on this.  One

12 second.

13          (Pause in proceedings.)

14          Okay.  Can you hear me?

15          Yes, okay.

16          So, in addition, we saw actually the

17 Defendant Exhibit 3.  If you remember, that was the TEEMs

18 charts and it had a lot of Tim Leissner's TEEMs on it and

19 there were a bunch of meeting in New York.  The chart was

20 inaccurate in some way, and one way is that it missed a

21 meeting in New York, but there were listed a number of

22 meetings in New York in connection with 1MDB business, all

23 which happened in Manhattan, which requires travel through the

24 Eastern District of New York, and there are four that are

25 listed there.  And then we know that Roger Ng also made

1    multiple trips to New York to meet with Jho Low, including the

2    meeting in the Prime Minister -- the meeting with the Prime

3    Minister's children in Jho Low's apartment.

4         We also heard testimony from Mr. Harris, who worked

5    for Goldman, about the data pads for Goldman phone calls and

6    e-mails.  Goldman's headquarters is located in Manhattan and

7    there are four data pads on and off down in Manhattan, all of

8    which pass through the Eastern District of New York, and so

9    any e-mails or phone calls with Goldman employees in New York

10   would have passed through the Eastern District of New York.

11   And we know that all of the committee meetings were based in

12   New York and involved individuals based in New York and that

13   many of the people who worked on the deals, some of them were

14   in New York at various points or worked in New York as well.

15        We also know that the money transfer wires in

16   furtherance of the conspiracies passed to and through the

17   EDNY.  We know the CHIPS wires were processing in New York on

18   certain days.  And we also know for Fedwire, that when the

19   wires were Fedwire, that sometimes the banks, the major banks

20   had their headquarters in Manhattan and communicate with the

21   data servers in Texas or New Jersey as well every time that

22   there was a wire transfer.  And again, Government Exhibit 159,

23   many of the wires in there which are sort of denoted by the

24   green checkmark all passed through the Eastern District of

25   New York.

1           And then finally, for certain of the purchases to

2    promote or to launder money took place in New York.

3           You got the artwork that was purchased from

4    Christie's.

5           You got the Lorraine Schwartz jewelry that was

6    purchased in New York.

7           And then the Samilor Enterprises, that was

8    Ms. Belkin who testified about those $130,000 Hermes bags that

9    were purchased.  She testified that her bank account was

10   located in Syosset, New York.  And remember when Roberto

11   Amenta testified that the wire would have gone from outside

12   the U.S. into the U.S., but the name on the actual wire

13   transfer listed her business address, not her bank.  She

14   testified that her bank was located on Long Island.

15          And then we also know that the jewelry purchases and

16   the hourglass purchase also were transfers that went through

17   the Eastern District of New York because those were both CHIPS

18   wire transfers that were processing here.

19          Your Honor, I probably have less than ten minutes.

20   I don't know, I know we normally break now for lunch, but I

21   can push through.

22          THE COURT:  Why don't you finish up and then we will

23   break.

24          MS. SMITH:  Okay.

25          So the last thing I want to talk to you about -- and

Summations - Ms. Smith                          5296

1   like I said, I promised ten minutes and keep an eye on the

2   clock -- is the defendant's behavior and how it was

3   coordinated with all of the other coconspirators in the case.

4           The defendant is up here on this board with

5   everybody else who received funds from these criminal schemes

6   and he's up here because he also received funds from the

7   criminal schemes.  And the defendant would have you believe

8   that he is the only one up there who didn't receive them

9   because he knew what was going on, that he accidentally

10  received those, and I think all of the evidence you've already

11  seen makes it clear that that is not what happened.

12          But what I want to do is walk you through some

13  additional evidence, some of which you've seen before, some of

14  which I'm sort of putting together in a different way that

15  shows everything that the defendant did was in line with what

16  all of the coconspirators were doing and that they all

17  participated in the schemes together.

18          So, you'll see that they worked together on the 1MDB

19  bond deals and other business deals; they all sought to

20  conceal Low's connections with 1MDB; they had friendships with

21  each other outside of business dealings; they used shell

22  companies to conceal criminal proceeds -- you've got the names

23  of all of those up there -- they created bank accounts shortly

24  before receiving criminal proceeds; they lied about the

25  purpose of the funds transfers; they used family members and

1   associates to conceal the connection to the accounts; they

2   purchased luxury items with the criminal proceeds; they

3   created e-mail accounts to communicate about business,

4   including 1MDB, to communicate about transfers about criminal

5   proceeds, to impersonate other people to further distance

6   themselves from the conspiracies, and they all deleted

7   conspiracy-involved e-mail accounts in 2015.  So again, the

8   defendant worked with the coconspirators, all of whom received

9   criminal proceeds on the 1MDB bond deals.  You've seen that on

10  the e-mails and the documents involving the deals.

11          He also worked with many of the coconspirators on

12  other business deals.  So the top left we have Roger Ng

13  e-mailing with Yak Yew Chee and Terence Geh about another

14  business deal related to SRC, which is another 1MDB deal.

15  We've got e-mails with the defendant and Low and some of these

16  people and the side deals that we talked about, Stephen

17  Dattels' other deals.  And we know that Larry Low, who is the

18  defendant's -- sorry, who is Jho Low's father, was e-mailing

19  in December of 2013 -- that's Government Exhibit 2420 -- about

20  how Roger Ng was going to help him, talking about bridging a

21  loan for a project.  So these are people who are not only

22  working together on these deals, the very deals from which the

23  criminal proceeds come from, but on a bunch of other deals as

24  well all in the same time frame.

25          We know from Leissner that Low was very particular

Summations - Ms. Smith                    5298

1   about concealing his connections to 1MDB.  He wanted to be the

2   man behind the scenes.  He often said don't use names, don't

3   connect me.  And we saw that already in a lot of the e-mails

4   that the defendant himself received from Jho Low.  So, you

5   know, don't connect me to anybody, the king, don't connect me

6   to 1MDB, do not state names, exclude me from this e-mail going

7   forward.  The defendant was aware of this and all of the

8   participants in the scheme worked to keep Jho Low's name from

9   being connected to 1MDB.

10                (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Continuing.)

2           MS. SMITH:   The defendant and Ms. Lim had personal

3    relationships with the co-conspirators.  We saw that the

4    defendant and Terence Geh often emailed about personal stuff.

5    The defendant RSVP'd to Jerome Lee's wedding with his wife,

6    Hwee Bin; and there was a discussion about also the jewelry

7    purchases with Jasmine Loo and how Ms. Lim -- they would bump

8    into each other in the neighborhood, so they had connections

9    separate and apart from 1MDB also.

10          We know that the defendant and Ms. Lim had many of

11   the co-conspirators in their contacts.  These are, again, for

12   the defendant because he deleted his email account, these were

13   the contacts that were backed up to his iCloud.  You've got

14   Terence Geh, you've got Azlin Alias, you've got Vincent Koh,

15   you've got Amhari Nazaruddin; and then you've got -- in the

16   defendant's contacts, you've got the Deal Rainman emails as

17   well.

18          We also know that the defendant's information was in

19   Catherine Tan's contacts, and that's -- Catherine Tan is Jho

20   Low's assistant who set up $110,000-a-month apartments and a

21   yacht; and we know that it was the defendant's email

22   information and phone number in Catherine Tan's contacts and

23   not Tim Leissner's.

24          We know that the defendant and co-conspirators

25   created bank accounts shortly before receiving money from the

1   crimes, so we already looked at the Silken Waters account

2   needing to be opened urgently right before the money comes in.

3   There is a similar email from the Nik Faisal email account,

4   which is Government Exhibit 2259 where he's asking BSI to open

5   an account for him urgently in, again, less than two months

6   before the money actually comes in.  And then you've got

7   Terence Geh and Jasmine Loo also opening their bank accounts

8   less than a month before they received their payments out of

9   Project Maximus.  So it was a pattern; everyone knows the

10  money is coming in; they need to open clean bank accounts that

11  are going to receive the criminal proceeds.

12         We know the defendant and his wife lied multiple

13  times about the money that was coming in.  Got the excuse

14  about the equity investment and the gold investment.  Well,

15  everybody else was lying about that, too.  So you see that

16  Jerome Lee on the right there said that he expected the money

17  in the account to be employment income, which it was not; it

18  was money from the scheme.

19         And then on the left, you can see that Terence Geh

20  is getting asked questions from his bank about what the money

21  from Capital Place was for, and he says it was a loan on

22  personal capacity, and you know that's not true.  You know

23  that the money that Terence Geh received was money from the

24  scheme.

25         We know that a lot of the co-conspirators used

1    family members and others to conceal their connections to the

2    account.  So you've got the Eric Tan Kim Loong for Jho Low;

3    you've got Jude Leissner for Tim Leissner; Ms. Lim and Tan Kim

4    Chin for the defendant.  Other people also used their wives or

5    their business associates.

6              They all purchased luxury items with the money from

7    the crimes.  We saw the Karen Collection, the Rose Trading for

8    the defendant, and we've looked at these, sort of -- the

9    Christie's, the Rose Trading, Lorraine Schwartz, Samilor

10   Enterprises for other co-conspirators.

11             The email addresses that were created to communicate

12   about business, so you have got Queensgait Capital for the

13   defendant, and then you've got for Jho Low the Project

14   Lionfish and the Deal Rainman emails.  And, again, this is

15   Government's Exhibit 2555-E, and this is one of the contact

16   cards that the defendant had backed up to his iCloud with all

17   of Jho Low's created email accounts that were used to

18   communicate about business related to 1MDB.  And then we also

19   saw Project Dodobird for Jasmine Loo.  We saw Jwo Gekko for

20   Jerome Lee.

21             The co-conspirators also created email accounts for

22   the transfers of money, so we've got the Victoria Square

23   account, the Capital Advisors account for Tim Leissner.  And

24   then you can see for erictan.omc, he creates a special email

25   account just for that Alsen Chance shell company that winds up

1    sending a lot of the money; and they created email accounts to

2    impersonate others.  So, you know, we know that the KC Tan

3    9983 account was created to act as if they were Tan Kim Chin

4    when they were dealing with the bank.  And we see the same

5    thing with -- excuse me -- we see the same thing with the Nik

6    Faisal SRC at Gmail address where Jho Low is using Nik

7    Faisal's name to talk to other people.

8            We also know the that co-conspirators destroyed

9    evidence of communications.  We had the whole discussion about

10   Ms. Lim trying to destroy mail related to Silken Waters; and

11   you see the chat between Terence Geh and Jho Low, destroy all

12   chase -- traits, shred.  Nik Faisal emailed telling Terence

13   Geh, delete this from your inbox from BBM, and we know that

14   Ms. Lim destroyed evidence of communications as well.  So when

15   Special Agent Fern testified there were only three emails left

16   in the account, and the emails that were deleted were emails

17   like the email of Evelyn Teah setting up the account, or the

18   email with the Karen Collection invoices, we only have those

19   emails because we did search warrants on other accounts, and

20   Ms. Lim deleted those emails.

21           And then we know -- and you've seen this chart a

22   number of times -- Government Exhibit 72 -- that Roger Ng and

23   Ms. Lim weren't the only ones who deleted email accounts in

24   2015.  We have all of the emails related to the defendants and

25   Ms. Lim, and then also to Jho Low, and Nik Faisal, and Eric

1  Tan Kim Loong, and Jerome Lee, and Jasmine Loo.  They were all

2  deleted between February 2015 and July of 2015, and they were

3  deleted in their entirety.

4          And I know you have seen this a lot before, so I'm

5  going to do this very quickly.

6          There were news reports before the deletions about

7  concerns about 1MDB and Jho Low's connection.  You saw that in

8  2013.  In 2014, even in the news report about the defendant

9  leaving Goldman Sachs, it talked about concerns about why 1MDB

10  needed to raise money so quickly.  And then we see the first

11  deletion date is February 2015, and then there's a rash of

12  deletions in March to July.  And we know that this is around

13  the time that the Sarawak Report gets published and that there

14  are other emails about concerns at 1MDB and the concerns that

15  stuff had been deleted at 1MDB, and we know that the defendant

16  was following it because his iCloud showed that he had

17  bookmarks for all of these various news sources.  And we also

18  know it because he had -- Ms. Lim said it was the biggest

19  story in Malaysia; everybody was following it, and that's when

20  the email accounts get deleted.  The email accounts you guys

21  have seen time and time again today, throughout the course of

22  the trial -- the Jho Low email account, the Deal Rainman email

23  account, the defendants four email accounts -- they all get

24  deleted in 2014 because they are covering up the evidence of

25  the crimes that they committed together.

1           I want to thank you for your patience, and for your

2    close attention, and for letting me run ten minutes over.  I

3    promise I am about to sit down.

4           The evidence that we just walked through -- the

5    testimony from the witnesses, the bank records, the emails --

6    is overwhelming.  It proves beyond a reasonable doubt that the

7    defendant received more than $35 million in secret kickbacks

8    for his role in this brazen bribery and money laundering

9    scheme, and it further proves beyond a reasonable doubt that

10   the defendant hid information from Goldman in order to get the

11   committee approvals he needed for the deals.

12          The defendant and his co-conspirators committed

13   serious federal crimes, and it is important to keep in mind

14   that what he did caused real harm.  Foreign corruption

15   undermines the public's confidence in international markets

16   and institutions, it destroys people's faith in their leaders,

17   and it is deeply unfair to everybody else who plays by the

18   rules; and when, as here, foreign corruption is undertaken by

19   the defendant and others working for an American bank

20   operating overseas, it impacts the confidence and trust in

21   American businesses worldwide.

22          Most significantly, the harm to the people of

23   Malaysia is immeasurable.  Of the $6 billion raised for the

24   three bond deals, almost half of that was stolen by the

25   defendant and his co-conspirators and spent on bribes,

1  kickbacks, and luxury goods instead of being used to improve

2  roads, electric grids, and otherwise make life better for the

3  people of Malaysia.  It is for these reasons that the

4  defendant must be held accountable for his actions.

5           The only verdict that is consistent with the law,

6  the overwhelming evidence, and your common sense, is that the

7  defendant is guilty on all counts.

8           THE COURT:  Thank you, Ms. Smith.

9           We are going to break for lunch.  Please be back at

10  2:00 p.m., and we will hear the defense's summation.  Please

11  remember that you still cannot discuss the case among

12  yourselves.

13           (Jury exits.)

14           THE COURT:  Can someone close the door for a second,

15  please.

16           So I think I need to add a limited instruction re

17  the messages between Mr. Leissner and Low.  I know, Ms. Smith,

18  that you specified that you are using them for the purposes of

19  knowledge, but there's nothing in my instruction about that,

20  so I think I need to add that language.

21           MR. AGNIFILO:  That's fine.

22           MS. SMITH:  Okay.

23           THE COURT:  I will see the parties at 2:00.

24           (Lunch recess taken.)

25

1      A F T E R N O O N   S E S S I O N

2                      --ooOoo--

3           (Jury enters the courtroom.)

4           THE COURT:  Please be seated, everyone.

5           Welcome back from lunch.  Hope you enjoyed the

6  nice weather outside.  We'll continue with summations from

7  the Defense.

8           Mr. Agnifilo?

9           MR. AGNIFILO:  Yes, Your Honor.

10          Good afternoon, everyone.

11          So --

12          THE COURT:  Is your mic on?

13          MR. AGNIFILO:  Oh, it's --

14          Is that good?  No?

15          THE COURT:  No.

16          MR. AGNIFILO:  Is that right?

17          THE COURT:  Yes.

18          MR. AGNIFILO:  Okay.

19          I want to start with where the Government left off

20  before lunch.  A huge massive crime in Malaysia, front page

21  of newspapers every single day, billions and billions of

22  dollars stolen from a relativity small country of Malaysia

23  and the Government says:  Well, maybe that's why Roger --

24  maybe that's why you deleted your emails, because of the

25  fear that you have being a Malaysian in Malaysia and

1    committing this massive crime.

2         But here's my question to think about:  He's an

3    overseas Chinese person.  He can move to China.  He can stay

4    in China.  His boss at Celsius, we know -- from what we've

5    been testified to, his boss at Celsius is saying, Come and

6    move to Hong Kong.  You can operate Celsius out of

7    Hong Kong.  All he needs to do is to go to Hong Kong.  If

8    this is really something he's that concerned about, if this

9    is something that he did, if this is something he is guilty

10   of, there is a solution; and it's in his grasp.  He can move

11   to Hong Kong and he's out of Malaysia, and he's certainly

12   out of the reach of the United States.

13        So let's start from that premise.  He never

14   leaves.  He never leaves Malaysia, the epicenter of this

15   activity.  What is the money that is stolen?  It's Malaysian

16   money that is stolen.  Who is bribed?  The prime minister of

17   Malaysia is bribed.  He is a Malaysian.  He stays in

18   Malaysia.  He never leaves.  He could have left.  And why?

19   Because he's innocent.  Because he's innocent.  There's only

20   one explanation, and it's because he's innocent.

21        Hwee Bin Lim testified when she was here last

22   week:  The truth itself will save him.  He doesn't need me

23   to do a thing.  Those were her words.

24        You know a lot more about Roger now than you did

25   when I delivered an opening statement to you, and I'm going

1    to tell you some of the things that you now know about him.

2    You know that he's a Malaysian citizen.  You know that he's

3    an overseas Chinese person.  That's the way that we've

4    described both Hwee Bin and Roger.  You know that he studied

5    in England.  He met Hwee Bin when he was in England.  She

6    was 19 years old at the time; he was about the same age.

7    And you know things about him.  You know that he and

8    Hwee Bin had a child, Victoria, on June the 3rd, 2012.  That

9    timing is very, very significant, as we'll get to in a few

10   minutes.  And you know that they got together in the early

11   '90s, and that they've been together every day since; 30,

12   32, whatever it is, that many years later.

13           You know that he lives with his niece despite what

14   Tim Leissner might say about -- I don't know, whatever he

15   said:  That Roger wants more money, he needs more money.  He

16   sent an email with a smiley emoji saying, This is more than

17   my bonus.  You firmly see this is a man who lives within his

18   means.  He doesn't need to commit a massive, oversized crime

19   to get something that he doesn't already have.  He has

20   everything he needs.  He had a good job at Goldman Sachs,

21   and he was well paid.  He was very well paid.  He didn't

22   need more money.

23           Hwee Bin's family comes from some means.  He

24   doesn't need more money.  There's nothing about his

25   personalty.  There's nothing about his character.  There's

1   nothing about his lifestyle that would leave you to believe,

2   Man, this is a guy who's really going to do something

3   drastic, do something criminal, do something reckless

4   because this guy needs more money.  There's nothing about

5   Roger Ng that suggests that in the slightest bit.  We'll get

6   to some of the other people in this -- in this ongoing saga

7   in a little while, and you'll see they're very different,

8   but not Roger.

9            You know that he lives with his in-laws, okay?  A

10  lot of ground covered at this trial about the in-laws.  They

11  have an address in Terengganu, but they live with the

12  daughter.  I don't know.  I mean, I'm under the impression

13  that every once in a while, parents in their seventies and

14  eighties sometimes live with their kids.  And sometimes when

15  they live with their kids and their kids are lawyers like

16  Hwee Bin is, like Chee Khan Lim is, Hwee Bin's older

17  brother, sometimes they turn over a lot of responsibility

18  about finances to the kids.  I don't think this case is, in

19  any way, unique.  I don't think this is a dynamic that's

20  unique to Malaysia or the Far East.  I think this is

21  probably something you guys have all seen at one time or

22  another in your daily lives.

23           So we know that Roger's in-laws live with them

24  because Hwee Bin Lim told us that.  We know that Roger left

25  Goldman Sachs in 2014 and he made less money, and Hwee Bin

Summation - Mr. Agnifilo                 5310

1    told you why:  Because when they had the baby, he didn't

2    want to travel quite so much.  He was traveling a lot.

3    That's what Hwee Bin said, he was traveling a lot.  And you

4    see that he's traveling a lot.  You see because we --

5    the Government made the poster of the three faces around the

6    world, you know, and there's a lot of other travel as well.

7    He travels a lot.  He traveled a lot on business.  They had

8    a child, a decision was made.  He didn't want to travel

9    quite so much.

10            Now, we know also a lot about Hwee Bin.  We know

11    she -- you guys can size her up for yourself.  And let me

12    just -- this is as good a time as any to say this:  This is

13    my assessment of the evidence.  And to a certain extent, it

14    really doesn't matter because, really, the only assessment

15    of the evidence that matters is your assessment.  So if I

16    give you an idea or an assessment or an opinion about the

17    evidence that accords with your opinion, you can adopt it,

18    you can incorporate it into your other opinions.  If it

19    doesn't accord with your opinion, you can flat-out reject

20    it, because what's important is what you guys think.  My job

21    until 5 o'clock when we stop -- and anyone can feel free to

22    raise their hand if I get too close to 5:00, that's fine

23    with me -- is basically to give you things that I hope are

24    helpful to you.  You have a very important decision to make,

25    a critical decision to make, and it's my job to try to be

1   helpful.

2          So what do we know about Hwee Bin.  And she just

3   testified last week, so I'm not going to go into it in

4   tremendous detail.  She studied in London.  That's where she

5   met Roger.  She became friendly with someone named Siow Sin.

6   It was her close friend at the time, maybe even a best

7   friend at the time.  And Siow Sin had someone that Siow Sin

8   referred to as an uncle named Kim -- Kim Song.  She's also

9   called him Kim Jhun.  One is Mandarin, I suppose.  And

10  that's who that was.  And she met this person on a number of

11  occasions.  Okay?

12         It's the early 1990s.  She's young, she's in

13  London.  She's smart.  She's educated.  You can size her up

14  for yourself.  She knows her way around money.  She knows

15  her way around investments.  She's fairly sophisticated in a

16  lot of ways.

17         And she gets to meet this guy Kim Song, and Kim

18  Song brings some people that he knows from China, and she's

19  impressed.  He's affiliated with the China Railway, and she

20  explained to you that's significant because the

21  China Railway is part of the government of China.  So this

22  means he's established.  This means he's not a fly-by-night

23  guy, he's a serious guy.  He's older than she is, and she

24  gets to talking to him.  And she meets him socially -- all

25  right? -- because she knows him for a number of years.  And

1    I won't go into all the details because she just testified

2    last week.

3            Time goes by.  It's now 1996.  It's six years,

4    about, since she met him.  She's been in touch with him

5    throughout.  I think she was asked, When was the last time

6    before '96 that you had met him?  And she said that was

7    about 1994.  Okay?  And she meets him at a place called

8    Landmark in Hong Kong.  She's with some friends, and Kim

9    Song is with some friends, and they sit down, and they start

10   talking.

11           Now, she described to you that around that time

12   things were somewhat tumultuous in Asia in terms of

13   finances.  I think there is a financial crisis of sorts in

14   parts of Asia but not in China in 1997.  So this was the

15   year before that.  And she's talking to Kim Song, and she's

16   talking about the possibility of investing in his business

17   in China.  And the way she described this to you is that

18   this is not uncommon.

19           Okay.  Now, let's just stop here for a second.

20   We're all sitting here in Brooklyn.  Okay?  She's overseas

21   Chinese living in Asia; and so, in her experience, it's not

22   uncommon.  That's her experience.  One of the things that I

23   want to, sort of, like, make you guys sensitive to is why

24   the Government is taking us through all the different ways

25   that the Government feels it can prosecute this crime here,

1   because somebody went over a bridge or because an electrical

2   impulse went underneath the harbor or went through a wire,

3   or whatever.  There are things that are happening that are a

4   matter of cultures and of habits and of customs from people

5   who are not here -- okay? -- from people -- in terms of

6   people who are somewhere else.  In this case, overseas

7   Chinese people living in the Far East.

8            And what she told you is that this is not an

9   uncommon thing, in her experience.  She knows other people

10  who've done this, and she decided she was going to do this.

11  What's the "this"?  The "this" is to invest 500,000 British

12  pounds in Kim Song's business.  What's Kim Song's business?

13  It's expanded a little bit.  Whereas it used to just be

14  China Railway, now it's PetroChina, another very important

15  company.  PetroChina is part of the Chinese government.

16  He's getting more and more established.  Kim Song has

17  brought other people -- other business people from China.

18  They have connections to industry in China, they have

19  connections to Chinese Government in China.  And this is an

20  opportunity for her.  That's way that she put it to you

21  guys, that this is an opportunity.  I'm young.  At this

22  point, in 1996, maybe she's 26 years old or so.  She's not,

23  you know, as young as she was back in 1990 when she first

24  met Kim Song.  She's known him now for six years.  She's

25  known him a long time.

1          She feels confident doing this.  She makes the

2    decision, she told you, on her own -- before she even spoke

3    to her parents, before she even spoke to Chee Khan, that

4    this is a good idea.  This is something that I want to do,

5    and I feel confident in it.  And she made the decision.

6          She then told her parents, she then told her older

7    brother.  Everybody blessed it, and there's a series of

8    other payments made totaling about half a million British

9    pounds.  Okay?  And all of this now is in Kim Song's

10   business.  And she said that Kim Song would send her yearly,

11   sort of, reports of the number of trades that he did and all

12   this stuff, and everything is going fine.

13         She has every reason to believe that this is a

14   sound investment.  She has every reason to believe she's

15   weathering the Asian financial crisis with having an

16   investment in China.  And she told you exactly how it went,

17   she told you what she knew, she told you what she believed,

18   and she told you why she was confident in it.  And her

19   confidence paid off.  The investment grew.

20         In 2005, though, things -- two changes take place.

21   The first change is that Roger starts working with

22   Goldman Sachs and starts working with Tim Leissner.  And

23   Hwee Bin said that in 2005, while Leissner wasn't a partner

24   yet, it was apparent that he was on the partner track, he

25   was going to be a partner; and he ends up being a partner of

1  Goldman Sachs the next year.

2         She said that in the fall of 2005, that there's a

3  restaurant called Yi Shanghai, she said the name of it was,

4  and there's a lunch at Yi Shanghai.  The lunch is Roger,

5  it's Hwee Bin, it's Tim Leissner, it's Judy.

6         And Hwee Bin was very clear that Tim and Judy had

7  their two very young children; one of whom, she said, was a

8  toddler and Leissner, kind of, carried her, and the other of

9  whom was in a pram, you know, a carriage, very young, like a

10  baby.

11         And that's the first time she met -- she meets

12  Leissner and Judy.  Never met them before.  Now, they're in

13  Hong Kong.  Judy lives in Hong Kong.  At the moment, in

14  2005, Hwee Bin lives in Hong Kong; Roger and Leissner are

15  working together; and she gets to meet Judy that way.  It's

16  followed up by sort of what I'd consider a loose social

17  relationship.  Hwee Bin was very clear:  I was not friends

18  with Judy, per se.  We didn't really hang out all the time,

19  but we had a social relationship and it kind of, you know,

20  stemmed from the gym.  They went to the same gym.  It

21  stemmed from them meeting for coffee.  There's a place

22  called Kobo where they'll go and meet for coffee.  They get

23  to know each other in that way.

24         She gets a call from Kim Song and says -- and he

25  says, I have cancer.  I have -- I have cancer.  I'm going to

1  need a transplant, and you need do something with your

2  money.

3          At this point, it's 48 million in renminbi, which

4  is about 6 million U.S. dollars, okay?  The money's in Kim's

5  business in China.  And the problem is, it's not easy to get

6  money out of China, as she described.  You have to get into

7  a swap or you have to do it some other way.

8          But the money's in China, and she doesn't know

9  quite what to do with the fact that the money is in China.

10 So she talks to a bunch of people in Hong Kong that she

11 knows about this problem:  "How am I going to deal with this

12 situation?  I have $6 million in a Chinese investment in

13 China."

14         And one of the people she talks to Judy Chan

15 Leissner, and she's talking to Judy Chan Leissner about

16 this.  In the beginning, Judy Chan Leissner says, You know

17 what?  I'll hold the money for you.  We'll figure out --

18 we'll figure out how to get it back to you, but I'll hold

19 onto it.  If you need to get rid of it right away because of

20 Kim's medical condition, I'll hold onto it for you.  That's

21 the initial conversation, but that develops into something

22 else.

23         And what Judy Chan Leissner says is, You know, my

24 family owns a number of businesses.  There's vineyards,

25 there are things like that.  Now, Hwee Bin says that from

1   being in Hong Kong and the circles she was in in Hong Kong,

2   which obviously involved Judy to a certain extent, you kind

3   of knew -- at least she said she kind of knew who Judy's

4   family was.  And Judy's family was a prominent family in two

5   important ways:  One, from a business perspective and, two,

6   politically.  Okay?  They were politically important in

7   China, and they were successful from the standpoint of

8   business.  She understood they had a number of businesses.

9   They had wastewater treatment plants, they had real estate,

10  and they had a vineyard.  They actually had two vineyards.

11  One of them was called Grace Vineyard.

12         And Judy says to Hwee Bin, You can invest

13  alongside my family.  So that is a benefit to Hwee Bin in

14  two different ways:  One, she doesn't have to worry about

15  getting the money out of China.  The money can stay invested

16  in China.  She doesn't have to find some way of getting it

17  out of China.  And the other way that it is important is

18  that this is yet another good business opportunity for

19  Hwee Bin.

20         And Hwee Bin takes -- Hwee Bin speaks to Judy and

21  basically puts Judy in touch with Kim.  Judy and Kim have

22  discussions, and then Judy sends Hwee Bin -- what Hwee Bin

23  described as a two-page acknowledgment.  Okay?

24         Now I want to talk about this for a second

25  because -- and the Government didn't discuss this a lot in

1    summation, but I just want to sort of throw this out there.

2    If Hwee Bin was going lie about this -- right? -- if she was

3    just going to make the whole thing up, she would have said

4    this was a contract, this contract drawn up by lawyers that

5    talked about my exchange rate and my return rate.  She would

6    have said all of these things.  She would have made it

7    something bigger than it was.  But she doesn't say that.

8    She said all it really was was an acknowledgment that Judy

9    acknowledged getting about 48 million renminbi, about

10   $6 million, U.S. dollars, 48 million renminbi from Kim Song

11   and then she had it in Judy's -- in Judy's company.

12            Now, she and Judy continue to have sort of a loose

13   social relationship.  She and Leissner and Roger continue to

14   have a loose social relationship, and she had complete

15   confidence in this investment.  She was very clear that,

16   unlike Kim, Judy did not send her these yearly statements or

17   things like that; but Judy said that based on the growth of

18   her businesses, her family's businesses, Hwee Bin could

19   expect rates of about 25 percent per year, you know, on an

20   ongoing basis.  That's a good -- that's a good rate of

21   return.  Hwee Bin recognizes it's a good rate of return, and

22   she basically kept the money in China in Judy's business.

23            Now, one thing that I think sometimes could get

24   lost in the sauce a little bit is this is not the first time

25   we heard in this case about someone having an investment of

1    exactly this nature.  And I want to remind you of something

2    that -- Tim Leissner, I'm going to talk about Leissner in a

3    little while, as you can imagine.  I am not going to hold

4    him out as a -- gosh, I wrote this myself -- as someone you

5    should believe when he says that something is true.  But one

6    thing about Tim Leissner that you probably also could

7    believe is that when it comes to investments, he's no fool.

8    Okay?  So I want to take you through a very short snippet of

9    Leissner's testimony, and I'm looking at Page 2224, Line 6;

10   and I'm just going to read it to you.  I'm going to try and

11   make it so you don't have to crane your necks, and I'm not

12   going to do a lot of stuff with this swing set.

13            So here is the question:

14            "So the question was:  What investment did you

15   have in Grace Vineyard?"  This is from Tim Leissner.

16            ANSWER:  "It's -- I believe I had funded about

17   3 million, sir..." -- he called me "sir" a lot -- "...back

18   in the early days, maybe 2001 or 2002, something like that,

19   to a real estate project that Judy had and the family had in

20   China.  At some point, we swapped."  He's using the term

21   "swap."  We changed that to a 3 million-dollar -- to -- that

22   to -- that $3 million that was in the real estate project

23   into a stake in Grace Vineyard.  I can't tell you that I

24   remember what kind of percentage I got, or we got.

25   Certainly Judy ended up with, I think, about half of Grace

1  Vineyard at some point."

2       Okay.  This is Leissner.  So before Hwee Bin ever

3  made an investment in Grace Vineyard, the Government's

4  cooperator had an investment in Grace Vineyard.

5       And then he goes on to say the following -- this

6  is now Page 2245.

7       QUESTION:  "The investment, you said you had an

8  investment in Grace Vineyard, right?"

9       ANSWER:  "When I described it, it was the family

10  at the time.  It wasn't me personally, *per se*, but it was

11  the family.  So it was really Judy holding it."

12       QUESTION:  "Right.  Because you couldn't hold it

13  in your name?"

14       ANSWER:  "That's right."

15       QUESTION:  "Because it -- it's a business in

16  Mainland China?"

17       ANSWER:  "That's correct."

18       Okay.  So what Hwee Bin did is nothing different

19  than what Leissner had already done, and the reason it's

20  relevant is because to the extent that Hwee Bin says it's

21  not uncommon to do this, here it is being done by another

22  person that you've all met in this case.  So that's --

23  that's how common it is.  Leissner did it, he says, in 2001,

24  2002.  Hwee Bin does the same thing in 2005.  There's

25  nothing all that novel about it.  There's nothing all that

1   suspicious about it.  There's nothing all that unusual about

2   it.  It seems to be somewhat typical, just from what we've

3   seen in this case alone.

4           Now, one thing that I want to draw your attention

5   to, since we're on top of Grace Vineyard.  There are a

6   number of things -- and we're going go through all of

7   them -- that make the four payments to Silken

8   Waters/Victoria Square completely different than every other

9   payment in the case.  Okay?  The Government -- when the

10   Government had their face charts up there and they said, you

11   know, you expect -- the Defense expects you to believe that

12   the way Roger was treated was different than everybody else.

13   And the answer is, there's certain objective things that I'm

14   going point out for you that make the four payments to

15   Silken Waters/Victoria Square completely different --

16   completely different than the other payments in the case.

17   And the first thing that I'm going to talk to you -- and I'm

18   only talking about this one thing now because I'm talking

19   specifically about Grace Vineyard, is that every one of the

20   Silken payments were Victoria Square payments and none --

21   none of the other payments in the case start with an email

22   from Judy Leissner at her Grace Vineyard address.  It's a

23   little thing, but it's not a little thing.  And so what I'm

24   going to show you -- and this is one of the few times we're

25   going to use our screen today.  This is Government

Summation - Mr. Agnifilo                    5322

1    Exhibit 210-01, Page 169.

2           The whole point of this, is that top -- that top

3    line, the line that we have highlighted.  Judy Leissner,

4    Grace Vineyard -- I'm sorry, jleissner@grace-vineyard..com.

5    Okay.  The payments that go to Silken and to Victoria Square

6    start with an email from this email address and none,

7    zero -- zero of the other payments do.

8           So let me show you another one.  This is -- this

9    next one is Government Exhibit 2297.  The same thing.

10          Let me show you GX 210-01, Page 120.  This one's

11   from 2013.  Same thing.

12          One last one.  210-01, Page 122.  Same thing.

13   Okay?

14          Seems like a little thing.  It's not a little

15   thing.  It one of the things -- I'm going to go through a

16   whole laundry list of other things that make the four

17   payments to Silken Waters and Victoria Square different,

18   markedly different than the others in the case, because as

19   we know -- as we know, Tim Leissner and Judy Leissner use

20   the Capital Place account for a number of things.  A lot of

21   what they used it for was to make payments, make what seemed

22   to be illicit payments, to make bribe payments, whatever

23   they may be.  Those payments have different attributes, have

24   different qualities.  They're or done differently than the

25   four payments that we are saying are absolutely legitimate

1    payments of a debt, and this is the first distinction that I

2    want to make in that regard.

3           A couple of other things.  When the Government was

4    summing up, they discussed why was Leissner involved at all

5    in -- in -- in the payments -- the 2013 payments to Hwee Bin

6    and her family.  And the reason is -- and you'll remember

7    this from the evidence.  There was an issue with the bank

8    account information.  It was incorrect.  It was just the

9    wrong account name, it was the wrong account number.

10          Judy Chan Leissner's -- they were married at the

11   time, and he wasn't married to anyone else at that time,

12   2012, I don't think, relies on her Goldman Sach's husband to

13   try to solve the problem about the incorrect information in

14   the account, and that's the only reason he's involved.

15   Otherwise, he's not involved.

16          Now, the truth is Leissner and Judy -- you know,

17   they're husband and wife during this period.  They have some

18   overlap in terms of what they're doing, but the important

19   thing is when you see the payments that end up going to

20   Hwee Bin and her family, the Silken -- the Silken and

21   Victoria payments, they always start from a Grace Vineyard

22   email.  And why?  Why?  I don't know how Judy does her

23   accounting at Grace Vineyard, but she has to capture that

24   payment somehow.  That payment, if it's coming out of Grace

25   Vineyard, there has to be some way of capturing that payment

1    and making it something that her accountant at Grace

2    Vineyard can say, oh, this is -- this is an outgoing payment

3    from Grace Vineyard.  So the way she does it, apparently, is

4    she actually uses the Grace Vineyard address to send the

5    email so that she could give it to her accountant to say,

6    Look, this is a Grace Vineyard payment.

7            And that's the case.  That's the case, also, with

8    the -- with the email that the Government showed you in its

9    summation where it says, you know, "for Roger."  There's one

10   that says "for Roger."  It's an email from Judy to herself.

11   Why would she do that?  Well, if you look more closely, it's

12   an email correspondence between Judy and herself, between

13   the Grace Vineyard email address and her personal email

14   address.  Again, because -- in terms of accounting, Judy has

15   to capture this payment on Grace Vineyard's accounting, and

16   this is the way she does it.  So it's actually evidence, I

17   submit to you, that this is a Grace Vineyard debt.  The

18   reason it's coming from a Grace Vineyard email, is because

19   it's a Grace Vineyard debt that Judy is paying back to

20   Hwee Bin.

21           The other thing the Government talked about in its

22   submission today is there's a June 5th email where Roger is

23   getting bank information on June 5th, and they're saying,

24   well, look, that's evidence that this money's for Roger, not

25   for Hwee Bin and her family.  But remember what's going on

Summation - Mr. Agnifilo                    5325

 1   June the 5th.  Hwee Bin has a child June 3rd, okay?
 2   Hwee Bin has Victoria on June 3rd, 2012, and Hwee Bin told
 3   you, didn't get into a lot of detail, it was a -- a
 4   pregnancy and delivery that had complications, okay?  That's
 5   what she said.  That was her testimony.  So here we are two
 6   days after she gives birth, and the email is going to Roger,
 7   not to Hwee Bin.  Why?  Because Hwee Bin had a baby two days
 8   earlier.  So it's not the significant piece of evidence the
 9   Government had you believe.  It's makes all the sense in the
10   world, given the timing.
11          We're going to get back to some of the finances
12   here in a minute, but I want to run through the period
13   between 2011 and about 2018.  Now, Judy sends initially
14   $26 million, says that she is going to send $26 million.
15   And so there's -- there's conversation between Hwee Bin,
16   Chee Khan, the parents, Fanny Khng, and Evelyn Smith, Fanny
17   and Evelyn being the two people from the bank, from UBS.
18   And there's a meeting, apparently, at Hwee Bin's home.  Now,
19   why is it at Hwee Bin's home?  Because the parents are
20   living there a lot of time.  So Chee Khan and Hwee Bin and
21   the parents are all at Hwee Bin's home and Fanny Khng and
22   Evelyn Teah come to the house.
23          Now, Hwee Bin took you through that one document.
24   I think it's Government Exhibit 3035-A.  She said, I've
25   never seen this before.  No one asked me to sign it.  I

Summation - Mr. Agnifilo                    5326

1   didn't sign it.  My mother didn't sign it.  Nobody's signed

2   it.

3         It's basically an internal UBS document.  And if

4   you look through that one paragraph that we've all looked at

5   many, many times, you know what's on it.  Okay?  And what I

6   submit is on there are things that are essentially good for

7   Fanny Khng.  Let me tell you what I mean.  All right?  Fanny

8   works at UBS.  There's going to be a review process.

9   They're expecting $26 million.  The $26 million doesn't come

10  all in one traunch, as you know.  There's $17.5 million

11  first, and then there's, you know, a lesser amount of money,

12  and then there's not any more money until 2013.  But Fanny

13  Khng, I submit to you, writes everything that's in that

14  statement, and everything in that statement is good for

15  Fanny Khng.  It's not necessarily true.  It's not

16  necessarily right.  It's not necessarily what anybody told

17  her.

18        Because Hwee Bin was as clear as a bell.  She got

19  on this witness stand -- and keep in mind, in this equation,

20  one source of information is a sworn witness subject to

21  cross-examination, and the other witness is Fanny Khng.

22  She's not a witness.  She's not here.  You don't know why

23  she wrote down what she wrote.  We have no idea what she was

24  thinking.  We have no idea who she is.  She's not sworn.

25  She didn't come here.  The FBI interviewed her, as we

1   know -- my mistake, did not interview her.  My mistake.  Did

2   not interview her, as we know, and -- nor did the FBI

3   interview Evelyn Teah.  Okay?  So we don't have a lot of

4   insight into that, and that's important.

5          But what Hwee Bin came here and testified to and

6   subjected herself to cross-examination about is, I told you

7   UBS the money was coming from China.  I was very clear.  I

8   told them that, everybody there told them that, because

9   that's where the money was coming from.

10          Now, why did UBS not write that the money was

11  coming from China?  I have no idea.  I have no idea and

12  neither do you, because Fanny Khng certainly has never taken

13  the witness stand and been subjected to cross-examination to

14  explain, Why did I write what I wrote?  You don't know.

15  She's not a witness at this trial.  The only witness at this

16  trial testified that she told UBS the money was coming from

17  China.

18          Now, is there some reason that a bank in Singapore

19  doesn't want to write, The money's coming from China?  I

20  don't know.  There's no evidence of that in the case.  Is

21  there some reason that a bank in Singapore doesn't want to

22  say that there was an investment in China?  Well, there's no

23  evidence about that in the case.  I don't know.  But that's

24  why you can't trust that one way or the other.  We don't

25  know why Fanny Khng wrote that, but what she wrote

1    instead -- and keep in mind what UBS is.  UBS is a Swiss

2    bank.  Okay?  We know that.  Hwee Bin testified to that.

3    UBS is a Swiss bank.  If you look through that little

4    paragraph, there's references to other Swiss banks.  There's

5    Credit Suisse.  Fanny Khng talks about Credit Suisse.  She

6    says specifically that Hwee's been chosen -- Hwee's been

7    chosen -- here UBS over Credit Suisse.  And then she

8    mentions another -- it's not a small thing -- another large

9    Swiss bank, BSI.  Kevin Swampillai told you that BSI was one

10   of the ten largest banks in Switzerland.  It's not a small

11   bank.  It's not a small, insignificant bank.  And, perhaps,

12   it is easier, it's less controversial, it's less subject to

13   scrutiny for a Swiss bank to say, Money is coming from

14   another Swiss bank.  It might be as simple as that.  Maybe

15   that's why she wrote it down, but we don't know because she

16   didn't come here to testify, so we can't ask her.  But at

17   the end of the day, what we do know is in that little

18   statement there, there's references to three Swiss banks:

19   UBS, Credit Suisse, and BSI.  Is it a coincidence that BSI

20   also plays a role in this case?  Sometimes it's just a

21   coincidence.  Sometimes that's what it is.  But BSI is not a

22   small, insignificant bank, as Kevin Swampillai told you.

23           Now, the other thing that I want to go through --

24   and I'm not to go through it in tremendous detail because I

25   think you just heard about a lot of this, is one thing I

Summation - Mr. Agnifilo                    5329

1    want you to remember about Hwee Bin, is I think she

2    expressed a great command behind all of her decisions, her

3    financial decisions.  Why did you create this company?  Why

4    did you do this?  Why did you do that?  She had answers for

5    all of it.  She was cross-examined on much of it.  She had

6    answers for all of it.  And this bit about -- about the

7    destroying mail, she had no desire to destroy mail.  She

8    didn't want the mail held by this Portcullis Group.  She

9    wanted the mail held by the bank.  If you remember the

10   actual emails and if you remember the actual phone call,

11   what she wants to know, why aren't you -- why -- I know you.

12   I know UBS.  I know you people.  Why aren't you holding the

13   mail?  Because Portcullis is holding the mail, and I have to

14   pay them, for one, and she -- we've been told that she

15   didn't like paying them and that she found a company that

16   was cheaper that Portcullis and, two, I don't know where my

17   mail is because I don't know who these Portcullis are.  So

18   she's not destroying anything because she's hiding

19   something.  She doesn't want the pay Portcullis to hold her

20   mail and if someone was going to hold her mail, she'd rather

21   have it be UBS.  Those were the questions she was asking.

22   So there's no nefarious intent here for HWee to -- I'm

23   sorry, let me -- for Hwee Bin to want to destroy -- there's

24   just no evidence of that whatsoever.

25           The other thing the Government said, I think, two

1   or three times in their summation that she was impersonating

2   her mother.  I mean, come on.  You know, this is -- we all

3   take care of our own parents.  If our parents are lucky --

4   her parents are lucky.  They have children who can help them

5   in their old age.  And when you help them with their bank

6   accounts and when they live with you and you help them with

7   their finances, you're not impersonating them.  That's not

8   what happened.  This is Hwee Bin being a good, educated

9   daughter.  She's a lawyer.  She's smart.  She's

10  sophisticated.  It makes all the sense in the world that she

11  would step in and help her parents with their finances.

12  That's all it is.  No one is impersonating anybody.  No one

13  is hiding behind their mother.  That's just silly, and

14  that's inconsistent, I submit, to what you all see in your

15  lives, the lives of your friends, the lives of your family

16  where people take care of their parents in every way, living

17  with them, financially, and every other important way as

18  they grow older.

19          One of the things that Hwee Bin was very clear

20  about is that in 2018, Hwee Bin starts talking to the

21  Malaysian police.  Okay?  These are the police in Malaysia.

22  She said she went down a lot.  I don't know if she said 20,

23  30 times.  She went down without a lawyer.  All right?  The

24  Government asked, Well, aren't you a lawyer?  She's a

25  corporate lawyer.  She's not a even a practicing lawyer.

1   She's not a criminal defense lawyer.  She is not a criminal

2   practitioner.  She goes down alone because she has nothing

3   to fear.  Now, why are the Malaysian police interested in

4   Hwee Bin?  It's very clear.  Now, we've never walked away

5   from this fact a day in our lives during this trial.  There

6   is no question that, in fact, 1MDB money trickled down,

7   trickled down, trickled down and went to Capital Place and

8   went into these accounts.  We never said anything different

9   than that, and we admitted that in our opening statement.

10  So it makes all the sense in the world that the Malaysian

11  police would want to speak to Hwee Bin.  But who do they

12  want to talk to?  They want to talk to Hwee Bin.  They don't

13  want to speak to Roger.  Roger spoke to them early, early

14  on, 2015, or whatever.  In 2018, who are they talking to?

15  They're talking to Hwee Bin.  Why?  Because Hwee Bin has

16  control of the money and the Malaysian police obviously want

17  to know what's going on.  And Hwee Bin testified to this,

18  and this is a very important part of the trial evidence and

19  of her testimony.  She said that she had conversations with

20  the Malaysian police about getting these records from Judy.

21  Okay?  And there's going to be -- there's going to be a

22  two-page acknowledgment, okay, from 2005 where Judy says:  I

23  got 48 million renminbi from Tim.  And then there's going to

24  be other things.  There's going to be bank records.  There's

25  going to be accounting.  There's going to be some objective

Summation - Mr. Agnifilo                    5332

1    evidence in China, okay, of this money.  All right?

2              So Judy asks the Malaysian police, can -- Hwee Bin

3    asks the Malaysian police, can I speak to Judy?  Can I speak

4    to Tim?  And the Malaysian police said, yeah, because she

5    asked permission, okay?  And then she tries to reach Judy.

6    Judy's giving her the cold shoulder, as she testified to.

7    And she has conversations with Tim.  And she had several

8    conversations with Tim, according to her testimony, about

9    trying to get these documents, okay?  And at no time, she

10   testified, did Tim say, you know, wait.  You know there's no

11   documents because he came up with a cover story in 2016.

12   You know, that's not testimony.  You know there's no

13   documents because, you know, you know where that money is.

14   That's not what Tim says, according to Hwee Bin's testimony.

15   Tim said, yeah, I'll see what I can do.  You know, but

16   nothing happened.  I mean, nothing happened.  Tim doesn't

17   produce any documents.  He never gives any documents.  You

18   know, he doesn't give them over.  And so Hwee Bin continues

19   to deal with the Malaysian police without the benefit of

20   these documents.

21             Now, what Wee Bin doesn't know is literally on the

22   other side of the world, at the moment, Tim Leissner is

23   speaking with the FBI.  It's now June of 2018.  We heard

24   about circumstances surrounding Leissner's arrest, if you

25   want to call it that, where he gets to keep his briefcase

1    and he gets to use his phone.  I don't know what kind of

2    arrest that is, but that was the particular arrest that Tim

3    Leissner experienced.  He had documents, he said.  He had a

4    folder in his Tumi briefcase when he was arrested.  That was

5    his word, I was arrested.  No one looked in it.  That was

6    his testimony.  No one looked in his briefcase, no one

7    looked for his documents.  He testified that two days later,

8    he was using his telephone.  Never spent the night in jail,

9    spent the night at a hotel, spent another night at a hotel,

10   spent another night at a hotel, never saw the inside of a

11   prison; and he hopes that he never will.  But on the other

12   side of the world from Malaysia, you had Tim Leissner

13   speaking to the FBI.

14          Now, the Government didn't even touch on this in

15   their summation, and they can talk about anything they want,

16   just like I can talk about anything I want that deals with

17   the evidence.  And you certainly are free to know this, the

18   things that we each talk about and the things that we don't

19   talk about.

20          So let's talk about Tim Leissner for a second.

21   It's been awhile since he testified so let's talk about him.

22   And here's the important thing -- and I'm not going to

23   belabor this because you all heard him, just like I did.

24   Okay?  I suppose, under the right circumstances, any of us

25   could lie, right?  Something's really on the line, there's a

Summation - Mr. Agnifilo                    5334

1   matter of your kids, your parents, your brother, your

2   sister, anybody could lie, right?  But not like him.  He's,

3   I submit to you, one of a kind.  He's rare.  There aren't a

4   lot of Tim Leissners in the world, and he just happens to be

5   the centerpiece of the Government's case in this one.

6          Now, he lies to everyone.  He lies to his wives,

7   he lies to his kids, he lies about his kids.  He will lie,

8   if it suits his interests, that his own children were in a

9   car accident.  Think about that.  He's lying in a fake email

10  correspondence because he created a fake email address for

11  his then-wife, Judy Chan Leissner, to have bogus

12  communications with Kimora Lee Simmons; and because it

13  served Leissner's interests, Leissner actually lied that his

14  children with Judy were in a car accident and were injured.

15  He goes that far.

16         But he goes further than that.  He creates the

17  fake email address, and he keeps this going for years.

18  This -- this is lying on -- on a rare level.  This is not

19  everyday lying, to want to manipulate -- and that's what it

20  is -- to want to control, to want to dominate a situation

21  between your then-wife, Judy Chan Leissner, and your

22  soon-to-be second wife while also married to the first one,

23  Kimora Lee Simmons, to create a bogus email address so that

24  Kimora Lee Simmons thinks that she's friends with Tim's

25  ex-wife, Judy.  She's not his ex-wife, they're still

 1   married.

 2         But in addition to that -- and Leissner even shows

 3   Kimora Lee Simmons a bogus divorce certificate to further

 4   lie to her.  And think for a second, what must lead up to

 5   that?  What must Kimora be saying?  You know, I think you're

 6   still married.  I think you're married.  I think you're --

 7   no, no, no.  No, no, no, no.  Look, here's a document.

 8   Look, here's a document.  I'm divorced.  All right?

 9         It's a lifetime of lies.  When you're married to

10   two women at the same time and neither of them know it,

11   every time you leave the house, it's a lie.  Every time you

12   say where you're going, it's a lie.  Every time where you

13   say where you've been, it's a lie.  It's not a lie here,

14   it's not a lie there, it's a lifetime of lying.

15         And here's the important part for how, I think,

16   you have to evaluate his testimony in this case:  It's a

17   decision he intelligently and willfully made to say, you

18   know what?  I am going to do this because I want to do it.

19   I want to be married to her because I want the trust.  I

20   want her to trust me the way a wife trusts a husband.  And I

21   want to be married to her because I want her to trust me the

22   way a wife trusts a husband.  You don't get a lot of trust

23   when you're just a boyfriend.  And you have five

24   girlfriends?  Nobody trusts you.  You can't even really lie

25   then because nobody trusts you.  But you're a husband now,

1    she trusts me the way a wife trusts a husband, and so does

2    she.  And you know what?  I can lie my way through it.  I

3    got this covered.  I'm so good at lying, I'm not afraid of

4    this.  I can lie my way right through this.  They're not

5    going to know what's coming, because I'm that good of a

6    liar.

7              And the fact that he thinks he can pull it off and

8    then he does for a long time, resorting to fake emails to do

9    so, is one in a million.

10             (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   (Continuing.)

2           MR. AGNIFILO:  Maybe even more than a million.

3           So this is who Tim Leissner is.  This is who Tim

4   Leissner was before he ever darkened the doorstep of the FBI.

5   That's who he was.

6           So does he change?  Now, let's remember Tim

7   Leissner's testimony.  Sat right there, told you:  I changed.

8   I changed.  I lied a lot in my life, but I'm not lying

9   anymore.  I have certainly told my share of lies, but my lying

10  has stopped.

11          He's probably told that to a thousand people, and

12  now he's told it to a thousand and 18 people because he's told

13  it to you.  And it's always a lie.  It's a lie every time he

14  says it.  It's been a lie.  It was a lie the first time he

15  said it and it was a lie the one thousandth time he said it.

16  But that's what he says.  That's his shtick.  That's a liars

17  last resort.  Yeah, I've lied a lot, but I stopped, and I'm

18  sure a lot of people believe him in their lives.  I'm sure a

19  lot of people believe him.  Afseneh.  Remember Afseneh?  He's

20  married to Afseneh when he's married to Judy.  Direct

21  testimony.  It was on direct examination.  I got divorced from

22  Afseneh.  She consented.  Okay?  Cross-examination.  You went

23  to the Dominican Republic behind her back.  Think about who he

24  is.  He marries -- he's married to Afseneh, he marries Judy

25  without telling Afseneh, and then he runs to the Dominican

1   Republic to get divorced behind Afseneh's back.  That is rare.

2   That is not normal every day lying.  That is lying on a

3   different level, okay?  So when you guys are trying to figure

4   out, did he really change his ways?  Is he really different

5   now?  He has said that his whole life, and he didn't change

6   his ways, and he didn't change his ways now, and he didn't

7   change his ways when he went to the FBI because he admitted to

8   you -- like -- that's, like, a good thing?  I admitted that I

9   went to the FBI and lied, so now you should believe me.  What

10  did he lie about?  He told you what he lied about.  He falsely

11  implicated Roger, the man on trial.  He told you:  I falsely

12  implicated Roger.  I said that Roger did things that I knew

13  Roger didn't do, and that's terrible.

14         You know who he also falsely implicated because he

15  told you?  The mother of his children.  Judy.  He goes into

16  the FBI -- I mean, think about this.  Think about this.  You

17  go into the FBI, you say that the -- your ex-wife, the mother

18  of your children engaged in criminal activity that you know

19  she didn't engage in to make her situation worse, to make her

20  more guilty, to make her falsely guilty in the eyes of the

21  FBI, you finish, and you walk out?  Are you kidding me?  And

22  then you come back and you do it again?  It wasn't one time.

23  We took him through it.  He did it over and over and over.  It

24  wasn't until something happened that stopped him.  And you

25  know what it was?  It was emails and text messages.  And so he

1    never stopped lying, ever, and he didn't stop lying in this

2    courtroom, and I will take you through some of that too.  He

3    started lying smart.  What he realized is, huh, I can't lie

4    about stuff if there might be an email because then I'll get

5    caught, so I'm not going to do that anymore, because that's

6    how he got caught on the Roger and Hwee Bin lies -- I'm sorry,

7    on the Roger and Judy lies.  He didn't have some crisis of

8    conscience and say, oh, wow, I have to stop lying.  He just

9    got caught because he lied about things where there are

10   emails, and so all he did is he started getting smart.  He

11   lied smart.  And by the time he came to this courtroom, he had

12   been lying to some of the people sitting at this table for

13   over three and a half years, and he lied to you during his

14   testimony.

15           Now, one thing I want to say, everyone keeps -- the

16   Government keeps saying, you have to scrutinize Tim Leissner's

17   testimony, you have to scrutinize Tim Leissner's testimony.

18   Does really anyone seem like they're really scrutinizing Tim

19   Leissner's testimony?  They're just letting him testify.  He's

20   just getting up here and he's testifying.  And the truth is,

21   there is no other evidence that connects Roger Ng with guilt,

22   okay?  Now, once you accept -- once you accept that Roger is a

23   Goldman Sachs banker and he's going to work on the deals -- so

24   you are going to see emails of him working on deals because

25   he's a Goldman Sachs banker.  You are going to see him going

1   places because he's a Goldman Sachs banker.  You are going to

2   see him talking to Andy Tai, and you're going to see him

3   talking to his boss.  Let's not lose sight of the fact for a

4   second, Tim Leissner is that man's boss.  It's his boss, okay.

5   You are going to see him talking to Leissner.  You are going

6   to see him talking to all these different people.  Why?

7   Because he's a Goldman Sachs banker, so that doesn't mean

8   anything.  That's not corroboration, you know?

9           And I've told you from the first minute we all spoke

10  that $35 million came from Capital Place into Silken Waters

11  and Victoria Square, so once you take those two things out,

12  what does Leissner give you?  Leissner gives you intent.

13  Roger and I discussed this.  Roger and I had this, you know,

14  dirty conversation with Low.  Roger and I knew that everybody

15  was getting paid.  That's what you have Leissner doing.  And

16  you know what?  There's no -- zero, zero, zero, zero

17  corroboration of that.  Not a single thing.  The real blood

18  and guts of this case, you know, that it's a bribery case and

19  that Roger is charged with bribery and money laundering,

20  there's no -- zero evidence independent of Leissner for that

21  at all.  There's not a dirty email.  There's not a bad email.

22  Roger is not on a bad email.  There's not a bad text message,

23  and we know there are bad text messages in this case because

24  you saw them.  You saw Leissner's text messages with Low where

25  Low is basically treating Leissner like he's -- I don't know.

1    I mean, it's -- it's -- Leissner doesn't seem like he's a

2    Goldman Sachs partner and the head of Asia at Goldman Sachs

3    with the way Low is treating him.  Did you pay so-and-so?  Did

4    you pay so-and-so?  You know, paying, paying, paying.  You

5    know, Leissner and his text messages with Low are as

6    implicating evidence as you're going to see anywhere unless

7    you're actually a baker.  If you are a baker and you actually

8    do make cakes, then I guess they're explainable.  But since no

9    one here makes case, these are clearly conversations about

10   bribes.  And they exist.  They're here in the real world.  You

11   saw them.  One after the next after the next.  You see

12   Leissner and Low talking about, you know, let's try and -- we

13   have Madam Cakes.  What's that?  Madam Cakes is a reference to

14   the prime minister's wife and payments.  This is a good cake

15   deal.  You know, it's one thing after the next.  So these

16   things do exist.  They do exist, because you have seen them.

17   They just don't exist with Roger, okay?  Because Roger is not

18   involved.  So there's no emails -- zero; there's no bad text

19   messages -- zero; and, as we discussed, there are no phone

20   calls.  There's no phone calls.

21            You heard from the evidence that at the direction of

22   the FBI, Leissner made phone calls.  Leissner called Jho Low.

23   Leissner called Hwee Bin twice.  Leissner never called Roger.

24   Now, Leissner offered you an explanation.  I submit the

25   explanation is a lie, and I'm going to tell you exactly why.

1   He says:  I spoke to the FBI about it, and Low -- I didn't

2   call Roger because we were concerned his phone was

3   compromised.

4            Okay.  There are two people in every conversation.

5   There's Leissner, and there's an FBI agent.  Where is the FBI

6   agent?  If that crime -- if that conversation took place --

7   there's no evidence of it.  They know how to call FBI agents.

8   They called a bunch of them.  There's no evidence of it.  Do

9   you know why?  Because Leissner is making that up.  Leissner

10  is lying about that.  He's lying because he can't admit -- for

11  whatever reason, he has a hard time admitting the truth about

12  a lot of things, and he's lying about that, but what you do

13  know, you know there's no calls -- no calls with Roger.

14           And Hwee Bin told you that at one point when she was

15  on a video call with Leissner, she showed Leissner that Roger

16  was with her.  Nothing.  No conversations with Roger.  No

17  evidence.  No evidence.  Aside from Leissner, no evidence that

18  Roger did anything wrong.

19           All right.  Let's talk about 2009 to 2012 and the

20  role of Jho Low.

21           Here's the important part, okay?  In 2009, there's

22  no doubt -- and I think I told you this in my opening -- that

23  Roger is instrumental in bringing -- trying to bring Jho Low

24  into the bank, okay?  No question.  This is three years before

25  all the mishegoss is going to start with Project Magnolia in

1    2012.  So there's nothing going on in 2009, Low is not nearly

2    the controversial figure he would end up being, and Roger is

3    absolutely trying to bring him into the bank.

4            Now, keep in mind something -- this was all brought

5    out in Leissner's testimony -- I asked Leissner:  Do you

6    remember getting an email at the end of 2008, okay, that

7    TIA -- the state of Terengganu was going to start a sovereign

8    wealth fund -- the Terengganu Investment Authority.  He says

9    yes, and he got an email and Roger got an email from someone

10   else at Goldman Sachs, and the email basically said there's

11   this opportunity -- try and chase this down, okay?  So the

12   point is, Roger is not choosing Low.  Roger is not going out

13   to win over Low to try and, you know, bring in Low's business.

14   Roger is doing his job.  He gets an email that TIA -- that

15   Terengganu is starting this sovereign wealth fund.  Run it

16   down.  Go run it down.  So he does what he's told, and he goes

17   to run it down.  And he meets with Low.  He tries to bring Low

18   into the bank.  And the point is, every single time Roger

19   meets with Low, he logs it into the system the way he's

20   supposed to.  He's not hiding Low.  If he meets with Low --

21   there's a calendar entry, "meeting with Low."  You know, there

22   are all these different reports that Goldman Sachs does.  When

23   you are in investment banking -- when you are in investment

24   banking, it's important to keep track of the people outside of

25   Goldman who you are meeting, and he does it right every single

1    time.  Every time he meets with Low, "I'm meeting with Low."

2    I have a calendar entry, "I'm meeting with Low."  He never

3    says it's anybody else.  He never says it's Mohamed Badawy

4    Husseiny, for instance.  If he's meeting with Low, he says

5    he's meeting with Low each and every time.

6            So he's doing nothing other than his job.  He's

7    going out trying to win this business, and he's doing it the

8    way that Goldman Sachs wants him to do it to keep track of

9    these things so that they know who he's seeing.

10           There are different other projects.  There's the TIA

11   project where Goldman Sachs got paid a million dollars.  If

12   you remember, TIA, kind of, beat them on the fee.  It was

13   supposed to be $2 million, but it was only a million dollars.

14   So this is not like a super -- I mean, a million dollars is a

15   lot of money to everybody in the world probably other than

16   Goldman Sachs.  You know, it's not a huge Goldman Sachs deal,

17   and Roger is running down on all these things.  Roger refers

18   to Low by name in the emails.  His business Jynwell, whatever

19   -- whatever the company is -- he says that every single time.

20           Now, I want to talk for a second about something

21   that probably has come up time and time again, and that's the

22   red flag summary, and I don't know if you guys can all see it.

23   It's pretty -- it's pretty far away.

24           Can you guys all see that in the back?  Or is it --

25   no?  All right.  You know what I'll do?  I'm going to read

1   parts of it to you.

2          Okay.  The part that's most relevant is seven.  So

3   let's look at the whole thing.  So, first, it's called a red

4   flag summary.  So this is not a positive -- this is not a

5   positive part of the PowerPoint for Jho Low.  This is a red

6   flag summary, and the red flag summary -- there's only one

7   person's name that you are going to find in this red flag

8   summary, and that's Roger, and this is March of 2010.

9          So let's look at the whole thing.  Number 7 is the

10  important part.  Negative feedback from Asia-based GS

11  employees, okay?  When briefed on the details of the client's

12  claims -- stop right there.

13         Obviously, Low is saying certain things to the bank:

14  I'm Jho Low.  Here's my deal.  Here's where I get my money

15  from.  Here's how much money I have.  Here's how I've made my

16  money.  Whatever those claims are.

17         -- comma, Roger Ng advised caution in accepting the

18  claims at face value.

19         Okay.  He doesn't know.  He doesn't know for sure.

20  He doesn't know Low like that.  He doesn't really know Low at

21  all other than someone who he's met, you know, a dozen times,

22  20 times, whatever it is.  He doesn't know him.  And what I

23  mean by "know him," he doesn't know, like, where his money

24  really comes from.  He doesn't know how much money he has.

25  Does he have 10 million, you know, 100 million, 300 million?

1    He doesn't know those kinds of things -- things that Goldman

2    Sachs would want to know, but he advises caution.  Be

3    cautious.  Be cautious in accepting these claims at face

4    value.

5              Then there's something that's not necessarily unique

6    to Low.  It says:  Roger accepted that some Malaysian families

7    construct opaque structures to ensure discretion.  He did not

8    find the individual's claims to be credible and recommended

9    requiring very specific verification of all claims.

10             Here he goes to the next level.  What he's saying

11   here is I -- I, myself -- I don't find the individual's claims

12   to be credible.  What else can he say?  What more can he do

13   than to say, you're asking what I believe?  I don't really

14   believe him.  I don't know, but I don't really believe those

15   claims are credible.  What else can he say?  I mean, what

16   more -- without -- without knowing, what more can he say?

17             Now, keep in mind one thing -- and I think -- I

18   can't remember which witness testified to this -- this

19   information all flows one way.  Meaning that Roger is

20   essentially like a witness here.  You know what I'm saying?

21   Who's Jho Low?  He's this, he's this, he's this, he's this.

22   That information doesn't flow back from BIG or from the

23   compliance divisions back to Roger.  Roger doesn't get the

24   benefit of all their research.  He's just giving information.

25             Then the last sentence.  We've talked about this a

1   lot:  Roger had not heard of the individual apart from meeting

2   him on a single occasion when he was present at a meeting with

3   the king of Malaysia.

4        Let me offer an explanation for this, okay?  Goldman

5   is trying to figure out, does Low really know the king?  How

6   well does Low know the king?  So that's why the king is in

7   that sentence because Roger did meet Low one time with the

8   king.  He's not saying he only met Low one time ever.  He's

9   saying:  I met Low one time with the king.  Why is that the

10  only sensible interpretation of this?  Because Roger is on

11  record 20 times by this point.  This is on record in a way

12  that -- absolutely accessible to compliance.  Compliance can

13  check this.  He knows compliance can check this.  He knows he

14  met Low 20 times.  He's not going to say I only met him once.

15  Why would he say that?  How would he know the answers to the

16  other questions?  It doesn't make sense.

17       Now for him to say, "I don't believe him, I only met

18  him once, but I don't believe him," he's not saying that.

19  He's saying:  I met him once with the king, because the

20  king -- they want to know who Low knows.  Who is Low connected

21  to.  We know he has some connection to the king, and a logical

22  question would be, what is his connection to the king, and

23  Roger says:  I met him once with the king.  That's what that

24  is and nothing more than that.  It makes no sense for Roger to

25  tank low -- which is basically what he's doing -- to tank low

1   in the other parts of this report and say I don't believe him,

2   and then say I only met him once, when it's readily provable

3   he didn't just meet him once.  It's ridiculous to say he only

4   met him once.  He met him 20 times by this point, and every

5   single one of the 20 times is logged properly into the Goldman

6   Sachs system exactly the way he's supposed to do it.

7          So this whole thing is a nothing burger.  He's not

8   lying.  This is Roger telling the truth.  This is Roger being

9   helpful to Goldman Sachs.  This is Roger telling the people at

10  Goldman Sachs who have to make the decision on Low information

11  they actually need that would be useful to them to say, be

12  careful, check him out.  If you are asking me if I believe

13  him, I don't, okay?  That's what this says and nothing more.

14         And this goes to very high levels of compliance --

15  it goes to someone in Court Golumbic, it goes to heads of

16  different compliance divisions -- so Roger is on record.

17  There's no other single person on the business side of things

18  that is on record as being critical of Low.  You don't see --

19  Leissner is not on this.  Leissner is not on the red flag

20  summary.  No one else is on the red flag summary.  One person.

21  Goldman Sachs has 40,000 people.  One person is on record by

22  name saying, I don't believe him.  Check him out.  Check him

23  out hard.  It's Roger.  That's the only one.

24         Next year, 2011, Kazakh Gold -- the Government

25  talked about this in their summation as well.  If you

1   remember, Kazakh Gold Jynwell -- Low's company, Jynwell, was

2   in a consortium with other companies looking to buy this

3   company, and there's confusion as to what the role that

4   Jynwell had was, because remember something -- and this is

5   very important -- remember something that Stephen O'Flaherty

6   testified to?  Stephen O'Flaherty said:  Low wasn't completely

7   toxic to us.  We didn't have a "no Low under any

8   circumstances" policy.  We could handle Low if he had a minor

9   role and if there were no ostensible payments to him, okay?

10  So that was O'Flaherty's testimony.

11          Now, here, with Kazakh Gold.  Everyone is trying to

12  find out what is Low's role in this deal, and the one who gets

13  right to it who gives the information that's helpful is,

14  again, Roger.  And he says, quote, Jynwell is driving the

15  fund-raising process.

16          We know that's an important quote because Gilbert

17  Chan quotes Roger -- quotes -- takes Roger's words, "Jynwell

18  is driving the fund-raising process," bumps that up to Stephen

19  O'Flaherty, and they end up not going forward with the deal,

20  and they don't go forward with the deal specifically because

21  of what Roger said.  No one else.  Leissner didn't say it.

22  Toby Watson didn't say it.  Andy Tai didn't say it.  None of

23  the other 40,000 employees of Goldman Sachs said it.  He said

24  it.  He said it in 2010.  He said it again in 2011.  And that

25  is him being helpful.  That is him being accurate.  That is

1  him being a good Goldman Sachs employee.

2          And let me just, at this point, note for the record,

3  there is not a single Goldman Sachs employee -- I want to

4  touch on this again -- there's not a single one who came in

5  here and said a remotely bad thing about Roger Ng.  Not one.

6  Not one.  They could find all the compliance people -- most of

7  the compliance people never even heard of him.  Never even

8  heard of him.  Do you know Roger Ng?  Nope.  Stephen

9  O'Flaherty.  Did you ever speak to him?  Nope.  Have a phone

10  call with him?  Nope.  Have a meeting with him?  Nope.  I

11  mean, they can't even find a compliance person who knows him

12  because he didn't -- he didn't do anything wrong in Goldman

13  Sachs eyes.  The Government is making this stuff up.  They're

14  making this up to try to convince you that he must -- there

15  must be something.  You know, if he can use personal emails,

16  if he's going to do these things that he's not supposed to do,

17  you know, he must have a proclivity to commit international

18  bribery of world leaders.  That's their argument.  But if you

19  are talking about actual people from Goldman Sachs where he

20  worked in compliance, not one has a remotely bad thing to say

21  about him.

22          All right.  January 2012.  January 2012 is when

23  things change, okay?  It's when things change between Low and

24  Roger, and it's when things really change between Low and

25  Leissner, okay?  Up until 2012 -- and 2012 is when the crimes

1    start, and that's important, because before then, yeah, Roger

2    knows Low -- Roger goes to Vegas and declares that he has

3    $14,000 in currency.  You know, not everybody does that.  He

4    does it because he's a boy scout.  You know, he says, yep, I

5    have $14,000 in foreign currency, and he declares it, and he

6    gambles in Vegas.  You know, big deal.  Big deal.  You know,

7    it's not -- it's not a crime; it doesn't mean that you are

8    going to bribe world leaders.

9            So let's get to 2012.

10           In 2012, Leissner hits 2012 like a man on fire, all

11   right?  Now, Roger is out of the office in the beginning of

12   2012 because he had a bike accident, okay?  He had a serious

13   bike accident.  His best friend -- you know, Tim Leissner

14   didn't seem to remember it that well, but Andy Tai remembered

15   that he was out of the office -- and what do you see Leissner

16   doing?  Leissner is talking with Lazar.  Leissner is

17   interviewing with Lazard in the early part of January 2012,

18   and Leissner is trying to put a deal together.

19           See, this is different than what happened in 2009

20   with TIA where Leissner and Roger got an email, hey, go run

21   down TIA, because this is Leissner putting a deal together;

22   and he's putting a deal together with Ananda Krishnan, who is

23   selling a power company; and with 1MDB, who is going to one

24   day buy Ananda Krishnan's power company; and Leissner is

25   having a bunch of meetings, many of them without Roger.

1          January 12th, for instance -- we go back to TEEMS

2     and all these things we went through the trial.  January 12th.

3     Leissner has three meetings on January 12th.  He meets with

4     Shahrol, okay, who is the CEO of 1MDB; he meets with -- he

5     meets with Ananda Krishnan, who is his long-term customer --

6     client, rather -- and I think Hwee Bin even said part of the

7     reason she had faith in the investment is that Leissner was

8     very close to Ananda Krishnan, and people in Malaysia viewed

9     him as his, like, you know, informal godson or something like

10    that.

11         So he's close to Krishnan.  He's been close to

12    Krishnan since 2002.  He worked with Krishnan for the Maxis

13    IPO and a second IPO that Krishnan's companies have done.  So

14    by the time of 2012, he's been close to Krishnan for

15    ten years.  So he meets with Shahrol, the CEO of 1MDB; with

16    Krishnan; and with Nazir Razak, the prime minister's brother.

17    This is just Leissner, and this is just one day.  This is

18    January 12th.  One day he has three meetings.  January 18th,

19    Leissner meets with Low, okay?  So now he's met with Low.  And

20    then on January 19th he meets with Krishnan again.

21         Okay.  So in this seven-day period, he has five

22    important meetings.  Why?  Because he met with the buyer of

23    1MDB; he met with the seller, Ananda Krishnan; and he met with

24    Low, who is sort of the person in the middle who is going to

25    make all of this happen.  And so what does he do after having

1    these five meetings in seven days?  He calls someone named

2    Jeffrey Rosen at Lazard.  He doesn't call Goldman.  Goldman

3    knows nothing about it yet.  As of January 19th, Goldman

4    doesn't even know this business opportunity exists because

5    Leissner is shopping this to Lazard because Leissner told you

6    he's thinking about leaving Goldman and going to Lazard, so

7    he's shopping this to Lazard.

8            Then something happens that I submit to you is very,

9    very significant.  In January, Leissner goes to London.

10   Doesn't breathe a word of this on his direct testimony.  Not a

11   word.  During his direct testimony, he's talking about a

12   meeting in London -- the February meeting -- a meeting in

13   London.  He goes to London in January, and you know what he

14   does when he -- and who is in London?  Who do we know who has

15   an apartment in London?  Low has an apartment in London.

16   After he leaves London, he sends Jeffrey Rosen an email.  And

17   he says:  1MDB wants to meet right away.  Goes to London.

18   Right after the London meeting, 1MDB wants to meet right away.

19   And then he says to Jeffrey Rosen in the email:  The prime

20   minister wants to use Lazard for this deal.

21           And I asked him -- don't you remember -- I asked

22   him, I said, was that true?  He says no.  I said, you just

23   made that up?  He said, yeah, he just made it up.  The prime

24   minister didn't say to meet Lazard, but this is Leissner being

25   Leissner.  Leissner can't help himself.  You know, he wants to

1   juice it up.  He wants to juice it up a little more.  So he

2   says:  Hey, Lazard, the prime minister wants you guys.

3          It's not true.  It's a lie.  But what is true is

4   that Leissner is working this thing hard for Lazard to do --

5   Lazard to do -- before it ever gets to Goldman.  For whatever

6   reason, it doesn't work out with Lazard.  I think -- I asked

7   Leissner on cross:  You know, did something happen that caused

8   you to realize Lazard is not right for this?  He said that's

9   basically right.  And then he goes to Goldman later in January

10   and says:  We need to do an emergency conflict check to do

11   this BIG deal.

12          The other thing that's interesting is while he's

13   talking to Lazard about this deal, he's also talking about

14   Sheikh Mansour, so where would he start getting Sheikh Mansour

15   from?  He's getting it from Low.  So this is Leissner and Low.

16   This is January.  This is not February.  This is January.  A

17   meeting that Leissner would have you believe he has no

18   recollection of at all.

19          Do you remember, I said, can you tell us one thing?

20   Tell us one thing that you did in London in January.  I don't

21   remember a thing.

22          (Continued on the following page.)

23

24

25

1          MR. AGNIFILO:  He goes to London in January, comes

2    out of that meeting a house on fire saying 1MDB wants to do

3    this deal right away, start talking about Sheikh Mansour.  He

4    can't tell you one thing.  He can't tell you one thing that

5    he does in London in January.  That's not an accident.  He

6    uses I don't recall strategically.  It's very effective.

7          Because if you want someone to concentrate on only

8    one of three things, like let's say for instance you had three

9    meetings in London.  Let's say for instance you had one in

10   January, you had one in February and you had one in April, but

11   you don't want anyone to concentrate on the one in January and

12   April, what you can do -- and it's remarkably effective -- is

13   "I don't remember anything about January, I don't remember

14   anything about April."

15         But that February meeting, let me tell you what Jho

16   Low's doorknob was like; let me tell you what his front door

17   was like; let me tell you about where people were sitting.

18   I'll talk about February, because all I want you to guys to

19   focus on is February.  But I don't remember anything about

20   January, nothing.  You can't get a single detail out of me.

21         That is a lie.  Of course he remembers.  Of course

22   he remembers.

23         Do you remember there are were times I asked him,

24   just talk about this deal, and he would talk about things that

25   happened ten years ago in incredible detail, here are the

1   people involved in the deal, here is what they did, here is

2   what they said.  He has a great command over detail.

3          You should not accept that he doesn't remember a

4   single thing about his trip to London in January because it's

5   a lie.  It's a strategic lie.  He doesn't want you to know

6   what happened there.

7          But we know.  We know.  He comes out of that meeting

8   talking about I spoke with 1MDB, and talking about Sheikh

9   Mansour.

10         Let's get to the London meeting that he does

11   remember, the February London meeting.

12         Your Honor, we can do the break now or we can keep

13   going?

14         THE COURT:  Later.

15         MR. AGNIFILO:  The February London meeting.  This

16   was a meeting London in February, there is no question.  We

17   never denied that for a second.  At this meeting was Roger,

18   Low, Leissner, Jasmine Loo and Terence Geh.  Not Nick Faisal,

19   Terence Geh.  Let's get to the important part of the London

20   meeting.

21         Leissner says that at this London meeting there was

22   this talk of Low's, I'm going to bribe all these world leaders

23   and not only am I going to tell you about it, I'm going to

24   make a chart.  I'm going to give you six reasonless why none

25   of that happened.

1            Reason number one, common sense.  Jho Low really is

2    going to fill a room with people and say, welcome everyone to

3    One Stratosphere.  I want to tell you guys who I'm going to

4    bribe.  Because it's really important to me, Jho Low, that you

5    all know precisely who I'm going to bribe.  So I'm going to

6    tell each and every one of you who I'm going to bribe.  Not

7    only am I going to tell you, because I heard somewhere that

8    people's recollections are better when you tell them something

9    and then show them a visual, and had I been better at the tech

10   maybe I'd do a PowerPoint to you but I can't do a PowerPoint

11   so I'll make a chart.  So sit back all of you who don't really

12   need to know any of this information, and listen to all of the

13   people I'll one day bribe.  Because there is some of the world

14   leaders of your countries so you should know who I'm going to

15   bribe.

16           He then takes them through chapter and verse.  He

17   takes out a piece of paper, as Leissner says, he writes the

18   Malaysian people on the left side, all the Malaysians that Low

19   is going to bribe on the left side.  He goes down the list.

20   All the people from Abu Dhabi who is he's going to bribe on

21   the right side.  That's ridiculous.  That's the last thing Jho

22   Low did.

23           Why, why does Roger, Tim, all these other people

24   need to know who Jho Low is going to bribe?  And not them,

25   it's February.  The bribes don't start until the fall, until

1    the summer and the fall.  Why in the world would Jho Low do

2    that?  He didn't do it.  And he didn't do it because it's

3    preposterous.  Jho Low is many things; he's not stupid.

4              And he would not basically share with the room to

5    make an international bribery announcement.  Thank you for all

6    to coming to London to hear my international bribery

7    announcement.  Here are all the people I'm going to bribe

8    because you should know.

9              Next thing, you know he's not going to tell Leissner

10   because Leissner said something very important in his

11   testimony.  Leissner said that even while Leissner was paying

12   the bribes, even while he was paying the bribes, he didn't

13   know who he was bribing.  Do you remember that part of the

14   testimony?  So if Leissner is not told -- Leissner says send

15   this money to Spring Elite at this bank.  Leissner is not told

16   who that is.  And Leissner told us specifically, Low didn't

17   tell me, Low didn't tell me who I was actually bribing.  I'm

18   the one sending the money and I don't know who I'm bribing.

19             If that's the case, why is Low going to tell

20   Leissner eight months ahead of time here who is all who were'

21   going to bribe.  He wouldn't.  He doesn't want Leissner to

22   know who he's bribing.  If he wanted Leissner to know who he

23   is bribing, he would have told Leissner at the very moment

24   that Leissner was bribing that person.  But he didn't.  And he

25   didn't because he doesn't want Leissner to know.

1       Roger.  Does he want Roger to know?  I submit to you

2   he does not want Roger to know.  Because of two things, we put

3   them both up here.

4       The first is what we talked about before, Roger,

5   Roger told on -- put it this way, Roger told on Low.  Low

6   knows that.  Low knows that Roger said things about Low to

7   compliance that Low doesn't like.

8       How do we know that Low knows?  Because in 2014 Low

9   says that he knows.  Low says, I think Roger screwed up and

10  maybe the Swiss chap too.  Low then says, both now no longer

11  at GS, so you should say they simply submitted crap.  Leissner

12  said, yes, they definitely did, but I will get there.

13  Leissner talks about once he's chairman things will change.

14      What does Low know?  Low knows in 2014 that Roger is

15  to blame.  Roger is to blame for Low not being a private

16  wealth client in 2010.  So why in God's green earth of all the

17  people that Low can have in his apartment when he's going to

18  talk about bribing everybody in Abu Dhabi and Malaysia would

19  he have Roger there?  The same guy who sunk his private wealth

20  management client application two years earlier.  It makes no

21  sense.  It didn't happen.

22      Also, Leissner can't keep straight who he was

23  meeting.  He says that Nik Faisal at the meeting.  Nik Faisal

24  is not at the meeting.  Terence Geh is at the meeting.  He has

25  it wrong.  Is it a minor thing?  Is it a major thing?  He

1    swears to you these are the people at the meeting.  He has the

2    people at the meeting incorrect.

3              Next thing, the first time he mentions the chart is

4    April 21, 2021.  International world leader bribery chart that

5    Low makes.  April 21, 2021 is six weeks before the third

6    anniversary of Leissner cooperating.  He's been a cooperator

7    almost three years, three full years, three full years, six

8    weeks short of three years.  Bribery chart, for the first

9    time, it's ridiculous.

10             The other thing is that it's rendered impossible by

11   other evidence.  I'm not going to read the whole thing to you,

12   but, if you remember Leissner testifies that after the meeting

13   they all go for dinner in Chinatown.  And they go in vans and

14   they take their time and then they walk back.  And then they

15   go to Leissner's apartment and then Roger goes off to Roger's

16   apartment.

17             None of that happened.  We know that none of that

18   happened because Roger checks out of his hotel at 6:17 p.m.,

19   Roger is out of his hotel.  Low is talking about dinner, he's

20   at the end of the -- Leissner is talking about dinner at the

21   end of the evening.  He's certainly leading you to believe

22   that they are not leaving London that night.  He goes to his

23   hotel.  Leissner doesn't mention running off for a flight.

24   Leissner doesn't mention I need to get a taxi and rush to

25   London Heathrow to fly back to Asia to take an international

1    flight.  Leissner doesn't mention Roger is running off for a

2    flight.  It's the exact opposite.

3            It's this meandering they are talking about how

4    happy they are that they are going to get all of this money.

5    It's preposterous.  It didn't happen.  It's false.  He's

6    making the whole thing up.

7            There was no talk about bribery at the London

8    meeting.  There was no chart of bribery at the London meeting.

9    He and Roger didn't walk around London after dinner talking

10   about how happy we are.

11           Remember his testimony, he almost revels in this, in

12   the story.  Roger was just so happy that he was going to

13   finally get paid.  None of it happened.  It's dead false.

14   It's a dead false lie.  It's not a misrecollection.  He

15   doesn't think it might have happened.  He's just flat out

16   lying.

17           Abu Dhabi.  Leissner goes to Abu Dhabi nine times.

18   The Government put their faces around the world chart only had

19   the first meeting, the March 3rd and 4th meeting.  Leissner

20   goes nine times to Abu Dhabi.  Roger goes two times, the same

21   number of times as Andy Tai.  Roger goes two times.  Some

22   other people go two, more, I don't know how many times Vella.

23   Leissner goes nine times.  Nine times.  He.

24           Doesn't have a great command, Leissner, about what

25   happened each individual time.  Except he does say that Roger

1   was present when Low gave Leissner an envelope that had in it

2   a letter from the Prime Minister of Malaysia that Leissner had

3   to deliver to -- depends when you ask -- Sheikh Mansour or

4   Khadem Al Qubaisi, his story changes.  He says that Roger was

5   there, and that Jasmine Loo was there.

6           Now, that could not be the March 3rd meeting.  Roger

7   was there March 3rd and Roger wasn't there again until

8   April 10.  So could it have been either of those two meetings?

9   I submit to you, it cannot be.

10          The reason it cannot be is because Government's

11  Exhibit 2252 is -- we'll put it on the Elmo.  From Deal

12  Rainman to Mohamed Husseiny.  It says from Deal Rainman, who

13  we understand to be Low:  Please provide name and contact

14  via BBM for delivery person.  Thank you.  Then it says

15  March 2012 letter to his Highness Sheikh Mansour Al Nayan from

16  His Excellency Prime Minister of Malaysia PNC.

17          Then the letter itself, which you've seen a few

18  times.  It's the letter that we looked at.  The point is, this

19  is from March 7.  So March 7 there is an e-mail from Low to

20  Mohamed Al-Husseiny saying please provide the name and contact

21  by BBM for the delivery person.  This letter is about to be

22  delivered from a delivery person.  It doesn't say from

23  Leissner.  We wouldn't need Leissner's contact information for

24  a delivery person.

25          This couldn't have happened on the third because

1    there would be no reason if the letter was delivered on the

2    third to have an e-mail dated March 7 to have it delivered by

3    delivery person.

4              And we know it can't be April 10 because by then the

5    letter has been delivered.  And by then Leissner is already

6    lying to Goldman Sachs and to Stephen O'Flaherty that he

7    hand-delivered the letter to Sheikh Mansour.  So what

8    happened?

9              Here is the reason it's important.  It's not

10   important because you're ever going to be able to figure it

11   out.  It's important because you're never going to figure it

12   out.  If you had can't figure this out, you can't trust

13   Leissner on anything.

14             So I want to use this example as something that

15   while Leissner testified about it, you will have no confidence

16   whatsoever as to what happened as a matter of fact.  Let's go

17   through the history of this.

18             Leissner tells people at Goldman Sachs I

19   hand-delivered the letter to Sheikh Mansour himself.  That's

20   what he tells Stephen O'Flaherty.  He tells other people

21   that's his story.  I hand-delivered it to Sheikh Mansour

22   himself.  He gets up at trial and said that didn't happen; I

23   lied about that part.  I actually hand-delivered the letter to

24   Khadem Al-Qubaisi at his house.  I went to his house.  How did

25   you get there?  I got driven by Mohamed Al-Hussein.  Now

1   Mohamed Al-Hussein is somehow Qubaisi's Lyft driver or

2   something, but that's how he says.  What kind of car?  I have

3   no idea.  Tell us one thing about the front of Qubaisi's

4   house?  No.

5           You guys can size this up any way you would like.

6   But I submit to you, that Leissner was not at Qubaisi's house.

7   He had no good answers.  He didn't know if it was near water

8   or not near water.  He didn't know the first thing about it.

9   He's making the whole thing up.

10          At one point in the middle of his description he

11  says Jasmine Loo might have been there.  After saying that me

12  and Khadem Qubaisi and Mohamed Al-Husseiny went in car, just

13  the three of us, then he decides maybe Jasmine Loo is there.

14  The point to all of this is, if you can't trust him, on

15  something that's a pretty, discreet, simple straightforward

16  event, like whether or not you went to someone's house, you

17  can't trust him on anything.

18          And since you have no idea, I submit, you can't

19  possibly know.  You don't know.  You know he didn't deliver to

20  Sheikh Mansour because that's what he says now.

21          Did he bring it to Qubaisi?  Did he bring it to

22  Husseiny?  Did he do it at all?

23          Now we see an e-mail where Low is saying give it to

24  a delivery person.  You can't trust him on that.  You can't

25  trust him on anything.

1           Run out to Los Angeles.  There is a meeting in Los

2    Angeles on March 25.  There is not a lot to say about it.  The

3    Government pointed it out.  It was supposed to be in New York

4    then changed to L.A.  The important part about it is that

5    Roger is at the part of that in L.A.  He does not go to New

6    York to meet Ananda Krishnan.  Krishnan I think at one point

7    is supposed to go to New York then changed to L.A.; but

8    Krishnan never left New York.  So the important meeting

9    between Low and Leissner and Krishnan is in New York.  Roger

10   is not there.

11          April 1st, 2012.  Leissner is in London.  TEEMS says

12   he's in London.  Leissner said he's having a meeting with

13   Husseiny in London.  Here we are again, another meeting less

14   than a week after London -- yes, less than a week after L.A.

15   and he's in London with Husseiny?

16          What can you tell us about that meeting?  I don't

17   remember anything about it.  Nothing.  This is right in the

18   middle of Magnolia.

19          Now we have a second meeting in London, this one

20   with Husseiny, and Leissner tells you he can't remember a

21   single thing about it?  It doesn't make any sense.  It's not

22   believable.  It's not believable because he's not being honest

23   with you.  He is taking refuge in "I don't remember," because

24   if he doesn't remember there is nothing else you can do.

25   There is nothing else you can do.  It's a brick wall.  It is

1    the brick wall of feigned lack of recollection.

2            I submit to you, he does remember.  I submit to you,

3    he's there for a reason.  And I submit to you, that he's

4    telling you he doesn't remember for a reason.  We just don't

5    know what it is.  Because he's not being honest about it.

6            Two meetings in London, he doesn't remember either

7    one.

8            April 4.  April 4 is the Capital committee meeting.

9    The reason April 4 is important is that the Government is

10   saying that Tim Leissner lied at the meeting and that it's

11   Roger's fault.  That Leissner, their witness, the guy getting

12   the deal -- that we'll talk about in a little while --

13   Leissner, their witness, lied at the meeting.  And it's

14   Roger's fault.  Because Roger didn't say anything.

15           What did Leissner lie about?  And Stephen O'Flaherty

16   is just as clear as a bell on the question he himself asked,

17   which is the only question that he says he himself asked.  So

18   let's read that part of Stephen O'Flaherty's testimony.  It's

19   page 3067 at line ten.

20           Question:  Do you recall with any specificity what

21   you asked?

22           Answer:  I asked about why he was present at the

23   meeting with Sheikh Mansour.  I made the point that the head

24   of our Middle East office had never managed to meet Sheikh

25   Mansour and asked what role Jho Low is playing there.

*Summations - Mr. Agnifilo*                                5367

1        Question:  And how did Leissner respond, if in fact

2   he responded at all?

3        Answer:  He was irritated.  Said Jho Low wasn't

4   present at the meeting.  That Jho Low had come to Abu Dhabi

5   with a letter from the Prime Minister of Malaysia Razak, which

6   he handed to Tim Leissner but wasn't present at the meeting

7   that then followed with Sheikh Mansour.

8        Okay.  That's it.  He does not talk about anything

9   general about is Jho Low involved; is Jho Low there; is there

10  someone called Jho Low; is Jho Low involved in the deal.  He

11  asks this question and he's the one asking it.

12       Now, would Roger have any idea what a truthful

13  answer to this question is?  He has no idea.

14       There is no suggestion that Roger was with Leissner

15  in any meeting with Sheikh Mansour.  There probably was never

16  a meeting between Leissner and Sheikh Mansour.  So there is no

17  way that Roger is going to know the difference one way or the

18  other.

19       The entire premise of this whole thing that we've

20  come back to in this trial over and over and over is utterly

21  faulting.  Because Roger isn't there.  This is something

22  Leissner is doing on his own.  We'll never know the truth as

23  to what he's doing.  The one person who certainly doesn't know

24  the truth is Roger.  He has no idea.  This is something that

25  Leissner is doing on his own.

1           So to the extent that anyone comes up here and tells

2    you somehow there was a general question asked about is Low

3    involved in the deal and Leissner lied about it, that wasn't

4    the question.  O'Flaherty tells you clear as a bell what the

5    question was.

6           And it's also worth noting this, Stephen O'Flaherty

7    worked at MI6 British intelligence for 20 years.  He's like

8    James Bond's boss.  And Low lies to him and his staff, as he

9    points out, and says he met Sheikh Mansour.  And Stephen

10   O'Flaherty gets on the witness stand, as you sit here today do

11   you think that Low met Sheikh Mansour.  He says yes.  And

12   Leissner doesn't think he's a good liar?  Leissner is a great

13   liar.  And if there is any doubt -- keep in mind that ten

14   years after the lie, that someone who worked at MI6 for 20

15   years still thinks it's true.  He still thinks it's true,

16   that's how good a liar Tim Leissner is.

17           THE COURT:  Counsel we'll take your break.

18           MR. AGNIFILO:  Very good.

19           THE COURT:  Please be back at five minutes after.

20   You still can't discuss the case.

21           (Jury exits the courtroom.)

22           THE COURT:  I'll see the parties in a few minutes.

23           MS. SMITH:  Your Honor --

24           THE COURT:  Please be seated.

25           MS. SMITH:  I didn't want to object during, but we

1   do have a concern that Mr. Agnifilo asked the jury to

2   speculate what Tim Leissner did or did not say on a phone call

3   with Ms. Lim in 2018.  That was specifically not allowed in

4   evidence.  He said something along the lines -- I have to look

5   at transcript -- that Mr. Leissner didn't say something about

6   the investment isn't real.  So he invited speculation about

7   what Leissner said or didn't say because there was an absence

8   of testimony.  The reason there was an absence of testimony is

9   the content was kept out.

10        I wanted to flag that and we're going to think about

11   if we're going to ask for a limiting instruction as a result.

12        THE COURT:  Okay.

13        MS. SMITH:  Thank you.

14        (Brief recess.)

15        (Jury enters the courtroom.)

16        THE COURT:  Please be seated everyone.

17        Please proceed, Mr. Agnifilo.

18        MR. AGNIFILO:  Thank you, your Honor.

19        Finishing up on Project Magnolia.  On April 16,

20   2012, Roger and Andy Tai are in Asia.  And Andy Tai e-mails to

21   Leissner and says he hears that a number of people are going

22   to Abu Dhabi to help on the deal, and he asked Leissner:  Do

23   you want me and Roger to come?  And Leissner responds:  No

24   need, chief.  He doesn't want them there.

25        Then oddly, Leissner puts both Andy Tai and Roger in

1  his TEEMS as being in Abu Dhabi even though they are not

2  there.

3          He then e-mails, quote, "Somewhere I saw a

4  contribution or guarantee fee no longer contemplated.  Please

5  delete."  This goes back to -- the deal was sort of changing

6  overtime.  Sometimes there was this contemplation of a

7  guarantee fee and options and sometimes not.  And it changes

8  overtime.  Here we see Leissner on April 16 saying that that

9  is no longer contemplated and to take it out of the deal.

10         April 21 -- we're going to be very efficient for the

11  next 54 minutes -- there is a meeting in the Taste of

12  Paradise.  This is the one that Kevin Swampilai testified

13  about.  There is a couple of important takeaways.  We're not

14  going to get into all of it.

15         Swampilai said that there was an e-mail that he and

16  others from the bank received from Lisa Tan, who was their

17  compliance person who said basically, listen, you can go to

18  this meeting and you can listen, but you can't talk, you can't

19  share any information because we represent Aabar, that's our

20  client.  And Aabar hasn't given us any authorization to speak

21  at this meeting.

22         Here is the important takeaway, if we go back,

23  Swampilai tells us that Low had a relationship with Yak Yew

24  Chee, another banker at BSI.  He said that even goes back as

25  far as Low's father, that Low's father had a relationship with

1    Yak Yew Chee.  And when Yak Yew Chee was in Coutts, managed

2    the dad's money.  So this goes way back.

3             So the deals are -- I took Leissner through this,

4    I'll do it quickly:  Project Friendship, where Mubadala, which

5    is a sovereign, and Jynwel, which is Low's company, are going

6    to be buying a Four Seasons resort in Abu Dhabi.

7             Something called Project Midori.  Midori involves

8    buying land in Iskandar.

9             There is Project X-Men, which is Jynwel and SRC,

10   which is like the 1MDB subsidiary and Aabar buying a Brazilian

11   mining company Vale.

12            There is JBIC, which is 1MDB trying to raise

13   $2 billion from a guarantee with the Japanese bank.

14            There is La Perla, where Jynwel and Aabar are going

15   to buy the fashion company La Perla.

16            There is Coastal, where Jynwel and Aabar are going

17   to buy a Canadian gas exploration company called Coastal.

18            There is China Investment Corp.  We see this in the

19   chat, CIC.

20            And keep in mind the conversation that Swampilai

21   said that he and Low were having.  Low is very interested in

22   these fiduciary funds.  These ways of basically you can kind

23   of structure things where it's in the name of another entity.

24   And he was very also concerned in learning about bank secrecy

25   and how all that worked.  What we see in this meeting is

1    Low -- again, this is a very important theme -- I submit to

2    you that what you see in this case as a whole is that Low, for

3    Low, everything is on a need-to-know basis.  He's not going to

4    give out gratuitous information.

5              He's not going to tell Leissner anything unless

6    Leissner needs to know.  He's not going to tell Roger anything

7    because Roger is not involved.  But what we see from this

8    meeting is that Low is using bank secrecy, using Singapore

9    bank secrecy, using Swiss bank secrecy to keep everything

10   segmented so the BSI people can't talk, literally can't talk,

11   because of bank secrecy about what they know about Aabar and

12   the money coming to Aabar.  They can't discuss that with

13   Goldman because they would be violating bank secrecy.  But who

14   knows?  Low knows.

15             So Low knows everything.  Low knows that at the end

16   of the day he's going to steal over $500 million out of 1MDB

17   right after Project Magnolia closes and send that money to the

18   Aabar SPV account at BSI.  But there is no indication that

19   anyone at Goldman knows that; certainly Leissner didn't

20   testify that he knew that.  There is no indication that Roger

21   knew that.

22             That's because Low is making sure that Low knows

23   everything.  Low knows what 1MDB is going to do.  Low knows

24   what Aabar going to do.  Low knows what BSI is going to do.

25   And he keeps everyone segmented out.

1           The takeaway from this April 21 meeting at Taste of

2     Paradise is that Aabar doesn't give any information.  As you

3     know, Swampilai said Leissner was -- they were expecting

4     Leissner to give a presentation.  Leissner didn't really say

5     much of anything, kind of basically said BSI, you're on your

6     own.  If you have an issue with your due diligence and your

7     compliance, you guys do it.  We're not going to help with you

8     that.  He says that Roger never said a word.

9           So the take away from this is that -- and there is

10    no indication other than Leissner's say-so that Roger and

11    Leissner and Low ever met.  Certainly Swampilai doesn't know

12    anything like that, doesn't say anything like that.

13          This is one of the many times we have to take

14    Leissner's word, which is something that I submit you really

15    can't do.

16          At the end of the day what you see is that there is

17    an agreement reached between 1MDB and Aabar basically for

18    money to go from 1MDB to Aabar; seemingly, for all intents and

19    purposes, without anyone from Goldman Sachs knowing.  The only

20    one that knows that is Low.

21          That's how Low pulls off the core theft, that he

22    does it kind of in secret with Yak Yew Chee.

23          I think it's worth noting that not even Swampilai,

24    and I asked him the question, he said he had no idea.  There

25    is no reason to really question that answer.  Not even

1    Swampilai knew anything about how the money was going to go

2    from 1MDB to Aabar, and Swampilai was working at BSI.  That's

3    because Low kept it very close.  He kept it very tight.

4    That's the only way he could pull this off.

5              He didn't get to be Jho Low, for good, bad and

6    indifferent, by being loose with his mouth.  He kept

7    information very tight.  And not even all the bankers at BSI

8    knew what Low was up to.  Seemingly Yak Yew Chee knew, at

9    least that seems to be the case.  Swampilai testified that he

10   didn't know.  No reason to not believe it.

11             And there is no reason to think that anybody outside

12   of the bank would have known what Low had in mind.

13             Maximus.  Very little to say on Maximus.  Roger had

14   almost nothing to do with Maximus.  I think the Government put

15   out information that he was asked to come, he came to the

16   dinner after it closed.  I'm not sure what kind of evidence

17   that is that he worked on the deal.  There is not a lot of

18   e-mail traffic with Roger on the deal.  He didn't have much to

19   do with the deal.

20             He had even less to do with Project Catalyze, which

21   is the one after.

22             Now, I submit to you that on the day that Low sends

23   $35 million to Capital Place, that date being June 11, that's

24   when the money leaves, that was basically Leissner signing on

25   for what ends up being a new job with Low.  Certainly Low

1    would have noticed that Leissner was helpful with getting

2    Project Magnolia to the finish line, but the evidence shows

3    that Low has ideas for Leissner to work for him on an ongoing

4    basis.  So let's breakdown very, very quickly the different

5    things that Leissner is doing for Low for that money.

6              In 2012 and early 2013, there are eight separate

7    deals that Leissner works on with Low.  Most of them are

8    Goldman Sachs deals.  Being more to the point, that Low is not

9    out of the bank for all purposes.

10             So the deals are -- I took Leissner through this,

11   I'll do it quickly:  Project Friendship, where Mubadala, which

12   is a sovereign, and Jynwel, which is Low's company, are going

13   to be buying a Four Seasons resort in Abu Dhabi.  Something

14   Project Midori.  Midori involves buying land in Iskandar.

15             There is Project X-Men, which is Jynwel and SRC,

16   which is like the 1MDB subsidiary and Aabar buying a Brazilian

17   mining company Vale.

18             There is JBIC, which is 1MDB trying to raise

19   $2 billion from a guarantee with the Japanese bank.

20             There is La Perla, where Jynwel and Aabar are going

21   to buy the fashion company La Perla.

22             There is Coastal, where Jynwel and Aabar are going

23   to buy a Canadian gas exploration company called Coastal.

24             There is China Investment Corp.  We see this in the

25   chat, CIC.  Leissner explained -- this is interesting I want

1    to focus on this a little more than the others -- this would

2    be a $10 billion raise for 1MDB with a guarantee being

3    provided by a bank from China, Bank CIC, the China Investment

4    Corp.  What Low says of this, is this is a good cookie deal.

5    In the chat he says:  This is a good cookie deal.

6              What he's saying is this is a big money deal.  We

7    can pay bribes out of this deal.  One of the things that I

8    think is an interesting -- I don't know if it's here or

9    there -- but it seems like what Leissner and Low are doing

10   after 2012, and Roger is nowhere to be seen for any of this,

11   and Leissner said that, all these different deals that

12   Leissner is working on with Low after June 2012, after Low

13   sent Leissner the $35 million, all of those deals have nothing

14   to do with Roger.  They are all profitable or potentially

15   profitable for Low.  And it's Leissner basically using his

16   Goldman Sachs connections and his experience and his wherewith

17   all to try to bring Low into these deals.

18             One of the things that they are trying to do, it

19   seems, always on the look-out to make have extra money to make

20   these cookie deals.  I submit to you, part of what Leissner

21   and Low are doing is they have these politicians almost on

22   retainer.  It's not necessarily a kickback for this or a

23   kickback for that; it's really just them having them on

24   retainer.  Because that's how Low is going to conduct his

25   business.  That's how he's going to continue to do what he

1   does.  It's the oldest trick in the book, he's greasing all

2   these politicians.  But he's not necessarily greasing them in

3   regard to this deal.  You help me on this so you get this; you

4   help me, so you get this.  He's just greasing them generally.

5   He might need them in the future.

6            Low is a dynamic and corrupt businessman.  So he's

7   right, he will need politicians in the future.

8            So what we see in the chats about this China

9   Investment Corp. Deal is that it doesn't end up turning out,

10  they don't raise any money.  But Low is trying to use this to

11  raise money basically just to have money to pay the

12  politicians, which is why he called it a cookie deal.

13           The last one is Brazen Sky.  I'll talk about it for

14  a minute.  Brazen Sky came up during Swampilai's testimony.

15  And basically Brazen Sky is the cover up for the money being

16  syphoned out of 1MDB.  If you think about it, 1MDB is a public

17  fund and can be audited, accountants will look at it.  They

18  just arranged for $577 million -- Low and his people -- to

19  come out of 1MDB.  Someone is going to notice that.  At some

20  point it will be audited and someone will say, wait a minute,

21  where is the $577 million?

22           What happens with Brazen Sky is that 1MDB owns these

23  two drill ships.  I don't know what the drill ships are

24  actually worth, but Leissner arranged through Lazar to get a

25  valuation -- he testified to this -- to get a valuation of the

1   drill ships.  But the drill ship valuation didn't come along

2   as they wanted.  So now Swampilai testifies that he has a

3   conversation with Terence Geh, and basically it's Swampilai's

4   job to tell KPMG, the 1MDB auditors, that really what is just

5   two drill ships is other assets as well, that it's liquid.

6   It's not just two drill ships, there is cash, there is other

7   liquid assets.

8            Swampilai was clear as a bell, it was a lie.  It

9   wasn't true that the only assets that 1MDB had at the time are

10  these two drill ships, which are not liquid, you have to sell

11  the drill ships to get money for the drill ships.  So it's all

12  a lie to the auditors.

13           There is a meeting that takes place in June of 2012

14  and Leissner is at the meeting with Low.  And Swampilai is

15  there with Yak Yew Chee and some others.  And that's the issue

16  of the day.

17           So the point here is that there are certain things

18  that have to be done.  It's not that these deals end and you

19  never hear from them again.  Theft has fingerprints.  Theft is

20  going to be found.  And it can be found by the auditors.

21           So the Brazen Sky meeting -- and Roger has nothing

22  to do with Brazen Sky, Roger has nothing do with the other

23  eight deals I went through -- is a way to cover up the fact

24  that 1MDB is missing over half a billion dollars.

25           I want to talk about a quick several-day period in

1    early November 2012.

2            November 1st, Vella, Leissner, Jasmine Loo, Low, and

3    Roger are all in Hong Kong.  This is the day that Leissner

4    e-mails to Vella:  Please don't tell Roger about our meeting

5    with the friend.  Okay.

6            Here is what you're starting to see.  Now that we're

7    further along, it's 2012.  Roger is just out.  Roger is out.

8    Roger was closer to Low in '09, in '10, a little bit in '11,

9    but by 2012 Roger is out.  The reason Roger is out in 2012 is

10   because that's when the crime starts.  That's really when the

11   crime starts.  The person who is very much in in 2012 is

12   Leissner.  Leissner and Low are in all these deals.

13           Leissner is getting Low and Mohamed Al-Husseiny to

14   meet with Lloyd Blankfein, the head of Goldman Sachs at the

15   time.  Roger is playing no role in that.

16           When you look at what Leissner is doing in 2012,

17   he's doing all these individual deals for Low, the ones I went

18   through, he's getting Low and Al-Husseiny Facetime with the

19   Goldman Sachs chief.  Then he starts actually laundering Low's

20   money and making payments.

21           November 2 there is a meeting at the Mandarin

22   Oriental in Hong Kong, Leissner, Dan Swift, Toby Watson, John

23   Dunne, Cyrus Shey, Jasmine, all in the TEEMS.  Again, no

24   Roger.  This brings us to Low's birthday, November 3rd, 2012.

25           Here is why it matters.  It matters first and

1  foremost because Leissner just flat out lied about it.  Roger

2  is not there.  Roger is not in Las Vegas on November 3rd.  You

3  know that from a host of reasons.

4          You know that because of United States Boarder

5  Protection records that we discussed.  You know that through

6  the TEEMS records.  You know that Roger was in Singapore in

7  Kuala Lumpur at that time.  But Leissner swears he's there.

8  And I want to take you briefly just through Leissner's

9  testimony, because knowing that Roger is not there, I want you

10 to hear in Leissner's words what he testified to.

11          Page 1891, and the question is.

12          Question:  You're sure, you're absolutely

13 100 percent positive he was in Las Vegas, Nevada, for sure, at

14 Low's party?

15          Answer:  Yes, sir.

16          Question:  100 percent?

17          Answer:  As sure as I can be, yes.

18          Question:  As sure as you can be of anything?

19          Answer:  Yes.

20          Question:  Yes?

21          Answer.  Yes.

22          Page 1894.

23          Question:  But you're telling us sure as you are

24 sure of anything that you saw Roger in Las Vegas?

25          Answer:  Yes.

1              Question:  And you have specific recollections of

2    things that you saw him do in Las Vegas?

3              Answer:  Yes.  I remember seeing him in the lobby of

4    the hotel.

5              Page 1895.

6              Question:  But you saw Roger there?

7              Answer:  Yes.

8              Question:  Absolutely positive?

9              Answer:  Yes.

10             Question:  Did you speak to him?

11             Answer:  Yes.

12             Page 1899.

13             Question:  Do you remember that you and Roger met in

14   the lobby of the hotel along with Jasmine Loo and Terence Geh?

15             Answer:  I believe so, yes.

16             Question:  So Terence Geh was there too?

17             Answer:  I don't remember him in the lobby but I

18   remember him at the party.

19             Page 1901.

20             Question:  Did Roger stay after the party?  Did

21   Roger stay at the party after you left?

22             Answer:  I believe so.  Yes, sir, I remember that.

23             THE COURT:  Slow down.

24   Q

25             Question:  Did Roger stay after the party?  Did

1  Roger stay after the party after you left?

2          Answer:  I believe so, yes.  Yes, I remember them.

3          It's all a lie.  He's just flat out lying.

4          Here's why it matters.  It matters because as

5  Mr. Cohen testified -- the party planning guy -- this was the

6  blow out of all blow outs.  This is Low.  Low is making money,

7  we all know, because we see it going to his bank account.

8  It's his birthday and this is his big-time birthday bash.

9          The way that Leissner uses false intimacy to get

10 what he wants; Low uses friendship.  If you're Low's friend,

11 if you're really in, you're going to be at Low's birthday

12 party on November 3rd in Las Vegas.  If you're not really in

13 and you're not Low's friend, you're not there.  It's not just

14 a birthday party.  It is the defining of event of who is with

15 Low and who is not with Low.

16         How many times did Leissner say to you over and over

17 and over, Roger, Roger was Low's guy.  Roger was Low's

18 connection.  Roger was the covered banker and had the

19 relationship with Low.

20         Leissner cannot afford for Roger to not be at Low's

21 birthday party, because it cuts against everything he swore to

22 you was true over and over and over.

23         So what does he do?  He does what he does every

24 time, he lies.  And this is one of those lies you can get

25 caught on.  This is like when he lied and it was in an e-mail.

1   When he lied and got caught by a text.  He lied and he got

2   caught by U.S. Border Protection records.  He lied and he got

3   caught by TEEMS records.  But it's a lie.  He was as sure, as

4   sure as he is of anything.  Remember those words.  When you go

5   back into the jury room and you guys get the case, you ask

6   yourself, can I rely on a single thing that Leissner says.  He

7   said under oath:  I am as sure as I've ever been of anything

8   that he was there.  And he is not.

9           One of the important things to remember, and you see

10  this in the evidence, the real co-conspirators are in for the

11  long hall.  You see Leissner and you see Jasmine Loo, for

12  instance.  You see a chat between the two of them on

13  August 28, 2014.  And Jasmine Loo writes:  Friend, friend

14  asked for Sheikh Mansour's letter to Najib.

15          She asked Mr. Leissner.  Leissner has it.

16          They have conversations about that Leissner is doing

17  a bad job managing Goldman Sachs.  And Jasmine Loo is saying,

18  you have to manage Goldman Sachs better.  This is part of

19  Leissner's job.  This is what Leissner is getting paid for.

20          Low is not just giving Leissner money for no reason.

21  Leissner is earning that money.  And part of what Leissner is

22  doing to earn the money is he's supposed to be managing

23  Goldman Sachs.  And the problem at the time is that Goldman

24  Sachs is asking questions of 1MDB because 1MDB is not doing

25  what it's supposed to do in regard to its bonds.  It's falling

1  behind in its interest.  It's not doing the types of

2  disclosures it's supposed to do about its bonds.  Goldman

3  Sachs is noticing.  And Goldman Sachs is asking questions.

4           (Continued on next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           MR. AGNIFILO (CONTINUING):  And here's Jasmine Loo

2    saying to Leissner:  Hey, back your people off.  You know,

3    Goldman Sachs is asking too many questions, you have to manage

4    these guys.  You know, and that is what Leissner is getting.

5    You know, and what you see -- and this is 2014.  This is

6    October of 2014.  You know, Magnolia closed in May of 2012.

7    This is now a year and a half later and you have Leissner

8    still working hard, still earning his money, you know, and

9    trying to manage Goldman Sachs in addition to doing all the

10   other things for Low.

11           Roger leaves Goldman Sachs in 2014 and Leissner's

12   criminal activity really just kind of goes to another level.

13   I'm not saying it's because Roger left, but that's --

14   temporally that's kind of how it worked.  He writes a letter

15   to the chairman of Banque Havilland.  I'm not going to belabor

16   this; you guys probably remember this.  Low was having a hard

17   time finding a bank that would take him because of all the

18   press and he was thinking about buying a bank, and one of the

19   banks that they were thinking about buying is Banque

20   Havilland.  So Leissner uses Goldman Sachs letterhead to write

21   a letter to Banque Havilland basically saying that the Low

22   family has $1.8 billion in assets, the assets are all clean,

23   Goldman Sachs has done due diligence as to the anti money

24   laundering and antiterrorist funding and there's no concern

25   with either money laundering or antiterrorist funding because

Summations - Mr. Agnifilo                    5386

1   Goldman Sachs had done that research.  It's all false.  Okay?

2   It's Leissner lying for Low and lying for Low about matters,

3   you know, of consequence when you're talking about things like

4   that.

5            And this is what ends up being Leissner's undoing.

6   This letter that he wrote on Goldman letterhead ends up being

7   found about a year later and he ends up getting fired.  But

8   before he's fired, he does something else.  He forges the

9   signatures of Hwee Bin's older brother, Chee Khang, Roger's

10  brother-in-law and at the time he's trying to get a loan from

11  a bank called C1 and he's trying to basically leverage his

12  yacht.  He's using his yacht to get this loan.  And Leissner,

13  on his own, decides it would be a good idea for me to get a

14  lawyer's letter that says all the assets that I have, so he

15  does that.  And he signs Chee Khang's name and he signs Chee

16  Khang's name without Chee Khang's knowledge.

17           But if you remember his testimony on this, and it's

18  worth remembering, I asked him:  Did you forge Chee Khang's

19  name?  And he says:  Quite possibly, or something along those

20  lines.  He doesn't say yes, he doesn't say no; he says

21  something like possibly.  Now, an honest answer to that is

22  yes, I forged his name.  If he wanted to be honest with you,

23  that's what he would say.  But he does what he always does and

24  he doesn't want to admit it.  He can't deny it because it's

25  true, so he says yes, possibly I forged the name of a lawyer,

Summations - Mr. Agnifilo                    5387

1   I forged the name of Roger's brother-in-law.  The other
2   question I asked him is:  Why did Chee Khang send you a
3   million dollars?  He didn't remember.  I mean, is that
4   believable?  It's not believable.  It's the same way he
5   doesn't remember being in London.  It's the same way he
6   doesn't -- all the times, all the times he said something and
7   I said didn't you say something different to the FBI and shown
8   a report or shown a handwritten page of paper:  I don't
9   remember.  How many times did he do that?  50?  60?  70?  How
10  many times?  You said this to the FBI, didn't you?  I don't
11  remember.  Because "I don't remember" stops the inquiry.  It's
12  false because, I submit to you, he does remember.  Every
13  single thing that he said he didn't remember to, I submit to
14  you, he very much remembers and it's part of his strategy.
15  And his strategy only works if you let it work.  If you see it
16  for what it is, I submit, and what it is is a lie, then it
17  doesn't work.  If you see it as, you know, poor guy, he was
18  asked so many questions, he can't remember all of them, then
19  it worked.  And it shouldn't work because it's false.
20         Okay.  Cover story.  Leissner talked about a cover
21  story, that there was a cover story in 2017 -- 2016.  That
22  there was a cover story because law enforcement was
23  approaching and Hwee Bin and Roger and Leissner and Master
24  Pang were all together and this cover story was concocted.
25  First of all, Hwee Bin testified.  Hwee Bin flew in from

Summations - Mr. Agnifilo                 5388

1    Malaysia and she testified, and not a single question was
2    asked of her about the cover story, none.  Hwee Bin was asked
3    a lot of questions.  She was asked if those were her parents
4    on the lazy river with the yawning gondolier.  She was asked
5    if her parents have a different address than Terengganu.  A
6    lot of questions, no questions about that.  Okay?  Because
7    there's nothing to ask about that, because Leissner is making
8    it up yet again.  This is just Leissner on his own.  Here we
9    had a live witness, she came, she told you what it was, and
10   that is the end of the cover story once and for all.
11            Very quickly, meeting with Low in October of 2017.
12   Leissner and Low are in Hong Kong in 2017 and this is where
13   Low is basically saying:  I have hired Chris Christie.  Chris
14   Christie is close with President Trump.  There are talks,
15   there's settlement talks going on.  Low said that he met Jared
16   Kushner in China.  Okay?  And Low basically says to Leissner:
17   If you stay with me, you know, we're going to settle this.
18   It's not going to be a criminal prosecution.  We're going to
19   settle this, you know, if you stay with me.  Importantly, you
20   know, Roger is there, they never -- they never had a second
21   one with Roger, Roger is not part of any of these meetings.
22   And, I submit to you, it's significant that Roger isn't there,
23   because they're not worried about Roger.  And they're not
24   worried about Roger because they know Roger has nothing to do
25   with this.  They know Roger can't provide information against

Summations - Mr. Agnifilo                    5389

1    them.  They're not worried about Roger being a witness.  So at

2    these meetings, at this meeting where we're going to, you

3    know, stick together and going to stick together and get

4    through this, you don't need Roger there.  You don't have to

5    have a meeting with Roger there because Leissner knows and Low

6    knows Roger is not a danger.  You don't need to bring Roger

7    into the fold because Roger is not involved.  So let Roger do

8    whatever it is that Roger does, but we don't need him to be

9    part of the fold because he doesn't know anything, he can't

10   hurt us and he's not part of what we've been doing.

11           Midas, real quick.  And I'm really going to finish

12   in 25 minutes.  All right.  This is now 2016, 2017.  Leissner

13   knows that law enforcement is coming closer and he is not

14   going to go down without keeping his 150-, 160-, $170 million.

15   And so he comes up with an inogenous and diabolical plan.  And

16   he creates a number of companies:  Khaleesi, Midas

17   Commodities, Midas Commodity Agents, Keyway Pride, and a host

18   of others.  And what he basically does is he says -- and this

19   is a fast thing -- he says that a Kuwaiti Shaikh -- okay?  A

20   Kuwaiti Shaikh gave him $165 million, 145 million Euro.  And I

21   want to read you his testimony and then kind of like use that

22   as our baseline.

23           It's at page 2291:

24           Question:  Now, you said on direct that you said

25   that the money came from a Kuwaiti Shaikh named Shaikh

Summations - Mr. Agnifilo                5390

1   Al-Sabah, right?

2            Answer:  That's correct again.

3            Question:  But you know that the money was actually

4   Jho Low's money?

5            Answer:  Sir, I don't ever have independent

6   verification of it.  However, certain parts of the money were

7   to be disbursed on Jho's directions.

8            Question:  Have you ever met Shaikh Al-Sabah?

9            Answer:  No.

10           Question:  And did you really believe that a Kuwaiti

11  Shaikh that you never met would have these dealings involving

12  145 million Euro with you?

13           Answer:  Well, yes, I had my suspicions, of course,

14  and speculation that it would be Jho's money.  But when you

15  asked me if it was his, all I can do is speculate as I sit

16  here.  Did I believe it?  Yes.  Yes, possibly so.

17           Now, that's his answer.  That was his answer under

18  oath.  What's the actual answer?  Of course it's Low's money.

19  He says I'm speculating.  Of course it's Low's money.  I mean,

20  does he really expect us to believe that a Kuwaiti Shaikh gave

21  him 145 million Euro?  I mean, it's like somewhere between

22  Santa Claus and the Tooth Fairy except it's a Kuwaiti Shaikh

23  and he's giving away $165 million.  It's preposterous.  It

24  didn't happen.  It didn't happen that way.  So why doesn't he

25  just get out here and say of course it was Low's money?  Why

1    is he still playing games even at his own testimony?  And I

2    submit to you it's because he just can't do it.  His mouth

3    doesn't let him actually just say the truth, so he has to keep

4    it cloudy:  I'm speculating, I don't really know.  But of

5    course it's Low's money.  And one of the reasons you know it's

6    Low's money is that $49 million of it goes to pay a 1MDB bond

7    interest payment.  Now, I don't know that Shaikh Al-Sabah

8    would have any interest in using 50 million of his dollars to

9    pay a 1MDB bond payment, but Jho Low does.  So this is Low's

10   money.  And so what he's doing in 2016 and 2017 -- and part of

11   the point of this is that, you know, once a coconspirator,

12   always a coconspirator.  There's no such thing as a cameo

13   coconspirator.  Here, I'm here, I'm going to collect my 35

14   million, I'm now done.  I earned my 35 million, I'm not going

15   to do another thing.  That is not what you see in the

16   evidence.  If you're in, you're in for the long haul.  If

17   you're in in 2012, you're in in 2017.  If you're in in 2012,

18   you're in the whole way.  And that's what Leissner is showing

19   us, he's in the whole way.  Because here we are 2016, 2017,

20   he's still laundering Low's money.  He's still laundering

21   Low's money and paying 1MDB bond interest payments.  Because

22   these deals don't just end when they close, they keep going.

23   The coconspirators have to maintain the fraud.  They have to

24   maintain the theft.  They can't let it blow up.  If an

25   interest payment is due, you have to pay it.  And if you have

Summations - Mr. Agnifilo                    5392

1  to pay it, you need the money to pay it.  And this is how

2  they're going about doing it.  There's no Kuwaiti Shaikh.

3  That's preposterous.  This is Low's money and he's laundering

4  Low's money as late as 2017.

5           2018.  May 2018, he goes to Lichtenstein.  Okay?  He

6  goes there with Kimora Lee Simmons in 2018.  Why is he in

7  Lichtenstein in 2018?  They have super good bank secrecy.  And

8  he's going to store $150 million, $150 million in a trust in a

9  Lichtenstein bank to get as far from the United States as

10  possible.  This is May of 2018.  This is three weeks before he

11  gets arrested.  All right?  So he's in Lichtenstein.

12          The other thing he's doing in May of 2018, he's

13  renewing his Brazilian passport.  He's renewing his Brazilian

14  passport because he's having an affair with his Brazilian

15  nanny.  Now, that came out right in the beginning of his

16  testimony.  It might have gone right over your heads, but he

17  said it.  And what he's saying is that he and Kimora had a

18  Brazilian nanny named Maria and he's having an affair with his

19  Brazilian nanny Maria who takes care of Kimora's kids.  Okay?

20          Now, put that aside.  The important part of this is

21  he texts with Maria:  I think Brazil would be a good place for

22  me.  Darn right.  You know what?  He's a Brazilian citizen.

23  He is a citizen of Germany and he is a citizen of Brazil.  It

24  is now May of 2018.  Less than a month before he gets

25  arrested, he's trying to put his money in a Lichtenstein trust

Summations - Mr. Agnifilo                    5393

1    to keep it away from everyone and he is making real plans --

2    real plans -- to go to Brazil and live as a Brazilian citizen

3    in Brazil.

4             But none of that turns out because he gets arrested.

5    He gets arrested and he realizes he has an opportunity to do

6    what he does best.  He might not do so well as a fugitive

7    living in Brazil.  It's probably a hard life.  And there's no

8    reason to believe Tim Leissner is all that tough.  But you

9    know what he's good at?  He's good at lying.  And just like he

10   can handle being married to two women at the same time, he can

11   handle this process.  He can handle this process with the FBI,

12   he can handle this process like a champ.  He can handle this

13   process and close the deal.  He can handle this process, close

14   the deal and win.  And he's in this to win this.  And that's

15   what he's about.

16            Along the way he steals over a million dollars,

17   $1.25 million from Roger.  Steals it.  He didn't borrow it.

18   Roger didn't give it to him.  He stole it.  You know how we

19   know he stole it?  We know he stole it because when the

20   money's coming over, he writes to Osman Erlap:  The 500,000

21   should be in by tomorrow, my bank told me.  Sender will be

22   coming for my accountant Roger Ng.  Please look out for it.

23   His accountant?  He is leading everyone to believe that is his

24   money and his money is being sent by his accountant, Roger Ng.

25   He is flat out stealing that money.

Summations - Mr. Agnifilo                    5394

1          Now, he didn't admit it on the stand, no one made

2     him admit it on the stand.  He gets to say, well, I was going

3     to pay it back.  No one ever asked me for the money.  No one

4     ever asked you for the money?  Roger has no idea about this

5     e-mail.  You're doing this behind his back.  You're stealing

6     his money.  That was your business partner in Celsius and

7     you're just flat out stealing his money and hoping that no one

8     notices, hoping that you can just pawn it off, you know, as a

9     loan, pawn it off as maybe a gift.  But he stole that money.

10    Make no mistake.

11         And Hwee Bin Lim told you, she asked him:  Where are

12    our shares?  Where are our shares?  And he put it off and put

13    it off.  Yeah, you'll get it in October.  I'll transfer the

14    shares in October.  He stole that money flat out.  He did not

15    have to plead guilty to it, he didn't have to admit it, he

16    stole it.  And you know he stole it because you know that

17    e-mail.  And you should absolutely conclude, 100 percent, he

18    stole it.  He can deny it all he wants, just like he denies

19    everything else, it doesn't change the fact.

20         And that's not all.  There's another million dollars

21    incentive and he stole that, too.  And you know what he did

22    with all of it?  That's all the money he was sending to

23    Lichtenstein.  He's not giving it to Roger.  You want to give

24    it to Roger?  Give it to Roger.  You know where he is.  He

25    doesn't want to give it to Roger.  He never wants to give it

1   to Roger.

2         And when he was testifying, we did the math on the

3   Celsius shares.  $1.25 million back then would be over

4   $50 million today.  $50 million.  That would be Roger Ng's

5   money, real money.  That would be his actual money.  And it's

6   been stolen.

7         So if you need to look for a motive, why would

8   Leissner get here and testify falsely against Roger Ng of all

9   people?  There's a heck of a reason.  One, he wants to avoid

10  jail, a place he's never seen.  And two, you know what, I

11  don't want to pay back $50 million or $1.25 million or

12  $2 million.  I don't want to pay any of it back.  So I'm going

13  to come in here with my motive, my crystal-clear, razor-sharp

14  motive and testify falsely against Roger Ng, and that's why

15  he's here.  That's why he's here.  And that's why he doubles

16  down and doubles down and doubles down.

17        He's not here to give you facts.  He is here to win.

18  He is here to close this deal, to walk out of here without

19  getting a day of jail time, to get Roger convicted, and to

20  make sure that he gets to keep his money.  And the

21  government's like oh, well, you forfeited that money.  He

22  forfeited Roger's money.  He forfeited Roger's money.  He's

23  getting credit for Roger's money.

24        I want to talk about venue for a second.  You guys

25  have to decide venue, not -- this isn't -- this is one of the

Summations - Mr. Agnifilo                    5396

1    things you guys have to decide.  The elements of the crimes

2    are decided beyond a reasonable doubt.  Okay?  It's a much

3    higher standard.  Venue is decided by a preponderance of the

4    evidence.  It's your decision.  If you guys decide that no

5    part of the crime happened in the Eastern District of

6    New York, then you find that venue here is inappropriate.

7    It's a jury's decision.  The Judge will give you instructions

8    on venue.  You should follow the instructions just like you do

9    all the instructions, but at the end of the day you have to

10   decide two things:  One, did some act in furtherance of the

11   crime happen in the Eastern District of New York?  And the

12   Eastern District of New York is Brooklyn, Queens,

13   Staten Island, Long Island and then the waters, you know, sort

14   of in between.  Okay?  That's what the Eastern District of

15   New York is.

16          And that's why we had that testimony of, you know,

17   where do the phone lines go and did Leissner go over a bridge

18   when he went from here to there, because you actually have to

19   decide if this is a proper place to have this trial.  It's

20   your decision.  And it's a proper place to have the trial if

21   some act in furtherance -- if the defendant, if Mr. Ng,

22   committed some act in furtherance of the crime.  Okay?  You

23   all listen to the Judge's instructions, but it's a decision

24   you guys make.  Or if someone else committed an act that's in

25   furtherance of the crime, is it foreseeable to Roger?  Okay?

1          Roger, as you know, lives in Malaysia.  Do you
2    really think he has the vaguest idea what bridges go between
3    New Jersey and New York or the Bronx and New York or where the
4    cables go that the electronic impulses travel on?  I mean, you
5    know, the old adage, it's like trying to stick a square peg in
6    a round hole.  I mean, does this seem right?  Does this seem
7    fair?
8          I mean, venue is a real thing.  And it's something
9    that you guys have to find.  It's not imposed on you.  Just
10   because we're here doesn't mean this is the right place to be.
11   You have to decide venue by a preponderance of the evidence
12   based on the Judge's instructions and you have to be the ones
13   that find that some act in furtherance of the crime took place
14   in the Eastern District of New York by Roger.  And if it was
15   by one of the other coconspirators, whether it was foreseeable
16   to Roger.
17         So, venue is not something just to gloss over; you
18   guys have to actually find it.  And if you find it's
19   appropriate, then you go on to consider the other elements of
20   the crimes charged.  If you find venue is inappropriate, you
21   have to find him not guilty, because he's not supposed to be
22   here.
23         All right.  I want to talk about why the four
24   payments to the Silken Waters/Victoria Square accounts are
25   different than the other payments in the case.

Summations - Mr. Agnifilo                5398

1        The first is, there's no bogus agreement attached to
2   them.  Okay?  This is very, very important.  All right?  So
3   when Leissner was testifying, for instance, about the Midas
4   payments, he said all of those payments were accompanied by
5   false agreements, agreements that said, you know, this company
6   is giving money to this company because they're involved in
7   some business deal or, you know, one is buying steel from
8   another.  It's false.  It's a way of basically having a
9   written signed document so if the bank says hey, what's up
10  with this transaction, you have a written signed document.
11  Okay?  And what you see in the case across the board is the
12  larger transactions have written documents with them.  But
13  here we have a $17.5 million transaction, the first one, no
14  written documents.  No written documents, why?  Now, remember
15  what Leissner said.  Leissner said this was all Low's
16  decision.  The one who decided that there should be written
17  documents was Low, all right?  And Low provided the documents.
18        So you don't see it on the payments from Capital
19  Place to Silken Waters/Victoria Square for two reasons.  One,
20  Low's not involved.  Low's not involved.  If Low was involved,
21  you would see written documents for the larger payments.  So
22  the first is that Low is not involved.  Second, is that
23  there's nothing wrong with the payments.  The payments are
24  fine.  The payments are repayments for a debt.  The payments
25  aren't bribe payments, you know, to some public official or a

1    kickback or anything like that.  The payments are fine.  So as

2    a result, you never, not one time in all of the four payments,

3    you never see a bogus written contract accompanying the

4    payments.

5              Second, there's never an e-mail or a text that Low

6    is directing the payment.  Okay?  So for the others, remember

7    sometimes we'd see like four of them or three of them in one

8    e-mail and there would be an e-mail from Low or one of Low's

9    people to Leissner's -- you know, usually his capital

10   advisor's e-mail address?  Pay -- you know, pay Springbrook,

11   pay such and such, pay such and such.  Leissner is being

12   directed by Low or one of Low's people to make the payment,

13   you know, and then Leissner makes the payment.  Leissner

14   doesn't make the payments on his own.  It's not his money, you

15   know, at least that part of it.  But with the Silken

16   Waters/Victoria Square, you never, ever, ever, not one time,

17   you never see an e-mail or text message from Low saying hey

18   Leissner, you know, hey Judy, whoever, pay this, you know, pay

19   the money to Silken Waters/Victoria Square.  You never see the

20   Low component.  And that's critical because this is all driven

21   by Low.  And when Low is in charge and when Low is directing

22   the payment, you see something.  You know, you see something,

23   whether it be an e-mail, whether it be a text message, whether

24   it be something.  You don't see it in the four that go to

25   Silken Waters/Victoria Square.

1          The timing also doesn't make sense in terms of the

2    payment.  Roger doesn't do any work on Catalyze, yet two of

3    the payments come after Catalyze.  There's no rhyme or reason

4    to -- you're just sort of seeing -- you know, you're seeing

5    the 35 million as the initial payment.

6          And let's keep this in mind because this, I think,

7    is very important.  All right?  What's the total debt that

8    Judy owes Hwee Bin?  $35 million.  What does Judy pay Hwee Bin

9    at the end of all this?  $35.1 million.  What's the first

10   payment that goes from Capital Place to Silken Waters?

11   $35 million.  Okay?  Is that a coincidence?  I don't think

12   it's a coincidence.

13         I think what happened is this.  Based on the fact

14   that it's $35 million both times, Leissner must have said to

15   Low -- there's no other explanation -- my wife owes a debt of

16   $35 million.  And that's why that payment is made, because it

17   makes no other sense otherwise.  Now, Leissner doesn't pass --

18   Leissner doesn't allow the whole $35 million to pass on, they

19   do half.  So what essentially happens is Leissner takes half

20   and Judy takes half.  Leissner wants to kind of like, you

21   know, keep some of the money.  But it's too much of a

22   coincidence that the debt that's owed is $35 million and that

23   the first payment is $35 million.  That can't just be a

24   coincidence.

25         Now, we don't know because we don't know what Judy

1   and Leissner discussed and we certainly don't know what

2   Leissner and Low discussed, but you can't help but notice that

3   the number is the same, that at the end of all four payments,

4   the total is $35.1 million and that the first payment is

5   $35 million.  And that's what Hwee Bin said she figured she

6   would be owed.  I think it was on 220 million RMB, roughly

7   translated to about $35 million.

8           So again, it's a certain amount of speculation

9   because we don't know the actual discussion that took place,

10  but the number is certainly the same and that would indicate

11  exactly what we've been saying all along, that this is payback

12  of the debt, you know, Hwee Bin and her family's debt because

13  the first payment is 35 million and, at the end of all of it,

14  it's 35.1 million.

15          I have five minutes and I am going to end in

16  five minutes.

17          All right.  Other things that make this payment --

18  these payments different.

19          There's never any e-mail sent to Roger from the

20  capital advisors that wind up.  That's just not an e-mail

21  address that Leissner used with Roger.

22          Also, the 35 million, what conceivable thing could

23  Roger have done to earn $35 million?  It doesn't make any

24  sense.  Jasmine Loo, who is a government official and who is

25  in this thing for years and years and years and years, got

1    $12.6 million.  Okay?  She made this possible.  Without

2    Jasmine Loo, this doesn't happen.  She is the person at 1MDB

3    who makes this happen.  She's also -- now, I know Leissner

4    denied it, but, you know, he also told the FBI that he had

5    dates with her.  I don't know if the word "dates" means -- you

6    know, he said he uses the word "dates" differently than we use

7    dates.  Tell you what, he used dates; dates means dates.  You

8    know, so I don't know what their relationship is, but Jasmine

9    Loo only got $12.6 million.

10           Terence Geh, critical, right in the middle of the

11   1MDB stuff, critical government official, member of 1MDB gets

12   $2 million.  What does Roger do?  What has Roger done to get

13   $35 million?  It just makes no sense.  It's so out of line

14   with all of the other things.

15           Jerome Lee, another government official, $1.7

16   million.  It just makes no sense.  It's too much money.  And

17   it's $35 million because that's the debt.  Roger didn't earn

18   $35 million.  Roger is not involved in this at all.  But the

19   fact that it's $35 million, just it doesn't make sense from a

20   common sense perspective when you see what other people got.

21           Also, if Roger was involved in this, wouldn't he be

22   the one paying all the Malaysians?  Remember when the

23   government pointed out all these different 1MDB people are in

24   Roger's phone contacts?  He knows them all.  I mean, if he and

25   Leissner were in this together, Leissner would not be the one

Summations - Mr. Agnifilo                    5403

1   bearing the risk.  Leissner would not be the one doing this

2   with his wife.  He would have Roger, his underling, the person

3   he can boss around, pay these bribes, especially when so many

4   of the bribe recipients are Malaysian, just like Roger.  The

5   only explanation for Leissner being the one to pay all these

6   bribes to all of these different Malaysian people whom Roger

7   knows well is that Roger is not involved.  Because if Roger

8   was involved, you could bet your bottom dollar, Roger would be

9   paying those bribes and not Leissner.

10          So Tim Leissner admitted that -- I think Mr. Van

11  Dorn said that Leissner got $72 million out of this and his

12  forfeiture was $43 million.  And I think we had confronted

13  Leissner with a number that was closer to $89 million and

14  Leissner forfeited $43 million.  What's the extra money for?

15  Why does he get to keep his Beverly Hills house?  Why does he

16  get to keep all the other money?  They're investments.

17  They're investments in something called Genetic Finance,

18  $2 million; he gets to keep it.  Something called

19  Friendsurance; he gets to keep it.  His $25 million Beverly

20  Hills home, he gets to keep it.  He gets to keep the balance

21  between 89 million and $43 million?  And crime doesn't pay?

22  Crime certainly pays.

23          Here's the bottom line.  The government caught the

24  person responsible for this, and the person responsible is Tim

25  Leissner.  And Tim Leissner, being comfortable with lying,

1  knowing he can go into this and lie, decided to go into this

2  and lie.  And so far, he has done nothing but win.  But he's

3  not believable.  Bottom line, he's just not believable.

4          And bottom line, there's just no other evidence that

5  Roger did anything.  No one from Goldman Sachs came in here --

6  in my opening statement, I said the only person who would

7  implicate Roger Ng in criminal activity is Tim Leissner and

8  that has turned out to be true.  Of the 40,000 people in

9  Goldman Sachs, the government couldn't find one of them to say

10  you, you violated our accounting policies, you did this, you

11  did this.  This is all the government coming after the fact

12  and saying Roger did these things that violated Goldman

13  internal policies, no one from Goldman.  Goldman didn't go to

14  the government.  The government went to Goldman.  And Roger is

15  basically the fall guy for this whole thing.  And Leissner is

16  looking to close the biggest deal of his life.

17          In closing -- and I know people have to go and we're

18  going to end in three minutes.

19          In closing, as Hwee Bin said, Roger has been away

20  from Hwee Bin and his child for three and a half years.  It's

21  time for him to go home.  He didn't do any of these things.

22  And he's trusted an American jury with his fate, and he

23  should.  And we've had a trial and you've heard the evidence

24  and I'm asking you to find him not guilty on each of the three

25  counts.

Summations - Mr. Agnifilo                    5405

1          And I thank you for your time and your dedication.

2    And you've all extended yourselves and I want you to know

3    we've all noticed and we appreciate it.  Thank you.

4          THE COURT:  Members of the jury, we are going to end

5    for tonight.

6          As I indicated, tomorrow morning you will hear a

7    rebuttal from the government and then I will charge you on the

8    law.

9          You still cannot discuss the case among yourselves.

10         I will see you tomorrow morning at 9:30.

11         (Jury exits.)

12         THE COURT:  I will see the parties tomorrow.

13         MR. AGNIFILO:  Yes, Judge.

14

15                         *  *  *  *  *

16         (Matter adjourned to April 5, 2022, at 9:30 a.m.)

17

18

19

20

21

22

23

24

25

5406

1                          <u>I N D E X</u>

2

3        <u>SUMMATIONS</u>                           <u>PAGE</u>

4        MS. SMITH                              5181

5        MR. AGNIFILO                           5306

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25