## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

March 28, 2023

VIA ECF
Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Ng Chong Hwa a.k.a Roger Ng</u>, 18 Cr. 538 (MKB)

Dear Judge Brodie:

We ask the Court for a limited modification of Mr. Ng's curfew to permit him to attend a prayer session on Friday, March 31, 2023 at the Nyingma Palyul Dharma temple in Elmhurst, Queens that lasts until 9 PM. The extent of the modification is that on March 31st, he will be permitted to return home by 11 PM. We spoke to Pretrial Services (Officer Bianca Carter) who has no objection. Thank you for your consideration.

Respectfully submitted,

Marc A. Agnifilo
Teny R. Geragos

cc:   Pretrial Services Officer Bianca Carter (via email)
      Counsel for the Government (via ECF)