**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of December, two thousand twenty-five.

Before:  Amalya L. Kearse,
         Richard J. Sullivan,
         Beth Robinson,
              *Circuit Judges*.

_____

United States of America,

      Appellee,

v.

Ng Chong Hwa, also known as Roger Ng,

      Defendant - Appellant.

_____

**JUDGMENT**

Docket No. 23-6333

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court, including the order of forfeiture, is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/27/2026